UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CAPITOL BANCORP LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-58409<br>(Jointly Administered)<br><br>Hon. Marci B. McIvor |

**REPLY BRIEF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN
SUPPORT OF ITS MOTION FOR DERIVATIVE STANDING**

# FILED UNDER SEAL
# PURSUANT TO COURT ORDER

---

[1] The Debtors in these jointly administered cases are Capitol Bancorp Ltd. (Case No. 12-58409) and Financial Commerce Corporation (Case No. 12-58406).

4839-5658-5492.2