**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| In re: **CAPITOL BANCORP LTD., et al.,**[1] Debtors. | Chapter 11<br>Case No. 12-58409 (Jointly Administered)<br>Hon. Marci B. McIvor |
|---|---|

**THIRD AND FINAL APPLICATION OF HONIGMAN MILLER SCHWARTZ AND COHN LLP FOR APPROVAL OF FEES AND EXPENSES INCURRED AS ATTORNEYS FOR THE DEBTORS**

Honigman Miller Schwartz and Cohn LLP ("**Honigman**") makes this Third and Final Application (the "**Application**") for Approval of Fees and Expenses Incurred as Attorneys for Capitol Bancorp Ltd. ("**CBC**") and Financial Commerce Corporation ("**FCC**" and collectively with CBC, the "**Debtors**").

1. Time Period:

Honigman seeks approval of its fees and expenses incurred during the third and final period of June 1, 2013 through and including January 28, 2014 (the "**Third Application Period**"). Honigman also seeks final approval of its fees and expenses incurred during the entirety of these chapter 11 cases, from August 9, 2012 through and including January 28, 2014 (the "**Final Application Period**").

[1] The Debtors in these jointly-administered cases are Capitol Bancorp Ltd. (Case No. 12-58409) and Financial Commerce Corporation (Case No. 12-58406).

2. Information stated separately:

(a) The total amount of compensation sought to be approved for the Third Application Period: $1,089,352.50. [2]

(b) The total amount of expenses sought to be approved for the Third Application Period: $19,798.93.

(c) The total amount of compensation sought to be approved for the Final Application Period: $2,368,686.00.

(d) The total amount of expenses sought to be approved for the Final Application Period: $33,136.78.

(e) The balance of any retainer on deposit with Honigman as of the date of this Application: $0.00.

Honigman submits this Application in support of the legal services provided to the Debtors pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Michigan, and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330.

**Jurisdiction and Venue**

This Court has jurisdiction to consider this Application pursuant to 11 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

[2] The total compensation reflected in this Application is $1,095,947.50; however, Honigman has voluntarily reduced its fees by $6,595.00, as reflected herein.

## **Fee Escrow**

Pursuant to Section 9.15 of the *Stock Purchase Agreement* ("**SPA**") concerning the Talmer Transaction (defined below) (see Docket No. 625), as approved by the Court's November 21, 2013 Order [Docket No. 692], $2.5 million was placed in an escrow account (the "**Escrow Account**") to be used to pay the post-petition administrative fees and expenses of Professionals (as defined in the SPA) in the Chapter 11 Cases, incurred through the Closing of the Talmer Transaction (being January 1, 2014) and allowed pursuant to a final, non-appealable order of this Court.

## **Background**

On August 9, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code as amended (the "**Bankruptcy Code**"), thereby commencing these cases (the "**Chapter 11 Cases**"). On August 29, 2012, the U.S. Trustee appointed the Official Committee of Unsecured Creditors in these Chapter 11 Cases [Docket No. 82] (the "**Committee**").

The Chapter 11 Cases are being jointly administered. Throughout the Chapter 11 Cases, each of the Debtors has continued to operate its business and manage its financial affairs and properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in either of the Chapter 11 Cases.

On the Petition Date, the Debtors filed their *Amended and Restated Prepackaged Joint Plan of Reorganization, Disclosure Statement and Exchange Offering Memorandum and Solicitation of Comments* [Docket Nos. 8, 10, 12, 13 and 15] (the "**Prepackaged Plan**"). Under the Prepackaged Plan, new capital funding would have been infused from outside investors to recapitalize the Debtors and their non-debtor subsidiary banks. However, the Debtors' putative

lead investor ultimately decided not to proceed with its investment, and, when replacement investors could not be found and with financial pressures continuing to mount, the Prepackaged Plan was withdrawn.

On May 16, 2013, the Debtors filed the *Joint Liquidating Plan of Capitol Bancorp Ltd. and Financial Commerce Corporation* [Docket No. 424] (the "**Liquidating Plan**") and related *Disclosure Statement for the Joint Liquidating Plan of Capitol Bancorp Ltd. and Financial Commerce Corporation* [Docket No. 425] (the "**Disclosure Statement**"). On May 22, 2013, the Debtors filed the *Amended Disclosure Statement for the Joint Liquidating Plan of Capitol Bancorp Ltd. and Financial Commerce Corporation* [Docket No. 436] (the "**Amended Disclosure Statement**"). On June 27, 2013, this Court entered its *Order Granting Preliminary Approval of the Amended Disclosure Statement Filed May 22, 2013* [Docket No. 490] and its *Order Granting Debtors' Motion: (A) To Establish Procedures for Solicitation and Tabulation of Votes to Accept or Reject Debtors' Joint Liquidating Plan; (B) To Establish Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (C) For Related Relief* [Docket No. 489].

Just prior to the filing of the Liquidating Plan and on the eve of this Third Application Period, on May 10, 2013, Sunrise Bank, a subsidiary bank of CBC, was closed by the Georgia Department of Banking and Finance and the Federal Deposit Insurance Corporation (the "**FDIC**") was appointed receiver. Also on May 10, 2013, Pisgah Community Bank, a subsidiary bank of CBC, was closed by the North Carolina Office of the Commissioner of Banks and the FDIC was appointed as receiver. Subsequently, on May 14, 2013, Central Arizona Bank, also a subsidiary bank of CBC, was closed by the Arizona Department of Financial Institutions and the FDIC was appointed as receiver. On June 7,

2013, 1st Commerce Bank was closed by Nevada banking regulators and the FDIC was appointed as receiver. Finally, on August 24, 2013, Sunrise Bank of Arizona was closed by Arizona banking regulators and the FDIC was appointed as receiver.

On July 15, 2013, the Court entered its *Order Amending Order Granting Debtors' Motion: (A) To Establish Procedures for Solicitation and Tabulation of Votes to Accept or Reject Debtors' Joint Liquidating Plan; (B) To Establish Deadline and Procedures For Filing Objections to Confirmation of the Plan; and (C) For Related Relief* [Docket No. 518] (the "**Amended Solicitation Procedures Order**"). On July 17, 2013, the Debtors filed their *Amended Joint Liquidating Plan of Capitol Bancorp Ltd. and Financial Commerce Corporation* [Docket No. 523] (the "**Amended Liquidating Plan**"). For ease of reference, the Amended Liquidating Plan and Amended Disclosure Statement are hereafter respectively referred to as the "**Plan**" and "**Disclosure Statement**."

In accordance with the Amended Solicitation Procedures Order, the Debtors caused copies of the Amended Disclosure Statement, the Amended Liquidating Plan, and other Court-approved plan solicitation materials, including ballots, to be sent to creditors, interest holders and other parties-in-interest in these Chapter 11 Cases.

The Amended Solicitation Procedures Order established September 24, 2013 as the deadline for receipt of ballots accepting or rejecting the Plan, any objections to confirmation of the Plan or approval of the Disclosure Statement on a final basis, and the filing of motions by creditors seeking to have a claim temporarily allowed for purposes of voting to accept or reject the Plan. The Amended Solicitation Procedures Order also set October 9, 2013 for the hearing to consider final approval of the Disclosure Statement and confirmation of the Plan.

Following a hearing on August 6, 2013, the Court entered an Order on August 7, 2013 approving the sale of the Debtors' stock in Bank of Maumee [Docket No. 544] (the "**Maumee Transaction**").

On September 12, 2013, the Committee filed its *Motion for an Order: (1) Appointing a Chief Restructuring Officer to Manage the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 1107(a); or, (2) in the Alternative, Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)* [Docket No. 586] (the "**CRO Motion**"). On September 24, 2013, the Debtors filed a response in opposition to the CRO Motion [Docket No. 600].

On September 23, 2013, upon the stipulation of the Debtors and the Committee, the Court entered its *Order Adjourning the Hearing on Final Approval of the Plan* [Docket No. 597] (the "**Confirmation Hearing Adjournment Order**"). In pertinent part, the Confirmation Hearing Adjournment Order adjourned the hearing seeking confirmation of the Plan and final approval of the Disclosure Statement (the "**Confirmation Hearing**") to October 16, 2013 and extended the deadline for objections to the Plan and Disclosure Statement by the Committee, individual Committee members and certain related parties to October 1, 2013.

On October 8, 2013, upon the stipulation of the Debtors and the Committee, the Court entered its *Order (I) Rescheduling Hearings on (A) Confirmation of the Debtors' Plan and Adequacy of the Disclosure Statement and (B) the Committee's Motion for the Appointment of A Chief Restructuring Officer Or, In the Alternative, a Chapter 11 Trustee and (II) Providing Other Relief* [Docket No. 614] (the "**Second Adjournment Order**"). In pertinent part, the Second Adjournment Order (a) adjourned the Confirmation Hearing to December 18, 2013; (b) extended the deadline for objections to the Plan and final approval

of the Disclosure Statement by the Committee, individual Committee members, Manufacturers and Traders Trust Company, as trustee, an affiliate of a member of the Committee, and the ad hoc group of senior noteholders to December 6, 2013; (c) scheduled the CRO Motion to be heard on December 18, 2013, provided that the Court denied confirmation of the Plan; (d) extended the deadline for the Committee's reply to the Debtors' response to the CRO Motion to December 6, 2013; and (e) ordered that the Committee not file a competing chapter 11 plan or a disclosure statement prior to the conclusion of the Confirmation Hearing.

Following a contested evidentiary hearing on November 19, 2013, the Court entered an Order, on November 21, 2013, authorizing the sale of four of the Debtors' then five remaining subsidiary banks to Talmer Bancorp, Inc. ("**Talmer**") [Docket No. 692]. (The transactions which are the subject of the Court-approved SPA between the Debtors and Talmer are referred to herein as the "**Talmer Transaction**.") As a result of the closing of the Talmer Transaction, which occurred on January 1, 2014, the Debtors have only a minority interest in one subsidiary bank, Sunrise Bank of Kansas City, and, therefore, no assets to serve as the basis for reorganization.

On January 2, 2014, upon the stipulation of the Debtors and the Committee, the Court entered its *Order Adjourning Hearings on Confirmation of Debtors' Liquidating Plan and Related Matters* [Docket No. 757] (the "**Third Adjournment Order**"). In pertinent part, the Third Adjournment Order adjourned the Confirmation Hearing and the hearing on the CRO Motion to January 21, 2014.

Prior to the January 21, 2014 Confirmation Hearing, the Debtors reached a global settlement with the Committee as to various significant contested matters in and relating to the Chapter 11 Cases, including the CRO Motion, numerous then-pending appeals to the United States District Court that had been filed by the Committee, and the Objections of the Committee and certain of its members to the Plan and the Disclosure Statement. *See Debtors' Motion for an Order Authorizing Settlement Agreement with the Official Committee of Unsecured Creditors* [Docket No. 751]. As a result, and pursuant to additional efforts of the Debtors, the Debtors resolved all of the following objections which had been filed to confirmation of the Plan and to final approval of the Disclosure Statement: (a) the Committee [Docket No. 717]; (b) U.S. Bank National Association, as Indenture Trustee, Institutional Trustee and Guarantee Trustee [Docket No. 719]; (c) Wilmington Trust Company, as Indenture Trustee, and Manufacturers and Traders Trust Company, as Indenture Trustee [Docket No. 721]; (d) The Bank of New York Mellon Trust Company, N.A., as Trustee [Docket No. 722]; (e) the U.S. Trustee [Docket No. 579]; and (f) G3 Properties, LLC, et al. [Docket No. 595]. Following a hearing conducted immediately prior to the Confirmation Hearing on January 21, 2014, the Court entered its *Order Authorizing Settlement Agreement Between the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 776].

Thus, the Debtors' settlement agreement with the Committee having been approved, an uncontested Confirmation Hearing occurred on January 21, 2014, and, following that hearing, the Court granted final approval of the Disclosure Statement and confirmed the Plan pursuant to the "cram down" provisions of Bankruptcy Code §1129(b)(1). *Findings of Fact, Conclusions of Law and Order Granting Final Approval of Amended Disclosure*

12-58409-mbm Doc 798 Filed 03/19/14 Entered 03/19/14 16:02:07 Page 8 of 503

*Statement and Confirming Amended Joint Liquidating Plan of Capitol Bancorp Ltd. and Financial Commerce Corporation* [Docket No. 785] (the "**Confirmation Order**"). The Effective Date of the Plan occurred on February 3, 2014 [Docket No. 788].

## Application

3. Narrative of Services:

Honigman has rendered professional services as attorneys for the Debtors. The following project categories include a summary description of the tasks and services rendered by Honigman during the Third Application Period.[3] These categories have been arranged to facilitate convenience of presentation concerning the major categories of work performed during the Third Application Period, and to comply with the requirements of the Court, the Office of the U.S. Trustee and applicable law. The following represents a non-exclusive summary of Honigman's activities in the Chapter 11 Cases during the Third Application Period. Honigman's itemized time records, attached as Exhibit 5, represent the complete and detailed summary of fees incurred during the Third Application Period.[4]

(a) **Litigation (16.70 total hours; fees incurred - $5,760.00).** Honigman devoted significant efforts to assisting the Debtors in the contested matter regarding the Debtors' request to conduct Bankruptcy Rule 2004 discovery of the FDIC. In addition, Honigman devoted substantial time and effort analyzing and objecting to the Committee's CRO

---

[3] Services rendered for certain matters may have involved different types of work performed under multiple categories, and were billed accordingly.

[4] Summary descriptions of the tasks and services rendered by Honigman during application periods prior to the Third Application Period and Honigman's itemized time records for such time periods are provided in the *First Interim Application of Honigman Miller Schwartz and Cohn LLP for Approval of Fees and Expenses Incurred as Attorneys for the Debtors* [Docket No. 312] and *the Second Interim Application of Honigman Miller Schwartz and Cohn LLP for Approval of Fees and Expenses Incurred as Attorneys for the Debtors* [Docket No. 537].

Motion. Honigman also addressed the Committee's complaint seeking an injunction to preclude the Debtors from paying the premium necessary to extend the Debtors' Directors & Officers insurance coverage.

(b)     **Asset Analysis and Recovery (4.20 total hours; fees incurred - $1,232.50)**. Honigman assisted with the Debtors' review and determination of unexpired leases and executory contracts appropriate for rejection, and prepared an omnibus motion regarding the same.

(c)     **Asset Disposition (973.90 total hours; fees incurred - $366,080.00)**.   The services rendered in this category relate predominantly to the sale of various subsidiary banks and related stock arising from the Maumee Transaction and the Talmer Transaction.   Honigman negotiated and prepared the purchase and sale agreements relating to those transactions and addressed certain significant federal tax issues in connection with the Talmer Transaction.   In pursuit of those transactions, Honigman prepared the Debtors' respective motions seeking approval of the Maumee Transaction and the Talmer Transaction, and responded to the Committee's objections to, and participated in contested hearings regarding, those motions.   Ultimately, the Debtors' prevailed over the Committee's objections and the motions were granted.   [Docket Nos. 544 and 692].   The Talmer Transaction was accomplished pursuant to procedures as to which Honigman resolved objections and obtained Court approval, and which provided the opportunity for competitive bidding and a public auction process.   *See Order Approving Amended Bidding Procedures in Connection With Debtors' Motion to Approve Amended Bidding Procedures in Connection With Debtors' Motion for Order (I) Authorizing and Approving the Sale of Certain Assets Free and Clear of All*

*Encumbrances; (II) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts; (III) Waiving the Fourteen Day Stay of Fed. R. Bankr. P. 6004(H) and 6006(D); and (IV) Granting Related Relief* [Docket No. 641].

(d)     **Business Operations (204.70 total hours; fees incurred - $69,188.00)**.   The services rendered in this category pertain to general operational issues encountered by the Debtors.  Honigman led frequent conference calls with the Debtors' senior management team to guide the Debtors efficiently through the Chapter 11 Cases.  Honigman addressed multiple regulatory matters, and prepared and made disclosures required by the U.S. Securities and Exchange Commission regarding the Chapter 11 Cases, the Maumee Transaction, the Talmer Transaction and related matters.   Honigman reviewed and advised the Debtors regarding the Debtors' Monthly Operating Reports and weekly cash flow and check register reports (which were prepared for the benefit of the Committee at the Committee's request).

(e)     **Case Administration and Objections (116.10 total hours; fees incurred - $46,175.50)**.  The services rendered in this category pertain to the general administration of the Chapter 11 Cases.  Honigman addressed and responded to numerous inquiries of the FDIC and addressed myriad issues related to FDIC non-debtor subsidiary bank seizures and closures, and the impact of those seizures and closures on the Debtors' estates.

(f)     **Employee Benefits/Pensions (.20 total hours; fees incurred - $93.00.** Honigman addressed miscellaneous employee benefit and retention issues.

(g) **Fee/Employment Objections (76.30 total hours; fees incurred - $28,014.00; voluntarily reduced to $21,419.00**, as indicated by the gray scaled time entries in the August 2013 and September 2013 Invoices in the attached Exhibit 5**)**. Honigman comprehensively reviewed and drafted the Debtors' omnibus objection to the second interim fee applications of Foley & Lardner, attorneys for the Committee, and FTI Consulting, financial advisor for the Committee. Honigman negotiated and obtained a settlement of the Debtors' objections to those fee applications, which resulted in a savings to the Debtors' estates in the aggregate amount of $54,637.51. Honigman also addressed issues concerning the Committee's objection to the employment application filed by River Branch Capital LLC, and participated in the hearing regarding that objection.

(h) **Meetings of Creditors (16.10 total hours; fees incurred - $6,616.00)**. At the Committee's request, Honigman participated in approximate weekly teleconferences with the Debtors' Corporate President and the Committee's professionals regarding the status of the Chapter 11 Cases. In addition, Honigman communicated frequently with the Committee's professionals regarding the status of the Chapter 11 Cases, the Debtors' progress toward completion of the Talmer Transaction, the development of the Plan, the Debtors' interactions with the FDIC, the administration of the Debtors' business and estates, the Debtors' cash receipts and disbursements and other matters.

(i) **Relief from Stay Proceedings (13.90 total hours; fees incurred - $6,031.00)**. Honigman consensually resolved a matter with the Cincinnati Insurance Company that facilitated the Debtors' obtaining the cash surrender value of certain key person life insurance policies.

(j)     **Plan and Disclosure Statement (829.20 total hours; fees incurred - $305,581.50)**.  Honigman assisted the Debtors in obtaining preliminary approval of the Disclosure Statement, in obtaining Court approval of solicitation procedures regarding the Plan and in ensuring appropriate solicitation of voting on the Plan.  Honigman also represented the Debtors in extensive discovery conducted by the Committee regarding the Plan, including, but not limited to, defending the Committee's deposition of Cristin K. Reid, the Corporate President of the Debtors.  To aid the Court in conducting the Confirmation Hearing and to achieve confirmation of the Plan and final approval of the Disclosure Statement, Honigman prepared a detailed *Memorandum of Law (A) In Response to Pending Objections To Amended Joint Liquidating Plan of Capitol Bancorp Ltd. and Financial Commerce Corporation, (B) Requesting Authorization to Make Plan Modifications, and (C) In Support of Final Approval of Disclosure Statement and Confirmation of Plan* [Docket No. 758].  Furthermore, Honigman led complex, lengthy negotiations with the Committee and its professionals, resulting in a global settlement that resolved the objections of the Committee and the members of the Committee to the confirmation of the Plan and the granting of the Court's final approval of the Disclosure Statement, and caused the Committee's CRO Motion and numerous appeals to be withdrawn.  That settlement facilitated the Court's granting of confirmation of the Plan and final approval of the Disclosure Statement without the need for what would have undoubtedly been drawn-out, contested evidentiary hearings on these matters, as well as protracted litigation with respect to the Committee's CRO motion and many appeals.

(k) **Appeal (220.90 total hours; fees incurred - $67,427.00)**. Honigman assisted the Debtors with the various appeals taken by the Committee from this Court's respective orders: (i) denying the Committee's motion to conduct Bankruptcy Rule 2004 discovery of the Debtors; (ii) granting the Debtors' motion for expedited hearing on the Debtors' motion to approve settlement agreement with the FDIC; (iii) granting the Debtors' motion to approve a settlement agreement with the FDIC; and (iv) granting the Debtors' motion to approve the Talmer Transaction.

(l) **Tax Matters (124.70 total hours; fees incurred - $57,615.50)**. Honigman reached a settlement with the Michigan Department of Treasury regarding the Debtors' Michigan Business Tax obligations for tax years 2009 and 2010, which was approved by this Court's Order entered on July 16, 2013 [Docket No. 521]. Pursuant to this settlement, Honigman was able to achieve a very substantial reduction in the Michigan Department of Treasury's assessments against the Debtors for tax years 2009 and 2010. The claims allowed pursuant to the settlement in the aggregate represented less than 18% of the principal total of the claims filed by the Michigan Department of Treasury in the Chapter 11 Cases.

(m) **Tax Appeal (10.10 total hours; fees incurred - $4,292.50)**. Honigman assisted with the resolution of various local property tax assessments with several local government units in the State of Michigan.

(n) **Claims Administration and Objection (227.30 total hours; fees incurred - $77,558.50)**. Honigman devoted substantial time and effort to addressing the Committee's *Motion for an Order Granting the Committee Derivative Standing to Investigate, Assert, and Prosecute Claims Against the Debtors' Officers and Directors,*

*and Authority to Hold, Assert, and, if Necessary, Waive Certain Privileges on Behalf of the Estate* [Docket No. 443]. On the Debtors' behalf, Honigman prepared a lengthy objection to that motion, addressed the Committee's reply to such objection [Docket No. 476], and prepared a supplemental objection to the Committee's reply [Docket No. 484]. Following a lengthy hearing, Honigman prevailed in its objection, and the Court denied the motion. Honigman also filed a motion seeking to estimate the contested claims of G3 Properties, LLC et al. (the "**G3 Parties**") for purposes of voting on the Plan [Docket No. 598]. This matter was subsequently consensually resolved in connection with the Court's approval of the settlement with the G3 Parties and the withdrawal of the G3 Parties' Objections to the Plan.

(o)     **Fee/Employment Applications (184.10 total hours; fees incurred - $49,937.50)**. Honigman reviewed its own time records for rules compliance and drafted and served its second interim fee application. Honigman reviewed the Committee's counsel's and the Committee's financial advisor's second interim fee applications.

(p)     **Travel (11.00 total hours; fees incurred - $4,345.00)**. Honigman incurred certain time and expenses related to travel necessitated by the Committee's deposition of Cristin K. Reid in connection with the Committee's Objection to the Plan, which was conducted at the Debtors' offices in Lansing, Michigan.

Honigman's services facilitated the efficient administration of the Debtors' estates while allowing for the opportunity to maximize value through, among other things, the sale of the Debtors' subsidiary banks as part of the Maumee Transaction and the Talmer Transaction, and confirmation of the Plan. Honigman also substantively assisted the Debtors by prevailing in myriad contested matters initiated by the Committee, and, through the global settlement

agreement between the Debtors and the Committee, avoiding extensive litigation with the Committee at both the Bankruptcy Court and appellate levels.

4.    Adversary Actions:    There was one adversary proceeding filed during the Third Application Period.   The Committee filed, and eventually voluntarily dismissed, Adversary Proceeding No. 13-05140, wherein the Committee sought injunctive relief to prevent the Debtors from paying the premium necessary to continue the Debtors' Directors & Officers insurance coverage.  This matter was consensually resolved.

5.    Current Status of Case:  The Plan has been confirmed and the Debtors are (a) providing transition services to Talmer as required pursuant to the Talmer Transaction and (b) otherwise winding down and attempting to liquidate those remaining assets which did not become subject to the Liquidating Trust as of the Effective Date of the Plan.  All monthly operating reports have been filed.

6.    General Description of Services to be Rendered in the Future:  Honigman does not expect to provide future services to the Debtors' estates in connection with the Chapter 11 Cases.

7.    Unpaid Administrative Expenses:  Honigman is advised by the Debtors that the Debtors have paid all allowed administrative expenses.

8.    Services of More Than One Attorney and/or Legal Assistant:  Services of more than one attorney were avoided where possible.  Where such services occurred, it was for the following reasons:

(a)    supervision by a senior attorney of a junior attorney or legal assistant so that, where appropriate, tasks could be performed by professionals at lower billing rates;

(b)    due to divided responsibilities, occasionally it has been necessary to conduct meetings among attorneys with different responsibilities in the development of overall

case strategy and to disseminate information, assign tasks and coordinate efforts. In addition, consultation between attorneys with different specializations, such as tax, federal regulation, and corporate mergers and acquisitions, was necessary to coordinate the overall strategy and interplay;

(c) when more than one attorney would attend a hearing, it was generally attributable to each attorney handling different matters or a junior attorney providing document support.

9. Prior Applications: There have been two prior fee applications by Honigman in the Chapter 11 Cases. Honigman filed the *First Interim Application of Honigman Miller Schwartz and Cohn LLP for Approval of Fees and Expenses Incurred as Attorneys for the Debtors* sought fees of $681,269.50 and expenses of $7,493.79, for a total amount of $688,763.29 [Docket No. 312]. On April 10, 2013, the Court entered an order approving an award of fees of $681,269.50 and expenses of $7,493.79, for a total amount of $688,763.29 [Docket No. 409]. Honigman filed the *Second Interim Application of Honigman Miller Schwartz and Cohn LLP for Approval of Fees and Expenses Incurred As Attorneys for the Debtors* sought fees of $598,064.00 and expenses of $5,844.06, for a total amount of $603,908.06 [Docket No. 537]. On September 4, 2013, this Court entered an order approving an award of fees of $598,064.00 and expenses of $5,844.06, for a total amount of $603,908.06 [Docket No. 573]. Thus, to date all fees and expenses sought by Honigman in these Chapter 11 Cases have been allowed in their entirety.

10. Client Approval: Honigman provided the Debtors with a copy of this Application. The Debtors approve this Application.

11. Attached to this Application are the following exhibits:

(a) Exhibit 1, a proposed *Order Approving Third and Final Application of Honigman Miller Schwartz and Cohn LLP for Approval of Fees and Expenses Incurred as Attorneys for the Debtors*.

(b) Exhibit 2, a copy of the *Order Authorizing Employment of Honigman Miller Schwartz and Cohn LLP as Counsel for the Debtors*, entered on September 11, 2012 [Docket No. 129].

(c) Exhibit 3, copies of (i) the *Declaration of Honigman Miller Schwartz and Cohn LLP*, filed on August 9, 2012 [Docket No. 28], (ii) the *First Supplemental Declaration of Honigman Miller Schwartz and Cohn LLP*, filed on October 4, 2012 [Docket No. 155], (iii) the *Second Supplemental Declaration of Honigman Miller Schwartz and Cohn LLP*, filed on January 26, 2013 [Docket No. 599] and (iv) the *Third Supplemental Declaration of Honigman Miller Schwartz and Cohn LLP*, filed on October 14, 2013 [Docket No. 626].

(d) Exhibit 4, a summary statement, regarding the Third Application Period, of the number of hours of service and fees rendered by each professional/paraprofessional, the hourly rate of each and the blended hourly rate of the professionals not including the paraprofessionals.

(e) Exhibit 5, a summary statement, regarding the Third Application Period, of the number of hours and fees rendered by each professional/paraprofessional for various project categories, and the hourly rate of each and a detailed time record of the fees for which approval is requested in this Application.

12-58409-mbm Doc 798 Filed 03/19/14 Entered 03/19/14 16:02:07 Page 18 of 503

(f)    Exhibit 6, a brief biographical statement of the professional experience of each attorney and/or legal assistant for whom an award of compensation is sought, including a list of all continuing professional education programs taught or attended.

(g)    Exhibit 7, an itemized statement, regarding the Third Application Period, of expenses (photocopies were billed at $.20 a page).

No agreement or understanding exists between Honigman and any other person or firm for the division of any compensation requested in this matter other than agreements or understandings relating to the division of compensation among the partners of Honigman.

WHEREFORE, Honigman requests that the Court enter an order:

(i)    approving and allowing fees in the amount of $1,089,352.50 and authorizing reimbursement of expenses in the amount of $19,798.93 for services rendered by Honigman as Attorneys for the Debtors during the Third Application Period, for a total amount of $1,109,151.43;

(ii)    approving and allowing, on a final basis for the entirety of the Final Application Period, fees in the aggregate amount of $2,368,686.00 and authorizing reimbursement of expenses in the aggregate amount of $33,136.78 for services rendered by Honigman during the Final Application Period, for a total amount of $2,401,822.78;

(iii)    directing that Honigman be paid from the Escrow Account the approved fees and expenses less any interim payments received, which shall be applied to this award; and

(iv) granting such additional relief as is just and equitable.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Dated: March 19, 2014

By: /s/ E. Todd Sable
E. Todd Sable. (P54956)
Joseph R. Sgroi (P68666)
Lawrence A. Lichtman (P35403)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
Email: tsable@honigman.com

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**CAPITOL BANCORP LTD., et al.,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-58409<br>(Jointly Administered)<br><br>Hon. Marci B. McIvor |

**ORDER APPROVING THIRD AND FINAL APPLICATION OF HONIGMAN MILLER SCHWARTZ AND COHN LLP FOR APPROVAL OF FEES AND EXPENSES INCURRED AS ATTORNEYS FOR THE DEBTORS**

This matter having come before the Court upon the Third and Final Application of Honigman Miller Schwartz and Cohn LLP for Approval of Fees and Expenses Incurred as Attorneys for the Debtors (the "**Application**"); and notice of the Application having been duly served; and no objections to the Application having been filed, or such objections having been withdrawn or denied; and this Court having been fully advised in the premises and finding good cause for the relief granted in this order; and capitalized terms used but not defined herein having the meanings ascribed to them in the Application;

IT IS ORDERED THAT:

1. The Application is granted.

2. Honigman is granted allowance of interim compensation in the amount of $1,089,352.50[2] for professional services rendered during the Third Application Period and

[1] The Debtors in these jointly-administered cases are Capitol Bancorp Ltd. (Case No. 12-58409) and Financial Commerce Corporation (Case No. 12-58406).
[2] The total compensation reflected in this Application is $1,095,947.50; however, Honigman has voluntarily reduced its fees by $6,595.00, as reflected therein.

$19,798.93 for expenses incurred during the Third Application Period, for a total amount of $1,109,151.43.

3.      Honigman is granted allowance of final compensation in the amount of $2,368,686.00 for professional services rendered during the Final Application Period and $33,136.78 for expenses incurred during the Final Application Period, for a total amount of $2,401,822.78.

4.      Honigman is authorized to be paid, and it is directed that Honigman be paid, the foregoing amounts, for services rendered and expenses incurred, from the Escrow Account, less any interim payments received and which shall be applied to this award.

# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| In re:<br><br>**CAPITOL BANCORP LTD.**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 12-58409<br>(Jointly Administered)<br><br>Hon. Marci B. McIvor |
|---|---|

**ORDER AUTHORIZING EMPLOYMENT OF HONIGMAN MILLER SCHWARTZ AND COHN LLP AS COUNSEL FOR THE DEBTORS**

Upon the application (the "**Application**") of the Debtors[2] for an order authorizing employment of Honigman Miller Schwartz and Cohn LLP as counsel for the Debtors and the Declaration of Honigman Miller Schwartz and Cohn LLP (the "**Honigman Declaration**") filed by the Debtors; due and sufficient notice of the Application having been given in the particular circumstances; it appearing that no further notice need be provided; the Court having considered the Application and; upon the complete record of these Chapter 11 Cases and after due deliberation thereon, and good cause appearing therefor;

IT IS ORDERED that Capitol Bancorp Ltd. and Financial Commerce Corporation are authorized to employ Honigman Miller Schwartz and Cohn LLP as their counsel pursuant to the terms of the Application and the Honigman Declaration, effective as of August 9, 2012.

.

**Signed on September 11, 2012**

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge

[1] The Debtors in these jointly administered cases are Capitol Bancorp Ltd. (Case No. 12-58409) and Financial Commerce Corporation (Case No. 12-58406).

11369098.1

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

# EXHIBIT 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>**CAPITOL BANCORP LTD.**,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-<br><br>Hon. |
| In re:<br><br>**FINANCIAL COMMERCE CORPORATION**,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-<br><br>Hon. |

**DECLARATION OF HONIGMAN MILLER SCHWARTZ AND COHN LLP**

E. TODD SABLE declares as follows:

1. I am a partner in the law firm of Honigman Miller Schwartz and Cohn LLP ("**Honigman**") and make this Declaration in support of the Application For Order Authorizing Employment of Honigman Miller Schwartz and Cohn LLP as Counsel for the Debtors.[1] The Debtors are the following affiliated entities (collectively, the "**Debtors**"):

(a) Capitol Bancorp Ltd. ("**CBC**"); and

(b) Financial Commerce Corporation ("**FCC**").

2. I have personal knowledge of the facts set forth herein and if called as a witness, can personally attest thereto.

3. Honigman is a law firm and has lawyers duly authorized to practice law in the State of Michigan and other jurisdictions.

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Application.

4.     Neither Honigman, nor any partner or associate thereof, to the best of my knowledge, has any connection with the Debtors, their creditors, any party in interest herein, their respective attorneys or accountants, the United States Trustee or the employees of the Unites States Trustee, except as set forth in this Declaration.

5.     Honigman is a full-service business law firm with over 220 lawyers and one of the leading firms in Michigan. Honigman has expertise in, among other practice areas of law, banking, corporate, real estate, securities regulation, finance, bankruptcy and reorganization, labor, tax, litigation, intellectual property, environmental and employee benefits.

6.     Honigman has served as CBC's primary outside counsel since 2008 and served as CBC's counsel for, among other things, preparing the Exchange Offers, Offering Memoranda, the Standby Plan and the Amended Standby Plan, and preparing for the Chapter 11 Cases. Other matters in which Honigman has represented CBC include:

    (a)     the sale or proposed sale of subsidiary banks;

    (b)     the offering of shares in subsidiary banks;

    (c)     the exchange offering of shares in stock in CBC's affiliates;

    (d)     merger or share transactions with CBC's affiliates; and

    (e)     tax appeals on a contingency fee and costs reimbursement basis.

7.     Honigman has represented affiliates of CBC in matters which have included:

    (a)     representing Michigan Commerce Bank;

    (b)     representing Capitol Development Bancorp Limited III in a merger or share transaction;

    (c)     representing Capitol Development Bancorp Limited IV in an exchange offer; and

(d) representing Capitol Development Bancorp Limited VII and officers and directors of that entity in defense of derivative litigation.

Honigman will not represent any of these entities in connection with the Debtors during the Chapter 11 Cases.

8. As of the date that was 90 days before the Petition Date, Honigman held a retainer from the Debtors in the amount of $832,073.84. All fees and costs incurred by Honigman in connection with its representation of the Debtors during the 90 day period before the Petition Date were paid out of the retainer, with the retainer having been subsequently replenished by the Debtors. All of the payments Honigman received in the 90 days before the Petition Date were not preferential because, as a result of the retainer, Honigman was fully secured in every payment received.

9. Honigman holds a retainer in the amount of $207,384.69 for services to be rendered in the Debtors' Chapter 11 Cases and as an advance against expenses incurred, all subject to the Court's approval. In addition, Honigman holds a second retainer in the amount of $1,000,000 which the Debtors have designated to address costs and fees related to public company filing obligations, bank divestiture work and director and officer insurance and financial institution bond renewals (that are not core bankruptcy issues and which are not necessarily related to the Chapter 11 Cases).

10. Honigman has a large and diversified legal practice which encompasses the representation of many financial and commercial institutions, some of which are, or may be, creditors or parties in interest in the Chapter 11 Cases. In preparing this Declaration, Honigman assembled lists of the Debtors' subsidiaries and affiliates, officers and directors, parties that have filed UCC financing statements against the Debtors, holders of CBC's Senior Notes, the

Indenture Trustees for CBC's Trust Preferred Securities, vendors to CBC under its Management Services Agreements with its affiliates and other banks, and other professionals of the Debtors. Honigman did not perform a search as to other creditors and parties in interest. Honigman's conflict checking database was searched and multiple requests for disclosure information were sent to each attorney at Honigman by e-mail. For each relationship that was disclosed, follow up inquiries were conducted in writing, face to face meetings, by telephone and/or e-mail. That search showed:

(a) Honigman previously represented a client in a matter unrelated to the Debtors involving Daniel C. Arbour, a holder of CBC's Senior Notes;

(b) Honigman currently represents Bank of Ann Arbor, a holder of CBC's Senior Notes, in matters unrelated to Debtors, and has previously handled matters adverse to Bank of Ann Arbor unrelated to Debtors;

(c) Honigman both represents and is adverse to Charles Schwab & Co., a holder of CBC's Senior Notes, in matters unrelated to Debtors;

(d) Honigman represents CBC in a matter adverse to Kenneth A. and Debbie A. Kefalas Family Trust dated 5/31/2006 and Kenneth A. Kefalas and Debbie A. Kefalas, as trustees. Kenneth A. and Debbie A. Kefalas are holders of CBC's Senior Notes;

(e) Honigman is representing clients in a matter unrelated to the Debtors adverse to Henry B. Soloway 1991 Irrevocable Family Trust dated 1/22/91 and to Albert A. Burder as trustee of that trust. Henry Soloway is a holder of CBC's Senior Notes; and

(f) Honigman represents an affiliate of Neal F. Zalenko, a holder of CBC's Senior Notes, in matters unrelated to Debtors.

(g) Honigman has represented BDO Seidman and been involved in matters where BDO Seidman was aligned with its clients and adverse to its clients; and

(h) Honigman has represented KPMG and been involved in matters where KPMG was aligned with its clients and adverse to its clients.

Honigman has not and will not represent any of the above with respect to the Debtors.

11. Except for its tax appeal services, discussed below, Honigman will be compensated for its services, subject to application, notice and approval by the Court, on a time and charges basis at its standard hourly rates. Honigman's current standard hourly rates, subject to change from time to time, are $295 to $790 for partners, $225 to $315 for associates, and $100 to $305 for legal assistants. The professionals at Honigman who are expected to work on the representation of the Debtors and their standard hourly rates include the following:

| Professional | Hourly Rate |
|---|---|
| Judy B. Calton (bankruptcy) | $560 |
| Phillip D. Torrence (corporate) | $510 |
| E. Todd Sable (bankruptcy) | $450 |
| James Combs (tax) | $450 |
| Seth A. Drucker (bankruptcy) | $345 |
| Joseph R. Sgroi (bankruptcy) | $335 |
| Jeffrey H. Kuras (corporate) | $315 |
| Shawn Strand (tax) | $305 |
| Daniel N. Adams (bankruptcy) | $290 |
| Matthew R. VanWasshnova (corporate) | $245 |
| Amy Floraday (bankruptcy) | $225 |

| | |
|---|---|
| Brenda Lundberg (legal assistant) (bankruptcy) | $205 |
| Lee Ann Provenzano (legal assistant) (bankruptcy) | $200 |

As the Debtors' Cases progress, the services of additional Honigman attorneys and paraprofessionals may be required. The above listing is intended for informational purposes and is not a limitation as to staffing. The hourly rates of Honigman professionals are changed from time to time, generally once a year.

12. Honigman also represents CBC and its affiliates in tax appeals, on a contingency fee and cost reimbursement basis. The contingency fee is one-third of Total Tax Savings for the tax years involved in each appeal, including for additional years involved prior to a settlement or final judgment. A representative tax appeal engagement letter for a tax appeal is attached as Exhibit 1. Each tax appeal engagement letter provides for the contingency fee and cost reimbursement as follows:

> The Total Tax Savings is the sum of the tax savings plus accrued interest, if any. The tax savings for 2011 is equal to the product of the tax rate applicable during the year multiplied by the difference between (i) the original Taxable Value of the property for 2011 and (ii) the final Taxable Value of the property for 2011. The tax savings for each subsequent year covered by this agreement is equal to the product of the tax rate applicable during the year involved multiplied by the difference between the final Taxable Value of the property for the year involved and the higher of (a) the original Taxable Value for the year involved or (b) the original Taxable Value in any prior year which we appealed pursuant to that agreement.
>
> All expenses in connection with the appeal will be paid by the Company and are in addition to our fee. It may be necessary to employ on the Company's behalf an independent qualified appraiser. If that were to happen, the independent appraiser and his fee will be subject to the Company's prior approval. The Company's obligation to pay our expenses is not contingent upon our success in obtaining tax savings.

A schedule of pending tax appeals is attached as Exhibit 2.

13. No promises have been received or made by Honigman as to payment or compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. Honigman has not made any agreement with any other entity to share with such entity any compensation received by Honigman.

14. Honigman is a disinterested person with respect to the estates of the Debtors.

15. Honigman does not represent or hold any interest adverse to the Debtors or their estates.

16. I make this Declaration to the best of my knowledge, information and belief under penalty of perjury.

E. Todd Sable

Executed in Detroit, MI
On August 9, 2012

**Exhibit 1**

**Representative Tax Appeal Engagement Letter**

HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

Michael B. Shapiro

313-465-7622
Fax: 313-465-7623
mshapiro@honigman.com

Via U.S. Mail

January 15, 2009

Mr. Brian K. English
General Counsel
Capitol Bancorp Limited
200 Washington Square North
Lansing, MI 48933

Re: Property Tax Appeals for Commercial and Industrial Properties in Michigan

Dear Brian:

This letter confirms our understanding that we will undertake the appeal of the tax assessment and/or determination of taxable value for various Michigan located commercial and industrial real properties to be designated by Capitol Bancorp Ltd., a Michigan corporation ("Capitol") beginning with the 2009 tax year. If necessary, we will prosecute the same through the Michigan Tax Tribunal and, in our discretion, the applicable appellate courts.

This letter sets forth our agreement regarding payment of our fees and costs for services to be rendered on your behalf, our billing procedures and the other terms of our relationship. If you have any questions with respect to any of the items discussed in this letter, please call me.

<u>Scope of Work</u>

We are not Capitol's general counsel and our acceptance of this engagement does not involve an undertaking to represent Capitol's interests in any matter other than that described above. Our representation, for example, does not entail an obligation to advise Capitol concerning legal developments that might have a bearing on Capitol's affairs generally. Nor are we obligated to advise Capitol of subsequent legal developments that occur after the completion of the matter as to which we are representing Capitol that might have a bearing on that completed matter.

The terms of this letter will apply to Capitol to any of Capitol's affiliated entities for whom we are engaged to provide legal services. Accordingly, Capitol agrees that our firm does not have an attorney-client relationship with any affiliate which has not engaged our firm as counsel.

<u>Fee Basis</u>

Our fee for services rendered in this connection will be an amount equal to one-third of the Total Tax Savings (as defined below) for the tax years involved in the appeal, beginning with the 2009 tax year. Our fee is calculated on a parcel by parcel basis. If additional years are involved prior to a settlement or final judicial decision, our fee shall be extended to cover those years.

The Total Tax Savings is the sum of the tax savings plus accrued interest, if any. The tax savings for 2009 is equal to the product of the tax rate applicable during the year multiplied by the difference between (i) the original Taxable Value of the property for 2009 and (ii) the final Taxable Value of the property for 2009. The tax savings for each subsequent year covered by this agreement is equal to the product of the tax rate applicable during the year involved multiplied by the difference between the final Taxable Value of the property for the year involved and the higher of (a) the original Taxable Value for the year involved or (b) the original Taxable Value in any prior year which we appealed pursuant to that agreement.

2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506
*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

All expenses in connection with the appeal will be paid by Capitol and are in addition to our fee. It may be necessary to employ on Capitol's behalf an independent professional qualified appraiser. If that were to happen, the independent appraiser and his fee will be subject to Capitol's prior approval. Capitol's obligation to pay our expenses is not contingent upon our success in obtaining tax savings.

It is understood that some of the properties you designated for appeal may be properties on which Capitol's interest is at the time only that as mortgagee. As a result, you may later ask us to stipulate to dismiss such case(s) before any tax savings is achieved. Because our fee is contingent, no fee will be due but Capitol will be responsible for costs incurred (primarily filing fees) in that connection.

**Invoices**

Statements for fees are sent upon completion. Statements for expenses are sent periodically. Each statement is payable in full upon receipt.

If payment is not received within sixty days after a statement is rendered to you, unless you promptly advise us in writing of an error or inaccuracy in the statement, it shall begin to accrue interest from the sixtieth day at 7% simple interest per annum.

**Payments**

Our responsibilities under this agreement include notifying the appropriate officials of any tax refunds which are due and obtaining tax refund checks.

This confirms that you authorize the law firm, if we so elect, to endorse such checks in payment or settlement of your claims on your behalf for deposit to HMSC's client trust account, to hold the proceeds thereof, and disburse such proceeds in accordance with this letter agreement, including a disbursement to our own accounts to pay the fees and expenses for this and any other matter being handled by HMSC.

**Your Responsibilities for Payment as a Client**

Capitol's responsibility for payment of our fees is not contingent on the outcome of the matter or the result obtained (except as described above). Legal matters frequently take courses which cannot be predicted, and no guarantee can be given concerning either the outcome or the total legal fees and costs incurred in arriving at that outcome.

**Waiver Conflicts**

The manner in which conflicts of interest involving Capitol was agreed to in our letter dated October 3, 2008 and signed by you on October 6, 2008. This will confirm that those terms apply to this agreement.

**General Provisions**

To the extent applicable, the terms and conditions set forth the Standard Terms of Engagement attached to the letter between Capitol and Honigman dated October 4, 2008 are hereby incorporated by reference and acknowledged by the parties.

While we are pleased and privileged to serve as your attorneys, please note that we are representing ourselves, in connection with Capitol's employment of us as your attorneys and Capitol, of course, have the right to review the terms of our employment and this letter with independent counsel.

To confirm that you have engaged us on the terms described in this letter, please sign the enclosed copy of this letter where indicated below and return it to me. We will have no obligation to provide legal services until you sign and return the copy of this letter. If, at your request, we commence legal services before receiving a signed copy of this letter from you, Capitol shall be bound by the terms of this letter, regardless of whether you sign and return the letter, if Capitol continues to accept our services but fails to notify us in writing that Capitol does not accept the terms of our engagement.

HONIGMAN

Page 3

Thank you for this opportunity to be of service.

Very truly yours,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By:______________________________
Michael B. Shapiro

The foregoing is hereby agreed to, approved and confirmed.

*CAPITOL BANCORP LIMITED*

By: [signature]

Its: General Counsel

DETROIT.3476501.2

2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

12-58409-mbm Doc 28 Filed 08/09/12 Entered 08/09/12 17:29:46 Page 11 of 22

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**Phillip D. Torrence**

**313-465-7702**
**Fax: 313-465-7703**
**ptorrence@honigman.com**

October 4, 2008

***Via E-Mail***

Cristin K. Reid, Esq.
Capitol Bancorp Ltd.
Business and Trade Center
200 Washington Square, North, 4th Floor
Lansing, Michigan 48933

Dear Cristin:

Thank you very much for engaging us to provide legal services to Capitol Bancorp Ltd. in connection with general corporate matters. We appreciate the trust and confidence you have placed in us and will strive to provide you with outstanding legal services.

When beginning a new engagement, it is the firm's practice to set forth the agreement between the firm and the client regarding payment of fees and costs, our billing procedures and the other terms of our relationship.

Our charges will be based upon the time devoted to the matter by members of our professional staff, multiplied by their standard billing rates. Those rates are subject to adjustment from time to time, ordinarily in January of each year. We bill time in increments of one-quarter hour. We also charge for costs and expenses incurred in connection with the performance of our services, as described in the attached Standard Terms of Engagement. We bill on a monthly basis, and each statement is payable in full upon receipt.

The Standard Terms of Engagement also sets forth additional provisions that apply to our representation. Please call if you have any questions about either this letter or the Standard Terms of Engagement. Also, please note that we are representing ourselves, not you, in connection with your retention of us as your attorneys and you, of course, should feel free to review the terms of our engagement with independent counsel.

To confirm that you have engaged us on the terms described in this letter, please sign the enclosed copy of this letter where indicated below and return it to me. We will have no obligation to provide legal services until you sign and return the copy of this letter. Nevertheless, if, at your request, we commence legal services before receiving a signed copy of this letter from you, you shall be bound by the terms of this letter, regardless of whether you sign and return the letter.

Again, we thank you for this opportunity to be of service and look forward to working with you.

Very truly yours,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: [signature]
Phillip D. Torrence

Attachment: Standard Terms of Engagement

Please execute and date the enclosed copy of this letter to indicate your agreement to the foregoing, including the Standard Terms of Engagement which are attached:

CLIENT

CAPITOL BANCORP LTD.

By: [signature]

Name: Brian English

Title: General Counsel

(Rev. 092208)

STANDARD TERMS OF ENGAGEMENT

Parties To This Agreement

This engagement is solely on behalf of the parties to this letter. Our representation of a corporation, partnership, limited liability company, joint venture, trust, estate, trade association, or other entity does not include a representation of the interests of the individuals or entities that are shareholders, directors, or officers of a corporation, its parent, subsidiary or affiliate; partners of a partnership or joint venture; beneficial owners of a limited liability company; grantor or beneficiaries under a trust; anyone other than the personal representative of an estate in his or her representative capacity; or members of a trade association or other entity.

Attorney Conferences/Meetings

From time to time, internal conferences will take place among our personnel, and two or more may attend meetings or proceedings on your behalf. Although this approach might seem to result in some duplication of effort, it is our belief that this practice facilitates communication, improves the quality of the work by allowing us to utilize specialists and a proper mix of personnel, and thus ultimately provides you with the best value. If, at any time, you are concerned about the efficiency or cost-effectiveness of our efforts, you should express your concerns to me so that we can address the issue in a timely fashion.

Costs and Reimbursable Expenses

We often find it necessary to incur certain expenses (and related costs and overhead charges) on our clients' behalf, such as travel (transportation, food and lodging), filing, recording and certification fees, business meals, title searches, court reporters and the like. These expenses are charged at our actual, out-of-pocket cost. (In the case of travel expenses, we utilize an off-site travel coordinator who charges a separate fee for its services. The firm receives some minor direct benefits from the travel agency for participating in this program.) In addition, we frequently incur other expenses such as long distance telephone charges outside the contiguous 48 states, photocopying and document production, computerized legal research, telecopies, messenger and overnight courier services, and, in situations where the imposition of deadlines and other time constraints may require it, non-lawyer staff overtime. These expenses are charged at either market rates or at actual cost plus a factor to compensate for handling, maintenance or other ongoing expenses to the firm connected with providing these services. In some cases, when it is difficult or burdensome to determine actual costs with precision, we utilize prorations, reasonable estimates or averages.

Generally, you will be directly invoiced for significant third party expenses, such as the invoices of other professionals whose assistance may be required (e.g., accountants, consultants, economists, planners, experts, etc.), court reporters, transcripts, investigations, photographs and other graphic exhibits and materials, and the like. In the event that we pay these expenses on your behalf, the cost will be included with other reimbursable charges in our statement to you.

Credit Information

This agreement evidences your consent to allow us to obtain credit reports and similar information about your creditworthiness. In the event that we extend credit to you by allowing you to defer payment of some or all of your bills beyond thirty (30) days, you shall provide to us promptly, upon reasonable request, accurate and complete information about your financial condition and, upon request, you shall confirm in writing the amount of your obligation and your commitment to pay it on terms satisfactory to us.

Conflicts and Consultations with Internal and Outside Counsel to the Firm

Outside counsel should review all proposed assignments for conflicts of interest with CBC or any CBC affiliate before accepting the engagement. Outside counsel should notify the Managing Attorney of any actual or potential conflict of interest.

In part because of the number of clients that we represent and the complexity of the matters we become involved in, from time to time issues arise that raise questions as to our duties under the professional conduct rules that apply to lawyers, including conflict of interest issues, and issues raised because of a dispute between us and a client over the handling of a matter. Under normal circumstances when such issues arise we would seek the advice of our firm's internal counsel, such as its General Counsel and its Ethics Committee who are expert in such matters. Historically, we have considered such consultations to be attorney-client privileged conversations between firm personnel and the counsel for the firm. In recent years, however, there have been judicial decisions indicating that under some circumstances such conversations involve a conflict of interest between the client and us and that such consultations may not be privileged, unless we either withdraw from the representation of the client or obtain the client's consent to that consultation. The terms and conditions of that certain letter agreement between Honigman and Capitol dated October 3, 2008, are hereby incorporated reference and acknowledged by the parties.

HONIGMAN

We believe that it is in our clients' interest, as well as our own, that in the event legal ethics or related issues arise during a representation, we receive expert analysis of our obligations. Accordingly, as part of our agreement concerning our representation, you agree that if we determine in our own discretion during the course of the representation that it is either necessary or appropriate to consult with our firm's internal counsel (or, if we choose, outside counsel to the firm), we have your consent to do so and that our representation of you shall not, thereby, waive any attorney-client privilege that our firm may have to protect the confidentiality of our communications with counsel.

At this time, unless separately addressed in our engagement letter with you, we are not aware of any conflicts that prevent us from taking on this engagement. It is possible, however, that a conflict of interest could arise or be identified at some future time. If that were to occur, we would promptly discuss it with you. Similarly, if you become aware of a conflict, you should promptly bring it to our attention.

**Payments**

If your payment is accompanied by the remittance copy of your invoice, we will apply the payment to that invoice. If your payment is accompanied by clear, reasonable, written directions as to how the payment is to be applied, we will also honor those directions. Otherwise, payment of fees will be applied in our discretion to any invoices that are outstanding at the time payment is received.

**Circular 230**

In 2004, Congress passed legislation that imposed reporting requirements and penalties in connection with certain matters. The IRS has implemented this legislation by amending Circular 230 that set forth various rules about written tax advice. The rules are highly technical and complex and could create uncertainty about whether advice in an e-mail, a letter or other written communication falls under certain categories. Therefore, you may notice that we will often have a legend on written communications about reliance on what you receive. If you have any questions or would like more information, please feel free to contact Richard Soble or Michael Indenbaum, Co-Chairs of our Tax Department, at 248-566-8488 or 313-465-7636 respectively.

**Sarbanes-Oxley Section 307**

Our firm has a policy regarding compliance with Section 307 of the Sarbanes-Oxley Act of 2002, SEC Release No. 33-8185, 17 CFR, Chapter II, Part 205. A copy of this policy is available for your review upon request.

**Your Responsibilities as a Client**

The managing attorney designated by Capitol (the "Managing Attorney") is always responsible for managing any case or project, even though outside counsel has been engaged to assist with that case or project. The Managing Attorney must approve in advance all major and strategic decisions associated with the case or project.

Capitol's Legal Department actively monitors, supervises and participates in the preparation of all legal matters relevant to the corporation. The Managing Attorney is aware of resources of the company and should be consulted regarding available resources for every case or project. Generally, in-house personnel should perform as much of the work as possible. All contact with Capitol employees and/or the employees of the affiliate should be through the Managing Attorney or authorized by the Managing Attorney. Capitol will not be responsible for any unauthorized contact or unauthorized bill payment.

Unless we otherwise expressly agree in writing, the fees and charges billed to you are your responsibility whether or not a court awards attorneys' fees against an opposing party, or another party (such as an insurance company) has agreed to pay our fees. Courts may award attorneys' fees which they consider appropriate under the applicable statutes, or insurance companies may pay amounts in accordance with their policies with you, but which are less than the amounts billed to you. In such cases, you continue to be obligated to pay us for our actual fees and charges even though the court awards less or the insurance company pays less.

Similarly, the parties to a dispute may agree, or a court may order, that another party is to pay some or all of our fees or charges. This will not affect your obligation to pay our fees and charges, and we will not be obligated to enforce any such agreement or order. Any amounts actually received by us from another party will, of course, be credited against the fees and charges for which you are otherwise obligated to us.

To enable us effectively to render professional services, you agree to cooperate fully with us in all matters related to the preparation and presentation of your claims, to fully and accurately disclose to us all facts that may be relevant to the matter or that we may otherwise request and to keep us apprised of developments relating to the matter.

If we travel on your behalf, we charge portal-to-portal for our travel time. Whenever possible, we will endeavor to work on your matter while traveling. If we do work on behalf of another client while traveling on your behalf (e.g., cellular phone calls or work on board an airplane), that time will be deducted from our charges to you.

You should raise any issues or concerns about a billing statement within a reasonable time after receipt of the statement (which we would ordinarily expect to be no more than 60 days).

If you are not satisfied with the outcome of discussions about such matters with the attorney with whom you are dealing, please call the firm's general number (313-465-7000) and ask for the Chief Executive Officer of the firm, who will see to it that the appropriate person in our firm addresses your concerns.

Responsibilities of Outside Counsel

Outside counsel can contain costs without sacrificing quality by avoiding excessive staffing and wasteful or non-productive tasks. For example, in most instances, no more than two outside lawyers should work on a particular Capitol case or project. This increases efficiency and reduces costs. Lawyers should not perform work that legal assistants are capable of performing, and legal assistants should not perform work that secretaries are capable of performing.

Examples of wasteful or non-productive tasks include excessive use of interrogatories, periodic file reviews, unnecessary depositions, routine preparation of deposition abstracts, routine use of express delivery and creation of unnecessary research papers. Examples of work that secretaries can perform include the filing of all pleadings and briefs and the labeling of documents.

At the time of the engagement, the outside counsel should designate a "Primary Attorney" for the case or project as its counterpart to the Managing Attorney. The outside counsel's Primary Attorney bears primary accountability to the Managing Attorney and is the main point of contact within the firm for inquiries about the project. At the time of engagement, the outside counsel should designate, in consultation with the Managing Attorney, any attorneys who will staff the project. Their names and billing rates will be listed in writing and approved by the Managing Attorney. Outside counsel must obtain the Managing Attorney's approval before any substantial amount of work is assigned to other attorneys. However, Capitol encourages the delegation of work to personnel at lower hourly rates who are capable of handling a particular matter, under the supervision of the Primary Attorney, provided that the Managing Attorney is apprised in advance. Also, outside counsel must obtain the Managing Attorney's written approval before the billing rates are increased.

Unless otherwise agreed to by Capitol, outside counsel should develop a budget for each matter as well as a letter summarizing counsel's initial legal analysis, strategy and a plan for conduct of the litigation. Outside counsel should send this budget to the Managing Attorney within thirty (30) days of the engagement for the project. The budget is not an end in itself but should reflect, in financial terms, the strategy that has been agreed upon. The budget may be prepared in any form but, at a minimum, must: (a) set forth major assumptions; (b) conform to the agreed-upon strategy; (c) identify, discuss and obtain approval by the Managing Attorney for any material changes in the budget. Capitol will not pay for services performed that do not comply with the budget unless the Managing Attorney has approved, in writing, the services in advance.

Outside counsel should keep the Managing Attorney apprised of material developments as they occur in the case or project and provide a periodic update of the status of the project. In addition, outside counsel should submit copies of all correspondence, contracts, documents, pleadings or other significant work product to the Managing Attorney for review before the documents are sent to opposing counsel, a court or agency or other third parties. Outside counsel should use Capitol's attorneys and resources to the greatest possible extent. Because research on a particular issue may already exist in Capitol files or be unnecessary for other reasons, outside counsel must obtain prior approval from the Managing Attorney for all major research projects. Outside counsel should send copies to the Managing Attorney of all research memoranda written in connection with a Capitol matter.

III. Billing Guidelines/Procedures

Outside counsel should perform work in a timely and professional manner and use professional billing practices. To avoid any unnecessary confusion about billing procedures and to permit more prompt payment of outside counsel bills, Capitol has established billing guidelines and procedures. Capitol will not reimburse outside counsel for any service or expense that is inconsistent with these guidelines absent prior written approval by the Managing Attorney of the deviation.

A. Billing Guidelines. These billing guidelines apply to all matters.

1. Professional Services.

a. Your billing rate for working on this project is $[Insert hourly rate or describe flat fee or other arrangement]. There will be no changes in hourly billing rates, fixed fees or negotiated caps during the engagement without prior approval by the Managing Attorney. **Capitol encourages you to assign work to competent personnel at lower hourly rates, under your supervision. However, please obtain approval from Capitol before any additional attorneys or paralegals are delegated to this assignment.**

b. Block billing is not permitted. Each attorney must report the specific amount of time expended on a given task on each day.

c. No charges should be made for the following:

- "Downtime" or learning time that may result from a staffing change
- Training of new attorneys/summer associates
- Billing for interoffice conferences and interoffice emails
- Professional service charges in connection with the administration of the litigation/project (e.g., opening of a file, preparation of a bill and time spent resolving disputes about the bill)
- Tasks assigned to paralegals that could have been performed by secretaries
- Use of Westlaw, Lexis or other computerized research services, unless the Managing Attorney gives prior written approval for each computerized research project.

d. Only one attorney should attend meetings, depositions, arguments, etc., unless the Managing Attorney gives prior written approval.

2. Costs and Disbursements.

a. The following restrictions apply for travel:

- Non-local travel requires advanced written approval by Managing Attorney
- Only coach fare is reimbursable
- Travel arrangements, when practical, should take advantage of any cost-effective discounts or special rates
- No charges should be made for attorney time during travel unless the time is actually used for performing services for the company
- Expenses for lodging, meals and transportation must be at reasonable rates

b. No charges should be made for the following:

- Markups (only direct, actual cost is billable)
- General overhead
- Secretarial time, overtime and related expenses absent prior approval by the Managing Attorney
- Docket, accounting, library, clerical or other staff time
- Staff service charges such as meals, cabs, filing and proofreading
- Word processing/document generation charges
- Copying charges for documents used internal purposes only
- Incoming faxes
- Faxing of documents (only telecommunications charges are billable)
- Inefficient use of express mail or messenger services
- Local telephone expenses or office supplies
- File maintenance or periodic file reviews (including review performed by new attorneys assigned to file)
- Interest on any past due amounts

B. Billing Statements. The information contained below must be included, in some form, on all billing statements:

1. Timing – absent other arrangements, billing should be monthly.

12-58409-mbm Doc 28 Filed 08/09/12 Entered 08/09/12 17:29:46 Page 17 of 22

2. Format – each matter should include:

a. Professional Services

(1) Itemized by Attorney/Paralegal

- Name of Attorney/Paralegal
- Hourly rate
- Number of hours
- Detailed description of services

(2) Total amount billed for all professional services rendered for the matter from start to present

b. Itemized Costs and Disbursements

(1) Adequate explanation of charges
(2) Itemized by type, including unit charge (e.g., total cost of copying and cost per copy)
(3) Total amount of all costs and disbursements billed for the matter from start to present

Client Files

We maintain a file of the items reasonably necessary to your representation ("Client File"), such as correspondence, pleadings, deposition transcripts, exhibits, physical evidence and expert reports. The Client File is your property. We may also generate, and sometimes temporarily place in the Client File, documents containing our attorney work product, mental impressions, precedents, research, notes and other material that we find helpful or useful but that is not essential to the representation ("Work Product"). You agree that the Work Product is our property. In addition, electronic documents such as e-mail and documents prepared on our word processing system, but which have not been printed in hard copy, are our property and shall not be considered part of your Client File unless they are both reasonably necessary to your representation, and not otherwise placed in your Client File (in hard copy or another format). You agree that we may enact and implement reasonable retention policies for all documents, including electronic documents, and our firm has discretion to delete and destroy such documents.

We ordinarily retain Client Files for seven years after the conclusion of a matter. We will be happy to provide your Client File to you (excluding our Work Product) at the conclusion of the matter upon your request. If you do not request the Client File, after the seven year period has expired, unless you advise us in writing, we shall be free to dispose of it.

If you request us to retain the Client File beyond the period required either by the applicable ethical rules or by law, we shall be entitled to charge a reasonable fee for storage, but it is expressly agreed that our provision of storage service does not continue an attorney-client relationship that has otherwise ended, as provided elsewhere in this agreement.

In the event that you request that we turn your Client File over to you or another firm and you have not fully satisfied all of your obligations to us under this agreement, including the payment of all fees and costs, we shall be entitled to hold the Client File as security for performance of those obligations to the full extent permitted by the rules of professional conduct.

E-mail and Electronic Documents

Documents sent by Capitol to Honigman by e-mail (whether or not containing confidential information) will be encrypted using the Tumbleweed System, or similar application as established by Network Services at CBC.

We make reasonable attempts to exclude from our e-mails and electronic documents any virus or other defect that might affect any computer or IT system. However, we do not accept liability for any loss or damage that may arise from the receipt or use of electronic communications from us that contains a virus or defect that was not created by us, or that results from the use of commercial software.

Client Billing Policies and Procedures

We sometimes receive statements from clients of billing policies, procedures, guidelines or the like, that we are instructed to follow. In the event that you give such instructions, to the extent that they merely supplement the understandings in this Agreement, unless we notify you to the contrary, we will take reasonable steps to honor them.

However, in the event that the terms of the Instructions conflict with this Agreement, this Agreement will govern unless we otherwise expressly agree in writing.

Attorney's Lien

If a monetary judgment or award is made in your favor, we shall have a lien on the proceeds to the extent of any unpaid fees, disbursements, or other charges. All payments by way of recovery, award, settlement or the like to you from third parties shall be made jointly payable to you and to us.

In divorce matters, you hereby award us a valid and perfected lien on the property (including proceeds) awarded pursuant to a Judgment of Divorce, and we may, but are not required to, file any documents we deem appropriate to give notice of this lien (including recording a copy of this engagement letter, Judgment of Divorce, and UCC financing statements), in the real property records where any property subject to the Judgment of Divorce is located as well as with the appropriate Secretary of State's office.

Term of our Relationship

Our attorney-client relationship will be deemed to end upon completion of the specific professional legal services that you have retained us to perform, or if ongoing or open-ended professional legal services are provided, not later than six months from the last time you requested and we furnished any billable professional legal services of that kind to you (and sooner if the facts or circumstances demonstrate it). The date you are billed or pay for our services is irrelevant for this purpose. If you subsequently retain us to perform further or additional professional legal services, our attorney-client relationship will be revived, subject to these and any subsequent written terms in our engagement agreement with you. The fact that we may inform you from time to time of developments in the law which may be of interest to you, by newsletter or otherwise, should not be understood as, and is not, a revival of an attorney-client relationship, nor would our agreement to provide non-professional services such as file storage, or the use of facilities, or copies of old Client Files, revive the attorney-client relationship.

Future Representation

We have no duty to accept new engagements from you unless mutually agreed, even if we are representing you in other matters on an ongoing basis. If our relationship has ended, we have no obligation to represent you in connection with related matters unless we have agreed to do so in writing. For example, in the event our engagement involves preparation of an agreement which provides for ongoing rights and obligations on your part, a dispute concerning the interpretation or enforceability of that agreement may subsequently arise after our engagement has been terminated. In the absence of our express written agreement, you may not assume that we will continue to be free to represent you in such a future dispute. Moreover, we have no obligation to inform you of deadlines, option rights, expiration dates or developments in the law, or to file UCC continuation statements or other documents that are required to continue or preserve your rights, unless we have agreed in writing to do those specific things.

Termination of Services

You have the right to terminate our representation for any reason at any time. We reserve the same right upon giving reasonable notice.

Among the reasons which might lead us to conclude that we should terminate our representation are (1) non-payment of our fees, (2) your failure to be forthright, cooperative or supportive of our efforts, (3) your misrepresentation of, or failure or refusal to disclose, material facts to us, (4) your failure or refusal to accept our advice, (5) the discovery of a conflict of interest with another client, or (6) any other reason permitted or required under the rules of professional conduct governing the legal profession.

If you terminate our representation or we elect to withdraw, you will take all steps necessary to free us of any obligation to perform further service on your behalf, however, Firm will assist on the smooth transition of any open matter to substituted counsel. We will not be obligated to advise you of subsequent legal developments that occur after the termination of our services or the completion of the matters for which we were engaged that might have a bearing on those matters.

In the event of our discharge or withdrawal, we will be entitled to retain any fees based on recoveries before the date of our withdrawal or discharge and to additional compensation consisting of the reasonable value of our services actually rendered. We will also be entitled to payment or reimbursement of any disbursements or charges paid or incurred on your behalf up to the date of withdrawal or discharge. Upon termination of our representation, we will submit a statement for services rendered to the date of termination, payable in full upon receipt.

Dispute

If any controversy, dispute, or claim arises between us concerning our fees, charges, performance of legal services, or other aspects of our representation (a "Dispute"), the prevailing party (whether you or us) is entitled to recover all reasonable costs and expenses in bringing and prosecuting or defending any litigation or arbitration in

connection with the Dispute, including reasonable attorneys' fees, but subject to a limit of $50,000 in the aggregate for costs and expenses.

General Provisions

You may not assign, transfer or otherwise convey your rights or obligations under this agreement without our consent.

This agreement shall be governed by, construed and enforced in accordance with the substantive laws of the State of Michigan, even if conflicts of law principles would otherwise cause the substantive laws of another State to be applied.

**This document involves important legal agreements between us and you should consult independent counsel in deciding whether or not to agree to it.**

HONIGMAN MILLER SCHWARTZ AND COHN LLP

(Rev. 010208)

KALAMAZOO.5052.3

12-58409-mbm Doc 28 Filed 08/09/12 Entered 08/09/12 17:29:46 Page 20 of 22

<u>**Exhibit 2**</u>

**Schedule of Pending Tax Appeals**

**Client Community Status**
As of 12/22/2011 1:49:18 PM
2008 - 2011

| COMMUNITY | PETITIONER | PARCEL ID | PROPERTY ADDRESS | STATUS | DOCKET |
|---|---|---|---|---|---|
| Grand Haven | Grand Haven Bank | 70-03-20-433-014 | 333 Washington Avenue | 2009-2012 | 367201 |
| Lansing | Business & Trade Center Ltd. | 33-01-01-16-254-063 | 200 N. Washington Square | 2009-2012 | 367191 |
| Lansing | R & A Development Company | 33-01-01-16-254-301 | 222 N. Washington Square | 2009-2012 | 367207 |
| Lansing | R & A Development Company | 33-01-01-16-254-302 | 222 N. Washington Square | 2009-2012 | 367207 |
| Lansing | R & A Development Company | 33-01-01-16-254-303 | 222 N. Washington Square | 2009-2012 | 367207 |
| Lansing | R & A Development Company | 33-01-01-16-254-304 | 222 N. Washington Square | 2009-2012 | 367207 |
| Lansing | R & A Development Company | 33-01-01-16-254-305 | 222 N. Washington Square | 2009-2012 | 367207 |
| Lansing | R & A Development Company | 33-01-01-16-254-306 | 222 N. Washington Square | 2009-2012 | 367207 |
| Lansing | R & A Development Company | 33-01-01-16-254-307 | 222 N. Washington Square | 2009-2012 | 367207 |
| Lansing | R & A Development Company | 33-01-01-16-254-308 | 222 N. Washington Square | 2009-2012 | 367207 |
| LeRoy Twp. - Ingham | CNB Real Estate Holdings LLC | 33-43-08-11-100-025 | 4668 W. Grand River Avenu | 2009-2010 | 367249 |
| Manistee | GHB RE Holding I LLC | 51-452-704-19 | 312 River Street | 2010-2012 | 390507 |
| Southgate | Dix-Toledo, LLC | 53-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-701 | 14993 Dix-Toledo | 2009-2010 | 367995 |
| Taylor | MICB-DCB Real Estate Holding LLC | 60-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-001 | 24800 Eureka | 2011-2012 | 416160 |
| Warren | G S V Land & Development Corporation | 13-26-251-014 | 13159 Stephens | 2010-2012 | 390193 |
| Ypsilanti | Michigan Commerce Bank | 11-11-40-484-018 | 13 N. Washington Street | 2011-12 | 416160 |
| Ypsilanti | Michigan Commerce Bank | 11-11-40-484-022 | 17 N. Washington Street | 2011-12 | 416160 |
| Kalamazoo Township | Michigan Commerce Bank | 06-01-495-025 | 4010 Gull Road | NEW 2012 | 435463 |
| Green Oak Township | MICB Real Estate Holding LLC | 4716-08-100-002 | 9020 Maltby | NEW 2012 | 437496 |
| Sterling Heights | MICB-OCB Real Estate Holdings II LLC | 10-04-179-001 | 44075 Phoenix | NEW 2012 | 437497 |
| Algonac | OCB Real Estate Holdings I LLC | 01-105-0375-000<br>01-105-0360-000 | 329 Columbia | New 2012 | 435464 |
| Kalamazoo | MICB-PCB Real Estate Holdings V, LLC | 06-25-438-002 | 3811 Allendale | NEW 2012 | 437495 |
| Kalamazoo | MICB-PCB Real Estate Holdings V, LLC | 06-25-439-001 | 2536 Sprinkle | New 2012 | 437495 |
| Grand Rapids | MICB Real Estate Holdings LLC | 41-18-11-401-002 | 3555 Lake Eastbrook Blvd. | New 2012 | 12-0214 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>**CAPITOL BANCORP LTD.**,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-58409<br>(Jointly Administered)<br><br>Hon. Marci B. McIvor |

**FIRST SUPPLEMENTAL DECLARATION OF**
**HONIGMAN MILLER SCHWARTZ AND COHN LLP**

E. TODD SABLE declares as follows:

1. I am a partner in the law firm of Honigman Miller Schwartz and Cohn LLP ("**Honigman**") and make this First Supplemental Declaration (this "**Supplemental Declaration**") in Support of the Application For Order Authorizing Employment of Honigman Miller Schwartz and Cohn LLP as Counsel for the Debtors (the "**Application**").[2] On September 11, 2012, the Court entered an Order granting the Application and authorizing the employment of Honigman as counsel for the Debtors.

2. This Supplemental Declaration supplements Honigman's original declaration filed on August 9, 2012 in support of the Application in order to disclose connections with additional parties in interest.

3. I have personal knowledge of the facts set forth herein and if called as a witness, can personally attest thereto.

---

[1] The Debtors in these jointly administered cases are Capitol Bancorp Ltd. (Case No. 12-58409) and Financial Commerce Corporation (Case No. 12-58406).

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Application.

4. As described in the Motion to Approve Debtors' Entry into Letter Agreements with Potential Equity Investor filed on September 24, 2012 (the "**Motion**") and as disclosed to the Court at the October 3, 2012 hearing on the Motion, the Debtors have negotiated certain transaction documents with ValStone Asset Management, LLC ("**ValStone Management**") and/or one or more of its affiliates, including ValStone Partners, LLC ("**ValStone Partners**"), TFM Management, LLC ("**TFM**"), VS CB Stock Acquisition, LLC ("**VS CB Stock**") and/or VS CB Asset Acquisition, LLC ("**VS CB Asset**" and together with ValStone Management, ValStone Partners, TFM and/or VS CB Stock, collectively, the "**Potential ValStone Investors**") related to a potential equity purchase and separate non-performing loan purchase by the Potential ValStone Investors.

5. Honigman represents ValStone Management and ValStone Partners in various legal matters unrelated to the Debtor or these Chapter 11 Cases, including certain corporate, tax and real estate matters.

6. Honigman believes that this relationship will not impair Honigman's ability to objectively perform professional services on behalf of the Debtors. Honigman has obtained a waiver from ValStone Management and ValStone Partners of any conflict that may exist under the applicable rules of professional conduct in connection with its representation of the Debtors adverse to the Potential ValStone Investors.

7. Based on the foregoing, Honigman does not represent or hold any interest adverse to the Debtors or their estates within the meaning of section 101(14) of the Bankruptcy Code.

12-58409-mbm Doc 798 Filed 03/19/14 Entered 03/19/14 16:02:07 Page 51 of 503
12-58409-mbm Doc 155 Filed 10/04/12 Entered 10/04/12 16:56:43 Page 2 of 3

8. I make this Declaration under penalty of perjury.

E. Todd Sable

Executed in Detroit, MI
On October 4, 2012

11471339.2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>**CAPITOL BANCORP LTD.,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-58409<br>(Jointly Administered)<br><br>Hon. Marci B. McIvor |

**SECOND SUPPLEMENTAL DECLARATION OF**
**HONIGMAN MILLER SCHWARTZ AND COHN LLP**

E. TODD SABLE declares as follows:

1. I am a partner in the law firm of Honigman Miller Schwartz and Cohn LLP ("**Honigman**") and make this Second Supplemental Declaration (this "**Second Supplemental Declaration**") in Support of the Application for Order Authorizing Employment of Honigman Miller Schwartz and Cohn LLP as Counsel for the Debtors (the "**Application**").[2] On September 11, 2012, the Court entered an Order granting the Application and authorizing the employment of Honigman as counsel for the Debtors.

2. This Second Supplemental Declaration supplements Honigman's original declaration filed on August 9, 2012, and Honigman's First Supplemental Declaration in support of the original declaration filed on October 4, 2012, in order to disclose connections with additional parties in interest.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, can personally attest thereto.

---

[1] The Debtors in these jointly administered cases are Capitol Bancorp Ltd. (Case No. 12-58409) and Financial Commerce Corporation (Case No. 12-58406).

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Application.

4. Honigman represents Daniel Gilbert and numerous entities in which Mr. Gilbert holds interests, including various entities affiliated and/or associated with Mr. Gilbert (each a "**Gilbert Affiliate**" and, collectively, the "**Gilbert Affiliates**"). Mr. Gilbert or a Gilbert Affiliate is investigating making an offer to purchase the Debtors' interests in one of debtor's non-debtor subsidiary banks, Michigan Commerce Bank (a "**Potential Transaction**"), has submitted a non-binding Letter of Intent to the Debtors, and is currently conducting due diligence. It is unknown at this time whether Mr. Gilbert or a Gilbert Affiliate will ultimately seek to consummate a transaction; no commitment has been made by Mr. Gilbert or any Gilbert Affiliate to do so (nor have the Debtors made a commitment to accept any such offer).

5. Honigman is not representing, and will not represent, Mr. Gilbert or any Gilbert Affiliate with respect to the Potential Transaction (should it occur), and Mr. Gilbert has retained independent legal counsel with respect to any such Potential Transaction.

6. Mr. Gilbert and the applicable Gilbert Affiliates have been informed of and have consented to Honigman's representation of the Debtors, adverse to Mr. Gilbert and any applicable Gilbert Affiliate, with respect to a Potential Transaction, including, without limitation, negotiating a purchase and sale agreement. The Debtors have consented to Honigman's representation of the Debtors, adverse to Mr. Gilbert and any applicable Gilbert Affiliate, with respect to a Potential Transaction. Mr. Gilbert and the Gilbert Affiliates have acknowledged that, if an offer with respect to a Potential Transaction is made, the Debtors, through Honigman, may be required to pursue Court approval of an alternative offer by a third party if such alternative offer is a higher and better offer than that made by Mr. Gilbert or the Gilbert Affiliate.

7. One of the Gilbert Affiliates represented by Honigman directly or indirectly owns certain equity interests in Greektown Casino, L.L.C., a hotel and gaming casino located in

12-58409-mbm Doc 399 Filed 09/26/13 Entered 09/26/13 14:41:00 Page 2 of 3

Detroit, Michigan. Honigman has represented the casino on an on-going basis and is representing a Gilbert Affiliate in evaluating regulations which may be applicable to Mr. Gilbert or the Gilbert Affiliates should a Potential Transaction occur.

8. The Debtors have consented to Honigman's representation of Mr. Gilbert and the Gilbert Affiliates with respect to the matters described in paragraph 7.

9. Honigman believes that the foregoing will not impair Honigman's ability to objectively perform professional services on behalf of the Debtors. Honigman has obtained waivers from Mr. Gilbert, the Gilbert Affiliates and the Debtors with respect to any conflict of interest that may otherwise exist or arise under the applicable rules of professional conduct in connection with Honigman's representation of the Debtors adverse to Mr. Gilbert and/or the Gilbert Affiliates.

10. Based on the foregoing, Honigman does not represent or hold any interest adverse to the Debtors or their estates within the meaning of section 101(14) of the Bankruptcy Code.

11. I make this Declaration under penalty of perjury.

E. Todd Sable

Executed in Detroit, Michigan
on September 26, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re:<br><br>**CAPITOL BANCORP LTD.,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-58409<br>(Jointly Administered)<br><br>Hon. Marci B. McIvor |
|---|---|

**THIRD SUPPLEMENTAL DECLARATION OF**
**HONIGMAN MILLER SCHWARTZ AND COHN LLP**

E. TODD SABLE declares as follows:

1. I am a partner in the law firm of Honigman Miller Schwartz and Cohn LLP ("**Honigman**") and make this Third Supplemental Declaration (this "**Third Supplemental Declaration**") in Support of the Application for Order Authorizing Employment of Honigman Miller Schwartz and Cohn LLP as Counsel for the Debtors (the "**Application**").[2] On September 11, 2012, the Court entered an Order granting the Application and authorizing the employment of Honigman as counsel for the Debtors.

2. This Third Supplemental Declaration supplements Honigman's original declaration filed on August 9, 2012, Honigman's First Supplemental Declaration in support of the original declaration filed on October 4, 2012, and Honigman's Second Supplemental Declaration in support of the original declaration filed on September 26, 2013, in order to supplement and correct certain information contained in the original declaration.

[1] The Debtors in these jointly administered cases are Capitol Bancorp Ltd. (Case No. 12-58409) and Financial Commerce Corporation (Case No. 12-58406).

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Application.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, can personally attest thereto.

4. Honigman's original declaration filed on August 9, 2012, contained an error in Paragraph 7, identifying Capitol Development Bancorp Limited VII instead of Capitol Development Bancorp Limited VIII ("**CDBL VIII**").

5. Honigman has represented, and continues to represent, CBC, non-debtor affiliates of CBC and officers and directors of CDBL VIII in connection with shareholder allegations and third-party inquiries relating to those allegations in a state court lawsuit pending in the Circuit Court for Ingham County, Michigan.

6. Honigman will not represent the officers and directors of CDBL VIII in connection with these Chapter 11 Cases.

7. Honigman is a disinterested person with respect to the Debtors' estates.

8. Honigman does not represent or hold any interest adverse to the Debtors or their estates within the meaning of section 101(14) of the Bankruptcy Code.

9. I make this Declaration under penalty of perjury.

E. Todd Sable

Executed in Detroit, Michigan
on October 14, 2013

# EXHIBIT 4

**ATTORNEY TIME SUMMARY**
**JUNE 1, 2013 - JANUARY 28, 2014**

| Professional Name | Title | 2013 Rate | 2013 Hours | 2014 Rate | 2014 Hours | Amount |
|---|---|---|---|---|---|---|
| Adams, Daniel N. | Partner | 325.00 | 85.90 | 355.00 | 0.20 | 27,988.50 |
| Brundage, Sara J. | Partner | 275.00 | 4.30 | | | 1,182.50 |
| Calton, Judy | Partner | 575.00 | 0.80 | | | 460.00 |
| Combs, James H. | Partner | 465.00 | 67.10 | | | 31,201.50 |
| Hindelang, Michael P. | Partner | 405.00 | 7.70 | | | 3,118.50 |
| Kitei, Scott B. | Partner | 310.00 | 116.90 | | | 36,239.00 |
| Kunz, Donald J. | Partner | | | 610.00 | 0.50 | 305.00 |
| Kuras, Jeffrey H. | Partner | 360.00 | 173.30 | 380.00 | 22.90 | 71,090.00 |
| Lisi, Michael A. | Partner | 450.00 | 0.90 | | | 405.00 |
| Sable, E. Todd | Partner | 465.00 | 393.30 | 475.00 | 41.70 | 202,692.00 |
| Schermerhorn, Gregory R. | Partner | | | 435.00 | 0.10 | 43.50 |
| Sgroi, Joseph R. | Partner | 370.00 | 513.50 | 405.00 | 61.40 | 214,862.00 |
| Silver, Aaron M. | Partner | 405.00 | 0.40 | 425.00 | 0.70 | 459.50 |
| Stanley, Daniel L. | Partner | 425.00 | 2.00 | | | 850.00 |
| Strand, Shawn A. | Partner | 325.00 | 5.90 | | | 1,917.50 |
| Torrence, Phillip D. | Partner | 540.00 | 47.00 | 565.00 | 13.00 | 32,725.00 |
| Valade, Alan M. | Partner | 530.00 | 48.90 | 540.00 | 9.50 | 31,047.00 |
| Lichtman, Lawrence A. | Senior Attorney | 395.00 | 588.00 | 405.00 | 62.90 | 257,734.50 |
| Clegg, James E. | Associate | 275.00 | 3.80 | | | 1,045.00 |
| Floraday, Amy M. | Associate | 275.00 | 13.90 | | | 3,822.50 |
| Hay, Amber | Associate | | | 275.00 | 4.00 | 1,100.00 |
| Mayfield II, Chauncey C. | Associate | 260.00 | 266.20 | 295.00 | 21.30 | 75,495.50 |
| Riley, Robert M. | Associate | 235.00 | 68.00 | 295.00 | 2.40 | 16,688.00 |
| Berthiaume, Kirt G. | Tax Accounting Consultant | 240.00 | 1.30 | | | 312.00 |
| Bonnici, Mary | Tax Accounting Consultant | 305.00 | 0.10 | | | 30.50 |
| Hilpert, Mark A. | Tax and Economic Incentives Manager | 425.00 | 9.60 | | | 4,080.00 |
| Lundberg, Brenda E. | Paralegal | 220.00 | 115.90 | 225.00 | 23.10 | 30,695.50 |
| Provenzano, Lee Ann | Paralegal | 215.00 | 116.50 | 235.00 | 8.40 | 27,021.50 |
| Swan, Stephanie M. | Paralegal | 200.00 | 82.90 | 205.00 | 23.20 | 21,336.00 |
| | | | | | | |
| Subtotal Hours and Fees | | | 2,734.10 | | 295.30 | 1,095,947.50 |
| Less Voluntary Reduction | | | (16.20) | | | (6,595.00) |
| **TOTAL** | | | **2,717.90** | | **295.30** | **1,089,352.50** |

Honigman's blended attorney hourly rate for the Final Application Period is approximately $382.00 per hour.

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**ATTORNEY TIME SUMMARY** (June 1 – 30, 2013)

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Calton, Judy | Partner | 0.20 | 575.00 | 115.00 |
| Combs, James H. | Partner | 1.60 | 465.00 | 744.00 |
| Hindelang, Michael P. | Partner | 3.70 | 405.00 | 1,498.50 |
| Sable, E. Todd | Partner | 31.10 | 465.00 | 14,461.50 |
| Silver, Aaron M. | Partner | 0.40 | 405.00 | 162.00 |
| Valade, Alan M. | Partner | 8.30 | 530.00 | 4,399.00 |
| Adams, Daniel N. | Partner | 1.60 | 325.00 | 520.00 |
| Kitei, Scott B. | Partner | 41.30 | 310.00 | 12,803.00 |
| Kuras, Jeffrey H. | Partner | 7.60 | 360.00 | 2,736.00 |
| Sgroi, Joseph R. | Partner | 64.90 | 370.00 | 24,013.00 |
| Lichtman, Lawrence A. | Senior Attorney | 90.80 | 395.00 | 35,866.00 |
| Clegg, James E. | Associate | 1.90 | 275.00 | 522.50 |
| Mayfield II, Chauncey C. | Associate | 58.80 | 260.00 | 15,288.00 |
| Lundberg, Brenda E. | Paralegal | 15.30 | 220.00 | 3,366.00 |
| Provenzano, Lee Ann | Paralegal | 19.70 | 215.00 | 4,235.50 |
| Bonnici, Mary | Tax Accounting Consultant | 0.10 | 305.00 | 30.50 |
| | | | | |
| **Total Hours and Fees** | | **347.30** | | **$120,760.50** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**ATTORNEY TIME SUMMARY** (July 1 – 31, 2013)

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Calton, Judy | Partner | 0.20 | 575.00 | 115.00 |
| Combs, James H. | Partner | 0.10 | 465.00 | 46.50 |
| Sable, E. Todd | Partner | 41.50 | 465.00 | 19,297.50 |
| Valade, Alan M. | Partner | 15.20 | 530.00 | 8,056.00 |
| Adams, Daniel N. | Partner | 1.40 | 325.00 | 455.00 |
| Kitei, Scott B. | Partner | 11.50 | 310.00 | 3,565.00 |
| Kuras, Jeffrey H. | Partner | 7.30 | 360.00 | 2,628.00 |
| Sgroi, Joseph R. | Partner | 57.10 | 370.00 | 21,127.00 |
| Lichtman, Lawrence A. | Senior Attorney | 59.40 | 395.00 | 23,463.00 |
| Mayfield II, Chauncey C. | Associate | 10.90 | 260.00 | 2,834.00 |
| Lundberg, Brenda E. | Paralegal | 33.50 | 220.00 | 7,370.00 |
| Provenzano, Lee Ann | Paralegal | 36.00 | 215.00 | 7,740.00 |
| | | | | |
| **Total Hours and Fees** | | **274.10** | | **$96,697.00** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**ATTORNEY TIME SUMMARY** (August 1 – 31, 2013)

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Calton, Judy | Partner | 0.40 | 575.00 | 230.00 |
| Combs, James H. | Partner | 0.80 | 465.00 | 372.00 |
| Sable, E. Todd | Partner | 51.20 | 465.00 | 23,808.00 |
| Stanley, Daniel L. | Partner | 0.50 | 425.00 | 212.50 |
| Valade, Alan M. | Partner | 2.30 | 530.00 | 1,219.00 |
| Kuras, Jeffrey H. | Partner | 3.90 | 360.00 | 1,404.00 |
| Sgroi, Joseph R. | Partner | 81.00 | 370.00 | 29,970.00 |
| Brundage, Sara J. | Partner | 4.00 | 275.00 | 1,100.00 |
| Lichtman, Lawrence A. | Senior Attorney | 78.40 | 395.00 | 30,968.00 |
| Mayfield II, Chauncey C. | Associate | 15.70 | 260.00 | 4,082.00 |
| Lundberg, Brenda E. | Paralegal | 11.10 | 220.00 | 2,442.00 |
| Provenzano, Lee Ann | Paralegal | 17.80 | 215.00 | 3,827.00 |
| | | | | |
| **Total Hours and Fees** | | **267.10** | | **$99,634.50** |

11769 – 330134
PDT 1084674 02/27/14

40

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**ATTORNEY TIME SUMMARY** (September 1 – 30, 2013)

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Combs, James H. | Partner | 4.00 | 465.00 | 1,860.00 |
| Sable, E. Todd | Partner | 45.00 | 465.00 | 20,925.00 |
| Torrence, Phillip D. | Partner | 5.00 | 540.00 | 2,700.00 |
| Valade, Alan M. | Partner | 1.00 | 530.00 | 530.00 |
| Kitei, Scott B. | Partner | 1.10 | 310.00 | 341.00 |
| Kuras, Jeffrey H. | Partner | 9.40 | 360.00 | 3,384.00 |
| Sgroi, Joseph R. | Partner | 73.30 | 370.00 | 27,121.00 |
| Brundage, Sara J. | Partner | 0.30 | 275.00 | 82.50 |
| Lichtman, Lawrence A. | Senior Attorney | 128.40 | 395.00 | 50,718.00 |
| Floraday, Amy M. | Associate | 13.90 | 275.00 | 3,822.50 |
| Mayfield II, Chauncey C. | Associate | 23.40 | 260.00 | 6,084.00 |
| Lundberg, Brenda E. | Paralegal | 15.40 | 220.00 | 3,388.00 |
| Provenzano, Lee Ann | Paralegal | 17.60 | 215.00 | 3,784.00 |
| Swan, Stephanie M. | Paralegal | 0.20 | 200.00 | 40.00 |
| | | | | |
| **Total Hours and Fees** | | **338.00** | | **$124,780.00** |

11769 – 330134
PDT 1084675 02/27/14

41

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**ATTORNEY TIME SUMMARY** (October 1 – 31, 2013)

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Combs, James H. | Partner | 41.50 | 465.00 | 19,297.50 |
| Lisi, Michael A. | Partner | 0.90 | 450.00 | 405.00 |
| Sable, E. Todd | Partner | 70.70 | 465.00 | 32,875.50 |
| Stanley, Daniel L. | Partner | 1.50 | 425.00 | 637.50 |
| Torrence, Phillip D. | Partner | 26.50 | 540.00 | 14,310.00 |
| Valade, Alan M. | Partner | 19.50 | 530.00 | 10,335.00 |
| Adams, Daniel N. | Partner | 1.50 | 325.00 | 487.50 |
| Kitei, Scott B. | Partner | 13.70 | 310.00 | 4,247.00 |
| Kuras, Jeffrey H. | Partner | 66.80 | 360.00 | 24,048.00 |
| Sgroi, Joseph R. | Partner | 81.70 | 370.00 | 30,229.00 |
| Strand, Shawn A. | Partner | 4.60 | 325.00 | 1,495.00 |
| Lichtman, Lawrence A. | Senior Attorney | 67.50 | 395.00 | 26,662.50 |
| Clegg, James E. | Associate | 1.90 | 275.00 | 522.50 |
| Mayfield II, Chauncey C. | Associate | 22.30 | 260.00 | 5,798.00 |
| Riley, Robert M. | Associate | 2.60 | 235.00 | 611.00 |
| Lundberg, Brenda E. | Paralegal | 23.60 | 220.00 | 5,192.00 |
| Provenzano, Lee Ann | Paralegal | 5.00 | 215.00 | 1,075.00 |
| Swan, Stephanie M. | Paralegal | 32.70 | 200.00 | 6,540.00 |
| Berthiaume, Kirt G. | Tax Accounting Consultant | 1.30 | 240.00 | 312.00 |
| Hilpert, Mark A. | Tax and Economic Incentives Manager | 9.60 | 425.00 | 4,080.00 |
| **Total Hours and Fees** | | **495.40** | | **$189,160.00** |

11769 – 330134
PDT 1106902 02/27/14

61

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**ATTORNEY TIME SUMMARY** (November 1 – 30, 2013)

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Combs, James H. | Partner | 16.60 | 465.00 | 7,719.00 |
| Hindelang, Michael P. | Partner | 4.00 | 405.00 | 1,620.00 |
| Sable, E. Todd | Partner | 73.40 | 465.00 | 34,131.00 |
| Valade, Alan M. | Partner | 1.80 | 530.00 | 954.00 |
| Adams, Daniel N. | Partner | 4.50 | 325.00 | 1,462.50 |
| Kitei, Scott B. | Partner | 4.50 | 310.00 | 1,395.00 |
| Kuras, Jeffrey H. | Partner | 17.60 | 360.00 | 6,336.00 |
| Sgroi, Joseph R. | Partner | 74.90 | 370.00 | 27,713.00 |
| Strand, Shawn A. | Partner | 1.30 | 325.00 | 422.50 |
| Lichtman, Lawrence A. | Senior Attorney | 87.80 | 395.00 | 34,681.00 |
| Mayfield II, Chauncey C. | Associate | 44.60 | 260.00 | 11,596.00 |
| Riley, Robert M. | Associate | 3.90 | 235.00 | 916.50 |
| Lundberg, Brenda E. | Paralegal | 16.30 | 220.00 | 3,586.00 |
| Provenzano, Lee Ann | Paralegal | 5.40 | 215.00 | 1,161.00 |
| Swan, Stephanie M. | Paralegal | 14.70 | 200.00 | 2,940.00 |
| | | | | |
| **Total Hours and Fees** | | **371.30** | | **$136,633.50** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**ATTORNEY TIME SUMMARY** (December 1 – 31, 2013)

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Combs, James H. | Partner | 2.50 | 465.00 | 1,162.50 |
| Kuras, Jeffrey H. | Partner | 60.70 | 360.00 | 21,852.00 |
| Sable, E. Todd | Partner | 80.40 | 465.00 | 37,386.00 |
| Sgroi, Joseph R. | Partner | 80.60 | 370.00 | 29,822.00 |
| Torrence, Phillip D. | Partner | 15.50 | 540.00 | 8,370.00 |
| Valade, Alan M. | Partner | 0.80 | 530.00 | 424.00 |
| Adams, Daniel N. | Partner | 76.90 | 325.00 | 24,992.50 |
| Kitei, Scott B. | Partner | 44.80 | 310.00 | 13,888.00 |
| Lichtman, Lawrence A. | Senior Attorney | 75.70 | 395.00 | 29,901.50 |
| Mayfield II, Chauncey C. | Associate | 90.50 | 260.00 | 23,530.00 |
| Riley, Robert M. | Associate | 61.50 | 235.00 | 14,452.50 |
| Lundberg, Brenda E. | Paralegal | 0.70 | 220.00 | 154.00 |
| Provenzano, Lee Ann | Paralegal | 15.00 | 215.00 | 3,225.00 |
| Swan, Stephanie M. | Paralegal | 35.30 | 200.00 | 7,060.00 |
| | | | | |
| **Total Hours and Fees** | | **640.90** | | **$216,220.00** |

11769 – 330134

PDT 1099726 03/17/14

56

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**ATTORNEY TIME SUMMARY** (January 1 – 28, 2014)

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kunz, Donald J. | Partner | 0.50 | 610.00 | 305.00 |
| Kuras, Jeffrey H. | Partner | 22.90 | 380.00 | 8,702.00 |
| Sable, E. Todd | Partner | 41.70 | 475.00 | 19,807.50 |
| Schermerhorn, Gregory R. | Partner | 0.10 | 435.00 | 43.50 |
| Sgroi, Joseph R. | Partner | 61.40 | 405.00 | 24,867.00 |
| Silver, Aaron M. | Partner | 0.70 | 425.00 | 297.50 |
| Torrence, Phillip D. | Partner | 13.00 | 565.00 | 7,345.00 |
| Valade, Alan M. | Partner | 9.50 | 540.00 | 5,130.00 |
| Adams, Daniel N. | Partner | 0.20 | 355.00 | 71.00 |
| Lichtman, Lawrence A. | Senior Attorney | 62.90 | 405.00 | 25,474.50 |
| Hay, Amber | Associate | 4.00 | 275.00 | 1,100.00 |
| Mayfield II, Chauncey C. | Associate | 21.30 | 295.00 | 6,283.50 |
| Riley, Robert M. | Associate | 2.40 | 295.00 | 708.00 |
| Lundberg, Brenda E. | Paralegal | 23.10 | 225.00 | 5,197.50 |
| Provenzano, Lee Ann | Paralegal | 8.40 | 235.00 | 1,974.00 |
| Swan, Stephanie M. | Paralegal | 23.20 | 205.00 | 4,756.00 |
| | | | | |
| **Total Hours and Fees** | | **295.30** | | **$112,062.00** |

11769 – 330134
PDT 1109579 03/17/14

35

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# EXHIBIT 5

## Travel Time

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 11.00 | | | 4,345.00 |
| **Total Asset Disposition** | | | **11.00** | | | **$    4,345.00** |

## Asset Analysis and Recovery

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| Joseph R. Sgroi | Partner | 370.00 | 0.50 | | | 185.00 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 1.40 | | | 553.00 |
| Lee Ann Provenzano | Paralegal | 215.00 | 2.30 | | | 494.50 |
| **Total Asset Disposition** | | | **4.20** | | | **$    1,232.50** |

## Asset Disposition

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| Daniel N. Adams | Partner | 325.00 | 6.30 | | | $    2,047.50 |
| Joscelyn C. Boucher | Partner | 390.00 | | | | |
| Judy B. Calton | Partner | 575.00 | 0.40 | | | 230.00 |
| James H. Combs | Partner | 465.00 | 32.70 | | | 15,205.50 |
| Jeffrey A. Hyman | Partner | 515.00 | | | | |
| Scott B. Kitei | Partner | 310.00 | 18.00 | | | 5,580.00 |
| Jeffrey H. Kuras | Partner | 360.00 | 142.00 | 380.00 | 2.40 | 52,032.00 |
| Michael A. Lisi | Partner | 450.00 | 0.90 | | | 405.00 |
| E. Todd Sable | Partner | 465.00 | 176.20 | 475.00 | 1.00 | 82,408.00 |
| Joseph R. Sgroi | Partner | 370.00 | 187.70 | 405.00 | 3.20 | 70,745.00 |
| Daniel L. Stanley | Partner | 425.00 | 0.50 | | | 212.50 |
| Shawn A. Strand | Partner | 325.00 | 4.00 | | | 1,300.00 |
| Phillip D. Torrence | Partner | 540.00 | 35.20 | | | 19,008.00 |
| Alan M. Valade | Partner | 530.00 | 4.20 | | | 2,226.00 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 186.40 | 405.00 | 1.30 | 74,154.50 |
| James E. Clegg | Associate | 275.00 | 0.80 | | | 220.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amy M. Floraday | Associate | 275.00 | 11.50 | | | 3,162.50 |
| Chauncey C. Mayfield, II | Associate | 260.00 | 82.30 | | | 21,398.00 |
| Robert M. Riley | Associate | 235.00 | 2.60 | | | 611.00 |
| Kirt G. Berthiaume | Tax Accounting Consultant | 240.00 | 1.30 | | | 312.00 |
| Brenda E. Lundberg | Paralegal | 220.00 | 0.70 | | | 154.00 |
| Lee Ann Provenzano | Paralegal | 215.00 | 13.40 | | | 2,881.00 |
| Stephanie M. Swan | Paralegal | 200.00 | 57.40 | 205.00 | 1.50 | 11,787.50 |
| **Total Asset Disposition** | | | **964.50** | | **9.40** | **$ 366,080.00** |

**Business Operations**

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| Daniel N. Adams | Partner | 325.00 | 0.30 | | | $ 97.50 |
| Sara J. Brundage | Partner | 275.00 | 4.30 | | | 1,182.50 |
| James H. Combs | Partner | 465.00 | 0.10 | | | 46.50 |
| Scott B. Kitei | Partner | 310.00 | 9.60 | | | 2,976.00 |
| Jeffrey H. Kuras | Partner | 360.00 | 20.50 | 380.00 | 14.40 | 12,852.00 |
| Donald J. Kunz | Partner | | | 610.00 | 0.50 | 305.00 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 22.60 | 405.00 | 5.60 | 11,195.00 |
| E. Todd Sable | Partner | 465.00 | 14.30 | 475.00 | 1.40 | 7,314.50 |
| Gregory R. Schermerhorn | Partner | | | 435.00 | 0.10 | 43.50 |
| Joseph R. Sgroi | Partner | 370.00 | 45.30 | 405.00 | 2.60 | 17,814.00 |
| Phillip D. Torrence | Partner | 540.00 | 0.60 | 565.00 | 5.50 | 3,431.50 |
| Amber Hay | Associate | | | 275.00 | 4.00 | 1,100.00 |
| Brenda E. Lundberg | Paralegal | 220.00 | 0.30 | | | 66.00 |
| Lee Ann Provenzano | Paralegal | 215.00 | 4.00 | 235.00 | 1.60 | 1,236.00 |
| Stephanie M. Swan | Paralegal | 200.00 | 25.50 | 205.00 | 21.60 | 9,528.00 |
| **Total Business Operations** | | | **147.40** | | **57.30** | **$ 69,188.00** |

## Case Administration and Objections

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| Judy B. Calton | Partner | 575.00 | 0.50 | | | 254.50 |
| Michael P. Hindelang | Partner | 405.00 | 1.00 | | | 405.00 |
| Scott B. Kitei | Partner | 310.00 | 5.00 | | | 1,550.00 |
| Jeffrey H. Kuras | Partner | 360.00 | 1.70 | | | 612.00 |
| E. Todd Sable | Partner | 465.00 | 24.70 | 475.00 | 3.70 | 13,243.00 |
| Joseph R. Sgroi | Partner | 370.00 | 26.30 | 405.00 | 1.90 | 10,500.50 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 46.40 | 405.00 | 0.70 | 18,611.50 |
| Chauncey C. Mayfield, II | Associate | | | 295.00 | 1.20 | 354.00 |
| Lee Ann Provenzano | Paralegal | 215.00 | 3.00 | | | 645.00 |
| **Total Case Administration and Objections** | | | **108.60** | | **7.50** | **$ 46,175.50** |

## Employee Benefits/Pensions

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| E. Todd Sable | Partner | 465.00 | 0.20 | | | 93.00 |
| **Total Employee Benefits/Pensions** | | | **0.20** | | | **$ 93.00** |

## Fee/Employment Objections

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| E. Todd Sable | Partner | 465.00 | 10.90 | | | 5,068.50 |
| Joseph R. Sgroi | Partner | 370.00 | 12.20 | | | 4,514.00 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 37.00 | | | 14,615.00 |
| Chauncey C. Mayfield, II | Associate | 260.00 | 7.30 | | | 1,898.00 |
| Brenda E. Lundberg | Paralegal | 220.00 | 1.00 | | | 220.00 |
| Lee Ann Provenzano | Paralegal | 215.00 | 7.90 | | | 1,698.50 |
| **Total Fee/Employment Objections** | | | **76.30** | | | **$ 28,014.00** |

### Meetings of Creditors

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| Jeffrey H. Kuras | Partner | 360.00 | 0.60 | | | 216.00 |
| E. Todd Sable | Partner | 465.00 | 7.00 | | | 3,255.00 |
| Joseph R. Sgroi | Partner | 370.00 | 8.50 | | | 3,145.00 |
| **Total Meetings of Creditors** | | | **16.10** | | | **$ 6,616.00** |

### Plan and Disclosure Statement

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| Daniel N. Adams | Partner | 325.00 | 1.50 | 355.00 | 0.20 | $ 558.50 |
| Judy B. Calton | Partner | 575.00 | 0.20 | | | 115.00 |
| Scott B. Kitei | Partner | 310.00 | 1.30 | | | 403.00 |
| Jeffrey H. Kuras | Partner | 360.00 | 6.50 | 380.00 | 6.00 | 4,620.00 |
| E. Todd Sable | Partner | 465.00 | 100.80 | 475.00 | 33.60 | 62,832.00 |
| Joseph R. Sgroi | Partner | 370.00 | 127.40 | 405.00 | 53.70 | 68,886.50 |
| Aaron M. Silver | Partner | 405.00 | 0.40 | 425.00 | 0.70 | 459.50 |
| Phillip D. Torrence | Partner | 540.00 | 10.00 | 565.00 | 7.50 | 9,637.50 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 210.00 | 405.00 | 54.70 | 105,103.50 |
| Chauncey C. Mayfield, II | Associate | 260.00 | 102.30 | 295.00 | 20.10 | 32,527.50 |
| Robert M. Riley | Associate | 235.00 | 13.40 | 295.00 | 2.40 | 3,857.00 |
| Brenda E. Lundberg | Paralegal | 220.00 | 0.60 | | | 132.00 |
| Lee Ann Provenzano | Paralegal | 215.00 | 69.20 | 235.00 | 6.60 | 16,429.00 |
| Stephanie M. Swan | Paralegal | | | 205.00 | 0.10 | 20.50 |
| **Total Plan and Disclosure Statement** | | | **643.60** | | **185.60** | **$ 305,581.50** |

## Relief from Stay Proceedings

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| Jeffrey H. Kuras | Partner | | | 380.00 | 0.10 | $ 38.00 |
| E. Todd Sable | Partner | 465.00 | 6.80 | 475.00 | 2.00 | 4,112.00 |
| Joseph R. Sgroi | Partner | 370.00 | 4.00 | | | 1,480.00 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 0.40 | 405.00 | 0.60 | 401.00 |
| **Total Relief from Stay Proceedings** | | | **11.20** | | **2.70** | **$ 6,031.00** |

## Appeal

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| Daniel N. Adams | Partner | 325.00 | 74.10 | | | $ 24,082.50 |
| Scott B. Kitei | Partner | 310.00 | 40.10 | | | 12,431.00 |
| Jeffrey H. Kuras | Partner | 360.00 | 0.20 | | | 72.00 |
| E. Todd Sable | Partner | 465.00 | 12.30 | | | 5,719.50 |
| Joseph R. Sgroi | Partner | 370.00 | 15.00 | | | 5,550.00 |
| Phillip D. Torrence | Partner | 540.00 | 1.20 | | | 648.00 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 0.40 | | | 158.00 |
| Chauncey C. Mayfield, II | Associate | 260.00 | 24.80 | | | 6,448.00 |
| Robert M. Riley | Associate | 235.00 | 48.10 | | | 11,303.50 |
| Lee Ann Provenzano | Paralegal | 215.00 | 4.50 | 235.00 | 0.20 | 1,014.50 |
| **Total Appeal** | | | **220.70** | | **0.20** | **$ 67,427.00** |

## Tax Matters

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| James H. Combs | Partner | 465.00 | 27.00 | | | $ 12,555.00 |
| Jeffrey H. Kuras | Partner | 360.00 | 1.30 | | | 468.00 |
| E. Todd Sable | Partner | 465.00 | 2.00 | | | 930.00 |
| Joseph R. Sgroi | Partner | 370.00 | 7.50 | | | 2,775.00 |
| Daniel L. Stanley | Partner | 425.00 | 1.00 | | | 425.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Shawn A. Strand | Partner | 325.00 | 1.90 | | | 617.50 |
| Alan M. Valade | Partner | 530.00 | 44.70 | 540.00 | 9.50 | 28,821.00 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 24.60 | | | 9,717.00 |
| James E. Clegg | Associate | 275.00 | 3.00 | | | 825.00 |
| Mary Bonnici | Tax Accounting Consultant | 305.00 | 0.10 | | | 30.50 |
| Lee Ann Provenzano | Paralegal | 215.00 | 2.10 | | | 451.50 |
| **Total Tax Matters** | | | **115.20** | | **9.50** | **$ 57,615.50** |

**Tax Appeal**

| **Professional Name** | **Title** | **2013 Hourly Rate** | **2013 Hours** | **2014 Hourly Rate** | **2014 Hours** | **Fees** |
|---|---|---|---|---|---|---|
| Daniel L. Stanley | Partner | 425.00 | 0.50 | | | 212.50 |
| Mark A. Hilpert | Tax & Economic Incentive Mgr. | 425.00 | 9.60 | | | $ 4,080.00 |
| **Total Tax Appeal** | | | **10.10** | | | **$ 4,292.50** |

**Claims Administration and Objection**

| **Professional Name** | **Title** | **2013 Hourly Rate** | **2013 Hours** | **2014 Hourly Rate** | **2014 Hours** | **Fees** |
|---|---|---|---|---|---|---|
| Daniel N. Adams | Partner | 325.00 | 0.60 | | | $ 195.00 |
| James H. Combs | Partner | 465.00 | 7.00 | | | 3,255.00 |
| Michael P. Hindelang | Partner | 405.00 | 6.10 | | | 2,470.50 |
| Scott B. Kitei | Partner | 310.00 | 42.50 | | | 13,175.00 |
| Jeffrey H. Kuras | Partner | 360.00 | 0.50 | | | 180.00 |
| E. Todd Sable | Partner | 465.00 | 21.40 | | | 9,951.00 |
| Joseph R. Sgroi | Partner | 370.00 | 51.20 | | | 18,944.00 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 35.00 | | | 13,825.00 |
| Chauncey C. Mayfield II | Associate | 260.00 | 42.30 | | | 10,998.00 |
| Robert M. Riley | Associate | 235.00 | 3.90 | | | 916.50 |
| Brenda E. Lundberg | Paralegal | 220.00 | 7.30 | | | 1,606.00 |
| Lee Ann Provenzano | Paralegal | 215.00 | 9.50 | | | 2,042.50 |
| **Total Claims Administration and Objection** | | | **227.30** | | | **$ 77,558.50** |

## Fee/Employment Applications

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| Daniel N. Adams | Partner | 325.00 | 3.10 | | | $ 1,007.50 |
| E. Todd Sable | Partner | 465.00 | 12.60 | | | 5,859.00 |
| Joseph R. Sgroi | Partner | 370.00 | 24.40 | | | 9,028.00 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 12.20 | | | 4,819.00 |
| Amy M. Floraday | Associate | 275.00 | 2.10 | | | 577.50 |
| Brenda E. Lundberg | Paralegal | 220.00 | 106.00 | 225.00 | 23.10 | 28,517.50 |
| Lee Ann Provenzano | Paralegal | 215.00 | 0.60 | | | 129.00 |
| **Total Fee/Employment Applications** | | | **161.00** | | **23.10** | **$ 49,937.50** |

## Litigation

| Professional Name | Title | 2013 Hourly Rate | 2013 Hours | 2014 Hourly Rate | 2014 Hours | Fees |
|---|---|---|---|---|---|---|
| Michael P. Hindelang | Partner | 405.00 | 0.60 | | | 243.00 |
| Scott B. Kitei | Partner | 310.00 | 0.40 | | | 124.00 |
| E. Todd Sable | Partner | 465.00 | 4.10 | | | 1,906.50 |
| Joseph R. Sgroi | Partner | 370.00 | 3.50 | | | 1,295.00 |
| Lawrence A. Lichtman | Senior Attorney | 395.00 | 0.60 | | | 237.00 |
| Chauncey C. Mayfield II | Associate | 260.00 | 7.20 | | | 1,872.00 |
| Amy M. Floraday | Associate | 275.00 | 0.30 | | | 82.50 |
| **Total Financing** | | | **16.70** | | | **$ 5,760.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Subtotal** | | | **2,734.10** | | **295.30** | **$ 1,095,947.50** |
| **Less Voluntary Reduction** | | | (16.20) | | | $ (6,595.00) |
| **Grand Total** | | | **2,717.90** | | **295.30** | **$ 1,089,352.50** |

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME SUMMARY BY ACTION CODE** (June 1 – 30, 2013)

| Action Code | Hours | Amount |
|---|---|---|
| 2590 Asset Disposition | 68.10 | 24,745.50 |
| 2591 Business Operations | 10.90 | 3,630.00 |
| 2592 Case Administration and Objections | 7.60 | 3,133.00 |
| 2595 Meetings of Creditors | 2.80 | 1,149.00 |
| 2596 Plan and Disclosure Statement | 71.80 | 26,656.00 |
| 2630 Appeal | 2.30 | 768.50 |
| 2669 Tax Matters | 38.10 | 15,634.00 |
| 2695 Claims Administration and Objection | 123.30 | 38,919.50 |
| 2696 Fee/Employment Applications | 21.80 | 5,882.00 |
| 456 Litigation | 0.60 | 243.00 |
| | | |
| **Total Fees** | **347.30** | **$120,760.50** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME DETAIL** (June 1 – 30, 2013)

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **ASSET DISPOSITION** |
| 06/03/13 | J. Kuras | 0.20 | Phone calls with L. Lichtman re motion for approval of sale of Bank of Maumee (.20). |
| 06/03/13 | J. Kuras | 0.50 | Review proposed amendment to Capitol National Bank purchase agreement (.50). |
| 06/03/13 | J. Kuras | 0.10 | Email with B. English re amendment to Capitol National Bank purchase agreement (.10). |
| 06/03/13 | J. Kuras | 0.10 | Email with J. Roy and B. English re proposed amendment to purchase agreement for Capitol National Bank shares (.10). |
| 06/03/13 | J. Kuras | 0.10 | Phone call with L. Lichtman re sale of Bank of Maumee (.10). |
| 06/03/13 | B. Lundberg (L.A.) | 0.30 | Emails with K. Wagner at KCC re supplemental certificate of service for sales procedure motion (.10); review same for accuracy and finalize for filing (.10); electronically file same (.10). |
| 06/03/13 | L. Lichtman | 1.40 | Review of Stock Purchase Agreement for proposed sale of Bank of Maumee (1.40). |
| 06/03/13 | L. Lichtman | 4.80 | Draft sale motion re proposed sale of Bank of Maumee (2.20); draft order re same (1.60); draft notice re same (.20); draft declaration of B. English re same (.80). |
| 06/03/13 | L. Lichtman | 0.10 | Review issues re sale motion for Bank of Maumee (.10). |
| 06/03/13 | L. Lichtman | 0.10 | Phone call with J. Kuras re proposed sale of stock in Bank of Maumee (.10). |
| 06/04/13 | J. Sgroi | 0.20 | Emails with J. Kuras re Bank of Maumee sale (.20). |
| 06/04/13 | L. Lichtman | 0.10 | Email from J. Kuras re sale of Bank of Maumee (.10). |

11769 – 330134
PDT 1084672 02/27/14

2

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/04/13 | L. Lichtman | 4.20 | Review and revise motion for sale of Bank of Maumee (2.10); revise order re same (1.30); revise declaration of B. English re same (.60); phone call with J. Kuras re same (.20). |
| 06/04/13 | L. Lichtman | 0.20 | Email to T. Sable re motion for sale of Bank of Maumee (.20). |
| 06/05/13 | J. Kuras | 0.20 | Email with B. English re Office of the Comptroller of the Currency comments to Bank of Maumee proxy statement (.20). |
| 06/05/13 | J. Kuras | 0.20 | Email with L. Lichtman re timing issues on sale of Bank of Maumee (.20). |
| 06/05/13 | J. Kuras | 0.20 | Email with B. English and J. Roy re amendment to purchase agreement for sale of Capitol National Bank shares (.20). |
| 06/05/13 | J. Sgroi | 0.60 | Emails with Committee re comments to bid procedures order (.20); review comments to same (.40). |
| 06/05/13 | L. Lichtman | 0.30 | Review comments received from M. Hebbeln re proposed bidding procedures and order (.30). |
| 06/05/13 | L. Lichtman | 0.10 | Emails with T. Sable re M. Hebbeln's comments on proposed bidding procedures and order (.10). |
| 06/06/13 | E. Sable | 1.00 | Review Committee's proposed changes to sale procedures (.50); phone call with J. Sgroi, M. Hebbeln and M. Lee re same (.50). |
| 06/06/13 | E. Sable | 0.80 | Email with B. English and J. Sgroi re pre-sale due diligence issues (.30); review court orders re same (.30); meet with J. Sgroi and L. Lichtman re same (.20). |
| 06/06/13 | J. Kuras | 0.10 | Email with L. Lichtman re status of Bank of Maumee regulatory approval for sale (.10). |
| 06/06/13 | J. Sgroi | 0.70 | Emails with B. English and T. Sable re pre-sale due diligence issues (.30); review orders re same (.20); meet with T. Sable and L. Lichtman re same. (.20). |
| 06/06/13 | J. Sgroi | 0.90 | Review Committee's changes to sale procedures (.40); phone call with T. Sable, M. Hebbeln and M. Lee re same (.50). |

11769 – 330134
PDT 1084672 02/27/14

3

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/06/13 | J. Sgroi | 0.20 | Emails with Committee re bidding procedures (.20). |
| 06/06/13 | L. Lichtman | 0.20 | Meet with T. Sable and J. Sgroi re Committee comments on proposed bidding procedures and order (.20). |
| 06/06/13 | L. Lichtman | 0.30 | Phone call with M. Hebbeln and FTI representative re proposed bidding procedures (.30). |
| 06/06/13 | L. Lichtman | 0.10 | Email with T. Sable re status of proposed Sale Motion for Bank of Maumee (.10). |
| 06/06/13 | L. Lichtman | 0.10 | Emails with J. Kuras re status of proposed Sale Motion for Bank of Maumee (.10). |
| 06/06/13 | L. Lichtman | 0.30 | Review comments of Committee on proposed bidding procedures and order (.30). |
| 06/07/13 | L. Provenzano (L.A.) | 0.10 | Review of stipulated order extending Committee deadline to file objection on Bidding Procedures motion (.10). |
| 06/10/13 | J. Kuras | 0.20 | Phone call with B. English re ValStone expense reimbursement issue (.20). |
| 06/10/13 | J. Kuras | 0.40 | Review and revise motion to approve sale of Bank of Maumee (.40). |
| 06/11/13 | E. Sable | 0.70 | Review and revise motion to sell Bank of Maumee (.40); review and revise order re same (.30). |
| 06/11/13 | E. Sable | 0.50 | Review email from M. Hebbeln and attached documents providing Committee's comprehensive comments to bid procedures and bid procedures order (.50). |
| 06/11/13 | J. Kuras | 0.50 | Review and revise motion to sell shares of Bank of Maumee (.50). |
| 06/11/13 | J. Kuras | 0.20 | Email with L. Lichtman re coordination of motion to approve sale of stock of Bank of Maumee (.20). |
| 06/11/13 | J. Sgroi | 0.50 | Review email from M. Hebbeln and attached documents re Committee comments to bid procedures (.50). |
| 06/11/13 | J. Sgroi | 0.40 | Review and revise motion to sell Bank of Maumee (.20); review and revise order re same (.20). |

11769 – 330134
PDT 1084672 02/27/14

4

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/11/13 | L. Lichtman | 0.10 | Email from J. Kuras re client information required for proposed Sale Motion for Bank of Maumee (.10). |
| 06/11/13 | L. Lichtman | 0.10 | Emails with J. Kuras re status of Stock Purchase Agreement for Bank of Maumee and proposed sale motion (.10). |
| 06/12/13 | J. Kuras | 0.20 | Email with B. English re motion to sell shares in Bank of Maumee (.20). |
| 06/12/13 | J. Kuras | 0.10 | Email with B. English re escrowed funds issue for sale of Bank of Maumee (.10). |
| 06/12/13 | L. Lichtman | 1.30 | Review Committee's comprehensive comments on proposed bid procedures and order (.60); draft summary of same (.70). |
| 06/12/13 | L. Lichtman | 0.10 | Email from M. White re various issues in connection with proposed sale of Bank of Maumee (.10). |
| 06/12/13 | L. Lichtman | 0.10 | Emails from B. English and J. Kuras re proposed sale of Bank of Maumee (.10). |
| 06/14/13 | J. Kuras | 0.30 | Email with D. Wyand re status of ValStone expense reimbursement issue (.30). |
| 06/14/13 | L. Provenzano (L.A.) | 0.20 | Review Committee's objection to Bidding Procedures Motion (.10); email to J. Kuras re same (.10). |
| 06/14/13 | L. Lichtman | 0.30 | Review Committee's Limited Objection to Sale Procedures Motion (.30). |
| 06/17/13 | E. Sable | 0.70 | Review Committee's objection to Sale Procedures Motion (.40); meet with L. Lichtman re same (.10); phone call with C. Reid and L. Lichtman re same (.20). |
| 06/17/13 | J. Kuras | 0.20 | Email with M. White re amendment to Bank of Maumee stock purchase agreement (.20). |
| 06/17/13 | J. Sgroi | 0.50 | Review Committee's objection to Sale Procedures Motion (.50). |
| 06/17/13 | L. Lichtman | 0.10 | Email from J. Kuras re status of matters related to draft Sale Motion concerning Bank of Maumee (.10). |
| 06/17/13 | L. Lichtman | 0.70 | Review file re Committee's respective Objections to Bidding Procedures and Solicitation Procedures Motion in connection with efforts to resolve same (.70). |

11769 – 330134
PDT 1084672 02/27/14
5

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/17/13 | L. Lichtman | 0.30 | Meet with T. Sable re Committee's objection to bidding procedures motion (.10); phone call with T. Sable and C. Reid re same (.20). |
| 06/17/13 | L. Lichtman | 1.70 | Email to C. Reid re Committee's objections to Bidding Procedures and Solicitation Procedures Motion (1.70). |
| 06/17/13 | L. Lichtman | 0.40 | Phone call with C. Reid re Committee's objections to Bidding Procedures and Solicitation Procedures Motion (.40). |
| 06/17/13 | L. Lichtman | 2.00 | Review and revise Bidding Procedures to resolve Committee's objection (1.20); review and revise order re same (.80). |
| 06/18/13 | J. Kuras | 0.20 | Email with L. Lichtman re motion to approve sale of Bank of Maumee (.20). |
| 06/18/13 | L. Lichtman | 0.30 | Review First Amendment to Stock Purchase Agreement re proposed sale of Bank of Maumee (.30). |
| 06/18/13 | L. Lichtman | 0.20 | Emails with J. Kuras re First Amendment to Stock Purchase Agreement concerning proposed sale of Bank of Maumee (.20). |
| 06/18/13 | L. Lichtman | 3.80 | Revise Bidding Procedures (2.10); revise Bidding Procedures Order (1.70). |
| 06/18/13 | L. Lichtman | 1.50 | Email to M. Hebbeln re Committee's Objections to Bidding Procedures and Order and Solicitation Procedures Motion (1.50). |
| 06/18/13 | L. Lichtman | 0.20 | Review draft proposal to resolve Committee's objections to Bidding Procedures Motion and Solicitation Procedures Motion (.20). |
| 06/18/13 | L. Lichtman | 0.20 | Email to M. Hebbeln re Committee's Objections to Bidding Procedures and Order and Solicitation Procedures Motion (.20). |
| 06/19/13 | J. Kuras | 0.20 | Email with M. White re Board resolutions for sale of Bank of Maumee (.20). |
| 06/19/13 | J. Kuras | 0.20 | Review Board resolutions re sale of Bank of Maumee (.20). |

11769 – 330134
PDT 1084672 02/27/14

6

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/19/13 | L. Lichtman | 0.50 | Review comments from M. White on Sale Motion for Bank of Maumee (.50). |
| 06/19/13 | L. Lichtman | 0.20 | Emails with J. Sgroi re outstanding issues on Sale Motion for Bank of Maumee (.20). |
| 06/19/13 | L. Lichtman | 0.10 | Emails with B. English re Federal Reserve approval required for sale of Bank of Maumee (.10). |
| 06/19/13 | L. Lichtman | 0.10 | Email to M. White re Sale Motion for Bank of Maumee (.10). |
| 06/19/13 | L. Lichtman | 0.10 | Review issues in connection with potential sale of Michigan Commerce Bank (.10). |
| 06/19/13 | L. Lichtman | 0.10 | Emails with J. Kuras re proposed sale of Bank of Maumee (.10). |
| 06/20/13 | L. Lichtman | 0.20 | Phone call with M. Lee and C. Hamilton re Committee's objections to Bidding Procedures and Solicitation Procedures Motion and proposed settlement with Michigan Department of Treasury (.20). |
| 06/20/13 | L. Lichtman | 0.10 | Review issue of escrow of proceeds from proposed sale of Bank of Maumee (.10). |
| 06/20/13 | L. Lichtman | 0.10 | Preparation for call with Committee's professionals re objections to bidding procedures and solicitation procedures motion (.10). |
| 06/20/13 | L. Lichtman | 2.00 | Revise Sale Motion re sale of Bank of Maumee (1.20); revise order re same (.80). |
| 06/20/13 | L. Lichtman | 0.40 | Email to B. English re revised Sale Motion for sale of Bank of Maumee (.40). |
| 06/21/13 | J. Kuras | 0.10 | Email with M. White re Bank of Maumee board resolutions (.10). |
| 06/23/13 | J. Kuras | 0.10 | Email with L. Lichtman re amendment to purchase agreement for Bank of Maumee (.10). |
| 06/23/13 | L. Lichtman | 0.10 | Email from J. Kuras with First Amendment to Stock Purchase Agreement for sale of Bank of Maumee (.10). |
| 06/24/13 | J. Kuras | 0.10 | Email with M. White and L. Lichtman re Bank of Maumee sale motion (.10). |

11769 – 330134
PDT 1084672 02/27/14

7

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/24/13 | J. Kuras | 0.20 | Phone call with L. Lichtman re motion to approve sale of Bank of Maumee (.20). |
| 06/24/13 | J. Kuras | 0.20 | Email with M. White re motion to approve sale of Bank of Maumee (.20). |
| 06/24/13 | J. Sgroi | 0.20 | Review emails from L. Lichtman re Bank of Maumee sale (.20). |
| 06/24/13 | L. Lichtman | 0.10 | Email from J. Kuras re Schedules to Stock Purchase Agreement for sale of Bank of Maumee (.10). |
| 06/24/13 | L. Lichtman | 0.20 | Phone call with J. Kuras re Sale Motion for Bank of Maumee (.20). |
| 06/24/13 | L. Lichtman | 0.10 | Email with J. Kuras and M. White re status of Sale Motion for Bank of Maumee (.10). |
| 06/24/13 | L. Lichtman | 0.20 | Review file re outstanding items required to finalize Sale Motion for Bank of Maumee (.20). |
| 06/24/13 | L. Lichtman | 0.10 | Email to J. Kuras re Escrow Agreement for proposed sale of Bank of Maumee (.10). |
| 06/25/13 | J. Kuras | 0.10 | Email with L. Lichtman re motion to approve sale of Bank of Maumee (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Review status of Committee's objection to proposed Bidding Procedures (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Emails with J. Kuras re First Amendment to Stock Purchase Agreement for Bank of Maumee (.10). |
| 06/25/13 | L. Lichtman | 2.00 | Research re break-up fee and Stalking Horse provision in connection with Committee's objection to Bidding Procedures Motion (2.00). |
| 06/25/13 | L. Lichtman | 0.10 | Email to M. Hebbeln re status of resolution of Committee's objection to proposed Bidding Procedures (.10). |
| 06/26/13 | J. Kuras | 0.10 | Email with M. White re status of B. English affidavit in support of motion to sell Bank of Maumee (.10). |
| 06/26/13 | J. Kuras | 0.30 | Review motion for sale of Bank of Maumee (.30). |
| 06/26/13 | C. Mayfield ll | 0.50 | Meet with L. Lichtman re Committee's objection to bidding procedures (.30); review same (.20). |

11769 – 330134
PDT 1084672 02/27/14
8

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/26/13 | C. Mayfield ll | 2.90 | Research and analyze bankruptcy case on law on reasonableness of Stalking Horse bidder break-up fee, bidding procedures, amounts of overbids, and Stalking Horse right of last refusal on bidding (2.90). |
| 06/26/13 | L. Lichtman | 0.10 | Emails with J. Kuras re status of declaration of B. English in support of sale motion for Bank of Maumee (.10). |
| 06/26/13 | L. Lichtman | 0.10 | Review status of Committee's objection to Bidding Procedures Motion (.10). |
| 06/26/13 | L. Lichtman | 0.30 | Meet with C. Mayfield re Committee's objection to Bidding Procedures (.30). |
| 06/26/13 | L. Lichtman | 0.20 | Emails with M. Hebbeln re open issues as to Committee's Objection to Bidding Procedures Motion (.20). |
| 06/27/13 | J. Kuras | 0.20 | Email with M. White re motion to approve sale of Bank of Maumee (.20). |
| 06/27/13 | J. Kuras | 0.20 | Email with L. Lichtman re motion to approve sale of Bank of Maumee (.20). |
| 06/27/13 | J. Sgroi | 1.20 | Review and revise motion to sell Bank of Maumee (.70); review and revise declaration re same (.30); emails with client re same (.20). |
| 06/27/13 | C. Mayfield ll | 0.80 | Meetings with L. Lichtman re Stalking Horse bidder break-up fee and matching principle (.40); research re same (.40). |
| 06/27/13 | C. Mayfield ll | 8.70 | Continue research and analyze bankruptcy case on law on reasonableness of Stalking Horse bidder break-up fee and bidding procedures (5.30); draft memorandum re reasonableness of proposed bidding procedures in preparation for hearing on Committee's objection (3.40). |
| 06/27/13 | L. Lichtman | 0.30 | Revise Declaration of B. English in support of Sale Motion for Bank of Maumee (.30). |
| 06/27/13 | L. Lichtman | 0.10 | Emails with T. Sable re Sale Motion for Bank of Maumee (.10). |

11769 – 330134

PDT 1084672 02/27/14

9

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

HONIGMAN
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(269) 337-7700
Fax: (269) 337-7701
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/27/13 | L. Lichtman | 0.20 | Meet with C. Mayfield re status of research for Committee's objection to Bidding Procedures Motion (.20). |
| 06/27/13 | L. Lichtman | 0.20 | Phone call with M. Hebbeln re outstanding issues as to Committee's objection to Bidding Procedures Motion (.20). |
| 06/27/13 | L. Lichtman | 0.20 | Email to B. English re Declaration in support of Sale Motion for Bank of Maumee (.20). |
| 06/27/13 | L. Lichtman | 0.10 | Emails with J. Sgroi re Sale Motion for Bank of Maumee (.10). |
| 06/27/13 | L. Lichtman | 0.20 | Email from M. White re Declaration of B. English in support of Sale Motion for Bank of Maumee (.20). |
| 06/27/13 | L. Lichtman | 0.50 | Review research memorandum from C. Mayfield re Committee's objection to Bidding Procedures Motion (.50). |
| 06/27/13 | L. Lichtman | 0.20 | Meet with C. Mayfield re status of research for Committee's objection to Bidding Procedures Motion (.20). |
| 06/28/13 | E. Sable | 0.20 | Review stipulation re continuance of July 2, 2013 hearing for bidding procedures motion and derivative standing motion (.10); email with Committee's counsel re same (.10). |
| 06/28/13 | L. Provenzano (L.A.) | 1.10 | Revise Motion to Authorize Sale of Stock in Bank of Maumee (.30); revise notice re same (.20); preparation of exhibits re same (.40); meet with L. Lichtman re same (.10); email with KCC re service of same to Special Service list and parties of interest (.10). |
| 06/28/13 | L. Lichtman | 0.30 | Emails with C. Reid and B. English re Sale Motion for Bank of Maumee (.30). |
| 06/28/13 | L. Lichtman | 0.50 | Finalize Sale Motion for Bank of Maumee for filing (.50). |
| 06/28/13 | L. Lichtman | 0.10 | Email to L. Provenzano re Sale Motion and Exhibits for Bank of Maumee (.10). |
| 06/28/13 | L. Lichtman | 0.30 | Review research memorandum re Committee's objection to proposed Bidding Procedures (.30). |

11769 – 330134
PDT 1084672 02/27/14
10
INVOICE PAYABLE ON RECEIPT IN US DOLLARS
Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800
*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/28/13 | L. Lichtman | 0.30 | Review status of Committee's objection to proposed Bidding Procedures and related research memorandum (.30). |
| 06/28/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re Sale Motion for Bank of Maumee (.10). |
| 06/28/13 | L. Lichtman | 0.10 | Emails with J. Kuras re filing of Sale Motion for Bank of Maumee (.10). |
| 06/28/13 | L. Lichtman | 0.80 | Further review of C. Mayfield's research memorandum and cited cases re Committee's objection to stalking horse bidder and matching provision in proposed Bidding Procedures (.80). |
| 06/28/13 | L. Lichtman | 0.10 | Email to J. Sgroi re status of Committee's objection to proposed Bidding Procedures (.10). |
| 06/29/13 | L. Provenzano (L.A.) | 0.20 | Review Certificate of Service from KCC for accuracy re service of Bank of Maumee sale motion (.10); electronically file same (.10). |
| **Subtotal Hours and Fees - Asset Disposition** | | **68.10** | **24,745.50** |

**BUSINESS OPERATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/03/13 | J. Kuras | 0.10 | Phone call with T. Sable re SEC filings for bank closures (.10). |
| 06/07/13 | J. Sgroi | 0.30 | Review email and voice mail from landlord (.20); further emails re same (.10). |
| 06/07/13 | J. Sgroi | 0.20 | Review letter from investor (.20). |
| 06/10/13 | D. Adams | 0.10 | Email to S. Swan re TruPs transfer document (.10). |
| 06/17/13 | D. Adams | 0.20 | Review and analyze TruPs transfer document (.20). |
| 06/17/13 | J. Kuras | 0.20 | Email with D. Adams re successor Trustee to trust preferred securities (.20). |
| 06/21/13 | J. Sgroi | 0.50 | Review monthly operating reports (.50). |

11769 – 330134
PDT 1084672 02/27/14

11

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/24/13 | J. Sgroi | 0.30 | Review check registers (.20); email with Committee re same (.10). |
| 06/26/13 | E. Sable | 0.40 | Phone call with C. Reid and J. Sgroi re possible merger option (.20); meet with S. Kitei re research for same (.20). |
| 06/26/13 | S. Kitei | 3.00 | Research re corporate governance issues for mergers (2.80); meet with T. Sable re same (.20). |
| 06/26/13 | J. Sgroi | 0.20 | Phone call with C. Reid and T. Sable re possible merger option (.20). |
| 06/27/13 | S. Kitei | 3.20 | Continue research re corporate governance issues for mergers (3.20). |
| 06/27/13 | J. Sgroi | 0.50 | Review check registers and cash flow reports (.50). |
| 06/27/13 | J. Sgroi | 0.50 | Review several media inquiries (.30); phone call with C. Reid and P. Torrence re same (.20). |
| 06/27/13 | L. Provenzano (L.A.) | 0.40 | Review and finalize CBC May Monthly Operating Report for filing (.20); review and finalize FCC May Monthly Operating Report for filing (.20). |
| 06/28/13 | J. Kuras | 0.30 | Email with S. Kitei re regulatory issues with proposed subsidiary mergers (.30). |
| 06/28/13 | L. Lichtman | 0.20 | Emails with M. Walker re inquiry from J. Lichko of U.S. Trustee's office on status of deposit agreement for funds at Michigan Commerce Bank and questions from counsel to FDIC on May Monthly Operating Reports (.20). |
| 06/28/13 | L. Lichtman | 0.10 | Email to T. Sable re phone call with J. Lichko of U.S. Trustee's office and deposit agreement required for funds at Michigan Commerce Bank (.10). |
| 06/28/13 | L. Lichtman | 0.20 | Phone call with J. Lichko of U.S. Trustee's office re deposit agreement required for funds at Michigan Commerce Bank (.20). |
| **Subtotal Hours and Fees - Business Operations** | | **10.90** | **3,630.00** |

11769 – 330134
PDT 1084672 02/27/14

12

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **CASE ADMINISTRATION AND OBJECTIONS** |
| 06/03/13 | J. Sgroi | 0.20 | Emails with P. Torrence re case status summary and time line (.20). |
| 06/07/13 | E. Sable | 0.40 | Review information re FDIC seizure of 1st Commerce Bank (.20); email to Committee re same (.10); meet with L. Lichtman re same (.10). |
| 06/07/13 | J. Sgroi | 0.30 | Review information re FDIC seizure of 1st Commerce Bank (.30). |
| 06/07/13 | L. Lichtman | 0.20 | Email from J. Combs re FDIC seizing 1st Commerce Bank (.10); review notice re same (.10). |
| 06/07/13 | L. Lichtman | 0.10 | Meet with T. Sable re FDIC seizure of 1st Commerce Bank (.10). |
| 06/08/13 | E. Sable | 0.40 | Phone call with L. Baughman, counsel to FDIC, re multiple issues (.20); email with C. Reid, B. English and P. Torrence re same (.20). |
| 06/08/13 | J. Sgroi | 0.20 | Emails with T. Sable re phone call with counsel to FDIC (.20). |
| 06/09/13 | E. Sable | 0.80 | Research re FDIC's standing (.50); email with P. Torrence and B. English re same (.30). |
| 06/09/13 | J. Sgroi | 0.20 | Emails from T. Sable re FDIC standing (.20). |
| 06/12/13 | E. Sable | 0.30 | Phone call with C. Reid re multiple issues in preparation for meeting with FDIC (.30). |
| 06/19/13 | M. Hindelang | 1.00 | Phone call with C. Reid and representatives of the Federal Reserve re Exit Agenda (1.00). |
| 06/19/13 | J. Kuras | 0.50 | Phone call with Federal Reserve re Exit Agenda meeting (.50). |
| 06/27/13 | E. Sable | 0.40 | Attention to media inquiries (.20); phone call with C. Reid and P. Torrence re same (.20). |
| 06/28/13 | L. Lichtman | 0.10 | Email from J. Sgroi re draft of proposed email memorandum to C. Reid concerning summary of significant case matters (.10). |

11769 – 330134
PDT 1084672 02/27/14

13

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/28/13 | L. Lichtman | 0.20 | Finalize email memorandum to C. Reid and B. English re summary of significant case matters (.20). |
| 06/28/13 | L. Lichtman | 2.30 | Draft email memorandum to C. Reid and B. English re chronological summary of upcoming significant case matters and status (2.30). |
| **Subtotal Hours and Fees - Case Administration and Objections** | | **7.60** | **3,133.00** |

**MEETINGS OF CREDITORS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/06/13 | J. Kuras | 0.10 | Email with T. Sable re status of 1st Commerce Bank in preparation for Creditor Committee call (.10). |
| 06/06/13 | J. Sgroi | 0.20 | Emails with Committee re weekly meeting and cash flows (.20). |
| 06/14/13 | E. Sable | 0.40 | Participate in phone call with Creditors Committee (.40). |
| 06/14/13 | J. Sgroi | 0.50 | Phone call with Creditors Committee (.50). |
| 06/20/13 | E. Sable | 0.30 | Participate in phone call with Creditors Committee (.30). |
| 06/20/13 | J. Sgroi | 0.30 | Phone call with Creditors Committee (.30). |
| 06/27/13 | E. Sable | 0.50 | Participate in weekly Committee phone call (.50). |
| 06/27/13 | J. Sgroi | 0.50 | Weekly call with Creditors Committee (.50). |
| **Subtotal Hours and Fees - Meetings of Creditors** | | **2.80** | **1,149.00** |

**PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/03/13 | J. Sgroi | 0.20 | Call with M. Shaver re assumption of deferred compensation agreement (.20). |

11769 – 330134
PDT 1084672 02/27/14

14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/07/13 | E. Sable | 0.50 | Review Committee's objection to plan procedures motion (.40); meet with L. Lichtman re same (.10). |
| 06/07/13 | J. Sgroi | 0.60 | Review Committee's objection to plan procedures motion (.60). |
| 06/07/13 | L. Lichtman | 0.10 | Meet with T. Sable re Committee's objection to proposed solicitation and voting procedures (.10). |
| 06/07/13 | L. Lichtman | 1.00 | Review Committee's objection to solicitation and voting procedures motion (1.00). |
| 06/10/13 | L. Lichtman | 0.20 | Review proposed revision to dates for solicitation and voting procedures (.20). |
| 06/10/13 | L. Lichtman | 0.10 | Emails with P. Torrence re status of timeline for Plan and solicitation (.10). |
| 06/11/13 | E. Sable | 1.00 | Further review of Committee's objection to solicitation procedures motion (.50); meet with J. Sgroi and L. Lichtman re response to same (.50). |
| 06/11/13 | J. Sgroi | 0.50 | Meeting with T. Sable and L. Lichtman re response to Committee's objection to solicitation procedures motion (.50). |
| 06/11/13 | L. Provenzano (L.A.) | 0.10 | Review Notice of Hearing re Solicitation Procedures and calendar same (.10). |
| 06/11/13 | L. Lichtman | 1.40 | Review and comment on Committee's objection to motion to establish solicitation procedures (1.40). |
| 06/11/13 | L. Lichtman | 0.60 | Meet with T. Sable and J. Sgroi re response to Committee's objection to motion to establish solicitation procedures (.60). |
| 06/11/13 | L. Lichtman | 0.10 | Phone call with D. Hartie of KCC re possible new voting record date (.10). |
| 06/11/13 | L. Lichtman | 1.50 | Draft response to Committee's objection to Solicitation Procedures Motion (1.50). |
| 06/12/13 | L. Lichtman | 0.10 | Review revised response to Committee's objection to Solicitation Procedures Motion (.10). |
| 06/12/13 | L. Lichtman | 1.50 | Continue drafting response to Committee's objection to Solicitation Procedures Motion (1.50). |

11769 – 330134
PDT 1084672 02/27/14

15

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/13/13 | L. Lichtman | 0.20 | Review revised draft of response to Committee's objection to Solicitation Procedures Motion (.20). |
| 06/14/13 | L. Lichtman | 0.20 | Preparation for phone call with Committee's professionals re response to Committee's objection to Solicitation Procedures Motion (.20). |
| 06/14/13 | L. Lichtman | 0.20 | Preparation for call with Committee's professionals re response to Committee's objection to Solicitation Procedures Motion (.20). |
| 06/14/13 | L. Lichtman | 0.30 | Phone call with Committee's professionals re Committee's objection to Solicitation Procedures Motion (.30). |
| 06/17/13 | E. Sable | 0.70 | Phone call with C. Reid, P. Torrence and J. Sgroi re Committee's objection to Plan Procedures Motion (.50); phone call with C. Reid and L. Lichtman re same (.20). |
| 06/17/13 | E. Sable | 0.20 | Email to C. Reid re plan timing issues (.20). |
| 06/17/13 | J. Sgroi | 0.20 | Review email to C. Reid re plan timing issues (.20). |
| 06/17/13 | J. Sgroi | 0.50 | Review Committee's objection to Plan Procedures Motion (.50). |
| 06/17/13 | J. Sgroi | 0.50 | Phone call with C. Reid, P. Torrence and T. Sable re objection to plan procedures motion (.50). |
| 06/17/13 | L. Lichtman | 0.30 | Revise response to Committee's objection to Solicitation Procedures Motion (.10); phone call with C. Reid and T. Sable re said objection (.20). |
| 06/18/13 | E. Sable | 0.50 | Revise response to Committee's objection to Solicitation Procedures Motion (.50). |
| 06/18/13 | E. Sable | 0.90 | Review and revise email to C. Reid re response to Committee’s objection to Plan Procedures Motion and Sale Procedures Motion (.90). |
| 06/18/13 | J. Sgroi | 0.20 | Review email to C. Reid re response to Committee’s objections to Plan Procedures Motion and Sale Procedures Motion (.20). |
| 06/18/13 | J. Sgroi | 0.40 | Review response to Committee's objection to Solicitation Procedures Motion (.40). |

11769 – 330134
PDT 1084672 02/27/14

16

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/19/13 | L. Provenzano (L.A.) | 0.50 | Review and revise Response to Committee's objection to Solicitation Motion (.30); calendar proposed deadlines relating to same (.10); meet with L. Lichtman re same (.10). |
| 06/19/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re status of response to Committee's objection to Solicitation Procedures Motion (.10). |
| 06/19/13 | L. Lichtman | 0.20 | Review claims review issues for solicitation process (.20). |
| 06/19/13 | L. Lichtman | 0.50 | Review and revise response to Committee's objection to Solicitation Procedures Motion (.50). |
| 06/19/13 | L. Lichtman | 0.10 | Email from M. Hebbeln re status of Committee's response to proposed resolution of objections to Solicitation Procedures Motion and Sale Procedures Motion (.10). |
| 06/19/13 | L. Lichtman | 0.10 | Finalize response to Committee's objection to Solicitation Procedures Motion (.10). |
| 06/19/13 | L. Lichtman | 0.10 | Review status of response to Committee's objection to Solicitation Procedures Motion (.10). |
| 06/20/13 | J. Sgroi | 3.20 | Research re plan priority issues (1.80); review potential treatment under liquidating plan (1.40). |
| 06/21/13 | E. Sable | 0.10 | Email with J. Gies and US Trustee re Plan Procedures Motion hearing (.10). |
| 06/21/13 | J. Sgroi | 0.20 | Meet with L. Lichtman re plan solicitation issues (.20). |
| 06/21/13 | L. Provenzano (L.A.) | 2.90 | Review proofs of claims relating to preferred stock and TruPs re solicitation process (.80); revise claims registry and solicitation report re same (.60); meetings with L. Lichtman re status of said claims review (.70); prepare package of claims for L. Lichtman to review (.80). |
| 06/21/13 | L. Provenzano (L.A.) | 0.30 | Phone call with D. Hartie at KCC re notices and solicitation to equity parties (.30). |
| 06/21/13 | L. Lichtman | 0.30 | Meet with L. Provenzano re status of review of claims for solicitation process (.30). |

11769 – 330134
PDT 1084672 02/27/14

17

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/21/13 | L. Lichtman | 0.20 | Meet with J. Sgroi re status of claims review for solicitation process (.20). |
| 06/21/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re solicitation and balloting process issues (.20). |
| 06/21/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re plan solicitation issues (.20). |
| 06/21/13 | L. Lichtman | 1.30 | Review plan packages, solicitation and voting process (1.30). |
| 06/21/13 | L. Lichtman | 0.10 | Email from L. Provenzano re call with D. Hartie of KCC on solicitation issues concerning beneficial holders (.10). |
| 06/21/13 | L. Lichtman | 0.90 | Review proofs of claim re plan solicitation and voting issues (.90). |
| 06/22/13 | J. Sgroi | 1.50 | Continue to research re plan priority issues (.80); continue to review potential treatment under liquidating plan (.70). |
| 06/24/13 | E. Sable | 1.40 | Prepare for hearing on plan solicitation procedures motion (.30); meet with J. Sgroi re same (.20); review emails and documents from M. Hebbeln re resolution of Committee's objections to same (.30); phone call with C. Reid re same (.10); meetings with L. Lichtman re same (.50). |
| 06/24/13 | E. Sable | 0.50 | Meet with L. Lichtman re plan solicitation process (.50). |
| 06/24/13 | J. Sgroi | 0.90 | Meet with T. Sable re hearing on solicitation procedures (.20); review multiple emails from T. Sable re same (.50); emails from L. Lichtman re hearing on solicitation procedure and whether same are closed (.20). |
| 06/24/13 | C. Mayfield ll | 3.80 | Review objection and response to Solicitation Procedures Motion (1.30); draft hearing outline re same (2.50). |
| 06/24/13 | L. Provenzano (L.A.) | 0.10 | Phone call with P. O'Hara in Judge McIvor's chambers re solicitation procedures hearing (.10). |

11769 – 330134
PDT 1084672 02/27/14

18

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/24/13 | L. Lichtman | 0.10 | Review revised draft of Committee letter from M. Hebbeln for solicitation packages (.10). |
| 06/24/13 | L. Lichtman | 0.10 | Meet with T. Sable re results of phone call with M. Hebbeln on resolution of Committee's objections to Solicitation Procedures Motion and Bid Procedures Motion (.10). |
| 06/24/13 | L. Lichtman | 0.10 | Meet with T. Sable re solicitation process issues (.10). |
| 06/24/13 | L. Lichtman | 0.20 | Phone call with C. Reid re resolution of Committee's objection to Solicitation Procedures Motion (.20). |
| 06/24/13 | L. Lichtman | 0.30 | Preparation for call with M. Hebbeln, Committee's counsel, re Committee's objections to Solicitation Procedures Motion and Bid Procedures Motion (.30). |
| 06/24/13 | L. Lichtman | 0.20 | Email to T. Sable and J. Sgroi re results of call with M. Hebbeln and status of resolution of Committee's objections to Solicitation Procedures Motion and Bid Procedures Motion (.20). |
| 06/24/13 | L. Lichtman | 0.20 | Review M. Hebbeln comments on proposed Solicitation Procedures Order (.20). |
| 06/24/13 | L. Lichtman | 0.20 | Review status of claims review and solicitation process (.20). |
| 06/24/13 | L. Lichtman | 0.10 | Email from L. Provenzano re inquiry from KCC on solicitation process and plan packages (.10). |
| 06/24/13 | L. Lichtman | 0.90 | Review claims in connection with plan solicitation (.90). |
| 06/24/13 | L. Lichtman | 0.20 | Phone call with M. Hebbeln, Committee's counsel, re resolution of Committee's objection to Solicitation Procedures Motion (.20). |
| 06/24/13 | L. Lichtman | 0.10 | Review draft of Committee letter for solicitation packages (.10). |
| 06/24/13 | L. Lichtman | 0.10 | Email to T. Sable and J. Sgroi re draft of Committee letter for solicitation packages (.10). |
| 06/24/13 | L. Lichtman | 0.10 | Email to M. Hebbeln re revised draft of Committee letter for solicitation packages (.10). |

11769 – 330134
PDT 1084672 02/27/14

19

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/24/13 | L. Lichtman | 0.60 | Email to C. Reid re status of resolution of Committee's objection to Solicitation Procedures Motion (.60). |
| 06/24/13 | L. Lichtman | 0.10 | Meet with T. Sable re results of telephone call with C. Reid on resolution of Committee's objection to Solicitation Procedures Motion (.10). |
| 06/24/13 | L. Lichtman | 0.10 | Review revised Solicitation Procedures Order (.10). |
| 06/24/13 | L. Lichtman | 0.20 | Meet with T. Sable re status of resolution of Committee's objection to Solicitation Procedures Motion (.20). |
| 06/24/13 | L. Lichtman | 0.90 | Phone call with M. Hebbeln, Committee's counsel, re resolution of Committee's objections to Solicitation Procedures Motion and Bid Procedures Motion (.90). |
| 06/24/13 | L. Lichtman | 0.50 | Meeting with T. Sable re plan solicitation and voting process (.50). |
| 06/24/13 | L. Lichtman | 0.10 | Review M. Hebbeln's comments on Solicitation Procedures Order (.10). |
| 06/24/13 | L. Lichtman | 0.60 | Revise Solicitation Procedures Order (.40); revise notice re same (.20). |
| 06/24/13 | L. Lichtman | 0.10 | Email to T. Sable re revised Solicitation Procedures Order (.10). |
| 06/25/13 | J. Calton | 0.20 | Email to T. Sable about scheduling creditors under assumed management/payment agreements (.20). |
| 06/25/13 | E. Sable | 3.30 | Review and revise proposed order on Plan Procedures Motion (.30); meet with J. Sgroi re same (.20); multiple emails to A. Uetz and M. Hebbeln summarizing issues for hearing (.30); prepare for and attend hearing on Plan Procedures Motion (2.20); meet with M. Hebbeln following hearing re form of said proposed order (.10); attention to submission of order (.10); phone call with L. Lichtman re voting record date (.10). |
| 06/25/13 | E. Sable | 0.10 | Phone call with P. O'Hara of Judge McIvor's chambers re preliminary approval of disclosure statement (.10). |
| 06/25/13 | J. Sgroi | 0.40 | Multiple emails with Committee re resolution of solicitation procedures motion (.40). |

11769 – 330134
PDT 1084672 02/27/14
20

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/25/13 | J. Sgroi | 0.50 | Review proposed order on Plan Procedures Motion (.30); meet with T. Sable re same (.20). |
| 06/25/13 | L. Provenzano (L.A.) | 0.80 | Meeting with L. Lichtman re solicitation of unsecured creditors (.10); revise solicitation distribution summary re same (.60); phone call with L. Lichtman re solicitation publication notice in Lansing State Journal (.10). |
| 06/25/13 | L. Provenzano (L.A.) | 0.30 | Revise proposed solicitation procedures order (.20); upload same to court portal for entry (.10). |
| 06/25/13 | L. Lichtman | 0.20 | Email to L. Provenzano re submission of proposed Solicitation Procedures Order for entry (.20). |
| 06/25/13 | L. Lichtman | 0.10 | Review request of Committee's counsel to change voting record date (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Phone call with L. Provenzano re solicitation publication notice in Lansing State Journal (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Phone call with T. Sable re voting record date issue (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Email from D. Hartie of KCC re voting record date (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Second phone call with D. Hartie of KCC re issue of establishing voting record date (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Emails with T. Sable re issue of proposed voting record date (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Email to A. Uetz, Committee's counsel, re issue of proposed voting record date (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Email from J. Calton re background to scheduling of unsecured creditors in connection with Plan solicitation process (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Review issues for scheduling of unsecured creditors and Plan solicitation (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Email to L. Provenzano re scheduling unsecured creditors for Plan solicitation (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Meet with L. Provenzano to confirm unsecured creditors for Plan solicitation packages (.10). |

11769 – 330134
PDT 1084672 02/27/14

21

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/25/13 | L. Lichtman | 0.20 | Review revised proposed Solicitation Procedures Order (.20). |
| 06/25/13 | L. Lichtman | 0.40 | Review and revise Solicitation Procedures Order (.30); review and revise notice re same (.10). |
| 06/25/13 | L. Lichtman | 0.30 | Review and revise various notices in connection with solicitation (.30). |
| 06/25/13 | L. Lichtman | 0.10 | Review revised proposed Solicitation Procedures Order (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Phone call with D. Hartie of KCC re issue of voting record date (.10). |
| 06/25/13 | L. Lichtman | 0.10 | Email to T. Sable re status of voting record date (.10). |
| 06/26/13 | E. Sable | 1.20 | Email summary to C. Reid and B. English re Plan solicitation procedures and timing (.30); phone call with J. Sgroi, A. Uetz and M. Hebbeln re Plan and derivative standing issues (.60); phone call with C. Reid and J. Sgroi re same (.30). |
| 06/26/13 | A. Silver | 0.40 | Meet with J. Sgroi re third party releases in plan (.40). |
| 06/26/13 | J. Sgroi | 0.40 | Meet with A. Silver re third party release issues in plan (.40). |
| 06/26/13 | J. Sgroi | 2.90 | Review and analyze plan re possible merger options (1.20); analyze issues related to potential toggle in connection with same (1.70). |
| 06/26/13 | J. Sgroi | 1.20 | Review and revise email summary to C. Reid and B. English re Plan solicitation procedures and timing (.30); phone call with T. Sable, A. Uetz and M. Hebbeln re Plan and derivative standing issues (.60); phone call with C. Reid and T. Sable re same (.30). |
| 06/26/13 | L. Lichtman | 0.30 | Email to T. Sable re Plan solicitation packages (.30). |
| 06/26/13 | L. Lichtman | 1.50 | Revise Plan consistent with resolution of Committee's objection to Solicitation Procedures Motion (1.50). |
| 06/26/13 | L. Lichtman | 0.10 | Email to M. Hebbeln, Committee's counsel, re Amended Plan (.10). |

11769 – 330134
PDT 1084672 02/27/14

22

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(269) 337-7700
Fax: (269) 337-7701
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/26/13 | L. Lichtman | 1.90 | Revise General ballots (.60); revise Beneficial Holders ballot (.60); revise Master ballot (.70). |
| 06/26/13 | L. Lichtman | 0.20 | Review issues determining scope of voting Class of General Unsecured Claims (.20). |
| 06/26/13 | L. Lichtman | 0.20 | Review issues re Plan solicitation packages (.20). |
| 06/26/13 | L. Lichtman | 0.20 | Review status of executory contracts and unexpired leases and notice to be given to non-debtor counterparties (.20). |
| 06/26/13 | L. Lichtman | 0.10 | Email to M. Hebbeln, Committee's counsel, re revised proposed forms of ballots (.10). |
| 06/27/13 | E. Sable | 0.10 | Review order granting preliminary approval of disclosure statement (.10). |
| 06/27/13 | J. Sgroi | 0.20 | Review order granting preliminary approval of disclosure statement (.10); email to T. Sable re same (.10). |
| 06/27/13 | J. Sgroi | 3.50 | Continued review and analysis of plan in connection with potential toggle (1.30); research related to same (2.20). |
| 06/27/13 | L. Provenzano (L.A.) | 0.70 | Phone call with P. O'Hara in Judge McIvor's chambers re omission of Exhibit A to entered Solicitation Procedures Order (.30); meetings with L. Lichtman re same (.20); preparation of Exhibit A for entry on court docket (.20). |
| 06/27/13 | L. Provenzano (L.A.) | 1.80 | Meetings with L. Lichtman re procedures for solicitation (.40); phone call with D. Hartie at KCC re establishing voting record date (.20); phone call with D. Hartie re estimated ballotees with TruPs (.20); revise solicitation materials (1.00). |
| 06/27/13 | L. Lichtman | 0.10 | Email to M. Hebbeln re options in connection with Court omitting Committee letter as Exhibit to Solicitation Procedures Order (.10). |
| 06/27/13 | L. Lichtman | 0.10 | Email to C. Reid re entered Order Granting Preliminary Approval of Amended Disclosure Statement (.10). |

11769 – 330134
PDT 1084672 02/27/14

23

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/27/13 | L. Lichtman | 0.10 | Emails with M. Hebbeln re entered Solicitation Procedures Order and Committee letter for solicitation packages (.10). |
| 06/27/13 | L. Lichtman | 0.10 | Email to L. Provenzano re entered Solicitation Procedures Order and Committee letter for solicitation packages (.10). |
| 06/27/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re status of Court omitting Committee letter as Exhibit to Solicitation Procedures Order (.10). |
| 06/27/13 | L. Lichtman | 0.40 | Revise email to C. Reid re Plan solicitation process and issues (.40). |
| 06/27/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re entered Solicitation Procedures Order not having Committee letter attached (.10). |
| 06/27/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re issues to be resolved re logistics of preparation and transmittal of solicitation packages (.20). |
| 06/27/13 | L. Lichtman | 2.20 | Draft email to C. Reid re details of Plan process and solicitation (2.20). |
| 06/27/13 | L. Lichtman | 0.30 | Draft memo re solicitation process (.30). |
| 06/27/13 | L. Lichtman | 0.10 | Review draft email to C. Reid re Plan solicitation process and issues (.10). |
| 06/27/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re Plan solicitation process (.20). |
| 06/28/13 | E. Sable | 0.70 | Phone call with B. English and regulatory counsel re plan issues (.50); phone call with U. Gorrepati re treatment of senior notes under plan (.20). |
| 06/28/13 | L. Provenzano (L.A.) | 1.20 | Phone call with D. Hartie at KCC re senior note holders, TruPs and Common stock for solicitation purposes (.30); review schedule G relating to contracts and leases to be assigned (.50); revise claims registry re same (.40). |

11769 – 330134
PDT 1084672 02/27/14

24

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description | |
|---|---|---|---|---|
| 06/28/13 | L. Lichtman | 0.20 | Emails with D. Hartie of KCC re Trust Preferred Securities issues subject to Master Ballot for voting on Plan (.20). | |
| 06/28/13 | L. Lichtman | 0.10 | Email to A. Uetz and M. Hebbeln re Trust Preferred Securities issues subject to Master Ballot for voting on Plan (.10). | |
| **Subtotal Hours and Fees - Plan and Disclosure Statement** | | **71.80** | | **26,656.00** |

**APPEAL**

| Date | Name | Hours | Description | |
|---|---|---|---|---|
| 06/03/13 | J. Sgroi | 0.40 | Email with A. Uetz re Rule 2004 appeal (.10); review settlement proposal re same (.30). | |
| 06/15/13 | E. Sable | 0.30 | Review open issues and timing with respect to Committee's appeal of bankruptcy court's denial of Committee's Rule 2004 motion (.30). | |
| 06/20/13 | E. Sable | 0.30 | Review proposed stipulation re extension of time for Creditors Committee to file brief on appeal of Rule 2004 order (.20); phone call with A. Uetz re same (.10). | |
| 06/20/13 | J. Sgroi | 0.20 | Review stipulation re extension of time for Committee to file brief on appeal of Rule 2004 order (.20). | |
| 06/20/13 | L. Provenzano (L.A.) | 0.90 | Draft index of pleadings relating to Committee Appeal on Rule 2004 order (.20); preparation of background materials re same (.70). | |
| 06/21/13 | J. Sgroi | 0.20 | Review filed stipulation re Rule 2004 exam (.10); email with L. Provenzano and S. Kitei re same (.10). | |
| **Subtotal Hours and Fees - Appeal** | | **2.30** | | **768.50** |

11769 – 330134

PDT 1084672 02/27/14

25

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|

**TAX MATTERS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/03/13 | A. Valade | 2.10 | Review revised Settlement Agreement received from Michigan Attorney General's Office (.50); emails to K. Schafer re same (.30); email to L. Lichtman re obtaining bankruptcy court approval of same (.20); phone calls with L. Lichtman re same (.40); revise Settlement Agreement (.50); email to Michigan Attorney General re same (.20). |
| 06/03/13 | L. Provenzano (L.A.) | 0.20 | Phone call with equity holder D. Davenport re filed Proof of Interest (.20). |
| 06/03/13 | L. Lichtman | 0.30 | Email to A. Valade re court approval of Settlement Agreement with Michigan Department of Treasury (.30). |
| 06/03/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re Settlement Agreement with Michigan Department of Treasury (.10). |
| 06/03/13 | L. Lichtman | 0.20 | Email from A. Valade re Settlement Agreement with Michigan Department of Treasury and motion (.20). |
| 06/03/13 | L. Lichtman | 0.10 | Meet with T. Sable re motion to approve Settlement Agreement with Michigan Department of Treasury (.10). |
| 06/03/13 | L. Lichtman | 0.20 | Phone call with A. Valade re bankruptcy court approval of Settlement Agreement with Michigan Department of Treasury (.20). |
| 06/03/13 | L. Lichtman | 0.60 | Review Settlement Agreement with Michigan Department of Treasury (.30); email to A. Valade re comments to same (.30). |
| 06/03/13 | L. Lichtman | 0.20 | Second phone call with A. Valade re bankruptcy court approval of Settlement Agreement with Michigan Department of Treasury (.20). |
| 06/04/13 | J. Combs | 0.10 | Email from C. Reid re potential tax refund relating to other real estate owned and change in IRS position (.10). |
| 06/04/13 | J. Sgroi | 1.10 | Emails with C. Reid re IRS priority question (.20); research re same (.90). |

11769 – 330134
PDT 1084672 02/27/14

26

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/04/13 | L. Lichtman | 3.80 | Draft motion for approval of settlement agreement with Michigan Department of Treasury (2.10); draft order re same (1.50); draft notice re same (.20). |
| 06/05/13 | J. Combs | 0.10 | Phone call with L. Lichtman re potential OREO-related tax refund and status of bankruptcy court approval of settlement agreement (.10). |
| 06/05/13 | J. Combs | 0.20 | Review of materials on tax proceedings in bankruptcy relating to potential tax refund claim (.20). |
| 06/05/13 | J. Combs | 0.20 | Phone call with L. Lichtman re tax refund claim and alternatives for contacting the IRS (.20). |
| 06/05/13 | E. Sable | 0.20 | Meet with L. Lichtman and J. Sgroi re status of various IRS tax issues (.20). |
| 06/05/13 | J. Sgroi | 3.20 | Research re IRS tax claim priority issues (3.20). |
| 06/05/13 | J. Sgroi | 0.20 | Meeting with T. Sable and L. Lichtman re IRS tax issues (.20). |
| 06/05/13 | M. Bonnici | 0.10 | Phone call with J. Combs re Settlement Agreement with IRS (.10). |
| 06/05/13 | L. Lichtman | 2.80 | Review and revise motion for approval of Settlement Agreement with Michigan Department of Treasury (1.60); review and revise order re same (1.20). |
| 06/05/13 | L. Lichtman | 0.20 | Phone call with J. Combs re proposed amended Federal tax return and settlement with IRS (.20). |
| 06/05/13 | L. Lichtman | 0.20 | Meet with T. Sable and J. Sgroi re status of various IRS tax issues (.20). |
| 06/05/13 | L. Lichtman | 0.90 | Emails from J. Combs re settlement with IRS and analysis of priority status of IRS claims (.20); review documents re same (.70). |
| 06/05/13 | L. Lichtman | 3.20 | Research re priority status of IRS claims and assessments (3.20). |
| 06/05/13 | L. Lichtman | 0.50 | Review issues on settlement with IRS and assessments (.50). |
| 06/06/13 | J. Combs | 0.20 | Phone call with L. Lichtman re filing amended tax return for Capitol for OREO and change in IRS position (.20). |

11769 – 330134
PDT 1084672 02/27/14

27

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/06/13 | E. Sable | 0.60 | Meet with J. Sgroi and L. Lichtman re IRS claim (.30); review documents re same (.30). |
| 06/06/13 | A. Valade | 1.80 | Emails with Assistant Attorney General re settlement of 2009 and 2010 Michigan Business Tax disputes (.70); revise said Settlement Agreement (.50); email to K. Schafer re final Settlement Agreement (.30); email with L. Lichtman re obtaining bankruptcy court approval of state tax settlement (.30). |
| 06/06/13 | J. Sgroi | 0.50 | Meeting with T. Sable and L. Lichtman re IRS claim (.30); review documents re same (.20). |
| 06/06/13 | L. Lichtman | 0.30 | Meet with T. Sable and J. Sgroi re IRS claim (.30). |
| 06/06/13 | L. Lichtman | 0.20 | Phone call with J. Combs re amended Federal tax return and IRS claim (.20). |
| 06/06/13 | L. Lichtman | 0.70 | Review and revise motion for approval of Settlement Agreement with Michigan Department of Treasury (.40); review and revise order re same (.30). |
| 06/06/13 | L. Lichtman | 0.20 | Email with A. Valade re revised Settlement Agreement with Michigan Department of Treasury (.20). |
| 06/06/13 | L. Lichtman | 0.80 | Review amended IRS proof of claim (.80). |
| 06/06/13 | L. Lichtman | 0.10 | Email to A. Valade re motion for approval of Settlement Agreement with Michigan Department of Treasury (.10). |
| 06/07/13 | J. Combs | 0.40 | Phone call with K. Schafer re amended tax return and several liability (.40). |
| 06/07/13 | J. Combs | 0.20 | Meet with J. Clegg re tax issues for subsidiaries of consolidated group and dealing with IRS (.20). |
| 06/07/13 | J. Clegg | 1.40 | Research re subsidiaries potentially seeking status in Tax Court for tax refund claim (1.00); meet with J. Combs re same (.20); email to J. Combs re same (.20). |
| 06/10/13 | J. Combs | 0.20 | Meet with J. Clegg re amended tax return and IRS dealing with subsidiaries in a consolidated group (.20). |

11769 – 330134
PDT 1084672 02/27/14

28

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/10/13 | J. Clegg | 0.50 | Email to J. Combs re subsidiaries in a consolidated group filing in the Tax Court (.30); meet with J. Combs re same (.20). |
| 06/12/13 | L. Lichtman | 0.10 | Review IRS claim status (.10). |
| 06/17/13 | A. Valade | 3.00 | Review and finalize Settlement Agreement with Michigan Department of Treasury (.30); review and revise motion for approval of said settlement agreement (2.70). |
| 06/17/13 | L. Lichtman | 0.20 | Emails with A. Valade re executed Settlement Agreement with Michigan Department of Treasury (.20). |
| 06/18/13 | L. Provenzano (L.A.) | 1.30 | Review and revise motion for approval of Settlement Agreement with Michigan Department of Treasury (.30); revise notice re same (.30); revise Certificate of Service re same (.10); prepare motion with exhibits for electronic filing (.20); email with KCC re service of said motion to Special Service List and Michigan Department of Treasury (.10); review KCC Certificate of Service for accuracy (.20); meet with L. Lichtman re said service (.10). |
| 06/18/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re service of motion to approve Settlement Agreement with Michigan Department of Treasury (.10). |
| 06/18/13 | L. Lichtman | 0.10 | Email to A. Valade re motion to approve settlement agreement with Michigan Department of Treasury (.10). |
| 06/18/13 | L. Lichtman | 0.70 | Finalize motion for approval of settlement agreement with Michigan Department of Treasury for filing (.70). |
| 06/18/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re motion to approve settlement agreement with Michigan Department of Treasury (.10). |
| 06/19/13 | A. Valade | 0.70 | Review filed motion to approve settlement agreement with Michigan Department of Treasury (.50); email to Michigan Assistant Attorney General re same (.10); email to K. Schafer re same (.10). |

11769 – 330134
PDT 1084672 02/27/14

29

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/20/13 | A. Valade | 0.70 | Phone call with L. Lichtman re motion to approve settlement agreement (.20); phone call with L. Lichtman and M. Lee from Creditors Committee re settlement with Michigan Department of Treasury (.50). |
| 06/20/13 | L. Lichtman | 0.10 | Email with A. Valade re Committee's counsel's request for call on settlement with the Michigan Department of Treasury (.10). |
| 06/20/13 | L. Lichtman | 0.20 | Phone call with A. Valade re call requested by Committee's professionals to review settlement with Michigan Department of Treasury (.20). |
| 06/20/13 | L. Lichtman | 0.10 | Emails with M. Lee, Committee's counsel, re call on settlement with Michigan Department of Treasury (.10). |
| 06/20/13 | L. Lichtman | 0.10 | Emails with A. Valade re call with Committee's counsel on settlement with Michigan Department of Treasury (.10). |
| 06/20/13 | L. Lichtman | 0.20 | Preparation for phone call with Committee's counsel re settlement with Michigan Department of Treasury (.20). |
| 06/20/13 | L. Lichtman | 0.40 | Phone call with M. Lee and A. Valade re Committee's questions concerning settlement with Michigan Department of Treasury (.40). |
| 06/20/13 | L. Lichtman | 0.10 | Email to T. Sable re results of call with Committee's counsel concerning settlement with Michigan Department of Treasury (.10). |
| 06/20/13 | L. Lichtman | 0.10 | Email from M. Lee, Committee's counsel, re settlement with the Michigan Department of Treasury (.10). |
| 06/28/13 | L. Provenzano (L.A.) | 0.40 | Review Michigan tax settlement motion and notice in response to Committee inquiry (.20); emails with L. Lichtman re same (.10); meet with L. Lichtman re hearing for same (.10). |
| 06/28/13 | L. Lichtman | 0.20 | Emails with L. Provenzano re motion to approve settlement agreement with Michigan Department of Treasury (.20). |
| 06/28/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re scheduled hearing on motion to approve settlement agreement with Michigan Department of Treasury (.10). |

11769 – 330134
PDT 1084672 02/27/14

30

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| **Subtotal Hours and Fees - Tax Matters** | | **38.10** | **15,634.00** |

**CLAIMS ADMINISTRATION AND OBJECTION**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/01/13 | C. Mayfield ll | 4.80 | Review and revise objection to motion for derivative standing (2.20); research bankruptcy case law for Creditors' Committee arguments re power to hold and waive privilege and right to derivative standing (2.60). |
| 06/01/13 | C. Mayfield ll | 0.30 | Email to S. Kitei re strategy for objection to motion for derivative standing (.30). |
| 06/02/13 | S. Kitei | 4.50 | Revise objection to Committee derivative standing motion (4.50). |
| 06/02/13 | S. Kitei | 0.50 | Email with C. Mayfield re objection to Committee derivative standing motion (.50). |
| 06/02/13 | C. Mayfield ll | 3.80 | Review and revise objection to motion for derivative standing (3.30); emails with S. Kitei re same (.50). |
| 06/03/13 | M. Hindelang | 0.30 | Review objection to motion for derivative standing re claims against insiders (.30). |
| 06/03/13 | E. Sable | 1.70 | Review and revise objection to Committee's Motion for an Order Granting the Committee derivative standing to Investigate, Assert, and Prosecute Claims Against the Debtors' Officers and Directors (1.30); meet with J. Sgroi, S. Kitei and C. Mayfield re same (.40). |
| 06/03/13 | S. Kitei | 0.30 | Meeting with T. Sable, J. Sgroi and C. Mayfield re objection to Committee derivative standing motion (.30). |
| 06/03/13 | S. Kitei | 0.30 | Revise objection to Committee derivative standing motion (.30). |
| 06/03/13 | J. Sgroi | 1.40 | Review and revise response to Committee motion for derivative standing (1.00); meet with T. Sable, S. Kitei and C. Mayfield re same (.40). |
| 06/03/13 | C. Mayfield ll | 4.60 | Review and revise objection to motion for derivative standing (4.60). |

11769 – 330134
PDT 1084672 02/27/14

31

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/03/13 | C. Mayfield ll | 0.40 | Meet with J. Sgroi, T. Sable, and S. Kitei re objection to motion for derivative standing (.40). |
| 06/04/13 | E. Sable | 0.50 | Revise objection to Committee's Motion for an Order Granting the Committee derivative standing to Investigate, Assert, and Prosecute Claims Against the Debtors' Officers and Directors (.40); email to C. Reid, B. English and P. Torrence re same (.10). |
| 06/04/13 | S. Kitei | 1.30 | Review and revise objection to Committee derivative standing motion (1.30). |
| 06/04/13 | S. Kitei | 0.20 | Meeting with C. Mayfield re objection to Committee derivative standing motion (.20). |
| 06/04/13 | J. Sgroi | 0.80 | Review and revise objection to Committee derivative standing motion (.80). |
| 06/04/13 | C. Mayfield ll | 0.30 | Review objection to motion for derivative standing (.10); meet with S. Kitei re same (.20). |
| 06/04/13 | C. Mayfield ll | 0.10 | Email to T. Sable, J. Sgroi and S. Kitei re revised objection to motion for derivative standing (.10). |
| 06/05/13 | E. Sable | 0.20 | Email with J. Gregg re G3's request to unseal Committee's derivative standing motion (.20). |
| 06/05/13 | S. Kitei | 1.80 | Review case law cited in objection to motion for derivative standing (1.80). |
| 06/05/13 | J. Sgroi | 0.20 | Emails with G3's counsel re hearing on derivative standing motion and sealing order (.20). |
| 06/05/13 | C. Mayfield ll | 0.10 | Email with S. Kitei re objection to motion for derivative standing (.10). |
| 06/06/13 | E. Sable | 0.50 | Multiple emails with C. Reid re G3 request to unseal documents and hearing on derivative standing motion (.30); multiple emails with J. Gregg re same (.20). |
| 06/06/13 | S. Kitei | 1.00 | Research re derivative standing motion (1.00). |
| 06/06/13 | S. Kitei | 0.40 | Meetings with C. Mayfield re revisions to objection to derivative standing motion (.40). |

11769 – 330134
PDT 1084672 02/27/14

32

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/06/13 | J. Sgroi | 0.50 | Emails with G3 counsel re request to unseal documents and hearing on derivative standing motion (.30); emails with Committee re response to Committee motion for derivative standing (.20). |
| 06/06/13 | C. Mayfield ll | 0.20 | Meet with S. Kitei re revisions to objection to motion for derivative standing (.20). |
| 06/06/13 | C. Mayfield ll | 0.20 | Meet with S. Kitei re derivative standing hearing outline (.20). |
| 06/06/13 | C. Mayfield ll | 1.80 | Draft hearing outline for objection to derivative standing motion (1.80). |
| 06/06/13 | C. Mayfield ll | 1.40 | Revise objection to motion for derivative standing (1.40). |
| 06/07/13 | E. Sable | 0.50 | Email with J. Gregg and M. Lee re G3 motion to unseal hearing on Committee's derivative standing motion (.20); review and comment on proposed stipulation re same (.20); review order re same (.10). |
| 06/07/13 | S. Kitei | 0.40 | Meetings with C. Mayfield re hearing outline for objection to motion for derivative standing (.40). |
| 06/07/13 | J. Sgroi | 1.20 | Prepare for hearing on Committee motion for derivative standing (1.20). |
| 06/07/13 | J. Sgroi | 0.40 | Emails with J. Gregg and M. Lee re G3 motion to unseal (.20); review stipulation re same (.20). |
| 06/07/13 | C. Mayfield ll | 3.70 | Continue drafting hearing outline for objection to derivative standing motion (3.50); meet with S. Kitei re same (.20). |
| 06/07/13 | C. Mayfield ll | 0.20 | Meet with S. Kitei re hearing outline for objection to derivative standing motion (.20). |
| 06/07/13 | L. Provenzano (L.A.) | 2.20 | Review objection to Committee's derivative standing motion (.40); prepare exhibits re same (.60); prepare appropriate pleading for filing objection under seal (.80); finalize under seal pleadings for Committee and U.S. Trustee (.20); draft Certificate of Service re same (.20). |
| 06/08/13 | S. Kitei | 1.00 | Review and revise hearing outline re objection to motion for derivative standing (1.00). |

11769 – 330134
PDT 1084672 02/27/14

33

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/09/13 | E. Sable | 0.10 | Email with A. Uetz re Committee's derivative standing motion and providing pleadings to US Trustee (.10). |
| 06/09/13 | C. Mayfield ll | 0.30 | Review revised hearing outline for objection to derivative standing motion (.30). |
| 06/10/13 | E. Sable | 0.50 | Review Committee's reply to objection to derivative standing motion (.30); meet with J. Sgroi re hearing for same (.20). |
| 06/10/13 | S. Kitei | 1.00 | Review Committee's response to objection to derivative standing motion (1.00). |
| 06/10/13 | S. Kitei | 0.30 | Review and revise hearing outline re objection to derivative standing motion (.30). |
| 06/10/13 | J. Sgroi | 3.70 | Meet with T. Sable re hearing on Committee motion for derivative standing (.20); prepare for said hearing (3.00); review Committee reply brief re objection to same (.50). |
| 06/10/13 | J. Sgroi | 0.20 | Phone call to U.S. Trustee's office re hearing on Committee motion for derivative standing (.10); phone call with creditor re inquiry on said closed hearing (.10). |
| 06/10/13 | C. Mayfield ll | 0.40 | Review and finalize hearing outline for objection to derivative standing motion (.30); review Committee's reply brief to said objection (.10). |
| 06/11/13 | E. Sable | 0.30 | Meet with J. Sgroi re results of hearing on Committee's derivative standing motion (.30). |
| 06/11/13 | S. Kitei | 0.20 | Emails with J. Sgroi and C. Mayfield re hearing on Committee's derivative standing motion (.20). |
| 06/11/13 | J. Sgroi | 5.90 | Prepare for derivative standing motion hearing (2.20); attend hearing on Committee motion for derivative standing (2.70); emails to P. Torrence and T. Sable re same (.20); emails with S. Kitei and C. Mayfield re same and supplemental briefing (.30); meet with T. Sable re same (.30); email to C. Reid re same (.20). |
| 06/11/13 | C. Mayfield ll | 0.10 | Emails with J. Sgroi and S. Kitei re hearing outcome for Committee's motion for derivative standing (.10). |

11769 – 330134
PDT 1084672 02/27/14

34

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/12/13 | J. Sgroi | 0.40 | Phone call with P. Torrence re hearing outcome for derivative standing motion (.20); review closed hearing issue re same (.20). |
| 06/18/13 | E. Sable | 1.00 | Review Committee's Reply Brief in Support of its motion for derivative standing (1.00). |
| 06/18/13 | S. Kitei | 0.80 | Review Committee's supplemental motion for derivative standing (.80). |
| 06/18/13 | S. Kitei | 1.30 | Research re Committee's supplemental motion for derivative standing (1.30). |
| 06/18/13 | S. Kitei | 0.20 | Meeting with C. Mayfield re Committee's supplemental motion for derivative standing (.20). |
| 06/18/13 | J. Sgroi | 1.20 | Review Committee's reply in support of motion for derivative standing (1.20). |
| 06/18/13 | C. Mayfield ll | 1.40 | Review Reply Brief in Support of motion for derivative standing and accompanying exhibits (.30); research and analyze cases cited in Reply in preparation for response (.90); meet with S. Kitei re supplemental motion for derivative standing (.20). |
| 06/19/13 | E. Sable | 0.50 | Phone call with J. Sgroi, S. Kitei and C. Mayfield re supplemental response to Committee's motion for derivative standing (.50). |
| 06/19/13 | S. Kitei | 2.80 | Phone call with T. Sable, J. Sgroi and C. Mayfield re supplemental objection to Committee's derivative standing motion (.50); meeting with C. Mayfield re same (.30); draft said objection (1.80); email with M. Hindelang re same (.20). |
| 06/19/13 | J. Sgroi | 0.50 | Phone call with T. Sable, S. Kitei and C. Mayfield re supplement response to Committee's motion for derivative standing (.50). |
| 06/19/13 | C. Mayfield ll | 5.50 | Research re Committee's Reply Brief in Support of motion for derivative standing on alleged fraudulent transfers and self dealing (4.70); draft supplemental objection re said motion (.80). |

11769 – 330134
PDT 1084672 02/27/14

35

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/19/13 | C. Mayfield ll | 0.80 | Phone call with J. Sgroi, S. Kitei, and T. Sable re supplemental objection for derivative standing motion (.50); meet with S. Kitei re same (.30). |
| 06/20/13 | M. Hindelang | 0.80 | Preparation of materials in support of response to officer and director claim investigation request re derivative standing motion (.40); email with S. Kitei re same (.10); meet with S. Kitei and C. Mayfield re same (.30). |
| 06/20/13 | S. Kitei | 4.70 | Meeting with M. Hindelang and C. Mayfield re response to Committee's supplemental derivative standing motion (.30); research re same (.40) draft response to same (4.00). |
| 06/20/13 | C. Mayfield ll | 6.10 | Research and review Edgar filings for client employment agreements related to objection to Committee reply in support of derivative standing motion (.40); meet with M. Hindelang and S. Kitei re same (.30); continue drafting said objection (5.40). |
| 06/21/13 | D. Adams | 0.50 | Emails to S. Kitei re derivative standing motion issues (.50). |
| 06/21/13 | S. Kitei | 5.10 | Meeting with C. Mayfield re supplemental objection to Committee's supplemental derivative standing motion (.30); draft same (2.90); research re same (1.60); meet with J. Sgroi re same (.30). |
| 06/21/13 | J. Sgroi | 0.30 | Meet with S. Kitei re D&O policy and response to Committee supplemental motion for derivative standing (.30). |
| 06/21/13 | C. Mayfield ll | 1.10 | Review and revise supplemental objection to derivative standing motion (.50); meet with S. Kitei re same (.30); research issues related to same (.30). |
| 06/21/13 | L. Provenzano (L.A.) | 0.60 | Research for S. Kitei for derivative standing supplemental objection (.60). |
| 06/22/13 | S. Kitei | 2.80 | Continue drafting supplemental objection to Committee's derivative standing motion (2.80). |
| 06/22/13 | J. Sgroi | 0.50 | Review supplemental objection to Committee derivative standing motion (.50). |

11769 – 330134
PDT 1084672 02/27/14

36

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/23/13 | E. Sable | 1.00 | Review and revise supplemental objection to Committee's derivative standing motion (.40); phone call with J. Sgroi, S. Kitei and C. Mayfield re same (.60). |
| 06/23/13 | S. Kitei | 0.60 | Phone call with T. Sable, J. Sgroi and C. Mayfield re supplemental objection to Committee's derivative standing motion (.60). |
| 06/23/13 | J. Sgroi | 1.60 | Review and revise supplemental objection to Committee motion for derivative standing (1.00); phone call with T. Sable, S. Kitei and C. Mayfield re same (.60). |
| 06/23/13 | C. Mayfield ll | 1.20 | Review and revise supplemental objection to derivative standing motion (.70); email with S. Kitei re same (.50). |
| 06/23/13 | C. Mayfield ll | 0.70 | Phone call with J. Sgroi, T. Sable and S. Kitei re supplemental objection to Committee derivative standing motion (.70). |
| 06/24/13 | E. Sable | 0.50 | Continue to review and revise supplemental objection to derivative standing motion (.50). |
| 06/24/13 | S. Kitei | 2.40 | Continue drafting supplemental objection to derivative standing motion (1.90); research re same (.50). |
| 06/24/13 | J. Kuras | 0.40 | Review supplemental objection to Committee's motion for derivative standing (.40). |
| 06/24/13 | J. Sgroi | 0.90 | Emails with S. Kitei and C. Mayfield re supplemental objection to Committee motion for derivative standing (.30); review same (.40); further emails with S. Kitei and C. Mayfield re same (.20). |
| 06/24/13 | C. Mayfield ll | 1.10 | Review and revise supplemental objection to Committee derivative standing motion (1.00); email with J. Sgroi and S. Kitei re same (.10). |
| 06/24/13 | L. Provenzano (L.A.) | 0.50 | Research re supplemental objection to derivative standing motion (.50). |
| 06/25/13 | E. Sable | 0.30 | Final review of supplemental objection to Committee's derivative standing motion (.30). |
| 06/25/13 | S. Kitei | 1.20 | Review and revise supplemental objection to derivative standing motion (1.20). |

11769 – 330134
PDT 1084672 02/27/14

37

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/25/13 | C. Mayfield ll | 0.50 | Revise Hearing Notes for supplemental objection to derivative standing motion (.50). |
| 06/25/13 | L. Provenzano (L.A.) | 1.90 | Revise supplemental objection to derivative standing motion for filing under seal (.60); preparation of same and exhibits for filing under seal (1.00); preparation of service for sealed documents to Committee and U.S. Trustee (.30). |
| 06/26/13 | E. Sable | 0.30 | Review Wilmington Trust's Joinder in Committee's derivative standing motion (.20); email to S. Ramsey re same (.10). |
| 06/26/13 | J. Sgroi | 0.30 | Email with M. Shaver re deferred compensation agreements (.10); email with C. Reid re same (.20). |
| 06/26/13 | J. Sgroi | 0.30 | Review of sealing order re derivative standing motion (.20); email with T. Sable re same (.10). |
| 06/26/13 | J. Sgroi | 1.00 | Review Wilmington Trust's Joinder in Committee's derivative standing motion (.40); emails to Wilmington's counsel re same (.20); review sealing order re same (.20); email with T. Sable re same (.20). |
| 06/26/13 | C. Mayfield ll | 1.00 | Continue drafting Hearing Notes for supplemental objection to derivative standing motion (1.00). |
| 06/26/13 | L. Provenzano (L.A.) | 0.10 | Email with J. Gregg, counsel for G3 re supplemental objection to derivative standing motion filed under seal (.10). |
| 06/26/13 | L. Provenzano (L.A.) | 0.10 | Email with A. Uetz re supplemental objection to derivative standing motion (.10). |
| 06/26/13 | L. Provenzano (L.A.) | 0.60 | Phone call to M. Walker re D&O Insurance (.10); email exchanges with M. Walker re D&O Insurance policy (.20); email exchanges with J. Sjoquist re D&O insurance policy renewal (.20); review of policy endorsement re current term (.10). |
| 06/26/13 | L. Lichtman | 0.30 | Research re disputed claim of River Branch Capital LLC (.30). |
| 06/26/13 | L. Lichtman | 0.40 | Review file re pre-petition engagement letters with River Branch Capital LLC and analysis of disputed claim (.40). |

11769 – 330134
PDT 1084672 02/27/14

38

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/26/13 | L. Lichtman | 0.20 | Emails with J. Sgroi re analysis of disputed claim of River Branch Capital LLC (.20). |
| 06/28/13 | M. Hindelang | 1.00 | Phone call with B. English re strategy for D&O insurance stipulation (.20); meet with T. Sable re same (.70); phone call with P. Torrence and T. Sable re same (.10). |
| 06/28/13 | E. Sable | 0.50 | Participation in portion of phone call with J. Sgroi, C. Reid and P. Torrence re derivative standing motion (.30); participate in portion of phone call with J. Sgroi, L. Lichtman, A. Uetz and M. Hebbeln re same and related issues (.20). |
| 06/28/13 | E. Sable | 0.80 | Meet with M. Hindelang re D&O insurance issues and Committee claims (.70); phone call M. Hindelang and with P. Torrence re same (.10). |
| 06/28/13 | E. Sable | 0.10 | Review Concurrence and Joinder of Wilmington Trust Company to Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee Derivative Standing (.10). |
| 06/28/13 | J. Sgroi | 0.20 | Emails with C. Reid re derivative standing motion resolution and related issues (.20). |
| 06/28/13 | J. Sgroi | 0.20 | Review stipulation re continuance of derivative standing and bidding procedures hearings (.10); email with Committee counsel re same (.10). |
| 06/28/13 | J. Sgroi | 1.00 | Phone call with C. Reid, T. Sable and P. Torrence re derivative standing motion (.50); phone call with A. Uetz, M. Hebbeln, T. Sable and L. Lichtman re same (.50). |
| 06/28/13 | J. Sgroi | 3.70 | Research on issues raised at hearing in connection with derivative standing motion (2.50); preparation for next hearing re same (1.20). |
| 06/28/13 | L. Lichtman | 0.50 | Phone call with T. Sable, J. Sgroi, A. Uetz and M. Hebbeln re Committee's derivative standing motion (.50). |
| **Subtotal Hours and Fees - Claims Administration and Objection** | | **123.30** | **38,919.50** |

11769 – 330134
PDT 1084672 02/27/14

39

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/03/13 | B. Lundberg (L.A.) | 0.60 | Continue reviewing May monthly fee statement for accuracy and compliance with local court rules (.60). |
| 06/04/13 | B. Lundberg (L.A.) | 1.10 | Continue reviewing May monthly fee statement for accuracy and compliance with local court rules (1.10). |
| 06/10/13 | D. Adams | 0.30 | Emails with B. Lundberg re ordinary course professionals reports (.30). |
| 06/14/13 | B. Lundberg (L.A.) | 0.20 | Emails with accounting re finalizing May monthly fee statement and fee application issues (.20). |
| 06/17/13 | B. Lundberg (L.A.) | 2.60 | Continue reviewing May monthly fee statement for accuracy and compliance with local court rules (2.60). |
| 06/18/13 | E. Sable | 0.20 | Emails with B. English re retention of ordinary course professionals (.20). |
| 06/18/13 | D. Adams | 0.50 | Research and analysis re ordinary course professionals retention issue (.50). |
| 06/18/13 | J. Sgroi | 0.20 | Review emails to B. English re retention of ordinary course professionals (.20). |
| 06/18/13 | B. Lundberg (L.A.) | 0.80 | Draft exhibits to second interim fee application (.80). |
| 06/18/13 | B. Lundberg (L.A.) | 1.30 | Continue reviewing May monthly fee statement for accuracy and compliance with local court rules (1.30). |
| 06/19/13 | B. Lundberg (L.A.) | 1.10 | Continue reviewing May monthly fee statement for accuracy and compliance with local court rules (1.10). |
| 06/20/13 | B. Lundberg (L.A.) | 0.40 | Continue reviewing May monthly fee statement for accuracy and compliance with local court rules (.40). |
| 06/21/13 | J. Sgroi | 2.50 | Review and revise March monthly fee statement (.80); review and revise April monthly fee statement (.60); review and revise May monthly fee statement (1.10). |
| 06/21/13 | B. Lundberg (L.A.) | 0.40 | Continue drafting exhibits to second interim fee application (.40). |
| 06/24/13 | J. Sgroi | 0.40 | Review River Branch application to employ (.40). |

11769 – 330134
PDT 1084672 02/27/14

40

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/24/13 | B. Lundberg (L.A.) | 1.30 | Continue drafting exhibits to second interim fee application (1.30). |
| 06/25/13 | E. Sable | 0.70 | Review River Branch's motion to approve employment (.30); phone call with J. Gies re same (.20); email to C. Reid re same (.20). |
| 06/26/13 | E. Sable | 0.50 | Attention to River Branch employment application (.20); meet with J. Sgroi re same (.30). |
| 06/26/13 | J. Sgroi | 1.30 | Meeting with T. Sable re River Branch application to employ (.30); draft email to C. Reid and B. English re alternatives and arguments with respect to same (1.00). |
| 06/26/13 | L. Provenzano (L.A.) | 0.20 | Research re River Branch application to employ (.20). |
| 06/27/13 | B. Lundberg (L.A.) | 1.10 | Continue working on exhibits to second interim fee application (1.10). |
| 06/28/13 | B. Lundberg (L.A.) | 4.10 | Draft second interim fee application (3.20); email to J. Sgroi re same (.10); draft order re same (.20); draft notice re same (.60). |
| **Subtotal Hours and Fees - Fee/Employment Applications** | | **21.80** | **5,882.00** |

**LITIGATION**

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/14/13 | M. Hindelang | 0.30 | Draft demand letter re Avos (.30). |
| 06/17/13 | M. Hindelang | 0.30 | Email with B. English re proposed demand letter to Avos (.30). |
| **Subtotal Hours and Fees - Litigation** | | **0.60** | **243.00** |
| **Total Hours and Fees** | | **347.30** | **$120,760.50** |

11769 – 330134
PDT 1084672 02/27/14

41

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME SUMMARY BY ACTION CODE** (July 1 – 31, 2013)

| Action Code | Hours | Amount |
|---|---:|---:|
| 2590 Asset Disposition | 50.00 | 18,358.50 |
| 2591 Business Operations | 15.50 | 5,900.50 |
| 2592 Case Administration and Objections | 20.60 | 8,235.50 |
| 2593 Employee Benefits/Pensions | 0.20 | 93.00 |
| 2594 Fee/Employment Objections | 5.60 | 2,483.00 |
| 2595 Meetings of Creditors | 4.00 | 1,665.00 |
| 2596 Plan and Disclosure Statement | 79.70 | 25,627.00 |
| 2630 Appeal | 1.70 | 629.00 |
| 2669 Tax Matters | 16.10 | 8,382.50 |
| 2695 Claims Administration and Objection | 35.80 | 13,027.50 |
| 2696 Fee/Employment Applications | 44.90 | 12,295.50 |
| | | |
| **Total Fees** | **274.10** | **$96,697.00** |

11769 – 330134

PDT 1084673 02/27/14

45

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME DETAIL** (July 1 – 31, 2013)

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **ASSET DISPOSITION** |
| 07/01/13 | J. Sgroi | 0.20 | Meetings with L. Lichtman re status of hearing on bidding procedures and negotations with Committee (.20). |
| 07/01/13 | L. Lichtman | 0.10 | Meet with J. Sgroi re status of adjournment of hearing on Committee's Objection to Bidding Procedures (.10). |
| 07/01/13 | L. Lichtman | 0.10 | Meet with J. Sgroi re phone call with M. Hebbeln and status of attempting to resolve Committee's Objection to Bidding Procedures Motion (.10). |
| 07/02/13 | C. Mayfield ll | 0.60 | Meet with L. Lichtman re bidding procedures hearing (.30); draft hearing outline for bidding procedures hearing (.30). |
| 07/02/13 | L. Lichtman | 0.30 | Meet with C. Mayfield re outline of argument for hearing on Committee's Objection to Bidding Procedures Motion (.30). |
| 07/03/13 | J. Kuras | 0.30 | Email with E. Lukas and S. Swan re Michigan Commerce Bank corporate structure (.30). |
| 07/03/13 | C. Mayfield ll | 3.00 | Continue drafting hearing outline for bidding procedures (2.90); meet with L. Lichtman re same (.10). |
| 07/03/13 | L. Lichtman | 0.10 | Meet with C. Mayfield re status of argument outline for hearing on Committee's Objection to Bidding Procedures Motion (.10). |
| 07/04/13 | E. Sable | 0.10 | Review order dismissing the Committee’s appeal of the bankruptcy court’s denial of motion for Rule 2004 exam (.10). |
| 07/04/13 | J. Sgroi | 0.20 | Review order dismissing Rule 2004 appeal by Committee (.10); email with C. Reid and B. English re same (.10). |
| 07/04/13 | C. Mayfield ll | 2.00 | Continue drafting hearing outline for bidding procedures and derivative standing motion (1.80); email to L. Lichtman re same (.20). |

11769 – 330134
PDT 1084673 02/27/14

2

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/04/13 | L. Lichtman | 0.20 | Email from C. Mayfield re argument outline for hearing on Committee's objection to Bidding Procedures Motion (.20). |
| 07/05/13 | C. Mayfield ll | 0.50 | Meet with L. Lichtman re comments on argument outline for bidding procedures hearing (.50). |
| 07/05/13 | C. Mayfield ll | 2.50 | Continue drafting hearing outline for bidding procedures and derivative standing motion (2.50). |
| 07/05/13 | L. Lichtman | 0.90 | Review argument outline from C. Mayfield re hearing on Committee's objection to Bidding Procedures Motion (.90). |
| 07/05/13 | L. Lichtman | 0.60 | Meet with C. Mayfield re comments on argument outline for hearing on Committee's objection to Bidding Procedures Motion (.50); email to C. Mayfield re same (.10). |
| 07/05/13 | L. Lichtman | 0.20 | Email to T. Sable and J. Sgroi re argument outline for hearing on Bidding Procedures Motion (.20). |
| 07/06/13 | L. Lichtman | 0.20 | Review revised argument outline from C. Mayfield re hearing on Bidding Procedures Motion (.20). |
| 07/08/13 | E. Sable | 2.00 | Prepare for hearing on Committee's objection to sale procedures motion (1.60); meet with L. Lichtman re same (.10); email with J. Gies, US Trustee re same (.10); email with A. Uetz re said hearing (.10); email with counsel for Bank of NY Mellon re telephonic appearance at same (.10). |
| 07/08/13 | C. Mayfield ll | 1.50 | Prepare for hearing on bidding procedures (.40); review Committee's objection to bidding procedures (.40); draft hearing outline arguments re same (.70). |
| 07/08/13 | L. Lichtman | 0.10 | Emails with M. Hebbeln re open issues for hearing on Bidding Procedures Motion (.10). |
| 07/08/13 | L. Lichtman | 0.40 | Review outstanding contested issues with Committee re Bidding Procedures Motion (.40). |
| 07/08/13 | L. Lichtman | 0.20 | Email to M. Hebbeln re outstanding contested issues with Committee on Bidding Procedures Motion (.20). |
| 07/08/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of contested issues on Bidding Procedures Motion (.10). |

11769 – 330134
PDT 1084673 02/27/14

3

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/09/13 | L. Lichtman | 0.10 | Phone call with M. Hebbeln re proposed revised form of Bidding Procedures Order (.10). |
| 07/09/13 | L. Lichtman | 0.30 | Revise Bidding Procedures Order as result of hearing (.30). |
| 07/09/13 | L. Lichtman | 0.40 | Revise Purchase Agreement re proposed Bidding Procedures Order (.40). |
| 07/09/13 | L. Lichtman | 0.20 | Email to M. Hebbeln re revised Bidding Procedures Order (.20). |
| 07/09/13 | L. Lichtman | 0.10 | Email with T. Sable re outcome of hearing on Bidding Procedures Motion (.10). |
| 07/10/13 | J. Kuras | 0.30 | Email with B. English re FDIC request to have Capitol pay ValStone expense reimbursement fee (.30). |
| 07/10/13 | J. Kuras | 0.10 | Email with P. Torrence re FDIC request to have Capitol pay ValStone expense reimbursement fee (.10). |
| 07/10/13 | L. Lichtman | 0.10 | Email from M. Hebbeln, Committee's counsel, re Bidding Procedures Order (.10). |
| 07/10/13 | L. Lichtman | 0.20 | Emails with L. Provenzano re Bidding Procedures Order for entry (.20). |
| 07/11/13 | E. Sable | 0.20 | Phone call with J. Kuras re letter to FDIC on ValStone expense reimbursement fee (.20). |
| 07/11/13 | J. Kuras | 0.20 | Phone call with T. Sable re letter to FDIC on ValStone expense reimbursement fee (.20). |
| 07/11/13 | L. Lichtman | 0.30 | Finalize Bidding Procedures Order for filing (.30). |
| 07/11/13 | L. Lichtman | 0.20 | Email to L. Provenzano re Bidding Procedures Order for filing (.20). |
| 07/11/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re documents to be filed with Bidding Procedures Order (.10). |
| 07/12/13 | J. Kuras | 0.30 | Phone call with B. English re letter to FDIC requesting to pay ValStone expense reimbursement fee (.30). |
| 07/13/13 | J. Kuras | 0.20 | Email with P. Torrence and B. English re FDIC request to reimburse banks for ValStone expenses (.20). |
| 07/13/13 | J. Kuras | 0.70 | Draft letter to B. English re FDIC request to reimburse banks for ValStone expenses (.70). |

11769 – 330134
PDT 1084673 02/27/14

4

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/15/13 | E. Sable | 0.10 | Review entered Order Approving Form of Purchase Agreement and Omnibus Bidding Procedures, the Sale of Stock in Subsidiary Banks and Certain Other Assets and the Assumption and Assignment of Certain Executory Contracts (.10). |
| 07/15/13 | J. Kuras | 0.20 | Revise letter to FDIC re ValStone expense reimbursement fee (.20). |
| 07/15/13 | J. Sgroi | 0.10 | Review entered Order approving Bidding Procedures (.10). |
| 07/16/13 | J. Kuras | 0.30 | Phone call with Creditor's Committee re sale of Bank of Maumee and requested amendments (.30). |
| 07/16/13 | J. Kuras | 0.20 | Email with B. English re sale of Bank of Maumee and requested amendments (.20). |
| 07/16/13 | J. Kuras | 0.10 | Email with B. English re letter to FDIC to request Capitol to pay ValStone expense reimbursement fee (.10). |
| 07/16/13 | J. Kuras | 0.20 | Phone call with J. Sgroi re proof of claims on other real estate named (.20). |
| 07/16/13 | C. Mayfield ll | 0.80 | Research whether FDIC is subject to Motion for Rule 2004 Examination (.80). |
| 07/17/13 | E. Sable | 1.30 | Review and revise proposed motion requesting Rule 2004 discovery of FDIC (1.20); meet with L. Lichtman re same (.10). |
| 07/17/13 | L. Lichtman | 4.00 | Draft motion for Rule 2004 discovery of FDIC (4.00). |
| 07/17/13 | L. Lichtman | 0.30 | Review motion for Rule 2004 discovery of FDIC (.30). |
| 07/17/13 | L. Lichtman | 0.10 | Email to T. Sable and J. Sgroi re motion for Rule 2004 discovery of FDIC (.10). |
| 07/17/13 | L. Lichtman | 0.10 | Meet with T. Sable re motion for Rule 2004 discovery of FDIC (.10). |
| 07/17/13 | L. Lichtman | 1.50 | Research re Rule 2004 discovery of FDIC (1.50). |

11769 – 330134
PDT 1084673 02/27/14

5

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/18/13 | E. Sable | 1.40 | Revise draft of FDIC Rule 2004 motion (.50); phone calls with L. Lichtman re same (.30); emails with J. Sgroi and A. Mahler re changes to same (.30); review A. Mahler's proposed revisions to same (.30). |
| 07/18/13 | J. Kuras | 0.20 | Email with B. English re Committee objection to sale of Bank of Maumee (.20). |
| 07/18/13 | J. Kuras | 0.20 | Phone call with B. English re Committee objection to sale of Bank of Maumee (.20). |
| 07/18/13 | J. Kuras | 0.20 | Email with M. Lee re Committee objection to sale of Bank of Maumee (.20). |
| 07/18/13 | L. Lichtman | 1.90 | Email from A. Mahler re motion for Rule 2004 discovery of FDIC (.20); revise said motion (1.70). |
| 07/18/13 | L. Lichtman | 0.20 | Emails with T. Sable and J. Sgroi re designation of deposition witnesses for Rule 2004 discovery of FDIC (.20). |
| 07/18/13 | L. Lichtman | 2.50 | Continue drafting motion for Rule 2004 discovery of FDIC (2.50). |
| 07/18/13 | L. Lichtman | 0.10 | Emails with J. Kuras re motion for Rule 2004 discovery of FDIC (.10). |
| 07/18/13 | L. Lichtman | 0.10 | Emails with T. Sable and J. Sgroi re motion for Rule 2004 discovery of FDIC (.10). |
| 07/18/13 | L. Lichtman | 0.10 | Phone call with T. Sable re motion for Rule 2004 discovery of FDIC (.10). |
| 07/18/13 | L. Lichtman | 0.20 | Emails from A. Mahler and T. Sable re discovery requests and witness designations for motion for Rule 2004 discovery of FDIC (.20). |
| 07/18/13 | L. Lichtman | 0.10 | Emails with T. Sable re motion for Rule 2004 discovery of FDIC (.10). |
| 07/18/13 | L. Lichtman | 0.10 | Second phone call with T. Sable re motion for Rule 2004 discovery of FDIC (.10). |
| 07/18/13 | L. Lichtman | 0.10 | Meet with J. Sgroi re motion for Rule 2004 discovery of FDIC (.10). |
| 07/18/13 | L. Lichtman | 0.20 | Review J. Sgroi revisions to motion for Rule 2004 discovery of FDIC (.20). |

11769 – 330134
PDT 1084673 02/27/14

6

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/18/13 | L. Lichtman | 0.10 | Third phone call with T. Sable re motion for Rule 2004 discovery of FDIC (.10). |
| 07/18/13 | L. Lichtman | 0.20 | Emails from A. Mahler re comments on motion for Rule 2004 discovery of FDIC (.20). |
| 07/19/13 | E. Sable | 0.30 | Email with J. Sgroi and A. Mahler re Rule 2004 motion issues (.10); meet with L. Lichtman re status of same (.20). |
| 07/19/13 | E. Sable | 0.50 | Review Committee’s limited objection to motion to authorize the Bank of Maumee sale (.50). |
| 07/19/13 | J. Sgroi | 0.50 | Review Committee’s objection to Bank of Maumee sale (.50). |
| 07/19/13 | L. Lichtman | 0.40 | Revise Document Requests for motion for Rule 2004 discovery of FDIC (.40). |
| 07/19/13 | L. Lichtman | 0.50 | Email from A. Mahler re exhibits for motion for Rule 2004 discovery of FDIC (.10); review same (.40). |
| 07/19/13 | L. Lichtman | 0.20 | Meet with T. Sable re status of motion for Rule 2004 discovery of FDIC (.20). |
| 07/19/13 | L. Lichtman | 1.70 | Continue drafting motion for Rule 2004 discovery of FDIC (1.70). |
| 07/19/13 | L. Lichtman | 0.10 | Email to T. Sable and J. Sgroi re motion for Rule 2004 discovery of FDIC and Discovery Requests (.10). |
| 07/19/13 | L. Lichtman | 0.50 | Draft proposed order for Rule 2004 discovery of FDIC (.50). |
| 07/19/13 | L. Lichtman | 0.50 | Email from A. Mahler re Document Requests for Rule 2004 discovery by FDIC (.10); review same (.40). |
| 07/19/13 | L. Lichtman | 0.20 | Review motion for Rule 2004 discovery of FDIC (.20). |
| 07/19/13 | L. Lichtman | 0.20 | Review Committee's Limited Objection to Bank of Maumee Sale Motion (.20). |
| 07/19/13 | L. Lichtman | 0.20 | Email to T. Sable and J. Sgroi re order for Rule 2004 discovery of FDIC and revisions to Document Requests (.20). |
| 07/22/13 | J. Kuras | 0.20 | Review Committee's limited objection to Motion to Approve Sale of Bank of Maumee (.20). |

11769 – 330134
PDT 1084673 02/27/14

7

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/23/13 | E. Sable | 0.20 | Email with J. Kuras and J. Sgroi re Committee's objection to sale of Bank of Maumee (.20). |
| 07/23/13 | J. Kuras | 0.20 | Email with T. Sable and J. Sgroi re Committee objection to sale of Bank of Maumee (.20). |
| 07/23/13 | J. Kuras | 0.20 | Phone call with P. Torrence re Committee objection to sale of Bank of Maumee (.20). |
| 07/23/13 | J. Sgroi | 0.40 | Emails with J. Kuras and T. Sable re Committee's objection to sale of Bank of Maumee (.20); further emails with T. Sable re same (.20). |
| 07/23/13 | L. Lichtman | 0.20 | Emails with P. Torrence, T. Sable and J. Kuras re Committee's Limited Objection to Sale Motion for Bank of Maumee (.20). |
| 07/24/13 | J. Kuras | 0.30 | Email with B. English re Committee objection to motion to sell Bank of Maumee (.30). |
| 07/25/13 | J. Kuras | 0.20 | Email with M. White re bidding procedure order (.20). |
| 07/25/13 | J. Kuras | 0.20 | Email with L. Lichtman re bidding procedure order (.20). |
| 07/25/13 | J. Kuras | 0.20 | Email with T. Sable re motion to sell Bank of Maumee (.20). |
| 07/25/13 | L. Provenzano (L.A.) | 0.60 | Finalize final version of bidding procedures and model purchase agreement for electronic filing (.20); phone calls with L. Lichtman re same (.20); finalize Exhibit for court to link with final Order entered re sale procedures (.20). |
| 07/25/13 | L. Provenzano (L.A.) | 0.40 | Email with J. Kuras re bidding procedures and court approved purchase agreement (.20); email to perspective bidder re same (.20). |
| 07/25/13 | L. Lichtman | 0.30 | Emails with J. Kuras re final amended Bidding Procedures (.30). |
| 07/25/13 | L. Lichtman | 0.20 | Phone calls with L. Provenzano re final amended Bidding Procedures and Stock Purchase Agreement filing issues (.20). |
| 07/25/13 | L. Lichtman | 0.10 | Review Rule 2004 motion re FDIC issues (.10). |

11769 – 330134

PDT 1084673 02/27/14

8

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/29/13 | E. Sable | 0.20 | Phone call with J. Kuras and J. Sgroi re sale process issues (.20). |
| 07/29/13 | E. Sable | 0.20 | Meet with J. Sgroi re bank sales (.20). |
| 07/29/13 | J. Kuras | 0.10 | Phone call with P. Torrence re potential bid on Sunrise Bank of Arizona (.10). |
| 07/29/13 | J. Kuras | 0.20 | Phone call with T. Sable and J. Sgroi re sale process issues (.20). |
| 07/29/13 | J. Kuras | 0.10 | Email with M. White re schedules to stock purchase agreement for Sunrise Bank of Arizona (.10). |
| 07/29/13 | J. Sgroi | 0.80 | Call with B. English re potential bank sale (.40); emails with B. English re same (.20); phone call with T. Sable and J. Kuras re sale process issues (.20). |
| 07/31/13 | E. Sable | 0.90 | Review issues related to Bank of Maumee sale and Committee objection (.90). |
| 07/31/13 | J. Kuras | 0.20 | Email with B. English re FDIC position on Capitol National Bank sale process (.20). |
| **Subtotal Hours and Fees - Asset Disposition** | | **50.00** | **18,358.50** |

**BUSINESS OPERATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/13 | L. Lichtman | 0.20 | Email to L. Baughman, FDIC's counsel, re response to inquiries on May Monthly Operating Reports (.20). |
| 07/01/13 | L. Lichtman | 0.20 | Emails with M. Walker re inquiries from L. Baughman, counsel to FDIC, on May Monthly Operating Reports (.20). |
| 07/01/13 | L. Lichtman | 0.10 | Emails with T. Sable re status of obtaining responses to FDIC's counsel's inquiries on May Monthly Operating Reports (.10). |
| 07/02/13 | L. Lichtman | 0.50 | Review Services Agreement with Fiserv Solutions re debit and credit cards (.50). |
| 07/02/13 | L. Lichtman | 0.30 | Emails with J. Sjoquist re Services Agreement with Fiserv Solutions (.30). |

11769 – 330134
PDT 1084673 02/27/14

9

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/02/13 | L. Lichtman | 0.10 | Emails with T. Sable re Services Agreement with Fiserv Solutions (.10). |
| 07/10/13 | E. Sable | 1.20 | Phone call with J. Sgroi and B. English re insurance coverage issues (.20); email with J. Sgroi and B. English re same (.10); phone call with J. Sgroi re same (.20); review policy re same (.70). |
| 07/10/13 | J. Sgroi | 1.00 | Call with T. Sable and B. English re insurance coverage issues (.20); email with T. Sable and B. English re same (.10); call with T. Sable re same (.20); review insurance policy re same (.50). |
| 07/12/13 | J. Sgroi | 1.00 | Review emails from M. Walker re bank account issues (.40); call with M. Walker re same (.40); call with U.S. Trustee's office re same (.10); email to U.S. Trustee's office re same (.10). |
| 07/12/13 | L. Lichtman | 0.10 | Email from M. Walker re resolution with U.S. Trustee on funds in excess on deposit (.10). |
| 07/15/13 | E. Sable | 0.50 | Review and revise email to B. English re prohibitions on payment of subsidiary debt while in bankruptcy (.50). |
| 07/15/13 | J. Sgroi | 0.40 | Review and revise email to B. English re prohibitions on payment of subsidiary debt while in bankruptcy (.40). |
| 07/17/13 | J. Kuras | 0.30 | Review and revise SEC Form 8-K (.20); meet with L. Lichtman re same (.10). |
| 07/17/13 | J. Kuras | 0.20 | Phone call with L. Lichtman re SEC Form 8-K (.20). |
| 07/17/13 | L. Lichtman | 0.20 | Review SEC Form 8-K (.20). |
| 07/17/13 | L. Lichtman | 0.20 | Emails with J. Kuras re revisions to SEC Form 8-K (.20). |
| 07/17/13 | L. Lichtman | 0.10 | Meet with J. Kuras re SEC Form 8-K (.10). |
| 07/17/13 | L. Lichtman | 0.50 | Revise SEC Form 8-K (.30); phone call with J. Kuras re same (.20). |
| 07/18/13 | J. Kuras | 0.30 | Review revisions to SEC Form 8-K (.30). |

11769 – 330134

PDT 1084673 02/27/14

10

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/18/13 | J. Sgroi | 0.50 | Review cash flows and check registers (.30); emails with Committee re same (.20). |
| 07/18/13 | L. Lichtman | 0.30 | Further revisions to SEC Form 8-K (.30). |
| 07/18/13 | L. Lichtman | 0.10 | Emails with J. Kuras re SEC Form 8-K (.10). |
| 07/23/13 | J. Sgroi | 3.50 | Telephonic attendance at Sunrise Bank SARC appeal hearing (3.50). |
| 07/24/13 | E. Sable | 0.30 | Review monthly operating report for June (.30). |
| 07/24/13 | J. Sgroi | 0.70 | Emails with B. English re Cincinnati Insurance payment issues (.40); call with P. Torrence re same (.30). |
| 07/24/13 | J. Sgroi | 0.60 | Review monthly operating report (.50); emails with client re same (.10). |
| 07/24/13 | L. Provenzano (L.A.) | 0.70 | Revise CBC June monthly operating report (.30); revise FCC June monthly operating report (.20); email to US Trustee re said reports (.10); email with M. Walker re same (.10). |
| 07/24/13 | L. Lichtman | 0.10 | Email from L. Provenzano re status of June Monthly Operating Reports (.10). |
| 07/24/13 | L. Lichtman | 0.10 | Phone call with M. Walker re Monthly Operating Reports (.10). |
| 07/24/13 | L. Lichtman | 0.10 | Emails from L. Provenzano re filing and service of June Monthly Operating Reports (.10). |
| 07/24/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re filing of June Monthly Operating Reports (.10). |
| 07/25/13 | J. Sgroi | 0.60 | Review weekly cash flow and check register (.50); email with Committee re same (.10). |
| 07/30/13 | J. Combs | 0.10 | Email to J. Sgroi and J. Kuras re stock transfer restrictions (.10). |
| 07/30/13 | J. Sgroi | 0.30 | Emails with J. Combs and J. Kuras re trading restrictions (.30). |
| **Subtotal Hours and Fees - Business Operations** | | **15.50** | **5,900.50** |

11769 – 330134
PDT 1084673 02/27/14

11

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **CASE ADMINISTRATION AND OBJECTIONS** |
| 07/01/13 | J. Sgroi | 0.40 | Review and revise responses to FDIC case inquiries (.40). |
| 07/10/13 | E. Sable | 0.10 | Phone call with B. English re call with A. Mahler, Buckley Sanders on FDIC negotiations (.10). |
| 07/11/13 | E. Sable | 2.00 | Phone call wih J. Sgroi, J. Reid, C. Reid, B. English and A. Mahler re strategy for negotiations with FDIC (1.00); phone call with J. Sgroi re same (.20); research and review options re same (.80). |
| 07/11/13 | S. Kitei | 1.40 | Research re FDIC role in bank holding company cases (1.20); email with J. Sgroi re same (.20). |
| 07/11/13 | J. Sgroi | 0.40 | Review and revise case status update to C. Reid (.30); emails with L. Lichtman re same (.10). |
| 07/11/13 | J. Sgroi | 1.60 | Emails with client re call with FDIC counsel (.20); call with T. Sable, J. Reid, C. Reid, B. English and A. Mahler re strategy for negotiations with FDIC (1.00); phone call with T. Sable re same (.20); emails with T. Sable re same (.20). |
| 07/11/13 | L. Lichtman | 0.10 | Further emails with J. Sgroi re case status update for C. Reid (.10). |
| 07/11/13 | L. Lichtman | 0.90 | Draft summary for C. Reid re case status (.90). |
| 07/11/13 | L. Lichtman | 0.20 | Emails with J. Sgroi re case status update for C. Reid (.20). |
| 07/12/13 | E. Sable | 1.00 | Research and analysis of options relating to FDIC matters (.40); email with S. Kitei re same (.10); meet with J. Sgroi re same (.50) . |
| 07/12/13 | S. Kitei | 0.50 | Email with T. Sable and J. Sgroi re role of FDIC in bank holding company chapter 11 cases (.50). |
| 07/12/13 | J. Sgroi | 0.50 | Meet with T. Sable re FDIC issues (.50). |
| 07/12/13 | L. Lichtman | 0.30 | Finalize summary re case status update (.20); email to C. Reid and B. English re same (.10). |

11769 – 330134
PDT 1084673 02/27/14

12

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

HONIGMAN
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(269) 337-7700
Fax: (269) 337-7701
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/15/13 | E. Sable | 0.20 | Phone call with J. Sgroi and L. Baughman, counsel for FDIC re case issues (.20). |
| 07/15/13 | S. Kitei | 0.20 | Meeting with T. Sable and J. Sgroi re FDIC issues (.20). |
| 07/15/13 | J. Sgroi | 0.20 | Call with L. Baughman and T. Sable re FDIC case issues (.20). |
| 07/16/13 | J. Calton | 0.20 | Meet with T. Sable on proposed procedure for FDIC issues (.20). |
| 07/16/13 | E. Sable | 0.60 | Email with B. English re FDIC issues (.20); meet with S. Kitei re same (.20); meet with J. Calton re same (.20). |
| 07/16/13 | S. Kitei | 1.50 | Research re FDIC role in bank holding company cases (1.30); meeting with T. Sable re same (.20). |
| 07/17/13 | E. Sable | 1.50 | Prepare for phone call with A. Mahler, J. Reid, C. Reid and B. English re FDIC issues (.40); phone call with A. Mahler, J. Reid, C. Reid and B. English re same (.70); meet with S. Kitei re FDIC issues (.20); phone call with J. Sgroi re same (.20). |
| 07/17/13 | S. Kitei | 0.50 | Meeting with T. Sable re FDIC involvement in other bank holding company cases (.20); research re same (.30). |
| 07/17/13 | J. Sgroi | 0.80 | Phone call with C. Reid and regulatory counsel re FDIC (.60); phone call with T. Sable re same (.20). |
| 07/18/13 | E. Sable | 0.10 | Email with J. Sgroi and S. Alberts, counsel for FDIC, re case issues (.10). |
| 07/18/13 | J. Kuras | 0.10 | Email with L. Lichtman re FDIC bank seizures (.10). |
| 07/18/13 | J. Sgroi | 0.20 | Emails with T. Sable and S. Alberts, counsel for FDIC re case issues (.20). |
| 07/19/13 | E. Sable | 0.40 | Phone call with J. Sgroi and B. English re multiple case issues (.40). |
| 07/19/13 | J. Sgroi | 0.40 | Call with T. Sable and B. English re multiple case issues (.40). |
| 07/20/13 | E. Sable | 0.30 | Review summary of FDIC meeting from B. English re case issues (.30). |

11769 – 330134
PDT 1084673 02/27/14

13

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/20/13 | J. Sgroi | 0.20 | Review summary of FDIC meeting from B. English re case issues (.20). |
| 07/22/13 | E. Sable | 0.30 | Phone call with S. Alberts, counsel to FDIC, re multiple case issues (.30). |
| 07/23/13 | E. Sable | 1.20 | Phone call with J. Sgroi, C. Reid, B. English and A. Mahler re FDIC issues (1.00); phone call with B. English re multiple matters (.20). |
| 07/23/13 | J. Sgroi | 1.00 | Call with T. Sable, C. Reid, B. English and A. Mahler re FDIC issues (1.00). |
| 07/26/13 | L. Lichtman | 0.40 | Draft case status summary for client re upcoming dates and action list (.40). |
| 07/26/13 | L. Lichtman | 0.10 | Email to J. Sgroi re proposed case status summary for client (.10). |
| 07/30/13 | E. Sable | 0.30 | Email with B. English and A. Mahler re FDIC issues (.30). |
| 07/30/13 | E. Sable | 0.10 | Review bankruptcy docket and hearings schedule re case status (.10). |
| 07/30/13 | J. Sgroi | 0.20 | Emails with B English re response from FDIC (.20). |
| 07/31/13 | J. Sgroi | 0.20 | Emails with B. English re response to FDIC (.20). |
| **Subtotal Hours and Fees - Case Administration and Objections** | | **20.60** | **8,235.50** |

**EMPLOYEE BENEFITS/PENSIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/31/13 | E. Sable | 0.20 | Phone call with C. Reid re retention bonuses (.20). |
| **Subtotal Hours and Fees - Employee Benefits/Pensions** | | **0.20** | **93.00** |

11769 – 330134
PDT 1084673 02/27/14

14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|

**FEE/EMPLOYMENT OBJECTIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/02/13 | E. Sable | 0.30 | Email to P. Torrence re possible objection to River Branch application to employ (.20); email with U.S. Trustee re same (.10). |
| 07/03/13 | J. Sgroi | 0.20 | Emails with T. Sable, P. Torrence and C. Reid re River Branch application to employ (.20). |
| 07/04/13 | E. Sable | 0.20 | Review U.S. Trustee objection to River Branch application to employ (.20). |
| 07/04/13 | J. Sgroi | 0.30 | Review U.S. Trustee objection to River Branch application to employ (.20); email with C. Reid and B. English re same (.10). |
| 07/04/13 | L. Lichtman | 0.10 | Email from J. Sgroi re U.S. Trustee's objection to River Branch application to employ (.10). |
| 07/08/13 | E. Sable | 0.10 | Review stipulation between River Branch Capital and the United States Trustee re adjourn hearing for retention (.10). |
| 07/09/13 | E. Sable | 0.50 | Draft summary of River Branch retention application for C. Reid (.30); phone call with C. Reid re same (.20). |
| 07/10/13 | E. Sable | 0.30 | Review Objection to Application to Employ River Branch Capital as Investment Banker (.30). |
| 07/10/13 | J. Sgroi | 0.40 | Review Committee Objection to River Branch retention application (.40). |
| 07/22/13 | E. Sable | 1.00 | Review second fee application of Foley & Lardner (.40); review second fee application of FTI (.30); phone call with J. Sgroi re said applications (.30). |
| 07/29/13 | E. Sable | 0.70 | Further review of second fee application of Foley & Lardner (.40); further review second fee application of FTI (.30). |
| 07/30/13 | E. Sable | 1.00 | Phone call with C. Reid and J. Sgroi re second fee application filed by Foley & Lardner and FTI (.50); review second fee application of Foley (.30); review second fee application of FTI (.20). |
| 07/31/13 | E. Sable | 0.20 | Review River Branch reply re retention (.20). |

11769 – 330134
PDT 1084673 02/27/14

15

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/31/13 | J. Sgroi | 0.30 | Review River Branch reply to retention (.30). |
| **Subtotal Hours and Fees - Fee/Employment Objections** | | **5.60** | **2,483.00** |

**MEETINGS OF CREDITORS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/11/13 | E. Sable | 0.50 | Participate in weekly Committee phone call (.50). |
| 07/11/13 | J. Kuras | 0.40 | Phone call with Creditor Committee (.40). |
| 07/11/13 | J. Sgroi | 0.50 | Call with Creditors' Committee (.50). |
| 07/17/13 | E. Sable | 0.50 | Participate in Creditors' Committee phone call (.50). |
| 07/18/13 | E. Sable | 0.50 | Participate in phone call with Creditors' Committee (.50). |
| 07/18/13 | J. Kuras | 0.10 | Email with T. Sable re Creditor Committee call (.10). |
| 07/18/13 | J. Sgroi | 0.50 | Weekly phone call with Creditors' Committee (.50). |
| 07/25/13 | E. Sable | 0.50 | Participate in weekly phone call with Creditors Committee (.50). |
| 07/25/13 | J. Sgroi | 0.50 | Weekly phone call with Committee (.50). |
| **Subtotal Hours and Fees - Meetings of Creditors** | | **4.00** | **1,665.00** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **PLAN AND DISCLOSURE STATEMENT** |
| 07/01/13 | E. Sable | 1.90 | Phone call with J. Sgroi and B. English re further communication with FDIC with respect to plan issues (.50); review materials from B. English and A. Mahler re same (.50); prepare for call with FDIC counsel re same (.30); phone call with J. Sgroi, R. Kilpatrick and L. Baughman, counsel for FDIC re same (.50); email to C. Reid and B. English summarizing said phone call (.10). |
| 07/01/13 | D. Adams | 0.50 | Review Schedule G contracts re assignment notice (.50). |
| 07/01/13 | J. Sgroi | 1.50 | Call with B. English and T. Sable re discussion with FDIC with respect to plan issues (.50); review materials from B. English and A. Mahler re same (.50); call with T. Sable and counsel for FDIC re same (.50). |
| 07/01/13 | L. Lichtman | 0.10 | Email to M. Hebbeln, Committee's counsel, requesting responses on Amended Plan and revised proposed Ballots (.10). |
| 07/01/13 | L. Lichtman | 0.20 | Review Plan solicitation matters (.20). |
| 07/01/13 | L. Lichtman | 0.10 | Phone call with M. Hebbeln confirming Committee's satisfaction with Amended Plan and revised forms of Ballots (.10). |
| 07/01/13 | L. Lichtman | 0.20 | Emails with M. Hebbeln re Committee's cover letter to include in solicitation packages (.20). |
| 07/01/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re review of executory contracts and unexpired leases in connection with assignment notice to be given (.10). |
| 07/01/13 | L. Lichtman | 0.30 | Review task list re solicitation process and preparation of solicitation packages (.30). |
| 07/01/13 | L. Lichtman | 0.10 | Phone call to M. Hebbeln re Amended Plan (.10). |
| 07/01/13 | L. Lichtman | 0.20 | Review status of miscellaneous matters concerning Amended Plan (.20). |

11769 – 330134
PDT 1084673 02/27/14

17

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/13 | L. Lichtman | 0.30 | Email to C. Reid re Amended Plan (.30). |
| 07/02/13 | E. Sable | 0.20 | Email with P. Torrence and J. Sgroi re multiple plan issues (.20). |
| 07/02/13 | J. Sgroi | 1.30 | Meeting with L. Provenzano and L. Lichtman re plan solicitation (1.30). |
| 07/02/13 | L. Provenzano (L.A.) | 3.60 | Meeting with L. Lichtman re amended Plan (.40); meeting with J. Sgroi and L. Lichtman re solicitation and noticing (1.30); phone call with K. Wagner at KCC re bar coding of ballots (.40); phone call with D. Hartie of KCC re equity and securities ballots (.30); code schedules re ballot assignments (1.10); phone call with L. Lichtman re KCC solicitation issues (.10). |
| 07/02/13 | L. Lichtman | 0.10 | Emails with J. Sgroi re status of Amended Plan and solicitation process issues (.10). |
| 07/02/13 | L. Lichtman | 0.10 | Phone call with L. Provenzano re KCC and solicitation process issues (.10). |
| 07/02/13 | L. Lichtman | 0.20 | Emails with L. Provenzano re treatment for voting purposes of claim of GE Capital Retail Bank (.20). |
| 07/02/13 | L. Lichtman | 1.70 | Meeting with J. Sgroi and L. Provenzano re plan solicitation packages and voting issues (1.30); meet with L. Provenzano re amended plan (.40). |
| 07/02/13 | L. Lichtman | 0.10 | Phone message to C. Reid re Amended Plan (.10). |
| 07/02/13 | L. Lichtman | 0.10 | Email to C. Reid re Amended Plan (.10). |
| 07/02/13 | L. Lichtman | 1.00 | Review and revise General ballots (.30); review and revise Master ballot (.40); review and revise Beneficial Holders ballet (.30). |
| 07/02/13 | L. Lichtman | 1.00 | Review file re detailed task list, and responsible parties, in connection with solicitation packages (1.00). |
| 07/02/13 | L. Lichtman | 0.10 | Emails with P. Torrence re status of Amended Plan (.10). |

11769 – 330134
PDT 1084673 02/27/14

18

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/03/13 | J. Sgroi | 0.90 | Meet with L. Lichtman re solicitation of plan (.10); emails with T. Sable and P. Torrence re same (.40); phone call with L. Lichtman re same (.20); meet with L. Lichtman and L. Provenzano re same (.20). |
| 07/03/13 | L. Provenzano (L.A.) | 0.90 | Email with D. Hartie re equity ballots (.10); revise same (.20); email with S. Betance re creditor ballots (.10); revise same (.10); meet with J. Sgroi and L. Lichtman re plan solicitation (.20); meet with L. Lichtman re publication and plan issues (.20). |
| 07/03/13 | L. Lichtman | 0.40 | Revise publication notice for Lansing State Journal re Plan confirmation process (.40). |
| 07/03/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re publication in Lansing State Journal and Plan issues (.20). |
| 07/03/13 | L. Lichtman | 0.60 | Review and revise General ballot (.20); review and revise Master ballot (.20); review and revise Beneficial Holders ballot (.20). |
| 07/03/13 | L. Lichtman | 0.10 | Email to KCC re revised ballots for comment (.10). |
| 07/03/13 | L. Lichtman | 0.40 | Email from D. Hartie of KCC re encoding issues on ballots for Trust Preferred Securities (.40). |
| 07/03/13 | L. Lichtman | 0.20 | Further emails with D. Hartie of KCC re encoding of ballots for public issues of Trust Preferred Securities (.20). |
| 07/03/13 | L. Lichtman | 0.40 | Phone call with C. Reid re Amended Plan, solicitation packages and related notices (.40). |
| 07/03/13 | L. Lichtman | 0.10 | Meet with J. Sgroi re solicitation process (.10). |
| 07/03/13 | L. Lichtman | 0.30 | Emails with T. Sable and P. Torrence re status of Amended Plan and solicitation process (.30). |
| 07/03/13 | L. Lichtman | 0.10 | Email from S. Betance of KCC re comments on and issues related to proposed ballots (.10). |
| 07/03/13 | L. Lichtman | 0.20 | Meet with J. Sgroi and L. Provenzano re status of solicitation packages (.20). |
| 07/03/13 | L. Lichtman | 0.10 | Emails with A. Winters of KCC re executed signature page for Amended Plan (.10). |

11769 – 330134
PDT 1084673 02/27/14

19

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/03/13 | L. Lichtman | 0.20 | Phone call with J. Sgroi re status of Amended Plan and solicitation packages (.20). |
| 07/05/13 | L. Lichtman | 1.00 | Revise General ballot (.30); revise Master ballot (.40); revise Beneficial Holders ballot (.30). |
| 07/08/13 | E. Sable | 0.60 | Meet with J. Sgroi and L. Lichtman re solicitation process issues (.20); review ballot drafts and related issues (.30); meet with L. Lichtman and L. Provenzano re solicitation issues (.10). |
| 07/08/13 | E. Sable | 0.30 | Email with C. Reid re plan and plan solicitation issues (.30). |
| 07/08/13 | J. Sgroi | 0.50 | Multiple emails from L. Lichtman re plan solicitation process and new dates (.30); meet with L. Lichtman and T. Sable re same (.20). |
| 07/08/13 | L. Provenzano (L.A.) | 0.40 | Revise ballots relating to TruPs and Senior Notes (.20); meet with L. Lichtman re solicitation process (.20). |
| 07/08/13 | L. Provenzano (L.A.) | 1.90 | Preparation of schedules by voting class for solicitation purposes (1.50); phone call with S. Swan re solicitaiton (.30); meet with T. Sable and L. Lichtman re solicitation issues (.10). |
| 07/08/13 | L. Lichtman | 0.10 | Meet with T. Sable and L. Provenzano re solicitation process issues (.10). |
| 07/08/13 | L. Lichtman | 0.20 | Emails with S. Betance of KCC re revised forms of ballots (.20). |
| 07/08/13 | L. Lichtman | 0.10 | Emails with C. Reid re solicitation process issues (.10). |
| 07/08/13 | L. Lichtman | 0.10 | Review status of filing Amended Plan and solicitation process (.10). |
| 07/08/13 | L. Lichtman | 0.30 | Revise General ballot (.10); revise Master ballot (.20). |
| 07/08/13 | L. Lichtman | 0.50 | Review revised forms of ballots for TruPs and Senior Notes incorporating requested changes from KCC (.50). |
| 07/08/13 | L. Lichtman | 0.10 | Emails from T. Sable and C. Reid re solicitation process (.10). |
| 07/08/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re solicitation process (.20). |

11769 – 330134
PDT 1084673 02/27/14

20

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/08/13 | L. Lichtman | 0.20 | Revise Master ballot (.10); revise Beneficial Holder ballot (.10). |
| 07/08/13 | L. Lichtman | 0.20 | Phone call with S. Swan re solicitation process (.20). |
| 07/08/13 | L. Lichtman | 0.20 | Meet with T. Sable and J. Sgroi re solicitation process issues (.20). |
| 07/08/13 | L. Lichtman | 0.10 | Email from S. Swan re solicitation process (.10). |
| 07/08/13 | L. Lichtman | 0.10 | Email to T. Sable re solicitation process (.10). |
| 07/08/13 | L. Lichtman | 0.20 | Email to D. Hartie of KCC re revised forms of ballots for use with TruPs and Senior Notes (.20). |
| 07/09/13 | E. Sable | 0.20 | Meet with L. Lichtman re solicitation process and issues (.20). |
| 07/09/13 | L. Provenzano (L.A.) | 3.20 | Emails with S. Swan re solicitation materials (.30); meet with L. Lichtman re same (.10); phone call with S. Swan re solicitation packages (.50); revise ballots (.40); continue review of claims registry for ballot assignment (1.40); review solicitation order relating to classes (.20); phone calls with KCC re ballot tabulation process (.30). |
| 07/09/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re preparation of solicitation materials (.10). |
| 07/09/13 | L. Lichtman | 0.10 | Emails with T. Sable re status of filing of Amended Plan (.10). |
| 07/09/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re solicitation materials (.10). |
| 07/09/13 | L. Lichtman | 0.20 | Meet withT. Sable re solicitation process issues (.20). |
| 07/10/13 | E. Sable | 0.60 | Phone call with J. Sgroi and C. Reid re extension of solicitation process (.20); meeting with L. Lichtman re same (.10); draft stipulation re same (.20); draft order re same (.10). |
| 07/10/13 | J. Sgroi | 0.40 | Call with C. Reid and T. Sable re extension of solicitation process (.20); review stipulation re same (.10); review order re same (.10). |

11769 – 330134
PDT 1084673 02/27/14

21

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/10/13 | L. Provenzano (L.A.) | 0.40 | Revise stipulation re revised solicitation dates (.20); electronically file same (.10); upload order to court portal for approval (.10). |
| 07/10/13 | L. Lichtman | 0.20 | Review status of amending solicitation schedule (.20). |
| 07/10/13 | L. Lichtman | 1.20 | Review and revise Plan notices (.60); revise General ballot (.20); revise Master ballot (.20); revise Beneficial Holders ballot (.20). |
| 07/10/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of solicitation process (.10). |
| 07/10/13 | L. Lichtman | 0.50 | Draft stipulation to amend schedule in Solicitation Procedures Order (.30); draft order re same (.20). |
| 07/10/13 | L. Lichtman | 0.30 | Revise stipulation to amend solicitation schedule (.20); revise order re same (.10). |
| 07/10/13 | L. Lichtman | 0.20 | Emails with D. Hartie of KCC re possible new Voting Record Date (.20). |
| 07/10/13 | L. Lichtman | 0.10 | Emails with T. Sable re status of response from Committee's counsel on new solicitation schedule (.10). |
| 07/10/13 | L. Lichtman | 0.10 | Email to M. Hebbeln, Committee's counsel, re proposed stipulation and order to amend solicitation schedule (.10). |
| 07/10/13 | L. Lichtman | 0.10 | Email from M. Hebbeln authorizing filing of stipulation and order to amend solicitation schedule (.10). |
| 07/10/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re filing of stipulation and order to amend solicitation schedule (.10). |
| 07/11/13 | E. Sable | 0.30 | Phone call with C. Reid re filing amended plan and related issues (.30). |
| 07/11/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re Assignment Notice (.10). |
| 07/11/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re Assignment Notice and schedule (.10). |
| 07/11/13 | L. Lichtman | 0.20 | Email to L. Provenzano re schedule to Assignment Notice (.20). |
| 07/12/13 | L. Lichtman | 0.30 | Meet with T. Sable re Amended Plan (.30). |

11769 – 330134

PDT 1084673 02/27/14

22

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/12/13 | L. Lichtman | 1.20 | Review and revise Plan notices (.60); revise General ballot (.20); revise Master ballot (.20); revise Beneficial Holders ballot (.20). |
| 07/12/13 | L. Lichtman | 0.10 | Review status of entry of order for amendment of solicitation schedule (.10). |
| 07/12/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re solicitation process (.10). |
| 07/15/13 | E. Sable | 0.10 | Review entered Order Amending Order for Procedures for Solicitation and Tabulation of Votes (.10). |
| 07/15/13 | J. Sgroi | 0.10 | Review entered Solicitation Procedures Order (.10). |
| 07/15/13 | L. Provenzano (L.A.) | 3.20 | Draft summary report for S. Swan for ballot distribution and solicitation materials (3.10); meet with L. Lichtman re amended plan and solicitation (.10). |
| 07/15/13 | L. Provenzano (L.A.) | 0.30 | Revise publication notice re confirmation hearing (.30). |
| 07/15/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re status of filing Amended Plan and solicitation process issues (.10). |
| 07/15/13 | L. Lichtman | 0.10 | Email from L. Provenzano re Amended Solicitation Procedures Order (.10). |
| 07/15/13 | L. Lichtman | 0.90 | Review and revise General ballot (.20); review and revise Plan notices (.70). |
| 07/16/13 | E. Sable | 0.70 | Meet with L. Lichtman re solicitation issues and process, including notice of contracts to be assumed (.20); review solicitation package (.40); meet with L. Lichtman re amended plan (.10). |
| 07/16/13 | J. Sgroi | 0.30 | Review notice of assumption of executory contracts (.20); emails with L. Lichtman re same (.10). |
| 07/16/13 | J. Sgroi | 0.40 | Emails with L. Provenzano, L. Lichtman and T. Sable re voting issues (.40). |
| 07/16/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of filing Amended Plan (.10). |
| 07/16/13 | L. Lichtman | 0.20 | Review claim of U.S. Bank, National Association, Indenture Trustee, re solicitation and voting issues (.20). |

11769 – 330134
PDT 1084673 02/27/14

23

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/16/13 | L. Lichtman | 0.20 | Review register of claims re solicitation (.10); review solicitation list re same (.10). |
| 07/16/13 | L. Lichtman | 0.10 | Emails with L. Provenzano and J. Sgroi re form of Notice to Non-Voting Parties (.10). |
| 07/16/13 | L. Lichtman | 0.30 | Review register of claims re solicitation list (.30). |
| 07/16/13 | L. Lichtman | 0.10 | Review Kent County and Roscommon County real estate tax claims and solicitation and voting issues (.10). |
| 07/16/13 | L. Lichtman | 0.30 | Emails with L. Provenzano and J. Sgroi re Exhibit A of executory contracts and unexpired leases to Assignment Notice (.30). |
| 07/16/13 | L. Lichtman | 0.90 | Revise Master ballot (.40); revise Beneficial Holder ballot (.50). |
| 07/16/13 | L. Lichtman | 0.20 | Emails with L. Provenzano re status of filing Amended Plan and solicitation materials (.20). |
| 07/16/13 | L. Lichtman | 0.40 | Review status of notices and related solicitation materials (.40). |
| 07/16/13 | L. Lichtman | 0.20 | Emails with L. Provenzano and J. Sgroi re claims of G3 parties for voting purposes (.20). |
| 07/16/13 | L. Lichtman | 0.20 | Emails with D. Hartie of KCC re revised Master ballot and Beneficial Holder ballot (.20). |
| 07/16/13 | L. Lichtman | 0.20 | Phone call with T. Sable re solicitation and voting (.20). |
| 07/16/13 | L. Lichtman | 0.20 | Review claim of John P. Lewis re issue of treatment for voting purposes (.20). |
| 07/16/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re treatment of claim of John P. Lewis for voting purposes (.10). |
| 07/16/13 | L. Lichtman | 0.30 | Review real estate tax claims filed by Kent County and Roscommon County re solicitation and voting (.30). |
| 07/16/13 | L. Lichtman | 0.10 | Email to L. Provenzano re Kent County and Roscommon County real estate tax claims, solicitation and voting issues (.10). |
| 07/16/13 | L. Lichtman | 0.10 | Review claim of State of Michigan re treatment for solicitation and voting purposes (.10). |

11769 – 330134
PDT 1084673 02/27/14

24

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/17/13 | J. Sgroi | 0.60 | Emails from L. Lichtman re filing of amended plan (.20); emails from L. Lichtman re contract assumption supplement (.20); email with M. Shaver re same (.20). |
| 07/17/13 | L. Provenzano (L.A.) | 1.70 | Draft Exhibit A to Notice of Proposed Assumption of Executory Contracts (1.30); phone calls with L. Lichtman re solicitation notice issues (.40). |
| 07/17/13 | L. Provenzano (L.A.) | 2.30 | Draft summary report re nonvoting nonequity parties (2.30). |
| 07/17/13 | L. Provenzano (L.A.) | 3.20 | Review of proof of claims for plan voting purposes (2.40); draft summary report re same (.80). |
| 07/17/13 | L. Lichtman | 0.10 | Email to L. Provenzano re plan publication notice in Lansing State Journal (.10). |
| 07/17/13 | L. Lichtman | 0.20 | Phone call with L. Provenzano re notice matters for solicitation process (.20). |
| 07/17/13 | L. Lichtman | 0.10 | Emails with T. Sable re schedule of executory contracts for Assignment Notice (.10). |
| 07/17/13 | L. Lichtman | 0.20 | Phone call with L. Provenzano re various notices for solicitation process and proposed schedule for Assignment Notice (.20). |
| 07/17/13 | L. Lichtman | 0.30 | Finalize notices for filing of Amended Plan (.30). |
| 07/17/13 | L. Lichtman | 0.10 | Email to L. Provenzano re final notices for use in solicitation process (.10). |
| 07/17/13 | L. Lichtman | 0.20 | Review status of filing Amended Plan (.20). |
| 07/17/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re filing of Amended Plan (.10). |
| 07/17/13 | L. Lichtman | 0.20 | Emails with M. Hebbeln, Committee's counsel, re filing of Amended Plan (.20). |
| 07/18/13 | E. Sable | 0.20 | Email with L. Baughman, counsel for FDIC, re plan issues (.20). |
| 07/18/13 | J. Kuras | 0.10 | Email with S. Swan re amended plan (.10). |

11769 – 330134
PDT 1084673 02/27/14

25

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/18/13 | L. Provenzano (L.A.) | 2.70 | Revise dates in ballots and notices pursuant to amended solicitation order (.80); revise final Notice of Confirmation Hearing for solicitation package (.40); revise final Notice to Non-Voting Parties for solicitation (.30); revise Class 2 ballots for privately held TruPs (.30); revise Class 2 ballots for traded TruPs (.30); revise final Class 3 ballots (.20); revise final Class 4 ballots (.30); meet with L. Lichtman re status of solicitation (.10). |
| 07/18/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re status of solicitation process (.10). |
| 07/22/13 | L. Provenzano (L.A.) | 0.50 | Email with S. Swan re solicitation materials (.50). |
| 07/22/13 | L. Lichtman | 0.10 | Review status of solicitation (.10). |
| 07/22/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re status of solicitation process (.10). |
| 07/23/13 | E. Sable | 0.50 | Meet with L. Provenzano re Notice of Assumption of Executory Contracts (.30); phone call with B. English re same (.20). |
| 07/23/13 | J. Sgroi | 0.50 | Emails with L. Lichtman and L. Provenzano re Notice of Assumption of Executory Contracts (.30); emails with B. English re same (.20). |
| 07/23/13 | L. Provenzano (L.A.) | 0.80 | Email with S. Swan re status of solicitation (.40); meet with T. Sable re notice of assumption of executory contracts (.20); research schedules re unsecured creditor addresses for solicitation (.20). |
| 07/23/13 | L. Lichtman | 0.10 | Emails from L. Provenzano and T. Sable re executory contracts necessary for Assignment Notice (.10). |
| 07/24/13 | L. Provenzano (L.A.) | 0.40 | Phone call with M. Walker and L. Lichtman re review of executory contracts and unexpired leases for solicitation purposes (.40). |
| 07/24/13 | L. Lichtman | 0.10 | Email from L. Provenzano re update on solicitation process (.10). |
| 07/24/13 | L. Lichtman | 0.10 | Email to L. Provenzano re follow up on status of solicitation matters (.10). |

11769 – 330134
PDT 1084673 02/27/14

26

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/24/13 | L. Lichtman | 0.20 | Review status of solicitation matters (.20). |
| 07/24/13 | L. Lichtman | 0.20 | Participate in portion of phone call with M. Walker and L. Provenzano re status of preparation of exhibit of executory contracts for Assignment Notice (.20). |
| 07/25/13 | E. Sable | 0.40 | Review open issues related to plan solicitation (.30); review schedule for plan solicitation and confirmation (.10). |
| 07/25/13 | E. Sable | 0.10 | Phone call with M. Hebbeln re plan issues (.10). |
| 07/25/13 | L. Provenzano (L.A.) | 0.60 | Email with S. Swan re solicitation procedures (.40); emails with balloting agent KCC re same (.20). |
| 07/25/13 | L. Lichtman | 0.10 | Email from S. Swan re status of solicitation process (.10). |
| 07/26/13 | E. Sable | 0.20 | Meet with J. Sgroi and L. Provenzano re status of plan soliciation (.20). |
| 07/26/13 | E. Sable | 0.40 | Review proposed notice of contract assumption from M. Walker (.40). |
| 07/26/13 | J. Sgroi | 0.40 | Review proposed notice of contract assumption (.40). |
| 07/26/13 | J. Sgroi | 0.20 | Meet with T. Sable and L. Provenzano re status of plan solicitation (.20). |
| 07/26/13 | L. Provenzano (L.A.) | 1.50 | Meeting with L. Lichtman re executory contract list (.20); email with M. Walker re terminated and assign executory contracts (.40); revise Exhibit A to contracts notice (.30); revise Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases with exhibit for solicitation purposes (.40); email with S. Swan re same (.20). |
| 07/26/13 | L. Provenzano (L.A.) | 0.40 | Email with S. Swan re solicitation packages and ballots for Class 3 holders of claims (.20); phone call with S. Swan re contract parties (.20). |
| 07/26/13 | L. Lichtman | 0.20 | Email from M. Walker re Exhibit A to Assignment Notice (.20). |
| 07/26/13 | L. Lichtman | 0.10 | Review Exhibit A to Assignment Notice for executory contracts (.10). |

11769 – 330134
PDT 1084673 02/27/14

27

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/26/13 | L. Lichtman | 0.10 | Emails from L. Provenzano and J. Sgroi re Exhibit A to Assignment Notice for executory contracts (.10). |
| 07/26/13 | L. Lichtman | 0.10 | Emails with S. Swan re status of finalizing exhibit to Assignment Notice for executory contracts (.10). |
| 07/26/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re Exhibit A to Assignment Notice (.10). |
| 07/26/13 | L. Lichtman | 0.30 | Review status of solicitation process (.30). |
| 07/26/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re status of solicitation process (.10). |
| 07/26/13 | L. Lichtman | 0.10 | Emails from S. Swan and L. Provenzano re status of finalizing Assignment Notice exhibit (.10). |
| 07/28/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re form of Ballot for TruPs holders (.10). |
| 07/28/13 | L. Lichtman | 0.20 | Emails with S. Swan re form of Ballot for TruPs holders (.20). |
| 07/28/13 | L. Lichtman | 0.30 | Review form of Ballot for TruPs holders (.30). |
| 07/29/13 | E. Sable | 0.20 | Meet with L. Lichtman and L. Provenzano re status of plan solicitation (.10); review same (.10). |
| 07/29/13 | L. Provenzano (L.A.) | 1.30 | Phone call with S. Swan re solicitation matters (.30); revise final ballot for privately held Class 2 TruPs (.30); review status of publication affidavit (.20); phone call with S. Swan on final ballot packages (.30); meet with T. Sable and L. Lichtman re solicitation status (.10); meet with L. Lichtman re same (.10). |
| 07/29/13 | L. Lichtman | 0.20 | Emails with L. Provenzano re form of ballot for TruPs holders (.20). |
| 07/29/13 | L. Lichtman | 0.10 | Meet with T. Sable and L. Provenzano re status of solicitation packages (.10). |
| 07/29/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re status of solicitation process (.10). |
| 07/30/13 | J. Sgroi | 0.30 | Emails with L. Provenzano and L. Lichtman re plan information posting on CBC website (.30). |

11769 – 330134

PDT 1084673 02/27/14

28

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/30/13 | J. Sgroi | 0.40 | Emails with L. Provenzano and L. Lichtman re various solicitation issues (.40). |
| 07/30/13 | B. Lundberg (L.A.) | 0.60 | Emails with L. Provenzano, L. Lichtman, J. Sgroi and T. Sable re amounts reported on Schedule E for solicitation purposes (.20); research re same (.20); phone call with M. Walker re same (.20). |
| 07/30/13 | L. Provenzano (L.A.) | 0.80 | Phone calls with S. Swan re revisions to CBC webpage with current plan documents (.60); meet with L. Lichtman re employee inquiries on voting ballots (.20). |
| 07/30/13 | L. Provenzano (L.A.) | 1.10 | Draft certificate of service re solicitation materials (1.10). |
| 07/30/13 | L. Lichtman | 0.30 | Emails with L. Provenzano and J. Sgroi re employees inquiries concerning claim amounts for Ballot purposes (.30). |
| 07/30/13 | L. Lichtman | 0.20 | Emails with L. Provenzano re manner of addressing employee inquiries concerning Plan balloting (.20). |
| 07/30/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re employee inquiries concerning Plan balloting (.20). |
| 07/30/13 | L. Lichtman | 0.30 | Review and revise Certificate of Service re solicitation materials (.30). |
| 07/30/13 | L. Lichtman | 0.20 | Emails with L. Provenzano and J. Sgroi re listing of current Plan and Disclosure Statement information on CBC webpage (.20). |
| 07/31/13 | J. Sgroi | 0.20 | Emails with L. Provenzano and T. Sable re Plan and solicitation (.20). |
| 07/31/13 | L. Provenzano (L.A.) | 2.10 | Revise Certificate of Service re solicitation materials (.30); preparation of exhibits A-F re same (.30); preparation of exhibits Service List 1 - 13 re same (1.10); meetings with L. Lichtman re solicitation issues (.40). |
| 07/31/13 | L. Lichtman | 0.10 | Review Certificate of Service with Exhibits re service of solicitation documents (.10). |
| 07/31/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re balloting question received from Bank of New York Mellon (.20). |

11769 – 330134
PDT 1084673 02/27/14

29

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/31/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re inquiry from Bank of New York Mellon concerning balloting by private TruPs holders (.10). |
| 07/31/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re Intercompany Claim Ballot (.10). |
| 07/31/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re miscellaneous matters in connection with status of solicitation process (.10). |
| 07/31/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re schedule of status of employees pre-petition priority claims (.10). |
| **Subtotal Hours and Fees - Plan and Disclosure Statement** | | **79.70** | **25,627.00** |

**APPEAL**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/18/13 | J. Sgroi | 1.40 | Revise FDIC Rule 2004 motion (1.00); emails with T. Sable and A. Mahler re same (.20); review A. Mahler's proposed revisions to said motion (.20). |
| 07/19/13 | J. Sgroi | 0.30 | Emails with T. Sable and A. Mahler re Rule 2004 motion issues (.30). |
| **Subtotal Hours and Fees - Appeal** | | **1.70** | **629.00** |

**TAX MATTERS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/13 | A. Valade | 2.30 | Review Michigan Tax Tribunal Order (.20); draft status report to Michigan Tax Tribunal (1.10); review file re same (1.00). |
| 07/08/13 | A. Valade | 1.30 | Emails with K. Schafer re status of settlement Motion (.30); review pleadings binder and Settlement Agreement re status report to be filed with Michigan Tax Tribunal (.50); continue drafting status report (.30); emails with Michigan Attorney General re Tax Tribunal proceedings (.20). |

11769 – 330134
PDT 1084673 02/27/14

30

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/08/13 | L. Lichtman | 0.10 | Email from A. Valade re communication with K. Schafer on status of motion for Michigan Department of Treasury settlement agreement (.10). |
| 07/10/13 | A. Valade | 2.60 | Draft Joint Status Report re Settlement Agreement and Bankruptcy Court proceedings (2.50); email to Assistant Attorney General re same (.10). |
| 07/11/13 | A. Valade | 0.70 | Revise Joint Status report with Michigan Tax Tribunal (.50); emails with Michigan Assistant Attorney General re same (.20). |
| 07/15/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re certificate of no response for motion for approval of Michigan Department of Treasury settlement agreement (.10). |
| 07/15/13 | L. Lichtman | 0.10 | Review certificate of no response re motion for approval of Michigan Department of Treasury settlement agreement (.10). |
| 07/16/13 | E. Sable | 0.10 | Review Order Authorizing Settlement Agreement with Michigan Department of Treasury (.10). |
| 07/16/13 | L. Provenzano (L.A.) | 0.20 | Finalize certificate of no response for filing re motion to settle with Michigan Department of Treasury (.10); upload order to court portal for approval (.10). |
| 07/16/13 | L. Lichtman | 0.20 | Email to A. Valade re order authorizing settlement with Michigan Department of Treasury (.20). |
| 07/16/13 | L. Lichtman | 0.10 | Email to A. Valade re filed certificate of no response for motion to approve Michigan Department of Treasury settlement agreement (.10). |
| 07/22/13 | A. Valade | 4.80 | Review order approving tax settlement with Michigan Department of Treasury (.30); emails to Michigan Attorney General's Office re same (.50); draft documents to dismiss state tax proceedings (4.00). |
| 07/23/13 | A. Valade | 0.90 | Finalize and file motion to dismiss case and related papers (.70); emails with Michigan Tax Tribunal clerk re same (.20). |

11769 – 330134
PDT 1084673 02/27/14

31

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/26/13 | A. Valade | 2.10 | Review and revise tax assessments by Department of Treasury (.80); review Settlement Agreement and related Bankruptcy Court Order re same (.50); emails with Assistant Attorney General re same (.50); emails with K. Schafer re same (.30). |
| 07/29/13 | A. Valade | 0.50 | Emails with Assistant Attorney General re implementation of settlement (.50). |
| **Subtotal Hours and Fees - Tax Matters** | | **16.10** | **8,382.50** |

**CLAIMS ADMINISTRATION AND OBJECTION**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/13 | J. Sgroi | 0.20 | Emails with court re cases cited in supplemental briefs to derivative standing motion (.20). |
| 07/03/13 | L. Provenzano (L.A.) | 0.20 | Review adjournment notice re derivative standing hearing (.10); calendar hearing re same (.10). |
| 07/04/13 | J. Sgroi | 0.20 | Email to C. Mayfield and S. Kitei re hearings on derivative standing motion and bidding procedures motion (.20). |
| 07/05/13 | E. Sable | 0.20 | Email from A. Uetz re settlement of Committee's derivative standing motion (.10); phone call with client re same (.10). |
| 07/05/13 | S. Kitei | 1.00 | Review and revise hearing notes re derivative standing motion (1.00). |
| 07/05/13 | J. Sgroi | 0.20 | Review emails re Committee derivative standing motion (.20). |
| 07/06/13 | J. Sgroi | 1.50 | Review outline for hearing arguments on derivative standing and bid procedures motions (1.50). |
| 07/07/13 | E. Sable | 0.10 | Email to A. Uetz re rejection of Committee's offer to settle derivative standing motion (.10). |

11769 – 330134
PDT 1084673 02/27/14

32

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/08/13 | E. Sable | 0.30 | Review Stipulation re Appearance of the Bank of New York Mellon Trust Company, at sealed, continued hearing on Motion for Derivative Standing (.10); review Stipulation re Telephonic Appearance of Foley & Lardner Attorneys M. Hebbeln and M. Lee at Hearing (.10); review Stipulation re Appearance of Wilmington Trust Company at Sealed, Continued Hearing on Motion for Derivative Standing (.10). |
| 07/08/13 | E. Sable | 1.20 | Review caselaw relating to objection to Committee's derivative standing motion (.70); meet with J. Sgroi re preparation for hearing and strategy (.50). |
| 07/08/13 | J. Sgroi | 5.30 | Prepare for hearing on derivative standing motion (4.80); meet with T. Sable re strategy for same (.50). |
| 07/08/13 | J. Sgroi | 0.60 | Review and revise stipulation with Wilmington Trust re derivative standing hearing (.20); review and revise stipulation with Committee re derivative standing hearing (.20); review and revise stipulation with Bank of NY Mellon re derivative standing hearing (.20). |
| 07/08/13 | L. Provenzano (L.A.) | 0.60 | Review derivative standing motion (.20); pull cited cases at the request of bankruptcy court clerk E. Sherman (.40). |
| 07/09/13 | E. Sable | 3.80 | Prepare for hearing on derivative standing motion and sale procedures motion (.60); attend hearing re same (3.00); meet with J. Sgroi re email to client on hearing summary for same (.20). |
| 07/09/13 | D. Adams | 0.10 | Meet with J. Sgroi re hearing arguments for derivative standing motion (.10). |
| 07/09/13 | S. Kitei | 3.00 | Attend court hearing re Committee Motion for Derivative Standing (3.00). |
| 07/09/13 | J. Sgroi | 5.30 | Prepare for hearing on derivative standing motion and sale procedures motion (1.50); meet with D. Adams re hearing arguments for derivative standing motion (.10); attend hearing re same (3.00); email to client re hearing summary (.50); meet with T. Sable re said email (.20). |

11769 – 330134
PDT 1084673 02/27/14
33

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/10/13 | L. Lichtman | 0.40 | Review results of hearing re Court denying Committee's Derivative Standing Motion (.40). |
| 07/11/13 | E. Sable | 0.10 | Review Order Denying Motion for Derivative Standing (.10). |
| 07/11/13 | J. Sgroi | 0.30 | Call with client re court ruling on derivative standing motion (.30). |
| 07/11/13 | J. Sgroi | 0.20 | Emails with L. Provenzano re closed hearing transcript (.20). |
| 07/17/13 | B. Lundberg (L.A.) | 0.20 | Meet with J. Sgroi re payments to insiders in connection with Committee's motion for derivative standing (.20). |
| 07/18/13 | J. Sgroi | 0.30 | Review insider payment report (.20); email with B. Lundberg re same (.10). |
| 07/18/13 | B. Lundberg (L.A.) | 1.40 | Research summary report for listing of SOFA insider payments (.30); review and revise same (.30); emails with J. Sgroi re same (.20); emails with M. Walker re back up documentation and specific payment details required for same (.40); phone call with M. Walker re same (.20). |
| 07/22/13 | B. Lundberg (L.A.) | 0.20 | Emails with M. Walker re status of back up documentation and specific payment details required for insider payments (.20). |
| 07/23/13 | E. Sable | 0.30 | Email to C.K. Choi re filed proof of claim (.30). |
| 07/24/13 | B. Lundberg (L.A.) | 1.10 | Emails with M. Walker re details for payments to insiders (.20); review and revise summary report re same (.90). |
| 07/25/13 | E. Sable | 0.20 | Meet with J. Sgroi and S. Kitei re memorandum for Committee's alleged D&O claims (.20). |
| 07/25/13 | J. Sgroi | 0.20 | Meet with S. Kitei and T. Sable re memorandum on Committee's alleged D&O claims (.20). |
| 07/28/13 | S. Kitei | 2.00 | Draft memorandum re claims asserted by Committee in derivative standing pleadings (2.00). |

11769 – 330134
PDT 1084673 02/27/14

34

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/29/13 | E. Sable | 1.10 | Review and revise memorandum to J. Reid, C. Reid and B. English re follow-up on allegations made in Committee's claims in motion seeking derivative standing (1.00); phone call with P. Torrence re same (.10). |
| 07/29/13 | E. Sable | 0.20 | Review amended proofs of claim filed by Michigan Department of Treasury (.20). |
| 07/29/13 | S. Kitei | 1.40 | Continue drafting memorandum re claims asserted by Committee in derivative standing pleadings (1.40). |
| 07/29/13 | J. Sgroi | 0.80 | Review and revise memorandum re Committee's allegations of D&O claims (.80). |
| 07/31/13 | E. Sable | 0.70 | Revise memorandum to J. Reid, C. Reid and B. English re follow-up on allegations made in Committee's claims in motion seeking derivative standing (.60); phone call with P. Torrence re same (.10). |
| 07/31/13 | J. Sgroi | 0.90 | Review and revise memo to client re D&O claims (.90). |
| **Subtotal Hours and Fees - Claims Administration and Objection** | | **35.80** | **13,027.50** |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/13 | B. Lundberg (L.A.) | 6.20 | Continue working on exhibits to second interim fee application (6.20). |
| 07/02/13 | B. Lundberg (L.A.) | 3.70 | Continue drafting exhibits to second interim fee application (2.60); review June monthly fee statement for accuracy and compliance with local court rules (1.10). |
| 07/03/13 | J. Sgroi | 1.00 | Review and revise second fee application (1.00). |
| 07/03/13 | B. Lundberg (L.A.) | 2.70 | Continue drafting exhibits to second interim fee application (1.90); continue reviewing June monthly fee statement for accuracy and compliance with local court rules (.80). |

11769 – 330134
PDT 1084673 02/27/14

35

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/03/13 | B. Lundberg (L.A.) | 1.10 | Draft summary of ordinary course professionals invoices and payments for fourth quarterly statement (.90); draft notice of fourth quarterly statement re same (.20). |
| 07/08/13 | D. Adams | 0.10 | Review and approve ordinary course professional fourth quarterly report (.10). |
| 07/08/13 | B. Lundberg (L.A.) | 1.10 | Continue drafting summary of ordinary course professionals invoices and payments for fourth quarterly statement (.70); emails with D. Adams re same (.10); electronically file same (.20); emails with K. Wagner at KCC re service of same (.10). |
| 07/08/13 | B. Lundberg (L.A.) | 1.30 | Continue reviewing June monthly fee statement for accuracy and compliance with local court rules (1.30). |
| 07/09/13 | B. Lundberg (L.A.) | 0.30 | Emails with K. Wagner at KCC re certificate of service for fourth quarterly statement for the ordinary course professionals payments (.10); review same for accuracy and finalize for filing (.10); electronically file same (.10). |
| 07/09/13 | B. Lundberg (L.A.) | 2.30 | Continue reviewing June monthly fee statement for accuracy and compliance with local court rules (2.30). |
| 07/10/13 | B. Lundberg (L.A.) | 0.70 | Continue reviewing June monthly fee statement for accuracy and compliance with local court rules (.70). |
| 07/11/13 | J. Sgroi | 0.20 | Emails with B. Lundberg re invoices (.20). |
| 07/11/13 | B. Lundberg (L.A.) | 0.40 | Continue reviewing June monthly fee statement for accuracy and compliance with local court rules (.40). |
| 07/12/13 | E. Sable | 1.00 | Further revisions to second fee application (.70); meet with J. Sgroi re same (.30). |
| 07/12/13 | J. Sgroi | 0.80 | Meet with T. Sable re second fee application (.30); revise same (.50). |
| 07/12/13 | B. Lundberg (L.A.) | 0.60 | Continue reviewing June monthly fee statement for accuracy and compliance with local court rules (.60). |
| 07/15/13 | J. Sgroi | 0.20 | Emails with M. Walker re retainer summary (.20). |

11769 – 330134
PDT 1084673 02/27/14

36

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/15/13 | B. Lundberg (L.A.) | 0.30 | Continue reviewing June monthly fee statement for accuracy and compliance with local court rules (.30). |
| 07/16/13 | E. Sable | 0.80 | Further revisions to second fee application (.80). |
| 07/16/13 | J. Sgroi | 0.50 | Further revision of second fee application (.50). |
| 07/16/13 | B. Lundberg (L.A.) | 0.80 | Continue reviewing June monthly fee statement for accuracy and compliance with local court rules (.80). |
| 07/17/13 | J. Sgroi | 0.20 | Email with M. Walker re status of retainer summary (.20). |
| 07/17/13 | J. Sgroi | 2.30 | Review and revision of invoices in connection with preparation of second fee application (2.00); emails with P. Torrence re same (.30). |
| 07/17/13 | B. Lundberg (L.A.) | 1.10 | Continue reviewing June monthly fee statement for accuracy and compliance with local court rules (1.10). |
| 07/18/13 | D. Adams | 0.30 | Analysis re ordinary course professional issues associated with the retention of Buckley Sandler (.30). |
| 07/18/13 | D. Adams | 0.10 | Phone call to A. Mahler relating to the retention of Buckley Sandler (.10). |
| 07/18/13 | D. Adams | 0.10 | Meeting with T. Sable relating to the retention of Buckley Sandler (.10). |
| 07/18/13 | D. Adams | 0.20 | Email to T. Sable relating to the retention of Buckley Sandler (.20). |
| 07/18/13 | B. Lundberg (L.A.) | 0.70 | Review July monthly fee statement for accuracy and compliance with local court rules (.70). |
| 07/22/13 | J. Sgroi | 1.50 | Review second fee application of Foley & Lardner (.50); review second fee application of FTI (.50); phone call with T. Sable re said applications (.30); email with C. Reid re same (.20). |
| 07/22/13 | J. Sgroi | 0.20 | Email with B. Lundberg re revision of invoices and finalizing second fee application (.20). |
| 07/22/13 | B. Lundberg (L.A.) | 0.50 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (.50). |
| 07/23/13 | B. Lundberg (L.A.) | 1.40 | Emails with J. Sgroi re second fee application (.20); revise several exhibits re same (1.20). |

11769 – 330134
PDT 1084673 02/27/14

37

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/23/13 | B. Lundberg (L.A.) | 0.70 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (.70). |
| 07/25/13 | E. Sable | 0.40 | Review exhibits to second fee application (.40). |
| 07/25/13 | J. Sgroi | 2.50 | Review and revise second fee application (2.50). |
| 07/25/13 | B. Lundberg (L.A.) | 0.80 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (.80). |
| 07/26/13 | B. Lundberg (L.A.) | 0.60 | Review and revise second fee application (.30); review order re same (.10); review notice re same (.10); revise exhibit re same (.10). |
| 07/26/13 | B. Lundberg (L.A.) | 0.90 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (.90). |
| 07/27/13 | E. Sable | 0.10 | Email with J. Sgroi re filing second fee application (.10). |
| 07/27/13 | J. Sgroi | 0.20 | Emails with T. Sable re filing second fee application (.20). |
| 07/29/13 | J. Sgroi | 1.00 | Review of Committee second fee application in preparation for call (.60); call with C. Reid re same (.40). |
| 07/29/13 | J. Sgroi | 0.50 | Finalize second fee application for filing (.50). |
| 07/29/13 | B. Lundberg (L.A.) | 1.10 | Review and finalize second fee application for filing (.20); review and finalize exhibits re same (.30); review and finalize notice re same (.10); electronically file same (.30); emails with K. Wagner at KCC re service of said notice (.20). |
| 07/30/13 | J. Sgroi | 0.50 | Call with C. Reid and T. Sable re Committee second fee applications (.50). |
| 07/30/13 | B. Lundberg (L.A.) | 0.30 | Emails with K. Wagner at KCC re certificate of service for notice of second interim fee application (.10); review same for accuracy and finalize for filing (.10); electronically file same (.10). |
| 07/30/13 | B. Lundberg (L.A.) | 0.40 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (.40). |

11769 – 330134
PDT 1084673 02/27/14

38

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***



Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(269) 337-7700
Fax: (269) 337-7701
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/31/13 | J. Sgroi | 0.20 | Emails with M. Walker re retention payments (.20). |
| **Subtotal Hours and Fees - Fee/Employment Applications** | | **44.90** | **12,295.50** |
| **Total Hours and Fees** | | **274.10** | **$96,697.00** |

11769 – 330134
PDT 1084673 02/27/14

39

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME SUMMARY BY ACTION CODE** (August 1 – 31, 2013)

| Action Code | Hours | Amount |
|---|---|---|
| 2590 Asset Disposition | 67.40 | 27,662.00 |
| 2591 Business Operations | 25.80 | 9,284.50 |
| 2592 Case Administration and Objections | 21.30 | 8,468.50 |
| 2594 Fee/Employment Objections | 66.90 | 24,095.00 |
| 2595 Meetings of Creditors | 3.60 | 1,493.50 |
| 2596 Plan and Disclosure Statement | 45.70 | 15,489.50 |
| 2669 Tax Matters | 5.30 | 2,409.50 |
| 2695 Claims Administration and Objection | 9.60 | 2,994.50 |
| 2696 Fee/Employment Applications | 21.50 | 7,737.50 |
| | | |
| **Total Fees** | **267.10** | **$99,634.50** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME DETAIL** (August 1 – 31, 2013)

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **ASSET DISPOSITION** |
| 08/01/13 | E. Sable | 1.90 | Continue drafting Rule 2004 Motion seeking discovery from FDIC (1.50); meet with L. Lichtman re same (.40). |
| 08/01/13 | J. Kuras | 0.20 | Email with T. Sable re Bank of Maumee sale hearing (.20). |
| 08/01/13 | J. Sgroi | 2.00 | Review and revise Rule 2004 motion seeking discovery from FDIC (2.00). |
| 08/01/13 | J. Sgroi | 1.00 | Email from A. Mahler re exhibit for Rule 2004 motion for FDIC discovery (.10); review and revise same (.90). |
| 08/01/13 | J. Sgroi | 0.20 | Emails with J. Kuras re Bank of Maumee sale (.20). |
| 08/01/13 | L. Lichtman | 0.50 | Review motion for Rule 2004 discovery of FDIC (.50). |
| 08/01/13 | L. Lichtman | 0.30 | Meet with T. Sable re comments on motion for Rule 2004 discovery of FDIC and outstanding documentary exhibits (.30). |
| 08/01/13 | L. Lichtman | 0.30 | Review status of proposed documentary exhibits to motion for Rule 2004 discovery of FDIC (.30). |
| 08/01/13 | L. Lichtman | 0.10 | Meet with T. Sable re finalizing motion seeking Rule 2004 discovery of FDIC (.10). |
| 08/02/13 | E. Sable | 2.10 | Phone call with B. English re Rule 2004 Motion seeking discovery from FDIC (.40); revise same (1.10); phone call with A. Mahler re same (.20); meetings with L. Lichtman re same (.40). |
| 08/02/13 | J. Sgroi | 2.10 | Phone call with B. English re Rule 2004 Motion for FDIC (.40); revise said motion (1.50); phone call with A. Mahler re same (.20). |
| 08/02/13 | L. Lichtman | 0.20 | Review exhibits to motion for Rule 2004 discovery of FDIC (.20). |
| 08/02/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re service on FDIC of motion for Rule 2004 discovery of FDIC (.10). |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/02/13 | L. Lichtman | 0.20 | Meet with T. Sable re status of motion and exhibits for Rule 2004 discovery of FDIC (.20). |
| 08/02/13 | L. Lichtman | 0.20 | Email from A. Mahler re motion for Rule 2004 discovery of FDIC (.20). |
| 08/02/13 | L. Lichtman | 0.20 | Emails with L. Provenzano re exhibits for motion for Rule 2004 discovery of FDIC (.20). |
| 08/02/13 | L. Lichtman | 0.20 | Emails from B. English and T. Sable re finalizing motion for Rule 2004 discovery of FDIC (.20). |
| 08/02/13 | L. Lichtman | 0.10 | Further meet with T. Sable re written comments received from B. English on motion for Rule 2004 discovery of FDIC (.10). |
| 08/02/13 | L. Lichtman | 0.20 | Emails with T. Sable and L. Provenzano re filing and service of motion for Rule 2004 discovery of FDIC (.20). |
| 08/02/13 | L. Lichtman | 0.10 | Meet with T. Sable re motion for Rule 2004 discovery of FDIC (.10). |
| 08/02/13 | L. Lichtman | 0.50 | Revise motion for Rule 2004 discovery of FDIC (.50). |
| 08/02/13 | L. Lichtman | 0.20 | Finalize motion and exhibits for Rule 2004 discovery of FDIC for filing (.20). |
| 08/02/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re exhibits for motion for Rule 2004 discovery of FDIC (.10). |
| 08/03/13 | J. Sgroi | 0.40 | Review Rule 2004 application (.30); email with C. Reid and B. English re same (.10). |
| 08/05/13 | J. Combs | 0.10 | Review potential stock dispositions and FDIC matters (.10). |
| 08/05/13 | E. Sable | 0.30 | Meet with J. Sgroi re deadlines for Committee to conduct discovery (.30). |
| 08/05/13 | E. Sable | 1.40 | Email to C. Reid re hearing on motion to approve the sale of the Bank of Maumee (.30); email with C. Reid and B. English re same (.20); prepare for hearing on Bank of Maumee sale motion (.90). |
| 08/05/13 | J. Kuras | 0.30 | Email with T. Sable re preparation for Bank of Maumee sale hearing (.30). |

11769 – 330134

PDT 1084674 02/27/14

3

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/05/13 | J. Sgroi | 0.50 | Review order re discovery (.20); meet with T. Sable re same (.30). |
| 08/05/13 | J. Sgroi | 1.00 | Prepare for hearing on Bank of Maumee sale (1.00). |
| 08/05/13 | J. Sgroi | 0.30 | Emails re FDIC Rule 2004 motion (.30). |
| 08/06/13 | E. Sable | 3.10 | Prepare for hearing on motion for approval of sale of Bank of Maumee (1.00); attend said hearing (1.70); email to C. Reid and B. English re results of said hearing (.20); meet with J. Sgroi re same (.20). |
| 08/06/13 | E. Sable | 0.50 | Phone call with A. Sandler re press inquiries on FDIC Rule 2004 motion (.20); review media reports re same (.30). |
| 08/06/13 | E. Sable | 0.30 | Finalize proposed order approving the sale of Bank of Maumee (.30). |
| 08/06/13 | J. Sgroi | 2.70 | Prepare for hearing on Bank of Maumee sale (.80); attend hearing on same (1.70); meet with T. Sable re same (.20). |
| 08/06/13 | L. Provenzano (L.A.) | 0.30 | Revise order relating to sale of Bank of Maumee (.20); upload same to court portal for approval (.10). |
| 08/06/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of motion for Rule 2004 discovery of FDIC (.10). |
| 08/06/13 | L. Lichtman | 0.10 | Email from T. Sable re approval of motion for sale of Bank of Maumee (.10). |
| 08/07/13 | E. Sable | 2.70 | Phone call with C. Reid and B. English re negotiations with FDIC to split the bank sale proceeds (.50); phone call with B. English re same (.10); phone with A. Sandler and A. Mahler re same (.30); review multiple emails from A. Mahler re same (.30); phone call with P. Torrence re same (.10); research re bankruptcy court approval requirements and procedures for same (.50); review and revise A. Mahler's proposed email to FDIC re same (.50); phone call with A. Mahler and B. English re FDIC proposal (.30); review further edits to same (.10). |

11769 – 330134
PDT 1084674 02/27/14

4

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/07/13 | E. Sable | 0.20 | Review order approving the sale of the Bank of Maumee (.10); email to C. Reid re same (.10). |
| 08/07/13 | J. Sgroi | 0.20 | Review order approving Bank of Maumee sale (.20). |
| 08/08/13 | E. Sable | 0.80 | Review and revise proposed correspondence from A. Sandler to R. Osterman, FDIC Assistant General Counsel re bank sale proceeds (.80). |
| 08/08/13 | E. Sable | 0.50 | Email with B. English and A. Mahler re sale proceeds proposal to FDIC (.50). |
| 08/08/13 | J. Sgroi | 0.40 | Meet with T. Sable re FDIC Rule 2004 motion and service (.40). |
| 08/08/13 | L. Provenzano (L.A.) | 0.20 | Review Certificate of Service re Motion for Rule 2004 Examination of FDIC (.10); prepare same for electronic filing (.10). |
| 08/09/13 | J. Calton | 0.10 | Emails with C. Reid on tax agreements for sale of bank (.10). |
| 08/09/13 | J. Calton | 0.10 | Emails with C. Reid on tax issues in sale of bank (.10). |
| 08/09/13 | J. Calton | 0.20 | Review record for tax agreements for sale of bank (.20). |
| 08/09/13 | E. Sable | 0.40 | Review comments to and revise letter to FDIC re bank sale proceeds (.30); email with A. Mahler re same (.10). |
| 08/09/13 | J. Sgroi | 0.30 | Emails with C. Reid re tax agreement for sale of bank (.30). |
| 08/10/13 | L. Provenzano (L.A.) | 0.30 | Review supplemental Certificate of Service re Motion for Rule 2004 Examination of FDIC (.20); prepare same for electronic filing (.10). |
| 08/12/13 | E. Sable | 0.20 | Email with A. Sandler, P. Torrence and B. English re call from FDIC counsel re bank sale proceeds issue (.10); phone call with counsel to FDIC re same (.10). |
| 08/13/13 | E. Sable | 0.90 | Email with A. Mahler re proposal to FDIC with respect to waiver of cross-guaranty liability and apportionment of proceeds from the future sales of other subsidiary banks (.50); phone call with A. Mahler re same (.20); email with B. English re same (.20). |

11769 – 330134
PDT 1084674 02/27/14

5

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/13/13 | J. Sgroi | 0.90 | Emails with A. Mahler re proposal to FDIC with respect to waiver of cross-guaranty liability and apportionment of proceeds from the future sales of other subsidiary banks (.50); phone call with A. Mahler re same (.20); emails with B. English re same (.20). |
| 08/14/13 | E. Sable | 0.70 | Phone call with S. Ozeck, counsel for FDIC and J. Sgroi re sale proceeds (.20); email with J. Sgroi and B. English re discussions with FDIC and waiver of cross-guaranty liability for Capitol National Bank and Bank of Maumee transactions (.50). |
| 08/14/13 | J. Sgroi | 0.70 | Phone call with S. Ozeck, counsel for FDIC, and T. Sable re sale proceeds (.20); emails with T. Sable and B. English re same and waiver of cross-guaranty liability issues (.50). |
| 08/16/13 | E. Sable | 1.60 | Review FDIC response to Rule 2004 motion (1.00); meet with J. Sgroi re same (.30); email with J. Sgroi, B. English and A. Mahler re same (.30). |
| 08/16/13 | J. Sgroi | 1.60 | Review FDIC response to Rule 2004 motion (1.00); meet with T. Sable re same (.30); emails with T. Sable, B. English and A. Mahler re same (.30). |
| 08/16/13 | L. Lichtman | 0.90 | Review FDIC's Objection to Motion for Rule 2004 discovery (.90). |
| 08/17/13 | E. Sable | 1.50 | Further review of FDIC response to Rule 2004 motion (.90); meet with J. Sgroi re issues for reply to same (.60). |
| 08/17/13 | J. Sgroi | 1.10 | Review FDIC response to Rule 2004 motion (.50); meet with T. Sable re same (.60). |
| 08/18/13 | L. Lichtman | 0.10 | Email to T. Sable re FDIC's objection to motion for Rule 2004 discovery and response (.10). |
| 08/18/13 | L. Lichtman | 0.10 | Phone call with T. Sable re FDIC's Objection to Motion for Rule 2004 discovery (.10). |

11769 – 330134
PDT 1084674 02/27/14

6

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/19/13 | E. Sable | 1.10 | Review B. English's comments to FDIC objection to Rule 2004 Motion (.40); email to B. English re reply to same (.20); phone call with J. Sgroi, B. English and A. Mahler re Rule 2004 Motion, FDIC objection, reply, and strategy for dealing with FDIC on sharing of bank sale settlement proceeds (.50). |
| 08/19/13 | J. Sgroi | 1.10 | Review B. English's comments to FDIC objection to Rule 2004 Motion (.40); review emails from T. Sable and B. English re reply to same (.20); phone call with T. Sable, B. English and A. Mahler re Rule 2004 Motion, FDIC objection, reply, and strategy (.50). |
| 08/19/13 | L. Lichtman | 0.30 | Review issues for Reply to FDIC's Objection to Motion for Rule 2004 discovery (.30). |
| 08/20/13 | L. Provenzano (L.A.) | 0.20 | Review Notice of Hearing re Rule 2004 Examination of FDIC (.10); calendar same (.10). |
| 08/20/13 | L. Lichtman | 5.50 | Research in connection with Reply to FDIC's Objection to Motion for Rule 2004 discovery (5.50). |
| 08/21/13 | L. Lichtman | 0.10 | Emails from T. Sable and P. Torrence re status of Rule 2004 discovery of FDIC (.10). |
| 08/22/13 | E. Sable | 0.20 | Email to C. Reid re sale procedures and sale procedures order (.20). |
| 08/22/13 | E. Sable | 0.70 | Email with B. English re Capitol National Bank and FDIC waiver (.20); phone call with J. Sgroi re issues and options for same (.50). |
| 08/22/13 | J. Sgroi | 0.70 | Emails with B. English re Capitol National Bank and FDIC waiver (.20); phone call with T. Sable re issues and options for same (.50). |
| 08/22/13 | L. Lichtman | 0.30 | Phone call with Committee's professionals and C. Reid re update on status of interest in acquisition of subsidiary banks (.30). |
| 08/22/13 | L. Lichtman | 0.10 | Phone call with C. Reid re interest in Michigan Commerce Bank and possible call with counsel for interested party (.10). |
| 08/22/13 | L. Lichtman | 0.10 | Meet with T. Sable re interest in Michigan Commerce Bank (.10). |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/23/13 | E. Sable | 0.20 | Email with C. Reid re sale interest update (.20). |
| 08/25/13 | E. Sable | 0.20 | Email with A. Mahler re FDIC Rule 2004 discovery issues (.20). |
| 08/25/13 | J. Sgroi | 0.20 | Emails with A. Mahler re response to FDIC Rule 2004 motion (.20). |
| 08/25/13 | L. Lichtman | 0.10 | Emails from T. Sable and A. Mahler re status of reply to FDIC's objection to Rule 2004 discovery (.10). |
| 08/28/13 | E. Sable | 0.50 | Review proposal from A. Mahler re reply to FDIC Rule 2004 motion (.50). |
| 08/28/13 | J. Sgroi | 0.50 | Emails with A. Mahler re reply to FDIC objection to Rule 2004 motion (.20); review proposed insert to reply brief re same (.30). |
| 08/28/13 | L. Lichtman | 0.60 | Continue drafting reply to FDIC's objection to Rule 2004 discovery (.60). |
| 08/28/13 | L. Lichtman | 1.10 | Research re Federal Torts Claim Act in connection with Rule 2004 discovery of FDIC (1.10). |
| 08/29/13 | E. Sable | 0.50 | Meetings with L. Lichtman re reply to FDIC objection to Rule 2004 motion (.50). |
| 08/29/13 | E. Sable | 0.30 | Email with P. Torrence re purchaser issues (.10); phone call with J. Sgroi re same (.20). |
| 08/29/13 | J. Sgroi | 0.70 | Review waiver letters for potential purchase transaction (.30); phone call with T. Sable re same (.20); emails with T. Sable re same (.20). |
| 08/29/13 | L. Lichtman | 0.30 | Meet with T. Sable re reply brief to FDIC's objection to Rule 2004 discovery (.30). |
| 08/29/13 | L. Lichtman | 0.30 | Meet with T. Sable re issues with reply to FDIC's objection to Rule 2004 discovery (.30). |
| 08/29/13 | L. Lichtman | 0.40 | Phone call with A. Mahler re issues with reply to FDIC's objection to Rule 2004 discovery (.40). |
| 08/29/13 | L. Lichtman | 3.60 | Draft reply bief to FDIC's objection to Rule 2004 discovery (3.60). |

11769 – 330134
PDT 1084674 02/27/14

8

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/30/13 | E. Sable | 0.50 | Review and revise reply to FDIC's objection to Rule 2004 motion (.40); phone call with J. Sgroi and L. Lichtman re same (.10). |
| 08/30/13 | E. Sable | 0.20 | Email with P. Torrence re purchaser issues (.20). |
| 08/30/13 | D. Stanley | 0.50 | Attention to Rule 2004 discovery re FDIC (.50). |
| 08/30/13 | J. Sgroi | 0.60 | Emails re waiver letters for potential purchase transaction (.30); review same (.30). |
| 08/30/13 | J. Sgroi | 0.90 | Review and revise reply to FDIC objection to Rule 2004 motion (.60); phone call with T. Sable and L. Lichtman re same (.10); emails with client re same (.20). |
| 08/30/13 | L. Lichtman | 2.80 | Continue drafting reply brief to FDIC's objection to Rule 2004 discovery (2.80). |
| 08/30/13 | L. Lichtman | 0.10 | Phone call with T. Sable and J. Sgroi re reply brief to FDIC's objection to Rule 2004 discovery (.10). |
| 08/30/13 | L. Lichtman | 0.40 | Revise reply brief to FDIC's objection to Rule 2004 discovery (.40). |
| 08/30/13 | L. Lichtman | 0.20 | Review comments of T. Sable and J. Sgroi on reply brief to FDIC's objection to Rule 2004 discovery (.20). |
| 08/30/13 | L. Lichtman | 0.20 | Email to C. Reid re reply brief to FDIC's objection to Rule 2004 discovery (.20). |
| **Subtotal Hours and Fees - Asset Disposition** | | **67.40** | **27,662.00** |

**BUSINESS OPERATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/01/13 | E. Sable | 0.20 | Email to L. Baughman, counsel to FDIC, responding to questions re June monthly operating report (.20). |
| 08/02/13 | J. Kuras | 0.10 | Email with L. Provenzano re CBC annual report to State of Michigan (.10). |
| 08/02/13 | J. Sgroi | 0.20 | Review check registers (.20). |

11769 – 330134
PDT 1084674 02/27/14

9

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/05/13 | J. Kuras | 1.50 | Revise SEC Form 10-Q (1.50). |
| 08/05/13 | J. Kuras | 0.10 | Email with H. Herman re SEC Form 10-Q (.10). |
| 08/05/13 | J. Kuras | 0.10 | Email with B. Hills re SEC Form 10-Q (.10). |
| 08/07/13 | J. Sgroi | 0.50 | Review updated cash flow and check register (.50). |
| 08/09/13 | J. Sgroi | 0.60 | Review cash flows and check registers (.60). |
| 08/12/13 | J. Kuras | 1.20 | Review and revise SEC Form 10-Q (1.20). |
| 08/12/13 | J. Kuras | 0.30 | Research re SEC Form 10-Q exhibit requirements (.30). |
| 08/12/13 | J. Kuras | 0.10 | Email with H. Harmon re SEC Form 10-Q comments and exhibit requirements (.10). |
| 08/15/13 | E. Sable | 1.40 | Review motion of Cincinnati Insurance Company for relief from the automatic stay (.50); email with J. Sgroi, C. Reid and B. English re same (.20); meet with J. Sgroi and M. Hindelang re same (.50); meet with J. Sgroi re preparation of concurrence for same (.20). |
| 08/15/13 | J. Sgroi | 1.80 | Draft concurrence in Cincinnati Insurance Company motion for relief from stay (1.80). |
| 08/15/13 | J. Sgroi | 0.60 | Review cash flows and check registers (.50); email to Committee re same (.10). |
| 08/15/13 | J. Sgroi | 1.40 | Review motion of Cincinnati Insurance Company for relief from the automatic stay (.50); emails with T. Sable, C. Reid and B. English re same (.20); meet with T. Sable and M. Hindelang re same (.50); meet with T. Sable re preparation of concurrence for same (.20). |
| 08/15/13 | L. Provenzano (L.A.) | 0.40 | Review Cincinnati Insurance Co's Motion for Relief from Stay with exhibits (.30); email to J. Sgroi, L. Lichtman, M. Hindelang and T. Sable re same (.10). |
| 08/16/13 | E. Sable | 0.70 | Revise concurrence to Cincinnati Insurance Company motion for relief from automatic stay (.50); meet with J. Sgroi re same (.20); email with J. Sgroi and C. Reid re same (.20). |

11769 – 330134
PDT 1084674 02/27/14

10

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/16/13 | J. Sgroi | 2.00 | Review Cincinnati Insurance Company Motion for Relief (.50); draft concurrence re same (1.50). |
| 08/16/13 | J. Sgroi | 0.40 | Meet with T. Sable re concurrence in Cincinnati Insurance Company motion for relief (.20); emails with T. Sable and C. Reid re same (.20). |
| 08/16/13 | L. Provenzano (L.A.) | 0.70 | Revise Concurrence re Cincinnati Insurance Company motion for relief from stay (.20); prepare same for electronic filing (.20); draft Certificate of Service re same (.30). |
| 08/19/13 | J. Sgroi | 0.50 | Review check registers and cash flows (.50). |
| 08/20/13 | J. Sgroi | 0.50 | Review monthly operating reports (.50). |
| 08/22/13 | E. Sable | 0.80 | Review Massachusetts Mutual Life Insurance Co. complaint (.20); phone call with counsel for Massachusetts Mutual re same (.20); review policy issues re same (.20); phone call with J. Sgroi re same (.20). |
| 08/22/13 | J. Sgroi | 0.30 | Email from Committee re submission to insurer on D&O insurance claims (.10); emails with T. Sable re same (.20). |
| 08/22/13 | J. Sgroi | 0.40 | Review Massachusetts Mutual Life Insurance Co. complaint (.20); phone call with T. Sable re same (.20). |
| 08/23/13 | J. Sgroi | 0.30 | Review letter from Cincinnati Insurance Company's counsel re motion for relief from stay (.30). |
| 08/26/13 | J. Sgroi | 0.50 | Review check register and cash flows (.50). |
| 08/27/13 | E. Sable | 0.30 | Review Cincinnati Insurance Company Relief from Stay Motion (.10); meet with J. Sgroi re same (.20). |
| 08/27/13 | J. Sgroi | 2.80 | Review Cincinnati Insurance Company motion for relief from stay (.40); meet with T. Sable re same (.20); call with P. Torrence re same (.20); review Committee requests re same (.30); review emails from Cincinnati Insurance Company's counsel re same (.20); research re certain issues raised by Committee in connection with requested relief (1.50). |

11769 – 330134
PDT 1084674 02/27/14

11

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/28/13 | J. Sgroi | 0.80 | Review emails and requests from Committee in connection with Cincinnati Insurance Company motion for relief from stay (.50); emails with B. English re same (.30). |
| 08/29/13 | J. Sgroi | 0.30 | Review stipulation with Committee re Cincinnati Insurance Company motion for relief from stay (.20); email with Committee re same (.10). |
| 08/29/13 | S. Brundage | 4.00 | Review of insurance policy (2.50); review email from Jonah S. at CBC re wrongful acts (.70); phone call with Jonah S. at CBC re potential coverage issues (.80). |
| **Subtotal Hours and Fees - Business Operations** | | **25.80** | **9,284.50** |

**CASE ADMINISTRATION AND OBJECTIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/05/13 | J. Combs | 0.30 | Review summary of case status (.10); phone call with L. Lichtman re same and FDIC issues (.20). |
| 08/05/13 | J. Sgroi | 0.30 | Review and revise case status update (.30). |
| 08/05/13 | L. Lichtman | 0.10 | Email from J. Kuras re proposed section insert for Management's Discussion and Analysis of Financial Condition and Results of Operations (.10). |
| 08/05/13 | L. Lichtman | 0.30 | Email to J. Kuras re proposed section concerning bankruptcy proceedings for Management's Discussion and Analysis of Financial Condition and Results of Operations (.30). |
| 08/05/13 | L. Lichtman | 0.20 | Finalize email to C. Reid and B. English re case status update concerning significant matters (.20). |
| 08/05/13 | L. Lichtman | 0.20 | Phone call with J. Combs re case status and FDIC issues (.20). |
| 08/05/13 | L. Lichtman | 1.20 | Email from J. Kuras re case status update (.20); draft proposed bankruptcy proceedings insert for draft of management's discussion and analysis of financial condition and results of operations (1.00). |

11769 – 330134

PDT 1084674 02/27/14

12

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/05/13 | L. Lichtman | 0.10 | Phone call with P. Torrence re case status update to be provided to clients (.10). |
| 08/05/13 | L. Lichtman | 0.70 | Draft email to C. Reid and B. English re case status update (.70). |
| 08/05/13 | L. Lichtman | 0.20 | Emails with J. Sgroi and L. Provenzano re case status update for clients (.20). |
| 08/05/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re case status update (.10). |
| 08/09/13 | L. Provenzano (L.A.) | 0.70 | Review fee applications of all professionals at request of FDIC counsel S. Ozeck (.40); draft summary of docket information and notices re same (.30). |
| 08/12/13 | J. Sgroi | 0.20 | Emails with A. Sandler, P. Torrence and B. English re call from FDIC counsel on payment of professional fees and cases status update (.10); emails with counsel for FDIC re same (.10). |
| 08/12/13 | J. Sgroi | 0.30 | Review and comment on case status update for client (.30). |
| 08/12/13 | L. Lichtman | 0.60 | Continue drafting case status update for clients re status of significant matters (.60). |
| 08/12/13 | L. Lichtman | 0.20 | Review emails from T. Sable and B. English re inquiry from S. Ozeck, in house counsel at FDIC, concerning status of payments to case professionals (.20). |
| 08/12/13 | L. Lichtman | 0.20 | Email to C. Reid and B. English re case status update (.20). |
| 08/13/13 | E. Sable | 0.30 | Review August 2013 billing to Capitol Bancorp for 30 days of DP services (.30). |
| 08/13/13 | L. Lichtman | 0.10 | Email from A. Mahler re FDIC inquiry on payment of professional fees (.10). |
| 08/13/13 | L. Lichtman | 0.20 | Email to T. Sable re FDIC's inquiry on payment of professional fees (.20). |
| 08/19/13 | J. Sgroi | 0.20 | Review and provide comments on case status update (.20). |
| 08/19/13 | L. Lichtman | 0.20 | Email to C. Reid and B. English re case status update (.20). |

11769 – 330134
PDT 1084674 02/27/14

13

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/19/13 | L. Lichtman | 0.40 | Continue drafting case status update for clients re status of significant matters (.40). |
| 08/20/13 | E. Sable | 1.90 | Draft summary of open case matters and action items (1.20); meet with J. Sgroi and L. Lichtman re same (.20); emails with B. English, J. Sgroi, C. Reid and P. Torrence re FDIC issues (.50). |
| 08/20/13 | J. Sgroi | 1.10 | Review and revise case status summary (.40); meet with T. Sable and L. Lichtman re same (.20); emails with B. English, T. Sable, C. Reid and P. Torrence re FDIC issues (.50). |
| 08/20/13 | L. Lichtman | 0.20 | Meet with T. Sable and J. Sgroi re case status summary and matters to be addressed (.20). |
| 08/21/13 | E. Sable | 0.30 | Phone call with B. English re Sunrise Bank of Arizona seizure issues (.30). |
| 08/21/13 | J. Sgroi | 0.20 | Emails with P. Torrence and T. Sable re Sunrise Bank seizure (.20). |
| 08/23/13 | E. Sable | 0.70 | Draft email summary of legal authority for conversion of bankruptcy case, to be used in discussions with FDIC (.70). |
| 08/23/13 | E. Sable | 0.20 | Email with A. Sandler and A. Mahler re FDIC negotiations (.20). |
| 08/23/13 | J. Sgroi | 0.20 | Emails with A. Mahler re FDIC negotiations (.20). |
| 08/25/13 | J. Sgroi | 0.30 | Meet with T. Sable re proposed responses to various C. Reid questions on case strategy (.30). |
| 08/26/13 | E. Sable | 0.70 | Revise case status summary for C. Reid and B. English (.10); draft memorandum to C. Reid responding to a number of questions re case status and next steps (.40); phone call with J. Sgroi re same (.20). |
| 08/26/13 | J. Sgroi | 0.50 | Review T. Sable memorandum in response to questions from C. Reid re case strategy (.30); call with T. Sable re same (.20). |
| 08/26/13 | J. Sgroi | 0.20 | Review and revise case status update (.20). |

11769 – 330134
PDT 1084674 02/27/14

14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/26/13 | L. Lichtman | 0.10 | Email to C. Reid and B. English re case status update (.10). |
| 08/26/13 | L. Lichtman | 0.10 | Email from T. Sable with comments on case status update (.10). |
| 08/26/13 | L. Lichtman | 0.40 | Draft case status update for C. Reid and B. English (.30); email to T. Sable and J. Sgroi re same (.10). |
| 08/27/13 | E. Sable | 0.50 | Review email from FDIC re Sunrise Bank of Arizona seizure issues (.30); phone call with J. Sgroi, P. Torrence and B. English re same (.20). |
| 08/27/13 | E. Sable | 0.20 | Phone call with A. Uetz and J. Sgroi re multiple case issues (.20). |
| 08/27/13 | J. Sgroi | 0.30 | Review email re T. Sable conversation with FDIC in-house counsel (.30). |
| 08/27/13 | J. Sgroi | 0.30 | Phone call with A. Uetz and T. Sable re multiple case issues (.30). |
| 08/27/13 | J. Sgroi | 0.50 | Review letter from FDIC re Sunrise Bank of Arizona seizure (.30); phone call with P. Torrence, B. English and T. Sable re same (.20). |
| 08/28/13 | E. Sable | 0.70 | Phone call with P. Torrence and J. Sgroi re FDIC demand letter arising from Sunrise Bank of Arizona seizure (.50); phone call with J. Sgroi re same (.20). |
| 08/28/13 | J. Sgroi | 3.50 | Review letter from FDIC re Sunrise Bank of Arizona seizure (.40); phone call with P. Torrence and T. Sable re same (.50); phone call with T. Sable re same (.20); review research on FDIC receivership issues (.70); conduct additional research re same (1.70). |
| 08/29/13 | J. Sgroi | 0.90 | Review research on FDIC receivership issues (.90). |
| **Subtotal Hours and Fees - Case Administration and Objections** | | **21.30** | **8,468.50** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|

**FEE/EMPLOYMENT OBJECTIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/05/13 | J. Sgroi | 0.70 | Review Committee second fee application time entries (.50); email with L. Lichtman re objection to same (.20). |
| 08/05/13 | L. Lichtman | 1.20 | Review second fee application of Foley re potential objection (.70); review second fee application of FTI re same (.50). |
| 08/05/13 | L. Lichtman | 0.10 | Emails with J. Sgroi re possible objections to second fee applications of Committee's professionals (.10). |
| 08/05/13 | L. Lichtman | 0.20 | Meet with T. Sable re potential objections to second fee applications of Foley and FTI (.20). |
| 08/06/13 | J. Sgroi | 0.80 | Review Foley second fee application re potential objection (.40); review FTI second fee application re same (.20); meet with L. Lichtman re objection to same (.20). |
| 08/06/13 | C. Mayfield ll | 2.10 | Meet with L. Lichtman re Foley and FTI second fee applications and possible objections (.30); review Foley second fee application (1.10); review FTI second fee application (.70). |
| 08/06/13 | L. Lichtman | 0.30 | Meet with C. Mayfield re analysis of certain time entries of Foley and FTI second fee applications (.30). |
| 08/06/13 | L. Lichtman | 1.70 | Draft omnibus objection to second fee applications of Foley and FTI (1.50); meet with J. Sgroi re same (.20). |
| 08/06/13 | L. Lichtman | 3.80 | Continue review of second fee application of Foley re objection (2.30); continue review of second fee application of FTI re same (1.50). |
| 08/07/13 | J. Sgroi | 0.70 | Review outline of omnibus objection to second fee applications of Foley and FTI (.20); meet with L. Lichtman re same (.50). |

11769 – 330134

PDT 1084674 02/27/14

16

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/07/13 | C. Mayfield ll | 2.80 | Continue reviewing Foley second fee application (.70); draft summary for basis of objection to same (1.10); continue reviewing FTI second fee application (.30); draft summary for basis of objection to same (.50); meet with L. Lichtman re exhibits for fee application objections (.20). |
| 08/07/13 | L. Lichtman | 0.50 | Meet with J. Sgroi re omnibus objection to second fee applications of Foley and FTI (.50). |
| 08/07/13 | L. Lichtman | 0.20 | Email from C. Mayfield re objection to second fee applications of Committee's professionals (.20). |
| 08/07/13 | L. Lichtman | 0.20 | Meet with C. Mayfield re exhibits for objection to second fee applications of Foley and FTI (.20). |
| 08/07/13 | L. Lichtman | 4.50 | Continue drafting omnibus objection to second fee applications of Foley and FTI (4.50). |
| 08/08/13 | C. Mayfield ll | 1.30 | Review Foley second fee application re derivative standing motion and Rule 2004 motion (.40); draft summary re same (.40); review FTI second fee application re same (.30); draft summary re same (.20). |
| 08/08/13 | L. Lichtman | 1.40 | Continue drafting Omnibus Objection to Second Fee Applications of Foley and FTI (1.40). |
| 08/08/13 | L. Lichtman | 4.80 | Continue drafting Omnibus Objection to Second Fee Applications of Foley and FTI (4.80). |
| 08/09/13 | E. Sable | 2.60 | Revise omnibus objection to second fee applications of Foley and FTI (1.30); email with A. Uetz re same and extension of deadlines to respond to second fee applications (.30); meet with J. Sgroi re said email (.20); draft stipulation re same (.30) draft order re same (.20); email with J. Sgroi, A. Uetz, R. McDowell and R. Diehl re authority to stipulate to said extension on behalf of FTI (.30). |
| 08/09/13 | J. Sgroi | 1.40 | Review and provide comments to omnibus objection to second fee applications of Foley and FTI (.80); review and revise email to A. Uetz re same (.20); meet with T. Sable re same (.20); emails with T. Sable, A. Uetz, R. McDowell and R. Diehl re same (.20). |

11769 – 330134
PDT 1084674 02/27/14

17

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

HONIGMAN
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(269) 337-7700
Fax: (269) 337-7701
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/09/13 | C. Mayfield ll | 0.80 | Review and revise summary of objections re Foley second fee application (.30); review and revise summary of objections re FTI second fee application (.20); meetings with L. Lichtman re said summaries (.30). |
| 08/09/13 | L. Provenzano (L.A.) | 2.00 | Draft exhibits to Omnibus Objection to FTI and Foley Second Fee Applications (1.90); meet with L. Lichtman re same (.10). |
| 08/09/13 | L. Lichtman | 0.10 | Emails with C. Mayfield re exhibit of objectionable time for Omnibus Objection to Second Fee Applications of Foley and FTI (.10). |
| 08/09/13 | L. Lichtman | 0.10 | Emails to T. Sable and J. Sgroi re exhibits to Omnibus Objection to Second Fee Applications of Foley and FTI (.10). |
| 08/09/13 | L. Lichtman | 0.10 | Meet with T. Sable re expenses incurred by Committee's professionals for Omnibus Objection to Second Fee Applications of Foley and FTI (.10). |
| 08/09/13 | L. Lichtman | 0.30 | Review exhibit re objectionable time for Omnibus Objection to Second Fee Applications of Foley and FTI (.30). |
| 08/09/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re status of exhibit for objectionable time for Omnibus Objection to Second Fee Applications of Foley and FTI (.10). |
| 08/09/13 | L. Lichtman | 0.30 | Review expenses incurred by Committee's professionals in connection with Omnibus Objection to Second Fee Applications of Foley and FTI (.30). |
| 08/09/13 | L. Lichtman | 0.20 | Review status of exhibits for Omnibus Objection to Second Fee Applications of Foley and FTI (.20). |
| 08/09/13 | L. Lichtman | 0.10 | Email to C. Mayfield re exhibits for Omnibus Objection to Second Fee Applications of Foley and FTI (.10). |
| 08/09/13 | L. Lichtman | 0.20 | Meet with C. Mayfield re status of exhibits for Omnibus Objection to Second Fee Applications of Foley and FTI (.20). |

11769 – 330134
PDT 1084674 02/27/14

18

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/09/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re exhibits to Omnibus Objection to Second Fee Applications of Foley and FTI (.10). |
| 08/09/13 | L. Lichtman | 0.40 | Review exhibit of objectionable time for Objection to Second Fee Applications of Foley and FTI (.40). |
| 08/09/13 | L. Lichtman | 2.50 | Continue drafting Omnibus Objection to Second Fee Applications of Foley and FTI (2.50). |
| 08/09/13 | L. Lichtman | 0.30 | Review revisions of T. Sable to Omnibus Objection to Second Fee Applications of Foley and FTI (.30). |
| 08/09/13 | L. Lichtman | 0.10 | Meet with C. Mayfield re exhibit of objectionable time for Omnibus Objection to Second Fee Applications of Foley and FTI (.10). |
| 08/10/13 | J. Sgroi | 0.20 | Emails with T. Sable re request to extend objection deadline for second fee applications (.20). |
| 08/12/13 | J. Sgroi | 0.50 | Review and revise stipulation to extend objection deadline on second fee applications (.30); attend to filing of same (.20). |
| 08/12/13 | J. Sgroi | 0.20 | Emails with T. Sable re extension of objection deadline on second fee applications (.20). |
| 08/12/13 | L. Provenzano (L.A.) | 4.20 | Review FTI second fee application (1.00); review Foley second fee application (1.10); draft exhibits to Omnibus Objection to said fee applications (2.00); meet with L. Lichtman re same (.10). |
| 08/12/13 | L. Provenzano (L.A.) | 0.60 | Revise stipulation to extend time to file objection to second fee applications (.30); phone call with T. Sable re concurrence from FTI re same (.10); prepare same for electronic filing (.10); upload Order to court portal (.10). |
| 08/12/13 | L. Lichtman | 0.10 | Review stipulation to extend time to object to second fee applications (.10). |
| 08/12/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re exhibit for Objection to Second Fee Applications of Foley and FTI (.10). |
| 08/12/13 | L. Lichtman | 0.10 | Email to T. Sable and J. Sgroi re exhibit for Omnibus Objection to Second Fee Applications of Foley and FTI (.10). |

11769 – 330134
PDT 1084674 02/27/14

19

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/12/13 | L. Lichtman | 0.10 | Review exhibit for Objection to Second Fee Applications of Foley and FTI (.10). |
| 08/12/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of stipulation to extend objection deadlines for second fee applications (.10). |
| 08/12/13 | L. Lichtman | 0.20 | Review and revise Omnibus Objection to Second Fee Applications of Foley and FTI (.20). |
| 08/13/13 | L. Provenzano (L.A.) | 0.50 | Revise Omnibus Objection to Foley and FTI second Fee Applications (.20); meet with L. Lichtman re same (.10); revise exhibits to same (.20). |
| 08/13/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re Omnibus Objection to Second Fee Applications of Foley and FTI (.10). |
| 08/13/13 | L. Lichtman | 0.20 | Emails with L. Provenzano and T. Sable re Omnibus Objection to Second Fee Applications of Foley and FTI (.20). |
| 08/14/13 | L. Lichtman | 0.30 | Meet with T. Sable re settlement discussions for Omnibus Objection to Second Fee Applications of Foley and FTI (.30). |
| 08/15/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of settlement discussions for Second Fee Applications of Foley and FTI (.10). |
| 08/15/13 | L. Lichtman | 1.20 | Review file re quantification of issues for purposes of settlement discussions for Omnibus Objection to Second Fee Applications of Foley and FTI (1.20). |
| 08/16/13 | E. Sable | 0.20 | Email with J. Sgroi and A. Uetz re second fee applications (.20). |
| 08/16/13 | J. Sgroi | 0.20 | Emails with T. Sable and A. Uetz re objection deadline for second fee applications (.20). |
| 08/16/13 | L. Lichtman | 0.10 | Emails with A. Uetz re proposed stipulation and order to further extend objection deadlines for second fee applications (.10). |
| 08/16/13 | L. Lichtman | 0.10 | Meet with T. Sable re stipulation and order to further extend objection deadlines for second fee applications (.10). |

11769 – 330134
PDT 1084674 02/27/14

20

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/16/13 | L. Lichtman | 0.20 | Draft stipulation to further extend objection deadlines for second fee applications (.10); draft order re same (.10). |
| 08/18/13 | E. Sable | 1.20 | Phone call with J. Sgroi and L. Lichtman in preparation for discussion with A. Uetz re objections to Foley and FTI second fee applications (.50); review Foley second fee application re same (.40); review FTI second fee application re same (.30). |
| 08/18/13 | J. Sgroi | 1.20 | Review Foley second fee application (.40); review FTI second fee application (.30); phone call with T. Sable and L. Lichtman to analyze fee objections to same (.50). |
| 08/18/13 | L. Lichtman | 0.50 | Phone call with T. Sable and J. Sgroi re settlement discussions for Objection to Second Fee Applications of Foley and FTI (.50). |
| 08/19/13 | E. Sable | 1.70 | Phone call with J. Sgroi to prepare for phone call with A. Uetz re second fee application objections (.70); participate in phone call with A. Uetz and L. Lichtman re same (.50); meet with L. Lichtman re settlement discussions for same (.40); email to A. Uetz re same (.10). |
| 08/19/13 | J. Sgroi | 1.10 | Phone call with T. Sable to prepare for call with A. Uetz re second fee application objections (.70); review and revise objection summary re same (.30); emails with A. Uetz re same (.10). |
| 08/19/13 | J. Sgroi | 0.20 | Review stipulation and order extending deadline for objection to second fee application (.20). |
| 08/19/13 | L. Provenzano (L.A.) | 0.40 | Revise Amended Stipulation to extend objection deadline re second fee applications (.20); meet with L. Lichtman re same (.10); upload order to court portal (.10). |
| 08/19/13 | L. Lichtman | 0.60 | Further review of file in preparation for settlement discussions re Second Fee Applications of Foley and FTI (.60). |

11769 – 330134
PDT 1084674 02/27/14

21

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/19/13 | L. Lichtman | 0.10 | Emails with T. Sable re status of stipulation to further extend deadlines for objections to Second Fee Applications (.10). |
| 08/19/13 | L. Lichtman | 0.10 | Phone call to A. Uetz re stipulation and order to further extend respective deadlines for objections to Second Fee Applications (.10). |
| 08/19/13 | L. Lichtman | 0.10 | Further phone call to A. Uetz re stipulation to further extend respective deadlines for objections to Second Fee Applications (.10). |
| 08/19/13 | L. Lichtman | 0.20 | Emails with A. Uetz re filing of stipulation and order to further extend respective deadlines for objections to Second Fee Applications (.20). |
| 08/19/13 | L. Lichtman | 0.20 | Emails with L. Provenzano re stipulation to further extend respective deadlines for objections to Second Fee Applications (.20). |
| 08/19/13 | L. Lichtman | 0.40 | Meet with T. Sable re settlement discussions for Second Fee Applications of Foley and FTI (.40). |
| 08/19/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re filing of stipulation to further extend respective deadlines for objections to Second Fee Applications (.10). |
| 08/19/13 | L. Lichtman | 0.50 | Phone call with A. Uetz and T. Sable re settlement of objections to Second Fee Applications of Foley and FTI (.50). |
| 08/19/13 | L. Lichtman | 0.10 | Meet with T. Sable re results of call with A. Uetz concerning settlement of objections to Second Fee Applications of Foley and FTI (.10). |
| 08/19/13 | L. Lichtman | 0.10 | Meet with T. Sable re stipulation and order to further extend respective objection deadlines for Second Fee Applications (.10). |
| 08/19/13 | L. Lichtman | 0.20 | Revise stipulation to further extend respective objection deadlines for Second Fee Applications (.10); revise order re same (.10). |
| 08/19/13 | L. Lichtman | 0.10 | Email to A. Uetz re stipulation and order to further extend respective objection deadlines for Second Fee Applications (.10). |

11769 – 330134

PDT 1084674 02/27/14

22

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/19/13 | L. Lichtman | 0.40 | Review comments of T. Sable to Omnibus Objection to Second Fee Applications of Foley and FTI (.40). |
| 08/20/13 | L. Provenzano (L.A.) | 0.20 | Phone call with Chambers re Stipulated Order for extension of deadlines for second fee application objections (.10); resubmit order (.10). |
| 08/20/13 | L. Lichtman | 0.10 | Emails with T. Sable and L. Provenzano re status of order to extend deadlines for objections to Second Fee Applications (.10). |
| 08/22/13 | J. Sgroi | 0.20 | Email with A. Uetz re fee application negotiations (.20). |
| 08/22/13 | C. Mayfield ll | 0.30 | Meetings with L. Lichtman re Foley and FTI second fee applications and objection (.30). |
| 08/22/13 | L. Lichtman | 0.10 | Email from A. Uetz re settlement discussions for potential objections of Second Fee Applications of Foley and FTI (.10). |
| 08/22/13 | L. Lichtman | 0.20 | Meet with C. Mayfield re objections to Second Fee Applications of Foley and FTI (.20). |
| 08/22/13 | L. Lichtman | 0.60 | Review exhibits to Omnibus Objection to Second Fee Applications of Foley and FTI (.40); email to A. Uetz re same (.20). |
| 08/22/13 | L. Lichtman | 0.10 | Meet with C. Mayfield re exhibit to Omnibus Objection to Second Fee Applications (.10). |
| 08/23/13 | E. Sable | 0.20 | Phone call with L. Lichtman and R. McDowell re settlement of Foley and FTI second fee application objections (.20). |
| 08/23/13 | L. Lichtman | 0.20 | Phone call with T. Sable and R. McDowell re settlement proposal to Omnibus Objection to Second Fee Applications of Foley and FTI (.20). |
| 08/26/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of settlement proposal to objection to Second Fee Applications of Foley and FTI (.10). |

11769 – 330134
PDT 1084674 02/27/14

23

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/27/13 | J. Sgroi | 0.60 | Emails with T. Sable and L. Lichtman re settlement of objection to second fee applications (.20); meet with L. Lichtman re same (.20); emails with Committee and FTI's counsel re extension of time on fee application objections (.20). |
| 08/27/13 | L. Lichtman | 0.30 | Email to A. Uetz re settlement proposal concerning Second Interim Fee Applications of Foley and FTI (.30). |
| 08/27/13 | L. Lichtman | 0.20 | Meet with J. Sgroi re settlement proposal to objection to Second Fee Applications of Foley and FTI (.20). |
| 08/27/13 | L. Lichtman | 0.10 | Revise proposed stipulation and order to further extend deadlines for objections to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 08/27/13 | L. Lichtman | 0.10 | Email to A. Uetz re proposed stipulation and order to further extend deadlines for objections to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 08/27/13 | L. Lichtman | 0.20 | Revise settlement proposal re objection to Second Fee Applications of Foley and FTI (.10); email to A. Uetz and R. McDowell re same (.10). |
| 08/27/13 | L. Lichtman | 0.10 | Email from B. English re settlement discussions for objection to Second Fee Applications of Foley and FTI (.10). |
| 08/27/13 | L. Lichtman | 0.10 | Emails with T. Sable re further extension of deadlines for objections to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 08/27/13 | L. Lichtman | 0.20 | Draft stipulation to further extend objection deadlines to Second Fee Applications of Foley, FTI and Honigman (.10); draft order re same (.10). |
| 08/27/13 | L. Lichtman | 0.20 | Emails with T. Sable and J. Sgroi re settlement proposal on objection to Second Fee Applications of Foley and FTI (.20). |
| 08/27/13 | L. Lichtman | 0.10 | Email to T. Sable re stipulation and order to further extend objection deadlines for Second Fee Applications of Foley, FTI and Honigman (.10). |

11769 – 330134
PDT 1084674 02/27/14

24

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/27/13 | L. Lichtman | 0.10 | Emails with T. Sable re further extension of objection deadlines to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 08/28/13 | E. Sable | 0.20 | Phone call with R. McDowell re settlement of Foley and FTI second fee application objections (.20). |
| 08/28/13 | J. Sgroi | 0.20 | Emails with Committee re extension of time on second fee application objections (.20). |
| 08/28/13 | B. Lundberg (L.A.) | 1.00 | Emails with L. Lichtman re stipulation and order to extend time to objection to second fee applications (.10); review and revise said stipulation (.10); electronically file said stipulation and order for approval (.10); meetings with L. Lichtman re said entered order (.20); phone call with Patti in Judge's chambers re same (.10); draft amended stipulation to extend time to objection to second fee applications (.10); draft order re same (.20); electronically file said stipulation and order for approval (.10). |
| 08/28/13 | L. Lichtman | 0.10 | Email to A. Uetz and R. McDowell re Amended Stipulation and corrected proposed Order to extend objection deadlines to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 08/28/13 | L. Lichtman | 0.10 | Emails with B. Lundberg re filing of Stipulation and proposed Order to further extend objection deadlines to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 08/28/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of settlement discussions for Second Fee Applications of Foley and FTI (.10). |
| 08/28/13 | L. Lichtman | 0.20 | Meetings with B. Lundberg re correcting entered order further extending objection deadlines to Second Fee Applications of Foley, FTI and Honigman (.20). |
| 08/29/13 | E. Sable | 0.20 | Phone call with R. McDowell re settlement of second fee application objections (.10); meet with L. Lichtman re same (.10). |

11769 – 330134
PDT 1084674 02/27/14

25

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(269) 337-7700
Fax: (269) 337-7701
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/29/13 | L. Lichtman | 1.00 | Draft Stipulation resolving objections to Second Fee Applications of each of Foley, FTI and Honigman (.60); draft Order re same (.40). |
| 08/29/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of settlement discussions for objections to Second Fee Applications of Foley and FTI (.10). |
| 08/29/13 | L. Lichtman | 0.10 | Meet with T. Sable re proposed stipulation and order to resolve objections to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 08/30/13 | E. Sable | 0.30 | Review and revise stipulation resolving second fee application objections (.10); revise order re same (.10); email to C. Reid and B. English re same (.10). |
| 08/30/13 | J. Sgroi | 0.20 | Review and revise stipulation re second fee application objection resolution (.20). |
| 08/30/13 | L. Lichtman | 0.30 | Revise Stipulation to resolve objections to Second Fee Applications of Foley, FTI and Honigman (.20); revise Order re same (.10). |
| 08/30/13 | L. Lichtman | 0.10 | Meet with T. Sable re Stipulation and Order resolving objections to Second Fee Applications of Foley, FTI and Honigman (.10). |
| **Subtotal Hours and Fees - Fee/Employment Objections** | | **66.90** | **24,095.00** |

**MEETINGS OF CREDITORS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/01/13 | E. Sable | 0.40 | Participate in phone call with Creditors' Committee (.40). |
| 08/01/13 | J. Sgroi | 0.30 | Participate in weekly phone call with Creditors' Committee (.30). |
| 08/08/13 | E. Sable | 0.50 | Prepare for phone call with Creditors' Committee (.20); participate in same (.30). |
| 08/08/13 | J. Sgroi | 0.30 | Weekly phone call with Creditors' Committee (.30). |

11769 – 330134
PDT 1084674 02/27/14

26

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/16/13 | J. Sgroi | 0.50 | Weekly phone call with Creditors' Committee (.50). |
| 08/22/13 | E. Sable | 0.30 | Participate in weekly phone call with Creditors' Committee (.30). |
| 08/22/13 | J. Sgroi | 0.30 | Weekly phone call with Creditors' Committee (.30). |
| 08/29/13 | E. Sable | 0.50 | Participate in weekly phone call with Creditors' Committee (.50). |
| 08/29/13 | J. Sgroi | 0.50 | Weekly phone call with Creditors' Committee (.50). |
| **Subtotal Hours and Fees - Meetings of Creditors** | | **3.60** | **1,493.50** |

**PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/01/13 | L. Lichtman | 0.20 | Emails with L. Provenzano and T. Sable re proposed email to S. Swan concerning information for employees on amount of priority claims for unused sick days for balloting purposes (.20). |
| 08/05/13 | J. Sgroi | 0.30 | Emails with creditors re ballots and solicitation process (.30). |
| 08/05/13 | L. Lichtman | 0.10 | Email from L. Provenzano re request received from D. Jones of Wells Fargo and Class 2 ballot issue (.10). |
| 08/05/13 | L. Lichtman | 0.10 | Email from D. Hartie of KCC re request received from D. Jones of Wells Fargo and Class 2 balloting issue (.10). |
| 08/06/13 | L. Provenzano (L.A.) | 0.70 | Phone call with claim holder D. Demerest re ballot (.20); phone call with unknown equity holder re Notice to Non-Voting Parties (.30); phone call with TruPs holder Aldridge re status of case and Plan (.20). |
| 08/08/13 | J. Sgroi | 0.20 | Emails from KCC re inquiries from Capitol Trust Securities holders (.20). |
| 08/08/13 | L. Provenzano (L.A.) | 0.30 | Email to TruPs holder J. Kueser re inquiries on status of case and plan notices (.30). |

11769 – 330134
PDT 1084674 02/27/14

27

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/10/13 | L. Provenzano (L.A.) | 1.40 | Draft Affidavit of Publication re Notice of Confirmation hearing (.40); prepare same for electronic filing (.10); review certificate of service re solicitation materials (.10); finalize exhibits re same (.80). |
| 08/12/13 | J. Sgroi | 1.30 | Research re severance agreements and assumption of same (.50); review plan re same (.50); emails with B. English re same and related issues (.30). |
| 08/12/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re ballot proxy correspondence received from Depository Trust Company (.10). |
| 08/12/13 | L. Lichtman | 0.10 | Email from D. Hartie of KCC re ballot proxy correspondence received from Depository Trust Company (.10). |
| 08/12/13 | L. Lichtman | 0.10 | Review correspondence received from Depository Trust Company concerning ballot proxy in connection with Plan (.10). |
| 08/13/13 | E. Sable | 1.00 | Review Capitol Development Bancorp Limited VIII ballot (.20); review issues related to same (.80). |
| 08/13/13 | J. Sgroi | 3.20 | Review G3 ballot (.20); emails with L. Lichtman re same (.20); research re ability of creditor to vote claim (2.50); emails with M. Hindelang re same (.30). |
| 08/13/13 | J. Sgroi | 0.50 | Review voting tabulation report (.30); emails with P. Torrence re same (.20). |
| 08/13/13 | L. Provenzano (L.A.) | 0.30 | Phone call with claim holder R. Weaver re solicitation materials (.20); email to S. Swan re mailing of paper copy of plan and disclosure statement to R. Weaver (.10). |
| 08/13/13 | L. Provenzano (L.A.) | 0.80 | Phone call with KCC re voting tabulation calculations (.20); meet with L. Lichtman re same (.20); review Solicitation Procedures Order re same (.20); emails with L. Lichtman and KCC re balloting issues (.20). |
| 08/13/13 | L. Provenzano (L.A.) | 0.30 | Phone call with common shareholder Wilson re Plan Notice to Non-Voting Parties (.20); meet with L. Lichtman re balloting and claims issues (.10). |

11769 – 330134
PDT 1084674 02/27/14

28

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/13/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re various balloting issues (.20). |
| 08/13/13 | L. Lichtman | 0.30 | Emails with T. Sable, J. Sgroi and L. Provenzano re balloting and claims issues (.30). |
| 08/13/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re balloting and claims issues (.10). |
| 08/13/13 | L. Lichtman | 0.30 | Review Solicitation Procedures Order re determination of proper claim amount for voting purposes (.30). |
| 08/13/13 | L. Lichtman | 0.20 | Emails with L. Provenzano and KCC re balloting and issues on voting amounts (.20). |
| 08/14/13 | L. Provenzano (L.A.) | 0.30 | Email with U. Gorrepati re ballot for Senior Noteholder E. Petznick, Jr. (.10); email to S. Swan and KCC re address change for same (.10); email to S. Swan re new solicitation package for same (.10). |
| 08/14/13 | L. Lichtman | 0.20 | Meet with T. Sable re plan issues and status of discussions with FDIC (.20). |
| 08/14/13 | L. Lichtman | 1.10 | Review Capitol Development Bancorp Limited VIII ballot and proof of claim issues (1.10). |
| 08/15/13 | E. Sable | 1.00 | Review issues related to ballots submitted by Capitol Development Bancorp Limited VIII (.50); meet with L. Lichtman re balloting issues (.50). |
| 08/15/13 | J. Sgroi | 1.00 | Review issues related to ballots submitted by Capitol Development Bancorp Limited VIII (.50); research standing to submit ballot (.50). |
| 08/15/13 | L. Provenzano (L.A.) | 0.50 | Obtain proof of claim filed by Capitol Development Bancorp Limited VIII re ballot issue (.20); emails to T. Sable, J. Sgroi, M. Hindelang and L. Lichtman re same (.10); research re objection to claim for voting purposes (.20). |
| 08/15/13 | L. Provenzano (L.A.) | 0.40 | Review Class 4 Ballot from Capitol Development Bancorp Limited VIII (.20); emails to T. Sable, J. Sgroi, M. Hindelang and L. Lichtman re same (.20). |
| 08/15/13 | L. Provenzano (L.A.) | 0.80 | Emails with balloting agent KCC re class ballots and tabulation values (.60); meet with L. Lichtman re same (.20). |

11769 – 330134
PDT 1084674 02/27/14

29

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/15/13 | L. Lichtman | 0.40 | Review form of claim objection and motion to estimate for voting purposes (.40). |
| 08/15/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re balloting issues and intercompany claims (.20). |
| 08/15/13 | L. Lichtman | 0.50 | Meet with T. Sable re balloting issues (.50). |
| 08/15/13 | L. Lichtman | 0.30 | Emails from T. Sable, J. Sgroi and L. Provenzano re balloting issues and potential objections to claims and motion to estimate claims for voting purposes (.30). |
| 08/15/13 | L. Lichtman | 0.20 | Emails with T. Sable re status of objection and motion to estimate for voting purposes (.20). |
| 08/16/13 | E. Sable | 0.50 | Review voting tabulation report (.30); emails with J. Sgroi, C. Reid and B. English re same (.20). |
| 08/16/13 | J. Sgroi | 0.50 | Review voting tabulation report (.30); emails with T. Sable, C. Reid and B. English re same (.20). |
| 08/16/13 | L. Provenzano (L.A.) | 0.20 | Review weekly ballot tabulation report (.10); meet with L. Lichtman re same (.10). |
| 08/16/13 | L. Lichtman | 0.10 | Review ballot tabulation report from D. Hartie of KCC (.10). |
| 08/16/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re status of ballot tabulation report from KCC (.10). |
| 08/19/13 | C. Mayfield ll | 0.20 | Meet with L. Lichtman re ballots and derivative standing creditors in state court case (.20). |
| 08/19/13 | L. Lichtman | 0.80 | Research re claims estimation and temporary allowance of claims for voting purposes (.80). |
| 08/19/13 | L. Lichtman | 0.30 | Meet with C. Mayfield re research for objection to ballot cast on behalf of Capitol Development Bancorp Limited VIII (.30). |
| 08/20/13 | C. Mayfield ll | 0.40 | Research on ability of potential creditors with derivative standing to cast ballots on plan (.40). |
| 08/20/13 | L. Provenzano (L.A.) | 0.60 | Phone call with S. Swan re supplemental service of solicitation materials (.30); draft supplemental certificate of service re same (.30). |

11769 – 330134
PDT 1084674 02/27/14

30

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/20/13 | L. Provenzano (L.A.) | 0.20 | Obtain list of individual ballots for Class 3 for T. Sable (.20). |
| 08/20/13 | L. Lichtman | 0.70 | Research objections to claims issue in connection with motion to estimate same for voting purposes (.70). |
| 08/21/13 | C. Mayfield ll | 0.70 | Continue research on ability of potential creditors with derivative standing to cast ballots on plan (.70). |
| 08/21/13 | L. Provenzano (L.A.) | 0.30 | Phone call with equity holder re Notice to Non-Voting Parties and case status (.30). |
| 08/22/13 | L. Lichtman | 0.10 | Meet with C. Mayfield re status of research for ballot cast by G3 claimants on behalf of Capitol Development Bancorp Limited VIII (.10). |
| 08/22/13 | L. Lichtman | 0.90 | Research re claims objections and claims estimation motions for G3 litigation claimants for voting purposes (.90). |
| 08/23/13 | J. Sgroi | 0.20 | Review tabulation report (.20). |
| 08/23/13 | C. Mayfield ll | 0.70 | Research bankruptcy law on creditor ability to vote derivative claim (.70). |
| 08/23/13 | L. Lichtman | 0.10 | Email from K. Wagner of KCC re Voting Report on tabulation of Plan ballots (.10). |
| 08/26/13 | J. Sgroi | 4.40 | Review of status of votes and class approvals (.30); review of cramdown requirements (.30); draft outline of potential plan objections raised by note holders, Committee, unsecured creditors, taxing authorities and FDIC (2.50); draft outline of research needs in connection with same (.50); draft outline of potential initial positions and arguments on objections (.80). |
| 08/27/13 | C. Mayfield ll | 1.80 | Continue research on ability of potential creditors with derivative standing to cast ballots on claims (1.50); meet with L. Lichtman re same (.30). |
| 08/27/13 | L. Lichtman | 0.30 | Meet with C. Mayfield re research for basis to object to ballot cast on behalf of Capitol Development Bancorp Limited VIII (.30). |

11769 – 330134
PDT 1084674 02/27/14

31

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/28/13 | C. Mayfield ll | 3.10 | Continue research on ability of potential creditors with derivative standing to cast ballots on claims (2.80); meet with L. Lichtman re same (.30). |
| 08/28/13 | L. Lichtman | 0.30 | Meet with C. Mayfield re status of research for ballot cast on behalf of Capitol Development Bancorp Limited VIII based on derivative standing of G3 litigation claimants (.30). |
| 08/29/13 | E. Sable | 0.50 | Meet with J. Sgroi re plan confirmation issues (.50). |
| 08/29/13 | J. Sgroi | 4.00 | Meet with T. Sable re plan confirmation issues (.50); research re same and cramdown requirements (1.00); draft outline of potential objections and responses re same (2.50). |
| 08/29/13 | C. Mayfield ll | 1.50 | Continue research on ability of potential creditors with derivative standing to cast ballots on claims (1.50). |
| 08/29/13 | L. Lichtman | 0.40 | Review Preserved Causes of Action in connection with possible Plan Supplement (.40). |
| 08/30/13 | E. Sable | 0.20 | Phone call with U. Gorrepati, counsel to certain noteholders re plan and voting issues (.20). |
| 08/30/13 | E. Sable | 0.20 | Review Bankruptcy Code standard for cramdown (.20). |
| 08/30/13 | E. Sable | 0.40 | Review ballot report (.20); emails with J. Sgroi, C. Reid and B. English re same (.20). |
| 08/30/13 | E. Sable | 0.20 | Review request from Committee for discovery in connection with the plan confirmation hearing (.10); phone call with C. Reid and B. English re same (.10). |
| 08/30/13 | J. Sgroi | 1.00 | Review Committee discovery request in connection with plan and confirmation hearing (.20); draft outline response to same (.30); draft responsive information to same (.50). |
| 08/30/13 | J. Sgroi | 0.60 | Review ballot report (.20); emails with T. Sable, C. Reid and B. English re same (.20); emails with T. Sable re cramdown (.20). |
| 08/30/13 | L. Lichtman | 0.10 | Email from A. Uetz re discovery sought by Committee in connection with Plan (.10). |

11769 – 330134
PDT 1084674 02/27/14

32

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/30/13 | L. Lichtman | 0.10 | Email from K. Wagner of KCC re voting report for Plan balloting (.10). |
| **Subtotal Hours and Fees - Plan and Disclosure Statement** | | **45.70** | **15,489.50** |

**TAX MATTERS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/01/13 | A. Valade | 1.30 | Emails with Assistant Attorney General re implementation of settlement (.40); review revised tax assessments received from Assistant Attorney General (.80); email to K. Schafer re same (.10). |
| 08/01/13 | L. Lichtman | 0.20 | Email from A. Valade re status of approved settlement with Michigan Department of Treasury (.20). |
| 08/02/13 | A. Valade | 0.50 | Review correspondence received from Michigan Department of Treasury re settlement (.50). |
| 08/06/13 | A. Valade | 0.50 | Review final Dismissal Order received from Tax Tribunal (.20); review correspondence from Michigan Dept. of Treasury re same (.20); email to K. Schafer re same (.10). |
| 08/08/13 | J. Combs | 0.20 | Phone call with L. Lichtman re CBC taxes in bankruptcy and FDIC discussions (.20). |
| 08/08/13 | J. Combs | 0.10 | Email from L. Lichtman re taxes of nonbankrupt subsidiaries and analysis of IRS claims (.10). |
| 08/08/13 | J. Combs | 0.10 | Phone call with L. Lichtman re FDIC discussions of capitol and tax issues (.10). |
| 08/08/13 | J. Sgroi | 0.40 | Phone calls with L. Lichtman re IRS claim issues (.40). |
| 08/08/13 | J. Sgroi | 0.30 | Discussion re tax appeals for CBC (.30). |
| 08/08/13 | L. Lichtman | 0.10 | Email from J. Combs re FDIC and status of obligations to the IRS on claim (.10). |
| 08/08/13 | L. Lichtman | 0.10 | Email to J. Combs re FDIC and IRS claims issues (.10). |

11769 – 330134
PDT 1084674 02/27/14

33

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/08/13 | L. Lichtman | 0.30 | Review stipulation with the IRS on Confirmation Order and present discussions with FDIC on obligations to the IRS claims (.30). |
| 08/08/13 | L. Lichtman | 0.30 | Phone calls with J. Combs re FDIC and status of obligations to the IRS claims (.30). |
| 08/08/13 | L. Lichtman | 0.20 | Phone call with J. Sgroi re FDIC and IRS claims issues (.20). |
| 08/08/13 | L. Lichtman | 0.20 | Further phone call with J. Sgroi re IRS claims issues and discussions with FDIC (.20). |
| 08/09/13 | L. Lichtman | 0.10 | Email from J. Combs re status of analysis of IRS claims and ramifications for non-debtor subsidiary banks (.10). |
| 08/13/13 | J. Sgroi | 0.20 | Emails with J. Combs re tax stipulation (.20). |
| 08/13/13 | L. Lichtman | 0.20 | Email from J. Combs re status of IRS claims issues (.20). |
| **Subtotal Hours and Fees - Tax Matters** | | **5.30** | **2,409.50** |

**CLAIMS ADMINISTRATION AND OBJECTION**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/01/13 | E. Sable | 1.00 | Continue drafting memorandum re D&O insurance and related issues (1.00). |
| 08/01/13 | J. Sgroi | 0.80 | Review and revise D&O insurance memo (.80). |
| 08/01/13 | J. Sgroi | 0.20 | Emails with C. Reid and B. English re D&O insurance memo (.10); emails with C. Reid and B. English re FDIC response (.10). |
| 08/07/13 | B. Lundberg (L.A.) | 0.30 | Emails with M. Walker re status of expense detail for insider payments (.10); phone call with M. Walker re same (.20). |
| 08/08/13 | J. Sgroi | 0.70 | Review file on payments to insiders (.50); emails with M. Walker re same (.20). |
| 08/08/13 | B. Lundberg (L.A.) | 2.80 | Emails with M. Walker re expense detail summary report for payments to insiders (.30); review and revise same (2.50). |

11769 – 330134
PDT 1084674 02/27/14

34

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/09/13 | B. Lundberg (L.A.) | 1.30 | Emails with M. Walker re status of expense detail summary report for payments to insiders (.10); continue to review and revise same (1.10); email to J. Sgroi re same (.10). |
| 08/12/13 | J. Sgroi | 1.20 | Review revised insider payment information (.50); prepare same for production (.50); emails with Committee re same (.20). |
| 08/12/13 | L. Lichtman | 0.10 | Email from J. Sgroi re status of document production to Committee in connection with denial of Committee's Derivative Standing Motion (.10). |
| 08/12/13 | L. Lichtman | 0.20 | Meet with T. Sable re status of production of documents to Committee in connection with denial of Committee's Derivative Standing Motion (.20). |
| 08/15/13 | J. Sgroi | 0.20 | Emails with C. Reid re claim priority of director fees (.20). |
| 08/15/13 | J. Sgroi | 0.80 | Review insider payment report detail (.50); prepare email to Committee re same (.30). |
| **Subtotal Hours and Fees - Claims Administration and Objection** | | **9.60** | **2,994.50** |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/05/13 | E. Sable | 1.40 | Email to C. Reid and B. English outlining issues and arguments for hearing on River Branch’s motion for employment and allowance of payment (.20); follow-up email with C. Reid and B. English re same (.20); prepare for hearing on said motion (1.00). |
| 08/05/13 | J. Sgroi | 1.20 | Prepare for hearing on River Branch retention application (1.20). |
| 08/06/13 | E. Sable | 2.60 | Prepare for hearing on River Branch’s motion for employment and allowance of payment (.50); attend hearing re same (1.70); email to C. Reid and B. English re results of said hearing (.20); meet with J. Sgroi re same (.20). |

11769 – 330134
PDT 1084674 02/27/14

35

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/06/13 | J. Sgroi | 2.70 | Prepare for hearing on River Branch retention application (.80); attend hearing on same (1.70); meet with T. Sable re same (.20). |
| 08/06/13 | B. Lundberg (L.A.) | 0.30 | Emails with K. Wagner at KCC re supplemental certificate of service for fourth quarterly statement of ordinary course professionals (.10); review same for accuracy and finalize for filing (.10); electronically file same (.10). |
| 08/07/13 | E. Sable | 0.20 | Review order denying River Branch's motion for employment and payment (.10); email to C. Reid and B. English re same (.10). |
| 08/07/13 | J. Sgroi | 0.20 | Review order denying River Branch retention application (.20). |
| 08/12/13 | E. Sable | 0.60 | Phone call with T. Sable re issues with possible retention of River Branch (.30); emails with J. Sgroi and C. Reid re same (.30). |
| 08/12/13 | J. Sgroi | 1.10 | Review issues re retention of River Branch (.30); emails with T. Sable and C. Reid re same (.30); phone call with T. Sable re same (.30); emails with T. Sable re same (.20). |
| 08/13/13 | B. Lundberg (L.A.) | 1.10 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (1.10). |
| 08/16/13 | E. Sable | 0.20 | Phone call with C. Reid re River Branch retention issues (.20). |
| 08/16/13 | J. Sgroi | 0.20 | Call with C. Reid re River Branch retention issues (.20). |
| 08/20/13 | E. Sable | 0.50 | Review proposed revisions to River Branch engagement letter (.40); meet with L. Lichtman re same (.10). |
| 08/20/13 | L. Lichtman | 0.10 | Meet with T. Sable re proposed engagement letter for River Branch Capital (.10). |
| 08/20/13 | L. Lichtman | 1.40 | Review and revise engagement letter for River Branch Capital (1.40). |
| 08/21/13 | J. Sgroi | 0.30 | Review and provide comments on River Branch engagement letter (.30). |

11769 – 330134
PDT 1084674 02/27/14

36

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/21/13 | L. Lichtman | 2.30 | Continue drafting engagement letter for River Branch Capital (2.30). |
| 08/21/13 | L. Lichtman | 0.70 | Review T. Sable comments on engagement letter for River Branch Capital (.20); revise same (.50). |
| 08/22/13 | L. Lichtman | 0.10 | Meet with T. Sable re possible need for Supplemental Disclosure given recent and pending case developments (.10). |
| 08/23/13 | B. Lundberg (L.A.) | 0.60 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (.60). |
| 08/26/13 | B. Lundberg (L.A.) | 0.80 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (.80). |
| 08/27/13 | B. Lundberg (L.A.) | 2.30 | Review August monthly fee statement for accuracy and compliance with local court rules (2.30). |
| 08/28/13 | B. Lundberg (L.A.) | 0.60 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (.60). |
| **Subtotal Hours and Fees - Fee/Employment Applications** | | **21.50** | **7,737.50** |
| **Total Hours and Fees** | | **267.10** | **$99,634.50** |

11769 – 330134
PDT 1084674 02/27/14

37

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME SUMMARY BY ACTION CODE** (September 1 – 30, 2013)

| Action Code | Hours | Amount |
|---|---:|---:|
| 2589 Asset Analysis and Recovery | 4.20 | 1,232.50 |
| 2590 Asset Disposition | 100.10 | 39,909.00 |
| 2591 Business Operations | 16.50 | 5,997.00 |
| 2592 Case Administration and Objections | 41.50 | 16,067.50 |
| 2594 Fee/Employment Objections | 3.80 | 1,436.00 |
| 2595 Meetings of Creditors | 1.90 | 769.50 |
| 2596 Plan and Disclosure Statement | 103.40 | 37,041.00 |
| 2669 Tax Matters | 10.50 | 4,445.50 |
| 2695 Claims Administration and Objection | 17.40 | 6,408.00 |
| 2696 Fee/Employment Applications | 25.60 | 7,195.00 |
| 456 Litigation | 13.10 | 4,279.00 |
| | | |
| **Total Fees** | **338.00** | **$124,780.00** |

11769 – 330134
PDT 1084675 02/27/14

42

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME DETAIL** (September 1 – 30, 2013)

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **ASSET ANALYSIS AND RECOVERY** |
| 09/03/13 | L. Lichtman | 0.70 | Review file re motion to reject certain remaining executory contracts (.70). |
| 09/09/13 | L. Lichtman | 0.20 | Review issues re identification of executory contracts to be rejected (.20). |
| 09/13/13 | L. Provenzano (L.A.) | 1.50 | Draft schedule of executory contracts for assumption and rejection (1.10); meet with L. Lichtman re same (.10); email with M. Walker re contract information for same (.30). |
| 09/13/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re status of rejection of certain executory contracts (.10). |
| 09/16/13 | J. Sgroi | 0.50 | Review list of executory contracts and unexpired leases re rejection issue (.30); email with B. English re same (.10); meet with L. Lichtman re same (.10). |
| 09/16/13 | L. Provenzano (L.A.) | 0.60 | Review list of executory contracts re assumption issue (.40); emails with L. Lichtman re same (.20). |
| 09/16/13 | L. Lichtman | 0.10 | Meet with J. Sgroi re status of executory contracts and unexpired leases for rejection (.10). |
| 09/16/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re current schedule of executory contracts and unexpired leases for assumption (.10). |
| 09/16/13 | L. Lichtman | 0.20 | Email to C. Reid and B. English re executory contracts and unexpired leases for rejection (.20). |
| 09/29/13 | L. Provenzano (L.A.) | 0.20 | Review FCC Schedules re executory contracts (.10); email to M. Walker re tax agreement (.10). |
| **Subtotal Hours and Fees - Asset Analysis and Recovery** | | **4.20** | **1,232.50** |

11769 – 330134
PDT 1084675 02/27/14

2

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **ASSET DISPOSITION** |
| 09/01/13 | J. Sgroi | 0.20 | Review emails re reply to FDIC objection to Rule 2004 motion (.20). |
| 09/02/13 | J. Sgroi | 0.90 | Review reply to FDIC objection to Rule 2004 motion (.90). |
| 09/02/13 | L. Lichtman | 0.10 | Emails from A. Mahler re Reply Brief to FDIC's Objection to Motion for Rule 2004 discovery (.10). |
| 09/03/13 | E. Sable | 0.50 | Review B. English's comments to Rule 2004 reply (.10); phone call with B. English and A. Mahler re same (.10); meeting with J. Sgroi re same (.30). |
| 09/03/13 | J. Sgroi | 1.80 | Review B. English comments to reply to FDIC objection to Rule 2004 motion (.40); emails with B. English, C. Reid and A. Mahler re reply to FDIC objection to Rule 2004 motion and related issues (.40); review comments from A. Mahler re said reply (.30); emails with A. Mahler re same (.40); meet with T. Sable re same (.30). |
| 09/03/13 | L. Lichtman | 0.10 | Emails with B. English re hearing on FDIC's Objection to Rule 2004 Motion (.10). |
| 09/03/13 | L. Lichtman | 0.10 | Email to T. Sable and J. Sgroi re comments of B. English on Reply to FDIC's Objection to Rule 2004 Motion (.10). |
| 09/03/13 | L. Lichtman | 0.30 | Email from B. English re Reply to FDIC's Objection to Rule 2004 Motion (.30). |
| 09/03/13 | L. Lichtman | 0.30 | Email from A. Mahler re Reply to FDIC's Objection to Rule 2004 Motion (.30). |
| 09/04/13 | E. Sable | 2.00 | Continue drafting reply to FDIC objection to Rule 2004 Motion (.30); meet with L. Lichtman re same (.20); meet with J. Sgroi re same (.50); review supplement to objection filed by FDIC re same (.60); meet with J. Sgroi and A. Floraday re same (.30); email to C. Reid and B. English re same (.10). |

11769 – 330134
PDT 1084675 02/27/14

3

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/04/13 | J. Sgroi | 3.70 | Review and comment on reply to FDIC response to Rule 2004 motion (2.00); review additional comments from A. Mahler re same (.30); meetings with T. Sable re same (.50); review FDIC supplemental objection to Rule 2004 motion (.60); meet with T. Sable and A. Floraday re same (.30). |
| 09/04/13 | A. Floraday | 2.60 | Meet with T. Sable and J. Sgroi re FDIC objection to Rule 2004 motion (.30); review relevant pleadings re same (1.80); research sovereign immunity re same (.50). |
| 09/04/13 | L. Lichtman | 0.20 | Meet with T. Sable re Reply to FDIC's Objection to Rule 2004 Motion (.20). |
| 09/04/13 | L. Lichtman | 0.10 | Emails with T. Sable re Reply to FDIC's Objection to Rule 2004 Motion (.10). |
| 09/04/13 | L. Lichtman | 0.20 | Email from A. Mahler re Reply to FDIC Objection to Rule 2004 Motion (.20). |
| 09/04/13 | L. Lichtman | 0.20 | Review Reply to FDIC Objection to Rule 2004 Motion (.20). |
| 09/04/13 | L. Lichtman | 0.20 | Review Supplement to FDIC Objection to Rule 2004 Motion (.20). |
| 09/04/13 | L. Lichtman | 0.10 | Review status of Reply to FDIC Objection to Rule 2004 Motion (.10). |
| 09/05/13 | J. Kuras | 0.40 | Phone call with J. Sgroi re response to FDIC supplemental objection to Rule 2004 motion (.40). |
| 09/05/13 | J. Sgroi | 0.80 | Review sovereign immunity memo re FDIC objection to Rule 2004 motion (.40); phone call with J. Kuras re response to same (.40). |
| 09/05/13 | A. Floraday | 8.90 | Continue research re sovereign immunity for FDIC objection to Rule 2004 motion (4.00); draft memorandum to J. Sgroi and T. Sable re same (4.90). |

11769 – 330134

PDT 1084675 02/27/14

4

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/06/13 | E. Sable | 3.50 | Review research re sovereign immunity for FDIC objection to Rule 2004 motion (.80); draft supplemental reply to FDIC objection to Rule 2004 motion (1.90); meetings with J. Sgroi re same (.50); meet with L. Lichtman re same (.10); email with B. English re same (.10); email with C. Reid re same (.10). |
| 09/06/13 | J. Sgroi | 2.50 | Review and revise reply to FDIC response to Rule 2004 motion (1.20); review and revise reply to FDIC supplemental response to Rule 2004 motion (.80); meetings with T. Sable re same (.50). |
| 09/06/13 | J. Sgroi | 0.30 | Review A. Floraday revisions to response to FDIC objection to Rule 2004 motion (.20); emails with A. Floraday re same (.10). |
| 09/06/13 | L. Lichtman | 0.30 | Review Reply to Supplement to FDIC Objection to Rule 2004 Motion (.30). |
| 09/06/13 | L. Lichtman | 0.10 | Email to T. Sable re Reply to Supplement to FDIC Objection to Rule 2004 Motion (.10). |
| 09/06/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of Reply to Supplement to FDIC Objection to Rule 2004 Motion (.10). |
| 09/09/13 | E. Sable | 2.50 | Prepare for hearing on FDIC Rule 2004 motion (2.50). |
| 09/09/13 | J. Sgroi | 1.00 | Review and comment on argument outline for FDIC Rule 2004 motion hearing (1.00). |
| 09/09/13 | C. Mayfield ll | 0.50 | Research case law with respect to Rule 2004 examination (.50). |
| 09/09/13 | L. Lichtman | 0.20 | Review oral argument for hearing on FDIC Rule 2004 Motion (.20). |
| 09/10/13 | E. Sable | 4.70 | Prepare for hearing on motion for Rule 2004 exam of FDIC (1.40); attend hearing re same (3.20); meet with L. Lichtman re results of same (.10). |
| 09/10/13 | S. Kitei | 0.20 | Email with J. Sgroi re Rule 2004 examination of FDIC (.20). |
| 09/10/13 | J. Sgroi | 5.70 | Prepare for hearing on motion for Rule 2004 exam of FDIC (2.50); attend said hearing (3.20). |

11769 – 330134
PDT 1084675 02/27/14

5

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/10/13 | L. Lichtman | 0.10 | Meet with T. Sable re results of hearing on FDIC Objection to Rule 2004 Motion (.10). |
| 09/11/13 | J. Sgroi | 0.30 | Emails with A. Mahler and B. English re hearing on FDIC Rule 2004 motion (.30). |
| 09/12/13 | J. Sgroi | 0.30 | Review memo on change of control filings for bank holding companies (.30). |
| 09/12/13 | L. Lichtman | 0.30 | Review memorandum from P. Torrence re legal requirements for bank change in control (.30). |
| 09/17/13 | J. Combs | 0.20 | Email to P. Torrence re potential investor in subsidiary banks (.10); emails to C. Reid re same (.10). |
| 09/17/13 | J. Sgroi | 1.00 | Phone call with C. Reid re potential holding company stock transaction (.30); review of plan and related documents in connection with same (.70). |
| 09/17/13 | J. Sgroi | 0.30 | Emails with J. Combs re potential holding company stock transaction (.30). |
| 09/23/13 | E. Sable | 1.50 | Meet with J. Sgroi re potential stock transaction for remaining banks (.30); phone call with P. Torrence and J. Sgroi re same (.40); review Plan and Disclosure Statement to evaluate conformity of potential transaction with same (.80). |
| 09/23/13 | J. Sgroi | 1.50 | Phone call with P. Torrence and C. Reid re potential stock transaction for remaining banks (.30); meet with T. Sable re same (.30); review plan re same (.50); phone call with P. Torrence and T. Sable re same (.40). |
| 09/24/13 | E. Sable | 1.50 | Prepare for meeting with potential purchaser in stock transaction for remaining banks (.40); phone calls with J. Sgroi re same (.30); phone call with P. Torrence and J. Kuras re same (.40); phone call with C. Reid re same (.40). |
| 09/24/13 | J. Kuras | 0.40 | Phone call with P. Torrence and T. Sable re potential stock purchase transaction (.40). |
| 09/24/13 | J. Sgroi | 0.60 | Emails with J. Kuras and J. Combs re potential stock purchase transaction (.30); phone calls with T. Sable re same (.30). |

11769 – 330134
PDT 1084675 02/27/14

6

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/24/13 | L. Lichtman | 1.20 | Review Plan and approved Sale Procedures re possible stock purchase transaction (1.20). |
| 09/25/13 | E. Sable | 3.00 | Prepare for meeting with potential stalking horse purchaser (.50); participate in meeting with J. Sgroi, C. Reid, P. Torrence, L. Lichtman and purchaser re same (2.00); meet with C. Reid, P. Torrence, J. Sgroi and L. Lichtman re same (.20); phone call with M. Hebbeln re same (.20); email with P. Haley re same (.10). |
| 09/25/13 | P. Torrence | 3.00 | Prepare for meeting re potential sale of remaining four banks (.80); meet with C. Reid, T. Sable, J. Sgroi, L. Lichtman and buyer re same (2.00); meet with C. Reid, T. Sable, J. Sgroi and L. Lichtman re same (.20). |
| 09/25/13 | J. Kuras | 0.30 | Email with P. Torrence re potential stock purchase agreement with prospective purchaser (.30). |
| 09/25/13 | J. Sgroi | 2.40 | Prepare for meeting with C. Reid re potential stock purchaser (.20); meeting with C. Reid, P. Torrence, T. Sable, L. Lichtman and potential buyer re same (2.00); meet with C. Reid, T. Sable, P. Torrence and L. Lichtman re same (.20). |
| 09/25/13 | L. Lichtman | 2.20 | Meeting with C. Reid, P. Torrence, T. Sable, J. Sgroi and potential stalking horse purchaser re potential transaction structure and issues (2.00); meet with C. Reid, P. Torrence, T. Sable and J. Sgroi re same (.20). |
| 09/26/13 | J. Combs | 0.10 | Email from L. Lichtman re Talmer acquisition of First Place and tax related items (.10). |
| 09/26/13 | J. Combs | 0.20 | Review stock purchase agreement re tax related provisions for Talmer transaction (.20). |
| 09/26/13 | J. Combs | 0.20 | Phone call with J. Kuras, P. Torrence and C. Reid re potential Talmer transaction and tax liabilities (.20). |
| 09/26/13 | J. Combs | 0.20 | Phone call with J. Kuras re potential Talmer transaction (.20). |
| 09/26/13 | J. Combs | 0.60 | Review of cases on 1.1502-6 liabilities of subsidiaries of a consolidated group (.40); phone call with L. Lichtman re same (.20). |

11769 – 330134
PDT 1084675 02/27/14

7

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/26/13 | J. Combs | 0.30 | Phone call with P. Torrence and L. Lichtman re potential Talmer transaction and tax liabilities (.30). |
| 09/26/13 | E. Sable | 0.90 | Review Michigan Commerce Bank acquisition LOI (.60); meet with J. Sgroi re sale of subsidiary banks (.30). |
| 09/26/13 | E. Sable | 0.30 | Email with C. Reid re 363 sale issues (.30). |
| 09/26/13 | E. Sable | 0.20 | Email with M. Hebbeln re Committee meeting with potential stalking horse acquirer (.20). |
| 09/26/13 | P. Torrence | 1.00 | Review tax issues relating to the sale of subsidiary banks (.50); phone call with J. Combs, J. Kuras and C. Reid re same (.20); phone call with J. Combs and L. Lichtman re same (.30). |
| 09/26/13 | J. Kuras | 0.20 | Phone call with J. Combs re sale of subsidiary banks (.20). |
| 09/26/13 | J. Kuras | 0.30 | Phone call with P. Torrence, J. Combs and C. Reid re tax effect on structure for sale of subsidiary banks (.20); email with P. Torrence re same (.10). |
| 09/26/13 | J. Sgroi | 0.90 | Email from C. Reid re sale of subsidiary banks issues (.20); meet with T. Sable re same (.30); draft email response to C. Reid re same (.40). |
| 09/26/13 | J. Sgroi | 0.20 | Review voicemail from A. Uetz re potential sale (.10); email with T. Sable re same (.10). |
| 09/26/13 | J. Sgroi | 0.50 | Review letter of intent re Michigan Commerce Bank acquisition (.50). |
| 09/26/13 | J. Sgroi | 0.20 | Emails with A. Uetz re meeting with potential buyer and Committee (.20). |
| 09/26/13 | S. Swan (L.A.) | 0.10 | Phone call with H. Harmon re High Desert Bank rights offering and private sale of shares by shareholder (.10). |
| 09/26/13 | L. Lichtman | 0.10 | Email to J. Combs re IRS liability and ramifications for contemplated sale of subsidiary banks (.10). |
| 09/26/13 | L. Lichtman | 0.20 | Emails with C. Reid and T. Sable re FDIC cross-guaranty liability issue and sale of subsidiary banks (.20). |

11769 – 330134
PDT 1084675 02/27/14

8

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/26/13 | L. Lichtman | 0.40 | Phone call with P. Torrence and J. Combs re tax liability for Talmer transaction (.30); review issues re same (.10). |
| 09/26/13 | L. Lichtman | 0.10 | Emails from T. Sable re meeting with potential purchaser and Committee (.10). |
| 09/26/13 | L. Lichtman | 2.20 | Research re stock purchase agreement and tax matters treatment (2.20). |
| 09/26/13 | L. Lichtman | 0.70 | Email memorandum to P. Torrence re treatment of tax matters in stock purchase agreement (.70). |
| 09/26/13 | L. Lichtman | 0.30 | Email to P. Torrence re IRS liability and sale of subsidiary banks (.30). |
| 09/27/13 | E. Sable | 1.00 | Prepare for meeting with Creditors Committee and Talmer re sale of subsidiary banks (1.00). |
| 09/27/13 | E. Sable | 0.10 | Phone call with P. Haley re stalking horse purchaser (.10). |
| 09/27/13 | E. Sable | 0.50 | Review non-binding letter of intent to purchase Michigan Commerce Bank (.50). |
| 09/27/13 | P. Torrence | 1.00 | Phone call with J. Kuras and Talmer's attorney's re sale structure and timing (.80); phone call with J. Kuras re same (.20). |
| 09/27/13 | J. Kuras | 0.80 | Phone call with P. Torrence and Talmer's attorney's re 363 purchase (.80). |
| 09/27/13 | J. Kuras | 0.10 | Email with M. White re form transaction services agreement for Talmer sale (.10). |
| 09/27/13 | J. Kuras | 0.20 | Email with T. Sable and J. Sgroi re Talmer purchase and meeting (.20). |
| 09/27/13 | J. Kuras | 0.20 | Phone call with P. Torrence re Talmer purchase (.20). |
| 09/27/13 | J. Sgroi | 0.20 | Emails with J. Kuras and J. Sgroi re meeting with Committee and potential buyer (.20). |
| 09/28/13 | E. Sable | 0.20 | Review buyer due diligence requests (.20). |
| 09/29/13 | E. Sable | 0.30 | Email with J. Sgroi and P. Haley re multiple sale issues (.30). |

11769 – 330134
PDT 1084675 02/27/14

9

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/29/13 | J. Sgroi | 0.20 | Emails with T. Sable and P. Haley re issues raised by buyer (.20). |
| 09/29/13 | L. Lichtman | 0.20 | Emails with T. Sable and J. Sgroi re issues for prospective purchaser of remaining subsidiary banks (.20). |
| 09/30/13 | E. Sable | 5.80 | Meeting with J. Sgroi and L. Lichtman to prepare for meeting with Committee and purchaser of subsidiary banks (.50); meeting with J. Sgroi re same (.30); meeting with J. Kuras, J. Sgroi, L. Lichtman, C. Reid and Talmer re same (1.00); meeting with Committee, C. Reid, J. Sgroi, L. Lichtman and Talmer re same (3.00); follow-up meeting with J. Sgroi and L. Lichtman re same (.20); phone call with J. Sgroi and C. Reid re same (.10); phone call with J. Sgroi and P. Torrence re same (.10); review and revise term sheet (.30); review and review term sheet from buyer (.20); emails with J. Sgroi and C. Reid re same (.10). |
| 09/30/13 | J. Kuras | 0.80 | Draft summary of Talmer sale proposal for Creditors Committee review (.80). |
| 09/30/13 | J. Kuras | 0.10 | Email to T. Sable re summary of Talmer sale proposal for Creditors Committee review (.10). |
| 09/30/13 | J. Kuras | 0.40 | Draft working group list for proposed Talmer sale (.40). |
| 09/30/13 | J. Kuras | 0.20 | Revise summary of Talmer sale term sheet (.20). |
| 09/30/13 | J. Kuras | 0.10 | Email to T. Sable re revisions to summary of Talmer sale term sheet (.10). |
| 09/30/13 | J. Kuras | 0.50 | Review and revise email to Creditors Committee re summary of terms for Talmer sale (.50). |
| 09/30/13 | J. Kuras | 1.00 | Meeting with T. Sable, J. Sgroi, L. Lichtman, C. Reid and Talmer to prepare for meeting with Creditors' Committee and Talmer re sale of subsidiary banks (1.00). |

11769 – 330134
PDT 1084675 02/27/14

10

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/30/13 | J. Sgroi | 5.80 | Meeting with T. Sable and L. Lichtman to prepare for meeting with Committee and purchaser of subsidiary banks (.50); meeting with T. Sable re same (.30); meeting with J. Kuras, T. Sable, L. Lichtman, C. Reid and Talmer re same (1.00); meeting with Committee, C. Reid, T. Sable, L. Lichtman and Talmer re same (3.00); follow-up meeting with T. Sable and L. Lichtman re same (.20); phone call with T. Sable and C. Reid re same (.40); phone call with T. Sable and P. Torrence re same (.10); review term sheet (.20); emails with T. Sable and C. Reid re same (.10). |
| 09/30/13 | L. Lichtman | 1.00 | Meeting with J. Kuras, T. Sable, J. Sgroi, C. Reid and Talmer representatives re proposed transaction for sale of remaining subsidiary banks (1.00). |
| 09/30/13 | L. Lichtman | 0.10 | Review summary from J. Kuras of proposed terms of sale transaction with Talmer (.10). |
| 09/30/13 | L. Lichtman | 0.50 | Meet with T. Sable and J. Sgroi in preparation for meeting with Committee representatives and prospective purchaser of remaining subsidiary banks (.50). |
| 09/30/13 | L. Lichtman | 0.20 | Meeting with T. Sable and J. Sgroi re results of meeting on sale of subsidiary banks (.20). |
| 09/30/13 | L. Lichtman | 1.60 | Participate in portion of meeting with T. Sable, J. Sgroi, Talmer, Committee and C. Reid re sale of remaining subsidiary banks (1.60). |
| 09/30/13 | L. Lichtman | 1.10 | Continue to participate in portion of meeting with Committee, T. Sable, J. Sgroi, C. Reid and Talmer re sale of subsidiary banks (1.10). |
| 09/30/13 | L. Lichtman | 0.10 | Emails with J. Combs re Talmer sale status (.10). |
| **Subtotal Hours and Fees - Asset Disposition** | | **100.10** | **39,909.00** |

11769 – 330134
PDT 1084675 02/27/14

11

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|

**BUSINESS OPERATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/02/13 | J. Sgroi | 0.30 | Emails with P. Torrence re Cincinnati Insurance Company motion for relief and timing issues (.30). |
| 09/03/13 | E. Sable | 0.60 | Email with J. Sgroi, C. Reid and B. English re D&O insurance policy (.30); email with A. Uetz re same (.10); meet with J. Sgroi re same (.20). |
| 09/03/13 | J. Sgroi | 0.70 | Emails with Committee re D&O insurance policy (.20); emails with T. Sable, C. Reid and B. English re same (.30); meet with T. Sable re same (.20). |
| 09/03/13 | S. Brundage | 0.30 | Email to Jonah S. at CBC re Cincinnati Insurance Company correspondence on motion for relief from stay (.30). |
| 09/03/13 | L. Lichtman | 0.20 | Emails from T. Sable and B. English re Committee's inquiry on status of notice to insurer of potential D&O insurance claim (.20). |
| 09/04/13 | E. Sable | 0.70 | Email with J. Sjoquist re D&O insurance issues (.70). |
| 09/04/13 | J. Sgroi | 0.60 | Emails with counsel for Cincinnati Insurance Company re motion for relief (.40); meet with T. Sable re same (.20). |
| 09/04/13 | J. Sgroi | 0.40 | Emails with B. English re notice of claims to insurer (.20); emails with Committee re same (.20). |
| 09/05/13 | J. Sgroi | 0.20 | Emails with Committee re Cincinnati Insurance Company motion for relief from stay and potential resolution (.20). |
| 09/05/13 | J. Sgroi | 0.20 | Phone call with M. Hindelang re Cincinnati Insurance Company motion for relief resolution (.20). |
| 09/05/13 | J. Sgroi | 0.30 | Emails with B. English re Cincinnati Insurance Company motion for relief and settlement with Committee (.30). |

11769 – 330134

PDT 1084675 02/27/14

12

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/05/13 | J. Sgroi | 1.00 | Review stipulation for relief from stay re Cincinnati Insurance Company (.50); review Cincinnati Insurance Company's comments to same (.20); emails with counsel for Cincinnati Insurance Company re same (.10); phone call with counsel for Cincinnati Insurance Company re same (.20). |
| 09/06/13 | J. Sgroi | 1.20 | Revise stipulation re relief from stay on Cincinnati Insurance Company motion (.60); revise order re same (.40); emails with Committee and counsel for Cincinnati Insurance Company re same (.20). |
| 09/06/13 | J. Sgroi | 0.50 | Review revisions to July monthly operating report (.40); emails with M. Walker re same (.10). |
| 09/06/13 | J. Sgroi | 0.40 | Email from Committee re notices of claim to insurer (.20); email with B. English re same (.20). |
| 09/06/13 | J. Sgroi | 0.40 | Multiple emails with B. English and C. Reid re information for Committee on submission of notice of claims to insurer and related issues (.40). |
| 09/09/13 | J. Sgroi | 0.20 | Review information on claim made to insurer (.20). |
| 09/09/13 | J. Sgroi | 0.60 | Review order re Cincinnati Insurance Company's relief from stay (.20); email to C. Reid and B. English re same (.20); phone call with P. Torrence re same (.20). |
| 09/10/13 | J. Sgroi | 0.50 | Review cash flow report and check registers (.50). |
| 09/10/13 | J. Sgroi | 0.20 | Emails with C. Reid re payment from Cincinnati Insurance Company (.20). |
| 09/11/13 | E. Sable | 0.10 | Email with B. English re D&O insurance coverage (.10). |
| 09/11/13 | J. Sgroi | 0.20 | Email from B. English re D&O insurance and Bond coverage (.20). |
| 09/16/13 | J. Sgroi | 0.40 | Review check registers (.30); emails with M. Lee re same (.10). |
| 09/19/13 | J. Sgroi | 0.30 | Emails with Committee and client re insurance extension (.30). |

11769 – 330134
PDT 1084675 02/27/14
13
**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**
***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/20/13 | E. Sable | 0.20 | Phone call with B. English and J. Sjoquist re response to Massachusetts Mutual Insurance Company (.20). |
| 09/20/13 | L. Provenzano (L.A.) | 0.60 | Review CBC monthly operating report (.40); review FCC monthly operating report (.20). |
| 09/22/13 | E. Sable | 0.30 | Phone call with counsel for Massachusetts Mutual Insurance Company (.30). |
| 09/23/13 | J. Sgroi | 0.60 | Review CBC monthly operating report (.30); review FCC monthly operating report (.20); emails with B. Hills re same (.10). |
| 09/23/13 | J. Sgroi | 0.90 | Emails with A. Uetz re insurance extension (.20); review insurance information (.50); further emails with A. Uetz re same (.20). |
| 09/23/13 | J. Sgroi | 0.50 | Review check registers and cash flows (.40); emails with M. Lee re same (.10). |
| 09/23/13 | L. Provenzano (L.A.) | 1.00 | Finalize July monthly operating report for FCC for electronic filing (.20); finalize July monthly operating report for CBC for electronic filing (.30); finalize August monthly operating report for FCC for electronic filing (.20); finalize August monthly operating report for CBC for electronic filing (.30). |
| 09/24/13 | J. Sgroi | 0.30 | Emails re payment of insurance funds on G3 claims defense (.30). |
| 09/24/13 | J. Sgroi | 0.50 | Multiple emails with Committee, C. Reid and B. English re insurance extension and cost information (.50). |
| 09/25/13 | J. Sgroi | 0.20 | Emails re G3 defense payments from insurer (.20). |
| 09/25/13 | J. Sgroi | 0.30 | Emails with Committee and client re cash flows (.10); emails with Committee and client re insurance information (.20). |
| 09/26/13 | J. Sgroi | 0.50 | Review cash flow (.40); email with Committee re same (.10). |
| 09/30/13 | S. Swan (L.A.) | 0.10 | Phone call with H. Harmon re process to transfer book-entry shares held by a shareholder (.10). |

11769 – 330134
PDT 1084675 02/27/14

14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| **Subtotal Hours and Fees - Business Operations** | | **16.50** | **5,997.00** |

**CASE ADMINISTRATION AND OBJECTIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/03/13 | J. Sgroi | 0.30 | Review case status update and provide comments (.30). |
| 09/03/13 | L. Lichtman | 0.10 | Email to C. Reid and B. English re case status update (.10). |
| 09/03/13 | L. Lichtman | 0.50 | Draft case status update for clients (.50). |
| 09/09/13 | J. Sgroi | 0.20 | Review case status update and provide comments (.20). |
| 09/09/13 | L. Lichtman | 0.10 | Email to C. Reid and B. English re case status update as to significant matters (.10). |
| 09/09/13 | L. Lichtman | 0.10 | Emails with T. Sable and J. Sgroi re case status update for clients (.10). |
| 09/09/13 | L. Lichtman | 0.90 | Draft case status update to clients re significant case matters (.90). |
| 09/10/13 | E. Sable | 0.40 | Review Committee's Motion to Seal Document, pertaining to request for appointment of chief restructuring officer or Chapter 11 Trustee (.20); email with C. Reid and B. English re same (.20). |
| 09/10/13 | J. Sgroi | 0.20 | Review motion to seal filed by Committee re appointment of chief restructuring officer or Trustee (.20). |
| 09/10/13 | L. Provenzano (L.A.) | 0.30 | Review Committee's motion to seal re appointment of chief restructuring officer or Trustee (.20); email to T. Sable re same (.10). |
| 09/11/13 | E. Sable | 0.20 | Email from J. Gregg re unsealing Committee's chief restructuring officer/Chapter 11 Trustee motion for the benefit of the G3 plaintiffs (.10); email to C. Reid re same (.10). |

11769 – 330134
PDT 1084675 02/27/14

15

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/11/13 | E. Sable | 1.00 | Phone call with J. Sgroi and C. Reid re Committee’s motion seeking appointment of a chief restructuring officer or Chapter 11 Trustee (.60); email to C. Reid and B. English re same (.30); email with P. Torrence re same and change in control consequences under FRB and FDIC regulations (.10). |
| 09/11/13 | S. Kitei | 0.30 | Review Motion to Seal Committee's Motion to Appoint a Receiver or Trustee (.30). |
| 09/11/13 | J. Sgroi | 1.00 | Phone call with T. Sable and C. Reid re motion to seal and upcoming motion for appointment of chief restructuring officer (.60); review email summarizing T. Sable discussion with C. Reid re same (.20); emails with P. Torrence re same (.20). |
| 09/11/13 | L. Lichtman | 0.10 | Email from T. Sable re Committee's Motion seeking a chief restructuring officer or Chapter 11 Trustee (.10). |
| 09/12/13 | E. Sable | 1.00 | Review Committee’s motion for appointment of a chief restructuring officer or Chapter 11 Trustee (.50); email to C. Reid and B. English re same (.10); meet with J. Sgroi re same (.30); meet with L. Lichtman re same (.10). |
| 09/12/13 | S. Kitei | 0.60 | Review Committee's Motion to Appoint a Receiver or Trustee (.60). |
| 09/12/13 | J. Sgroi | 3.00 | Review motion for appointment of chief restructuring officer or Trustee (.70); meet with T. Sable re same (.30); review standards and case law cited re same (2.00). |
| 09/12/13 | L. Provenzano (L.A.) | 0.30 | Review Committee Motion re appointment of chief restructuring officer or Trustee (.30). |
| 09/12/13 | L. Lichtman | 0.50 | Review of Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.50). |
| 09/12/13 | L. Lichtman | 0.10 | Meet with T. Sable re Committee's motion for chief restructuring officer or Chapter 11 Trustee (.10). |
| 09/13/13 | L. Lichtman | 0.10 | Review bank change in control issues in conjunction with Committee motion to appoint chief restructuring officer or Chapter 11 Trustee (.10). |

11769 – 330134
PDT 1084675 02/27/14

16

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/16/13 | L. Lichtman | 1.90 | Research re Response to Committee's Motion for chief restructuring officer or Chapter 11 Trustee (1.90). |
| 09/16/13 | L. Lichtman | 5.70 | Draft Response to Committee's Motion for chief restructuring officer or Chapter 11 Trustee (5.70). |
| 09/16/13 | L. Lichtman | 0.20 | Review and revise response to Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.20). |
| 09/17/13 | J. Sgroi | 0.50 | Review G3 motion to unseal Committee's motion for chief restructuring officer (.30); meet with L. Lichtman re same (.20). |
| 09/17/13 | L. Lichtman | 0.20 | Review G3's Motion to Unseal Committee's Motion for chief restructuring officer or Trustee (.20). |
| 09/17/13 | L. Lichtman | 0.20 | Meet with J. Sgroi re G3 Motion to unseal Committee's Motion for chief restructuring officer or Trustee (.20). |
| 09/17/13 | L. Lichtman | 2.20 | Continue research re Response to Committee's Motion for chief restructuring officer or Trustee (2.20). |
| 09/17/13 | L. Lichtman | 4.50 | Continue drafting Response to Committee's Motion for chief restructuring officer or Trustee (4.50). |
| 09/18/13 | L. Lichtman | 1.00 | Draft case status update to clients re significant case matters (1.00). |
| 09/18/13 | L. Lichtman | 0.10 | Email to T. Sable and J. Sgroi re case status update to clients (.10). |
| 09/19/13 | J. Sgroi | 0.20 | Emails with Committee and US Trustee re Committe's chief restructuring officer motion (.20). |
| 09/19/13 | L. Lichtman | 4.20 | Continue drafting Response to Committee's Motion for chief restructuring officer or Trustee (4.20). |
| 09/19/13 | L. Lichtman | 0.10 | Email to T. Sable re Response to Committee's Motion for chief restructuring officer or Trustee (.10). |
| 09/19/13 | L. Lichtman | 0.20 | Email to C. Reid and B. English re case status update for significant case matters (.20). |
| 09/20/13 | L. Lichtman | 0.10 | Email to M. Hindelang re Committee's Motion for chief restructuring officer or Trustee (.10). |
| 09/23/13 | E. Sable | 0.20 | Meet with L. Lichtman re G3's Motion to Unseal Committee's Motion for a chief restructuring officer or Trustee (.20). |

11769 – 330134
PDT 1084675 02/27/14

17

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/23/13 | L. Lichtman | 0.20 | Phone call with B. English and M. Hindelang re G3's Motion to Unseal Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.20). |
| 09/23/13 | L. Lichtman | 0.20 | Phone call with M. Hindelang re G3's Motion to Unseal Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.20). |
| 09/23/13 | L. Lichtman | 0.10 | Email to T. Sable re G3's Motion to Unseal Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.10). |
| 09/23/13 | L. Lichtman | 0.20 | Meet with T. Sable re G3's Motion to Unseal Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.20). |
| 09/24/13 | E. Sable | 1.00 | Review and revise response to Committee's motion to appoint chief restructuring officer or Chapter 11 Trustee (.60); meet with L. Lichtman re same (.40). |
| 09/24/13 | J. Kuras | 0.50 | Review and revise response to Motion to Appoint chief Restructuring Officer (.50). |
| 09/24/13 | J. Kuras | 0.30 | Research re banking law requirements relating to appointment of chief restructuring officer (.30). |
| 09/24/13 | J. Kuras | 0.30 | Phone call with L. Lichtman re bank law requirements relating to appointment of chief restructuring officer (.30). |
| 09/24/13 | J. Sgroi | 1.00 | Review objection to Committee's motion to appoint chief restructuring officer (1.00). |
| 09/24/13 | L. Lichtman | 0.20 | Phone call with J. Kuras re Response to Committee's Motion for chief restructuring officer or Chapter 11 Trustee and bank change in control issue (.20). |
| 09/24/13 | L. Lichtman | 0.40 | Meet with T. Sable re Response to Committee's Motion for chief restructuring officer or Trustee (.40). |
| 09/24/13 | L. Lichtman | 0.20 | Email to C. Reid re Response to Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.20). |
| 09/24/13 | L. Lichtman | 0.40 | Review comments of J. Kuras to Response to Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.40). |

11769 – 330134
PDT 1084675 02/27/14

18

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/25/13 | J. Sgroi | 0.20 | Review and provide comments on case status update (.20). |
| 09/25/13 | L. Provenzano (L.A.) | 0.30 | Review response and provide comments to Committee's Motion to Appoint chief restructuring officer (.20); meet with L. Lichtman re same (.10). |
| 09/25/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re Response to Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.10). |
| 09/25/13 | L. Lichtman | 0.80 | Draft case status update for clients re significant case matters (.80). |
| 09/26/13 | L. Provenzano (L.A.) | 0.50 | Revise Response to Committee's Motion to Appoint a chief restructuring officer (.40); prepare same for electronic filing (.10). |
| 09/26/13 | L. Lichtman | 0.60 | Finalize Response to Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.60). |
| 09/26/13 | L. Lichtman | 0.10 | Meet with T. Sable re filing of Response to Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.10). |
| 09/26/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re filing of Response to Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.10). |
| 09/26/13 | L. Lichtman | 0.10 | Phone call with J. Gregg, counsel to G3 parties, re proposed stipulation to unseal Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.10). |
| 09/26/13 | L. Lichtman | 0.10 | Phone call with J. Gregg, counsel to G3 parties, re proposed order to unseal Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.10). |
| 09/26/13 | L. Lichtman | 0.10 | Email from J. Gregg, counsel to G3 parties re proposed order to unseal Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.10). |
| 09/26/13 | L. Lichtman | 0.10 | Email to A. Uetz re proposed order from G3's counsel to unseal Committee's Motion for chief restructuring officer or Chapter 11 Trustee (.10). |

11769 – 330134
PDT 1084675 02/27/14

19

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/27/13 | J. Sgroi | 0.20 | Emails with Committee re unsealing of Committee motion to appoint chief restructuring officer and response (.20). |
| 09/27/13 | L. Provenzano (L.A.) | 0.30 | Review order for hearing on Committee motion to appoint chief restructuring officer (.20); calendar re same (.10). |
| 09/27/13 | L. Lichtman | 0.10 | Emails with A. Uetz re proposed unsealing of Committee's Motion for chief restructuring officer or Trustee (.10). |
| **Subtotal Hours and Fees - Case Administration and Objections** | | **41.50** | **16,067.50** |

**FEE/EMPLOYMENT OBJECTIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/01/13 | J. Sgroi | 0.20 | Review emails with Committee re resolution of second fee application objections (.20). |
| 09/03/13 | J. Sgroi | 0.50 | Multiple emails with Committee re stipulation on Foley and FTI fees (.50). |
| 09/03/13 | L. Lichtman | 0.10 | Emails from B. English and T. Sable re Stipulation and Order to resolve objections to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 09/03/13 | L. Lichtman | 0.10 | Email to A. Uetz and R. McDowell re Stipulation and Order to resolve objections to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 09/03/13 | L. Lichtman | 0.10 | Emails from T. Sable and P. Torrence re Stipulation and Order to resolve objections to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 09/04/13 | J. Sgroi | 0.20 | Emails with Committee re stipulation to resolve objections to second fee applications (.20). |
| 09/04/13 | L. Lichtman | 0.10 | Email to T. Sable and J. Sgroi re Stipulation and Order to resolve objections to Second Fee Applications of Foley, FTI and Honigman (.10). |

11769 – 330134
PDT 1084675 02/27/14

20

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/04/13 | L. Lichtman | 0.10 | Meet with T. Sable re Stipulation and Order to resolve objections to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 09/04/13 | L. Lichtman | 0.20 | Emails with A. Uetz and R. McDowell re authority to file Stipulation and Order to resolve objections to Second Fee Applications of Foley, FTI and Honigman (.20). |
| 09/04/13 | L. Lichtman | 0.10 | Email to L. Provenzano re filing of Stipulation and Order to resolve objections to Second Fee Applications of Foley, FTI and Honigman (.10). |
| 09/04/13 | L. Lichtman | 0.20 | Emails with A. Uetz and R. McDowell re Stipulation and Order to resolve objections to Second Fee Applications of Foley, FTI and Honigman (.20). |
| 09/04/13 | L. Lichtman | 0.20 | Email from A. Uetz re Stipulation and Order to resolve objections to Second Fee Applications of Foley, FTI and Honigman (.20). |
| 09/19/13 | J. Sgroi | 1.20 | Draft stipulation re extension of objection deadline for second fee applications and adjournment of hearing (.60); emails with Committee re same (.30); review Committee comments to same (.30). |
| 09/20/13 | J. Sgroi | 0.50 | Review Committee changes to stipulation re extension of objection deadline for second fee applications (.30); emails with Committee re same (.20). |
| **Subtotal Hours and Fees - Fee/Employment Objections** | | **3.80** | **1,436.00** |

**MEETINGS OF CREDITORS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/05/13 | J. Sgroi | 0.30 | Weekly phone call with Creditors Committee (.30). |
| 09/12/13 | E. Sable | 0.40 | Participate in phone call with Creditors Committee (.40). |
| 09/12/13 | J. Sgroi | 0.50 | Participate in weekly phone call with Committee (.50). |

11769 – 330134
PDT 1084675 02/27/14

21

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/19/13 | J. Sgroi | 0.40 | Weekly phone call with Committee (.40). |
| 09/26/13 | E. Sable | 0.30 | Participate in weekly phone call with Committee (.30). |
| **Subtotal Hours and Fees - Meetings of Creditors** | | **1.90** | **769.50** |

**PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/01/13 | J. Sgroi | 0.20 | Review emails re plan solicitation status (.20). |
| 09/03/13 | L. Lichtman | 2.30 | Research re potential cramdown scenario and anticipated Committee objections to Plan confirmation (2.30). |
| 09/03/13 | L. Lichtman | 0.50 | Research re possible Plan Supplement for potential causes of action against FDIC (.50). |
| 09/03/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of Plan balloting and other Plan issues (.10). |
| 09/04/13 | C. Mayfield ll | 0.70 | Continue research on ability of creditors with derivative standing to cast ballots (.70). |
| 09/04/13 | L. Lichtman | 4.00 | Draft memorandum to clients re Plan confirmation issues (4.00). |
| 09/05/13 | L. Lichtman | 0.20 | Review memorandum to clients re Plan confirmation issues (.20). |
| 09/06/13 | L. Lichtman | 5.00 | Continue drafting memorandum to clients re Plan confirmation issues (5.00). |
| 09/06/13 | L. Lichtman | 0.10 | Email from K. Wagner of KCC re Plan balloting report (.10). |
| 09/06/13 | L. Lichtman | 0.10 | Email to T. Sable re memorandum to clients on Plan confirmation issues (.10). |
| 09/09/13 | E. Sable | 0.20 | Email to C. Reid re voting results (.20). |
| 09/09/13 | E. Sable | 0.60 | Review and revise memorandum to C. Reid and B. English re plan confirmation issues (.60). |

11769 – 330134
PDT 1084675 02/27/14
22

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/09/13 | J. Sgroi | 0.20 | Email with L. Provenzano re response to Capitol Trust holder on plan status (.20). |
| 09/09/13 | J. Sgroi | 0.20 | Review email from Committee on outstanding plan discovery requests (.20). |
| 09/09/13 | J. Sgroi | 0.50 | Review memo on confirmation issues (.50). |
| 09/09/13 | L. Lichtman | 0.60 | Review issues with possible Plan Supplement for potential causes of action against FDIC (.60). |
| 09/09/13 | L. Lichtman | 0.10 | Email to C. Reid and B. English re memorandum on Plan confirmation issues (.10). |
| 09/09/13 | L. Lichtman | 0.10 | Email from T. Sable re memorandum to clients on Plan confirmation issues (.10). |
| 09/09/13 | L. Lichtman | 0.10 | Finalize memorandum to clients re Plan confirmation issues (.10). |
| 09/10/13 | J. Sgroi | 0.60 | Review US Trustee objection to plan (.60). |
| 09/10/13 | J. Sgroi | 0.20 | Emails with L. Lichtman and T. Sable re declaration in support of plan and plan confirmation brief (.20). |
| 09/10/13 | L. Provenzano (L.A.) | 0.60 | Review letter from ballot holder Mr. Ensor (.20); draft response to Mr. Ensor re Plan status (.40). |
| 09/10/13 | L. Provenzano (L.A.) | 0.20 | Phone call with common shareholder re Notice to Non-Voting Parties (.20). |
| 09/10/13 | L. Provenzano (L.A.) | 0.20 | Phone call with claim holder J. Broussard re status of Plan (.20). |
| 09/10/13 | L. Lichtman | 1.50 | Continue research re brief in support of Plan confirmation and responses to presumed objections from Committee and U.S. Trustee (1.50). |
| 09/10/13 | L. Lichtman | 1.50 | Research in connection with proposed Declaration and Brief in support of Plan confirmation (1.50). |
| 09/10/13 | L. Lichtman | 0.10 | Emails with T. Sable and J. Sgroi re Brief in Support of Confirmation of Plan and Response to contemplated Objections to Plan (.10). |
| 09/10/13 | L. Lichtman | 0.20 | Emails with K. Kakish, Michigan Assistant Attorney General, re language for Confirmation Order for tax settlement with State of Michigan (.20). |

11769 – 330134
PDT 1084675 02/27/14
23
**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**
***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/11/13 | E. Sable | 0.30 | Review and revise memorandum to C. Reid and B. English re possible alternative plan scenarios (.10); meet with J. Sgroi and L. Lichtman re same (.20). |
| 09/11/13 | J. Sgroi | 0.70 | Review email memo re alternative plan scenarios and provide comments (.50); meet with T. Sable and L. Lichtman re same (.20). |
| 09/11/13 | C. Mayfield ll | 0.40 | Meet with L. Lichtman re objections to Plan and Disclosure Statement (.10); review objections to Plan and Disclosure Statement (.30). |
| 09/11/13 | L. Lichtman | 0.10 | Emails with P. Torrence and T. Sable re memorandum to clients on potential Plan scenarios (.10). |
| 09/11/13 | L. Lichtman | 0.30 | Review objections to plan (.30). |
| 09/11/13 | L. Lichtman | 0.90 | Research re Committee's motion seeking chief restructuring officer or Chapter 11 Trustee, issues and plan (.90). |
| 09/11/13 | L. Lichtman | 2.40 | Draft brief in support of confirmation of Plan (2.40). |
| 09/11/13 | L. Lichtman | 0.20 | Meet with T. Sable and J. Sgroi re Committee motion seeking appointment of chief restructuring officer or Chapter 11 Trustee and potential ramifications for Plan (.20). |
| 09/11/13 | L. Lichtman | 2.50 | Continue drafting memorandum to clients re alternative scenarios to Plan (2.50). |
| 09/11/13 | L. Lichtman | 0.10 | Email with T. Sable re memorandum to clients on alternative Plan scenarios (.10). |
| 09/11/13 | L. Lichtman | 1.00 | Continue drafting memorandum to client re alternative Plan scenarios (.90); email to C. Reid and B. English re same (.10). |
| 09/11/13 | L. Lichtman | 0.10 | Email from K. Wagner of KCC re Capitol Development Bancorp Limited VIII derivative ballot rejecting Plan (.10). |
| 09/11/13 | L. Lichtman | 0.10 | Meet with C. Mayfield re objections to Plan (.10). |

11769 – 330134
PDT 1084675 02/27/14

24

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/12/13 | E. Sable | 0.60 | Review informal plan discovery request from Creditors Committee (.30); phone call with B. English re same (.30). |
| 09/12/13 | E. Sable | 0.10 | Phone call with Judge McIvor's chambers re Judge's conflict on confirmation hearing date (.10). |
| 09/12/13 | J. Kuras | 0.30 | Research re effect of Banking law on Committee alternative plan (.30). |
| 09/12/13 | J. Kuras | 0.20 | Email with P. Torrence re effect of Banking law on Committee alternative plan (.20). |
| 09/12/13 | J. Kuras | 1.00 | Review Committee motion to appoint chief restructuring officer in connection with plan (1.00). |
| 09/12/13 | J. Sgroi | 0.20 | Emails re confirmation order items (.20). |
| 09/12/13 | J. Sgroi | 0.30 | Emails with C. Reid and B. English re Committee discovery requests in connection with plan (.30). |
| 09/12/13 | J. Sgroi | 0.20 | Emails re notice of adjournment of confirmation hearing (.20). |
| 09/12/13 | L. Provenzano (L.A.) | 0.50 | Review solicitation materials re confirmation hearing adjournment (.30); draft response for court re noticing adjournment (.20). |
| 09/12/13 | L. Lichtman | 6.50 | Continue drafting brief in support of confirmation of Plan (6.50). |
| 09/12/13 | L. Lichtman | 0.20 | Emails from T. Sable and B. English re Committee's discovery request for confirmation hearing (.20). |
| 09/12/13 | L. Lichtman | 0.20 | Email with T. Sable re adjournment of confirmation hearing and notice (.20). |
| 09/12/13 | L. Lichtman | 0.20 | Email with L. Provenzano re adjournment of confirmation hearing and notice (.20). |
| 09/13/13 | E. Sable | 0.10 | Phone call with A. Uetz re Judge McIvor's conflict on confirmation hearing date (.10). |
| 09/13/13 | J. Sgroi | 0.50 | Review redline of Committee plan compared to debtors' plan (.50). |
| 09/13/13 | L. Lichtman | 5.30 | Continue drafting brief in support of confirmation of Plan (5.30). |

11769 – 330134
PDT 1084675 02/27/14

25

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/13/13 | L. Lichtman | 0.10 | Email from K. Wagner of KCC re updated Plan balloting tabulation (.10). |
| 09/13/13 | L. Lichtman | 0.60 | Review Committee's draft Plan (.60). |
| 09/15/13 | E. Sable | 0.30 | Review voting tabulation summary (.20); email to C. Reid and B. English re same (.10). |
| 09/16/13 | E. Sable | 0.60 | Phone call with J. Sgroi, C. Reid and B. English re issues relating to Committee discovery request for plan (.40); email to A. Uetz re same (.20). |
| 09/16/13 | J. Sgroi | 1.50 | Phone call with C. Reid, B. English and T. Sable re responses to Committee plan discovery requests (.40); emails with C. Reid, B. English and T. Sable re same (.50); phone calls with C. Reid and B. English re same (.60). |
| 09/16/13 | L. Provenzano (L.A.) | 0.20 | Email with KCC re replacement ballots for shareholder Gialketsis (.20). |
| 09/17/13 | J. Sgroi | 0.30 | Emails with Committee re extension of objection deadline and adjournment of plan (.30). |
| 09/17/13 | C. Mayfield ll | 0.60 | Review derivative standing pleadings by Capitol Development Bancorp Limited VIII in Michigan state court case re ballot issue (.60). |
| 09/17/13 | L. Provenzano (L.A.) | 0.20 | Phone call with shareholder I. Claman re status of Plan (.20). |
| 09/17/13 | L. Lichtman | 0.30 | Review of US Trustee's Objection to Plan (.30). |
| 09/18/13 | C. Mayfield ll | 0.30 | Research related to ballot objections (.30). |
| 09/18/13 | L. Provenzano (L.A.) | 0.80 | Phone call with S. Swan re transition matters for plan solicitation (.30); emails with S. Swan and L. Lichtman re undeliverable plan packages (.30); review supplemental certificate of service re returned solicitation materials (.20). |
| 09/18/13 | L. Provenzano (L.A.) | 0.80 | Review balloting summary (.20); email with KCC re Class 3 and Class 4 ballots (.20); review ballots for G3 litigation (.20); meeting with L. Lichtman re same (.20). |

11769 – 330134
PDT 1084675 02/27/14

26

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/18/13 | L. Lichtman | 0.20 | Email from KCC re status of balloting for Class 4-General Unsecured Claims (.20). |
| 09/18/13 | L. Lichtman | 0.10 | Emails with T. Sable and J. Sgroi re Plan confirmation matters (.10). |
| 09/18/13 | L. Lichtman | 0.30 | Emails with L. Provenzano and S. Swan re undeliverable Plan packages (.30). |
| 09/18/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re Plan ballots for G3 litigation plaintiffs (.20). |
| 09/19/13 | E. Sable | 0.70 | Meeting with J. Sgroi, L. Lichtman and L. Provenzano re various matters related to Plan and preparation for confirmation hearing (.70). |
| 09/19/13 | J. Sgroi | 0.80 | Meeting with T. Sable, L. Lichtman and L. Provenzano re plan issues and preparation for confirmation hearing (.80). |
| 09/19/13 | L. Provenzano (L.A.) | 0.20 | Phone call with Mr. Stillman of Wells Fargo Advisors re status of Plan and confirmation (.20). |
| 09/19/13 | L. Provenzano (L.A.) | 0.70 | Meeting with T. Sable, J. Sgroi and L. Lichtman re plan issues and preparation for confirmation hearing (.70). |
| 09/19/13 | L. Lichtman | 1.00 | Draft Plan Supplement re preserved causes of action against FDIC (1.00). |
| 09/19/13 | L. Lichtman | 0.70 | Meeting with T. Sable, J. Sgroi and L. Provenzano re Plan issues and preparation for confirmation hearing (.70). |
| 09/20/13 | E. Sable | 0.20 | Review draft stipulation and order re adjournment of the confirmation hearing and extension of the objection deadline (.10); phone call with J. Sgroi re same (.10). |
| 09/20/13 | J. Sgroi | 0.50 | Review plan supplement (.40); phone call with T. Sable re stipulation to adjourn confirmation hearing and extend objection deadline (.10). |
| 09/20/13 | L. Provenzano (L.A.) | 0.60 | Review tabulation report (.60). |
| 09/20/13 | L. Lichtman | 0.80 | Continue drafting Plan Supplement re preserving causes of action against FDIC (.80). |
| 09/20/13 | L. Lichtman | 0.10 | Email to T. Sable and J. Sgroi re Plan Supplement (.10). |

11769 – 330134
PDT 1084675 02/27/14

27

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/20/13 | L. Lichtman | 2.20 | Continue drafting memorandum in support of confirmation of Plan (2.20). |
| 09/20/13 | L. Lichtman | 0.10 | Email from K. Wagner of KCC re updated Plan balloting tabulation report (.10). |
| 09/21/13 | E. Sable | 0.20 | Email to C. Reid and B. English re voting results (.20). |
| 09/21/13 | J. Sgroi | 0.40 | Emails re vote tabulation (.10); review same (.30). |
| 09/22/13 | J. Sgroi | 0.20 | Emails with Committee re stipulation for plan adjournment (.20). |
| 09/22/13 | L. Lichtman | 0.10 | Email from L. Provenzano re status of Intercompany Claims ballots and ballots for equity interests in FCC (.10). |
| 09/23/13 | E. Sable | 0.50 | Review status of balloting and voting results (.10); meet with L. Lichtman re same (.10); meet with L. Lichtman and L. Provenzano re same (.10); meet with L. Lichtman re memorandum on plan confirmation issues (.20). |
| 09/23/13 | J. Sgroi | 0.20 | Emails with KCC re adjournment of confirmation hearing and service of notice of same (.20). |
| 09/23/13 | J. Sgroi | 0.50 | Review G3 plan objection (.50). |
| 09/23/13 | J. Sgroi | 0.20 | Emails with KCC re intercompany ballots (.20). |
| 09/23/13 | L. Provenzano (L.A.) | 0.20 | Phone call with D. TerHark re client questions relating to common stock holders of CBC (.20). |
| 09/23/13 | L. Provenzano (L.A.) | 2.50 | Draft memo re CBC Class 7 Ballots, FCC Class 1 and 2 ballots (1.00); review schedules relating to intercompany claims (.70); email to C. Reid re balloting questions (.70); meet with T. Sable and L. Lichtman re status of balloting (.10). |
| 09/23/13 | L. Provenzano (L.A.) | 0.40 | Review and finalize Stipulation to adjourn confirmation hearing and objection deadlines for filing (.30); upload order to court portal (.10). |
| 09/23/13 | L. Provenzano (L.A.) | 0.20 | Review Order re adjournment of Confirmation Hearing and objection deadlines (.10); calendar and notice same (.10). |

11769 – 330134
PDT 1084675 02/27/14

28

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/23/13 | L. Lichtman | 0.10 | Meet with T. Sable re balloting by Plan Classes for intercompany claims and equity interests (.10). |
| 09/23/13 | L. Lichtman | 0.10 | Review status of client memorandum for certain Plan confirmation issues (.10). |
| 09/23/13 | L. Lichtman | 0.20 | Emails with P. Torrence re potential cramdown Plan confirmation scenario (.20). |
| 09/23/13 | L. Lichtman | 0.30 | Emails with L. Provenzano re ballot issues for Intercompany Claims and equity interests in FCC (.30). |
| 09/23/13 | L. Lichtman | 2.30 | Continue drafting memorandum in support of Plan confirmation (2.30). |
| 09/23/13 | L. Lichtman | 0.20 | Meet with T. Sable re memorandum on Plan confirmation issues (.20). |
| 09/23/13 | L. Lichtman | 0.70 | Review G3's Objection to Plan (.70). |
| 09/23/13 | L. Lichtman | 0.60 | Further review of U.S. Trustee's Objection to Plan (.60). |
| 09/23/13 | L. Lichtman | 0.20 | Emails with L. Provenzano re entered order adjourning confirmation hearing and balloting (.20). |
| 09/23/13 | L. Lichtman | 0.10 | Meet with T. Sable and L. Provenzano re status of ballots (.10). |
| 09/23/13 | L. Lichtman | 0.20 | Emails with L. Provenzano re issues for ballots (.20). |
| 09/23/13 | L. Lichtman | 0.10 | Email to C. Reid re Committee's discovery requests for Plan confirmation (.10). |
| 09/24/13 | E. Sable | 0.30 | Review and revise plan supplement (.10); meet with L. Lichtman re same (.20). |
| 09/24/13 | J. Sgroi | 0.20 | Emails with L. Provenzano re balloting and voting issues (.20). |
| 09/24/13 | J. Sgroi | 0.40 | Review voting reports (.30); emails with L. Provenzano re same (.10). |
| 09/24/13 | J. Sgroi | 0.50 | Review plan supplement (.50). |

11769 – 330134
PDT 1084675 02/27/14
29

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/24/13 | C. Mayfield ll | 6.30 | Meet with L. Lichtman re objections to Plan (.30); review objections to Plan (.70); research issues related to objections to Plan (3.40); draft memorandum to client re same (1.60); meetings with L. Lichtman re same (.30). |
| 09/24/13 | L. Provenzano (L.A.) | 0.30 | Review ballots relating to FCC solicitation (.30). |
| 09/24/13 | L. Provenzano (L.A.) | 0.30 | Emails with KCC re service of order for adjournment of Confirmation Hearing (.10); review Certificate of Service re same (.10); electronic filing of same (.10). |
| 09/24/13 | L. Lichtman | 0.20 | Email from K. Wagner re ballots issue (.20). |
| 09/24/13 | L. Lichtman | 0.10 | Meet with C. Mayfield re memorandum to client on Plan objections (.10). |
| 09/24/13 | L. Lichtman | 0.10 | Review memorandum to clients on Plan objections (.10). |
| 09/24/13 | L. Lichtman | 0.20 | Meet with T. Sable re potential sale scenario possibly requiring amendment of Plan (.20). |
| 09/24/13 | L. Lichtman | 0.20 | Meet with C. Mayfield re status of memorandum to client on Objections to Plan (.20). |
| 09/24/13 | L. Lichtman | 0.10 | Emails with T. Sable re comments on Plan Supplement (.10). |
| 09/24/13 | L. Lichtman | 1.40 | Continue drafting Plan Supplement re description of potential claims against FDIC (1.40). |
| 09/24/13 | L. Lichtman | 0.30 | Meet with C. Mayfield re memorandum to clients concerning legal issues on Objections to Plan (.30). |
| 09/24/13 | L. Lichtman | 0.20 | Email to C. Reid re Plan Supplement (.20). |
| 09/25/13 | J. Sgroi | 0.10 | Emails with Committee re ballot tabulation (.10). |
| 09/25/13 | J. Sgroi | 0.40 | Emails with L. Lichtman re plan supplement (.20); review comments on same (.20). |
| 09/25/13 | C. Mayfield ll | 4.90 | Continue research on issues related to objections to Plan (2.80); continue drafting memorandum to client re same (1.80); meetings with L. Lichtman re same (.30). |

11769 – 330134

PDT 1084675 02/27/14

30

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/25/13 | L. Lichtman | 4.80 | Continue drafting memorandum in support of Plan confirmation (4.80). |
| 09/25/13 | L. Lichtman | 0.20 | Meet with C. Mayfield re memorandum to client on Plan objections and confirmation issues (.20). |
| 09/25/13 | L. Lichtman | 0.10 | Meet with C. Mayfield re status of memorandum to client on Plan Objections and confirmation (.10). |
| 09/25/13 | L. Lichtman | 0.20 | Email from A. Mahler re comments on Plan Supplement causes of action against FDIC to be preserved (.20). |
| 09/26/13 | E. Sable | 0.50 | Review results of balloting (.50). |
| 09/26/13 | J. Sgroi | 0.30 | Review FCC intercompany claim details re balloting (.30). |
| 09/26/13 | J. Sgroi | 0.30 | Review tabulation reports and ballots (.30). |
| 09/26/13 | C. Mayfield ll | 2.30 | Continue research on issues related to objections to Plan (.70); continue drafting memorandum to client re same (1.60). |
| 09/26/13 | L. Provenzano (L.A.) | 0.80 | Phone call with K. Wagner with KCC, balloting agent re ballot calculations (.30); review revised balloting report (.20); phone call with L. Lichtman re same (.10); review ballots (.20). |
| 09/26/13 | L. Lichtman | 0.10 | Email from M. Walker re detail for Intercompany Claims (.10). |
| 09/26/13 | L. Lichtman | 0.10 | Phone call with L. Provenzano re updated Plan ballot tabulation report from KCC (.10). |
| 09/26/13 | L. Lichtman | 0.30 | Review memorandum to client on objections to Plan (.30). |
| 09/27/13 | J. Sgroi | 0.40 | Review stipulation for extension of time to object to plan (.20); emails with Committee re same (.20). |
| 09/27/13 | L. Lichtman | 0.90 | Review and revise memorandum to clients re Plan objections and confirmation issues (.90). |
| 09/27/13 | L. Lichtman | 0.10 | Phone call with T. Sable re stipulation and order to further extend deadline for Committee to object to Plan (.10). |

11769 – 330134
PDT 1084675 02/27/14

31

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/27/13 | L. Lichtman | 0.10 | Review stipulation and order to further extend deadline for Committee to object to Plan (.10). |
| 09/27/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re final Plan ballot tabulation report (.10). |
| 09/27/13 | L. Lichtman | 0.10 | Email to M. Hebbeln re stipulation and order to further extend deadline for Committee to object to Plan (.10). |
| 09/30/13 | L. Lichtman | 0.90 | Review and revise memorandum to client re certain issues raised by objections to Plan and confirmation issues (.90). |
| 09/30/13 | L. Lichtman | 1.00 | Phone call with C. Reid re Plan confirmation issues (1.00). |
| 09/30/13 | L. Lichtman | 0.20 | Phone call with P. Torrence re Plan confirmation issues (.20). |
| **Subtotal Hours and Fees - Plan and Disclosure Statement** | | **103.40** | **37,041.00** |

**TAX MATTERS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/23/13 | J. Sgroi | 0.80 | Review tax appeal invoices (.20); review retention application and order re same (.40); emails with P. Torrence and B. English re same (.20). |
| 09/26/13 | J. Combs | 0.30 | Phone call with L. Lichtman re IRS tax matters relating to sale of subsidiary banks (.30). |
| 09/26/13 | J. Combs | 1.20 | Review IRS liability, amended returns on OREO properties and potential applicability of Treas. Reg. 1.1502-6 to a subsidiary that leaves a consolidated group (1.20). |
| 09/26/13 | E. Sable | 1.10 | Research re tax issues and IRS claim incident to sale (.50); meet with J. Sgroi and L. Lichtman re same (.20); meetings with L. Lichtman re same (.40). |
| 09/26/13 | J. Kuras | 0.80 | Review materials re potential tax liability and structure of stock purchase agreement (.80). |

11769 – 330134
PDT 1084675 02/27/14

32

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/26/13 | J. Sgroi | 0.80 | Meet with T. Sable and L. Lichtman re IRS priority issues with sale (.20); review research related to same (.40); emails to T. Sable re same (.20). |
| 09/26/13 | L. Lichtman | 0.50 | Review file re prior analysis of IRS liability and ramifications for contemplated sale of subsidiary banks (.50). |
| 09/26/13 | L. Lichtman | 0.20 | Meet with T. Sable re IRS liability and sale of subsidiary banks (.20). |
| 09/26/13 | L. Lichtman | 0.20 | Meet with T. Sable and J. Sgroi re IRS liability and sale of subsidiary banks (.20). |
| 09/26/13 | L. Lichtman | 0.20 | Phone call with J. Combs re IRS liability and sale of subsidiary banks (.20). |
| 09/26/13 | L. Lichtman | 0.20 | Emails from J. Combs re IRS liability issues (.20). |
| 09/26/13 | L. Lichtman | 0.30 | Phone call with J. Combs re consolidated tax group issues as to IRS liability and sale of subsidiary banks (.30). |
| 09/26/13 | L. Lichtman | 0.60 | Review cases re IRS liability and sale of subsidiary banks (.60). |
| 09/26/13 | L. Lichtman | 0.20 | Meet with T. Sable re IRS liability and sale of subsidiary banks (.20). |
| 09/26/13 | L. Lichtman | 0.20 | Emails with J. Combs re tax law pertinent to IRS liability and sale of subsidiary banks (.20). |
| 09/26/13 | L. Lichtman | 1.00 | Research re IRS liability and sale of subsidiary banks (1.00). |
| 09/27/13 | J. Combs | 0.70 | Review of cases on Treas. Reg. 1.1502-6 liability to a subsidiary that leaves a consolidated group (.70). |
| 09/30/13 | A. Valade | 1.00 | Review Michigan Business Tax Notices (.50); email to L. Lichtman re same (.50). |
| 09/30/13 | L. Lichtman | 0.20 | Email from A. Valade re assessment by Michigan Department of Treasury and proposed audit for past four tax years (.20). |
| **Subtotal Hours and Fees - Tax Matters** | | **10.50** | **4,445.50** |

11769 – 330134
PDT 1084675 02/27/14

33

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**CLAIMS ADMINISTRATION AND OBJECTION**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/16/13 | J. Sgroi | 0.20 | Emails re KPMG invoices (.20). |
| 09/17/13 | J. Sgroi | 0.50 | Review KPMG invoices (.30); emails re same (.20). |
| 09/17/13 | L. Lichtman | 0.20 | Meet with C. Mayfield re research for objection to G3 claims (.20). |
| 09/17/13 | L. Lichtman | 0.70 | Review research re G3 state court action in connection with objection to claims (.70). |
| 09/18/13 | L. Lichtman | 1.80 | Research re objection to G3 claims (1.80). |
| 09/18/13 | L. Lichtman | 4.50 | Draft objection to G3 claims (4.50). |
| 09/19/13 | J. Sgroi | 0.50 | Review and provide comments to objection to G3 claims (.50). |
| 09/19/13 | C. Mayfield ll | 0.20 | Meet with L. Lichtman re G3 litigation and estimated amount of claims of derivative plaintiffs (.20). |
| 09/19/13 | L. Lichtman | 2.00 | Continue drafting objection to G3 claims (2.00). |
| 09/19/13 | L. Lichtman | 0.20 | Meet with C. Mayfield re research for objection G3 claims (.20). |
| 09/19/13 | L. Lichtman | 0.20 | Email to T. Sable re objection to G3 claims (.20). |
| 09/20/13 | J. Sgroi | 0.80 | Review and provide comments to G3 claim objection (.80). |
| 09/20/13 | L. Lichtman | 0.10 | Phone call with M. Hindelang re Omnibus Objection to G3 Plaintiffs' claims and ballots (.10). |
| 09/20/13 | L. Lichtman | 0.10 | Email from T. Sable re comments on Omnibus Objection to proofs of claim and Plan ballots of G3 litigation Plaintiffs (.10). |
| 09/20/13 | L. Lichtman | 0.30 | Review issues re Omnibus Objection to claims of G3 litigation Plaintiffs for balloting (.30). |
| 09/20/13 | L. Lichtman | 0.10 | Meet with T. Sable re Omnibus Objection to claims of G3 litigation Plaintiffs for balloting (.10). |

11769 – 330134

PDT 1084675 02/27/14

34

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/20/13 | L. Lichtman | 0.10 | Meet with C. Mayfield re Omnibus Objection to claims of G3 litigation Plaintiffs for balloting (.10). |
| 09/23/13 | L. Lichtman | 0.80 | Revise motion to estimate G3 claims (.80). |
| 09/23/13 | L. Lichtman | 0.30 | Draft order re omnibus objection to claims and Plan ballots of G3 Plaintiffs (.30). |
| 09/24/13 | L. Provenzano (L.A.) | 0.90 | Research local rules re claim objections (.40); review federal rules re claim objections (.50). |
| 09/24/13 | L. Provenzano (L.A.) | 1.00 | Review motion re G3 claims estimation (.40); draft exhibits to same (.30); finalize motion for electronic filing (.20); email with KCC re service of same (.10). |
| 09/24/13 | L. Provenzano (L.A.) | 0.20 | Meet with L. Lichtman re motion for G3 claims estimation (.20). |
| 09/24/13 | L. Lichtman | 0.80 | Revise motion to estimate G3 claims (.80). |
| 09/24/13 | L. Lichtman | 0.10 | Meet with L. Provenzano re motion to estimate G3 claims (.10). |
| 09/24/13 | L. Lichtman | 0.20 | Email to C. Reid and B. English re motion to estimate G3 claims (.20). |
| 09/24/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re motion to be filed seeking estimation of G3 claims for voting purposes (.20). |
| 09/26/13 | J. Sgroi | 0.40 | Phone call with KPMG re invoices (.40). |
| **Subtotal Hours and Fees - Claims Administration and Objection** | | **17.40** | **6,408.00** |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/03/13 | B. Lundberg (L.A.) | 2.20 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (2.20). |
| 09/04/13 | B. Lundberg (L.A.) | 0.80 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (.80). |
| 09/05/13 | B. Lundberg (L.A.) | 3.10 | Continue reviewing August monthly fee statement for accuracy and compliance with local court rules (3.10). |

11769 – 330134
PDT 1084675 02/27/14

35

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/05/13 | B. Lundberg (L.A.) | 0.70 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (.70). |
| 09/06/13 | A. Floraday | 2.10 | Research re supplemental disclosure (2.10). |
| 09/09/13 | J. Sgroi | 0.40 | Review order on second fee applications (.20); email with C. Reid re same (.20). |
| 09/09/13 | B. Lundberg (L.A.) | 1.10 | Continue reviewing July monthly fee statement for accuracy and compliance with local court rules (1.10). |
| 09/10/13 | L. Lichtman | 0.20 | Review results of research on supplemental disclosure (.20). |
| 09/10/13 | L. Lichtman | 0.10 | Meet with T. Sable re research for supplemental disclosure (.10). |
| 09/10/13 | L. Lichtman | 3.70 | Research re supplemental disclosure (3.70). |
| 09/10/13 | L. Lichtman | 1.20 | Draft memorandum to T. Sable re supplemental disclosure issues (1.20). |
| 09/10/13 | L. Lichtman | 0.20 | Review supplemental disclosure issues (.20). |
| 09/12/13 | J. Sgroi | 0.20 | Emails with T. Sable and L. Lichtman re final fee applications (.20). |
| 09/12/13 | B. Lundberg (L.A.) | 0.40 | Emails with M. Walker re monthly fee statements (.20); research re same (.20). |
| 09/12/13 | L. Lichtman | 0.10 | Emails with T. Sable and J. Sgroi re deadline for final fee applications (.10). |
| 09/18/13 | B. Lundberg (L.A.) | 0.70 | Continue reviewing August monthly fee statement for accuracy and compliance with local court rules (.70). |
| 09/19/13 | B. Lundberg (L.A.) | 1.40 | Continue reviewing August monthly fee statement for accuracy and compliance with local court rules (1.40). |
| 09/20/13 | B. Lundberg (L.A.) | 0.30 | Continue reviewing August monthly fee statement for accuracy and compliance with local court rules (.30). |
| 09/23/13 | E. Sable | 0.90 | Draft supplement to declaration of disinterestedness (.80); meet with L. Lichtman re same (.10). |
| 09/23/13 | B. Lundberg (L.A.) | 1.70 | Review August monthly fee statement for accuracy and compliance with local court rules (1.70). |
| 09/23/13 | L. Lichtman | 0.10 | Meet with T. Sable re supplemental disclosure (.10). |

11769 – 330134
PDT 1084675 02/27/14

36

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/24/13 | J. Sgroi | 0.20 | Phone call with T. Sable re River Branch issues (.20). |
| 09/24/13 | J. Sgroi | 0.20 | Emails with P. Torrence and C. Herstein re bank engagement issues (.20). |
| 09/25/13 | E. Sable | 0.40 | Review and revise supplemental declaration (.40). |
| 09/25/13 | B. Lundberg (L.A.) | 1.00 | Continue reviewing August monthly fee statement for accuracy and compliance with local court rules (1.00). |
| 09/26/13 | B. Lundberg (L.A.) | 0.60 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (.60). |
| 09/26/13 | B. Lundberg (L.A.) | 1.40 | Continue reviewing August monthly fee statement for accuracy and compliance with local court rules (1.40). |
| 09/26/13 | L. Provenzano (L.A.) | 0.20 | Revise Second Supplemental Declaration for electronic filing (.20). |
| **Subtotal Hours and Fees - Fee/Employment Applications** | | **25.60** | **7,195.00** |

**LITIGATION**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/27/13 | E. Sable | 0.90 | Review Committee's complaint seeking injunctive relief to prevent the extension of the D&O policy (.50); emails with C. Reid and B. English re same (.40). |
| 09/27/13 | J. Sgroi | 0.20 | Emails with C. Reid and B. English re complaint filed by Committee seeking injunction (.20). |
| 09/27/13 | L. Lichtman | 0.30 | Emails from T. Sable re Committee's complaint seeking injunction from paying insurance premium for D&O coverage (10); review said complaint (.20). |
| 09/28/13 | E. Sable | 0.30 | Further review of Committee's complaint seeking injunction (.30). |
| 09/29/13 | J. Sgroi | 0.80 | Review complaint filed by Committee seeking injunction (.80). |

11769 – 330134
PDT 1084675 02/27/14
37

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/30/13 | E. Sable | 1.30 | Review motion for Temporary restraining order (.50); meet with J. Sgroi re Committee complaint, motion for Temporary restraining order and motion to dismiss with respect to same (.50); meet with J. Sgroi and C. Mayfield re same (.20); review D&O insurance policy research re same (.10). |
| 09/30/13 | J. Sgroi | 1.50 | Review motion for Temporary restraining order (.50); meet with T. Sable re Committee complaint, motion for Temporary restraining order and motion to dismiss with respect to same (.50); meet with T. Sable and C. Mayfield re same (.20); review D&O insurance policy research re same (.30). |
| 09/30/13 | A. Floraday | 0.30 | Review previous D&O insurance research re Committee complaint (.30). |
| 09/30/13 | C. Mayfield ll | 7.20 | Meet with J. Sgroi and T. Sable re Committee complaint and motion to dismiss (.20); review Committee complaint (.80); research bankruptcy case law on standard for preliminary injunctions (.70); draft motion to dismiss (5.50). |
| 09/30/13 | L. Lichtman | 0.30 | Review Committee's Motion for Temporary restraining order re complaint for injunction from paying insurance premium for D&O coverage (.30). |
| **Subtotal Hours and Fees - Litigation** | | **13.10** | **4,279.00** |
| **Total Hours and Fees** | | **338.00** | **$124,780.00** |

11769 – 330134

PDT 1084675 02/27/14

38

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME SUMMARY BY ACTION CODE** (October 1 – 31, 2013)

| Action Code | Hours | Amount |
|---|---|---|
| 2397 Tax Appeal | 10.10 | 4,292.50 |
| 2590 Asset Disposition | 322.50 | 126,198.00 |
| 2591 Business Operations | 46.20 | 13,240.50 |
| 2592 Case Administration and Objections | 5.70 | 2,166.50 |
| 2595 Meetings of Creditors | 2.30 | 936.50 |
| 2596 Plan and Disclosure Statement | 30.60 | 12,357.50 |
| 2597 Relief from Stay Proceedings | 7.20 | 3,054.00 |
| 2669 Tax Matters | 33.30 | 16,093.50 |
| 2695 Claims Administration and Objection | 4.90 | 1,972.00 |
| 2696 Fee/Employment Applications | 29.90 | 7,750.50 |
| 456 Litigation | 2.70 | 1,098.50 |
| | | |
| **Total Fees** | **495.40** | **$189,160.00** |

11769 – 330134
PDT 1106902 02/27/14

62

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME DETAIL** (October 1 – 31, 2013)

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **TAX APPEAL** |
| 10/03/13 | M. Hilpert | 1.30 | Attention to Settlement Negotiations for Portage (1.30). |
| 10/18/13 | M. Hilpert | 2.00 | Attention to 2013 tax appeals for Portage (1.00); attention to 2013 tax appeals for Holland (1.00). |
| 10/23/13 | M. Hilpert | 1.50 | Attention to settlement negotiations for Holland (1.50). |
| 10/23/13 | M. Hilpert | 1.50 | Attention to settlement negotiations for Portage (1.50). |
| 10/24/13 | D. Stanley | 0.50 | Serve Petition on Department of Treasury (.50). |
| 10/30/13 | M. Hilpert | 1.00 | Attention to questions from Assessor re Grand Rapids discovery (1.00). |
| 10/30/13 | M. Hilpert | 0.30 | Attention to questions from Assessor re Kalamazoo Township discovery (.50). |
| 10/30/13 | M. Hilpert | 0.50 | Attention to questions from Assessor re Northern Shores discovery (.50). |
| 10/30/13 | M. Hilpert | 0.50 | Attention to questions from Assessor re Taylor discovery (.50). |
| 10/31/13 | M. Hilpert | 1.00 | Attention to Portage discovery request (1.00). |
| **Subtotal Hours and Fees - Tax Appeal** | | **10.10** | **4,292.50** |
| | | | **ASSET DISPOSITION** |
| 10/01/13 | J. Combs | 0.30 | Phone call with L. Lichtman re status of talks with Talmer, proposed tax deficiency by Michigan, and tax due diligence (.30). |
| 10/01/13 | J. Combs | 0.60 | Review of materials for tax due diligence and tax provisions of purchase agreement with Talmer (.60). |
| 10/01/13 | E. Sable | 0.10 | Email with P. Haley re U. Gorrepati's email on stock purchase agreement (.10). |

11769 – 330134
PDT 1106902 02/27/14

2

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/01/13 | J. Kuras | 0.20 | Email with M. White re Talmer stock purchase agreement schedules (.10); review stock purchase agreement re same (.10). |
| 10/01/13 | J. Sgroi | 0.20 | Email with Talmer re noteholder proposal (.20). |
| 10/01/13 | L. Lichtman | 0.20 | Phone call with J. Combs re status with Talmer and Committee on sale of subsidiary banks and due diligence on tax related matters (.20). |
| 10/02/13 | J. Combs | 0.20 | Review stock purchase agreement (.10); email to J. Kuras re same (.10). |
| 10/02/13 | E. Sable | 0.60 | Email with P. Haley re purchase agreement issues (.30); email with M. Hebbeln re same (.30). |
| 10/02/13 | E. Sable | 1.50 | Review and comment on Stock Purchase Agreement (1.50). |
| 10/02/13 | P. Torrence | 2.00 | Review and revise Talmer stock purchase agreement (2.00). |
| 10/02/13 | J. Kuras | 1.80 | Review and revise Talmer stock purchase agreement (1.80). |
| 10/02/13 | J. Kuras | 0.20 | Email with P. Torrence, T. Sable and B. English re comments on Talmer stock purchase agreement (.20). |
| 10/02/13 | J. Kuras | 0.30 | Email with M. White re comments to schedules to Talmer stock purchase agreement (.30). |
| 10/02/13 | J. Kuras | 0.30 | Review Talmer comments to stock purchase agreement (.30). |
| 10/02/13 | J. Kuras | 0.20 | Email with M. White re schedules to stock purchase agreement (.20). |
| 10/02/13 | J. Kuras | 0.10 | Email with B. English re status of Talmer stock purchase agreement (.10). |
| 10/02/13 | J. Kuras | 1.00 | Review schedules to Talmer stock purchase agreement (1.00). |
| 10/02/13 | J. Sgroi | 1.20 | Review and comment on stock purchase agreement (1.20). |
| 10/02/13 | L. Lichtman | 0.30 | Review Stock Purchase Agreement (.30). |
| 10/03/13 | J. Combs | 0.20 | Phone calls with S. Strand re stock purchase agreement (.20). |

11769 – 330134

PDT 1106902 02/27/14

3

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/03/13 | J. Combs | 0.10 | Review of Section 1.502-28 rules for basis reductions relating to tax representation added by Talmer to stock purchase agreement (.10). |
| 10/03/13 | J. Combs | 0.10 | Email to A. Valade re Michigan tax audit for stock purchase agreement disclosure schedules (.10). |
| 10/03/13 | J. Combs | 0.50 | Email to J. Kuras re comments on stock purchase agreement (.50). |
| 10/03/13 | J. Combs | 0.10 | Email to P. Torrence re stock purchase agreement tax provisions (.10). |
| 10/03/13 | J. Combs | 0.20 | Phone call with J. Kuras re tax refunds and control of tax matters on stock purchase agreement (.20). |
| 10/03/13 | J. Combs | 0.10 | Email with tax comments on stock purchase agreement (.10). |
| 10/03/13 | J. Combs | 0.20 | Draft disclosure re Michigan tax audits to include in stock purchase agreement (.20). |
| 10/03/13 | J. Combs | 0.60 | Review of built-in loss rules for commenting on stock purchase agreement (.60). |
| 10/03/13 | J. Combs | 0.30 | Review of conformity election and revocation for stock purchase agreement (.30). |
| 10/03/13 | J. Combs | 0.20 | Review of basis reduction rules under Section 108(b)(5) for stock purchase agreement (.20). |
| 10/03/13 | J. Combs | 0.20 | Phone call with S. Strand re timing of attribute reduction for stock purchase agreement (.20). |
| 10/03/13 | J. Combs | 0.20 | Review of agency rules for consolidated group for purposes of tax provision added in by Talmer to stock purchase agreement (.20). |
| 10/03/13 | J. Combs | 0.20 | Phone call with S. Strand re tax related calculations for stock purchase agreement representations for Sunrise Bank of Albuquerque (.20). |
| 10/03/13 | J. Combs | 1.00 | Review of calculations and parent change method for Sunrise Bank of Albuquerque for stock purchase agreement (1.00). |
| 10/03/13 | J. Combs | 1.50 | Review of files for due diligence purposes for stock purchase agreement (1.20); phone call with J. Kuras re tax issues for same (.30). |

11769 – 330134
PDT 1106902 02/27/14

4

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/03/13 | E. Sable | 1.50 | Email with P. Haley re bid procedures and purchase agreement issues (.30); review and further comment on Stock Purchase Agreement (.70); meet with J. Kuras re same (.30); meet with L. Lichtman re same (.20). |
| 10/03/13 | A. Valade | 1.30 | Review draft Purchase Agreement re tax representations (1.00); email to J. Combs re due diligence materials (.30). |
| 10/03/13 | J. Kuras | 0.20 | Phone call with J. Combs re tax issues on Talmer stock purchase agreement (.20). |
| 10/03/13 | J. Kuras | 0.10 | Email with P. Torrence re Talmer stock purchase agreement (.10). |
| 10/03/13 | J. Kuras | 0.30 | Draft tax disclosures to Talmer stock purchase agreement (.30). |
| 10/03/13 | J. Kuras | 0.50 | Review client comments to Talmer stock purchase agreement (.50). |
| 10/03/13 | J. Kuras | 1.90 | Review and revise Talmer stock purchase agreement (1.90). |
| 10/03/13 | J. Kuras | 0.10 | Email with T. Sable re comments to Talmer stock purchase agreement (.10). |
| 10/03/13 | J. Kuras | 1.50 | Review and revise Talmer stock purchase agreement (1.50). |
| 10/03/13 | J. Kuras | 0.20 | Email with B. English re stock purchase agreement issues (.20). |
| 10/03/13 | J. Kuras | 0.30 | Meet with S. Swan re capitalization of subsidiary banks for stock purchase agreement (.30). |
| 10/03/13 | J. Kuras | 1.00 | Phone call with B. English re Talmer stock purchase agreement (1.00). |
| 10/03/13 | J. Kuras | 0.20 | Phone call with M. White re schedules to Talmer stock purchase agreement (.20). |
| 10/03/13 | J. Kuras | 0.30 | Phone call with J. Combs re tax issues with Talmer stock purchase agreement (.30). |
| 10/03/13 | J. Kuras | 0.30 | Meet with T. Sable re Talmer stock purchase agreement issues (.30). |
| 10/03/13 | J. Kuras | 0.20 | Email with M. White re schedules to Talmer stock purchase agreement (.20). |

11769 – 330134
PDT 1106902 02/27/14
5

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/03/13 | J. Sgroi | 0.20 | Emails with noteholders' counsel re proposal on Talmer transaction (.20). |
| 10/03/13 | J. Sgroi | 0.80 | Emails with Talmer re bid procedures and purchase agreement (.30); review and revise stock purchase agreement (.50). |
| 10/03/13 | S. Strand | 3.20 | Research consolidated return rules related to net operating losses re Talmer transaction (2.10); review tax provisions in stock purchase agreement re same (.50); phone calls with J. Combs re same (.60). |
| 10/03/13 | S. Swan (L.A.) | 1.60 | Meet with J. Kuras re ownership changes in Capitol Development Bancorp Limited V & VI (.30); research with H. Harmon to determine capitalization of four banks for sales agreement (.50); phone call with M. White re same (.30); emails with H. Harmon re liquidating shares in IRA (.20); phone call with H. Harmon re stock certificates for banks involved in purchase agreement (.30). |
| 10/03/13 | L. Lichtman | 0.20 | Meet with T. Sable re Committee's proposed direct communications with counsel for Talmer for negotiation of Stock Purchase Agreement (.20). |
| 10/03/13 | L. Lichtman | 0.30 | Review comments of T. Sable on Stock Purchase Agreement (.30). |
| 10/04/13 | J. Combs | 0.20 | Review revised stock purchase agreement (.20). |
| 10/04/13 | J. Combs | 0.90 | Phone call with K. Schafer re tax representations and warranties, tax matters and covenants relating to taxes in Talmer purchase agreement (.60); phone call with J. Kuras re same (.30). |
| 10/04/13 | J. Combs | 0.30 | Email to J. Kuras re comments on stock purchase agreement with Talmer (.30). |
| 10/04/13 | J. Kuras | 0.40 | Meet with L. Lichtman re stock purchase agreement issues (.40). |
| 10/04/13 | J. Kuras | 3.00 | Review and revise Talmer stock purchase agreement (3.00). |
| 10/04/13 | J. Kuras | 0.20 | Phone call with T. Sable re revisions to stock purchase agreement (.20). |

11769 – 330134
PDT 1106902 02/27/14

6

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/04/13 | J. Kuras | 0.30 | Phone call with J. Combs re stock purchase agreement tax issues (.30). |
| 10/04/13 | J. Kuras | 0.30 | Phone call with M. White re stock purchase agreement (.30). |
| 10/04/13 | J. Kuras | 0.20 | Phone call with M. White re schedules to stock purchase agreement (.20). |
| 10/04/13 | J. Kuras | 0.30 | Email with Talmer counsel re Talmer stock purchase agreement (.30). |
| 10/04/13 | J. Kuras | 0.20 | Email with P. Torrence re bank capital structures to stock purchase agreement (.20). |
| 10/04/13 | J. Kuras | 0.50 | Email with S. Swan re bank capital structures to stock purchase agreement (.50). |
| 10/04/13 | J. Kuras | 0.30 | Revise Disclosure Schedules to Talmer stock purchase agreement (.30). |
| 10/04/13 | J. Kuras | 0.50 | Review client comments to Talmer stock purchase agreement (.50). |
| 10/04/13 | J. Kuras | 0.20 | Email with B. English re Talmer stock purchase agreement issues (.20). |
| 10/04/13 | J. Sgroi | 0.10 | Review emails with noteholders' counsel re stock purchase agreement (.10). |
| 10/04/13 | S. Swan (L.A.) | 1.90 | Determine share amounts for capitalization section of stock purchase agreement (1.90). |
| 10/04/13 | S. Swan (L.A.) | 1.40 | Revise Contribution Agreement re capitalization sections (1.00); email to B. Hills to confirm outstanding share amounts (.10); email with S. Chamberlain re certified mail (.10); email with M. White re email from J. Smith at Wilmington requesting Certificates of No-Default (.20). |
| 10/04/13 | L. Lichtman | 0.20 | Emails with J. Kuras re status of tax matters for Stock Purchase Agreement (.20). |
| 10/04/13 | L. Lichtman | 0.30 | Meet with J. Kuras re Stock Purchase Agreement (.30). |
| 10/04/13 | L. Lichtman | 0.30 | Emails with J. Combs re prior settlement of Michigan Business Tax for Stock Purchase Agreement (.30). |
| 10/04/13 | L. Lichtman | 0.30 | Review Stock Purchase Agreement (.30). |

11769 – 330134
PDT 1106902 02/27/14

7

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/04/13 | L. Lichtman | 0.20 | Emails with P. Torrence, T. Sable and J. Sgroi re allocation of purchase price and Stock Purchase Agreement (.20). |
| 10/04/13 | L. Lichtman | 0.20 | Email from U. Gorrepati, counsel to senior noteholders on Committee, re Stock Purchase Agreement (.20). |
| 10/05/13 | J. Kuras | 0.20 | Email with M. White re schedules to Talmer stock purchase agreement (.20). |
| 10/06/13 | E. Sable | 0.60 | Email from P. Haley re bidding procedures (.10); review same (.50). |
| 10/06/13 | J. Sgroi | 0.50 | Review bid procedures (.50). |
| 10/06/13 | L. Lichtman | 0.20 | Email from P. Haley re Bidding Procedures (.10); review same (.10). |
| 10/07/13 | J. Combs | 0.20 | Phone call with J. Kuras re Talmer stock purchase agreement and subsidiaries (.20). |
| 10/07/13 | J. Combs | 0.10 | Emails with J. Kuras re subsidiaries for due diligence call on stock purchase agreement (.10). |
| 10/07/13 | J. Combs | 0.20 | Review of files for due diligence call on stock purchase agreement (.20). |
| 10/07/13 | J. Combs | 0.90 | Phone call with Talmer and Capitol re Talmer proposed acquisition of banking subsidiaries (.40); meet with T. Sable, J. Sgroi and L. Lichtman re tax issues for stock purchase agreement (.50). |
| 10/07/13 | J. Combs | 0.20 | Phone call with L. Lichtman re IRS tax liability and due diligence call with Talmer (.20). |
| 10/07/13 | E. Sable | 1.80 | Draft revised bid procedures (1.30); phone call with P. Haley re same (.30); meet with L. Lichtman re same (.20). |
| 10/07/13 | E. Sable | 1.00 | Review issues related to IRS and state tax claims for stock purchase agreement (.50); meet with J. Sgroi, J. Combs and L. Lichtman re same (.50). |
| 10/07/13 | E. Sable | 1.10 | Review revisions to Stock Purchase Agreement (.80); phone call with J. Kuras and J. Sgroi re same (.10); phone call with P. Torrence re schedules to same (.20). |
| 10/07/13 | J. Kuras | 0.20 | Phone call with P. Torrence re Talmer revisions to stock purchase agreement (.20). |

11769 – 330134
PDT 1106902 02/27/14

8

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/07/13 | J. Kuras | 0.30 | Email with B. English and P. Torrence re Talmer stock purchase agreement (.30). |
| 10/07/13 | J. Kuras | 0.20 | Email with M. White re schedules to Talmer stock purchase agreement (.20). |
| 10/07/13 | J. Kuras | 0.10 | Email with M. White re schedules to Talmer stock purchase agreement (.10). |
| 10/07/13 | J. Kuras | 0.30 | Phone call with J. Combs re Talmer transaction and tax diligence issues (.20); emails with J. Combs re same (.10). |
| 10/07/13 | J. Kuras | 0.20 | Revise Talmer stock purchase agreement (.20). |
| 10/07/13 | J. Kuras | 0.10 | Phone call with T. Sable and J. Sgroi re revisions to Talmer stock purchase agreement (.10). |
| 10/07/13 | J. Kuras | 0.20 | Email with B. English and P. Torrence re revised Talmer stock purchase agreement (.20). |
| 10/07/13 | J. Kuras | 0.20 | Review B. Thomas comments on Talmer stock purchase agreement (.20). |
| 10/07/13 | J. Kuras | 1.00 | Review bid revisions to Talmer stock purchase agreement schedules (1.00). |
| 10/07/13 | J. Kuras | 0.20 | Email with M. White re revisions to Talmer stock purchase agreement schedules (.20). |
| 10/07/13 | J. Kuras | 0.20 | Review Talmer comments to stock purchase agreement (.20). |
| 10/07/13 | J. Kuras | 0.10 | Email with P. Torrence re Talmer comments to stock purchase agreement (.10). |
| 10/07/13 | J. Sgroi | 1.50 | Revise bid procedures (1.50). |
| 10/07/13 | J. Sgroi | 1.00 | Review tax issues re stock purchase agreement (.50); meeting with T. Sable, J. Combs and L. Lichtman re same (.50). |
| 10/07/13 | J. Sgroi | 0.80 | Review stock purchase agreement (.70); phone call with T. Sable and J. Kuras re same (.10). |
| 10/07/13 | S. Swan (L.A.) | 1.00 | Revise Contribution Agreement (.80); email with B. Hills re Reallocation Agreement files (.20). |

11769 – 330134

PDT 1106902 02/27/14

9

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/07/13 | L. Lichtman | 0.30 | Email from C. Reid re treatment of IRS liability in sale transaction with Talmer (.20); meet with T. Sable re same (.10). |
| 10/07/13 | L. Lichtman | 0.30 | Phone call with J. Combs re IRS liability in sale transaction with Talmer (.30). |
| 10/07/13 | L. Lichtman | 0.20 | Emails with T. Sable re revised Bidding Procedures (.20). |
| 10/07/13 | L. Lichtman | 1.20 | Email from P. Haley re revised Bidding Procedures (.10); review same (.60); meet with T. Sable, J. Sgroi and J. Combs re tax issues with stock purchase agreement (.50). |
| 10/07/13 | L. Lichtman | 0.20 | Meet with T. Sable re Bidding Procedures (.20). |
| 10/08/13 | J. Combs | 0.20 | Review stock purchase agreement (.20). |
| 10/08/13 | J. Combs | 0.80 | Review of 1.1502-28 and 336(e) tax elections re Talmer transaction (.60); phone call with S. Strand re ordering of transactions (.20). |
| 10/08/13 | J. Combs | 0.20 | Review comments from Talmer on Stock Purchase Agreement (.20). |
| 10/08/13 | J. Combs | 0.20 | Phone call with J. Kuras re Talmer purchase agreement, tax liability of consolidated group and potential liability (.20). |
| 10/08/13 | E. Sable | 1.30 | Phone call with J. Sgroi and P. Haley re negotiation of bid procedures (.30); revise same (.20); phone call with J. Kuras and J. Sgroi re stock purchase agreement (.30); phone call with J. Kuras, J. Sgroi and buyer re purchase agreement (.50). |
| 10/08/13 | P. Torrence | 3.00 | Review and revise Stock Purchase Agreement (2.20); review tax liability of same and impact on the banks (.80). |
| 10/08/13 | J. Kuras | 0.10 | Email with B. English re Talmer stock purchase agreement issues (.10). |
| 10/08/13 | J. Kuras | 0.50 | Phone call with B. English and M. White re Talmer stock purchase agreement (.50). |

11769 – 330134
PDT 1106902 02/27/14

10

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/08/13 | J. Kuras | 0.20 | Phone call with P. Torrence re tax issues with Talmer stock purchase agreement (.20). |
| 10/08/13 | J. Kuras | 0.30 | Phone call with J. Combs re tax issues with Talmer stock purchase agreement (.30). |
| 10/08/13 | J. Kuras | 0.10 | Email with S. Swan re contribution agreement (.10). |
| 10/08/13 | J. Kuras | 0.10 | Email with B. English re Talmer stock purchase agreement tax issues (.10). |
| 10/08/13 | J. Kuras | 0.20 | Email with J. Wolfersberger, Talmer counsel re stock purchase agreement tax issues (.20). |
| 10/08/13 | J. Kuras | 0.20 | Email with J. Combs and P. Torrence re Talmer stock purchase agreement tax issues (.20). |
| 10/08/13 | J. Kuras | 0.30 | Phone call with T. Sable and J. Sgroi re Talmer stock purchase agreement issues (.30). |
| 10/08/13 | J. Kuras | 1.00 | Phone call with B. English re stock purchase agreement (.50); phone call with T. Sable, J. Sgroi and Talmer re same (.50). |
| 10/08/13 | J. Kuras | 0.10 | Email with T. Sable re Talmer phone call on stock purchase agreement issues (.10). |
| 10/08/13 | J. Kuras | 0.20 | Email with Talmer counsel re stock purchase agreement negotiations (.20). |
| 10/08/13 | J. Sgroi | 1.30 | Phone call with T. Sable and P. Haley re negotiation of bid procedures (.30); revise same (.20); phone call with T. Sable and J. Kuras re stock purchase agreement (.30); phone call with J. Kuras, T. Sable and buyer re same (.50). |
| 10/08/13 | J. Sgroi | 4.80 | Draft sale motion (2.30); draft motion to amend bid procedures (2.10); meet with L. Lichtman re bid procedures (.40). |
| 10/08/13 | S. Strand | 0.80 | Research consolidated group allocation and attribution rules related to net operating losses (.60); phone call with J. Combs re net operating loss issue (.20). |
| 10/08/13 | S. Swan (L.A.) | 1.50 | Email with B. Hills re Schedule I, MCBL share amounts for stock purchase agreement (.30); revise said schedule (1.10); email to J. Kuras re same (.10). |

11769 – 330134
PDT 1106902 02/27/14

11

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/08/13 | L. Lichtman | 0.40 | Review Talmer's revised Stock Purchase Agreement (.40). |
| 10/08/13 | L. Lichtman | 0.20 | Email to T. Sable and J. Sgroi re sale notice and publication issues (.20). |
| 10/08/13 | L. Lichtman | 1.00 | Meet with J. Sgroi re Bidding Procedures (.40); review Talmer's due diligence status and tax issues (.60). |
| 10/08/13 | L. Lichtman | 0.20 | Review sale notice publication issues (.20). |
| 10/08/13 | L. Lichtman | 0.40 | Review Sale Procedures Order re notice and publication requirements (.40). |
| 10/08/13 | L. Lichtman | 0.10 | Email from T. Sable re sale process dates for Stock Purchase Agreement (.10). |
| 10/08/13 | L. Lichtman | 0.30 | Review issues re sale process dates for Stock Purchase Agreement (.30). |
| 10/09/13 | J. Combs | 0.10 | Email to J. Kuras re alternatives for tax assessment in stock purchase agreement (.10). |
| 10/09/13 | M. Lisi | 0.10 | Phone call with J. Kuras re trademark license in purchase agreement (.10). |
| 10/09/13 | M. Lisi | 0.70 | Review trademarks in Schedule to stock purchase agreement (.10); research USPTO records re same (.20); draft trademark license provision for stock purchase agreement (.40). |
| 10/09/13 | E. Sable | 2.00 | Review and revise sale motion (.60); email with P. Haley re bid procedures and related matters (.30); meet with J. Sgroi re motion to amend bid procedures (.30); review P. Haley's further comments to bid procedures (.20); work on stock purchase agreement issues (.60). |
| 10/09/13 | P. Torrence | 3.00 | Review updated stock purchase agreement (.80); review employee issues re same (.80); draft open items list re same (1.40). |
| 10/09/13 | J. Kuras | 0.30 | Phone call with M. Lisi re trademark licensing issues on Talmer stock purchase agreement (.10); review stock purchase agreement re same (.20). |
| 10/09/13 | J. Kuras | 0.30 | Revise trademark licensing provision on Talmer stock purchase agreement (.30). |

11769 – 330134
PDT 1106902 02/27/14

12

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/09/13 | J. Kuras | 0.20 | Email with B. English re trademark licensing issues on Talmer stock purchase agreement (.20). |
| 10/09/13 | J. Kuras | 0.30 | Draft email re Talmer stock purchase agreement tax issues potential resolution (.30). |
| 10/09/13 | J. Kuras | 0.10 | Email with J. Combs re Talmer stock purchase agreement tax issues potential resolution (.10). |
| 10/09/13 | J. Kuras | 0.20 | Email with C. Reid re Talmer stock purchase agreement tax issues potential resolution (.20). |
| 10/09/13 | J. Kuras | 0.20 | Email with M. White re schedules to Talmer stock purchase agreement (.20). |
| 10/09/13 | J. Kuras | 0.30 | Email with J. Wolfersberger, Talmer counsel re trademark issues with Talmer stock purchase agreement (.30). |
| 10/09/13 | J. Kuras | 0.20 | Phone call with P. Torrence re Talmer stock purchase agreement issues (.20). |
| 10/09/13 | J. Kuras | 0.20 | Email with B. English re Talmer stock purchase agreement issues (.20). |
| 10/09/13 | J. Sgroi | 3.80 | Continue drafting sale motion (1.50); continue drafting motion to amend bid procedures (1.00); emails with Talmer re bid procedures and related matters (.30); meeting with T. Sable re motion to amend bid procedures (.30); review Talmer comments to bid procedures (.20); review and revise stock purchase agreement (.50). |
| 10/09/13 | L. Lichtman | 0.20 | Email from P. Haley re Amended Bidding Procedures (.10); review same (.10). |
| 10/09/13 | L. Lichtman | 0.20 | Emails with T. Sable re Amended Bidding Procedures issues (.20). |
| 10/09/13 | L. Lichtman | 0.20 | Emails from P. Haley and T. Sable re comments on Amended Bidding Procedures (.20). |
| 10/10/13 | J. Combs | 1.00 | Review of materials re tax procedure for contesting assessment through refund process (1.00). |
| 10/10/13 | J. Combs | 0.50 | Review of materials re proceeding with refund claim with the IRS (.50). |

11769 – 330134
PDT 1106902 02/27/14

13

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/10/13 | J. Combs | 0.50 | Phone call with K. Schafer re federal and state tax returns and ability to amend tax returns between sign and close and ability to file original tax returns after signing (.50). |
| 10/10/13 | J. Combs | 0.70 | Emails with T. Sable re federal tax assessment (.30); emails with J. Kuras, J. Sgroi, T. Sable and P. Torrence re same (.40). |
| 10/10/13 | E. Sable | 4.10 | Continue drafting sale motion (.70); draft bidding procedures motion (.80); email with P. Haley re same (.40); review and comment on changes to stock purchase agreement (1.00); review and revise declaration in support of sale (.50); emails with P. Haley re tax liability issues for sale (.50); review same (.20). |
| 10/10/13 | E. Sable | 0.90 | Review research re tax claims for stock purchase agreement (.70); meet with L. Lichtman re sale motion (.20). |
| 10/10/13 | P. Torrence | 4.50 | Work on work around issues related to tax issues and COBRA-related issues re stock purchase agreement (1.30); review and revise stock purchase agreement (1.10); draft list of outstanding issues re same (1.20); review sale order re same (.40); review C. Reid declaration re Talmer sale (.50). |
| 10/10/13 | J. Kuras | 0.30 | Email with C. Reid re Talmer assumption of contracts (.30). |
| 10/10/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re Talmer assumption of contracts (.20). |
| 10/10/13 | J. Kuras | 1.00 | Revise Talmer stock purchase agreement (1.00). |
| 10/10/13 | J. Kuras | 0.20 | Email with B. English re Talmer rejection of certain contracts (.20). |
| 10/10/13 | J. Kuras | 0.20 | Phone call with B. English re transition services issues in Talmer stock purchase agreement (.20). |
| 10/10/13 | J. Kuras | 0.20 | Phone call with B. English re Talmer rejection of certain contracts (.20). |

11769 – 330134
PDT 1106902 02/27/14

14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/10/13 | J. Kuras | 0.10 | Phone call with B. English re Talmer stock purchase agreement negotiations (.10). |
| 10/10/13 | J. Kuras | 0.50 | Review Talmer revisions to stock purchase agreement (.50). |
| 10/10/13 | J. Kuras | 0.20 | Email with T. Sable, P. Torrence and J. Sgroi re Talmer revisions to stock purchase agreement (.20). |
| 10/10/13 | J. Kuras | 0.10 | Email with J. Combs re tax issues with Talmer revisions to stock purchase agreement (.10). |
| 10/10/13 | J. Kuras | 0.30 | Email with M. White re requested changes to stock purchase agreement schedules (.30). |
| 10/10/13 | J. Kuras | 0.10 | Email with P. Torrence re Talmer stock purchase agreement issues (.10). |
| 10/10/13 | J. Kuras | 0.20 | Email with B. English and C. Reid re Talmer response to lease rejection issues (.20). |
| 10/10/13 | J. Kuras | 0.30 | Phone call with C. Reid re Talmer stock purchase agreement issues with contracts (.30). |
| 10/10/13 | J. Kuras | 0.30 | Email with J. Wolfersberger re lease rejection issue in stock purchase agreement (.30). |
| 10/10/13 | J. Kuras | 0.10 | Email with J. Wolfersberger re lease rejection issue in stock purchase agreement (.10). |
| 10/10/13 | J. Kuras | 0.20 | Email with B. English re Talmer revisions to stock purchase agreement (.20). |
| 10/10/13 | J. Kuras | 0.50 | Review and revise C. Reid declaration re Talmer transaction (.50). |
| 10/10/13 | J. Kuras | 0.20 | Email with C. Reid re declaration for Talmer transaction (.20). |
| 10/10/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re Talmer stock purchase agreement issues (.20). |
| 10/10/13 | J. Kuras | 0.30 | Phone call with J. Wolfersberger re Talmer stock purchase agreement issues (.30). |
| 10/10/13 | J. Kuras | 0.20 | Email with C. Reid re declaration in support of Talmer stock purchase agreement (.20). |
| 10/10/13 | J. Kuras | 0.20 | Email with M. White and R. Eichorst re Indiana Community Bank issues with Talmer stock purchase agreement (.20). |

11769 – 330134
PDT 1106902 02/27/14

15

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/10/13 | J. Kuras | 0.20 | Phone call with B. English re Talmer stock purchase agreement issues (.20). |
| 10/10/13 | J. Kuras | 0.20 | Phone call with B. English re Talmer stock purchase agreement contract issues (.20). |
| 10/10/13 | J. Kuras | 0.20 | Phone call with B. English re Talmer stock purchase agreement transition issues (.20). |
| 10/10/13 | J. Kuras | 0.20 | Phone call with B. English re Talmer stock purchase agreement schedule issues (.20). |
| 10/10/13 | J. Kuras | 0.10 | Phone call with B. English re Talmer stock purchase agreement tax issues (.10). |
| 10/10/13 | J. Kuras | 1.50 | Revise Talmer stock purchase agreement (1.50). |
| 10/10/13 | J. Kuras | 0.20 | Email with J. Sgroi re Talmer stock purchase agreement (.20). |
| 10/10/13 | J. Kuras | 0.20 | Email with B. English re IRS liability issue in Talmer transaction (.20). |
| 10/10/13 | J. Kuras | 0.10 | Email with J. Combs and J. Sgroi re IRS liability issue in Talmer transaction (.10). |
| 10/10/13 | J. Kuras | 0.20 | Email with J. Combs re amended tax return issue in Talmer stock purchase agreement (.20). |
| 10/10/13 | J. Sgroi | 1.00 | Review research on tax claims re Talmer transaction (1.00). |
| 10/10/13 | J. Sgroi | 3.40 | Continue drafting sale motion (1.00); draft bidding procedures motion (.90); emails with P. Haley re same (.20); review changes to purchase agreement (.50); review and revise declaration in support of sale (.50); emails with P. Haley re tax liability issues for sale (.30). |
| 10/10/13 | S. Swan (L.A.) | 0.50 | Revise Declaration of B. English with branch information and share amounts re stock purchase agreement (.50). |
| 10/10/13 | L. Lichtman | 0.20 | Emails from C. Reid, P. Torrence and T. Sable re issue of fee sought by River Branch for Talmer transaction (.20). |
| 10/10/13 | L. Lichtman | 0.20 | Email from P. Haley re proposed Sale Order (.10); review same (.10). |

11769 – 330134
PDT 1106902 02/27/14
16

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/10/13 | L. Lichtman | 0.40 | Review Motion to Approve Amended Bidding Procedures (.40). |
| 10/10/13 | L. Lichtman | 0.10 | Meet with J. Sgroi re comments on Motion to Approve Amended Bidding Procedures (.10). |
| 10/10/13 | L. Lichtman | 0.20 | Meet with T. Sable re status of open issues with Talmer Sale Motion (.20). |
| 10/10/13 | L. Lichtman | 0.70 | Review Sale Motion re Talmer transaction (.70). |
| 10/10/13 | L. Lichtman | 0.10 | Email to J. Sgroi re comments on Talmer Sale Motion (.10). |
| 10/10/13 | L. Lichtman | 0.10 | Meet with T. Sable re issue of investment banker's fee sought by River Branch for Talmer transaction (.10). |
| 10/11/13 | J. Combs | 0.90 | Phone call with K. Schafer re stock purchase agreement tax provisions and federal tax assessment (.90). |
| 10/11/13 | J. Combs | 0.30 | Review of stock purchase agreement tax related provisions (.30). |
| 10/11/13 | J. Combs | 0.20 | Emails to J. Kuras re stock purchase agreement tax provisions in final agreement (.20). |
| 10/11/13 | J. Combs | 0.40 | Email to K. Schafer and J. Kuras re stock purchase agreement tax provisions (.40). |
| 10/11/13 | E. Sable | 4.10 | Phone call with J. Sgroi, J. Kuras, C. Reid and B. English re stock purchase agreement (.80); continue drafting sale motion (1.00); continue drafting bidding procedures motion (.80); review changes to Stock Purchase Agreement (.50); phone call with J. Sgroi and J. Kuras re same (.20); meetings with J. Sgroi re sale motion and bidding procedures motion (.60); phone call with J. Sgroi and C. Reid re declaration in support of sale (.20). |
| 10/11/13 | P. Torrence | 3.40 | Review and revise stock purchase agreement (2.30); revise list of items to include in same (1.10). |
| 10/11/13 | J. Kuras | 0.20 | Email with C. Reid re treatment of health plan in stock purchase agreement (.20). |
| 10/11/13 | J. Kuras | 0.20 | Email with J. Sgroi re final sale motion (.20). |
| 10/11/13 | J. Kuras | 0.20 | Review final sale motion (.20). |

11769 – 330134
PDT 1106902 02/27/14

17

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/11/13 | J. Kuras | 0.20 | Phone call with J. Wolfersberger and B. Ryan re treatment of health plan in stock purchase agreement (.20). |
| 10/11/13 | J. Kuras | 0.20 | Revise Talmer stock purchase agreement re treatment of health plan (.20). |
| 10/11/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re final stock purchase agreement issues (.20). |
| 10/11/13 | J. Kuras | 0.20 | Review final Talmer stock purchase agreement (.20). |
| 10/11/13 | J. Kuras | 0.10 | Phone call with C. Reid re final Talmer stock purchase agreement (.10). |
| 10/11/13 | J. Kuras | 0.10 | Email with working group re final Talmer stock purchase agreement (.10). |
| 10/11/13 | J. Kuras | 0.10 | Email with B. English re tax issues in stock purchase agreement (.10). |
| 10/11/13 | J. Kuras | 0.10 | Email with J. Sgroi re ability to reject lease in stock purchase agreement (.10). |
| 10/11/13 | J. Kuras | 0.10 | Email with J. Wolfersberger re Talmer stock purchase agreement status (.10). |
| 10/11/13 | J. Kuras | 0.10 | Email with C. Reid re tax issues in stock purchase agreement (.10). |
| 10/11/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re asset schedule to Talmer stock purchase agreement (.20). |
| 10/11/13 | J. Kuras | 0.20 | Review C. Reid comments on declaration in support of sale (.20). |
| 10/11/13 | J. Kuras | 0.20 | Review proposed revisions to Talmer stock purchase agreement (.20). |
| 10/11/13 | J. Kuras | 0.30 | Revise asset schedule to Talmer stock purchase agreement (.30). |
| 10/11/13 | J. Kuras | 0.20 | Email with B. English and C. Reid re asset schedule to Talmer stock purchase agreement (.20). |
| 10/11/13 | J. Kuras | 0.40 | Phone call with B. English re asset schedule to Talmer stock purchase agreement (.40). |
| 10/11/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re asset schedule to Talmer stock purchase agreement (.20). |

11769 – 330134
PDT 1106902 02/27/14

18

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/11/13 | J. Kuras | 0.80 | Revise Talmer stock purchase agreement (.80). |
| 10/11/13 | J. Kuras | 0.20 | Email with J. Sgroi re exhibits to Talmer stock purchase agreement (.20). |
| 10/11/13 | J. Kuras | 0.20 | Email with C. Reid re revisions to stock purchase agreement (.20). |
| 10/11/13 | J. Kuras | 0.20 | Phone call with T. Sable and J. Sgroi re Talmer stock purchase agreement (.20). |
| 10/11/13 | J. Kuras | 0.20 | Email with B. English re Talmer stock purchase agreement issues (.20). |
| 10/11/13 | J. Kuras | 0.10 | Email with P. Torrence re status of Talmer stock purchase agreement (.10). |
| 10/11/13 | J. Kuras | 0.20 | Meet with J. Sgroi re Talmer stock purchase agreement issues (.20). |
| 10/11/13 | J. Kuras | 0.70 | Phone call with client and Talmer re open items for stock purchase agreement (.70). |
| 10/11/13 | J. Kuras | 0.40 | Draft memo to B. English re remaining Talmer stock purchase agreement issues (.40). |
| 10/11/13 | J. Kuras | 0.30 | Phone call with C. Reid re remaining Talmer stock purchase agreement issues (.30). |
| 10/11/13 | J. Kuras | 0.20 | Phone call with P. Torrence re remaining Talmer stock purchase agreement issues (.20). |
| 10/11/13 | J. Kuras | 0.30 | Email from J. Combs and K. Schaefer re tax issues in Talmer stock purchase agreement (.30). |
| 10/11/13 | J. Kuras | 0.30 | Email with M. White re Capitol National Bank stock purchase agreement and effect on schedules to Talmer stock purchase agreement (.30). |
| 10/11/13 | J. Kuras | 0.30 | Review Capitol National Bank stock purchase agreement for effect on Talmer stock purchase agreement (.30). |
| 10/11/13 | J. Kuras | 0.20 | Meet with J. Sgroi re Capitol National Bank stock purchase agreement and effect on Talmer stock purchase agreement (.20). |

11769 – 330134
PDT 1106902 02/27/14

19

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/11/13 | J. Kuras | 0.80 | Phone call with T. Sable, J. Sgroi, C. Reid and B. English re Talmer stock purchase agreement open issues (.80). |
| 10/11/13 | J. Kuras | 0.20 | Email with P. Torrence re Talmer stock purchase agreement open issues (.20). |
| 10/11/13 | J. Kuras | 0.20 | Email with T. Sable re status of administration expenses in stock purchase agreement (.20). |
| 10/11/13 | J. Kuras | 0.20 | Phone call with P. Torrence re status of administration expenses in stock purchase agreement (.20). |
| 10/11/13 | J. Sgroi | 9.20 | Phone call with T. Sable, J. Kuras, C. Reid and B. English re Talmer transaction (.80); continue drafting sale motion (1.80); continue drafting bid procedures motion (1.70); meet with R. Riley re same (.30); review and revise Stock Purchase Agreement (2.40); phone call with T. Sable and J. Kuras re same (.20); meetings with T. Sable re same (.60); phone call with T. Sable and C. Reid re declaration in support of sale (.20); phone calls with Talmer re finalization of stock purchase agreement, sale motion and bid procedures motion (.80); meetings with J. Kuras re Talmer transaction (.40). |
| 10/11/13 | R. Riley | 2.60 | Review and revise motion to amend bidding procedures (2.30); meeting with J. Sgroi re same (.30). |
| 10/11/13 | L. Lichtman | 0.10 | Meet with J. Sgroi re status of Stock Purchase Agreement with Talmer (.10). |
| 10/11/13 | L. Lichtman | 0.10 | Email from J. Kuras re execution of Stock Purchase Agreement with Talmer (.10). |
| 10/14/13 | M. Lisi | 0.10 | Emails with J. Kuras re proposed license language in stock purchase agreement (.10). |
| 10/14/13 | E. Sable | 0.50 | Phone call with C. Reid re numerous sale issues (.50). |

11769 – 330134
PDT 1106902 02/27/14

20

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/14/13 | E. Sable | 2.60 | Review and revise sale motion (.40); review and revise order re same (.20); review and revise bidding procedures motion (.40); review and revise order re same (.20); draft motion to expedite hearing and limit notice on bidding procedures order (.40); draft order re same (.20); phone call with J. Sgroi and P. Haley re same (.30); phone call with J. Kuras and P. Haley re affidavit for sale motion (.20); meet with J. Kuras re same (.10); phone call with J. Kuras re sale motion (.20). |
| 10/14/13 | J. Kuras | 0.10 | Email with P. Torrence re filing of sale motion (.10). |
| 10/14/13 | J. Kuras | 0.10 | Email with C. Reid re filing of sale motion (.10). |
| 10/14/13 | J. Kuras | 0.20 | Phone call with T. Sable and P. Haley re affidavit for Talmer sale motion (.20). |
| 10/14/13 | J. Kuras | 0.10 | Meet with T. Sable re affidavit for Talmer sale motion (.10). |
| 10/14/13 | J. Kuras | 0.20 | Phone call with T. Sable re filing of sale motion (.20). |
| 10/14/13 | J. Sgroi | 0.50 | Phone call with C. Reid re numerous sale issues (.50). |
| 10/14/13 | J. Sgroi | 2.80 | Revise sale motion (.60); revise order re same (.40); revise bid procedures (.60); revise order re same (.40); review and comment on motion to expedite hearing re same (.50); phone call with T. Sable and P. Haley re same (.30). |
| 10/14/13 | L. Provenzano (L.A.) | 0.30 | Finalize amended bidding procedures (.30). |
| 10/14/13 | L. Provenzano (L.A.) | 1.10 | Revise Motion to Amend Bid Procedures (.90); prepare same for electronic filing (.20). |
| 10/14/13 | L. Provenzano (L.A.) | 0.30 | Revise ExParte motion to Amend Bid Procedures (.30). |
| 10/14/13 | L. Provenzano (L.A.) | 0.50 | Finalize amended bid procedures motion for electronic filing (.30); finalize exhibits to same (.20). |
| 10/14/13 | L. Lichtman | 0.20 | Emails with J. Sgroi and T. Sable re filing of Talmer Sale Motion and Motion to approve Amended Bidding Procedures (.20). |

11769 – 330134
PDT 1106902 02/27/14

21

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/15/13 | E. Sable | 1.30 | Review and revise Notice of Amendment re stock purchase agreement (.30); review and revise Amended and Restated Stock Purchase Agreement (.50); phone call with P. Haley re same (.20); phone calls with J. Kuras and J. Sgroi re same (.30). |
| 10/15/13 | E. Sable | 0.20 | Review order scheduling hearing on bidding procedures (.10); email with J. Sgroi and P. Haley re same (.10). |
| 10/15/13 | E. Sable | 1.00 | Review issues related to tax claims re stock purchase agreement (.50); meet with J. Sgroi re same (.30); phone call with J. Kuras re sale motion and potential bid list (.20). |
| 10/15/13 | J. Kuras | 0.20 | Email with B. English re notice of interested party in sale (.20). |
| 10/15/13 | J. Kuras | 0.20 | Email with S. Swan re notice of interested party in sale (.20). |
| 10/15/13 | J. Kuras | 0.20 | Review notice of amendment to Talmer stock purchase agreement (.20). |
| 10/15/13 | J. Kuras | 0.10 | Email with T. Sable re notice of amendment to Talmer stock purchase agreement (.10). |
| 10/15/13 | J. Kuras | 0.10 | Phone call with T. Sable and J. Sgroi re notice of amendment to Talmer stock purchase agreement (.10). |
| 10/15/13 | J. Kuras | 0.10 | Phone call with C. Reid re potential bidder list (.10). |
| 10/15/13 | J. Kuras | 0.10 | Email with P. Torrence, C. Reid and B. English re potential bidder list (.10). |
| 10/15/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re correction to Talmer stock purchase agreement (.20). |
| 10/15/13 | J. Kuras | 0.20 | Phone call with T. Sable and J. Sgroi re correction to Talmer stock purchase agreement (.20). |
| 10/15/13 | J. Kuras | 0.30 | Review notice of corrected exhibit to Talmer stock purchase agreement (.30). |
| 10/15/13 | J. Kuras | 0.20 | Email with B. English re potential amendment to Talmer stock purchase agreement (.20). |
| 10/15/13 | J. Kuras | 0.20 | Email with L. Provenzano re potential bidders list (.20). |

11769 – 330134
PDT 1106902 02/27/14
22

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/15/13 | J. Kuras | 0.30 | Phone call with J. Wolfersberger re correction to Talmer stock purchase agreement (.30). |
| 10/15/13 | J. Kuras | 0.20 | Email with L. Provenzano re potential bidder list (.20). |
| 10/15/13 | J. Kuras | 0.10 | Email with T. Sable re correction to Talmer stock purchase agreement (.10). |
| 10/15/13 | J. Kuras | 0.30 | Revise Talmer stock purchase agreement (.30). |
| 10/15/13 | J. Kuras | 0.20 | Email with T. Sable and J. Sgroi re corrected exhibit to sale motion (.20). |
| 10/15/13 | J. Kuras | 0.10 | Email with J. Wolfersberger re correction to sale motion exhibit (.10). |
| 10/15/13 | J. Kuras | 0.20 | Phone call with T. Sable re correction to sale motion exhibit and potential bidder list (.20). |
| 10/15/13 | J. Kuras | 0.10 | Email with J. Wolfersberger re correction to Talmer stock purchase agreement (.10). |
| 10/15/13 | J. Kuras | 0.10 | Phone call with B. English re corrected exhibit to sale motion (.10). |
| 10/15/13 | J. Kuras | 0.20 | Phone call with P. Torrence re corrected exhibit to sale motion (.20). |
| 10/15/13 | J. Kuras | 0.10 | Email with S. Kent re interested party contract list to stock purchase agreement (.10). |
| 10/15/13 | J. Kuras | 0.20 | Email with T. Sable and J. Sgroi re corrected exhibit to sale motion (.20). |
| 10/15/13 | J. Sgroi | 1.40 | Review and revise Notice of Amendment re stock purchase agreement (.40); review Amended and Restated Stock Purchase Agreement (.50); phone call with P. Haley re same (.20); phone calls with J. Kuras and T. Sable re same (.30). |
| 10/15/13 | J. Sgroi | 1.30 | Review tax claim issues re stock purchase agreement (1.00); meet with T. Sable re same (.30). |
| 10/15/13 | J. Sgroi | 0.20 | Review order scheduling hearing on bidding procedures (.10); emails with T. Sable and P. Haley re same (.10). |
| 10/16/13 | J. Combs | 0.30 | Email to A. Valade re stock purchase agreement (.30). |

11769 – 330134
PDT 1106902 02/27/14

23

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/16/13 | E. Sable | 2.00 | Review research re Stalking Horse Bidder Fee and Matching Principle (.70); prepare for bid procedures hearing (.80); meet with L. Provenzano re service issues for same (.30); meet with L. Lichtman re Talmer transaction issues (.20). |
| 10/16/13 | E. Sable | 0.20 | Email from P. Haley re operations and treatment of certain healthcare liabilities post sale (.20). |
| 10/16/13 | A. Valade | 0.90 | Review Stock Purchase Agreement re possible stock sale transaction and state and federal tax matters (.50); emails with J. Combs re same (.20); phone call with J. Kuras re same (.20). |
| 10/16/13 | J. Kuras | 0.20 | Phone call with B. English re restrictions on operations in Talmer stock purchase agreement (.20). |
| 10/16/13 | J. Kuras | 0.10 | Review non-solicitation covenant in Talmer stock purchase agreement (.10). |
| 10/16/13 | J. Kuras | 0.10 | Phone call with L. Provenzano re service of sale motion issue (.10). |
| 10/16/13 | J. Kuras | 0.10 | Email with S. Kent re contact list for service of sale motion (.10). |
| 10/16/13 | J. Kuras | 0.10 | Email with P. Torrence re contact list for service of sale motion (.10). |
| 10/16/13 | J. Kuras | 0.10 | Email with L. Provenzano re contact list for service of sale motion (.10). |
| 10/16/13 | J. Kuras | 0.20 | Email with B. English re contact list for service of sale motion (.20). |
| 10/16/13 | J. Kuras | 0.10 | Email with T. Sable re process service requirements for sale motion (.10). |
| 10/16/13 | J. Kuras | 0.20 | Phone call with A. Valade re IRS liability issue in stock purchase agreement (.20). |
| 10/16/13 | J. Kuras | 0.20 | Review notice of corrected exhibit to stock purchase agreement (.20). |
| 10/16/13 | J. Kuras | 0.10 | Email with T. Sable re notice of corrected exhibit to stock purchase agreement (.10). |
| 10/16/13 | J. Kuras | 0.20 | Email with B. English re IRS liability issue for stock purchase agreement (.20). |

11769 – 330134
PDT 1106902 02/27/14

24

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/16/13 | J. Kuras | 0.10 | Review contact list for service of sale motion (.10). |
| 10/16/13 | J. Kuras | 0.10 | Email with B. English re non-solicitation covenant in Talmer stock purchase agreement (.10). |
| 10/16/13 | J. Kuras | 0.10 | Email with T. Sable re filing of notice of correction to stock purchase agreement (.10). |
| 10/16/13 | J. Sgroi | 0.20 | Emails with T. Sable and L. Lichtman re service issues in connection with sale motion (.20). |
| 10/16/13 | J. Sgroi | 3.00 | Review research re Stalking Horse Bidder Fee and matching bid issue (1.50); prepare for hearing on bid procedures (1.50). |
| 10/16/13 | L. Provenzano (L.A.) | 0.70 | Review amended bid procedures motion re interested parties and service matters (.20); meeting with T. Sable re proposed service revisions to same (.30); emails with KCC re same (.20). |
| 10/16/13 | L. Provenzano (L.A.) | 0.70 | Revise Notice of Amended Stock Purchase Agreement (.20); finalize exhibits re same (.40); finalize same for electronic filing (.10). |
| 10/16/13 | S. Swan (L.A.) | 0.10 | Emails from J. Kuras, T. Sable and L. Provenzano re service addresses for sale motion (.10). |
| 10/16/13 | L. Lichtman | 0.20 | Meet with T. Sable re Talmer transaction and status of possible competing bids (.20). |
| 10/17/13 | E. Sable | 0.90 | Review priority of tax claims and related matters re stock purchase agreement (.60); meet with J. Sgroi re same (.20); meet with L. Lichtman re same (.10). |
| 10/17/13 | E. Sable | 1.40 | Email from C. Reid re possible sale proceeds sharing arrangement with FDIC (.20); email from A. Mahler re same (.20); research re court approval of same (.30); participate in phone call with Creditors Committee re same (.50); meet with J. Sgroi and S. Kitei re same (.20). |
| 10/17/13 | P. Torrence | 7.00 | Review SEC related disclosure obligations for post-closing (1.40); draft list of items required pending closing (1.60); review of tax issues related to the subsidiary banks in stock purchase agreement (4.00). |

11769 – 330134
PDT 1106902 02/27/14

25

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/17/13 | A. Valade | 2.00 | Review tax provisions in Stock Purchase Agreement (1.30); phone call with K. Schafer re same (.70). |
| 10/17/13 | S. Kitei | 1.20 | Meet with T. Sable and J. Sgroi re settlement with FDIC on bank sales (.20); review background documents re same (1.00). |
| 10/17/13 | J. Kuras | 0.20 | Phone call with L. Provenzano re service of Talmer motion on interested parties (.20). |
| 10/17/13 | J. Kuras | 0.10 | Email with M. White re final Talmer stock purchase agreement (.10). |
| 10/17/13 | J. Kuras | 0.10 | Email with B. English re service addresses for sale motion (.10). |
| 10/17/13 | J. Sgroi | 0.90 | Email from C. Reid re possible sale proceeds sharing arrangement with FDIC (.20); email from A. Mahler re same (.20); research re court approval of same (.30); meet with T. Sable and S. Kitei re same (.20). |
| 10/17/13 | J. Sgroi | 1.00 | Research re priority of tax claims (.80); meet with T. Sable re same (.20). |
| 10/17/13 | C. Mayfield ll | 1.30 | Review motion for amended bidding procedures (.50); meet with L. Lichtman re bidding procedures hearing (.20); draft bidding procedures hearing notes re same (.50); meet with L. Lichtman re research on break-up fees (.10). |
| 10/17/13 | B. Lundberg (L.A.) | 0.40 | Phone call from M. Walker re Schedules F and G for CBC and FCC to provide to Talmer's counsel for sale transaction (.10); research files re same (.20); emails with M. Walker re same (.10). |
| 10/17/13 | L. Lichtman | 0.10 | Meet with C. Mayfield re prior research on standards for break-up fees (.10). |
| 10/17/13 | L. Lichtman | 0.20 | Meet with C. Mayfield re hearing on Motion to Approve Amended Biding Procedures (.20). |
| 10/17/13 | L. Lichtman | 0.20 | Phone call with J. Combs re IRS liability status for Talmer sale transaction (.20). |
| 10/17/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of IRS liability for Talmer transaction (.10). |

11769 – 330134
PDT 1106902 02/27/14

26

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/17/13 | L. Lichtman | 1.30 | Review taxing authority proofs of claims re Talmer sale transaction (1.30). |
| 10/17/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re schedule of proofs of claims for taxing authorities for Talmer sale transaction (.20). |
| 10/17/13 | L. Lichtman | 0.50 | Research re possible tax determination for Talmer sale transaction (.50). |
| 10/18/13 | J. Combs | 0.30 | Email from K. Schafer re IRS proof of claim for sale proceeds (.30). |
| 10/18/13 | E. Sable | 0.50 | Phone call with J. Sgroi, Talmer and Creditors Committee re amended bidding procedures (.50). |
| 10/18/13 | E. Sable | 0.30 | Email with J. Combs and J. Kuras re IRS claim for stock purchase agreement (.30). |
| 10/18/13 | P. Torrence | 3.00 | Draft list of items to be included in closing a transaction under Section 363 (3.00). |
| 10/18/13 | S. Kitei | 5.00 | Draft motion for approval of settlement with FDIC on bank sales issues (4.00); meet with L. Lichtman re same (.10); draft motion to expedite hearing re same (.70); meet with J. Sgroi re same (.20). |
| 10/18/13 | J. Kuras | 0.10 | Email with River Ranch Capital re list of notice parties for sale motion (.10). |
| 10/18/13 | J. Kuras | 0.20 | Phone call with River Branch Capital re list of notice parties for sale motion (.20). |
| 10/18/13 | J. Kuras | 0.20 | Phone call with L. Provenzano re River Branch Capital re list of notice parties for sale motion (.20). |
| 10/18/13 | J. Kuras | 0.10 | Email with B. English re list of notice parties for sale motion (.10). |
| 10/18/13 | J. Kuras | 0.20 | Phone call with J. Combs re treatment of IRS audit in Talmer stock purchase agreement (.20). |
| 10/18/13 | J. Sgroi | 0.50 | Phone call with T. Sable, Talmer and Committee re amended bidding procedures (.50). |
| 10/18/13 | J. Sgroi | 0.40 | Emails with J. Combs and J. Kuras re treatment of IRS claim in sale (.20); meet with S. Kitei re settlement with FDIC on sale proceeds (.20). |

11769 – 330134
PDT 1106902 02/27/14

27

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/18/13 | C. Mayfield ll | 2.30 | Review motion for amended bidding procedures (.70); draft bidding procedures hearing notes re same (1.60). |
| 10/18/13 | L. Lichtman | 0.20 | Emails from J. Combs and J. Kuras re status of IRS liability and proposed treatment in Talmer sale transaction (.20). |
| 10/18/13 | L. Lichtman | 0.20 | Meet with L. Provenzano re notice and service for Motion to approve Amended Bidding Procedures (.20). |
| 10/18/13 | L. Lichtman | 0.10 | Meet with S. Kitei re motion for approval of settlement with FDIC for sale to Talmer (.10). |
| 10/19/13 | S. Kitei | 3.60 | Draft motion to shorten time re FDIC settlement on sale issues (2.10); review and revise motion re same (1.30); email with T. Sable and J. Sgroi re same (.20). |
| 10/20/13 | C. Mayfield ll | 3.90 | Continue review of amended bidding procedures (1.60); continue drafting bidding procedures hearing notes re same (2.30). |
| 10/21/13 | E. Sable | 0.50 | Review amended IRS proof of claim re treatment in sale (.20); meet with J. Sgroi to review issues related to same including conformance with amended tax return (.30). |
| 10/21/13 | E. Sable | 2.20 | Prepare for hearing on amended bidding procedures (1.50); review Committee's objection to same (.50); phone call with C. Reid re same (.20). |
| 10/21/13 | E. Sable | 1.70 | Review and revise motion re settlement with FDIC for waiver of cross-guaranty liability (1.20); phone call with C. Reid and J. Kuras re regulatory issues for same (.30); email with C. Reid and B. English re same and related issues (.20). |
| 10/21/13 | S. Kitei | 1.50 | Continue drafting motion to approve settlement with FDIC re sale issues (1.00); email with T. Sable re same (.20); email with J. Kuras re same (.10); revise motion to shorten notice re same (.20). |
| 10/21/13 | J. Kuras | 0.10 | Phone call with B. English re Talmer stock purchase agreement restrictions on banks (.10). |
| 10/21/13 | J. Kuras | 0.30 | Phone call with C. Reid and T. Sable re motion in support of Talmer stock purchase agreement and cross-guaranty liability issues (.30). |

11769 – 330134
PDT 1106902 02/27/14

28

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/21/13 | J. Kuras | 0.10 | Email with S. Kitei re cross-guaranty liability estimate for FDIC settlement for sale motion (.10). |
| 10/21/13 | J. Kuras | 0.20 | Research re cross-guaranty liability estimate for FDIC settlement for sale motion (.20). |
| 10/21/13 | J. Kuras | 0.10 | Phone call with B. English re cross-guaranty liability issues for FDIC settlement for sale motion (.10). |
| 10/21/13 | J. Kuras | 0.70 | Review and revise motion authorizing settlement with FDIC re sale motion (.70). |
| 10/21/13 | J. Kuras | 0.10 | Emails with T. Sable, J. Sgroi and S. Kitei re motion authorizing settlement with FDIC for sale motion (.10). |
| 10/21/13 | J. Sgroi | 2.00 | Prepare for hearing on amended bidding procedures (1.30); review Committee's objection to same (.50); phone call with C. Reid re same (.20). |
| 10/21/13 | J. Sgroi | 2.20 | Review and revise motion re settlement with FDIC on sale proceeds (2.00); emails with C. Reid and B. English re same (.20). |
| 10/21/13 | J. Sgroi | 0.50 | Review amended IRS claim re treatment in sale (.20); meet with T. Sable re same (.30). |
| 10/21/13 | C. Mayfield ll | 0.60 | Revise bidding procedures hearing notes (.60). |
| 10/22/13 | E. Sable | 4.00 | Continue to prepare for hearing on amended bidding procedures (1.20); phone call with J. Sgroi and P. Haley re strategy for same (.10); meeting with J. Sgroi, Talmer group and Creditors Committee in advance of said hearing (.50); participate in said hearing (1.50); revise sale order consistent with agreement among Debtors, Talmer and Creditors Committee (.20); phone call with J. Sgroi and C. Reid re results of said hearing (.20); email with J. Sgroi, C. Reid and B. English re results of said hearing and order on amended bidding procedures (.20); review notice and service issues consistent with said order (.30). |
| 10/22/13 | J. Kuras | 0.20 | Email with T. Sable re bidding procedures hearing (.20). |

11769 – 330134
PDT 1106902 02/27/14

29

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/22/13 | J. Sgroi | 4.20 | Prepare for hearing on amended bidding procedures (1.00); phone call with T. Sable and P. Haley re strategy for hearing (.10); meeting with T. Sable, Talmer group and Creditors Committee in advance of hearing (.50); participate in hearing (1.50); revise sale order (.70); phone call with T. Sable and C. Reid re results of hearing (.20); emails with T. Sable, C. Reid and B. English re same (.20). |
| 10/22/13 | J. Clegg | 0.30 | Research for potential appeal of determination following Form 870 executed with IRS re sale issues (.30). |
| 10/22/13 | C. Mayfield ll | 3.70 | Research re ability of Creditors Committee to appeal bankruptcy order and object to proposed sale transactions (3.70). |
| 10/22/13 | L. Lichtman | 0.10 | Email from T. Sable re results of hearing on Motion for Amended Bidding Procedures (.10). |
| 10/23/13 | J. Combs | 0.20 | Draft Form 2848 Power of Attorney for contact with IRS re tax claim for sale proceeds (.20). |
| 10/23/13 | J. Combs | 0.20 | Phone call with K. Schafer re tax matters for IRS claim for sale proceeds (.20). |
| 10/23/13 | J. Combs | 0.10 | Review of IRS transcript of tax liability for sale (.10). |
| 10/23/13 | J. Combs | 0.10 | Email to K. Schafer re IRS amended proof of claim for sale proceeds (.10). |
| 10/23/13 | E. Sable | 1.00 | Review C. Reid's comments to FDIC settlement motion re sale proceeds (.30); revise said motion (.50); meet with J. Sgroi re same (.20). |
| 10/23/13 | E. Sable | 0.90 | Continue research re IRS claim issues and sale (.90). |
| 10/23/13 | E. Sable | 0.50 | Meet with J. Sgroi and L. Lichtman re notice requirements under order approving amended bid procedures (.50). |
| 10/23/13 | E. Sable | 0.20 | Phone call with P. Haley re IRS claim and sale related matters (.20). |
| 10/23/13 | S. Kitei | 1.00 | Continue drafting motion to approve settlement with FDIC re sale motion (1.00). |

11769 – 330134
PDT 1106902 02/27/14
30

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/23/13 | J. Sgroi | 0.50 | Meeting with T. Sable and L. Lichtman re notice requirements under order approving amended bid procedures (.50). |
| 10/23/13 | J. Sgroi | 1.00 | Review C. Reid comments to FDIC settlement motion on sale proceeds (.50); revise said motion (.30); meet with T. Sable re same (.20). |
| 10/23/13 | J. Sgroi | 1.00 | Continue research re IRS claims in connection with sale (1.00). |
| 10/23/13 | J. Sgroi | 0.20 | Phone call with P. Haley re IRS claims in connection with sale (.20). |
| 10/23/13 | C. Mayfield ll | 4.40 | Continue research on ability of Creditors Committee to appeal sale order and object to sale transaction (1.30); draft memorandum re same (3.10). |
| 10/23/13 | S. Swan (L.A.) | 0.20 | Publish legal notice for sale of assets to Talmer (.20). |
| 10/23/13 | L. Lichtman | 0.10 | Emails with T. Sable re proposed call with Talmer representatives to address IRS claim (.10). |
| 10/23/13 | L. Lichtman | 0.30 | Participate in portion of meeting with T. Sable and J. Sgroi re notice requirements for Amended Bidding Procedures (.30). |
| 10/23/13 | L. Lichtman | 0.10 | Phone call with P. Torrence re IRS's amended proof of claim for treatment in Talmer sale transaction (.10). |
| 10/23/13 | L. Lichtman | 1.20 | Review IRS amended proof of claim re sale transaction (.40); review Stock Purchase Agreement re same (.80). |
| 10/24/13 | J. Combs | 0.20 | Email to C. Reid and B. English re Talmer stock purchase agreement (.20). |
| 10/24/13 | J. Combs | 1.30 | Research of precedents for agreement with IRS on tax liability for Talmer transaction (1.30). |
| 10/24/13 | J. Combs | 0.40 | Review motion re tax liability determination for banks sold to Talmer (.40). |
| 10/24/13 | J. Combs | 1.00 | Draft summary of IRS tax liability for Talmer transaction (1.00). |
| 10/24/13 | J. Combs | 1.70 | Research tax liabilities for sale of subsidiaries (1.70). |

11769 – 330134
PDT 1106902 02/27/14

31

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/24/13 | E. Sable | 1.10 | Revise settlement motion with FDIC re sale proceeds (.60); email with J. Sgroi, S. Alberts and L. Baughman, counsel for FDIC, re same (.10); phone call with J. Sgroi and C. Reid re same (.10); email with J. Sgroi and B. English re same (.30). |
| 10/24/13 | E. Sable | 0.60 | Phone call with J. Sgroi, L. Lichtman, C. Reid and Talmer re IRS claim to sale proceeds (.60). |
| 10/24/13 | S. Kitei | 1.00 | Continue drafting motion to approve settlement with FDIC re sale transaction issues (1.00). |
| 10/24/13 | J. Sgroi | 0.60 | Phone call with T. Sable, L. Lichtman, C. Reid and Talmer re IRS claim to sale proceeds (.60). |
| 10/24/13 | J. Sgroi | 1.30 | Revise settlement motion with FDIC on sale proceeds (.80); emails with T. Sable, S. Alberts and L. Baughman re same (.10); phone call with T. Sable and C. Reid re same (.10); emails with T. Sable and B. English re same (.30). |
| 10/24/13 | J. Clegg | 0.50 | Review structure between the DOJ and IRS in terms of settlements for sale of Subsidiary Banks (.50). |
| 10/24/13 | C. Mayfield ll | 0.20 | Meet with J. Sgroi and T. Sable re possible objections to sale motion (.20). |
| 10/24/13 | K. Berthiaume | 1.10 | Phone call with J. Combs re IRS Power of Attorney (.20); draft IRS Power of Attorney (.90). |
| 10/24/13 | L. Lichtman | 0.40 | Review issues re Talmer transaction and IRS claim to sale proceeds (.40). |
| 10/24/13 | L. Lichtman | 1.20 | Research re motion to determine tax liability to IRS for Talmer transaction (1.20). |
| 10/24/13 | L. Lichtman | 1.80 | Draft motion to determine tax liability to IRS for sale of subsidiary banks to Talmer (1.80). |
| 10/24/13 | L. Lichtman | 0.70 | Phone call with T. Sable, J. Sgroi, Talmer representatives and C. Reid re IRS claim and issues related to sale (.70). |
| 10/24/13 | L. Lichtman | 0.40 | Phone call with C. Reid re IRS claim issues and Talmer transaction (.40). |
| 10/24/13 | L. Lichtman | 0.20 | Emails with J. Combs re stipulation on IRS claim for Talmer transaction (.20). |

11769 – 330134
PDT 1106902 02/27/14
32

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/24/13 | L. Lichtman | 0.30 | Research re precedent for stipulation on IRS claim for Talmer transaction (.30). |
| 10/24/13 | L. Lichtman | 0.20 | Phone call with J. Combs re options to address IRS claim in connection with Talmer transaction (.20). |
| 10/24/13 | L. Lichtman | 0.10 | Email to T. Sable re motion for determination of tax liability to IRS for Talmer transaction (.10). |
| 10/25/13 | J. Combs | 0.20 | Review FDIC sale issues (.20). |
| 10/25/13 | E. Sable | 0.30 | Email with C. Reid re amended IRS proof of claim and related sale matters (.30). |
| 10/25/13 | E. Sable | 0.70 | Review Committee's document request re tax claims for sale proceeds (.50); review summary of client call with IRS re liability releases for sale (.20). |
| 10/25/13 | J. Sgroi | 0.70 | Review Committee document request re tax claims for sale proceeds (.50); review summary of client call with IRS re liability releases in Talmer transaction (.20). |
| 10/25/13 | J. Sgroi | 0.30 | Emails with C. Reid re amended IRS claim for sale proceeds (.30). |
| 10/25/13 | C. Mayfield ll | 0.80 | Research possible objections to sale motion in preparation for auction and sale hearing (.80). |
| 10/25/13 | K. Berthiaume | 0.20 | Revise Power of Attorney re contact with IRS on tax claim for sale proceeds (.20). |
| 10/25/13 | L. Lichtman | 0.20 | Review IRS claim issues for Talmer transaction (.20). |
| 10/25/13 | L. Lichtman | 0.10 | Email from M. Hebbeln re request for production of documents in connection with tax issues for Talmer transaction (.10). |
| 10/25/13 | L. Lichtman | 0.20 | Research re IRS claim issues for Talmer transaction (.20). |
| 10/25/13 | L. Lichtman | 0.10 | Phone call with J. Combs re IRS claim issues for Talmer transaction (.10). |
| 10/25/13 | L. Lichtman | 0.40 | Phone call with Creditors Committee re IRS claim issues for Talmer transaction (.40). |
| 10/25/13 | L. Lichtman | 1.50 | Continue research re priority basis for IRS claim for Talmer transaction (1.50). |

11769 – 330134
PDT 1106902 02/27/14

33

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/25/13 | L. Lichtman | 0.40 | Email from J. Combs re IRS claim issues for Talmer transaction (.10); prepare for call with Creditors Committee re same (.30). |
| 10/25/13 | L. Lichtman | 0.20 | Phone call with J. Combs re IRS claim issues for Talmer transaction (.20). |
| 10/25/13 | L. Lichtman | 0.50 | Email from J. Combs re IRS claim issues for Talmer transaction (.10); review tax documents re same (.40). |
| 10/27/13 | C. Mayfield ll | 3.10 | Research re possible Creditors Committee objections to sale motion (3.10). |
| 10/28/13 | J. Combs | 0.20 | Phone call with L. Lichtman re tax matters relating to IRS claim and FDIC issues for sale proceeds (.20). |
| 10/28/13 | J. Combs | 0.10 | Review IRS stipulation for sale proceeds (.10). |
| 10/28/13 | E. Sable | 0.90 | Analysis of IRS claim issues re bank sale (.50); phone call with J. Sgroi and M. Hebbeln re same (.20); meetings with L. Lichtman re same (.20). |
| 10/28/13 | E. Sable | 0.80 | Meet with J. Sgroi and C. Mayfield re research for sale hearing (.30); review same (.50). |
| 10/28/13 | J. Sgroi | 1.20 | Analysis of IRS claim issues re Talmer transaction (1.00); phone call with M. Hebbeln and T. Sable re same (.20). |
| 10/28/13 | J. Sgroi | 0.70 | Meeting with C. Mayfield and T. Sable re research for sale hearing (.30); review and provide comments on outline for same (.40). |
| 10/28/13 | C. Mayfield ll | 0.90 | Research re possible Committee objections to sale motion (.60); meet with T. Sable and J. Sgroi re same (.30). |
| 10/28/13 | L. Lichtman | 0.10 | Meet with T. Sable re proposed call to address IRS claim issue with Talmer transaction (.10). |
| 10/28/13 | L. Lichtman | 0.20 | Phone call with J. Combs re IRS claim issues for Talmer transaction (.20). |
| 10/28/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of IRS claim issues for Talmer transaction (.10). |
| 10/28/13 | L. Lichtman | 1.40 | Review Form 870 executed with IRS re Talmer transaction (.30); research bases to challenge amounts or priority claimed by IRS re same (1.10). |

11769 – 330134
PDT 1106902 02/27/14

34

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/28/13 | L. Lichtman | 0.20 | Email to T. Sable re Form 870 executed with IRS and ramifications on Talmer transaction (.20). |
| 10/28/13 | L. Lichtman | 0.60 | Review prior stipulations with the IRS re Talmer transaction and tax issues (.60). |
| 10/28/13 | L. Lichtman | 0.10 | Email to T. Sable re prior stipulations with IRS and Talmer transaction tax issues (.10). |
| 10/29/13 | J. Combs | 0.60 | Preparation for phone call with client re Talmer transaction (.10); phone call with J. Kuras, T. Sable, C. Reid, J. Sgroi and L. Lichtman re tax claims and FDIC position on approving Talmer Stock Purchase Agreement (.50). |
| 10/29/13 | J. Combs | 0.40 | Phone call with L. Lichtman re IRS settlement materials for Talmer transaction (.40). |
| 10/29/13 | J. Combs | 1.10 | Research of bad debt issues, charge-offs, in connection with review of IRS settlement documents for Talmer transaction (1.10). |
| 10/29/13 | E. Sable | 2.20 | Review research in preparation for possible sale hearing objections (1.90); meet with J. Sgroi and C. Mayfield re same (.30). |
| 10/29/13 | E. Sable | 1.10 | Phone call with J. Kuras, J. Combs, J. Sgroi, L. Lichtman and C. Reid re IRS claim issues and sale (.50); phone call with P. Haley and J. Sgroi re same (.10); meet with L. Lichtman re same (.20); meet with L. Lichtman re documents responsive to Committee's request for information relating to tax claim and sale (.30) |
| 10/29/13 | J. Kuras | 0.50 | Phone call with J. Combs, T. Sable, J. Sgroi, L. Lichtman and C. Reid re IRS & FDIC issues for sale (.50). |
| 10/29/13 | J. Kuras | 0.30 | Email with P. Torrence re regulatory approval and Talmer stock purchase agreement issues (.30). |
| 10/29/13 | J. Sgroi | 2.80 | Review research re potential sale hearing objections (2.30); meet with C. Mayfield and T. Sable re same (.30); meet with L. Lichtman re IRS claim for sale proceeds (.20). |

11769 – 330134
PDT 1106902 02/27/14

35

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/29/13 | J. Sgroi | 0.90 | Phone call with J. Kuras, T. Sable, J. Combs, L. Lichtman and C. Reid re IRS claim issues for Talmer transaction (.50); phone call with P. Haley and T. Sable re same (.10); review documents responsive to Committee's request for information relating to tax claim re same (.30). |
| 10/29/13 | C. Mayfield ll | 0.80 | Continue research re possible Committee objections to sale motion (.50); meet with T. Sable and J. Sgroi re same (.30). |
| 10/29/13 | L. Lichtman | 0.80 | Review file in preparation for client phone call re IRS claim and sale (.80). |
| 10/29/13 | L. Lichtman | 1.20 | Review documents in connection with Committee's request for production of documents related to IRS claim and sale (1.20). |
| 10/29/13 | L. Lichtman | 0.40 | Phone call with J. Combs re IRS settlement documents for Talmer transaction (.40). |
| 10/29/13 | L. Lichtman | 0.30 | Meet with T. Sable re tax related documents to be produced in response to request from Committee's counsel for IRS claim (.30). |
| 10/29/13 | L. Lichtman | 0.40 | Email to C. Reid and B. English re documents to be produced in response to request from Committee's counsel for IRS claim for sale proceeds (.40). |
| 10/29/13 | L. Lichtman | 0.10 | Email to J. Combs re revenue agent's report and IRS claim (.10). |
| 10/29/13 | L. Lichtman | 0.10 | Emails with J. Kuras re Tax Sharing Agreements requested by Committee for IRS claim for sale proceeds (.10). |
| 10/29/13 | L. Lichtman | 0.50 | Phone call with J. Kuras, J. Combs, T. Sable, J. Sgroi and C. Reid re IRS claim and Talmer sale transaction (.50). |
| 10/29/13 | L. Lichtman | 0.20 | Meet with J. Sgroi re position of FDIC on priority claim of IRS for sale (.20). |
| 10/29/13 | L. Lichtman | 0.20 | Meet with T. Sable re IRS claim issues and sale (.20). |
| 10/30/13 | J. Combs | 2.50 | Review of authorities on limitations on assessment relating to IRS tax claim for sale proceeds (2.50). |

11769 – 330134
PDT 1106902 02/27/14

36

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/30/13 | L. Provenzano (L.A.) | 0.20 | Review Notice of Hearing re sale motion (.10); calendar re multiple deadlines for same (.10). |
| 10/30/13 | L. Lichtman | 0.10 | Emails with M. Hebbeln re status of document production for IRS claim for sale (.10). |
| 10/30/13 | L. Lichtman | 0.10 | Emails with J. Combs re status of IRS claim and FDIC issues for sale (.10). |
| 10/30/13 | L. Lichtman | 0.20 | Review treatment of IRS claim for sale to Talmer (.20). |
| 10/31/13 | E. Sable | 0.20 | Meet with L. Lichtman re preparation of memorandum of law in support of sale and applicable authorities (.20). |
| 10/31/13 | E. Sable | 1.50 | Phone call with J. Sgroi and FDIC re allocation of sale proceeds and tax claim (1.00); review and revise motion re same (.30); phone call with J. Sgroi and C. Reid re same (.20). |
| 10/31/13 | J. Kuras | 0.10 | Email with P. Torrence re employment transition issues in Talmer stock purchase agreement (.10). |
| 10/31/13 | J. Kuras | 0.20 | Phone call with P. Torrence re employment transition issues in Talmer stock purchase agreement (.20). |
| 10/31/13 | J. Sgroi | 1.70 | Phone call with T. Sable and FDIC re allocation of sale proceeds and tax claim (1.00); review and revise motion re same (.50); phone call with T. Sable and C. Reid re same (.20). |
| 10/31/13 | C. Mayfield ll | 0.30 | Meet with L. Lichtman re research findings with respect to sale motion (.30). |
| 10/31/13 | L. Lichtman | 0.10 | Email to B. English re status of production of documents to Committee for IRS claim and sale (.10). |
| 10/31/13 | L. Lichtman | 0.20 | Emails with C. Mayfield re research for brief in support of sale of remaining subsidiary banks (.20). |
| 10/31/13 | L. Lichtman | 0.20 | Meet with C. Mayfield re research materials for brief in support of sale of remaining subsidiary banks (.20). |
| 10/31/13 | L. Lichtman | 0.10 | Meet with T. Sable re status of FDIC approving waiver of cross-guaranty liability for sale proceeds (.10). |
| 10/31/13 | L. Lichtman | 0.20 | Meet with T. Sable re memorandum in support of sale of subsidiary banks to Talmer (.20). |

11769 – 330134
PDT 1106902 02/27/14

37

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/31/13 | L. Lichtman | 3.20 | Review research materials re brief in support of sale of remaining subsidiary banks (3.20). |
| **Subtotal Hours and Fees - Asset Disposition** | | **322.50** | **126,198.00** |

**BUSINESS OPERATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/01/13 | S. Swan (L.A.) | 0.10 | Phone call with H. Harmon re processing an exchange of shares for original Goshen Community Bank shareholder (.10). |
| 10/02/13 | J. Sgroi | 0.50 | Review insurance cost information (.50). |
| 10/02/13 | S. Swan (L.A.) | 0.10 | Phone call with H. Harmon re exchange of original Goshen Community Bank shares and accessing information on resulting CBC shares (.10). |
| 10/03/13 | S. Swan (L.A.) | 2.00 | Draft SEC Form 8-K (2.00). |
| 10/07/13 | J. Kuras | 0.10 | Email with P. Torrence re post-bankruptcy SEC obligations (.10). |
| 10/07/13 | S. Swan (L.A.) | 2.00 | Continue drafting SEC Form 8-K (2.00). |
| 10/07/13 | S. Swan (L.A.) | 0.10 | Email with S. Chamberlain re subscription items received for High Desert Bank (.10). |
| 10/10/13 | E. Sable | 0.20 | Review and revise SEC Form 8-K (.20). |
| 10/10/13 | J. Kuras | 0.40 | Revise SEC Form 8-K (.40). |
| 10/10/13 | J. Kuras | 0.20 | Email with J. Sgroi re SEC Form 8-K (.20). |
| 10/10/13 | J. Kuras | 0.10 | Email with S. Swan re SEC Form 8-K (.10). |
| 10/10/13 | J. Sgroi | 0.30 | Review and revise SEC Form 8-K (.30). |
| 10/10/13 | S. Swan (L.A.) | 2.80 | Research to determine requirements for dissolution of Capitol Development Bancorp Limited's (1.60); review articles re same (.70); email with S. Chamberlain re bylaws and most recent proxy materials (.20); phone call with C. Reid re same (.30). |

11769 – 330134
PDT 1106902 02/27/14

38

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/10/13 | L. Lichtman | 0.20 | Review Massachusetts Mutual Insurance Company's Motion to Deposit Funds (.20). |
| 10/10/13 | L. Lichtman | 0.10 | Email from T. Sable re Massachusetts Mutual Insurance Company's Motion to Deposit Funds (.10). |
| 10/11/13 | P. Torrence | 0.60 | Review SEC Form 8-K (.60). |
| 10/11/13 | S. Swan (L.A.) | 5.80 | Review regulations and bylaws for dissolution of Capitol Development Bancorp Limited's (4.00); email to C. Reid re same (.20); draft proxy statement for special shareholder meeting (1.60). |
| 10/14/13 | E. Sable | 0.30 | Review and revise SEC Form 8-K (.30). |
| 10/14/13 | J. Kuras | 0.70 | Revise SEC Form 8-K (.70). |
| 10/14/13 | J. Kuras | 0.10 | Email with T. Sable re SEC Form 8-K (.10). |
| 10/14/13 | J. Kuras | 0.10 | Email with C. Reid re SEC Form 8-K (.10). |
| 10/14/13 | J. Kuras | 0.10 | Phone call with S. Swan re SEC Form 8-K (.10). |
| 10/14/13 | J. Kuras | 0.10 | Email with S. Swan re SEC Form 8-K (.10). |
| 10/14/13 | J. Kuras | 0.20 | Review changes to SEC Form 8-K (.20). |
| 10/14/13 | J. Kuras | 0.10 | Email with C. Reid re changes to SEC Form 8-K (.10). |
| 10/14/13 | J. Sgroi | 0.30 | Review and revise SEC Form 8-K (.30). |
| 10/14/13 | S. Swan (L.A.) | 5.70 | Review securities rules re dissolution of Capitol Development Bancorp Limited's (1.80); continue drafting proxy statement for special shareholder meeting (1.70); research re plans of dissolution precedent (2.20). |
| 10/14/13 | S. Swan (L.A.) | 0.50 | Revise SEC Form 8-K (.40); phone call with J. Kuras re same (.10). |
| 10/14/13 | L. Lichtman | 0.20 | Meet with T. Sable re Massachusetts Mutual Insurance Company's Motion to Deposit Funds and response (.20). |
| 10/14/13 | L. Lichtman | 0.50 | Draft Response to Massachusetts Mutual Insurance Company's Motion to Deposit Funds (.50). |

11769 – 330134
PDT 1106902 02/27/14

39

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/15/13 | J. Kuras | 0.20 | Phone call with S. Swan and A. Winters re SEC Form 8-K (.10); review same (.10). |
| 10/15/13 | J. Kuras | 0.20 | Email with C. Reid and M. White re SEC Form 8-K (.20). |
| 10/15/13 | J. Kuras | 0.10 | Email with S. Swan re SEC Form 8-K (.10). |
| 10/15/13 | J. Kuras | 0.10 | Phone call with C. Reid re SEC Form 8-K (.10). |
| 10/15/13 | J. Kuras | 0.30 | Phone call with P. Torrence re SEC Form 8-K (.30). |
| 10/15/13 | S. Swan (L.A.) | 4.50 | Phone call with P. Torrence re shareholder meetings and plan (.30); draft Plan of Complete Liquidation and Dissolution re Capitol Development Bancorp Limited's (4.20). |
| 10/15/13 | S. Swan (L.A.) | 0.10 | Phone call with M. White re stock valuations and liquidation (.10). |
| 10/15/13 | S. Swan (L.A.) | 0.10 | Phone call with J. Kuras and A. Winters re SEC Form 8-K (.10). |
| 10/16/13 | E. Sable | 0.30 | Review and revise response to Massachusetts Mutual Motion for Deposit of Funds (.30). |
| 10/16/13 | J. Kuras | 0.10 | Email with S. Swan re filing of SEC Form 8-K (.10). |
| 10/16/13 | J. Kuras | 0.10 | Email with P. Torrence re SEC Form 8-K timing issues (.10). |
| 10/16/13 | J. Kuras | 0.10 | Email to S. Swan authorizing SEC Form 8-K filing (.10). |
| 10/16/13 | J. Kuras | 1.30 | Research re accounting pronouncements for timing of liquidation accounting obligations (1.30). |
| 10/16/13 | J. Kuras | 0.30 | Email with B. Hills and B. English re accounting pronouncements for timing of liquidation accounting obligations (.30). |
| 10/16/13 | J. Kuras | 0.30 | Research re suspension of SEC reporting obligations during bankruptcy (.30). |
| 10/16/13 | J. Kuras | 0.10 | Phone call with S. Swan re dissolution of Capitol Development Bancorp Limited's (.10). |
| 10/16/13 | J. Kuras | 0.10 | Email with S. Swan re dissolution of Capitol Development Bancorp Limited's (.10). |

11769 – 330134
PDT 1106902 02/27/14

40

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/16/13 | J. Sgroi | 0.40 | Review stipulation with Committee and Cincinnati Insurance Company re relief from stay (.20); emails with Committee re same (.20). |
| 10/16/13 | L. Lichtman | 0.20 | Email to B. English re Response to Massachusetts Mutual Insurance Company's Motion for Deposit of Funds (.20). |
| 10/16/13 | L. Lichtman | 1.20 | Revise Response to Massachusetts Mutual Insurance Company's Motion to Deposit Funds (1.20). |
| 10/17/13 | J. Kuras | 1.00 | Review proxy and plan of dissolution for Capitol Development Bancorp Limited's (1.00). |
| 10/17/13 | J. Kuras | 0.20 | Phone call with S. Swan re plan of dissolution for Capitol Development Bancorp Limited's (.20). |
| 10/17/13 | J. Kuras | 0.10 | Email with B. Hills re liquidation accounting issues (.10). |
| 10/17/13 | J. Kuras | 0.20 | Email from B. Hills re liquidation accounting issues (.20). |
| 10/17/13 | J. Kuras | 0.50 | Review Michigan legal requirements for dissolution of Capitol Development Bancorp Limited's (.50). |
| 10/21/13 | E. Sable | 0.10 | Review proposed Response and Limited Concurrence to Massachusetts Mutual Life Insurance Company's Motion to Deposit Funds (.10). |
| 10/21/13 | L. Lichtman | 0.10 | Emails with T. Sable re status of filing Response to Massachusetts Mutual Motion for Deposit of Funds (.10). |
| 10/21/13 | L. Lichtman | 0.20 | Emails with B. English and J. Sjoquist re Response to Massachusetts Mutual Motion for Deposit of Funds (.20). |
| 10/22/13 | E. Sable | 0.40 | Review Monthly Operating Reports (.40). |
| 10/22/13 | J. Sgroi | 0.30 | Review monthly operating reports (.30). |
| 10/22/13 | B. Lundberg (L.A.) | 0.30 | Emails with M. Walker re invoices needed for preparation of SEC Form 10-Q (.20); emails with accounting re same (.10). |
| 10/22/13 | L. Lichtman | 0.10 | Emails with J. Sjoquist re Response to Massachusetts Mutual Motion for Deposit of Funds (.10). |

11769 – 330134
PDT 1106902 02/27/14

41

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/22/13 | L. Lichtman | 0.10 | Emails with L. Provenzano re filing of Response to Massachusetts Mutual Motion for Deposit of Funds (.10). |
| 10/23/13 | E. Sable | 0.10 | Email with M. Hebbeln re response to the Massachusetts Mutual Insurance Company motion for insurance direct deposit (.10). |
| 10/23/13 | E. Sable | 0.60 | Phone call with J. Sgroi and B. English re tenant rights in bankruptcy (.30); review documents re same (.30). |
| 10/23/13 | J. Sgroi | 0.60 | Phone call with T. Sable and B. English re tenant rights in bankruptcy (.30); review documents re same (.30). |
| 10/23/13 | S. Swan (L.A.) | 0.50 | Research re trust preferred securities and terms letter for Asian Bank exchange (.30); phone call with M. White re BAH shareholder (.20). |
| 10/25/13 | J. Kuras | 0.10 | Phone call with M. White re shareholders consents to Michigan Commerce Bank merger (.10). |
| 10/25/13 | J. Kuras | 0.30 | Review and revise Michigan Commerce Bank merger documents (.30). |
| 10/25/13 | J. Kuras | 0.10 | Email with M. White re Michigan Commerce Bank merger documents (.10). |
| 10/28/13 | E. Sable | 0.30 | Email with counsel for Massachusetts Mutual Insurance Company re insurance direct deposit (.30). |
| 10/28/13 | S. Swan (L.A.) | 0.10 | Phone call with M. White re transfers for Capitol Development Bancorp Limited III & IV from trust registration to individual name (.10). |
| 10/30/13 | L. Provenzano (L.A.) | 0.20 | Review Notice of Hearing re Massachusetts Mutual motion to deposit funds (.10); calendar re same (.10). |
| 10/30/13 | S. Swan (L.A.) | 0.10 | Phone call with M. White re processing stock transfers (.10). |
| 10/30/13 | L. Lichtman | 0.10 | Email to J. Sjoquist re settlement proposal for Massachusetts Mutual Insurance Company motion to deposit funds (.10). |
| 10/30/13 | L. Lichtman | 0.10 | Review settlement proposal from Massachusetts Mutual Insurance Company's counsel, re key man life insurance policies to be surrendered for net cash value (.10). |

11769 – 330134
PDT 1106902 02/27/14

42

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/30/13 | L. Lichtman | 0.10 | Phone call to J. Sjoquist re Massachusetts Mutual Insurance Company's settlement proposal for insurance policies (.10). |
| 10/30/13 | L. Lichtman | 0.20 | Phone call with J. Sjoquist re proposed resolution of Massachusetts Mutual Insurance Company motion to deposit funds (.20). |
| 10/30/13 | L. Lichtman | 0.20 | Phone call with K. Luther, counsel to Massachusetts Mutual Insurance Company, re settlement proposal for insurance policies (.20). |
| 10/31/13 | E. Sable | 0.20 | Review SEC Form 10-Q (.20). |
| 10/31/13 | J. Kuras | 1.40 | Review and revise SEC Form 10-Q (1.40). |
| 10/31/13 | J. Kuras | 0.10 | Email with B. Hills re SEC Form 10-Q (.10). |
| 10/31/13 | J. Kuras | 0.20 | Email with L. Lichtman re SEC Form 10-Q (.20). |
| 10/31/13 | J. Sgroi | 0.20 | Review and revise SEC Form 10-Q (.20). |
| 10/31/13 | L. Lichtman | 0.10 | Email to J. Kuras re portion of SEC Form 10-Q (.10). |
| 10/31/13 | L. Lichtman | 0.20 | Emails with J. Kuras re SEC Form 10-Q (.20). |
| 10/31/13 | L. Lichtman | 0.20 | Emails to T. Sable re SEC Form 10-Q (.20). |
| 10/31/13 | L. Lichtman | 1.70 | Draft portion of SEC Form 10-Q (1.70). |
| **Subtotal Hours and Fees - Business Operations** | | **46.20** | **13,240.50** |

**CASE ADMINISTRATION AND OBJECTIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/01/13 | L. Lichtman | 0.10 | Email from A. Uetz re proposed stipulation to unseal Committee's Motion for chief restructuring officer or Trustee (.10). |
| 10/03/13 | L. Provenzano (L.A.) | 0.20 | Draft certificate of service re response to motion for chief restructuring officer or Trustee (.20). |
| 10/04/13 | E. Sable | 0.20 | Review case status update and provide comments (.20). |

11769 – 330134
PDT 1106902 02/27/14

43

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/04/13 | J. Sgroi | 0.20 | Review and provide comments on case status update (.20). |
| 10/04/13 | L. Lichtman | 0.90 | Draft case status update for C. Reid and B. English re significant case matters (.90). |
| 10/04/13 | L. Lichtman | 0.10 | Emails with T. Sable and J. Sgroi re case status update (.10). |
| 10/07/13 | L. Lichtman | 0.10 | Review status of hearing on motion for chief restructuring office or Trustee (.10). |
| 10/11/13 | L. Lichtman | 1.20 | Draft case status update for clients re significant case matters (1.20). |
| 10/18/13 | L. Lichtman | 1.20 | Draft case status update for clients re significant case matters (1.20). |
| 10/28/13 | L. Provenzano (L.A.) | 0.20 | Phone call with creditor W. Briggs re case status (.20). |
| 10/28/13 | L. Lichtman | 0.90 | Draft case status update to clients re significant case matters (.90). |
| 10/29/13 | E. Sable | 0.20 | Email with B. English re various case matters (.20). |
| 10/29/13 | L. Provenzano (L.A.) | 0.20 | Phone call from Three Rivers Bank re status of case (.20). |
| **Subtotal Hours and Fees - Case Administration and Objections** | | **5.70** | **2,166.50** |

**MEETINGS OF CREDITORS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/17/13 | J. Sgroi | 0.50 | Weekly phone call with Creditors Committee (.50). |
| 10/24/13 | E. Sable | 0.50 | Participate in phone call with Creditors Committee (.50). |
| 10/24/13 | J. Sgroi | 0.50 | Weekly phone call with Creditors Committee (.50). |
| 10/31/13 | E. Sable | 0.40 | Participate in phone call with Creditors Committee (.40). |
| 10/31/13 | J. Sgroi | 0.40 | Weekly phone call with Creditors Committee (.40). |
| **Subtotal Hours and Fees - Meetings of Creditors** | | **2.30** | **936.50** |

11769 – 330134
PDT 1106902 02/27/14

44

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|

**PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/01/13 | E. Sable | 1.00 | Review revised memo to C. Reid and B. English re plan objections and strategy (1.00). |
| 10/01/13 | E. Sable | 0.50 | Phone call with U. Gorrepati and J. Sgroi re plan issues (.50). |
| 10/01/13 | J. Sgroi | 0.60 | Review and revise memo to C. Reid and B. English re plan objections and strategy (.60). |
| 10/01/13 | J. Sgroi | 0.50 | Phone call with U. Gorrepat and T. Sable re plan issues (.50). |
| 10/01/13 | L. Lichtman | 0.10 | Email to T. Sable and J. Sgroi re memorandum to clients on Plan Objections and strategy (.10). |
| 10/01/13 | L. Lichtman | 2.90 | Review and revise memorandum to clients re Objections to Plan and strategy (2.90). |
| 10/02/13 | E. Sable | 1.00 | Continue revising memorandum re plan objections and strategy (1.00). |
| 10/02/13 | E. Sable | 0.50 | Review and revise plan supplement (.50). |
| 10/02/13 | J. Sgroi | 0.50 | Review and comment on memo re plan objections and strategy (.50). |
| 10/02/13 | J. Sgroi | 0.20 | Emails with T. Sable and L. Lichtman re plan supplement (.20). |
| 10/02/13 | J. Sgroi | 0.20 | Emails with L. Lichtman re plan supplement (.20). |
| 10/02/13 | J. Sgroi | 1.40 | Phone call with M. Hebbeln (.40); follow up with T. Sable and L. Lichtman (.40); call with C. Reid, P. Torrence, T. Sable and L. Lichtman (.40); review and revise email to Committee with proposal (.20). |
| 10/02/13 | L. Lichtman | 0.30 | Review revised memorandum to clients re Objections to Plan (.30). |
| 10/02/13 | L. Lichtman | 0.20 | Emails with T. Sable and J. Sgroi re revised memorandum to clients on Objections to Plan (.20). |
| 10/02/13 | L. Lichtman | 0.10 | Emails with T. Sable re status of clients commenting on Plan Supplement (.10). |

11769 – 330134
PDT 1106902 02/27/14

45

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/02/13 | L. Lichtman | 0.50 | Revise Plan Supplement (.50). |
| 10/02/13 | L. Lichtman | 0.20 | Email to C. Reid and B. English re Plan Supplement (.20). |
| 10/02/13 | L. Lichtman | 0.10 | Emails with T. Sable re adjournment of Confirmation Hearing (.10). |
| 10/02/13 | L. Lichtman | 0.10 | Meet with T. Sable re adjournment of Confirmation Hearing (.10). |
| 10/03/13 | E. Sable | 0.50 | Review Committee's response to adjournment of confirmation hearing and objection deadline (.20); draft response re same (.20); email with U. Gorrepati, counsel to noteholders re same (.10). |
| 10/03/13 | J. Sgroi | 0.40 | Review Committee's response to adjournment of confirmation hearing (.20); revise response re same (.20). |
| 10/03/13 | L. Provenzano (L.A.) | 0.20 | Review stipulated order re Committee's extension of time to file objections to Plan (.10); calendar same (.10). |
| 10/03/13 | L. Lichtman | 0.10 | Email from M. Hebbeln re adjournment of Confirmation Hearing (.10). |
| 10/03/13 | L. Lichtman | 0.30 | Emails with T. Sable re Committee's comments on adjournment of Confirmation Hearing (.30). |
| 10/03/13 | L. Lichtman | 0.20 | Meet with T. Sable re status of adjournment of Confirmation Hearing (.20). |
| 10/04/13 | E. Sable | 2.00 | Phone calls with J. Sgroi, A. Uetz and M. Hebbeln re stipulation and order for adjourning confirmation hearing and extending deadline for objections (.70); email with J. Sgroi, A. Uetz and M. Hebbeln re same (.30); meeting with J. Sgroi re same (.50); review and revise stipulation re same (.30); review and revise order re same (.20). |
| 10/04/13 | E. Sable | 0.20 | Email with U. Gorrepati, counsel for noteholders, re plan issues (.20). |

11769 – 330134
PDT 1106902 02/27/14

46

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/04/13 | J. Sgroi | 1.80 | Phone calls with T. Sable, A. Uetz and M. Hebbeln re proposed stipulation adjourning confirmation hearing (.70); emails with T. Sable, A. Uetz and M. Hebbeln re same (.30); meeting with T. Sable re same (.50); review and revise stipulation re same (.20); review and revise order re same (.10). |
| 10/05/13 | E. Sable | 0.10 | Email with P. Haley re multiple plan issues (.10). |
| 10/07/13 | E. Sable | 1.30 | Participate in portion of phone calls with J. Sgroi, L. Lichtman, A. Uetz and M. Hebbeln re stipulation and order for adjourning confirmation hearing and extending deadline for objections (.30); meet with J. Sgroi re same (.30); phone call with J. Sgroi and C. Reid re same (.50); revise said stipulation (.20). |
| 10/07/13 | J. Sgroi | 2.30 | Phone calls with T. Sable, L. Lichtman, A. Uetz and M. Hebbeln re adjournment of confirmation hearing (1.20); meeting with T. Sable re same (.30); phone call with T. Sable and C. Reid re same (.30); revise stipulation re same (.30); meet with L. Lichtman re same (.20). |
| 10/07/13 | L. Lichtman | 0.20 | Prepare for phone call with Committee's counsel for adjournment of Confirmation Hearing (.20). |
| 10/07/13 | L. Lichtman | 0.60 | Phone call with T. Sable, J. Sgroi, A. Uetz and M. Hebbeln re adjournment of Confirmation Hearing (.60). |
| 10/07/13 | L. Lichtman | 0.10 | Meet with T. Sable re stipulation and order to adjourn Confirmation Hearing (.10). |
| 10/07/13 | L. Lichtman | 0.20 | Phone call with T. Sable, J. Sgroi, A. Uetz and M. Hebbeln re stipulation and order to adjourn Confirmation Hearing (.20). |
| 10/07/13 | L. Lichtman | 0.20 | Meet with J. Sgroi re exclusivity issue and adjournment of Confirmation Hearing (.20). |
| 10/07/13 | L. Lichtman | 1.50 | Research re Bankruptcy Code Section 1121 and status of exclusivity periods (1.50). |
| 10/07/13 | L. Lichtman | 0.10 | Phone call with J. Sgroi re status of filing Stipulation and Order to adjourn Confirmation Hearing and extension for Objections to Plan (.10). |

11769 – 330134
PDT 1106902 02/27/14

47

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/07/13 | L. Lichtman | 0.10 | Emails with M. Hebbeln re status of filing Stipulation and Order to adjourn Confirmation Hearing (.10). |
| 10/07/13 | L. Lichtman | 0.20 | Review status of adjournment of confirmation hearing (.20). |
| 10/07/13 | L. Lichtman | 0.40 | Phone call with T. Sable, J. Sgroi, A. Uetz and M. Hebbeln re adjournment of Confirmation Hearing (.40). |
| 10/07/13 | L. Lichtman | 0.10 | Review Stipulation and Order re adjournment of Confirmation Hearing (.10). |
| 10/07/13 | L. Lichtman | 0.10 | Review revised Stipulation and Order to adjourn Confirmation Hearing (.10). |
| 10/07/13 | L. Lichtman | 0.10 | Phone call with T. Sable re revised Order to adjourn Confirmation Hearing (.10). |
| 10/07/13 | L. Lichtman | 0.10 | Email from M. Hebbeln re Order to adjourn Confirmation Hearing (.10). |
| 10/15/13 | E. Sable | 0.10 | Email with US Trustee re adjournment of confirmation hearing (.10). |
| 10/23/13 | L. Lichtman | 0.10 | Review status of review of remaining executory contracts and unexpired leases for possible rejection (.10). |
| 10/23/13 | L. Lichtman | 0.30 | Emails with B. English re status of review of remaining executory contracts and unexpired leases for possible rejection (.30). |
| 10/30/13 | L. Lichtman | 5.80 | Continue drafting Memorandum of Law in support of Plan confirmation (5.80). |
| **Subtotal Hours and Fees - Plan and Disclosure Statement** | | **30.60** | **12,357.50** |

**RELIEF FROM STAY PROCEEDINGS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/04/13 | E. Sable | 0.90 | Email from L. Baughman re consent order for relief from automatic stay (.20); review proposed order re same (.20); review schedule of agreements re same (.50). |

11769 – 330134
PDT 1106902 02/27/14

48

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/04/13 | J. Sgroi | 0.70 | Email from FDIC re consent order for relief from automatic stay (.20); review schedule of agreements re same (.50). |
| 10/08/13 | E. Sable | 1.80 | Review FDIC's proposed order for consensual relief from stay (.50); phone call with L. Baughman, counsel for FDIC, re same (.50); email with J. Sgroi, C. Reid and B. English re same (.30); phone call with J. Sgroi and C. Reid re same (.20); emails with J. Sgroi and C. Reid re same (.30). |
| 10/08/13 | J. Sgroi | 1.10 | Review FDIC's proposed order for consensual relief from the automatic stay (.50); emails with T. Sable, B. English and C. Reid re same (.20); phone call with T. Sable and C. Reid re same (.20); emails with T. Sable and C. Reid re same (.20). |
| 10/08/13 | L. Lichtman | 0.30 | Email from T. Sable re request from L. Baughman, counsel to FDIC, for consent to relief from stay (.30). |
| 10/08/13 | L. Lichtman | 0.10 | Emails from T. Sable and C. Reid re FDIC's request for consent to relief from stay (.10). |
| 10/09/13 | E. Sable | 0.30 | Phone call with L. Baughman, counsel to FDIC re order for relief from stay (.30). |
| 10/16/13 | E. Sable | 0.40 | Review Creditors Committee's changes to stipulation for FDIC relief from stay (.20); review M. Hindelang's proposed changes to same (.20). |
| 10/16/13 | J. Sgroi | 0.40 | Review Committee comments to FDIC stipulation for relief from stay (.20); review M. Hindelang's proposed changes to same (.20). |
| 10/21/13 | E. Sable | 0.60 | Email with J. Sgroi and C. Reid re stipulation and order granting FDIC relief from stay (.20); revise stipulation re same (.20); email with J. Sgroi and L. Baughman, counsel for FDIC, re same (.20). |
| 10/21/13 | J. Sgroi | 0.60 | Emails with T. Sable and C. Reid re stipulation granting relief from stay to permit the FDIC to exercise rights (.20); revise stipulation re same (.20); emails with T. Sable and FDIC counsel re same (.20). |
| **Subtotal Hours and Fees - Relief from Stay Proceedings** | | **7.20** | **3,054.00** |

11769 – 330134
PDT 1106902 02/27/14

49

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|

**TAX MATTERS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/01/13 | A. Valade | 4.90 | Analysis of Michigan Business Tax issues for tax years 2008-2011 (1.70); review file re settlement for tax years 2009 and 2010 (.70); email to K. Schafer re Department of Treasury's audit of tax years 2008 -2011 and tax assessment for 2011 (1.50); emails with K. Schafer re appeal of 2011 Michigan Business Tax notice to the Michigan Tax Tribunal (1.00). |
| 10/03/13 | J. Combs | 0.20 | Review audit letters from Michigan Department of Treasury (.20). |
| 10/03/13 | A. Valade | 0.30 | Phone call with K. Schafer re new 2011 tax assessment (.30). |
| 10/04/13 | J. Combs | 0.30 | Review of tax sharing agreements (.20); email to J. Kuras re disclosure for same (.10). |
| 10/04/13 | J. Combs | 0.10 | Revise tax disclosure for Michigan appeal of business tax notice for 2011 (.10). |
| 10/07/13 | A. Valade | 3.20 | Review Michigan Business Tax materials received from K. Schafer (1.20); work on Petition to appeal 2011 Michigan Business Tax notice to the Michigan Tax Tribunal (2.00). |
| 10/09/13 | A. Valade | 1.00 | Review 2011 Michigan Business Tax return (1.00). |
| 10/10/13 | S. Strand | 0.60 | Phone call with J. Combs and T. Sable re amended tax return and bankruptcy court considerations (.10); review amended tax return procedures (.50). |
| 10/11/13 | A. Valade | 2.60 | Work on Petition to file with Michigan Tax Tribunal re appeal of 2011 Michigan Business Tax tax assessment issued by the Michigan Department of Treasury (2.60). |
| 10/14/13 | D. Stanley | 0.50 | Work on Michigan Tax Tribunal Petition (.50). |
| 10/14/13 | A. Valade | 1.70 | Finalize Michigan Tax Tribunal Petition (.90); email to K. Schafer re same (.10); review 2011 Michigan Business Tax return (.70). |
| 10/15/13 | D. Stanley | 0.50 | Finalize and file Petition with Tax Tribunal (.50). |

11769 – 330134
PDT 1106902 02/27/14

50

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/15/13 | A. Valade | 0.50 | Emails with K. Schafer re 2011 Michigan Business Tax return and appeal of tax assessment to the Michigan Tax Tribunal (.50). |
| 10/16/13 | J. Combs | 0.30 | Email to K. Schafer re state and federal income tax matters (.30). |
| 10/16/13 | J. Combs | 0.30 | Review state tax matters (.30). |
| 10/17/13 | J. Combs | 1.00 | Review of files re amended return (1.00). |
| 10/17/13 | J. Combs | 2.10 | Review of IRS procedures for amended tax returns (2.10). |
| 10/17/13 | J. Combs | 0.90 | Review of bankruptcy related tax provisions and tax-related bankruptcy provisions for amended return (.90). |
| 10/17/13 | J. Combs | 0.40 | Review of automatic stay rules for assessments and tax liens (.40). |
| 10/17/13 | J. Combs | 0.60 | Phone call with K. Schafer re federal and state tax matters for amended return for 2006 and 2009 federal income tax years and for Michigan Business Tax (.60). |
| 10/18/13 | J. Combs | 0.10 | Email to Foley and Lardner re discussion of tax liabilities (.10). |
| 10/18/13 | J. Combs | 0.20 | Emails from T. Sable re contacting Foley and Lardner on tax liabilities (.20). |
| 10/18/13 | J. Combs | 1.20 | Review cases on tax refund claims and credits of tax (1.20). |
| 10/18/13 | J. Combs | 0.30 | Review IRS guidance on tax refund and credit claims in bankruptcy (.30). |
| 10/18/13 | J. Combs | 0.20 | Review of materials re IRS and Department of Justice jurisdiction over tax matters in bankruptcy (.20). |
| 10/18/13 | J. Combs | 0.30 | Review of statute of limitations on tax refund claims (.30). |
| 10/18/13 | A. Valade | 0.20 | Attention to emails re IRS review of amended income tax return (.20). |
| 10/18/13 | J. Kuras | 0.20 | Email with J. Combs re update on IRS audit (.20). |

11769 – 330134
PDT 1106902 02/27/14

51

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/21/13 | A. Valade | 0.50 | Review file re Michigan Tax Tribunal Petition and status of case number assignment by Michigan Tax Tribunal (.50). |
| 10/23/13 | A. Valade | 0.40 | Review material received from Michigan Tax Tribunal re Michigan Business Tax case (.30); email to D. Stanley re same (.10). |
| 10/24/13 | J. Combs | 0.20 | Phone call with S. Ozck of FOIS re tax matters (.20). |
| 10/25/13 | J. Combs | 2.60 | Review of tax authorities for filing tax refund claims with IRS Form 870AD versus IRS Form 870 and materials on taxes in bankruptcy (2.60). |
| 10/25/13 | J. Combs | 0.20 | Email to L. Lichtman re discussion with the IRS on tax matters (.20). |
| 10/25/13 | J. Combs | 0.30 | Review IRS claim for taxes (.10); phone call with K. Schafer re same (.20). |
| 10/25/13 | J. Combs | 0.50 | Phone call with M. Hebbeln re tax matters with the IRS and background on the IRS tax claim (.50). |
| 10/25/13 | J. Combs | 0.20 | Prepare for phone call with Creditor's Committee (.20). |
| 10/25/13 | J. Combs | 0.60 | Phone call with K. Schafer re tax issues (.60). |
| 10/25/13 | J. Combs | 0.20 | Review IRS Form 870 (.20). |
| 10/25/13 | J. Combs | 1.30 | Review IRS tax audit report (1.30). |
| 10/25/13 | J. Kuras | 0.30 | Phone call with J. Combs re FDIC involvement in IRS audit issue (.30). |
| 10/25/13 | J. Clegg | 0.70 | Research related to filing amended return following 870 agreement (.70). |
| 10/28/13 | J. Combs | 0.20 | Phone call with K. Schafer re call with E. Barr of IRS (.20). |
| 10/28/13 | J. Clegg | 0.40 | Phone call with J. Combs re refund claim following 870 return (.40). |
| **Subtotal Hours and Fees - Tax Matters** | | **33.30** | **16,093.50** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

Honigman Miller Schwartz and Cohn LLP
HONIGMAN
Attorneys and Counselors
(269) 337-7700
Fax: (269) 337-7701
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Description |
|---|---|---|---|

**CLAIMS ADMINISTRATION AND OBJECTION**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/01/13 | L. Lichtman | 0.30 | Emails with A. Valade re proposed strategy to address Michigan Department of Treasury proofs of claim (.30). |
| 10/01/13 | L. Lichtman | 0.10 | Meet with T. Sable re issues with Michigan Department of Treasury proofs of claim (.10). |
| 10/01/13 | L. Lichtman | 0.50 | Review proofs of claim filed by Michigan Department of Treasury (.50). |
| 10/08/13 | E. Sable | 0.50 | Phone call with J. Sgroi and J. Gregg re G3 claims estimation motion (.30); email from J. Gregg re same (.20). |
| 10/08/13 | J. Sgroi | 0.50 | Phone call with T. Sable and J. Gregg re G3 claims estimation motion (.30); email from J. Gregg re same (.20). |
| 10/08/13 | L. Lichtman | 0.10 | Emails with T. Sable re G3's response to claims estimation motion (.10). |
| 10/08/13 | L. Lichtman | 0.70 | Review G3's Response to Claims Estimation Motion (.50); email from J. Gregg re settlement for same (.20). |
| 10/08/13 | L. Lichtman | 0.10 | Emails with J. Gregg re proposed adjournment of hearing on Claims Estimation Motion (.10). |
| 10/09/13 | E. Sable | 0.20 | Meet with L. Lichtman re G3 claims estimation motion (.20). |
| 10/09/13 | L. Lichtman | 0.10 | Emails with J. Gregg re status of proposed adjournment of Claims Estimation Motion (.10). |
| 10/09/13 | L. Lichtman | 0.10 | Meet with T. Sable re proposed response to settlement for Claims Estimation Motion (.10). |
| 10/09/13 | L. Lichtman | 0.90 | Email to B. English and M. Hindelang re response and settlement for Claims Estimation Motion (.90). |
| 10/10/13 | L. Lichtman | 0.10 | Emails with J. Gregg re proposed adjourned hearing date on Claims Estimation Motion (.10). |
| 10/10/13 | L. Lichtman | 0.20 | Review stipulation re adjournment of hearing on G3 Claims Estimation Motion (.10); review order re same (.10). |

11769 – 330134
PDT 1106902 02/27/14
53
INVOICE PAYABLE ON RECEIPT IN US DOLLARS
Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800
*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/11/13 | L. Lichtman | 0.20 | Phone call with M. Hindelang re G3's settlement proposal for G3 Claims Estimation Motion (.20). |
| 10/23/13 | L. Lichtman | 0.20 | Email to B. English re G3 settlement proposal for G3 Claims Estimation Motion (.20). |
| 10/30/13 | L. Lichtman | 0.10 | Email to J. Sjoquist re resolution of motion for estimation of G3 claims (.10). |
| **Subtotal Hours and Fees - Claims Administration and Objection** | | **4.90** | **1,972.00** |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/01/13 | E. Sable | 0.30 | Phone call with P. Torrence, M. Hindelang and L. Lichtman re possible supplement to Declaration of Disinterestedness (.30). |
| 10/01/13 | E. Sable | 1.00 | Review issues re supplemental declaration of disinterestedness (.80); meet with J. Sgroi and L. Lichtman re same (.20). |
| 10/01/13 | J. Sgroi | 0.70 | Review issues re supplement to disinterestedness disclosure (.50); meet with T. Sable and L. Lichtman re same (.20). |
| 10/01/13 | L. Lichtman | 0.10 | Phone call with P. Torrence re possible supplement to declaration (.10). |
| 10/01/13 | L. Lichtman | 0.30 | Review declaration and amendments re possible supplement (.30). |
| 10/01/13 | L. Lichtman | 0.20 | Meet with T. Sable and J. Sgroi re possible supplement to declaration (.20). |
| 10/01/13 | L. Lichtman | 0.30 | Phone call with P. Torrence, T. Sable and M. Hindelang re possible supplement to declaration (.30). |
| 10/02/13 | E. Sable | 0.40 | Revise third supplemental declaration (.40). |
| 10/02/13 | J. Sgroi | 0.80 | Draft third supplemental declaration (.80). |
| 10/04/13 | B. Lundberg (L.A.) | 1.00 | Continue reviewing August monthly fee statement for accuracy and compliance with local court rules (1.00). |

11769 – 330134
PDT 1106902 02/27/14

54

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/04/13 | B. Lundberg (L.A.) | 1.60 | Draft summary of ordinary course professionals invoices and payments for fifth quarterly statement (1.30); draft notice of fifth quarterly statement (.20); email to D. Adams re same (.10). |
| 10/07/13 | B. Lundberg (L.A.) | 1.10 | Continue reviewing August monthly fee statement for accuracy and compliance with local court rules (1.10). |
| 10/08/13 | B. Lundberg (L.A.) | 1.30 | Continue reviewing August monthly fee statement for accuracy and compliance with local court rules (1.30). |
| 10/08/13 | B. Lundberg (L.A.) | 0.50 | Emails with D. Adams re fifth quarterly report for ordinary course professionals (.10); review order re same (.10); review summary report of payments re same (.10); emails with M. Walker re narrative for payments to BDO (.20). |
| 10/08/13 | B. Lundberg (L.A.) | 0.60 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (.60). |
| 10/09/13 | B. Lundberg (L.A.) | 0.80 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (.70); email to M. Walker re same (.10). |
| 10/09/13 | L. Lichtman | 0.10 | Emails from A. Mahler, P. Torrence and T. Sable re FDIC's inquiry on status of professionals' final fee applications (.10). |
| 10/11/13 | B. Lundberg (L.A.) | 0.30 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (.30). |
| 10/14/13 | E. Sable | 0.10 | Meet with D. Adams re ordinary course professional retention issues (.10). |
| 10/14/13 | D. Adams | 0.30 | Review ordinary course professionals order (.30). |
| 10/14/13 | D. Adams | 0.10 | Email to B. Lundberg re ordinary course professionals order issues (.10). |
| 10/14/13 | D. Adams | 0.10 | Meet with T. Sable re ordinary course professionals quarterly report (.10) |
| 10/14/13 | D. Adams | 0.30 | Email to M. Lee re ordinary course professionals quarterly report (.30). |

11769 – 330134
PDT 1106902 02/27/14

55

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/14/13 | D. Adams | 0.30 | Email to M. Walker re ordinary course professionals quarterly report (.30). |
| 10/14/13 | D. Adams | 0.20 | Email to M. Lee re ordinary course professionals quarterly report (.20). |
| 10/14/13 | D. Adams | 0.20 | Review ordinary course professionals fifth quarterly report (.20). |
| 10/14/13 | B. Lundberg (L.A.) | 1.40 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (1.40). |
| 10/14/13 | B. Lundberg (L.A.) | 1.50 | Meetings with D. Adams re monthly limit issue for fifth quarterly statement of ordinary course professional (.20); draft summary report of all quarterly reports re same (.70); revise summary of ordinary course professionals invoices and payments for fifth quarterly statement (.40); revise notice of fifth quarterly statement (.10); email to D. Adams re same (.10). |
| 10/14/13 | L. Provenzano (L.A.) | 0.20 | Finalize Third Supplemental Declaration for electronic filing (.20). |
| 10/15/13 | B. Lundberg (L.A.) | 2.30 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (2.30). |
| 10/15/13 | B. Lundberg (L.A.) | 0.30 | Electronically file fifth quarterly statement of ordinary course professionals (.20); emails with K. Wagner at KCC re service of same (.10). |
| 10/16/13 | B. Lundberg (L.A.) | 0.70 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (.70). |
| 10/16/13 | L. Lichtman | 0.10 | Meet with T. Sable re seeking to extend deadline for filing of final fee applications (.10). |
| 10/16/13 | L. Lichtman | 0.60 | Draft stipulation extending deadline for all professionals to file final fee applications (.30); draft order re same (.30). |
| 10/16/13 | L. Lichtman | 0.10 | Email to M. Hebbeln re Stipulation and Order to extend deadline for all professionals to file final fee applications (.10). |

11769 – 330134
PDT 1106902 02/27/14
56

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/17/13 | B. Lundberg (L.A.) | 1.30 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (1.30). |
| 10/18/13 | B. Lundberg (L.A.) | 0.30 | Emails with K. Wagner at KCC re certificate of service for fifth quarterly statement of ordinary course professionals (.10); review same for accuracy (.10); electronically file same (.10). |
| 10/18/13 | L. Lichtman | 0.10 | Email to M. Hebbeln re status of stipulation to extend deadline for final fee applications (.10). . |
| 10/21/13 | L. Lichtman | 0.10 | Email from M. Hebbeln re stipulation and order extending deadline for all professionals to file final fee applications (.10). |
| 10/23/13 | B. Lundberg (L.A.) | 0.80 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (.80). |
| 10/24/13 | B. Lundberg (L.A.) | 1.40 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (1.40). |
| 10/25/13 | B. Lundberg (L.A.) | 1.30 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (1.30). |
| 10/29/13 | B. Lundberg (L.A.) | 2.10 | Review October monthly fee statement for accuracy and compliance with local court rules (2.10). |
| 10/29/13 | B. Lundberg (L.A.) | 0.70 | Continue reviewing September monthly fee statement for accuracy and compliance with local court rules (.70). |
| 10/30/13 | B. Lundberg (L.A.) | 0.80 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (.80). |
| 10/31/13 | B. Lundberg (L.A.) | 0.80 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (.80). |
| **Subtotal Hours and Fees - Fee/Employment Applications** | | **29.90** | **7,750.50** |

11769 – 330134
PDT 1106902 02/27/14

57

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **LITIGATION** |
| 10/01/13 | E. Sable | 0.50 | Phone calls with C. Reid re Committee's complaint for Preliminary Injunction and Motion for TRO (.50). |
| 10/01/13 | J. Sgroi | 0.50 | Phone calls with C. Reid re Committee complaint for preliminary injunction and Motion for TRO (.50). |
| 10/02/13 | E. Sable | 0.60 | Review D&O insurance cost allocation in relation to Committee lawsuit (.40); email to M. Hebbeln re same (.20). |
| 10/02/13 | S. Kitei | 0.40 | Review Committee Motion for TRO and Complaint for Preliminary Injunction (.40). |
| 10/04/13 | E. Sable | 0.20 | Email to M. Hebbeln re Committee dismissal of lawsuit (.20). |
| 10/04/13 | J. Sgroi | 0.50 | Research re response to Committee on complaint and TRO (.30); email with Committee re same (.20). |
| **Subtotal Hours and Fees - Litigation** | | **2.70** | **1,098.50** |
| **Total Hours and Fees** | | **495.40** | **$189,160.00** |

11769 – 330134
PDT 1106902 02/27/14

58

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME SUMMARY BY ACTION CODE** (November 1 – 30, 2013)

| Action Code | Hours | Amount |
|---|---|---|
| 234 Travel Time | 8.00 | 3,160.00 |
| 2590 Asset Disposition | 243.00 | 89,667.00 |
| 2591 Business Operations | 22.80 | 8,855.50 |
| 2592 Case Administration and Objections | 10.80 | 4,505.50 |
| 2595 Meetings of Creditors | 1.00 | 417.50 |
| 2596 Plan and Disclosure Statement | 17.00 | 5,104.00 |
| 2597 Relief from Stay Proceedings | 2.80 | 1,188.00 |
| 2630 Appeal | 12.30 | 4,790.50 |
| 2669 Tax Matters | 10.20 | 4,678.00 |
| 2695 Claims Administration and Objection | 27.10 | 10,681.50 |
| 2696 Fee/Employment Applications | 16.30 | 3,586.00 |
| | | |
| **Total Fees** | **371.30** | **$136,633.50** |

11769 – 330134
PDT 1107856 03/07/14

47

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME DETAIL** (November 1 – 30, 2013)

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **TRAVEL TIME** |
| 11/14/13 | L. Lichtman | 2.00 | Attempted return travel from Chicago to Detroit (flight delayed/cancelled) (2.00). |
| 11/14/13 | L. Lichtman | 3.00 | Travel to Chicago from Detroit to attend Committee's deposition of S. Kent of River Branch (3.00). |
| 11/15/13 | L. Lichtman | 3.00 | Return travel from Chicago to Detroit following Committee deposition of S. Kent of River Branch (3.00). |
| **Subtotal Hours and Fees - Travel Time** | | **8.00** | **3,160.00** |
| | | | **ASSET DISPOSITION** |
| 11/01/13 | E. Sable | 1.10 | Review and revise FDIC settlement motion for sale proceeds (1.00); email to client re same (.10). |
| 11/01/13 | E. Sable | 1.00 | Review letter from D. Hutchinson regarding demands for payment to Michigan Commerce Bank (.20); phone call with J. Sgroi and B. English regarding same (.30); review documents regarding same (.40); meet with L. Lichtman regarding same (.10). |
| 11/01/13 | J. Kuras | 0.20 | Phone call with L. Lichtman re Michigan Commerce Bank administrative claim (.20). |
| 11/01/13 | J. Sgroi | 1.40 | Review and revise FDIC settlement motion re sale proceeds (1.40). |
| 11/01/13 | J. Sgroi | 0.60 | Review demand letter from Michigan Commerce Bank (.30); phone call with T. Sable and B. English re same (.30). |
| 11/01/13 | C. Mayfield ll | 1.90 | Research re 363 sales in connection with bank holding companies (1.70); meet with L. Lichtman re same (.20). |
| 11/01/13 | L. Lichtman | 0.20 | Phone call with A. Mahler regarding status of settlement with FDIC on sale proceeds (.20). |

11769 – 330134
PDT 1107856 03/07/14

2

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/13 | L. Lichtman | 0.20 | Review motion for order authorizing settlement with FDIC regarding sale proceeds (.20). |
| 11/01/13 | L. Lichtman | 4.50 | Draft Brief in Support of sale of remaining subsidiary banks to Talmer (4.50). |
| 11/01/13 | L. Lichtman | 0.10 | Phone call to B. English regarding demand letter from counsel for Michigan Commerce Bank (.10). |
| 11/01/13 | L. Lichtman | 0.20 | Meet with C. Mayfield regarding research issues for sale of remaining subsidiary banks to Talmer (.20). |
| 11/01/13 | L. Lichtman | 0.10 | Meet with T. Sable regarding demand letter from counsel to Michigan Commerce Bank (.10). |
| 11/01/13 | L. Lichtman | 0.20 | Phone call with J. Kuras regarding demand letter from counsel for Michigan Commerce Bank and possible ramifications for sale of remaining subsidiary banks to Talmer (.20). |
| 11/01/13 | L. Lichtman | 0.10 | Email to J. Kuras regarding demand letter from counsel for Michigan Commerce Bank for sale of remaining banks (.10). |
| 11/04/13 | J. Combs | 0.90 | Review of selling costs for OREO properties and bad debt deductions, Bank of Kirksville (.90). |
| 11/04/13 | J. Combs | 0.20 | Phone call with L. Lichtman re sale of remaining subsidiary banks to Talmer (.20). |
| 11/04/13 | J. Combs | 0.80 | Review of authorities on selling costs for remaining banks (.50); phone call with J. Sgroi re same and tax issues (.30). |
| 11/04/13 | E. Sable | 2.00 | Phone call with J. Sgroi and M. Hebbeln regarding discovery requests related to sale (.50); review said discovery request issues (.50); review available documents and C. Reid declaration regarding same (1.00). |
| 11/04/13 | J. Kuras | 0.10 | Email with P. Torrence and L. Lichtman re Michigan Commerce Bank administration claim (.10). |
| 11/04/13 | J. Kuras | 0.20 | Phone call with P. Torrence re Michigan Commerce Bank demand letter (.20). |
| 11/04/13 | J. Kuras | 0.10 | Email from B. English re bank communications with Talmer (.10). |

11769 – 330134
PDT 1107856 03/07/14

3

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/04/13 | J. Kuras | 0.10 | Phone call with B. English re bank communications with Talmer (.10). |
| 11/04/13 | J. Kuras | 0.40 | Email from B. English and B. Thomas re bank communications with Talmer (.20); review same (.20). |
| 11/04/13 | J. Sgroi | 0.40 | Review emails re Michigan Commerce Bank demand (.10); review Michigan Commerce Bank demand letter (.30). |
| 11/04/13 | J. Sgroi | 1.90 | Phone call with T. Sable and M. Hebbeln re discovery requests related to sale (.50); review discovery requests (.40); review of documents re same (1.00). |
| 11/04/13 | L. Lichtman | 4.60 | Continue drafting Brief in Support of sale of remaining subsidiary banks to Talmer (4.40); phone call with J. Combs re same (.20). |
| 11/04/13 | L. Lichtman | 0.10 | Email to B. English regarding demand letter from counsel for Michigan Commerce Bank (.10). |
| 11/04/13 | L. Lichtman | 0.10 | Emails with T. Sable regarding discovery requested by Committee related to proposed sale to Talmer (.10). |
| 11/04/13 | L. Lichtman | 0.10 | Email from J. Kuras regarding bank regulators and Michigan Commerce Bank on claim issues (.10). |
| 11/05/13 | E. Sable | 1.50 | Work on Committee's discovery requests related to Talmer sale (.90); email with C. Reid regarding same (.40); phone call with J. Kuras regarding same (.20). |
| 11/05/13 | E. Sable | 0.80 | Phone call with J. Sgroi and C. Reid regarding revised version of motion approving the FDIC settlement on sale proceeds (.30); revise motion regarding same (.30); revise order regarding same (.20). |
| 11/05/13 | E. Sable | 1.10 | Review proposed stipulation and order from Creditor's Committee regarding sale related discovery (.30); phone call with J. Sgroi and C. Reid regarding same (.20); email with J. Sgroi and P. Haley regarding same (.10); meet with J. Sgroi regarding same (.30); emails with J. Sgroi and Committee regarding same (.20). |
| 11/05/13 | J. Kuras | 0.20 | Phone call with P. Torrence re Committee discovery request and Talmer transition services agreement (.20). |
| 11/05/13 | J. Kuras | 0.20 | Phone call with T. Sable re Committee discovery request and Talmer transition services agreement (.20). |

11769 – 330134
PDT 1107856 03/07/14

4

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/05/13 | J. Kuras | 0.10 | Email from T. Sable re Committee discovery request (.10). |
| 11/05/13 | J. Sgroi | 1.30 | Work on Committee's discovery requests related to Talmer sale (1.30). |
| 11/05/13 | J. Sgroi | 0.60 | Phone call with T. Sable and C. Reid re motion approving FDIC settlement for sale proceeds (.30); review and revise motion re same (.30). |
| 11/05/13 | J. Sgroi | 1.10 | Review proposed stipulation and order from Creditor's Committee re sale related discovery (.30); phone call with T. Sable and C. Reid re same (.20); emails with T. Sable and P. Haley re same (.10); meet with T. Sable re same (.30); emails with T. Sable and Committee re same (.20). |
| 11/05/13 | L. Lichtman | 0.50 | Phone call with C. Reid regarding Committee's discovery requests concerning proposed sale to Talmer, producing documents to Committee for IRS claim, and Michigan Commerce Bank's alleged post-petition claims and defenses and offsets (.50). |
| 11/05/13 | L. Lichtman | 0.30 | Review engagement letter with Promontory Financial regarding issue of offsets to alleged post-petition claim of Michigan Commerce Bank (.30). |
| 11/05/13 | L. Lichtman | 0.10 | Meet with L. Provenzano regarding executory contracts and unexpired leases (.10). |
| 11/05/13 | L. Lichtman | 0.20 | Emails from B. English and T. Sable regarding Committee's discovery requests related to sale of remaining subsidiary banks to Talmer (.20). |
| 11/06/13 | E. Sable | 0.10 | Email to C. Reid regarding FDIC settlement motion and attachments on sale proceeds for review and comment (.10). |
| 11/06/13 | E. Sable | 0.30 | Review summary of conversation with D. Hutchison regarding Michigan Commerce Bank administrative claim (.30). |
| 11/06/13 | E. Sable | 0.10 | Email with S. Ozeck, FDIC, regarding tax claims (.10). |
| 11/06/13 | J. Sgroi | 0.30 | Review summary of Michigan Commerce Bank claim (.30). |

11769 – 330134
PDT 1107856 03/07/14

5

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/06/13 | L. Provenzano (L.A.) | 1.40 | Preparation of document production to Committee (1.40). |
| 11/06/13 | L. Lichtman | 0.20 | Emails with B. English regarding status of addressing claims of Michigan Commerce Bank (.20). |
| 11/06/13 | L. Lichtman | 0.10 | Emails with T. Sable regarding Brief in Support of Sale to Talmer (.10). |
| 11/06/13 | L. Lichtman | 0.40 | Phone call with D. Hutchinson, counsel to Michigan Commerce Bank, regarding alleged post-petition claims (.40). |
| 11/06/13 | L. Lichtman | 0.30 | Emails with B. English regarding alleged post-petition claims of Michigan Commerce Bank (.30). |
| 11/06/13 | L. Lichtman | 0.20 | Phone call with D. Hutchinson, counsel to Michigan Commerce Bank, regarding alleged post-petition claims (.20). |
| 11/06/13 | L. Lichtman | 0.30 | Email from D. Hutchinson regarding documents purportedly supporting alleged post-petition claims of Michigan Commerce Bank (.10); review same (.20). |
| 11/06/13 | L. Lichtman | 0.10 | Email to C. Reid and B. English regarding documents received from Michigan Commerce Bank in support of alleged post-petition claims (.10). |
| 11/06/13 | L. Lichtman | 0.80 | Continue drafting Brief in Support of Sale to Talmer (.80). |
| 11/07/13 | E. Sable | 0.40 | Phone call with M. Hebbeln regarding scheduling C. Reid deposition (.20); phone call with C. Reid regarding same (.20). |
| 11/07/13 | E. Sable | 1.20 | Review and revise Motion for Order Authorizing Settlement with FDIC regarding cross-guaranty liability (1.00); phone call with C. Reid regarding same (.20). |
| 11/07/13 | E. Sable | 1.50 | Review Committee's Rule 2004 Motion to produce sale documents (.70); meet with L. Lichtman re same (.10); review Motion to Expedite same (.20); phone call with B. English re review proposed responses to Request for Production (.50). |

11769 – 330134

PDT 1107856 03/07/14

6

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/07/13 | E. Sable | 0.50 | Meet with L. Lichtman to prepare for call with Talmer and FDIC regarding tax claims (.20); phone call with J. Sgroi, L. Lichtman, Talmer and FDIC regarding same (.30). |
| 11/07/13 | J. Kuras | 0.20 | Review Creditors Committee motion to compel discovery (.20). |
| 11/07/13 | J. Sgroi | 0.30 | Phone call with T. Sable, L. Lichtman, Talmer and FDIC regarding tax issues for sale of banks (.30). |
| 11/07/13 | J. Sgroi | 0.50 | Review documents re alleged post-petition claims of Michigan Commerce Bank (.50). |
| 11/07/13 | J. Sgroi | 1.00 | Review Committee's Rule 2004 Motion re Talmer sale (1.00). |
| 11/07/13 | J. Sgroi | 0.50 | Review revised Motion for Order Authorizing Settlement with FDIC for sale proceeds (.30); emails re same (.20). |
| 11/07/13 | J. Sgroi | 0.40 | Phone call with M. Hebbeln re C. Reid deposition (.20); phone call with C. Reid re same (.20). |
| 11/07/13 | C. Mayfield ll | 0.90 | Meet with L. Lichtman regarding research with respect to Committee discovery request (.20); research on bankruptcy case law regarding same (.70). |
| 11/07/13 | L. Provenzano (L.A.) | 0.20 | Email to J. McGarrity of River Branch re Order Authorizing Creditors Committee (.20). |
| 11/07/13 | L. Provenzano (L.A.) | 0.30 | Review Rule 2004 Motion for Examination filed by Creditors Committee (.20); email to T. Sable and L. Lichtman re same (.10). |
| 11/07/13 | L. Lichtman | 0.30 | Phone call with T. Sable, J. Sgroi, FDIC and Talmer regarding IRS claim matters for sale (.30). |
| 11/07/13 | L. Lichtman | 0.20 | Emails with T. Sable regarding Response to Committee's Rule 2004 Motion for discovery in connection with sale to Talmer (.20). |
| 11/07/13 | L. Lichtman | 1.30 | Review documents received from Michigan Commerce Bank regarding alleged post-petition claims (1.30). |
| 11/07/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding preparation for call with FDIC on tax claim (.20). |

11769 – 330134
PDT 1107856 03/07/14

7

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/07/13 | L. Lichtman | 1.30 | Review Committee's Rule 2004 Motion for discovery in connection with sale to Talmer (1.30). |
| 11/07/13 | L. Lichtman | 0.10 | Meet with T. Sable regarding Committee's Rule 2004 Motion for discovery in connection with sale to Talmer (.10). |
| 11/08/13 | E. Sable | 0.30 | Review and revise motion to expedite FDIC settlement motion regarding cross-guaranty liability (.30). |
| 11/08/13 | E. Sable | 1.90 | Review order granting Committee’s motion to expedite hearing regarding Rule 2004 motion (.10); review sale documents being produced to IRS (.40); review sale documents in response to Committee discovery motion (.50); review and revise draft response to Committee's Rule 2004 motion (.70); phone call with L. Lichtman regarding same (.20). |
| 11/08/13 | E. Sable | 0.60 | Phone call with S. Ozek, FDIC, regarding settlement on cross-guaranty liability (.40); finalize FDIC settlement motion regarding same (.20). |
| 11/08/13 | E. Sable | 0.10 | Phone call with J. Kuras regarding Bank of Maumee closing (.10). |
| 11/08/13 | E. Sable | 0.30 | Phone call with J. Sgroi and J. Del Monaco, counsel for River Branch, regarding deposition (.30). |
| 11/08/13 | S. Kitei | 1.80 | Revise Motion to approve settlement with FDIC (.60); revise motion to expedite same (.70); email with T. Sable and J. Sgroi re same (.30); email with L. Provenzano re same (.20). |
| 11/08/13 | J. Kuras | 0.10 | Phone call with T. Sable re Bank of Maumee sale (.10). |
| 11/08/13 | J. Kuras | 0.10 | Email with B. English re board approval of Talmer sale (.10). |
| 11/08/13 | J. Kuras | 0.10 | Phone call with M. White re Committee discovery request (.10). |
| 11/08/13 | J. Sgroi | 0.60 | Review documents in response to Committee discovery motion (.60). |
| 11/08/13 | J. Sgroi | 0.40 | Review Committee objection to expediting hearing on FDIC settlement motion for sale proceeds (.30); review order re same (.10). |

11769 – 330134
PDT 1107856 03/07/14
8

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/08/13 | J. Sgroi | 0.60 | Phone call with FDIC re settlement motion for sale proceeds (.40); finalize same (.20). |
| 11/08/13 | J. Sgroi | 0.30 | Phone call with T. Sable and J. Del Monaco re deposition (.30). |
| 11/08/13 | J. Sgroi | 1.20 | Review and revise response to Committee's Rule 2004 Motion re Talmer sale (1.20). |
| 11/08/13 | C. Mayfield ll | 2.60 | Research bankruptcy case law on business judgment rule (2.60). |
| 11/08/13 | L. Lichtman | 0.20 | Email from C. Reid regarding Response to Committee's Rule 2004 Motion for discovery in connection with sale to Talmer (.20). |
| 11/08/13 | L. Lichtman | 0.20 | Phone call with T. Sable regarding Response to Committee's Rule 2004 Motion for discovery in connection with sale to Talmer (.20). |
| 11/08/13 | L. Lichtman | 3.80 | Draft Response to Committee's Rule 2004 Motion for discovery in connection with sale to Talmer (3.80). |
| 11/08/13 | L. Lichtman | 0.10 | Phone call with P. O'Hara of Judge McIvor's chambers regarding request for expedited hearing on Motion to approve settlement with FDIC on sale proceeds (.10). |
| 11/08/13 | L. Lichtman | 0.10 | Emails with L. Provenzano regarding service issues for expedited hearing on Motion to approve settlement with FDIC on sale proceeds (.10). |
| 11/08/13 | L. Lichtman | 0.10 | Email to T. Sable and J. Sgroi regarding Response to Committee's Rule 2004 Motion for discovery in connection with sale to Talmer (.10). |
| 11/09/13 | E. Sable | 0.70 | Review and revise Response to Committee’s Rule 2004 Motion for sale discovery (.50); email with J. Sgroi and C. Reid regarding same (.10); email with J. Sgroi and P. Torrence regarding same and related issues (.10). |
| 11/09/13 | J. Sgroi | 0.90 | Review and revise response to the Committee’s Rule 2004 Motion (.70); email with T. Sable and C. Reid re same (.10); email with T. Sable and P. Torrence re same (.10). |
| 11/09/13 | C. Mayfield ll | 1.10 | Draft hearing notes for motion to approve settlement with FDIC (1.10). |

11769 – 330134
PDT 1107856 03/07/14

9

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/09/13 | L. Lichtman | 0.30 | Review revised Response to Committee's Rule 2004 Motion for discovery in connection with sale to Talmer (.30). |
| 11/09/13 | L. Lichtman | 0.20 | Emails with T. Sable and J. Sgroi regarding revised Response to Committee's Rule 2004 Motion for discovery in connection with sale to Talmer (.20). |
| 11/10/13 | E. Sable | 0.10 | Email with J. Del Monaco, counsel for River Branch, regarding response to discovery motion on sale (.10). |
| 11/10/13 | E. Sable | 0.10 | Email with C. Reid regarding response to discovery motion on sale (.10). |
| 11/10/13 | J. Kuras | 0.30 | Review response to Committee's motion to compel discovery (.30). |
| 11/10/13 | J. Sgroi | 0.10 | Emails re response to discovery motion (.10). |
| 11/10/13 | C. Mayfield ll | 2.10 | Continue drafting hearing notes for motion to approve settlement with FDIC (2.10). |
| 11/10/13 | L. Lichtman | 0.20 | Emails from T. Sable, J. Kuras and J. Del Monaco, counsel to River Branch, regarding status of responding to Committee's Rule 2004 Motion for discovery in connection with sale to Talmer (.20). |
| 11/11/13 | E. Sable | 0.40 | Phone call with J. Sgroi and J. Del Monaco, counsel for River Branch, regarding hearing on Committee's Rule 2004 motion for sale discovery (.20); email with J. Sgroi and P. Haley regarding same (.20). |
| 11/11/13 | E. Sable | 0.20 | Phone calls with J. Kuras regarding Committee's discovery requests for sale (.20). |
| 11/11/13 | E. Sable | 0.50 | Email to C. Reid regarding preparation for her deposition in connection with sale (.20); phone call with J. Sgroi and C. Reid re same (.30). |
| 11/11/13 | E. Sable | 1.00 | Prepare for hearing on Committee's Rule 2004 motion for sale discovery (.80); meet with L. Lichtman re C. Reid deposition for same (.20). |
| 11/11/13 | E. Sable | 1.00 | Prepare for hearing on FDIC settlement motion regarding cross-guaranty liability (1.00). |
| 11/11/13 | J. Kuras | 0.20 | Email with M. Walker re proposed FDIC settlement (.20). |

11769 – 330134
PDT 1107856 03/07/14

10

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/11/13 | J. Kuras | 0.10 | Phone calls with T. Sable re Creditors Committee document request (.10). |
| 11/11/13 | J. Sgroi | 1.20 | Prepare for hearing on Committee's motion for Rule 2004 examination (1.20). |
| 11/11/13 | J. Sgroi | 1.50 | Prepare for hearing on FDIC settlement motion for sale proceeds (1.50). |
| 11/11/13 | J. Sgroi | 0.40 | Phone call with T. Sable and J. Del Monaco re hearing on Committee's Rule 2004 motion (.20); phone call with T. Sable and P. Haley re same (.20). |
| 11/11/13 | J. Sgroi | 0.30 | Phone call with T. Sable and C. Reid re deposition (.30). |
| 11/11/13 | J. Sgroi | 0.50 | Review and revise email to C. Reid in preparation for her deposition (.50). |
| 11/11/13 | C. Mayfield ll | 1.60 | Continue drafting hearing notes for motion to approve settlement with FDIC (1.60). |
| 11/11/13 | L. Lichtman | 0.30 | Emails with T. Sable regarding C. Reid deposition on sale to Talmer (.30). |
| 11/11/13 | L. Lichtman | 0.20 | Emails with J. Kuras regarding settlement with FDIC on sale proceeds (.20). |
| 11/11/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding C. Reid deposition by Committee for sale of remaining banks to Talmer (.20). |
| 11/12/13 | J. Combs | 0.20 | Phone call with J. Kuras re production for Creditors' Committee of tax returns (.20). |
| 11/12/13 | J. Combs | 0.20 | Phone call with K. Schafer re tax returns for production (.20). |
| 11/12/13 | E. Sable | 0.30 | Meet with L. Lichtman regarding River Branch deposition and issues relating to same (.30). |
| 11/12/13 | E. Sable | 2.80 | Review Committee's objection to FDIC settlement motion regarding cross-guaranty liability (.50); prepare for hearing on same (.70); attend hearing on same (1.50); email to C. Reid and B. English regarding same (.10). |
| 11/12/13 | E. Sable | 1.90 | Prepare for hearing on Committee's Rule 2004 Motion regarding Talmer sale (.20); attend said hearing (1.60); email to C. Reid and B. English regarding same (.10). |

11769 – 330134
PDT 1107856 03/07/14

11

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/12/13 | J. Kuras | 0.20 | Email with L. Lichtman re Committee discovery requests (.20). |
| 11/12/13 | J. Kuras | 0.20 | Phone call with M. White re Creditors' Committee discovery requests (.20). |
| 11/12/13 | J. Kuras | 0.20 | Phone call with S. Swan re documents responsive to Creditors' Committee discovery requests (.20). |
| 11/12/13 | J. Kuras | 0.20 | Email with M. Walker re Committee discovery requests (.20). |
| 11/12/13 | J. Kuras | 0.20 | Review board minutes re Talmer sale and Committee discovery requests (.20). |
| 11/12/13 | J. Kuras | 0.10 | Email with T. Sable re Creditors' Committee document request (.10). |
| 11/12/13 | J. Kuras | 0.20 | Phone call with J. Combs re Creditors' Committee discovery requests (.20). |
| 11/12/13 | J. Kuras | 0.40 | Review files re documents responsive to Creditors' Committee discovery requests (.40). |
| 11/12/13 | J. Kuras | 0.20 | Email with S. Swan re documents responsive to discovery requests (.20). |
| 11/12/13 | J. Kuras | 0.20 | Phone call with M. White re documents responsive to discovery requests (.20). |
| 11/12/13 | J. Sgroi | 2.10 | Prepare for hearing on Committee's motion for Rule 2004 examination (.50); attend hearing on Committee's motion for Rule 2004 examination (1.60). |
| 11/12/13 | J. Sgroi | 2.50 | Review Committee's objection to FDIC settlement motion for sale proceeds (.50); prepare for hearing on same (.50); attend hearing on same (1.50). |
| 11/12/13 | S. Swan (L.A.) | 1.60 | Produce documents responsive to Committee discovery request (1.60). |
| 11/12/13 | L. Lichtman | 3.20 | Continue drafting Brief in Support of Talmer sale (3.20). |
| 11/12/13 | L. Lichtman | 0.20 | Emails with P. Haley regarding Committee deposition of S. Kent of River Branch (.20). |
| 11/12/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding River Branch deposition on sale discovery (.20). |

11769 – 330134
PDT 1107856 03/07/14

12

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/12/13 | L. Lichtman | 0.30 | Emails with J. Del Monaco and M. Hebbeln regarding deposition of S. Kent of River Branch (.30). |
| 11/13/13 | J. Combs | 0.20 | Preparation of materials re proposed IRS settlement with four banks for Talmer (.20). |
| 11/13/13 | E. Sable | 0.70 | Review and revise Committee's order granting in part the Committee’s Rule 2004 motion for sale discovery (.50); phone call with M. Lee regarding same (.20). |
| 11/13/13 | E. Sable | 1.00 | Attend to Committee document production (.80); meet with L. Lichtman re Committee deposition for sale (.20). |
| 11/13/13 | E. Sable | 0.80 | Meet with J. Sgroi and C. Reid in preparation for her deposition (.50); prepare for said deposition (.30). |
| 11/13/13 | E. Sable | 0.10 | Email with P. Haley regarding C. Reid deposition (.10). |
| 11/13/13 | J. Kuras | 0.30 | Email with M. White re escrow agreement for Talmer sales (.30). |
| 11/13/13 | J. Kuras | 0.20 | Email with T. Sable re status of response to Committee discovery requests (.20). |
| 11/13/13 | J. Kuras | 0.10 | Email with P. Torrence re Huntington nondisclosure agreement (.10). |
| 11/13/13 | J. Kuras | 0.20 | Email with B. English re board minutes for Talmer sale (.20). |
| 11/13/13 | J. Kuras | 0.10 | Email with C. Reid re board minutes for Talmer sale (.10). |
| 11/13/13 | J. Sgroi | 0.50 | Review and revise Committee's order granting in part the Committee’s Rule 2004 motion (.50). |
| 11/13/13 | J. Sgroi | 1.50 | Further review of documents for production to Committee (1.50). |
| 11/13/13 | J. Sgroi | 0.50 | Meet with T. Sable and C. Reid in preparation for her deposition (.50). |
| 11/13/13 | C. Mayfield ll | 0.30 | Meet with L. Lichtman re motion in support of sale of remaining banks (.30). |
| 11/13/13 | L. Lichtman | 0.20 | Prepare for phone call with J. Del Monaco regarding Committee's deposition of S. Kent of River Branch (.20). |

11769 – 330134
PDT 1107856 03/07/14

13

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/13/13 | L. Lichtman | 0.40 | Phone call with J. Del Monaco regarding deposition by Committee of S. Kent of River Branch (.40). |
| 11/13/13 | L. Lichtman | 0.10 | Email to T. Sable regarding results of phone call with counsel for River Branch concerning S. Kent deposition (.10). |
| 11/13/13 | L. Lichtman | 0.60 | Preparation for sale hearing (.60). |
| 11/13/13 | L. Lichtman | 2.00 | Revise Brief in Support of sale to Talmer (2.00). |
| 11/13/13 | L. Lichtman | 0.20 | Meet with C. Mayfield regarding research for Brief in Support of sale to Talmer (.20). |
| 11/13/13 | L. Lichtman | 0.60 | Preparation for S. Kent of River Branch deposition (.60). |
| 11/13/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding depositions by Committee for sale to Talmer (.20). |
| 11/14/13 | E. Sable | 0.60 | Review summary from L. Lichtman regarding S. Kent of River Branch deposition (.60). |
| 11/14/13 | E. Sable | 1.20 | Review Committee's term sheet regarding Talmer sale (.50); email with J. Sgroi and M. Hebbeln regarding same (.20); email with J. Sgroi, C. Reid, B. English and P. Torrence regarding same (.30); email with J. Sgroi and P. Haley regarding same (.20). |
| 11/14/13 | E. Sable | 0.10 | Email to C. Reid, B. English, P. Torrence and P. Haley regarding no receipt of sale overbid (.10). |
| 11/14/13 | E. Sable | 4.50 | Meet with J. Sgroi and C. Reid in preparation for her deposition (1.00); participate in said deposition (3.00); meeting with J. Sgroi and C. Reid regarding same (.30); meeting with J. Sgroi and P. Haley regarding same (.20). |
| 11/14/13 | J. Kuras | 0.10 | Review FDIC stipulated order (.10). |
| 11/14/13 | J. Kuras | 0.40 | Review Bank of Maumee closing documents (.40). |
| 11/14/13 | J. Kuras | 0.10 | Email with M. White re Bank of Maumee closing documents (.10). |
| 11/14/13 | J. Kuras | 0.30 | Review calculation of final purchase price of Bank of Maumee (.30). |

11769 – 330134
PDT 1107856 03/07/14

14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/14/13 | J. Sgroi | 0.50 | Review summary of S. Kent of River Branch deposition (.50). |
| 11/14/13 | J. Sgroi | 1.20 | Review Committee's term sheet re Talmer sale (.50); emails with T. Sable and M. Hebbeln re same (.20); email with T. Sable, C. Reid, B. English and P. Torrence re same (.30); email with T. Sable and P. Haley re same (.20). |
| 11/14/13 | J. Sgroi | 4.50 | Meet with T. Sable and C. Reid in preparation for her deposition (1.00); participate in said deposition (3.00); meeting with T. Sable and C. Reid re same (.30); meeting with T. Sable and P. Haley re same (.20). |
| 11/14/13 | C. Mayfield ll | 3.60 | Research for business judgment rule in connection with 363 sale (3.60). |
| 11/14/13 | L. Lichtman | 0.10 | Emails with C. Reid regarding results of Committee's deposition of S. Kent of River Branch (.10). |
| 11/14/13 | L. Lichtman | 0.30 | Phone call with D. Hutchinson, counsel to Michigan Commerce Bank, regarding status of alleged post-petition claims (.30). |
| 11/14/13 | L. Lichtman | 0.10 | Email to C. Reid regarding Michigan Commerce Bank alleged post-petition claims (.10). |
| 11/14/13 | L. Lichtman | 0.10 | Phone call to B. English regarding Michigan Commerce Bank alleged post-petition claims (.10). |
| 11/14/13 | L. Lichtman | 0.50 | Preparation for Committee's deposition of S. Kent of River Branch (.50). |
| 11/14/13 | L. Lichtman | 5.00 | Attend Committee's deposition of S. Kent of River Branch re sale to Talmer (5.00). |
| 11/14/13 | L. Lichtman | 0.20 | Emails from T. Sable regarding Committee's term sheet to resolve objection to sale to Talmer (.20). |
| 11/15/13 | E. Sable | 2.00 | Review and revise brief in support of sale motion (1.70); meet with J. Sgroi re lease amendment review (.30). |
| 11/15/13 | E. Sable | 0.10 | Email with D. Early of FDIC regarding status of sale (.10). |
| 11/15/13 | E. Sable | 0.50 | Phone call with U. Gorrepati, counsel to noteholders, regarding sale issues (.50). |

11769 – 330134
PDT 1107856 03/07/14

15

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/15/13 | E. Sable | 0.80 | Prepare for C. Reid testimony at sale hearing (.60); meet with L. Lichtman re Talmer transaction (.20). |
| 11/15/13 | S. Kitei | 2.70 | Review pleadings related to bank sale motion (.30); assist with witness preparation for hearing re same (2.40). |
| 11/15/13 | J. Kuras | 0.10 | Phone call with M. White re Bank of Maumee closing (.10). |
| 11/15/13 | J. Kuras | 0.20 | Review Creditors' Committee term sheet re dropping objection (.20). |
| 11/15/13 | J. Sgroi | 2.00 | Review lease agreement, various amendments and subleases (1.50); emails with B. English re same (.20); meet with T. Sable re analysis of same (.30). |
| 11/15/13 | J. Sgroi | 2.50 | Review and revise brief in support of sale motion (2.20); meet with C. Mayfield re assignment of contracts (.30). |
| 11/15/13 | J. Sgroi | 0.80 | Phone call with C. Reid to prepare for testimony at sale hearing (.80). |
| 11/15/13 | C. Mayfield ll | 3.50 | Research for business judgment rule in connection with 363 sale (2.80); meet with L. Lichtman re same (.20); meet with J. Sgroi re assignment of executory contracts (.30); review amended bidding procedures for same (.20). |
| 11/15/13 | L. Lichtman | 0.10 | Email to B. English regarding status of alleged post-petition claims of Michigan Commerce Bank (.10). |
| 11/15/13 | L. Lichtman | 0.30 | Emails from T. Sable and J. Sgroi regarding comments on Brief in Support of sale to Talmer (.30). |
| 11/15/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding sale to Talmer (.20). |
| 11/15/13 | L. Lichtman | 0.10 | Emails with L. Peterson regarding S. Kent of River Branch deposition transcript (.10). |
| 11/15/13 | L. Lichtman | 0.10 | Email to T. Sable regarding transcript and exhibits from S. Kent of River Branch deposition (.10). |
| 11/15/13 | L. Lichtman | 0.20 | Meet with C. Mayfield regarding research for Brief in Support of sale to Talmer (.20). |
| 11/15/13 | L. Lichtman | 0.10 | Email from B. English regarding status of Michigan Commerce Bank's alleged post-petition claims (.10). |

11769 – 330134
PDT 1107856 03/07/14

16

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/15/13 | L. Lichtman | 0.10 | Emails with T. Sable regarding status of issue of alleged post-petition claims of Michigan Commerce Bank (.10). |
| 11/15/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding strategy to address alleged post-petition claims of Michigan Commerce Bank (.20). |
| 11/15/13 | L. Lichtman | 0.30 | Phone call with B. English regarding strategy to address alleged post-petition claims of Michigan Commerce Bank (.30). |
| 11/15/13 | L. Lichtman | 0.20 | Emails with B. Ryan, counsel to Talmer, regarding alleged post-petition claims of Michigan Commerce Bank (.20). |
| 11/15/13 | L. Lichtman | 0.30 | Phone call with B. Ryan, counsel to Talmer, regarding issue of alleged post-petition claims of Michigan Commerce Bank (.30). |
| 11/16/13 | L. Lichtman | 0.60 | Review and revise Brief in Support of Sale to Talmer (.60). |
| 11/16/13 | L. Lichtman | 0.80 | Review transcript of Committee deposition of S. Kent of River Branch (.80). |
| 11/17/13 | E. Sable | 0.20 | Emails with C. Reid regarding sale hearing (.20). |
| 11/17/13 | E. Sable | 1.20 | Review S. Kent of River Branch deposition transcript (1.20). |
| 11/17/13 | E. Sable | 1.00 | Prepare for sale hearing (1.00). |
| 11/17/13 | J. Sgroi | 2.00 | Prepare for sale hearing (2.00). |
| 11/17/13 | J. Sgroi | 1.00 | Review S. Kent of River Branch deposition transcript (1.00). |
| 11/17/13 | J. Sgroi | 1.00 | Review C. Reid deposition transcript (1.00). |
| 11/17/13 | J. Sgroi | 1.50 | Continue to prepare for sale hearing (1.50). |
| 11/17/13 | C. Mayfield ll | 2.90 | Research for brief in support of Talmer transaction (2.60); emails with L. Lichtman re same (.30). |

11769 – 330134
PDT 1107856 03/07/14

17

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/17/13 | L. Lichtman | 0.30 | Emails with T. Sable and J. Sgroi regarding bench ruling approving 363(b) sale in Premier Bank Holding Company and relevance for Brief in Support of sale to Talmer (.30). |
| 11/17/13 | L. Lichtman | 0.30 | Emails with C. Mayfield regarding research for Brief in Support of sale to Talmer (.30). |
| 11/17/13 | L. Lichtman | 0.20 | Email from T. Sable regarding anticipated testimony of C. Reid at sale hearing (.20). |
| 11/18/13 | E. Sable | 6.10 | Prepare for hearing on sale motion (4.10); meet with J. Sgroi regarding Committee use of River Branch deposition at sale hearing (.40); review and revise brief in support of sale motion (1.00); email with J. Sgroi, A. Uetz and J. Del Monaco regarding S. Kent of River Branch deposition exhibits and testimony as confidential (.30); review Committee's proposed order regarding same (.20); phone call with J. Sgroi and P. Haley regarding same (.10). |
| 11/18/13 | E. Sable | 0.50 | Research regarding evidentiary issues arising from Committee's use of S. Kent of River Branch deposition testimony at sale hearing (.50). |
| 11/18/13 | J. Sgroi | 0.60 | Review tolling agreement and related documents (.40); emails with B. English re same (.20). |
| 11/18/13 | J. Sgroi | 3.40 | Prepare for hearing on sale motion (2.00); review and revise brief in support of sale motion (.80); emails with T. Sable, A. Uetz and J. Del Monaco re S. Kent of River Branch deposition exhibits and testimony as confidential (.30); review Committee's proposed order re same (.20); phone call with T. Sable and P. Haley re same (.10). |
| 11/18/13 | J. Sgroi | 0.40 | Meet with T. Sable re evidentiary issues arising from Committee's use of River Branch deposition testimony at sale hearing (.40). |
| 11/18/13 | C. Mayfield ll | 2.90 | Research relevant bankruptcy case law re sale motion (1.40); revise sale motion (1.30); meet with L. Lichtman re exhibits to brief in support of sale (.20). |

11769 – 330134
PDT 1107856 03/07/14

18

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/18/13 | L. Lichtman | 0.20 | Emails with J. Sgroi regarding FDIC Tolling Agreement and Michigan Commerce Bank real property leases for sale to Talmer (.20). |
| 11/18/13 | L. Lichtman | 0.30 | Email from B. English regarding FDIC Tolling Agreement and Michigan Commerce Bank real property leases for sale to Talmer (.30). |
| 11/18/13 | L. Lichtman | 1.20 | Review and revise Brief in Support of sale to Talmer (1.20). |
| 11/18/13 | L. Lichtman | 0.20 | Emails with C. Mayfield and L. Provenzano regarding Exhibits for Brief in Support of sale to Talmer (.20). |
| 11/18/13 | L. Lichtman | 0.20 | Meeting with C. Mayfield regarding Exhibits for Brief in Support of sale to Talmer (.20). |
| 11/18/13 | L. Lichtman | 0.20 | Review Stipulation and Order from Committee's counsel regarding River Branch matters and sale hearing (.10); emails with T. Sable regarding same (.10). |
| 11/19/13 | E. Sable | 9.50 | Prepare for hearing on sale motion (1.10); email with J. Sgroi and M. Hebbeln regarding stipulation for filing Committee's objection to sale under seal (.20); meet with L. Lichtman regarding same (.20); review Committee's objection to sale motion (.50); meet with L. Lichtman regarding same (.20); attend hearing on sale motion (7.30). |
| 11/19/13 | J. Sgroi | 9.10 | Prepare for hearing on sale motion (.70); emails with T. Sable and M. Hebbeln re stipulation for filing Committee's objection to sale under seal (.20); review Committee's objection to sale motion (.50); review joinder of Committee members in objection to sale motion (.40); attend hearing on sale motion (7.30). |
| 11/19/13 | C. Mayfield ll | 3.30 | Research re objections to sale (.40); review and analyze objections to sale (1.40); research cases cited in said objections (.80); email to J. Sgroi regarding same in preparation for sale hearing (.70). |
| 11/19/13 | L. Provenzano (L.A.) | 1.10 | Preparation of materials for sale hearing (1.10). |
| 11/19/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding Committee's stipulation for filing Objection to Talmer sale under seal (.20). |

11769 – 330134
PDT 1107856 03/07/14

19

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/19/13 | L. Lichtman | 0.50 | Meeting with C. Reid in preparation for hearing on sale to Talmer (.50). |
| 11/19/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding Committee's objection to sale to Talmer (.20). |
| 11/19/13 | L. Lichtman | 0.40 | Review Committee's objection to sale to Talmer (.40). |
| 11/19/13 | L. Lichtman | 0.20 | Phone call with B. English regarding issues for sale to Talmer (.20). |
| 11/19/13 | L. Lichtman | 0.20 | Review stipulation regarding Committee filing Objection to Sale Motion under seal (.20). |
| 11/19/13 | L. Lichtman | 1.60 | Attend hearing on Talmer sale (1.60). |
| 11/20/13 | E. Sable | 2.00 | Revise sale order (.30); email with J. Sgroi, A. Uetz, M. Hebbeln and P. Haley regarding sale order (.50); review procedures for providing notice of proposed assumption and assignment of executory contracts and unexpired leases (.30); email with J. Sgroi and P. Haley regarding same (.20); review schedules from P. Haley regarding same (.30); review and revise said notice (.40). |
| 11/20/13 | J. Kuras | 0.20 | Email with S. Swan re Talmer closing documents (.20). |
| 11/20/13 | J. Kuras | 0.20 | Phone call with S. Swan re Talmer closing documents (.20). |
| 11/20/13 | J. Kuras | 0.20 | Email with T. Sable re notice to assumed contract parties (.20). |
| 11/20/13 | J. Kuras | 0.20 | Phone call with S. Swan re notice to assumed contract parties (.20). |
| 11/20/13 | J. Kuras | 0.10 | Phone call with L. Provenzano re notice to assumed contract parties (.10). |
| 11/20/13 | J. Kuras | 0.10 | Email with P. Torrence re draft transition services agreement with Talmer (.10). |
| 11/20/13 | J. Kuras | 0.40 | Review draft closing documents for Talmer sale (.40). |
| 11/20/13 | J. Kuras | 0.10 | Email with L. Lichtman re Talmer release (.10). |
| 11/20/13 | J. Kuras | 0.20 | Review and analyze draft transition services agreement with Talmer (.20). |

11769 – 330134
PDT 1107856 03/07/14

20

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/20/13 | J. Kuras | 0.10 | Email with J. Wolfersberger re closing documents (.10). |
| 11/20/13 | J. Kuras | 0.20 | Phone call with L. Lichtman re sale hearing (.20). |
| 11/20/13 | J. Sgroi | 2.10 | Review and revise sale order (.20); email with T. Sable, A. Uetz, M. Hebbeln and P. Haley re same (.40); review procedures for providing notice of proposed assumption and assignment of executory contracts and unexpired leases (.50); email with T. Sable and P. Haley re same (.20); review schedules from Talmer relating to same (.40); review and revise notice of same (.40). |
| 11/20/13 | J. Sgroi | 1.70 | Review potential appeal of FDIC settlement for sale proceeds, sale to Talmer and strategy with respect to same (1.70). |
| 11/20/13 | C. Mayfield ll | 5.90 | Review and revise assignment and assumption notice (2.00); meetings with L. Lichtman re same (.40); revise schedules and notice addresses re same (3.30); email with client re same (.20). |
| 11/20/13 | S. Swan (L.A.) | 3.10 | Review contracts re service list for notice of assumption and assignment (1.80); draft said service list (1.30). |
| 11/20/13 | L. Lichtman | 0.20 | Meeting with C. Mayfield regarding status of Assignment Notice to be served for executory contracts to be assumed and assigned to Talmer (.20). |
| 11/20/13 | L. Lichtman | 0.30 | Emails with M. Walker regarding Assignment Notice to be served (.30). |
| 11/20/13 | L. Lichtman | 0.20 | Phone call with D. Hutchinson, counsel to Michigan Commerce Bank, regarding alleged administrative claims (.20). |
| 11/20/13 | L. Lichtman | 0.10 | Email from D. Hutchinson regarding status of alleged post-petition claims of Michigan Commerce Bank (.10). |
| 11/20/13 | L. Lichtman | 0.20 | Emails to C. Reid regarding Michigan Commerce Bank alleged post-petition claims (.20). |

11769 – 330134
PDT 1107856 03/07/14

21

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/20/13 | L. Lichtman | 0.20 | Phone call with J. Kuras regarding Stock Purchase Agreement with Talmer and possible provisions concerning alleged post-petition claims of Michigan Commerce Bank (.20). |
| 11/20/13 | L. Lichtman | 0.30 | Emails with T. Sable and J. Sgroi regarding Assumption Notice to be served and list of executory contracts to be assumed and assigned to Talmer (.30). |
| 11/20/13 | L. Lichtman | 0.20 | Meet with L. Provenzano regarding Assumption Notice to be served and list of executory contracts to be assumed and assigned to Talmer (.20). |
| 11/20/13 | L. Lichtman | 0.20 | Meet with C. Mayfield regarding Assumption Notice to be served and list of executory contracts to be assumed and assigned to Talmer (.20). |
| 11/20/13 | L. Lichtman | 0.20 | Phone call with J. Kuras regarding sale hearing (.20). |
| 11/21/13 | E. Sable | 0.80 | Revise notice of assumption and assignment of unexpired leases and executory contracts (.40); email with P. Haley regarding same (.20); meet with L. Lichtman regarding same (.20). |
| 11/21/13 | J. Kuras | 0.10 | Phone call with P. Torrence re Michigan Commerce Bank claim (.10). |
| 11/21/13 | J. Kuras | 0.10 | Email with L. Lichtman re Michigan Commerce Bank release of claim issue (.10). |
| 11/21/13 | J. Kuras | 0.30 | Phone call with B. English re Michigan Commerce Bank release of claim issue (.30). |
| 11/21/13 | J. Kuras | 0.10 | Email with L. Lichtman re Michigan Commerce Bank release of claim issue (.10). |
| 11/21/13 | J. Kuras | 0.10 | Phone call with L. Lichtman re Michigan Commerce Bank release of claim issue (.10). |
| 11/21/13 | J. Sgroi | 0.30 | Finalize notice of assumption and assignment of unexpired leases and executory contracts (.30). |
| 11/21/13 | L. Provenzano (L.A.) | 1.40 | Revise Notice of Assumption and Assignment (.30); draft Exhibit A re same (.40); prepare service of same to counter parties (.20); draft Certificate of Service with exhibits re same (.20); meetings with L. Lichtman re same (.30). |

11769 – 330134
PDT 1107856 03/07/14

22

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(269) 337-7700
Fax: (269) 337-7701
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/21/13 | L. Provenzano (L.A.) | 1.00 | Finalize Sale Order for submission to court for approval (.40); finalize Exhibit A to same (.60). |
| 11/21/13 | S. Swan (L.A.) | 0.40 | Email to J. Kuras for FIRPTA certificate (.10); review documents for transaction with Talmer re resolutions (.30). |
| 11/21/13 | L. Lichtman | 0.30 | Email to D. Hutchinson, counsel to Michigan Commerce Bank, regarding Bank being legally precluded under Talmer Stock Purchase Agreement from pursuing alleged administrative claim (.30). |
| 11/21/13 | L. Lichtman | 0.10 | Emails with B. English regarding alleged administrative claims of Michigan Commerce Bank not being ordinary course claims (.10). |
| 11/21/13 | L. Lichtman | 0.20 | Email with J. Kuras regarding alleged post-petition claims of Michigan Commerce Bank and Release (.20). |
| 11/21/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding alleged administrative claim of Michigan Commerce Bank and release (.20). |
| 11/21/13 | L. Lichtman | 0.10 | Phone call with J. Kuras regarding release of alleged administrative claim of Michigan Commerce Bank (.10). |
| 11/21/13 | L. Lichtman | 0.30 | Emails with J. Kuras and B. English regarding release of administrative claim of Michigan Commerce Bank (.30). |
| 11/21/13 | L. Lichtman | 0.20 | Email to B. English and B. Ryan regarding administrative claims of Michigan Commerce Bank (.20). |
| 11/21/13 | L. Lichtman | 0.10 | Email from B. Ryan regarding administrative claims of Michigan Commerce Bank (.10). |
| 11/21/13 | L. Lichtman | 0.10 | Emails with J. Kuras regarding release of administrative claim of Michigan Commerce Bank (.10). |
| 11/21/13 | L. Lichtman | 0.30 | Review Assignment Notice in connection with sale to Talmer (.30). |
| 11/21/13 | L. Lichtman | 0.30 | Meetings with L. Provenzano regarding finalizing Assignment Notice and service of same (.30). |
| 11/21/13 | L. Lichtman | 0.20 | Emails with T. Sable and C. Mayfield regarding Assignment Notice (.20). |

11769 – 330134
PDT 1107856 03/07/14

23

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/21/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding Assignment Notice (.20). |
| 11/21/13 | L. Lichtman | 0.70 | Email to D. Hutchinson regarding release of administrative claims of Michigan Commerce Bank (.70). |
| 11/22/13 | J. Sgroi | 0.80 | Review of lease documents (.50); phone call with B. English re same (.30). |
| 11/22/13 | S. Swan (L.A.) | 5.30 | Draft certified resolutions for Talmer sale (2.30); draft stock powers and director resignation letters re same (3.00). |
| 11/24/13 | J. Kuras | 0.10 | Email with J. Wolfersberger re release to be delivered by Talmer at closing (.10). |
| 11/24/13 | J. Kuras | 0.20 | Review release to be delivered by Talmer at closing (.20). |
| 11/25/13 | J. Kuras | 0.10 | Phone call with P. Torrence re closing issues for Talmer sale (.10). |
| 11/25/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re Talmer closing documents (.20). |
| 11/25/13 | J. Kuras | 0.20 | Review Talmer revisions to release to be delivered at closing (.20). |
| 11/25/13 | J. Kuras | 0.10 | Email with J. Wolfersberger re revisions to release to be delivered at closing (.10). |
| 11/25/13 | J. Sgroi | 0.50 | Phone call with landlord re lease issues (.30); review same (.20). |
| 11/25/13 | S. Swan (L.A.) | 3.10 | Continue drafting certified resolutions for sale (1.40); continue drafting stock powers and resignation letters for bank directors for same (1.30); email to J. Kuras re same (.20); email with M. White re preparation of stock certificates (.20). |
| 11/26/13 | J. Kuras | 0.40 | Review draft closing documents for Talmer sale (.40). |
| 11/26/13 | J. Kuras | 0.10 | Email with S. Swan re closing documents for Talmer sale (.10). |
| 11/26/13 | J. Kuras | 0.10 | Phone call with S. Swan re closing documents for Talmer sale (.10). |

11769 – 330134
PDT 1107856 03/07/14

24

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/26/13 | S. Swan (L.A.) | 1.00 | Revise certified resolutions for sale (.40); revise stock powers and director resignation letters for same (.50); phone call with J. Kuras re sale closing documents (.10). |
| 11/27/13 | J. Kuras | 0.20 | Review Talmer closing documents (.20). |
| 11/27/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re Talmer closing documents (.20). |
| **Subtotal Hours and Fees - Asset Disposition** | | **243.00** | **89,667.00** |

**BUSINESS OPERATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/04/13 | J. Sgroi | 0.20 | Review emails from J. Sjoquist re Massachusetts Mutual Insurance settlement of surrender value of insurance policies (.20). |
| 11/04/13 | L. Lichtman | 0.10 | Email from J. Sjoquist regarding Massachusetts Mutual Insurance settlement proposal for surrender value of insurance policies (.10). |
| 11/05/13 | L. Lichtman | 0.10 | Email from K. Luther regarding resolution of Massachusetts Mutual Insurance motion for surrender value of insurance policies (.10). |
| 11/05/13 | L. Lichtman | 0.10 | Email to K. Luther regarding resolution of Massachusetts Mutual Insurance motion for surrender value of insurance policies (.10). |
| 11/05/13 | L. Lichtman | 0.10 | Emails with J. Sjoquist regarding resolution of Massachusetts Mutual Insurance motion for surrender value of insurance policies (.10). |
| 11/06/13 | J. Kuras | 0.10 | Email with P. Torrence re administrative services arrangement (.10). |
| 11/06/13 | J. Kuras | 0.20 | Review senior notes and TRUPs re event of default provisions (.20). |
| 11/06/13 | J. Kuras | 0.10 | Email with M. Walker re TRUPs and event of default (.10). |

11769 – 330134
PDT 1107856 03/07/14

25

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/06/13 | J. Kuras | 0.20 | Email with M. Walker re liquidation accounting memo for SEC Form 10-Q (.20). |
| 11/06/13 | L. Lichtman | 0.10 | Email to J. Sjoquist regarding resolution of Massachusetts Mutual Insurance motion for surrender value of insurance policies (.10). |
| 11/06/13 | L. Lichtman | 0.20 | Emails with J. Kuras regarding SEC Form 10-K (.20). |
| 11/07/13 | J. Kuras | 0.50 | Phone call with C. Reid re SEC Form 10-K filing obligations and potential relief from SEC (.50). |
| 11/07/13 | J. Kuras | 0.20 | Email with M. Walker re SEC Form 10-Q disclosure issues (.20). |
| 11/08/13 | J. Kuras | 0.10 | Phone call with P. Torrence re SEC disclosure of senior note defaults (.10). |
| 11/08/13 | J. Kuras | 0.40 | Draft insert to SEC Form 10-Q re default on Senior Securities (.40). |
| 11/09/13 | J. Kuras | 0.10 | Email with P. Torrence re SEC filing obligations (.10). |
| 11/11/13 | J. Kuras | 0.20 | Email with B. Hills and M. Walker re SEC Form 10-Q litigation disclosure (.20). |
| 11/11/13 | J. Kuras | 0.40 | Revise SEC Form 10-Q regarding FDIC settlement (.40). |
| 11/11/13 | J. Kuras | 0.50 | Review SEC requirements for relief from periodic report filing (.50). |
| 11/11/13 | J. Kuras | 0.20 | Email with C. Reid re SEC requirements for relief from periodic report filing (.20). |
| 11/11/13 | J. Kuras | 0.10 | Email with B. Hills re SEC Form 10-Q disclosure (.10). |
| 11/11/13 | J. Kuras | 0.10 | Email with T. Sable re SEC Form 10-Q disclosure (.10). |
| 11/11/13 | J. Kuras | 0.10 | Phone call with M. Hindelang re SEC Form 10-Q litigation disclosure (.10). |
| 11/11/13 | J. Kuras | 0.10 | Revise SEC Form 10-Q re litigation disclosure (.10). |
| 11/12/13 | E. Sable | 0.60 | Emails from M. Walker regarding preparation of SEC Form 10-Q (.30); phone call with M. Walker re same (.30). |

11769 – 330134
PDT 1107856 03/07/14

26

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**
**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/12/13 | J. Kuras | 0.20 | Email with M. Walker re SEC issues (.20). |
| 11/12/13 | J. Kuras | 0.50 | Revisions to SEC Form 10-Q (.50). |
| 11/12/13 | J. Kuras | 0.40 | Email with M. Walker re SEC Form 10-Q disclosure issues (.40). |
| 11/12/13 | J. Kuras | 0.10 | Email with M. Walker re revisions to SEC Form 10-Q (.10). |
| 11/12/13 | J. Kuras | 0.30 | Phone call with M. Ben re SEC Form 10-Q disclosure issues (.30). |
| 11/12/13 | L. Lichtman | 0.10 | Email from K. Luther regarding status of resolution of Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.10). |
| 11/13/13 | J. Kuras | 0.20 | Email with M. Walker re SEC Form 10-Q disclosure issues (.20). |
| 11/13/13 | J. Kuras | 0.40 | Revisions to SEC Form 10-Q (.40). |
| 11/13/13 | J. Kuras | 0.10 | Email with B. Hills re revisions to SEC Form 10-Q (.10). |
| 11/13/13 | L. Lichtman | 0.20 | Review stipulation from Massachusetts Mutual Insurance's counsel re surrender value of insurance policies (.20). |
| 11/13/13 | L. Lichtman | 0.10 | Email to B. English re Massachusetts Mutual Insurance's stipulation to resolve surrender value of insurance policies (.10). |
| 11/14/13 | L. Lichtman | 0.20 | Emails with M. Hebbeln regarding stipulation received from Massachusetts Mutual Insurance's counsel for surrender value of insurance policies (.20). |
| 11/14/13 | L. Lichtman | 0.20 | Emails with J. Sjoquist regarding status of Massachusetts Mutual Insurance motion for surrender value of insurance policies (.20). |
| 11/15/13 | S. Swan (L.A.) | 0.10 | Email with B. Hills re SEC Form 8-K filing (.10). |
| 11/15/13 | L. Lichtman | 0.10 | Emails with M. Hebbeln regarding status of resolution of Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.10). |

11769 – 330134
PDT 1107856 03/07/14
27

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/15/13 | L. Lichtman | 0.20 | Emails with K. Luther and D. Murday regarding status of hearing on Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.20). |
| 11/15/13 | L. Lichtman | 0.10 | Emails with J. Sjoquist regarding Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.10). |
| 11/18/13 | E. Sable | 0.20 | Meet with L. Lichtman regarding Massachusetts Mutual Insurance motion for surrender value of insurance policies (.10); review stipulation resolving same (.10). |
| 11/18/13 | S. Swan (L.A.) | 0.10 | Emails with M. White re High Desert valuations and L. Green redemption of shares and transfer of assets (.10). |
| 11/18/13 | L. Lichtman | 0.10 | Email to counsel for Massachusetts Mutual Insurance and Committee regarding hearing on Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.10). |
| 11/18/13 | L. Lichtman | 0.10 | Emails with T. Sable regarding hearing on Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.10). |
| 11/18/13 | L. Lichtman | 0.10 | Emails with B. English regarding status of Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.10). |
| 11/18/13 | L. Lichtman | 0.20 | Phone call with M. Hebbeln regarding stipulation and order for Massachusetts Mutual Insurance's motion for surrender value of insurance policies (.20). |
| 11/18/13 | L. Lichtman | 0.20 | Emails with counsel for Massachusetts Mutual Insurance and Committee regarding stipulation and order to resolve Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.20). |
| 11/18/13 | L. Lichtman | 0.20 | Phone call with J. Sjoquist regarding stipulation and order from Massachusetts Mutual Insurance's counsel for surrender value of insurance policies (.20). |
| 11/18/13 | L. Lichtman | 0.40 | Phone call with D. Murday, K. Luther, and M. Hebbeln regarding stipulation and order to resolve Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.40). |

11769 – 330134
PDT 1107856 03/07/14

28

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/18/13 | L. Lichtman | 0.10 | Phone call with J. Sjoquist regarding results of call with counsel for Massachusetts Mutual Insurance and Committee on stipulation and order to resolve Motion for surrender value of insurance policies (.10). |
| 11/18/13 | L. Lichtman | 0.10 | Meet with T. Sable regarding status of Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.10). |
| 11/18/13 | L. Lichtman | 0.20 | Emails with J. Sjoquist regarding hearing on Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.20). |
| 11/19/13 | L. Lichtman | 1.40 | Attend hearing on Massachusetts Mutual Insurance Motion for surrender value of insurance policies (1.40). |
| 11/19/13 | L. Lichtman | 0.30 | Preparation for hearing on Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.30). |
| 11/20/13 | E. Sable | 0.50 | Review CBC monthly operating report for October (.30); review FCC monthly operating report for October (.20). |
| 11/20/13 | J. Kuras | 0.10 | Email with P. Torrence re SEC Form 8-K (.10). |
| 11/20/13 | J. Kuras | 0.10 | Research SEC Form 8-K requirements (.10). |
| 11/20/13 | J. Sgroi | 0.50 | Review CBC monthly operating report for October (.30); review FCC monthly operating report for October (.20). |
| 11/20/13 | L. Lichtman | 0.10 | Emails with K. Luther, counsel to Massachusetts Mutual Insurance, regarding order for surrender value of insurance policies (.10). |
| 11/20/13 | L. Lichtman | 0.10 | Email to counsel for Massachusetts Mutual Insurance and Committee regarding entered order granting Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.10). |
| 11/20/13 | L. Lichtman | 1.20 | Draft Order granting Massachusetts Mutual Insurance Motion for surrender value of insurance policies (1.20). |
| 11/20/13 | L. Lichtman | 0.30 | Emails with K. Luther and M. Hebbeln regarding Order granting Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.30). |

11769 – 330134
PDT 1107856 03/07/14

29

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/20/13 | L. Lichtman | 0.30 | Emails with B. English and J. Sjoquist regarding Order granting Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.30). |
| 11/20/13 | L. Lichtman | 0.10 | Emails with D. Murday regarding Order granting Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.10). |
| 11/20/13 | L. Lichtman | 0.10 | Email to L. Provenzano regarding Order granting Massachusetts Mutual Insurance Motion for surrender value of insurance policies (.10). |
| 11/25/13 | L. Lichtman | 0.10 | Phone call with K. Luther regarding checks for surrender value of insurance policies (.10). |
| 11/25/13 | L. Lichtman | 0.10 | Phone calls with D. O'Neil regarding Massachusetts Mutual Insurance checks for surrender value of insurance policies (.10). |
| 11/25/13 | L. Lichtman | 0.10 | Emails with J. Sjoquist regarding status of payments by Massachusetts Mutual Insurance for surrender value of life insurance policies (.10). |
| 11/25/13 | L. Lichtman | 0.10 | Emails with K. Luther regarding Massachusetts Mutual Insurance checks for surrender value of insurance policies (.10). |
| 11/26/13 | L. Lichtman | 0.10 | Emails with K. Luther regarding checks for surrender value of insurance policies (.10). |
| 11/27/13 | E. Sable | 1.00 | Email with C. Reid regarding employee severance protocol (.20); meet with J. Sgroi regarding same (.30); meet with L. Lichtman regarding same (.20); emails with C. Reid regarding same (.20); phone call with J. Sgroi and P. Torrence regarding same (.10). |
| 11/27/13 | J. Sgroi | 1.80 | Review summary of severance protocol (.30); review documents re same (.70); meet with T. Sable re same (.30); emails re same (.40); phone call with T. Sable and P. Torrence re same (.10). |
| 11/27/13 | L. Lichtman | 0.10 | Email from C. Reid regarding analysis of Severance Protocol (.10). |
| 11/27/13 | L. Lichtman | 0.20 | Emails from P. Torrence and T. Sable regarding analysis of Severance Protocol (.20). |

11769 – 330134
PDT 1107856 03/07/14
30

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/27/13 | L. Lichtman | 2.50 | Review pre-petition Severance Protocol and ramifications of post-petition employee terminations (2.50). |
| 11/27/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding pre-petition Severance Protocol and ramifications (.20). |
| 11/27/13 | L. Lichtman | 0.60 | Draft email to C. Reid regarding pre-petition Severance Protocol and ramifications for post-petition employee terminations (.60). |
| 11/27/13 | L. Lichtman | 0.20 | Continue drafting email to C. Reid regarding pre-petition Severance Protocol and ramifications for post-petition employee terminations (.20). |
| **Subtotal Hours and Fees - Business Operations** | | **22.80** | **8,855.50** |

**CASE ADMINISTRATION AND OBJECTIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/04/13 | E. Sable | 0.20 | Email from L. Baughman regarding proposed Stipulation and Order Vacating Stay to allow repudiation of the agreements (.20). |
| 11/05/13 | L. Lichtman | 1.00 | Draft case status update for clients regarding significant case matters (1.00). |
| 11/06/13 | E. Sable | 1.00 | Email with J. Sgroi and L. Baughman regarding agreements to be repudiated by FDIC (.30); meet with J. Sgroi regarding same (.20); research regarding regulatory authority to repudiate agreements (.50). |
| 11/06/13 | J. Sgroi | 0.50 | Email with T. Sable and L. Baughman re agreements to be repudiated by FDIC (.30); meet with T. Sable re same (.20). |
| 11/06/13 | L. Lichtman | 0.50 | Emails with J. Kuras regarding bankruptcy case information to be provided to BDO (.50). |
| 11/06/13 | L. Lichtman | 0.20 | Email to C. Reid and B. English regarding case status update as to significant case matters (.20). |
| 11/07/13 | E. Sable | 0.50 | Email with J. Sgroi and B. English regarding FDIC proposed repudiation of agreements and stipulation (.50). |

11769 – 330134
PDT 1107856 03/07/14

31

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/07/13 | J. Sgroi | 0.50 | Email with T. Sable and B. English re FDIC proposed repudiation of agreements and stipulation (.50). |
| 11/08/13 | E. Sable | 0.10 | Phone call with L. Baughman regarding FDIC request to repudiate agreements with failed banks (.10). |
| 11/09/13 | E. Sable | 0.30 | Emails with J. Sgroi and B. English regarding FDIC request to repudiate agreements with failed banks (.30). |
| 11/09/13 | J. Sgroi | 0.20 | Emails with T. Sable and B. English re FDIC request to repudiate agreements with failed banks (.20). |
| 11/11/13 | E. Sable | 0.30 | Phone call with C. Reid regarding multiple case strategy issues (.30). |
| 11/11/13 | E. Sable | 0.60 | Email with L. Baughman regarding stipulation and order providing for repudiation of agreements (.30); email with B. English regarding same (.30). |
| 11/11/13 | J. Sgroi | 0.60 | Emails with L. Baughman re stipulation and order providing for repudiation of agreements (.30); emails with B. English re same (.30). |
| 11/12/13 | E. Sable | 0.30 | Emails with J. Sgroi, L. Baughman and B. English regarding FDIC request to repudiate agreements with failed banks (.30). |
| 11/12/13 | J. Sgroi | 0.20 | Emails with T. Sable, B. English and L. Baughman re FDIC request to repudiate agreements with failed banks (.20). |
| 11/12/13 | L. Lichtman | 0.30 | Emails with J. Kuras regarding case status update for clients (.30). |
| 11/13/13 | E. Sable | 0.30 | Emails with J. Sgroi and B. English regarding FDIC request to repudiate agreements with failed banks (.30). |
| 11/13/13 | J. Sgroi | 0.30 | Emails with T. Sable and B. English re FDIC request to repudiate agreements with failed banks (.30). |
| 11/14/13 | E. Sable | 0.40 | Email with J. Sgroi and L. Baughman regarding repudiation of agreements (.20); email with J. Sgroi and B. English regarding same (.20). |
| 11/14/13 | E. Sable | 0.60 | Review FDIC's Motion for authorization to repudiate agreements with failed banks (.30); emails with J. Sgroi and B. English regarding same (.30). |

11769 – 330134
PDT 1107856 03/07/14

32

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/14/13 | J. Sgroi | 0.60 | Review FDIC's Motion for authorization to repudiate agreements with failed banks (.30); emails with T. Sable and B. English re same (.30). |
| 11/14/13 | J. Sgroi | 0.40 | Emails with T. Sable and L. Baughman re repudiation of agreements (.20); emails with T. Sable and B. English re same (.20). |
| 11/22/13 | L. Lichtman | 0.90 | Email to clients regarding case status update concerning significant case matters (.90). |
| **Subtotal Hours and Fees - Case Administration and Objections** | | **10.80** | **4,505.50** |

**MEETINGS OF CREDITORS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/07/13 | E. Sable | 0.50 | Participate in weekly phone call with Creditors Committee (.50). |
| 11/07/13 | J. Sgroi | 0.50 | Weekly phone call with Committee (.50). |
| **Subtotal Hours and Fees - Meetings of Creditors** | | **1.00** | **417.50** |

**PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/04/13 | J. Sgroi | 0.50 | Review plan discovery requests (.50). |
| 11/25/13 | C. Mayfield ll | 5.10 | Research bankruptcy case law and related pleadings for memorandum in support of plan (4.70); meetings with L. Lichtman regarding same (.40). |
| 11/25/13 | L. Lichtman | 0.20 | Meet with C. Mayfield regarding research for cramdown of Plan (.20). |
| 11/25/13 | L. Lichtman | 0.20 | Meet with C. Mayfield regarding research for cramdown of Plan (.20). |
| 11/26/13 | E. Sable | 0.50 | Meet with J. Sgroi regarding plan confirmation (.30); phone call with J. Sgroi and P. Torrence regarding same (.20). |

11769 – 330134
PDT 1107856 03/07/14

33

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/26/13 | J. Sgroi | 0.50 | Meet with T. Sable re plan confirmation (.30); phone call with T. Sable and P. Torrence re same (.20). |
| 11/26/13 | C. Mayfield ll | 6.90 | Research bankruptcy case law on confirmation of plan through cramdown (3.40); draft memorandum of law regarding same (3.30); meet with L. Lichtman regarding same (.20). |
| 11/26/13 | L. Lichtman | 0.20 | Meet with C. Mayfield regarding status of research for cramdown of Plan (.20). |
| 11/27/13 | J. Sgroi | 0.40 | Meet with L. Lichtman re plan modification (.20); email with Committee re plan discovery requests (.20). |
| 11/27/13 | L. Lichtman | 0.40 | Review memorandum from C. Mayfield regarding cramdown of Plan (.40). |
| 11/27/13 | L. Lichtman | 0.20 | Emails with T. Sable and J. Sgroi regarding Committee's discovery requests for Plan confirmation hearing (.20). |
| 11/27/13 | L. Lichtman | 0.20 | Meet with J. Sgroi regarding possible modification of Plan (.20). |
| 11/29/13 | E. Sable | 0.20 | Emails with J. Sgroi and M. Lee regarding plan discovery (.20). |
| 11/29/13 | J. Sgroi | 0.20 | Emails with T. Sable and M. Lee re plan discovery (.20). |
| 11/29/13 | L. Lichtman | 1.30 | Revise Brief in Support of Plan confirmation (1.30). |
| **Subtotal Hours and Fees - Plan and Disclosure Statement** | | **17.00** | **5,104.00** |

**RELIEF FROM STAY PROCEEDINGS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/21/13 | E. Sable | 0.20 | Phone call with B. English regarding FDIC motion for relief from stay (.20). |
| 11/21/13 | J. Sgroi | 0.20 | Emails with B. English re FDIC motion for relief from stay (.20). |
| 11/25/13 | E. Sable | 1.40 | Phone call with J. Sgroi and B. English regarding FDIC relief from stay motion (.30); draft limited objection re same (.90); meet with J. Sgroi re same (.20). |

11769 – 330134
PDT 1107856 03/07/14
34

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/25/13 | J. Sgroi | 1.00 | Phone call with T. Sable and B. English re FDIC relief from stay motion (.30); review and revise limited objection re same (.50); meet with T. Sable re same (.20). |
| **Subtotal Hours and Fees - Relief from Stay Proceedings** | | **2.80** | **1,188.00** |

**APPEAL**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/20/13 | E. Sable | 2.00 | Research regarding issues related to Committee's threatened appeal of FDIC settlement order (1.00); research possible related appeal of sale order (1.00). |
| 11/22/13 | D. Adams | 0.40 | Research regarding standard of review issues (.40). |
| 11/22/13 | D. Adams | 1.60 | Draft brief in response to Committee appeal (1.60). |
| 11/22/13 | J. Sgroi | 0.80 | Review notices of appeal of FDIC settlement order and order granting expedited hearing (.30); emails to L. Lichtman re same and strategy and next steps (.50). |
| 11/22/13 | L. Lichtman | 0.20 | Emails from J. Sgroi regarding Committee's appeal of FDIC settlement order (.20). |
| 11/23/13 | E. Sable | 1.00 | Review notices of appeal of FDIC settlement order (.10); review order granting expedited hearing re same (.10); review strategy to resolve same (.80). |
| 11/25/13 | D. Adams | 2.50 | Continue drafting brief in response to Committee appeal (2.50). |
| 11/26/13 | E. Sable | 1.00 | Research regarding Committee appeals and briefing (1.00). |
| 11/26/13 | J. Sgroi | 1.50 | Review information related to Committee appeals (.50); meet re same (1.00). |
| 11/27/13 | E. Sable | 0.60 | Review notice of appeal of sale order (.10); email with J. Sgroi, C. Reid, B. English, and P. Haley regarding same (.20); phone call with J. Sgroi and C. Reid regarding same (.30). |

11769 – 330134
PDT 1107856 03/07/14
35

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/27/13 | J. Sgroi | 0.70 | Review notice of appeal of sale order (.20); emails with T. Sable, C. Reid, B. English and P. Haley re same (.20); phone call with T. Sable and C. Reid re same (30). |
| **Subtotal Hours and Fees - Appeal** | | **12.30** | **4,790.50** |

**TAX MATTERS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/13 | J. Combs | 0.20 | Phone call with K. Schafer re tax matters for discussions with FDIC (.20). |
| 11/04/13 | J. Combs | 0.40 | Phone call with FDIC re tax matters (.40). |
| 11/04/13 | J. Combs | 0.40 | Phone call with FDIC re tax matters (.40). |
| 11/04/13 | J. Combs | 0.20 | Phone call with K. Schafer re tax matters (.20). |
| 11/05/13 | J. Combs | 0.60 | Review of materials on selling costs, conformity election and bad debt deductions (.60). |
| 11/05/13 | J. Combs | 1.00 | Phone call with FDIC re tax matters (.70); phone call with S. Strand re same (.30). |
| 11/05/13 | J. Combs | 0.60 | Phone call with FDIC tax attorneys re tax matters (.60). |
| 11/05/13 | J. Combs | 0.40 | Phone call with K. Schafer re tax issues and amended returns (.40). |
| 11/05/13 | J. Combs | 0.70 | Review of Section 6511 for FDIC phone call re tax matters (.70). |
| 11/05/13 | J. Combs | 0.80 | Review of tax refund claim and tax refund suit procedures (.80). |
| 11/05/13 | S. Strand | 1.00 | Phone call with FDIC regarding tax refund considerations (.30); research materials re same (.40); phone call with J. Combs re same (.30). |
| 11/07/13 | J. Combs | 1.40 | Preparation for call with FDIC attorneys and Talmer attorneys (.40); phone call with FDIC and Talmer re tax refund (1.00). |
| 11/07/13 | J. Combs | 0.40 | Phone call with K. Schafer re FDIC call on tax refund (.40). |

11769 – 330134
PDT 1107856 03/07/14

36

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/07/13 | S. Strand | 0.30 | Phone call with FDIC attorneys re tax refund matter (.30). |
| 11/12/13 | A. Valade | 0.30 | Phone call with Michigan Tax Tribunal re case status (.30). |
| 11/18/13 | A. Valade | 0.30 | Review dismissal Orders for 2009 and 2010 informal conferences received from Michigan Department of Treasury (.30). |
| 11/25/13 | A. Valade | 1.20 | Review Answer and Affirmative Defenses received from Michigan Department of Treasury (.60); email to K. Schafer re same (.10); email from Michigan Assistant Attorney General re amendment of Michigan Business Tax return (.10); emails with K. Schafer re amended Michigan Business Tax return (.40). |
| **Subtotal Hours and Fees - Tax Matters** | | **10.20** | **4,678.00** |

**CLAIMS ADMINISTRATION AND OBJECTION**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/13 | L. Lichtman | 0.10 | Meet with T. Sable regarding response to production of documents to Committee on IRS claim (.10). |
| 11/04/13 | J. Combs | 0.30 | Phone call with T. Sable, J. Sgroi and L. Lichtman re call with FDIC and Talmer on IRS tax claim (.30). |
| 11/04/13 | E. Sable | 1.20 | Prepare for phone call regarding IRS claim (.20); phone call with J. Sgroi, L. Lichtman, FDIC and Talmer regarding IRS tax claims (.50); meet with L. Lichtman re same (.20); phone call with J. Sgroi, J. Combs and L. Lichtman re same (.30). |
| 11/04/13 | J. Sgroi | 1.00 | Phone call with T. Sable, L. Lichtman, FDIC and Talmer re IRS tax issues (.50); meet with T. Sable and L. Lichtman re same (.20); phone call with T. Sable, L. Lichtman and J. Combs re same (.30). |
| 11/04/13 | R. Riley | 0.90 | Phone call with T. Sable re research of priority tax claims interest after petition date (.10); research re same (.80). |
| 11/04/13 | L. Lichtman | 0.30 | Preparation for phone call with FDIC and Talmer regarding IRS claim (.30). |

11769 – 330134
PDT 1107856 03/07/14

37

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/04/13 | L. Lichtman | 0.50 | Phone call with T. Sable, J. Sgroi, FDIC and Talmer regarding IRS claim (.50). |
| 11/04/13 | L. Lichtman | 0.50 | Meet with T. Sable and J. Sgroi regarding results of call with FDIC and Talmer on IRS tax claim (.20); phone call with T. Sable, J. Sgroi, and J. Combs re same (.30). |
| 11/04/13 | L. Lichtman | 0.20 | Review American Bankers Association correspondence regarding IRS claim and request for guidance on estimated selling costs (.20). |
| 11/05/13 | J. Combs | 0.30 | Phone call with L. Lichtman re IRS tax claim (.30). |
| 11/05/13 | R. Riley | 2.80 | Research re priority tax claims accrue interest after petition date (2.20); email to T. Sable re same (.60). |
| 11/05/13 | L. Lichtman | 0.10 | Email to T. Sable regarding Committee's discovery requests for IRS claim (.10). |
| 11/05/13 | L. Lichtman | 1.20 | Review American Bankers Association request regarding estimated selling costs for IRS claim (.20); research re same (1.00). |
| 11/05/13 | L. Lichtman | 0.30 | Phone call with J. Combs regarding issue of American Bankers Association request for IRS guidance on claim (.30). |
| 11/05/13 | L. Lichtman | 0.30 | Meet with T. Sable regarding issue of request for IRS guidance on claim and strategy to address IRS claim (.30). |
| 11/05/13 | L. Lichtman | 1.40 | Review Stock Purchase Agreement with Talmer regarding tax matters and issues and strategy for addressing IRS claim (1.40). |
| 11/05/13 | L. Lichtman | 0.40 | Meet with T. Sable regarding IRS claim issues, including phone call with J. Kuras regarding Stock Purchase Agreement with Talmer and treatment of tax matters (.40). |
| 11/06/13 | J. Combs | 0.90 | Review of materials for phone call with IRS re tax settlement (.90). |
| 11/06/13 | J. Combs | 0.20 | Phone call with K. Schafer re IRS tax settlement (.20). |
| 11/06/13 | L. Lichtman | 0.20 | Emails with L. Provenzano regarding IRS claim related documents to be produced to Committee (.20). |

11769 – 330134
PDT 1107856 03/07/14

38

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/06/13 | L. Lichtman | 0.20 | Email to M. Hebbeln re documents requested to be produced for IRS claim (.20). |
| 11/06/13 | L. Lichtman | 0.10 | Email from J. Combs regarding IRS claim matters (.10). |
| 11/07/13 | J. Combs | 0.50 | Phone call with IRS re settlement of outstanding tax liability and closing agreement (.50). |
| 11/07/13 | J. Combs | 0.40 | Review of materials in preparation for telephone call with IRS (.40). |
| 11/07/13 | R. Riley | 0.20 | Phone calls with L. Lichtman re priority tax claims (.20). |
| 11/07/13 | L. Lichtman | 0.80 | Review research from R. Riley regarding issue of interest on priority tax claims, in connection with IRS claim (.70); phone call with R. Riley re same (.10). |
| 11/07/13 | L. Lichtman | 0.10 | Email from J. Combs regarding meeting with counsel for IRS concerning IRS claim (.10). |
| 11/07/13 | L. Lichtman | 0.10 | Phone call with R. Riley regarding research on interest on priority tax claims for IRS claim issues (.10). |
| 11/08/13 | J. Combs | 0.20 | Phone call with L. Lichtman re IRS tax claim (.20). |
| 11/08/13 | J. Combs | 0.20 | Phone call with K. Schafer re IRS tax settlement (.20). |
| 11/08/13 | J. Combs | 1.00 | Meeting with J. Stevens re IRS tax settlement (1.00). |
| 11/08/13 | J. Combs | 1.40 | Preparation for meeting with IRS re tax settlement (1.40). |
| 11/08/13 | L. Lichtman | 0.20 | Emails with J. Combs regarding documents to be provided to counsel for IRS concerning IRS claim (.20). |
| 11/08/13 | L. Lichtman | 0.20 | Phone call with J. Combs regarding IRS tax claim (.20). |
| 11/11/13 | L. Lichtman | 0.20 | Emails from P. Torrence and A. Feinberg of KPMG regarding KPMG's pre-petition claim (.20). |
| 11/12/13 | J. Combs | 0.50 | Emails with L. Lichtman re IRS message on tax settlement (.50). |
| 11/12/13 | J. Combs | 0.20 | Draft list of items for IRS tax settlement (.20). |

11769 – 330134
PDT 1107856 03/07/14

39

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/12/13 | J. Combs | 0.10 | Email to L. Lichtman re IRS message on tax settlement (.10). |
| 11/12/13 | L. Lichtman | 0.20 | Emails with J. Combs regarding status of discussions with IRS on IRS claim (.20). |
| 11/13/13 | L. Lichtman | 0.20 | Emails with J. Gregg regarding request for adjournment of hearing on G3 Claims Estimation Motion (.20). |
| 11/13/13 | L. Lichtman | 0.20 | Emails with M. Hindelang, T. Sable and J. Sgroi regarding adjournment of hearing on G3 Claims Estimation Motion (.20). |
| 11/14/13 | J. Combs | 0.10 | Revise letter to IRS re meeting and list of documents provided (.10). |
| 11/18/13 | J. Combs | 0.10 | Phone call with L. Lichtman re tax settlement with IRS (.10). |
| 11/18/13 | J. Combs | 0.20 | Phone call with K. Schafer re status of tax settlement with IRS and protective refund claim (.20). |
| 11/18/13 | E. Sable | 0.30 | Phone call with S. Toby, counsel for Hub Insurance, regarding claim (.30). |
| 11/18/13 | J. Sgroi | 0.50 | Research Hub Insurance claim (.30); email to B. English re same (.20). |
| 11/18/13 | L. Lichtman | 0.30 | Emails with J. Gregg regarding adjournment of hearing on G3 Claims Estimation Motion (.30). |
| 11/18/13 | L. Lichtman | 0.20 | Phone call with J. Combs regarding status of IRS claim discussions (.20). |
| 11/18/13 | L. Lichtman | 0.10 | Meet with T. Sable regarding status of IRS claim matters (.10). |
| 11/20/13 | J. Combs | 0.20 | Phone call with L. Lichtman re update on hearing and discussion of tax settlement with IRS (.20). |
| 11/20/13 | J. Combs | 0.20 | Email to Talmer attorneys re IRS settlement (.20). |
| 11/20/13 | E. Sable | 0.10 | Phone call with J. Combs regarding tax claims (.10). |
| 11/20/13 | L. Lichtman | 0.10 | Email to T. Sable regarding IRS claim status (.10). |
| 11/20/13 | L. Lichtman | 0.20 | Phone call with J. Combs regarding status of discussions with IRS concerning IRS claim (.20). |
| 11/21/13 | J. Kuras | 0.10 | Phone call with M. White re data room access (.10). |

11769 – 330134
PDT 1107856 03/07/14

40

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/25/13 | M. Hindelang | 0.50 | Emails re settlement agreement for G3 claim estimation motion (.50). |
| 11/26/13 | M. Hindelang | 2.00 | Attention to multiple settlement agreement issues re G3 claim estimation motion (1.30); phone call with J. Muth re same (.40); phone call with J. Reed re same (.30). |
| 11/26/13 | L. Lichtman | 0.10 | Email to M. Hindelang regarding status of settlement of G3 claims estimation motion (.10). |
| 11/27/13 | M. Hindelang | 1.50 | Attention to multiple issues re settlement agreement for G3 claim estimation motion (.70); phone call with J. Muth re same (.30); phone call with J. Reed re same (.50). |
| **Subtotal Hours and Fees - Claims Administration and Objection** | | **27.10** | **10,681.50** |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/13 | B. Lundberg (L.A.) | 0.30 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (.30). |
| 11/04/13 | B. Lundberg (L.A.) | 0.80 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (.80). |
| 11/05/13 | B. Lundberg (L.A.) | 0.90 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (.90). |
| 11/06/13 | B. Lundberg (L.A.) | 1.30 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (1.30). |
| 11/08/13 | B. Lundberg (L.A.) | 0.60 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (.60). |
| 11/11/13 | B. Lundberg (L.A.) | 0.80 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (.80). |
| 11/12/13 | B. Lundberg (L.A.) | 0.30 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (.30). |
| 11/13/13 | B. Lundberg (L.A.) | 2.60 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (2.40); emails with J. Sgroi re final fee application (.20). |

11769 – 330134
PDT 1107856 03/07/14

41

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/14/13 | B. Lundberg (L.A.) | 1.60 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (1.60). |
| 11/15/13 | B. Lundberg (L.A.) | 1.40 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (1.40). |
| 11/18/13 | B. Lundberg (L.A.) | 2.00 | Emails with M. Walker re October monthly fee statement (.20); continue reviewing October monthly fee statement for accuracy and compliance with local court rules (1.80). |
| 11/19/13 | B. Lundberg (L.A.) | 2.10 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (2.10). |
| 11/21/13 | B. Lundberg (L.A.) | 1.60 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (1.60). |
| **Subtotal Hours and Fees - Fee/Employment Applications** | | **16.30** | **3,586.00** |
| **Total Hours and Fees** | | **371.30** | **$136,633.50** |

11769 – 330134
PDT 1107856 03/07/14

42

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME SUMMARY BY ACTION CODE** (December 1 – 31, 2013)

| Action Code | Hours | Amount |
|---|---|---|
| 234 Travel Time | 3.00 | 1,185.00 |
| 2590 Asset Disposition | 113.40 | 36,023.00 |
| 2591 Business Operations | 9.70 | 3,462.00 |
| 2592 Case Administration and Objections | 1.10 | 434.50 |
| 2595 Meetings of Creditors | 0.50 | 185.00 |
| 2596 Plan and Disclosure Statement | 295.40 | 108,349.50 |
| 2597 Relief from Stay Proceedings | 1.20 | 558.00 |
| 2630 Appeal | 204.40 | 61,192.00 |
| 2669 Tax Matters | 1.70 | 842.50 |
| 2695 Claims Administration and Objection | 9.20 | 3,555.50 |
| 2696 Fee/Employment Applications | 1.00 | 293.50 |
| 456 Litigation | 0.30 | 139.50 |
| | | |
| **Total Fees** | **640.90** | **$216,220.00** |

11769 – 330134
PDT 1099726 03/17/14

57

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME DETAIL** (December 1 – 31, 2013)

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **TRAVEL TIME** |
| 12/05/13 | L. Lichtman | 3.00 | Round trip travel to Lansing regarding Committee's deposition of C. Reid in connection with Plan discovery (3.00). |
| **Subtotal Hours and Fees - Travel Time** | | **3.00** | **1,185.00** |
| | | | **ASSET DISPOSITION** |
| 12/01/13 | J. Kuras | 0.10 | Review correspondence re Talmer closing documents (.10). |
| 12/02/13 | J. Combs | 0.10 | Phone call with L. Lichtman with update for Talmer transaction (.10). |
| 12/02/13 | J. Kuras | 0.20 | Email with S. Swan re director resignations for Talmer transaction (.20). |
| 12/02/13 | J. Kuras | 0.20 | Email with M. White re FDIC cross-guaranty waiver (.20). |
| 12/02/13 | L. Provenzano (L.A.) | 0.30 | Obtain transcripts relating to FDIC Settlement on sale proceeds (.10); obtain transcripts relating to Talmer sale (.20). |
| 12/02/13 | S. Swan (L.A.) | 0.80 | Revise stock powers re Talmer transaction (.60); email to M. White re verification on bank directors for same (.20). |
| 12/03/13 | J. Combs | 0.10 | Review tax escrow agreement for Talmer transaction (.10). |
| 12/03/13 | E. Sable | 1.00 | Review proposed tax escrow agreement (1.00). |
| 12/03/13 | J. Sgroi | 1.00 | Review and comment on tax escrow agreement (1.00). |
| 12/03/13 | P. Torrence | 1.00 | Review and analysis of tax escrow agreement (1.00). |
| 12/03/13 | J. Kuras | 0.30 | Review tax escrow agreement for Talmer transaction (.30). |

11769 – 330134
PDT 1099726 03/17/14

2

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/03/13 | J. Kuras | 0.10 | Email with J. Combs re tax escrow agreement for Talmer transaction (.10). |
| 12/03/13 | S. Swan (L.A.) | 0.10 | Email with M. White re verification of bank directors for Talmer transaction (.10). |
| 12/04/13 | J. Combs | 0.20 | Revise tax escrow agreement from Talmer (.20). |
| 12/04/13 | J. Kuras | 0.20 | Email with J. Wolfersberger and J. Combs re tax escrow agreement for Talmer transaction (.20). |
| 12/04/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re board minutes for Talmer transaction (.20). |
| 12/04/13 | J. Kuras | 0.10 | Email with J. Wolfersberger re Talmer closing documents (.10). |
| 12/04/13 | C. Mayfield ll | 2.20 | Review transcript for sale hearing (.80); review transcript for FDIC settlement on sale proceeds (.60); draft summary regarding said transcripts (.80). |
| 12/04/13 | S. Swan (L.A.) | 0.20 | Phone call with M. White re Seyferth request for bank director information for Talmer transaction (.10); email with M. White re verification of bank directors (.10). |
| 12/05/13 | J. Combs | 0.20 | Phone call with J. Kuras re tax escrow agreement for Talmer transaction (.20). |
| 12/05/13 | J. Combs | 0.10 | Revise tax escrow agreement for Talmer transaction (.10). |
| 12/05/13 | J. Kuras | 0.10 | Email with B. English re Talmer tax escrow agreement (.10). |
| 12/05/13 | J. Kuras | 0.30 | Phone call with J. Combs re tax escrow agreement for Talmer transaction (.20); revise same (.10). |
| 12/05/13 | C. Mayfield ll | 0.90 | Continue review of transcript for sale hearing (.50); continue review of transcript for FDIC settlement on sale proceeds (.40). |
| 12/06/13 | E. Sable | 0.40 | Review proposed terms for FDIC waiver of cross guaranty liability (.10); phone call with J. Kuras and J. Sgroi regarding same (.30). |
| 12/06/13 | J. Sgroi | 0.40 | Review proposed terms for FDIC waiver of cross guaranty liability (.10); phone call with J. Kuras and T. Sable regarding same (.30). |

11769 – 330134
PDT 1099726 03/17/14

3

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/06/13 | P. Torrence | 0.80 | Review FDIC cross guaranty waiver (.60); phone call with J. Kuras re same (.20). |
| 12/06/13 | J. Kuras | 0.30 | Phone call with T. Sable and J. Sgroi re FDIC cross guaranty waiver (.30). |
| 12/06/13 | J. Kuras | 0.20 | Review FDIC cross guaranty waiver (.20). |
| 12/06/13 | J. Kuras | 0.20 | Phone call with P. Torrence re FDIC cross guaranty waiver (.20). |
| 12/06/13 | J. Kuras | 0.20 | Revise FDIC cross guaranty waiver (.20). |
| 12/06/13 | J. Kuras | 0.20 | Email with B. English re FDIC cross guaranty waiver (.20). |
| 12/06/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re FDIC cross guaranty waiver (.20). |
| 12/06/13 | J. Kuras | 0.30 | Continue to revise FDIC cross guaranty waiver (.30). |
| 12/09/13 | J. Combs | 0.20 | Review of tax escrow agreement for Talmer transaction (.10); phone call with J. Kuras re same (.10). |
| 12/09/13 | J. Kuras | 2.00 | Review tax escrow agreement for Talmer transaction (.60); phone call with J. Combs re same (.10); review FDIC cross-guaranty agreements (1.10); emails with J. Sgroi re same (.20). |
| 12/09/13 | J. Sgroi | 0.20 | Emails with J. Kuras re waiver from FDIC on cross-guaranty liability (.20). |
| 12/10/13 | J. Combs | 0.50 | Research re tax deductibility of FDIC cross-guaranty liability payments (.50). |
| 12/10/13 | J. Combs | 0.20 | Phone call with J. Kuras and T. Sable re nature of FDIC liability under cross-guaranty (.20). |
| 12/10/13 | E. Sable | 0.70 | Phone call with J. Kuras and J. Combs regarding FDIC cross-guaranty liability (.20); participate in portion of phone call with J. Sgroi and Talmer counsel regarding closing issues (.50). |
| 12/10/13 | D. Adams | 2.70 | Research regarding issues relating to court approval of FDIC Settlement on sale proceeds (2.70). |
| 12/10/13 | J. Kuras | 0.20 | Phone call with J. Combs and T. Sable re FDIC cross-guaranty liability (.20). |

11769 – 330134
PDT 1099726 03/17/14

4

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/10/13 | J. Kuras | 0.20 | Email with B. English re Talmer Transition Services Agreement (.20). |
| 12/10/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re closing issues (.20). |
| 12/10/13 | J. Sgroi | 1.00 | Phone call with T. Sable and Talmer counsel re closing issues (1.00). |
| 12/11/13 | E. Sable | 0.50 | Review tax escrow agreement (.50). |
| 12/11/13 | J. Sgroi | 0.50 | Review tax escrow agreement (.50). |
| 12/11/13 | D. Adams | 2.40 | Research regarding FDIC settlement evidentiary issues on sale proceeds (2.40). |
| 12/11/13 | J. Kuras | 0.10 | Email with B. English re closing issues (.10). |
| 12/12/13 | D. Adams | 1.20 | Research regarding FDIC settlement evidentiary issues on sale proceeds (1.20). |
| 12/12/13 | J. Kuras | 0.10 | Email with T. Sable re proceeds from Talmer sale (.10). |
| 12/12/13 | J. Kuras | 0.30 | Review tax escrow agreement re Talmer sale (.30). |
| 12/12/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re tax escrow agreement for Talmer sale (.20). |
| 12/12/13 | L. Lichtman | 0.20 | Emails with T. Sable and J. Kuras regarding net cash proceeds to estate from Talmer sale (.20). |
| 12/13/13 | J. Kuras | 0.10 | Email with S. Swan re closing documents (.10). |
| 12/13/13 | J. Kuras | 0.10 | Email with T. Sable re tax escrow agreement (.10). |
| 12/13/13 | J. Kuras | 0.20 | Phone call with S. Swan re closing documents (.20). |
| 12/13/13 | S. Swan (L.A.) | 1.80 | Review documents to prepare for closing of transaction with Talmer (1.60); phone call with J. Kuras re same (.20). |
| 12/13/13 | S. Swan (L.A.) | 0.70 | Draft resignation letters for bank directors re Talmer transaction (.70). |
| 12/16/13 | J. Kuras | 0.10 | Email with B. English re bank director resignation for Talmer transaction (.10). |
| 12/16/13 | J. Kuras | 0.10 | Email with J. Wolfersberger re bank director resignation for Talmer transaction (.10). |

11769 – 330134
PDT 1099726 03/17/14

5

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/16/13 | J. Kuras | 0.10 | Review changes to bank director resignation for Talmer transaction (.10). |
| 12/16/13 | J. Kuras | 0.10 | Phone call with S. Swan re bank director resignation for Talmer transaction (.10). |
| 12/16/13 | S. Swan (L.A.) | 0.30 | Revise individual resignation letters for bank directors for Talmer transaction (.20); phone call with J. Kuras re same (.10). |
| 12/17/13 | J. Kuras | 0.20 | Review Talmer purchase agreement re administrative expense issue (.20). |
| 12/17/13 | J. Kuras | 0.10 | Email with J. Sgroi re administrative expense issue (.10). |
| 12/17/13 | J. Kuras | 0.30 | Phone call with B. English re Talmer closing document issues (.30). |
| 12/17/13 | J. Kuras | 0.30 | Phone call with J. Sgroi re registered sublease issues for Talmer sale (.30). |
| 12/17/13 | J. Kuras | 0.20 | Email with B. English and M. White re Talmer closing documents (.20). |
| 12/17/13 | J. Kuras | 0.40 | Phone call with Talmer counsel re closing documents (.40). |
| 12/17/13 | J. Sgroi | 0.50 | Emails with J. Kuras regarding Talmer sublease issues (.20); phone calls with J. Kuras re same (.30). |
| 12/17/13 | S. Swan (L.A.) | 0.30 | Email with M. White re officers certificates for Talmer transaction (.10); phone call with M. White re same (.20). |
| 12/18/13 | J. Kuras | 0.20 | Email with B. English re Capitol National Bank waiver issues (.20). |
| 12/18/13 | J. Kuras | 0.20 | Email with P. Torrence re Capitol National Bank waiver issues (.20). |
| 12/18/13 | J. Kuras | 0.20 | Email with S. Swan re Talmer closing documents (.20). |
| 12/18/13 | J. Kuras | 0.20 | Email with S. Swan re merger documents for Talmer transaction (.20). |
| 12/18/13 | J. Kuras | 0.30 | Phone call with M. White re merger documents for Talmer transaction (.30). |
| 12/18/13 | S. Swan (L.A.) | 0.10 | Revise officers certificates for Talmer transaction (.10). |

11769 – 330134
PDT 1099726 03/17/14

6

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/19/13 | E. Sable | 0.50 | Review lease (.30); phone call with J. Kuras regarding administrative escrow agreement (.20). |
| 12/19/13 | E. Sable | 0.20 | Email to A. Uetz and M. Hebbeln regarding professional fee escrow agreement associated with Talmer sale (.20). |
| 12/19/13 | J. Kuras | 0.30 | Phone call with M. White re merger issues for Talmer transaction (.30). |
| 12/19/13 | J. Kuras | 0.20 | Email with B. English re closing documents (.20). |
| 12/19/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re administrative escrow agreement (.20). |
| 12/19/13 | J. Kuras | 0.20 | Phone call with J. Wolfersberger re merger issues and closing documents for Talmer transaction (.20). |
| 12/19/13 | J. Kuras | 0.20 | Phone call with T. Sable re administrative escrow agreement (.20). |
| 12/19/13 | J. Kuras | 0.20 | Revisions to administrative escrow agreement (.20). |
| 12/19/13 | J. Kuras | 0.30 | Phone call with N. Mullins re merger issues for Talmer transaction (.30). |
| 12/19/13 | J. Kuras | 0.20 | Phone call with S. Swan and N. Mullins re merger issues for Talmer transaction (.20). |
| 12/19/13 | S. Swan (L.A.) | 0.20 | Phone call with J. Kuras and N. Mullins re merger filings for Talmer transaction (.20). |
| 12/20/13 | J. Kuras | 0.30 | Email with C. Reid re Talmer closing issues (.30). |
| 12/20/13 | J. Kuras | 0.10 | Email with M. White re merger issues for Talmer transaction (.10). |
| 12/20/13 | J. Kuras | 0.20 | Email with C. Reid re Capitol National Bank waiver for Talmer transaction (.20). |
| 12/20/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re closing documents (.20). |
| 12/20/13 | J. Kuras | 0.50 | Phone call with Talmer re merger issues (.50). |
| 12/20/13 | J. Kuras | 1.00 | Research re Michigan merger issues for Talmer transaction (1.00). |
| 12/20/13 | J. Kuras | 0.20 | Email with C. Reid re transition services agreement (.20). |

11769 – 330134
PDT 1099726 03/17/14

7

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/20/13 | J. Kuras | 0.30 | Review transition services agreement (.30). |
| 12/20/13 | J. Kuras | 0.20 | Email with M. White re legal opinion for Michigan Commerce Bank merger for Talmer transaction (.20). |
| 12/20/13 | J. Kuras | 0.20 | Review legal opinion re Michigan Commerce Bank merger for Talmer transaction (.20). |
| 12/20/13 | J. Kuras | 0.30 | Review status of merger for Michigan Commerce Bank for Talmer transaction (.30). |
| 12/20/13 | J. Kuras | 0.20 | Phone call with S. Swan re status of merger for Michigan Commerce Bank for Talmer transaction (.20). |
| 12/20/13 | J. Kuras | 0.20 | Email with A. Nagy re status of Michigan Commerce Bank merger for Talmer transaction (.20). |
| 12/20/13 | J. Kuras | 0.20 | Email with Michigan DFIS re status of merger for Michigan Commerce Bank for Talmer transaction (.20). |
| 12/20/13 | J. Kuras | 0.20 | Email with C. Reid re Capital National Bank waiver for Talmer transaction (.20). |
| 12/20/13 | J. Kuras | 0.10 | Email with J. Wolfersberger and N. Mullins re Capitol National Bank waiver for Talmer transaction (.10). |
| 12/20/13 | J. Kuras | 0.10 | Email with Michigan DFIS re Michigan Commerce Bank merger for Talmer transaction (.10). |
| 12/20/13 | S. Swan (L.A.) | 2.80 | Phone calls with M. White re Hourani Capitol National Bank transfers for Talmer transaction (.40); draft Certificate of Amendment to Articles for Michigan Commerce Bank (1.20); draft Certifications for Officers' for Shares Voted (1.00); phone call with J. Kuras re Michigan Commerce Bank merger status (.20). |
| 12/21/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re closing documents (.20). |
| 12/22/13 | J. Kuras | 0.20 | Email with M. White re Michigan Commerce Bank merger documents for Talmer transaction (.20). |
| 12/22/13 | J. Kuras | 0.10 | Email with C. Reid re Capitol National Bank waivers for Talmer transaction (.10). |
| 12/22/13 | J. Kuras | 0.10 | Email with B. Boitak re Michigan Commerce Bank merger documents for Talmer transaction (.10). |

11769 – 330134
PDT 1099726 03/17/14

8

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/23/13 | J. Kuras | 0.50 | Phone call with Talmer re Michigan Commerce Bank merger documents (.50). |
| 12/23/13 | J. Kuras | 0.50 | Phone call with Talmer re Michigan Commerce Bank merger documents (.50). |
| 12/23/13 | J. Kuras | 0.30 | Phone call with K. Hansen re Michigan DFIS merger application for Talmer transaction (.30). |
| 12/23/13 | J. Kuras | 0.80 | Draft Indiana articles of merger for Talmer transaction (.80). |
| 12/23/13 | J. Kuras | 0.80 | Draft New Mexico application for foreign qualification for Talmer transaction (.80). |
| 12/23/13 | J. Kuras | 0.20 | Phone call with Indiana Secretary of State re merger for Talmer transaction (.20). |
| 12/23/13 | J. Kuras | 0.20 | Phone call with S. Swan re New Mexico foreign qualification approval for Talmer transaction (.20). |
| 12/23/13 | J. Kuras | 0.80 | Review and revise Michigan merger closing documents (.80). |
| 12/23/13 | J. Kuras | 0.80 | Review Indiana merger status for Talmet transaction (.80). |
| 12/23/13 | S. Swan (L.A.) | 7.50 | Revise Certificate of Amendment to Michigan Commerce Bank's Articles for Talmer transaction (3.80); review statutes for articles of merger and foreign qualifications (1.60); phone call with N. Mullins re same (.40); phone call with J. Kuras re same (.20); phone call with Nevada Secretary of State and Banking Departments re merger (.70); phone call with New Mexico Secretary of State re same (.80). |
| 12/24/13 | J. Kuras | 0.20 | Email with N. Mullins re checklist and merger filings for Talmer transaction (.20). |
| 12/24/13 | J. Kuras | 0.30 | Phone call with S. Swan re articles of merger and foreign qualification application for Nevada for Talmer transaction (.30). |
| 12/24/13 | J. Kuras | 0.50 | Revise checklist re merger filings for Talmer transaction (.50). |

11769 – 330134
PDT 1099726 03/17/14

9

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/24/13 | J. Kuras | 1.00 | Draft articles of merger for Talmer transaction (.60); draft foreign qualification application for Nevada for Talmer transaction (.40). |
| 12/24/13 | S. Swan (L.A.) | 1.50 | Draft letter application for New Mexico Secretary of State re merger for Talmer transaction (1.20); phone call with J. Kuras re articles of merger and foreign qualification (.30). |
| 12/26/13 | J. Kuras | 0.10 | Email with S. Swan re merger closing issues for Talmer transaction (.10). |
| 12/26/13 | J. Kuras | 0.20 | Email with M. White re merger closing issues for Talmer transaction (.20). |
| 12/26/13 | J. Kuras | 0.20 | Email with B. English re FDIC approval of merger for Talmer transaction (.20). |
| 12/26/13 | J. Kuras | 0.20 | Email with M. White re Talmer closing documents (.20). |
| 12/26/13 | J. Kuras | 1.00 | Revise New Mexico merger documents for Talmer transaction (.40); revise Indiana merger documents for Talmer transaction (.30); revise Nevada merger documents for Talmer transaction (.30). |
| 12/26/13 | J. Kuras | 0.30 | Email with A. Nagy re board approval of merger issue for Talmer transaction (.30). |
| 12/26/13 | J. Kuras | 0.20 | Email with M. White re merger closing issues for Talmer transaction (.20). |
| 12/26/13 | J. Kuras | 0.10 | Email with S. Swan re merger closing issues for Talmer transaction (.10). |
| 12/26/13 | J. Kuras | 0.20 | Email with S. Swan re merger closing issues for Talmer transaction (.20). |
| 12/26/13 | J. Kuras | 0.20 | Revisions to merger closing checklist for Talmer transaction (.20). |
| 12/26/13 | J. Kuras | 0.50 | Revise New Mexico merger approval filings for Talmer transaction (.50). |
| 12/26/13 | J. Kuras | 0.20 | Email with N. Mullins re merger closing issues for Talmer transaction (.20). |
| 12/26/13 | J. Kuras | 0.50 | Phone call with N. Mullins and S. Swan re merger closing issues for Talmer transaction (.50). |

11769 – 330134
PDT 1099726 03/17/14

10

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/26/13 | J. Kuras | 0.30 | Email with B. English and M. White re merger approval issues for Talmer transaction (.30). |
| 12/26/13 | J. Kuras | 0.20 | Email with N. Mullins re New Mexico, Indiana and Nevada merger filings for Talmer transaction (.20). |
| 12/26/13 | J. Kuras | 0.20 | Email with B. English re status of merger filings for Talmer transaction (.20). |
| 12/26/13 | S. Swan (L.A.) | 5.30 | Revise merger closing checklist (.80); phone call with J. Kuras and N. Mullins re merger closing issues (.50); phone call with New Mexico Secretary of State re merger filings (.30); phone call with Nevada Secretary of State re same (.30); revise merger documents (3.40). |
| 12/27/13 | P. Torrence | 1.00 | Email with J. Kuras, B. English and C. Reid re closing related issues (.30); phone call with J. Kuras re same (.40); phone call with J. Kuras re open issues with closing documents (.30). |
| 12/27/13 | J. Kuras | 0.50 | Phone call with N. Mullins re closing issues and merger approval (.50). |
| 12/27/13 | J. Kuras | 0.30 | Phone call with S. Swan and M. White re merger approval issues for Talmer transaction (.30). |
| 12/27/13 | J. Kuras | 0.10 | Email with N. Mullins re merger approval cover letters for Talmer transaction (.10). |
| 12/27/13 | J. Kuras | 0.30 | Review Michigan Commerce Bank call reports re property values for New Mexico filing (.30). |
| 12/27/13 | J. Kuras | 0.40 | Phone call with P. Torrence re closing documents (.40). |
| 12/27/13 | J. Kuras | 0.20 | Email with M. White re administration escrow agreement (.20). |
| 12/27/13 | J. Kuras | 0.30 | Revisions to Indiana merger documents for Talmer transaction (.30). |
| 12/27/13 | J. Kuras | 0.20 | Email with M. White re Indiana merger documents for Talmer transaction (.20). |
| 12/27/13 | J. Kuras | 0.20 | Email with B. English re officers' certificate for Talmer transaction (.20). |
| 12/27/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re officers' certificate for Talmer transaction (.20). |

11769 – 330134
PDT 1099726 03/17/14

11

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/27/13 | J. Kuras | 0.10 | Email with Indiana Secretary of State re merger documents for Talmer transaction (.10). |
| 12/27/13 | J. Kuras | 0.30 | Email with C. Reid and B. English re open issues with Talmer closing documents (.30). |
| 12/27/13 | J. Kuras | 0.30 | Phone call with P. Torrence re open issues with Talmer closing documents (.30). |
| 12/27/13 | J. Kuras | 0.30 | Email with P. Torrence, B. English and C. Reid re open issues with Talmer closing documents (.30). |
| 12/27/13 | J. Kuras | 0.10 | Email with S. Swan re closing issues (.10). |
| 12/27/13 | J. Kuras | 0.20 | Email with M. White re New Mexico merger filing (.20). |
| 12/27/13 | J. Kuras | 0.30 | Review Talmer draft of Capitol SPA release (.30). |
| 12/27/13 | J. Kuras | 0.20 | Email with B. English re Capitol SPA release (.20). |
| 12/27/13 | J. Kuras | 0.10 | Email with S. Swan re stock certificates for Talmer transaction (.10). |
| 12/27/13 | J. Kuras | 0.10 | Email with J. Wolfersberger re capacity infusion into Michigan Commerce Bank (.10). |
| 12/27/13 | J. Kuras | 0.20 | Email with B. English re FDIC cross-guaranty waiver (.20). |
| 12/27/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re closing documents (.20). |
| 12/27/13 | J. Kuras | 0.20 | Email with M. White re merger fees for New Mexico for Talmer transaction (.20). |
| 12/27/13 | J. Kuras | 0.30 | Email with N. Mullins re closing documents (.30). |
| 12/27/13 | J. Kuras | 0.20 | Email with Indiana Secretary of State re merger documents for Talmer transaction (.20). |
| 12/27/13 | J. Kuras | 0.10 | Email with N. Mullins re Indiana merger documents for Talmer transaction (.10). |
| 12/27/13 | J. Kuras | 0.20 | Email with M. White re Michigan Commerce Bank call reports for property values for New Mexico filing (.20). |
| 12/27/13 | J. Kuras | 0.20 | Email with B. English re merger closing issues for Talmer transaction (.20). |

11769 – 330134
PDT 1099726 03/17/14

12

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/27/13 | J. Kuras | 0.10 | Email with M. White re closing document (.10). |
| 12/27/13 | J. Kuras | 0.40 | Phone call with B. English and M. White re closing documents (.40). |
| 12/27/13 | J. Kuras | 0.50 | Phone call with N. Mullins and S. Swan re closing documents (.50). |
| 12/27/13 | J. Kuras | 0.40 | Revisions to closing documents (.40). |
| 12/27/13 | S. Swan (L.A.) | 5.40 | Revise merger closing checklist (1.30); phone call with J. Kuras and N. Mullins re closing documents (.20); revise merger documents for New Mexico Secretary of State (3.10); phone call with J. Kuras and M. White re merger approval issues (.30); phone call with J. Kuras and N. Mullins re closing documents (.50). |
| 12/28/13 | J. Kuras | 0.50 | Revisions to Capitol National Bank release agreements (.50). |
| 12/28/13 | J. Kuras | 0.30 | Email with J. Wolfersberger re Capitol National Bank release agreements (.30). |
| 12/28/13 | J. Kuras | 0.20 | Email with C. Reid re Capitol National Bank release agreements (.20). |
| 12/29/13 | J. Kuras | 0.20 | Email with C. Reid re closing documents (.20). |
| 12/29/13 | J. Kuras | 0.20 | Phone call with P. Torrence re closing issues (.20). |
| 12/30/13 | P. Torrence | 1.50 | Work on final issues related to Talmer closing of the acquisition of Michigan Commerce Bank (1.30); phone call with J. Kuras re closing issues (.20). |
| 12/30/13 | J. Kuras | 0.40 | Phone call with Talmer re closing documents (.40). |
| 12/30/13 | J. Kuras | 0.20 | Review Nevada FDIC approval letter re Talmer sale (.20). |
| 12/30/13 | J. Kuras | 2.00 | Attention to merger documents for Talmer transaction (2.00). |
| 12/30/13 | J. Kuras | 0.20 | Email with Talmer re status of merger filings (.20). |
| 12/30/13 | J. Kuras | 0.20 | Phone call with P. Torrence re closing issues (.20). |
| 12/30/13 | J. Kuras | 0.20 | Revise FIRPTA certificate for Talmer transaction (.20). |

11769 – 330134
PDT 1099726 03/17/14

13

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/30/13 | J. Kuras | 0.10 | Email with B. English re closing call (.10). |
| 12/30/13 | J. Kuras | 0.10 | Email with M. White re closing call (.10). |
| 12/30/13 | J. Kuras | 0.20 | Email with S. Swan re merger issues for Talmer transaction (.20). |
| 12/30/13 | J. Kuras | 0.10 | Email with M. White re stock certificates for Talmer transaction (.10). |
| 12/30/13 | J. Kuras | 0.40 | Phone call with S. Swan and M. White re merger issues for Talmer transaction (.40). |
| 12/30/13 | J. Kuras | 0.50 | Phone call with S. Swan and N. Mullins re merger issues for Talmer transaction (.50). |
| 12/30/13 | J. Kuras | 0.20 | Email with S. Swan re Nevada articles of merger for Talmer transaction (.20). |
| 12/30/13 | J. Kuras | 0.10 | Email with B. English re closing documents (.10). |
| 12/30/13 | J. Kuras | 0.30 | Review FDIC cross-guaranty waiver (.30). |
| 12/30/13 | J. Kuras | 0.30 | Review New Mexico merger statute for Talmer transaction (.30). |
| 12/30/13 | J. Kuras | 0.20 | Email with N. Mullins re merger statute for Talmer transaction (.20). |
| 12/30/13 | J. Kuras | 0.20 | Email with Indiana regulator re merger issues for Talmer transaction (.20). |
| 12/30/13 | J. Kuras | 0.20 | Email with New Mexico Secretary of State re merger issues for Talmer transaction (.20). |
| 12/30/13 | J. Kuras | 0.50 | Revisions to New Mexico merger filings for Talmer transaction (.50). |
| 12/30/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re closing documents (.20). |
| 12/30/13 | J. Kuras | 0.50 | Revise supplemental closing schedules (.50). |
| 12/30/13 | J. Kuras | 0.20 | Email with B. English re supplemental closing schedules (.20). |
| 12/30/13 | J. Kuras | 0.20 | Email with M. White re New Mexico qualification issues for Talmer transaction (.20). |

11769 – 330134
PDT 1099726 03/17/14

14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/30/13 | J. Kuras | 0.30 | Phone call with M. White and S. Swan re New Mexico qualification issues for Talmer transaction (.30). |
| 12/30/13 | J. Kuras | 1.00 | Revise merger closing checklist for Talmer transaction (1.00). |
| 12/30/13 | J. Kuras | 0.20 | Email with B. English re closing documents (.20). |
| 12/30/13 | J. Kuras | 0.40 | Phone call with Nevada Secretary of State re merger documents for Talmer transaction (.40). |
| 12/30/13 | J. Kuras | 0.30 | Phone call with New Mexico FDIC re merger documents for Talmer transaction (.30). |
| 12/30/13 | J. Kuras | 0.20 | Email with M. White re closing documents (.20). |
| 12/30/13 | J. Kuras | 0.20 | Email with Talmer re closing mechanics (.20). |
| 12/30/13 | J. Kuras | 0.30 | Phone call with Talmer re closing mechanics (.30). |
| 12/30/13 | J. Kuras | 0.10 | Email with J. Wolfersberger re closing issues (.10). |
| 12/30/13 | J. Kuras | 0.10 | Email with M. White and B. English re Talmer Transition Services Agreement (.10). |
| 12/30/13 | J. Kuras | 0.20 | Email with New Mexico regulations re FDIC merger approval for Talmer transaction (.10); email with Indiana regulations re same (.10). |
| 12/30/13 | S. Swan (L.A.) | 6.40 | Finalize articles of merger and foreign qualification documents for Talmer transaction (4.30); email with J. Kuras re same (.20); email with J. Kuras re Nevada articles of merger (.20); obtain Certificate of Good Standing from the State of Michigan (.20); phone call with J. Kuras and M. White re merger issues (.40); phone call with J. Kuras and M. White re New Mexico qualification issues (.30); phone call with J. Kuras and N. Mullins re merger issues (.50) |
| 12/31/13 | J. Kuras | 0.20 | Phone call with B. English re Capitol Wealth Settlement (.20). |
| 12/31/13 | J. Kuras | 0.50 | Revisions to Capitol Wealth Settlement (.50). |
| 12/31/13 | J. Kuras | 0.30 | Phone call with B. Ryan re Capitol Wealth Settlement (.30). |

11769 – 330134
PDT 1099726 03/17/14

15

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/31/13 | J. Kuras | 0.20 | Phone call with P. Torrence re closing issues (.10); phone call with T. Sable re same (.10). |
| 12/31/13 | J. Kuras | 0.50 | Phone call with S. Swan, M. White and N. Mullins re closing issues (.50). |
| 12/31/13 | J. Kuras | 0.40 | Email with New Mexico Secretary of State re merger documents for Talmer transaction (.40). |
| 12/31/13 | J. Kuras | 0.50 | Email with Talmer re closing documents (.50). |
| 12/31/13 | J. Kuras | 0.30 | Email with Michigan regulators re merger approval for Talmer transaction (.30). |
| 12/31/13 | J. Kuras | 0.30 | Phone call with S. Swan re closing issues (.30). |
| 12/31/13 | J. Kuras | 0.30 | Phone call with A. Nagy re merger documents for Talmer transaction (.30). |
| 12/31/13 | J. Kuras | 0.30 | Phone call with J. Stewart re New Mexico merger approval for Talmer transaction (.30). |
| 12/31/13 | J. Kuras | 0.30 | Revisions to Indiana articles of merger for Talmer transaction (.30). |
| 12/31/13 | J. Kuras | 0.20 | Email with B. English re supplemental closing schedules (.20). |
| 12/31/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re closing issues (.20). |
| 12/31/13 | J. Kuras | 0.10 | Email with B. English re closing issues (.10). |
| 12/31/13 | J. Kuras | 0.30 | Phone call with M. White re closing issues (.30). |
| 12/31/13 | J. Kuras | 0.30 | Email with B. English re supplemental closing schedules (.30). |
| 12/31/13 | J. Kuras | 0.20 | Phone call with M. White re closing issues (.20). |
| 12/31/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re Talmer Transition Services Agreement (.20). |
| 12/31/13 | J. Kuras | 0.30 | Phone call with M. White re supplemental closing schedules (.30). |
| 12/31/13 | J. Kuras | 0.20 | Email with J. Wolfersberger re closing issues (.20). |
| 12/31/13 | J. Kuras | 0.30 | Phone call with Indiana Secretary of State re merger for Talmer transaction (.30). |

11769 – 330134
PDT 1099726 03/17/14

16

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/31/13 | J. Kuras | 0.20 | Email with Indiana Secretary of State re merger for Talmer transaction (.20). |
| 12/31/13 | J. Kuras | 0.40 | Phone call with C. Reid re Capitol Wealth Settlement (.40). |
| 12/31/13 | E. Sable | 0.20 | Phone call with J. Kuras regarding Talmer closing issues and status (.10); phone call with S. Kent regarding same (.10). |
| 12/31/13 | L. Provenzano (L.A.) | 0.30 | Review guidelines regarding FDIC settlement motion for sale proceeds (.30). |
| 12/31/13 | S. Swan (L.A.) | 1.20 | Research status of articles of merger and foreign qualification filings with New Mexico Secretary of State for Talmer transaction (.20); phone call with J. Kuras, M. White and N. Mullins re closing issues (.50); phone call with J. Kuras re same (.30); emails with J. Kuras re certificates of filing and approval letters for Talmer transaction (.20). |
| **Subtotal Hours and Fees - Asset Disposition** | | **113.40** | **36,023.00** |

**BUSINESS OPERATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/02/13 | L. Lichtman | 0.20 | Emails with J. Sjoquist regarding status of receipt of Massachusetts Mutual Insurance checks (.20). |
| 12/03/13 | L. Lichtman | 0.20 | Emails with J. Sjoquist regarding receipt of satisfactory checks from Massachusetts Mutual Insurance (.20). |
| 12/04/13 | E. Sable | 0.80 | Phone call with C. Reid regarding KERP issues (.20); meet with L. Lichtman and S. Kitei regarding same (.30); meet with J. Sgroi and S. Kitei regarding same (.10); review and revise memorandum (.20). |
| 12/04/13 | J. Sgroi | 0.60 | Phone call with C. Reid re KERP issues (.30); meet with T. Sable and S. Kitei re same (.10); review and revise memorandum re same (.20). |

11769 – 330134
PDT 1099726 03/17/14

17

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/04/13 | S. Kitei | 3.40 | Meet with T. Sable and J. Sgroi re employee retention programs (.10); research re same (1.60); draft memorandum re same (1.20); email with C. Reid re same (.20); meet with T. Sable and L. Lichtman re KERP issues (.30). |
| 12/04/13 | L. Lichtman | 0.20 | Review memorandum to client regarding KERP issues (.20). |
| 12/04/13 | L. Lichtman | 0.30 | Meet with S. Kitei and T. Sable regarding KERP issues (.30). |
| 12/09/13 | E. Sable | 0.20 | Meet with J. Sgroi regarding lease issues (.20). |
| 12/09/13 | J. Sgroi | 0.70 | Review and analyze questions on employee payments (.70). |
| 12/09/13 | J. Sgroi | 0.50 | Phone call with B. English and J. Reid regarding lease issues (.30); meet with T. Sable regarding same (.20). |
| 12/09/13 | S. Swan (L.A.) | 0.10 | Email with M. White re N. Kleinman, Capitol Development Bancorp Limited III shareholder transfer (.10). |
| 12/10/13 | S. Swan (L.A.) | 0.20 | Email with M. White re N. Kleinman transfer of Capitol Development Bancorp Limited III shares (.10); phone call with M. White re same (.10). |
| 12/12/13 | S. Swan (L.A.) | 0.10 | Email with M. White re High Desert Bank shareholder Ross on distribution from IRA (.10). |
| 12/13/13 | L. Lichtman | 0.10 | Emails with J. Sjoquist regarding notice of dismissal for state court action against Massachusetts Mutual Insurance (.10). |
| 12/16/13 | E. Sable | 0.10 | Meet with J. Sgroi regarding lease issues (.10). |
| 12/16/13 | J. Sgroi | 0.10 | Meet with T. Sable re lease issues (.10). |
| 12/18/13 | E. Sable | 0.50 | Review CBC Monthly Operating Report for November (.30); review FCC Monthly Operating Report for November (.20). |
| 12/18/13 | J. Sgroi | 0.50 | Review CBC November monthly operating report (.30); review FCC November monthly operating report (.20). |

11769 – 330134
PDT 1099726 03/17/14

18

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/18/13 | S. Swan (L.A.) | 0.10 | Email with M. White re certificates for Capitol Development Bancorp Limited II shareholder and transfer of shares (.10). |
| 12/19/13 | S. Swan (L.A.) | 0.20 | Phone calls with M. White re Capitol National Bank assignment of shares (.20). |
| 12/30/13 | E. Sable | 0.20 | Meet with J. Sgroi regarding lease issues (.20). |
| 12/30/13 | J. Sgroi | 0.20 | Review Third Stipulation on Cincinnati Insurance Co. Motion for Relief from Stay (.20). |
| 12/30/13 | J. Sgroi | 0.20 | Meet with T. Sable re lease issues (.20). |
| **Subtotal Hours and Fees - Business Operations** | | **9.70** | **3,462.00** |

**CASE ADMINISTRATION AND OBJECTIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/03/13 | L. Lichtman | 0.90 | Draft case status update for clients (.90). |
| 12/09/13 | L. Lichtman | 0.20 | Review Committee's Reply to Debtors' Response to Committee's Motion for chief restructuring officer (.20). |
| **Subtotal Hours and Fees - Case Administration and Objections** | | **1.10** | **434.50** |

**MEETINGS OF CREDITORS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/05/13 | J. Sgroi | 0.50 | Weekly call with Committee (.50). |
| **Subtotal Hours and Fees - Meetings of Creditors** | | **0.50** | **185.00** |

11769 – 330134
PDT 1099726 03/17/14

19

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **PLAN AND DISCLOSURE STATEMENT** |
| 12/01/13 | E. Sable | 0.30 | Emails with J. Sgroi, L. Lichtman and C. Reid regarding plan confirmation issues (.30). |
| 12/01/13 | J. Sgroi | 0.30 | Emails with T. Sable, L. Lichtman and C. Reid re plan confirmation issues (.30). |
| 12/01/13 | L. Lichtman | 0.20 | Emails with T. Sable, J. Sgroi and C. Reid regarding Plan issues (.20). |
| 12/02/13 | J. Kuras | 0.50 | Phone call with T. Sable and J. Sgroi re plan discovery issues (.50). |
| 12/02/13 | E. Sable | 1.50 | Review C. Reid deposition transcript regarding plan discovery issues (1.30); meet with L. Lichtman regarding plan discovery issues (.20). |
| 12/02/13 | E. Sable | 1.30 | Prepare for phone call regarding plan discovery issues (.20); phone call with J. Kuras and J. Sgroi regarding same (.50); meet with J. Sgroi and L. Lichtman regarding same (.30); meet with J. Sgroi and L. Lichtman regarding ballot issue and cramdown (.30). |
| 12/02/13 | E. Sable | 0.90 | Prepare for phone call with C. Reid regarding possible plan amendments (.60); phone call with C. Reid regarding same and plan discovery (.30). |
| 12/02/13 | J. Sgroi | 1.20 | Review C. Reid deposition transcript re plan discovery (.60); meet with T. Sable and L. Lichtman regarding plan discovery issues (.30); meet with T. Sable and L. Lichtman regarding ballot issue and cramdown (.30). |
| 12/02/13 | J. Sgroi | 0.50 | Phone call with T. Sable and J. Kuras regarding plan discovery issues (.50). |
| 12/02/13 | C. Mayfield ll | 2.60 | Meetings with L. Lichtman regarding review of accepting class of Other Priority Claims (.20); review proofs of claims, ballot report, and priority claims regarding same (2.40). |
| 12/02/13 | L. Provenzano (L.A.) | 0.60 | Review documents for C. Reid deposition regarding plan discovery (.40); email to J. Sgroi and T. Sable re same (.20). |

11769 – 330134
PDT 1099726 03/17/14

20

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/02/13 | L. Provenzano (L.A.) | 0.20 | Review supplemental certificate of service re Order Adjourning Confirmation Hearing for accuracy (.10); prepare same for electronic filing (.10). |
| 12/02/13 | L. Provenzano (L.A.) | 1.40 | Review ballots and summary for accuracy (.60); prepare ballots for production to Committee (.80). |
| 12/02/13 | L. Lichtman | 0.40 | Phone call with C. Reid regarding Committee's requested discovery in connection with Plan (.40). |
| 12/02/13 | L. Lichtman | 0.30 | Meet with T. Sable and J. Sgroi regarding Plan discovery issues (.30). |
| 12/02/13 | L. Lichtman | 0.30 | Review Plan ballots for accepting class of Other Priority Claims (.30). |
| 12/02/13 | L. Lichtman | 0.10 | Meet with C. Mayfield regarding review of accepting class of Other Priority Claims (.10). |
| 12/02/13 | L. Lichtman | 0.30 | Meet with T. Sable and J. Sgroi regarding accepting class of Other Priority Claims and proposed cramdown (.30). |
| 12/02/13 | L. Lichtman | 0.10 | Meet with C. Mayfield regarding review of accepting class of Other Priority Claims (.10). |
| 12/02/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding Plan discovery matters (.20). |
| 12/03/13 | E. Sable | 0.20 | Phone call with C. Reid and M. Lee regarding plan discovery (.20). |
| 12/03/13 | P. Torrence | 1.50 | Prepare for phone call regarding the plan confirmation strategy (.50); phone call with J. Kuras, J. Sgroi and L. Lichtman regarding same (.60); draft list of plan confirmation issues to address with client (.40). |
| 12/03/13 | J. Kuras | 0.60 | Phone call with P. Torrence, J. Sgroi and L. Lichtman re plan confirmation strategy (.60). |
| 12/03/13 | J. Sgroi | 1.00 | Phone call with P. Torrence, J. Kuras and L. Lichtman regarding Plan confirmation strategy (.60); meeting with L. Lichtman regarding same (.40). |
| 12/03/13 | L. Lichtman | 0.50 | Phone call with P. Torrence, J. Kuras and J. Sgroi regarding Plan confirmation strategy (.50). |
| 12/03/13 | L. Lichtman | 0.30 | Meet with J. Sgroi regarding Plan issues and confirmation matters (.30). |

11769 – 330134
PDT 1099726 03/17/14

21

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/03/13 | L. Lichtman | 1.40 | Continue drafting Memorandum in Support of Plan confirmation (1.40). |
| 12/03/13 | L. Lichtman | 0.30 | Prepare for phone call regarding Plan issues and confirmation strategy (.30). |
| 12/04/13 | E. Sable | 1.50 | Phone call with J. Sgroi, L. Lichtman and C. Reid regarding possible plan amendments (1.50). |
| 12/04/13 | E. Sable | 0.30 | Meet with L. Lichtman regarding preparation for C. Reid deposition for plan discovery (.30). |
| 12/04/13 | E. Sable | 0.30 | Attend to document production regarding Plan (.30). |
| 12/04/13 | E. Sable | 0.10 | Email with C. Reid regarding equity investor (.10). |
| 12/04/13 | J. Sgroi | 1.50 | Phone call with T. Sable, L. Lichtman and C. Reid regarding plan amendments (1.50). |
| 12/04/13 | P. Torrence | 1.00 | Phone call with J. Kuras and J. Sgroi regarding plan issues and strategy (1.00). |
| 12/04/13 | J. Kuras | 1.20 | Phone call with P. Torrence and J. Sgroi re strategy for confirmation of plan (1.00); prepare for same (.20). |
| 12/04/13 | J. Sgroi | 1.00 | Phone call with P. Torrence and J. Kuras regarding Plan confirmation strategy (1.00). |
| 12/04/13 | C. Mayfield ll | 2.80 | Review plan and disclosure statement for issues related to Liquidating Trustee (.40); draft memorandum regarding same (.60); research bankruptcy code and relevant bankruptcy cases regarding same (1.80). |
| 12/04/13 | L. Provenzano (L.A.) | 0.40 | Email to M. Hebbeln regarding document production containing ballots (.40). |
| 12/04/13 | L. Lichtman | 0.20 | Emails with T. Sable regarding Committee deposition of C. Reid on Plan discovery (.20). |
| 12/04/13 | L. Lichtman | 0.10 | Emails with C. Reid regarding her Committee deposition on Plan discovery (.10). |
| 12/04/13 | L. Lichtman | 0.10 | Email to M. Lee regarding Committee deposition of C. Reid on Plan discovery (.10). |
| 12/04/13 | L. Lichtman | 1.50 | Phone call with T. Sable, J. Sgroi and C. Reid regarding modifications to Plan (1.50). |
| 12/04/13 | L. Lichtman | 0.30 | Meet with T. Sable regarding preparation for deposition of C. Reid for plan discovery (.30). |

11769 – 330134

PDT 1099726 03/17/14

22

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/04/13 | L. Lichtman | 0.30 | Emails with M. Walker regarding Committee's document requests in connection with Plan discovery (.30). |
| 12/04/13 | L. Lichtman | 0.10 | Email to M. Lee regarding documents produced in connection with Committee's deposition of C. Reid (.10). |
| 12/04/13 | L. Lichtman | 5.50 | Continue drafting Memorandum in Support of Plan confirmation (5.50). |
| 12/05/13 | E. Sable | 0.20 | Phone call with L. Lichtman regarding results of C. Reid deposition on Plan (.20). |
| 12/05/13 | C. Mayfield ll | 1.40 | Research bankruptcy case law in connection with plan confirmation issues (1.40). |
| 12/05/13 | L. Lichtman | 0.20 | Phone call with T. Sable regarding results of deposition of C. Reid on Plan discovery (.20). |
| 12/05/13 | L. Lichtman | 0.50 | Preparation for Committee's deposition of C. Reid regarding Plan discovery (.50). |
| 12/05/13 | L. Lichtman | 0.80 | Meeting with C. Reid in preparation for deposition by Committee's counsel concerning Plan discovery (.80). |
| 12/05/13 | L. Lichtman | 3.00 | Attend Committee's deposition of C. Reid in connection with Plan discovery (3.00). |
| 12/05/13 | L. Lichtman | 0.20 | Meet with C. Reid regarding results of her deposition and Plan issues (.20). |
| 12/06/13 | E. Sable | 2.50 | Review Committee's objection to plan (.80); meet with L. Lichtman regarding same (.20); review U.S. Bank National Association's objection to plan (.50); review Wilmington Trust Company objection to plan (.50); review New York Mellon Trust Company's objection to plan (.50). |
| 12/06/13 | J. Sgroi | 2.50 | Review Committee's objection to plan (1.00); review U.S. Bank objection to plan (.50); review Wilmington Trust objection to plan (.50); review New York Mellon objection to plan (.50). |

11769 – 330134
PDT 1099726 03/17/14

23

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/06/13 | P. Torrence | 2.70 | Review Committee's objection to Plan Confirmation (1.00); review Plan Objection by U.S. Bank (.70); review Plan Objection by Wilmington Trust (.50); review Plan Objection by New York Bank Mellon (.50). |
| 12/06/13 | C. Mayfield ll | 1.80 | Research bankruptcy case law on plan confirmation issues (1.40); meet with L. Lichtman regarding status of same (.10); review objections to plan (.30). |
| 12/06/13 | L. Provenzano (L.A.) | 1.20 | Review Plan objections (.20); draft summary and index of same (1.00). |
| 12/06/13 | L. Lichtman | 3.00 | Continue drafting Memorandum in Support of Plan confirmation (3.00). |
| 12/06/13 | L. Lichtman | 0.60 | Review plan objection of U.S. Bank (.30); review plan objection of Wilmington Trust (.30). |
| 12/06/13 | L. Lichtman | 0.30 | Review transcript of Committee's deposition of C. Reid in connection with Plan discovery (.30). |
| 12/06/13 | L. Lichtman | 0.10 | Meet with C. Mayfield regarding status of research for Plan confirmation issues (.10). |
| 12/06/13 | L. Lichtman | 0.50 | Review of Committee's objection to Plan and Disclosure Statement (.50). |
| 12/06/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding Committee's objection to Plan and Disclosure Statement (.20). |
| 12/07/13 | E. Sable | 0.70 | Email to C. Mayfield and R. Riley regarding summary of plan objections (.10); meet with C. Mayfield and R. Riley regarding same (.20); review said summary (.50). |
| 12/07/13 | E. Sable | 0.70 | Continue reviewing plan objections (.70). |
| 12/07/13 | E. Sable | 0.30 | Phone calls with P. Torrence regarding plan objections and possible settlement proposal to Committee (.30). |
| 12/07/13 | J. Sgroi | 1.30 | Further review of plan objections (1.30). |
| 12/07/13 | C. Mayfield ll | 4.60 | Meet with T. Sable and R. Riley re objections to Plan and Disclosure Statement (.20); review and analyze plan objections (1.80); draft summary chart of same (2.30); phone call with R. Riley regarding same (.20); review of cases in objection (.20). |

11769 – 330134
PDT 1099726 03/17/14

24

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/07/13 | R. Riley | 0.50 | Emails from T. Sable and C. Mayfield re plan objections (.30); phone call with C. Mayfield re same (.20). |
| 12/07/13 | R. Riley | 2.70 | Review and revise plan objections summary chart (2.40); meet with T. Sable and C. Mayfield re same (.20); email to T. Sable, L. Lichtman, J. Sgroi, C. Mayfield and D. Adams re same (.10). |
| 12/07/13 | L. Lichtman | 0.20 | Review Bank of New York Mellon objection to Plan (.20). |
| 12/07/13 | L. Lichtman | 0.10 | Emails with T. Sable regarding Plan objections (.10). |
| 12/07/13 | L. Lichtman | 0.20 | Email from R. Riley regarding summary of Plan objections (.10); review same (.10). |
| 12/08/13 | E. Sable | 1.90 | Prepare for call re strategy for plan objections and appeal (.50); phone call with J. Sgroi, L. Lichtman, D. Adams, C. Mayfield and R. Riley regarding same (1.00); phone call with J. Sgroi regarding same (.30); email to A. Uetz and M. Hebbeln regarding possible settlement of objections (.10). |
| 12/08/13 | D. Adams | 1.00 | Phone call with T. Sable, J. Sgroi, L. Lichtman, C. Mayfield and R. Riley regarding plan objections and appeal issues (1.00). |
| 12/08/13 | J. Sgroi | 1.00 | Phone call with T. Sable, L. Lichtman, D. Adams, C. Mayfield and R. Riley re plan preparation and appeal strategy (1.00). |
| 12/08/13 | C. Mayfield ll | 1.30 | Phone call with T. Sable, J. Sgroi, D. Adams, R. Riley and L. Lichtman re plan objections and appeal strategy (1.00); phone call with R. Riley re same (.30). |
| 12/08/13 | R. Riley | 1.70 | Prepare for call on plan objections and appeal strategy (.40); phone call with T. Sable, L. Lichtman, J. Sgroi, C. Mayfield and D. Adams re same (1.00); phone call with C. Mayfield re same (.30). |
| 12/08/13 | R. Riley | 0.10 | Email from T. Sable re research of issues related to releases and exculpation (.10). |
| 12/08/13 | L. Lichtman | 0.50 | Review summary of Plan objections (.50). |

11769 – 330134

PDT 1099726 03/17/14

25

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/08/13 | L. Lichtman | 1.00 | Phone call with T. Sable, J. Sgroi, D. Adams, C. Mayfield and R. Riley regarding Plan objections and appeal strategy (1.00). |
| 12/09/13 | E. Sable | 1.00 | Meet with J. Sgroi, R. Riley and C. Mayfield regarding plan objections and appeals (.30); meet with J. Sgroi regarding same (.70). |
| 12/09/13 | E. Sable | 1.10 | Phone call with A. Uetz, M. Hebbeln and J. Sgroi regarding Plan settlement proposal (.60); meet with J. Sgroi regarding same (.50). |
| 12/09/13 | J. Sgroi | 1.10 | Phone call with T. Sable, A. Uetz and M. Hebbeln regarding proposal on plan objection (.60); meet with T. Sable regarding same (.50). |
| 12/09/13 | J. Sgroi | 1.00 | Meet with T. Sable re proposal to Committee on plan objections and appeals (.70); meeting with T. Sable, R. Riley and C. Mayfield re same (.30). |
| 12/09/13 | C. Mayfield ll | 7.40 | Review and analyze bankruptcy case law cited in plan objections (3.20); phone call with R. Riley re same (.30); research issues related to plan confirmation (3.60); meet with R. Riley, T. Sable and J. Sgroi regarding same and appeals (.30). |
| 12/09/13 | R. Riley | 3.30 | Research re cap on D&O liability and caselaw cited in plan objecting parties' briefs (3.00); phone call with C. Mayfield re same (.30). |
| 12/09/13 | R. Riley | 0.30 | Meeting with T. Sable, J. Sgroi and C. Mayfield re plan objections and appeals (.30). |
| 12/09/13 | L. Provenzano (L.A.) | 0.20 | Emails with K. KwongChip of Scotiabank regarding adjournment of Confirmation hearing (.20). |
| 12/09/13 | L. Lichtman | 1.80 | Revise Memorandum of Law in Support of Plan (1.80). |
| 12/10/13 | E. Sable | 0.40 | Review Capitol Development Bancorp Limited VIII ballots (.40). |
| 12/10/13 | E. Sable | 2.00 | Continue review of objections to plan confirmation (.60); research in opposition to same (.40); review memorandum of law in support of plan (1.00). |

11769 – 330134
PDT 1099726 03/17/14

26

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/10/13 | E. Sable | 1.50 | Phone call with J. Sgroi, R. Riley, C. Mayfield and Creditors' Committee regarding plan objection settlements (.80); email to C. Reid regarding summary of same (.40); meet with S. Kitei regarding brief in support of confirmation (.30). |
| 12/10/13 | J. Sgroi | 0.80 | Review memorandum of law in support of plan (.80). |
| 12/10/13 | P. Torrence | 3.00 | Review proposed settlement agreements received from Committee re plan objections (.80); review Committee's plan objection (1.20); review Bank of New York Mellon's plan Objection (1.00). |
| 12/10/13 | S. Kitei | 0.30 | Meet with T. Sable re confirmation hearing preparations (.30). |
| 12/10/13 | J. Sgroi | 0.80 | Phone call with T. Sable, R. Riley, C. Mayfield and Committee regarding plan objection settlements (.80). |
| 12/10/13 | C. Mayfield ll | 3.60 | Meetings with L. Lichtman re research for plan objections (.40); research re same (2.20); phone call with T. Sable, J. Sgroi, R. Riley and Committee re plan objection settlement (.80); meet with R. Riley re same (.20). |
| 12/10/13 | R. Riley | 3.80 | Research re case law cited in plan objecting parties' briefs (3.80). |
| 12/10/13 | R. Riley | 1.00 | Phone call with T. Sable, J. Sgroi, C. Mayfield and Committee re revisions to plan and appeal settlement disucssions (.80); meet with C. Mayfield re same (.20). |
| 12/10/13 | L. Provenzano (L.A.) | 1.20 | Review solicitation procedures order regarding confirmation hearing requirements (.30); revise draft of ballot certification (.60); review ballots (.30). |
| 12/10/13 | L. Provenzano (L.A.) | 0.70 | Research regarding Capitol Development Bancorp Limited VIII voting and ballots (.70). |
| 12/10/13 | L. Lichtman | 0.10 | Meet with C. Mayfield regarding status of research on Plan Objections (.10). |
| 12/10/13 | L. Lichtman | 0.50 | Review summary of Plan Objections (.50). |
| 12/10/13 | L. Lichtman | 0.30 | Meet with C. Mayfield regarding research in connection with Plan Objections (.30). |

11769 – 330134
PDT 1099726 03/17/14

27

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/10/13 | L. Lichtman | 1.90 | Review and revise Memorandum in Support of Plan (1.90). |
| 12/10/13 | L. Lichtman | 0.10 | Email from T. Sable regarding status of settlement discussions with Committee's counsel concerning Plan objections (.10). |
| 12/10/13 | L. Lichtman | 0.10 | Emails from T. Sable, R. Riley and C. Mayfield regarding status of research in connection with Plan objections (.10). |
| 12/10/13 | L. Lichtman | 0.10 | Email from C. Reid regarding responses to proposed settlement points with Committee concerning Plan objections (.10). |
| 12/10/13 | L. Lichtman | 0.10 | Emails with L. Provenzano regarding Capitol Development Bancorp Limited VIII ballot issues (.10). |
| 12/11/13 | E. Sable | 1.20 | Meet with L. Lichtman regarding plan objection settlements (.30); email to C. Reid and B. English regarding same (.10); review and revise objection to same (.60); email with P. Haley regarding same (.10); email with L. Baughman regarding same (.10). |
| 12/11/13 | E. Sable | 1.80 | Phone call with C. Reid, B. English, J. Sgroi, J. Kuras, S. Kitei and L. Lichtman regarding plan settlement discussions (1.00); phone call with Committee, J. Sgroi and P. Torrence regarding same (.80). |
| 12/11/13 | J. Sgroi | 0.80 | Phone call with Committee, T. Sable and P. Torrence regarding plan settlement discussions (.80). |
| 12/11/13 | P. Torrence | 0.80 | Phone call with T. Sable, J. Sgroi and Committee re plan settlement discussions (.80). |
| 12/11/13 | S. Kitei | 1.00 | Phone call with T. Sable, J. Sgroi, L. Lichtman, J. Kuras, C. Reid and B. English re plan settlement discussions (1.00). |
| 12/11/13 | J. Kuras | 0.50 | Participate in portion of phone call with L. Lichtman, T. Sable, J. Sgroi, S. Kitei, C. Reid and B. English regarding plan settlement discussions (.50). |
| 12/11/13 | J. Sgroi | 1.00 | Phone call with T. Sable, L. Lichtman, J. Kuras, S. Kitei, C. Reid and B. English regarding Plan settlement discussions (1.00). |

11769 – 330134
PDT 1099726 03/17/14
28
**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/11/13 | C. Mayfield ll | 0.20 | Meet with T. Sable and L. Lichtman re plan confirmation hearing (.20). |
| 12/11/13 | C. Mayfield ll | 2.60 | Research bankruptcy case law re payment of administrative claims, priority tax claims, and limitations of liability on insurance for plan issues (2.60). |
| 12/11/13 | L. Lichtman | 3.60 | Revise Memorandum of Law in Support of Plan (3.60). |
| 12/11/13 | L. Lichtman | 0.10 | Email to C. Reid and B. English regarding Capitol Development Bancorp Limited VIII Plan ballot issue (.10). |
| 12/11/13 | L. Lichtman | 1.50 | Phone call with T. Sable, J. Sgroi, J. Kuras, S. Kitei, C. Reid and B. English regarding Plan settlement discussions (1.00); prepare for same (.50). |
| 12/11/13 | L. Lichtman | 0.30 | Meet with T. Sable regarding strategy to resolve Committee's Plan objections (.30). |
| 12/12/13 | E. Sable | 1.30 | Review wind-up budget and several plan issues (.80); research regarding severance plan (.50). |
| 12/12/13 | E. Sable | 0.50 | Meet with L. Lichtman regarding Memorandum in Support of Plan (.50). |
| 12/12/13 | E. Sable | 3.00 | Phone calls with J. Sgroi, L. Lichtman, J. Kuras, C. Reid, J. Reid and B. English regarding plan settlement discussions (1.00); phone call with J. Sgroi, L. Lichtman and M. Hebbeln regarding plan objection settlement discussions (1.00); continue review of budget issues (1.00). |
| 12/12/13 | J. Sgroi | 1.50 | Review wind-up plan budget and related plan issues with settlement (1.50). |
| 12/12/13 | J. Kuras | 1.00 | Phone calls with T. Sable, J. Sgroi, L. Lichtman, C. Reid, J. Reid and B. English re Creditors Committee's plan settlement proposal (1.00). |
| 12/12/13 | J. Sgroi | 1.00 | Phone calls with T. Sable, C. Reid, J. Reid, B. English, J. Kuras and L. Lichtman regarding Committee plan settlement proposal (1.00). |
| 12/12/13 | J. Sgroi | 1.00 | Phone call with T. Sable, L. Lichtman and M. Hebbeln regarding plan settlement discussions (1.00). |

11769 – 330134
PDT 1099726 03/17/14

29

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/12/13 | C. Mayfield ll | 2.80 | Review and revise memorandum in support of plan (1.20); review bankruptcy case law cited therein (.60); research additional case law for memorandum (.80); emails with L. Lichtman re same (.20). |
| 12/12/13 | L. Provenzano (L.A.) | 2.30 | Review and revise Memorandum in Support of Plan (2.30). |
| 12/12/13 | L. Lichtman | 4.50 | Revise Memorandum in Support of Plan (4.00); meet with T. Sable re same (.50). |
| 12/12/13 | L. Lichtman | 0.20 | Phone call with M. Hindelang regarding Capitol Development Bancorp Limited VIII Plan ballot confirmation issues with G3 parties (.20). |
| 12/12/13 | L. Lichtman | 0.10 | Email to B. English regarding Capitol Development Bancorp Limited VIII Plan ballot confirmation issue with G3 parties (.10). |
| 12/12/13 | L. Lichtman | 0.20 | Emails with C. Mayfield regarding citations of authority for Memorandum in Support of Plan (.20). |
| 12/12/13 | L. Lichtman | 0.10 | Emails with B. English regarding Capitol Development Bancorp Limited VIII Plan ballot confirmation issues with G3 parties (.10). |
| 12/12/13 | L. Lichtman | 0.70 | Phone call with T. Sable, J. Sgroi, J. Kuras, J. Reid, C. Reid, and B. English regarding resolution of Committee's objections to Plan (.70). |
| 12/12/13 | L. Lichtman | 1.00 | Phone call with T. Sable, J. Sgroi and M. Hebbeln regarding resolution of Committee's objections to Plan (1.00). |
| 12/12/13 | L. Lichtman | 0.40 | Phone call with T. Sable, J. Sgroi, J. Kuras, J. Reid, B. English and C. Reid regarding resolution of Committee's objections to Plan (.40). |
| 12/13/13 | E. Sable | 0.30 | Meet with L. Lichtman regarding memorandum in support of plan (.30). |

11769 – 330134

PDT 1099726 03/17/14

30

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/13/13 | E. Sable | 2.40 | Meet with J. Sgroi regarding plan settlement discussions (.40); emails to C. Reid regarding same (.30); review and revise plan supplement (.40); phone call with J. Sgroi and M. Hebbeln regarding obstacles to settlement (.50); email with J. Sgroi and C. Reid regarding same (.30); phone call with J. Sgroi and P. Torrence regarding same (.30); meet with J. Sgroi and L. Lichtman regarding Indenture Trustee plan objections (.20). |
| 12/13/13 | J. Sgroi | 2.50 | Meet with T. Sable re plan settlement discussions (.40); emails with C. Reid re same (.30); review and revise plan supplement (.60); phone call with T. Sable and M. Hebbeln re same (.50); email with T. Sable and C. Reid re same (.20); phone call with T. Sable and P. Torrence re same (.30); meet with T. Sable and L. Lichtman re Indenture Trustee plan objections (.20). |
| 12/13/13 | C. Mayfield ll | 1.70 | Meet with L. Lichtman re memorandum in support of plan (.40); review same (.50); draft hearing notes for confirmation (.80). |
| 12/13/13 | L. Provenzano (L.A.) | 1.30 | Review and revise memorandum in support of Plan (1.30). |
| 12/13/13 | L. Provenzano (L.A.) | 0.70 | Email to KCC regarding Voting Certification (.70). |
| 12/13/13 | L. Lichtman | 5.50 | Review and revise draft Memorandum in Support of Plan (4.80); meet with T. Sable re same (.30); meet with C. Mayfield re same (.40). |
| 12/13/13 | L. Lichtman | 0.20 | Meet with J. Sgroi and T. Sable regarding Plan objections of respective Indenture Trustees (.20). |
| 12/13/13 | L. Lichtman | 1.00 | Revise Plan Supplement (1.00). |
| 12/13/13 | L. Lichtman | 0.10 | Email to T. Sable regarding status of Capitol Development Bancorp Limited VIII Plan ballot issue (.10). |
| 12/13/13 | L. Lichtman | 0.10 | Phone call with T. Sable regarding status of Capitol Development Bancorp Limited VIII Plan ballot issue (.10). |

11769 – 330134
PDT 1099726 03/17/14

31

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/13/13 | L. Lichtman | 0.10 | Phone call with M. Hindelang regarding Capitol Development Bancorp Limited VIII Plan ballot issue (.10). |
| 12/13/13 | L. Lichtman | 0.10 | Phone call with B. English regarding status of Capitol Development Bancorp Limited VIII Plan ballot issue (.10). |
| 12/13/13 | L. Lichtman | 0.20 | Phone call with B. English regarding Capitol Development Bancorp Limited VIII Plan ballot issue (.20). |
| 12/13/13 | L. Lichtman | 0.30 | Email to J. Gregg regarding Capitol Development Bancorp Limited VIII Plan ballot issue (.30). |
| 12/13/13 | L. Lichtman | 0.10 | Emails to B. English and M. Hindelang regarding status of Capitol Development Bancorp Limited VIII Plan ballot issue (.10). |
| 12/13/13 | L. Lichtman | 0.10 | Emails with T. Sable regarding Plan Supplement issues (.10). |
| 12/14/13 | E. Sable | 3.40 | Emails with J. Sgroi and C. Reid regarding plan issues (.50); review and revise plan supplement (.60); review and revise memorandum of law in support of plan (.70); phone call with P. Torrence and J. Sgroi regarding plan issues (.30); review plan objections to continue to prepare for confirmation hearing (.80); emails with J. Sgroi, J. Kuras and L. Lichtman regarding plan and objection settlement strategy (.50). |
| 12/14/13 | J. Sgroi | 3.80 | Emails with T. Sable and C. Reid re plan issues (.50); review and revise memorandum of law in support of plan (1.50); phone call with P. Torrence and T. Sable regarding plan issues (.30); prepare for confirmation hearing (1.50). |
| 12/14/13 | J. Kuras | 0.20 | Email with L. Lichtman re plan issues (.20). |
| 12/14/13 | J. Sgroi | 0.50 | Review and revise First Supplement to Amended Joint Liquidating Plan (.50). |
| 12/14/13 | J. Sgroi | 0.50 | Emails with T. Sable, J. Kuras and L. Lichtman re Plan and settlement strategy (.50). |

11769 – 330134
PDT 1099726 03/17/14

32

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/14/13 | C. Mayfield ll | 6.60 | Continue drafting hearing notes for confirmation hearing (6.60). |
| 12/14/13 | L. Lichtman | 2.00 | Review Plan Supplement (1.20); review Plan objections of various Indenture Trustees (.80). |
| 12/14/13 | L. Lichtman | 0.30 | Email to T. Sable and J. Sgroi regarding proposed revisions to Plan Supplement (.30). |
| 12/14/13 | L. Lichtman | 0.10 | Email from J. Sgroi regarding comments on revisions to Plan Supplement (.10). |
| 12/14/13 | L. Lichtman | 0.20 | Emails with T. Sable, J. Sgroi and J. Kuras regarding plan and objection settlement strategy (.20). |
| 12/14/13 | L. Lichtman | 0.20 | Emails with J. Kuras, T. Sable and J. Sgroi regarding Plan and objection settlement strategy (.20). |
| 12/14/13 | L. Lichtman | 1.20 | Review and revise Memorandum in Support of Plan (1.20). |
| 12/15/13 | E. Sable | 1.10 | Phone call with P. Torrence regarding plan issues (.30); email with P. Torrence regarding same (.20); phone call with C. Reid regarding same (.50); email to M. Hebbeln regarding same (.10). |
| 12/15/13 | C. Mayfield ll | 3.70 | Review and revise memorandum of law in support of plan hearing (.60); continue drafting hearing notes for confirmation hearing (3.10). |
| 12/15/13 | L. Lichtman | 0.10 | Emails with T. Sable and J. Sgroi regarding finalizing Memorandum of Law in Support of Plan (.10). |
| 12/15/13 | L. Lichtman | 0.10 | Emails with T. Sable regarding status of attempts to resolve Committee's objections to Plan (.10). |
| 12/15/13 | L. Lichtman | 0.20 | Review revised Plan Supplement (.20). |
| 12/16/13 | E. Sable | 1.70 | Review wind down budget (.50); phone call with J. Sgroi and C. Reid regarding same (.50); email with J. Sgroi and M. Hebbeln regarding same (.20); review issues raised by Committee regarding same (.50). |

11769 – 330134
PDT 1099726 03/17/14

33

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/16/13 | E. Sable | 1.80 | Meet with J. Sgroi regarding settlement structure for objections to plan (.20); meet with J. Sgroi and L. Lichtman regarding same (.30); phone call with J. Sgroi and C. Reid regarding same (.30); phone call with J. Sgroi and M. Hebbeln regarding same (.50); meet with J. Sgroi and L. Lichtman regarding memorandum in support of plan (.50). |
| 12/16/13 | J. Sgroi | 1.70 | Review wind down budget and issues relating to same (.50); phone call with T. Sable and C. Reid regarding wind down budget (.50); email with T. Sable and M. Hebbeln regarding same (.20); review issues raised by Committee with respect to wind down budget (.50). |
| 12/16/13 | J. Sgroi | 2.30 | Meet with T. Sable re settlement structure for plan objections (.20); meet with T. Sable and L. Lichtman re same (.30); phone call with T. Sable and C. Reid re same (.30); phone call with T. Sable and M. Hebbeln re same (.50); work on said settlement (.50); meet with T. Sable and L. Lichtman re memorandum in support of plan (.50). |
| 12/16/13 | J. Kuras | 0.10 | Email with L. Lichtman re Plan of Liquidation (.10). |
| 12/16/13 | J. Kuras | 0.20 | Review amendment to Plan of Liquidation (.20). |
| 12/16/13 | C. Mayfield ll | 5.30 | Review and revise memorandum of law in support of plan (3.80); meet with L. Lichtman regarding same (.10); review and revise hearing notes for confirmation hearing (1.40). |
| 12/16/13 | L. Lichtman | 0.20 | Review status of settlement discussions with Committee concerning objections to Plan (.20). |
| 12/16/13 | L. Lichtman | 0.50 | Phone call with M. Hebbeln regarding outstanding issues and possible resolution of various objections of Committee and Indenture Trustees to Plan (.50). |
| 12/16/13 | L. Lichtman | 0.50 | Meet with T. Sable and J. Sgroi regarding comments on Memorandum in Support of Plan (.50). |
| 12/16/13 | L. Lichtman | 0.50 | Revise Memorandum in Support of Plan (.50). |

11769 – 330134

PDT 1099726 03/17/14

34

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/16/13 | L. Lichtman | 0.10 | Emails with K. Kakish, Assistant Attorney General for State of Michigan, regarding status of confirmation hearing and order (.10). |
| 12/16/13 | L. Lichtman | 0.10 | Meet with C. Mayfield regarding citations in Memorandum in Support of Plan (.10). |
| 12/16/13 | L. Lichtman | 0.20 | Review Exhibit to Plan Supplement (.10); emails with L. Provenzano regarding same (.10). |
| 12/16/13 | L. Lichtman | 0.20 | Review Plan Supplement (.20). |
| 12/16/13 | L. Lichtman | 0.10 | Meet with T. Sable regarding Plan Supplement (.10). |
| 12/16/13 | L. Lichtman | 0.30 | Revise Plan Supplement (.20); revise Memorandum in Support of Plan (.10). |
| 12/16/13 | L. Lichtman | 0.30 | Meet with T. Sable and J. Sgroi regarding status of settlement discussions for plan objections (.30). |
| 12/17/13 | E. Sable | 3.70 | Phone calls with J. Sgroi and M. Hebbeln regarding settlement on objections to plan (1.40); phone call with J. Kuras regarding same (.20); emails with M. Hebbeln regarding same (.20); emails with J. Sgroi and C. Reid regarding same (.50); meetings with J. Sgroi regarding same (1.00); phone call with J. Sgroi and P. Torrence regarding same (.20); phone call with J. Sgroi and J. Gies, US Trustee, regarding status of same (.20). |
| 12/17/13 | E. Sable | 0.40 | Phone calls with J. Sgroi, A. Uetz and Judge McIvor's chambers regarding adjournment of confirmation hearing (.20); email to A. Uetz and M. Hebbeln regarding same (.10); email to C. Reid regarding same (.10). |
| 12/17/13 | J. Sgroi | 3.10 | Phone calls with T. Sable and M. Hebbeln re settlement (1.40); emails with T. Sable and C. Reid re same (.50); meetings with T. Sable re same (1.00); phone call with T. Sable and P. Torrence re same (.10); phone call with T. Sable and J. Gies re same (.10). |
| 12/17/13 | J. Kuras | 0.20 | Phone call with T. Sable re plan objection settlement with Creditors' Committee (.20). |
| 12/17/13 | J. Sgroi | 0.20 | Phone calls with T. Sable, A. Uetz and Judge McIvor's chambers re adjournment of confirmation hearing (.20). |

11769 – 330134
PDT 1099726 03/17/14

35

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/17/13 | C. Mayfield ll | 6.70 | Review and revise notes for confirmation hearing (3.10); review precedent settlement motions re same (.20); draft Committee settlement motion re same (3.40). |
| 12/17/13 | L. Lichtman | 0.10 | Meet with T. Sable regarding status of settlement discussions with Committee on objections to Plan (.10). |
| 12/17/13 | L. Lichtman | 0.30 | Revise Plan Supplement (.20); revise Memorandum in Support of Plan (.10). |
| 12/17/13 | L. Lichtman | 0.10 | Meet with C. Mayfield and L. Provenzano regarding Memorandum of Law in Support of Plan and Plan Supplement (.10). |
| 12/17/13 | L. Lichtman | 0.10 | Review status of adjournment of confirmation hearing (.10). |
| 12/18/13 | E. Sable | 1.50 | Work on issues related to settlement agreement with Committee on plan objections (1.50). |
| 12/18/13 | E. Sable | 0.30 | Review and revise stipulation adjourning confirmation hearing (.20); revise order re same (.10). |
| 12/18/13 | J. Sgroi | 2.00 | Further revision of Committee settlement agreement (2.00). |
| 12/18/13 | J. Sgroi | 0.20 | Review and revise stipulation adjourning confirmation hearing (.20). |
| 12/18/13 | J. Sgroi | 0.20 | Emails with M. Hebbeln re term sheet with Committee to resolve plan objections (.20). |
| 12/18/13 | C. Mayfield ll | 2.90 | Continue drafting Committee settlement motion re plan objection (1.60); research re same (1.30). |
| 12/18/13 | L. Lichtman | 0.10 | Emails with J. Combs regarding status of Plan confirmation (.10). |
| 12/18/13 | L. Lichtman | 0.20 | Review stipulation adjourning confirmation hearing (.10); review order re same (.10). |
| 12/19/13 | E. Sable | 1.00 | Work on issues related to settlement agreement with Committee on plan objections (1.00). |
| 12/19/13 | J. Sgroi | 2.00 | Continue revision of Committee settlement agreement (2.00). |

11769 – 330134
PDT 1099726 03/17/14

36

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/19/13 | C. Mayfield ll | 1.00 | Revise notes for confirmation hearing (.90); meet with L. Lichtman re status of plan objections settlement (.10). |
| 12/19/13 | L. Lichtman | 0.10 | Emails with T. Sable regarding status of Settlement Agreement on Committee's Plan objections (.10). |
| 12/19/13 | L. Lichtman | 0.10 | Meet with C. Mayfield regarding status of settlement with Committee on Plan objections (.10). |
| 12/20/13 | E. Sable | 4.70 | Review Settlement Agreement prepared by Committee regarding plan objections (.60); phone call with J. Sgroi, L. Lichtman and C. Reid regarding same (.40); revise Settlement Agreement regarding same (1.80); phone call with J. Sgroi and M. Hebbeln regarding same (1.00); meet with L. Lichtman regarding same (.40); phone call with J. Sgroi and M. Hebbeln regarding same (.30); email with M. Hebbeln regarding same (.20). |
| 12/20/13 | J. Sgroi | 5.00 | Review proposed from of Settlement Agreement prepared by Committee (1.50); phone call with T. Sable, L. Lichtman and C. Reid regarding same (.40); revise Settlement Agreement (2.80); phone call with T. Sable and M. Hebbeln regarding same (.30). |
| 12/20/13 | J. Kuras | 0.30 | Review Creditors' Committee settlement agreement on plan objection (.30). |
| 12/20/13 | J. Kuras | 0.10 | Email with T. Sable re Creditors' Committee settlement agreement on plan objection (.10). |
| 12/20/13 | J. Sgroi | 0.20 | Emails re lease rejection issues (.20). |
| 12/20/13 | J. Sgroi | 1.00 | Phone call with T. Sable and M. Hebbeln re Settlement Agreement on plan objections (1.00). |
| 12/20/13 | L. Lichtman | 0.40 | Meet with T. Sable regarding Settlement Agreement on plan objections (.40). |
| 12/20/13 | L. Lichtman | 0.40 | Phone call with T. Sable, J. Sgroi and C. Reid regarding Settlement Agreement on plan objections (.40). |
| 12/20/13 | L. Lichtman | 0.30 | Review Committee's Settlement Agreement on plan objections (.30). |

11769 – 330134
PDT 1099726 03/17/14
37

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/20/13 | L. Lichtman | 1.00 | Review Settlement Agreement regarding Plan objections of Committee and Indenture Trustees (1.00). |
| 12/22/13 | E. Sable | 0.10 | Emails with M. Hebbeln re settlement agreement on plan objections (.10). |
| 12/23/13 | E. Sable | 3.00 | Review and revise Committee's Settlement Agreement on plan objections (1.30); email comments to M. Hebbeln regarding same (.50); phone call with J. Sgroi and M. Hebbeln regarding same (.50); email with J. Sgroi, C. Reid and B. English regarding same (.50); meet with L. Lichtman regarding same (.20). |
| 12/23/13 | J. Sgroi | 2.50 | Review and revise Committee's Settlement Agreement on plan objections (1.50); phone call with T. Sable and M. Hebbeln regarding same (.50); emails with T. Sable, C. Reid and B. English regarding same (.50). |
| 12/23/13 | C. Mayfield ll | 1.50 | Revise notes for confirmation hearing re settlement on plan objection (1.50). |
| 12/23/13 | L. Lichtman | 0.20 | Meet with T. Sable regarding settlement of Committee's plan objections (.20). |
| 12/23/13 | L. Lichtman | 0.10 | Email from T. Sable regarding status of Committee Settlement Agreement on plan objections (.10). |
| 12/23/13 | L. Lichtman | 2.00 | Revise Memorandum in Support of Plan (2.00). |
| 12/24/13 | E. Sable | 1.00 | Review Memorandum of Law in Support of Plan (1.00). |
| 12/24/13 | E. Sable | 0.60 | Phone call with J. Sgroi and P. Torrence regarding settlement agreement on plan objections (.30); phone call with J. Sgroi and M. Hebbeln regarding same (.30). |
| 12/24/13 | J. Sgroi | 0.60 | Phone call with T. Sable and P. Torrence re settlement agreement on plan objections (.30); phone call with T. Sable and M. Hebbeln re same (.30). |
| 12/24/13 | J. Sgroi | 2.50 | Review and revise memorandum of law in support of plan (2.50). |
| 12/24/13 | L. Lichtman | 0.10 | Email to T. Sable regarding Memorandum in Support of Plan (.10). |
| 12/24/13 | L. Lichtman | 0.30 | Further revisions to Memorandum in Support of Plan (.30). |

11769 – 330134
PDT 1099726 03/17/14

38

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/25/13 | J. Sgroi | 2.20 | Continue revision of settlement agreement on plan objections (2.20). |
| 12/26/13 | E. Sable | 2.90 | Review Committee's comments to settlement agreement for plan objections (.50); meet with J. Sgroi regarding same (.50); phone calls with J. Sgroi and M. Hebbeln regarding same (.60); revise said settlement agreement (.50); phone call with J. Sgroi and P. Torrence regarding same (.20); email to M. Hebbeln regarding outline of changes and open issues, proposed resolution to same (.40); emails with J. Sgroi, C. Reid and B. English regarding same (.20). |
| 12/26/13 | E. Sable | 0.10 | Phone call with C. Reid regarding D&O policy issues as to plan objections (.10). |
| 12/26/13 | J. Sgroi | 2.90 | Review Committee's comments to settlement agreement (.50); meet with T. Sable re same (.50); phone calls with T. Sable and M. Hebbeln re same (.60); revise said settlement agreement (.50); phone call with T. Sable and P. Torrence re same (.20); emails with M. Hebbeln re same (.20); emails with T. Sable, C. Reid and B. English re same (.20); phone call with C. Reid re same (.20). |
| 12/27/13 | E. Sable | 0.30 | Review timing relative to settlement agreement approval on plan objections and confirmation issues (.30). |
| 12/27/13 | E. Sable | 0.90 | Review Committee's revisions to settlement agreement for plan objections (.40); meet with J. Sgroi regarding same (.20); email with J. Sgroi, C. Reid and B. English regarding same (.10); phone call with J. Sgroi and M. Hebbeln regarding same (.20). |
| 12/27/13 | E. Sable | 0.80 | Review and revise motion to authorize settlement agreement with Committee regarding plan objections (.70); email with J. Sgroi regarding same (.10). |
| 12/27/13 | J. Sgroi | 0.90 | Review Committee's revisions to settlement agreement (.40); meet with T. Sable re same (.20); email with T. Sable, C. Reid and B. English re same (.10); phone call with T. Sable and M. Hebbeln re same (.20). |

11769 – 330134
PDT 1099726 03/17/14

39

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/27/13 | J. Sgroi | 2.50 | Draft motion to authorize Committee settlement agreement on plan objections (2.40); email with T. Sable re same (.10). |
| 12/27/13 | P. Torrence | 1.00 | Review and revise Committee settlement agreement on plan objections (.70); emails with T. Sable and J. Sgroi re same (.30). |
| 12/29/13 | E. Sable | 0.40 | Email with J. Sgroi and P. Torrence regarding Committee settlement agreement for plan objections (.30); emails to C. Reid regarding same (.10). |
| 12/29/13 | J. Sgroi | 0.30 | Emails with T. Sable and P. Torrence re Committee settlement agreement on plan objections (.30). |
| 12/30/13 | E. Sable | 2.90 | Phone calls with J. Sgroi and M. Hebbeln regarding Committee settlement agreement on plan objections (.80); meetings with J. Sgroi regarding same (.30); phone call with J. Sgroi and C. Reid regarding same (.30); email to C. Reid and B. English regarding same (.10); review and revise motion authorizing said settlement agreement (.50); email to M. Hebbeln regarding same (.10); review and revise motion to expedite hearing on motion authorizing said settlement agreement (.40); review Committee's proposed revisions to said settlement agreement (.20); email with J. Sgroi regarding same (.10); email with J. Sgroi and C. Reid regarding same (.10). |
| 12/30/13 | E. Sable | 0.30 | Email with J. Reid regarding settlement agreement with Committee on plan objections (.30). |
| 12/30/13 | J. Sgroi | 2.50 | Phone calls with T. Sable and M. Hebbeln re settlement agreement (.80); meetings with T. Sable re same (.30); phone call with T. Sable and C. Reid re same (.30); revise motion authorizing settlement agreement (.30); revise motion to expedite hearing on motion authorizing settlement agreement (.30); review Committee's proposed revisions to settlement agreement (.30); emails with T. Sable re same (.10); emails with T. Sable and C. Reid re same (.10). |

11769 – 330134
PDT 1099726 03/17/14

40

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/30/13 | C. Mayfield ll | 2.10 | Review memorandum of law in support of plan confirmation (.20); draft stipulation adjourning confirmation hearing (1.10); draft motion to expedite same (.80). |
| 12/31/13 | E. Sable | 0.10 | Phone call with Judge McIvor's chambers regarding scheduling confirmation hearing (.10). |
| 12/31/13 | E. Sable | 3.40 | Email with J. Sgroi and C. Reid regarding Committee settlement agreement for plan objections (.10); phone calls with J. Sgroi and M. Hebbeln regarding proposed changes to same (.40); revise budget for plan (.20); phone call with J. Sgroi and P. Torrence regarding same (.10); review and revise said settlement agreement (.80); email to C. Reid regarding changes to same (.20); phone call with J. Sgroi and C. Reid regarding changes to same (.20); phone call with M. Hebbeln regarding same (.20); phone call with J. Sgroi and M. Hebbeln regarding said budget (.10); revise adjournment stipulations (.40); revise motion to expedite (.20); phone call with J. Sgroi and M. Hebbeln regarding multiple plan issues (.10); email to C. Reid regarding execution of said settlement agreement (.10); email to M. Hebbeln regarding stipulations to adjourn and motion to expedite (.10); email with M. Hebbeln regarding finalization of same (.10); email to C. Reid regarding same (.10). |
| 12/31/13 | J. Sgroi | 2.30 | Emails with T. Sable and C. Reid re Committee settlement agreement for plan objections (.10); phone calls with T. Sable and M. Hebbeln re same (.40); review revised budget for plan (.20); phone call with T. Sable and P. Torrence re same (.10); review and revise said settlement agreement (1.10); phone call with T. Sable and C. Reid re changes to same (.20); phone call with T. Sable and M. Hebbeln re same (.10); phone call with T. Sable and M. Hebbeln re said budget (.10). |
| **Subtotal Hours and Fees - Plan and Disclosure Statement** | | **295.40** | **108,349.50** |

11769 – 330134
PDT 1099726 03/17/14

41

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|

**RELIEF FROM STAY PROCEEDINGS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/02/13 | E. Sable | 0.20 | Phone calls with B. English regarding FDIC motion for relief from the automatic stay and proposed stipulation (.20). |
| 12/06/13 | E. Sable | 0.30 | Phone calls with B. English regarding FDIC motion for relief from the automatic stay and proposed stipulation (.30). |
| 12/09/13 | E. Sable | 0.20 | Email with L. Baughman regarding FDIC motion for relief from stay (.20). |
| 12/20/13 | E. Sable | 0.30 | Phone call with L. Baughman and B. English regarding FDIC motion for relief and Pisgah assignments (.30). |
| 12/26/13 | E. Sable | 0.10 | Email with L. Baughman and B. English regarding Pisgah assignments (.10). |
| 12/30/13 | E. Sable | 0.10 | Email with B. English regarding Pisgah assignments (.10). |
| **Subtotal Hours and Fees - Relief from Stay Proceedings** | | **1.20** | **558.00** |

**APPEAL**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/01/13 | J. Kuras | 0.20 | Correspondence re Committee appeal issues (.20). |
| 12/02/13 | D. Adams | 0.50 | Meeting with J. Sgroi and C. Mayfield regarding Committee appeal issues (.50). |
| 12/02/13 | D. Adams | 1.50 | Review and analyze Committee appeal documents regarding confirmation (1.50). |
| 12/02/13 | D. Adams | 0.20 | Phone calls with R. Riley regarding Committee appeal issues for confirmation (.20). |
| 12/02/13 | J. Sgroi | 1.00 | Meet with D. Adams and C. Mayfield re Committee appeal strategy (.50); review Committee stay pending appeal (.50). |
| 12/02/13 | R. Riley | 0.10 | Phone calls with D. Adams re appellate research for stay pending appeal (.10). |

11769 – 330134
PDT 1099726 03/17/14

42

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/02/13 | R. Riley | 2.70 | Research re due process appellate claims for stay pending appeal (2.60); phone call with D. Adams re same (.10). |
| 12/03/13 | D. Adams | 2.20 | Review transcripts and other key documents relating to Committee appeal issues for confirmation (2.20). |
| 12/03/13 | C. Mayfield ll | 4.40 | Meet with J. Sgroi and D. Adams re Committee appeal (.50); review case pleadings in preparation for appeal (3.90). |
| 12/03/13 | R. Riley | 2.30 | Research re due process appellate claims (2.30). |
| 12/03/13 | L. Lichtman | 0.10 | Phone call with J. Del Monaco, counsel to River Branch, regarding Committee's appeal of sale order (.10). |
| 12/03/13 | L. Lichtman | 0.10 | Email to J. Del Monaco, counsel to River Branch, regarding transcript of sale hearing for Committee appeal (.10). |
| 12/04/13 | D. Adams | 2.70 | Draft appellee brief in support of appeal (2.30); meet with C. Mayfield and R. Riley re same (.40). |
| 12/04/13 | D. Adams | 1.70 | Research regarding evidentiary issues relating to appeal (1.70). |
| 12/04/13 | C. Mayfield ll | 0.40 | Meet with D. Adams and R. Riley re Committee appeal (.40). |
| 12/04/13 | R. Riley | 0.20 | Emails from D. Adams and T. Sable re appeal from Committee (.20). |
| 12/04/13 | R. Riley | 5.40 | Research re due process appellate claims and reasonableness of settlement with FDIC (5.00); meeting with D. Adams and C. Mayfield re same (.40). |
| 12/05/13 | D. Adams | 1.40 | Continue drafting brief in support of appeal (1.40). |
| 12/05/13 | D. Adams | 1.70 | Research regarding evidentiary issues relating to appeal (1.70). |
| 12/05/13 | R. Riley | 4.80 | Research re due process appellate claims and reasonableness of settlement with FDIC (4.80). |
| 12/05/13 | R. Riley | 1.60 | Review brief in support of sale motion re Committee appeal issues (1.00); review Committee's objection re same (.60). |

11769 – 330134
PDT 1099726 03/17/14

43

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/06/13 | E. Sable | 1.00 | Review Committee's Statements of Issues on Appeal and Designations of Record on Appeal (.70); meet with D. Adams and R. Riley regarding said designations (.30). |
| 12/06/13 | J. Sgroi | 1.50 | Review Committee's Statements of Issues on Appeal and Designations of Record on Appeal (1.50). |
| 12/06/13 | D. Adams | 3.40 | Continue drafting brief in support of appeal (3.20); meet with C. Mayfield re same (.20). |
| 12/06/13 | D. Adams | 3.20 | Research regarding evidentiary issues relating to appeal (2.90); meet with T. Sable and R. Riley re notice of designation of record on appeal (.30). |
| 12/06/13 | C. Mayfield ll | 1.90 | Continue review of transcripts and related pleadings for Committee appeal (1.70); meet with D. Adams re same (.20). |
| 12/06/13 | R. Riley | 2.80 | Review transcript of sale hearing re Committee appeal issues (2.80). |
| 12/06/13 | R. Riley | 2.20 | Review notice of designation of record on appeal filed by Committee, Wilmington, US Bank and Bank of NY Mellon (1.70); emails from D. Adams, P. Torrence and J. Sgroi re same (.20); meeting with T. Sable and D. Adams re same (.30). |
| 12/09/13 | E. Sable | 0.70 | Meet with D. Adams and J. Sgroi regarding Committee appeals issues (.50); review research regarding same (.20). |
| 12/09/13 | D. Adams | 0.50 | Meeting with T. Sable and J. Sgroi regarding appeal issues (.50). |
| 12/09/13 | D. Adams | 2.50 | Research regarding stay pending appeal and supersedeas bond issues (2.50). |
| 12/09/13 | D. Adams | 0.10 | Meeting with R. Riley regarding stay pending appeal and supersedeas bond issues (.10). |
| 12/09/13 | D. Adams | 0.10 | Meeting with R. Riley regarding stay pending appeal and supersedeas bond issues (.10). |
| 12/09/13 | D. Adams | 2.60 | Draft response to Committee motion for stay pending appeal (2.60). |

11769 – 330134
PDT 1099726 03/17/14

44

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/09/13 | D. Adams | 2.10 | Revise response to Committee motion for expedited hearing on motion for stay pending appeal (2.10). |
| 12/09/13 | S. Kitei | 0.80 | Research re motion for stay pending appeal (.80). |
| 12/09/13 | J. Sgroi | 0.50 | Meeting with T. Sable and D. Adams re Committee appeal issues (.50). |
| 12/09/13 | R. Riley | 3.30 | Meetings with D. Adams re appeal and bond issues (.20); draft objection to filing of motion for expedited consideration of stay motion pending appeal (3.10). |
| 12/09/13 | R. Riley | 0.30 | Research re bond pending stay of appeal (.30). |
| 12/09/13 | R. Riley | 0.30 | Emails from T. Sable and D. Adams re objection to motion to expedite hearing for stay pending appeal (30). |
| 12/10/13 | E. Sable | 0.50 | Review and revise objection to Committee's motion for expedited consideration of motion for stay pending appeal (.50). |
| 12/10/13 | J. Sgroi | 0.50 | Review and revise objection to Committee's motion for expedited consideration of motion for stay pending appeal (.50). |
| 12/10/13 | S. Kitei | 6.60 | Email with D. Adams re objection to Committee's motion for stay pending appeal (.30); research re same (2.80); draft motion re same (3.50). |
| 12/10/13 | R. Riley | 1.80 | Research re posting of bond pending appeal (1.80). |
| 12/10/13 | R. Riley | 1.00 | Emails with T. Sable and D. Adams re objection to motion to expedite hearing on appeal (.20); review and revise same (.80). |
| 12/11/13 | E. Sable | 1.00 | Review Committee's motion for suspension of confirmation hearing and stay pending appeal (.60); meet with D. Adams and C. Mayfield regarding response to same (.40). |
| 12/11/13 | J. Sgroi | 1.50 | Review Committee's motion for suspension of confirmation hearing and stays pending appeal (1.00); review and revise objection to same (.50). |
| 12/11/13 | P. Torrence | 1.20 | Review Motion to Stay pending appeal by Creditor's Committee (1.20). |

11769 – 330134

PDT 1099726 03/17/14

45

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/11/13 | D. Adams | 2.80 | Research regarding stay pending appeal issues (2.40); meetings with R. Riley re posting bond pending appeal (.40). |
| 12/11/13 | D. Adams | 0.60 | Continue drafting appeal brief (.60). |
| 12/11/13 | D. Adams | 3.80 | Continue drafting response to motion to stay pending appeal (3.80). |
| 12/11/13 | D. Adams | 0.30 | Review Committee motion to stay pending appeal (.30). |
| 12/11/13 | D. Adams | 0.40 | Meeting with T. Sable and C. Mayfield regarding response to Committee motion to stay pending appeal (.40). |
| 12/11/13 | D. Adams | 0.40 | Revise response to Committee motion to expedite motion to stay pending appeal (.40). |
| 12/11/13 | S. Kitei | 6.20 | Review Committee motion for stay pending appeal (.40); research re same (2.00); draft motion re same (3.80). |
| 12/11/13 | C. Mayfield ll | 3.30 | Review Committee motion to stay order pending appeal (.20); review and case law cited therein (2.70); meet with T. Sable and D. Adams re objection to Committee motion to stay pending appeal (.40). |
| 12/11/13 | R. Riley | 2.10 | Research re posting of bond pending appeal (1.70); meetings with D. Adams re same (.40). |
| 12/11/13 | L. Provenzano (L.A.) | 0.70 | Draft Designation of Record and Statement of Issues on Appeal (.70). |
| 12/11/13 | L. Provenzano (L.A.) | 0.70 | Review Motion to Stay Pending Appeal (.20); provide copies to S. Kitei with supporting documentation (.50). |
| 12/12/13 | D. Adams | 3.20 | Research regarding due process appeal issues (2.80); meeting with R. Riley re posting bond pending appeal (.40). |
| 12/12/13 | D. Adams | 4.70 | Draft brief in response to motion to stay pending appeal (4.70). |
| 12/12/13 | S. Kitei | 7.40 | Research re Committee's motion for stay pending appeal (3.00); draft objection re same (4.40). |

11769 – 330134
PDT 1099726 03/17/14

46

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/12/13 | C. Mayfield ll | 3.60 | Research bankruptcy case law for objection to motion to stay various court orders pending appeal (2.40); draft counter-state of issues on appeal and designation of records for three appeals (1.20). |
| 12/12/13 | R. Riley | 0.90 | Research re reasons on record can be used to affirm bankruptcy court decision (.90). |
| 12/12/13 | R. Riley | 1.70 | Research re due process appeal issue as it relates to appearance at hearing (1.30); meet with D. Adams re posting bond pending appeal (.40). |
| 12/13/13 | D. Adams | 3.40 | Research regarding sub rosa plan appeal issues (3.40). |
| 12/13/13 | D. Adams | 4.40 | Draft brief in response to Committee motion for stay pending appeal (3.60); meet with C. Mayfield re same (.10); emails with S. Kitei re same (.40); meet with R. Riley re due process appeals issue (.30). |
| 12/13/13 | S. Kitei | 5.50 | Draft Objection to Committee Motion for Stay Pending Appeal (3.00); email with D. Adams re same (.40); research re same (1.80); meet with C. Mayfield re same (.20). |
| 12/13/13 | C. Mayfield ll | 4.40 | Research bankruptcy case law for objection to motion to stay pending appeal (2.30); meet with D. Adams regarding same (.10); meet with S. Kitei regarding same (.20); draft of counter-state of issues on appeal and designation of records for appeals (1.80). |
| 12/13/13 | R. Riley | 2.90 | Research re due process prejudice requirement and harmless error standard in bankruptcy proceedings for appeals (2.60); meeting with D. Adams re same (.30). |
| 12/13/13 | R. Riley | 1.40 | Review direct testimony of C. Reid at sale hearing re appeals (1.40). |
| 12/14/13 | D. Adams | 6.00 | Draft brief in support of appeal (5.70); emails with S. Kitei re same (.30). |
| 12/14/13 | S. Kitei | 4.50 | Revise Objection to Committee Motion for Stay Pending Appeal (3.00); research re same (1.30); email with D. Adams re same (.20). |
| 12/14/13 | C. Mayfield ll | 0.80 | Draft of counter-state of issues on appeal and designation of records for Appeals (.80). |

11769 – 330134
PDT 1099726 03/17/14

47

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/14/13 | R. Riley | 1.20 | Draft outline of direct testimony of C. Reid at sale hearing re appeals objection (1.20). |
| 12/14/13 | R. Riley | 0.70 | Review objection to Committee motion for stay pending appeal (.70). |
| 12/15/13 | E. Sable | 2.00 | Review and revise objection to Committee's motion to suspend confirmation hearing and for stay pending appeal (1.20); phone call with J. Sgroi and S. Kitei regarding same (.80); phone call with J. Sgroi regarding same (.60). |
| 12/15/13 | D. Adams | 4.80 | Draft brief in support of appeal (4.80). |
| 12/15/13 | S. Kitei | 4.10 | Review and revise Objection to Committee Motion for Stay pending appeal (2.80); research re same (.50); phone call with J. Sgroi and T. Sable re same (.80). |
| 12/15/13 | J. Sgroi | 1.60 | Review and revise Objection to Committee Motion for Stay pending appeal of confirmation hearing (1.60). |
| 12/15/13 | J. Sgroi | 1.40 | Phone call with T. Sable re objection to Committee motion for stay pending appeal of confirmation hearing (.60); phone call with T. Sable and S. Kitei re same (.80). |
| 12/15/13 | C. Mayfield ll | 2.90 | Revise counter-state of issues on appeal and designation of records for appeals (.50); review objection to motion to stay pending appeal (.30); draft hearing notes for objection to motion to stay pending appeal (2.10). |
| 12/15/13 | R. Riley | 4.10 | Continue drafting outline of direct testimony of C. Reid at sale hearing re appeals objection (4.10). |
| 12/15/13 | R. Riley | 1.10 | Review and revise objection to Committee's motion for stay pending appeal (1.10). |
| 12/16/13 | E. Sable | 1.60 | Review and revise objection to Committee's motion to suspend confirmation hearing and for stay pending appeal (.40); meet with D. Adams regarding same (.10); prepare for hearing regarding same (1.00); email with L. Baughman, counsel to FDIC, regarding same (.10). |

11769 – 330134
PDT 1099726 03/17/14

48

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/16/13 | J. Sgroi | 1.50 | Review and revise objection to Committee's motion to suspend confirmation hearing and for stay pending appeal (.50); prepare for hearing regarding same (1.00). |
| 12/16/13 | D. Adams | 2.00 | Revise objection to motion for stay pending appeal (1.50); phone call with S. Kitei re same (.50). |
| 12/16/13 | D. Adams | 0.10 | Meeting with T. Sable regarding objection to motion for stay pending appeal (.10). |
| 12/16/13 | D. Adams | 0.10 | Meeting with S. Kitei regarding objection to motion for stay pending appeal (.10). |
| 12/16/13 | D. Adams | 0.20 | Email to T. Sable and S. Kitei regarding task list for objection to motion for stay pending appeal (.20). |
| 12/16/13 | D. Adams | 0.30 | Review local rules regarding District Court standards for stay pending appeal briefing (.30). |
| 12/16/13 | D. Adams | 1.30 | Revise District Court objection to stay pending appeal (1.30). |
| 12/16/13 | D. Adams | 2.30 | Draft appellate brief in support of appeal (2.30). |
| 12/16/13 | S. Kitei | 5.00 | Phone call with D. Adams re objection to Committee motion for stay pending appeal (.50); email with T. Sable and D. Adams re same (.20); review and revise same (1.20); meet with D. Adams re same (.10); draft District Court response to motion for stay pending appeal (3.00). |
| 12/16/13 | C. Mayfield ll | 3.10 | Continue drafting hearing notes for objection to motion to stay pending appeal (2.90); review Talmer objection to stay motion pending appeal (.20). |
| 12/16/13 | R. Riley | 1.80 | Review and revise objection to Committee's motion for stay pending appeal (1.80). |
| 12/16/13 | R. Riley | 1.40 | Prepare exhibits to objection to Committee's motion for stay pending appeal (1.40). |
| 12/16/13 | L. Provenzano (L.A.) | 0.60 | Review draft objection to Committee motion for stay pending appeal (.60). |
| 12/16/13 | L. Provenzano (L.A.) | 1.10 | Preparation of Exhibits A-J for objection to Committee motion for stay pending appeal (1.10). |
| 12/16/13 | L. Provenzano (L.A.) | 0.50 | Finalize objection to Committee motion for stay pending appeal with Exhibits for filing (.50). |

11769 – 330134
PDT 1099726 03/17/14

49

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/17/13 | E. Sable | 0.30 | Review and revise stipulation adjourning deadline for filing statement of issues and designation of record in Committee's pending appeals (.20); meet with D. Adams regarding same (.10). |
| 12/17/13 | D. Adams | 0.80 | Draft stipulation to adjourn appeal (.80). |
| 12/17/13 | D. Adams | 1.30 | Continue drafting stipulation to adjourn appeals (1.30). |
| **Subtotal Hours and Fees - Appeal** | | **204.40** | **61,192.00** |

**TAX MATTERS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/04/13 | J. Combs | 0.40 | Review of disaffiliation election (.30); email to K. Schafer re same (.10). |
| 12/05/13 | J. Combs | 0.50 | Phone call with K. Schafer re elective disaffiliation, PLR requests and Section 382 and Capitol National Bank (.50). |
| 12/13/13 | A. Valade | 0.80 | Review amended Michigan Business Tax return received from K. Schafer (.60); email to Assistant Attorney General re canceling tax assessment (.20). |
| **Subtotal Hours and Fees - Tax Matters** | | **1.70** | **842.50** |

**CLAIMS ADMINISTRATION AND OBJECTION**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/02/13 | L. Lichtman | 0.20 | Phone call with J. Combs regarding status of IRS claim (.20). |
| 12/04/13 | E. Sable | 0.10 | Phone call with C. Singhisen of Charles Schwab regarding creditor Richard Hollander claim (.10). |
| 12/04/13 | L. Provenzano (L.A.) | 0.40 | Review claims database regarding proof of claim filed on behalf of R. Hollander (.20); phone call with C. Singhisen of Charles Schwab regarding same (.20). |
| 12/05/13 | L. Provenzano (L.A.) | 0.20 | Phone call with C. Singhisen at Charles Schwab regarding claim of R. Hollander (.20). |

11769 – 330134

PDT 1099726 03/17/14

50

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/09/13 | E. Sable | 0.50 | Meetings with J. Sgroi and L. Lichtman regarding G3 claims estimation motion (.50). |
| 12/09/13 | J. Sgroi | 0.50 | Meetings with T. Sable and L. Lichtman re status of G3 claims estimation motion (.50). |
| 12/09/13 | L. Lichtman | 0.30 | Emails with J. Gregg regarding Plan voting report and possible resolution of G3 Claims Estimation Motion or adjournment of hearing (.30). |
| 12/09/13 | L. Lichtman | 0.50 | Prepare for hearing on G3 Claims Estimation Motion (.50). |
| 12/09/13 | L. Lichtman | 0.10 | Meeting with J. Sgroi and T. Sable regarding status of G3 Claims Estimation Motion (.10). |
| 12/09/13 | L. Lichtman | 0.10 | Emails with T. Sable regarding G3 Claims Estimation Motion (.10). |
| 12/09/13 | L. Lichtman | 0.10 | Email to J. Gregg regarding further adjournment of hearing on G3 Claims Estimation Motion (.10). |
| 12/09/13 | L. Lichtman | 0.60 | Emails with J. Gregg regarding possible resolution of G3 Claims Estimation Motion (.40); meeting with T. Sable and J. Sgroi regarding same (.20). |
| 12/09/13 | L. Lichtman | 0.20 | Meeting with T. Sable and J. Sgroi regarding possible resolution of G3 Claims Estimation Motion (.20). |
| 12/09/13 | L. Lichtman | 0.10 | Phone calls with M. Hindelang regarding G3 Claims Estimation Motion (.10). |
| 12/09/13 | L. Lichtman | 0.10 | Email to M. Hindelang regarding pending settlement of G3 Claims Estimation Motion (.10). |
| 12/10/13 | L. Lichtman | 0.20 | Prepare for hearing on G3 Claims Estimation Motion (.20). |
| 12/10/13 | L. Lichtman | 0.30 | Phone call with M. Hindelang and B. English regarding status of G3 Claims Estimation Motion (.30). |
| 12/10/13 | L. Lichtman | 0.70 | Emails with J. Gregg regarding settlement proposal for G3 Claims Estimation Motion (.70). |
| 12/10/13 | L. Lichtman | 2.30 | Attend hearing on G3 Claims Estimation Motion (2.30). |
| 12/10/13 | L. Lichtman | 0.20 | Draft email to B. English regarding results of hearing on G3 Claims Estimation Motion (.20). |

11769 – 330134
PDT 1099726 03/17/14
51

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/10/13 | L. Lichtman | 0.30 | Revise email to B. English regarding results of hearing on G3 Claims Estimation Motion (.30). |
| 12/10/13 | L. Lichtman | 0.50 | Review G3 state court Settlement Agreement (.20); prepare for hearing on G3 Claims Estimation Motion (.30). |
| 12/17/13 | L. Lichtman | 0.10 | Emails with J. Gregg regarding adjournment of hearings on G3 Claim Estimation Motion (.10). |
| 12/17/13 | L. Lichtman | 0.10 | Email to M. Hindelang regarding results of state court hearing on Settlement Agreement with G3 for claims estimation motion (.10). |
| 12/17/13 | L. Lichtman | 0.10 | Phone call with M. Hindelang regarding status of state court Settlement Agreement with G3 to resolve claim estimation motion (.10). |
| 12/17/13 | L. Lichtman | 0.20 | Emails with J. Gregg regarding adjournment of hearings on G3 Claim Estimation Motion (.20). |
| 12/17/13 | L. Lichtman | 0.20 | Phone call with J. Gregg regarding adjournment of hearings on G3 Claim Estimation Motion (.20). |
| **Subtotal Hours and Fees - Claims Administration and Objection** | | **9.20** | **3,555.50** |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/05/13 | B. Lundberg (L.A.) | 0.40 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (.40). |
| 12/06/13 | B. Lundberg (L.A.) | 0.30 | Continue reviewing October monthly fee statement for accuracy and compliance with local court rules (.30). |
| 12/09/13 | E. Sable | 0.30 | Email with C. Reid regarding expenses (.30). |
| **Subtotal Hours and Fees - Fee/Employment Applications** | | **1.00** | **293.50** |

11769 – 330134

PDT 1099726 03/17/14

52

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **LITIGATION** |
| 12/18/13 | E. Sable | 0.30 | Email with B. English regarding North Carolina litigation (.30). |
| **Subtotal Hours and Fees - Litigation** | | **0.30** | **139.50** |
| **Total Hours and Fees** | | **640.90** | **$216,220.00** |

11769 – 330134
PDT 1099726 03/17/14

53

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME SUMMARY BY ACTION CODE** (January 1 – 28, 2014)

| Action Code | Hours | Amount |
|---|---|---|
| 2590 Asset Disposition | 9.40 | 3,517.00 |
| 2591 Business Operations | 57.30 | 18,818.00 |
| 2592 Case Administration and Objections | 7.50 | 3,164.50 |
| 2596 Plan and Disclosure Statement | 185.60 | 74,957.00 |
| 2597 Relief from Stay Proceedings | 2.70 | 1,231.00 |
| 2630 Appeal | 0.20 | 47.00 |
| 2669 Tax Matters | 9.50 | 5,130.00 |
| 2696 Fee/Employment Applications | 23.10 | 5,197.50 |
| | | |
| **Total Fees** | **295.30** | **$112,062.00** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME DETAIL** (January 1 – 28, 2014)

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | **ASSET DISPOSITION** |
| 01/02/14 | J. Kuras | 0.20 | Email with J. Wolfersberger re New Mexico filing of articles of merger (.20). |
| 01/02/14 | J. Kuras | 0.20 | Email with S. Swan re New Mexico filing of articles of merger (.20). |
| 01/02/14 | S. Swan (L.A.) | 0.50 | Research New Mexico Secretary of State re articles of merger and foreign qualification filings (.20); phone calls with New Mexico Secretary of State re same (.30). |
| 01/03/14 | J. Kuras | 0.30 | Email with S. Swan re New Mexico filing of articles of merger (.30). |
| 01/03/14 | J. Kuras | 0.20 | Email with J. Stewart re New Mexico filing of articles of merger (.20). |
| 01/03/14 | S. Swan (L.A.) | 0.40 | Research New Mexico Secretary of State re articles of merger and foreign qualification filings (.10); phone calls with New Mexico Secretary of State re same (.10); draft cover letter to New Mexico Secretary of State re same and expedite filing fee (.20). |
| 01/06/14 | J. Kuras | 0.10 | Email with S. Swan re New Mexico filing of articles of merger (.10). |
| 01/06/14 | J. Kuras | 0.10 | Email with New Mexico Secretary of State re New Mexico filing of articles of merger (.10). |
| 01/06/14 | J. Kuras | 0.10 | Email to S. Swan re New Mexico articles of merger filing (.10). |
| 01/06/14 | J. Kuras | 0.20 | Email with S. Swan re New Mexico processing of articles of merger (.20). |
| 01/06/14 | J. Sgroi | 0.20 | Emails re FDIC contract rejection (.20). |

11769 – 330134
PDT 1109579 03/17/14

2

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/06/14 | S. Swan (L.A.) | 0.40 | Phone call with New Mexico Secretary of State re expedite fee, timing of articles of merger and foreign qualification filings (.10); phone calls with New Mexico Secretary of State re same (.10); revise letter to New Mexico Secretary of State re expedite fee (.10); phone call with R. Raskob at SB Albuquerque re same (.10). |
| 01/07/14 | J. Kuras | 0.10 | Email with S. Swan re Talmer post-closing issues (.10). |
| 01/07/14 | J. Kuras | 0.20 | Email with Talmer counsel re administrative expense escrow agent (.20). |
| 01/07/14 | J. Kuras | 0.20 | Email with S. Swan re New Mexico filing of articles of merger (.20). |
| 01/07/14 | E. Sable | 0.50 | Review administrative expense escrow agreement (.50). |
| 01/07/14 | J. Sgroi | 0.80 | Draft joint notice to escrow agent re professional fee escrow (.80). |
| 01/07/14 | J. Sgroi | 0.30 | Revise joint escrow notice (.30). |
| 01/08/14 | S. Swan (L.A.) | 0.20 | Phone call with R. Roybal with New Mexico Secretary of State re status of merger (.10); email from R. Roybal with certificate of merger (.10). |
| 01/08/14 | L. Lichtman | 0.30 | Emails with J. Kuras and J. Sgroi re contracts to be rejected as result of Talmer transaction (.30). |
| 01/11/14 | J. Sgroi | 0.20 | Emails with J. Kuras re professional fee escrow (.20). |
| 01/12/14 | J. Kuras | 0.10 | Email with J. Sgroi re escrow instructions (.10). |
| 01/13/14 | J. Kuras | 0.20 | Email with escrow agent re release of escrow funds (.20). |
| 01/13/14 | J. Sgroi | 0.30 | Review and revise joint notice to escrow agent re professional fee escrow (.30). |
| 01/16/14 | J. Kuras | 0.20 | Email with M. White re post-closing issues (.20). |
| 01/22/14 | L. Lichtman | 0.70 | Email from C. Reid re certain lease on Talmer rejection schedule (.70). |
| 01/22/14 | L. Lichtman | 0.30 | Emails with J. Kuras re lease issue on Talmer rejection schedule (.30). |

11769 – 330134
PDT 1109579 03/17/14

3

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/25/14 | J. Sgroi | 0.20 | Emails with J. Kuras re letter to escrow agent (.20). |
| 01/26/14 | J. Sgroi | 0.20 | Emails with escrow agent re release of escrow (.20). |
| 01/27/14 | E. Sable | 0.50 | Attention to escrow release issues (.30); emails with J. Sgroi regarding same (.20). |
| 01/27/14 | J. Sgroi | 0.20 | Emails with T. Sable re escrow release (.20). |
| 01/28/14 | J. Sgroi | 0.80 | Calculate wire distributions from settlement (.50); emails with A. Uetz and M. Hebbeln re same (.30). |
| **Subtotal Hours and Fees - Asset Disposition** | | **9.40** | **3,517.00** |

**BUSINESS OPERATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/02/14 | S. Swan (L.A.) | 1.60 | Draft SEC Form 8-K relating to sale of four banks to Talmer (1.60). |
| 01/03/14 | J. Kuras | 0.20 | Email with P. Torrence re SEC Form 8-K issues (.20). |
| 01/03/14 | J. Sgroi | 0.50 | Review and revise SEC Form 8-K (.50). |
| 01/06/14 | J. Kuras | 0.10 | Phone call with P. Torrence re SEC Form 8-K (.10). |
| 01/06/14 | J. Kuras | 0.10 | Email with L. Lichtman re SEC Form 8-K and closing of Talmer sale (.10). |
| 01/06/14 | J. Kuras | 0.40 | Research re No-Action request to suspend public filing obligation (.20); draft No-Action request re same (.20). |
| 01/06/14 | J. Kuras | 0.20 | Review SPA re SEC Form 8-K notice requirements (.20). |
| 01/06/14 | J. Kuras | 0.30 | Revise SEC Form 8-K re closing of Talmer sale (.30). |
| 01/06/14 | J. Kuras | 0.10 | Email to P. Torrence re deregistration as bank holding company (.10). |
| 01/06/14 | L. Lichtman | 0.10 | Emails with J. Kuras re SEC Form 8-K (.10). |
| 01/06/14 | L. Lichtman | 0.20 | Review draft SEC Form 8-K (.20). |
| 01/07/14 | J. Kuras | 0.50 | Review SEC Form 8-K (.50). |

11769 – 330134
PDT 1109579 03/17/14

4

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/07/14 | J. Kuras | 0.30 | Review and revise SEC Form 8-K (.30). |
| 01/07/14 | J. Kuras | 0.20 | Email with L. Lichtman re SEC Form 8-K (.20). |
| 01/07/14 | J. Kuras | 0.20 | Phone call with S. Swan re SEC Form 8-K (.20). |
| 01/07/14 | S. Swan (L.A.) | 1.60 | Phone call with M. Walker re processing Edgar filing of SEC Form 8-K (.40); phone call with J. Kuras re same (.20); review proof of filing from Merrill re same (.80); email to R. Roybal at New Mexico Secretary of State re certificate of merger (.10); email to M. White re same (.10). |
| 01/07/14 | L. Lichtman | 1.00 | Revise SEC Form 8-K (1.00). |
| 01/07/14 | L. Lichtman | 0.10 | Emails with J. Kuras re SEC Form 8-K (.10). |
| 01/08/14 | J. Kuras | 0.10 | Phone call with P. Torrence re relief from SEC filing obligation (.10). |
| 01/08/14 | J. Kuras | 0.40 | Meet with A. Hay re SEC No-Action letter to suspend filings (.40). |
| 01/08/14 | J. Kuras | 1.50 | Continue drafting No-Action letter for relief from SEC filing obligation (1.50). |
| 01/08/14 | J. Kuras | 1.00 | Continue drafting No-Action request for suspension of SEC filing obligation (1.00). |
| 01/08/14 | J. Kuras | 0.30 | Research re No-Action request for suspension of SEC filing obligation (.30). |
| 01/08/14 | J. Kuras | 0.20 | Email with J. Sgroi and P. Torrence re suspension of SEC filing obligation (.20). |
| 01/08/14 | A. Hay | 4.00 | Draft notice of No-Action letter to SEC for suspension of filings (4.00). |
| 01/09/14 | D. Kunz | 0.50 | Meet with J. Kuras re termination of registration under 1934 Act (.30); email to J. Kuras re same (.20). |
| 01/09/14 | J. Kuras | 0.30 | Meet with D. Kunz re suspension of SEC filing requirements (.30). |
| 01/09/14 | J. Kuras | 0.70 | Research re de-registration from SEC (.50); emails with L. Lichtman re same (.20). |

11769 – 330134
PDT 1109579 03/17/14

5

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/09/14 | J. Kuras | 0.10 | Email with L. Lichtman re de-registration from SEC (.10). |
| 01/09/14 | L. Lichtman | 0.30 | Emails with J. Kuras re SEC de-registration and wind-up issues (.30). |
| 01/10/14 | J. Kuras | 1.00 | Research re de-registration from SEC and dissolution (1.00). |
| 01/10/14 | J. Kuras | 0.20 | Phone call with S. Swan re Office of the Controller issues (.20). |
| 01/10/14 | E. Sable | 0.30 | Emails with J. Sgroi and M. Walker regarding overdue monthly operating reports (.30). |
| 01/10/14 | J. Sgroi | 0.30 | Emails with T. Sable and M. Walker re overdue monthly operating reports (.30). |
| 01/10/14 | S. Swan (L.A.) | 0.10 | Phone call with J. Kuras re Office of the Controller issues (.10). |
| 01/11/14 | E. Sable | 0.40 | Meet with L. Provenzano regarding monthly operating reports (.10); review CBC October monthly operating report (.20); review FCC October monthly operating report (.10). |
| 01/11/14 | J. Sgroi | 0.60 | Review CBC October monthly operating report (.20); review FCC October monthly operating report (.20); review CBC November monthly operating report (.10); review FCC November operating report (.10). |
| 01/11/14 | L. Provenzano (L.A.) | 0.40 | Review and finalize October CBC Monthly Operating Report for filing (.30); meet with T. Sable re same (.10). |
| 01/11/14 | L. Provenzano (L.A.) | 0.20 | Review and finalize October FCC Monthly Operating Report for filing (.20). |
| 01/11/14 | L. Provenzano (L.A.) | 0.20 | Review and finalize November FCC Monthly Operating Report for filing (.20). |
| 01/11/14 | L. Provenzano (L.A.) | 0.40 | Review and finalize November CBC Monthly Operating Report for filing (.40). |
| 01/13/14 | J. Kuras | 0.20 | Email with J. Wolfersberger re stock certificate (.20). |
| 01/13/14 | J. Kuras | 0.30 | Phone call with S. Swan re de-registration process (.30). |

11769 – 330134
PDT 1109579 03/17/14

6

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/13/14 | E. Sable | 0.30 | Email to L. Baughman re monthly operating reports (.10); phone call with M. Walker regarding same (.20). |
| 01/13/14 | S. Swan (L.A.) | 4.30 | Research requirements for wind-down for Office of the Controller, post-effective amendments to SEC Form S-8 and Form 15 filings to de-register shares (4.00); phone call with J. Kuras re same (.30). |
| 01/14/14 | J. Kuras | 0.20 | Phone call with S. Swan re de-registration procedure (.20). |
| 01/14/14 | J. Kuras | 0.20 | Phone call with S. Swan re Office of the Controller issues with stock (.20). |
| 01/14/14 | S. Swan (L.A.) | 6.30 | Continue research requirements for wind-down for Office of the Controller, post-effective amendments to SEC Form S-8 and Form 15 filings to de-register shares (2.30); draft post-effective amendment to SEC Form S-8 and Form 15 (3.10); phone call with Office of the Controller re same (.30); email to Office of the Controller re joint liquidating plan and disclosure statement (.20); phone calls with J. Kuras re Office of the Controller issues and de-registration process (.40). |
| 01/14/14 | L. Lichtman | 0.10 | Emails with S. Swan re copy of Plan to be provided to Office of the Controller (.10). |
| 01/15/14 | J. Kuras | 0.30 | Email with S. Swan re cancellation of registration statutes (.30). |
| 01/15/14 | S. Swan (L.A.) | 0.10 | Email to J. Kuras re exchange registration statements (.10). |
| 01/16/14 | J. Kuras | 0.10 | Email with L. Lichtman re sublease issue (.10). |
| 01/17/14 | L. Provenzano (L.A.) | 0.40 | Email with M. Walker re December monthly operating reports (.40). |
| 01/18/14 | J. Kuras | 0.20 | Review draft SEC Form 15 re de-register shares (.20). |
| 01/18/14 | J. Kuras | 0.30 | Revisions to SEC Form S-8 re post-effective amendment termination (.30). |
| 01/18/14 | J. Kuras | 0.20 | Email with J. Sgroi and L. Lichtman re SEC Form S-8 post-effective amendment termination (.20). |

11769 – 330134
PDT 1109579 03/17/14

7

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/18/14 | E. Sable | 0.20 | Email with M. Walker regarding monthly operating reports (.20). |
| 01/18/14 | J. Sgroi | 0.20 | Emails with J. Kuras and L. Lichtman re SEC contract terminations (.20). |
| 01/18/14 | L. Lichtman | 0.20 | Review SEC Form S-8 filing re delisting (.20). |
| 01/20/14 | J. Kuras | 0.10 | Email with G. Schermerhorn re 401-K issues (.10). |
| 01/20/14 | J. Kuras | 0.10 | Phone call with P. Torrence re de-registration issues (.10). |
| 01/20/14 | J. Kuras | 0.20 | Email with P. Torrence re 2012 audit issues (.20). |
| 01/20/14 | J. Kuras | 0.20 | Email with L. Lichtman and J. Sgroi re 2012 audit issues (.20). |
| 01/20/14 | J. Kuras | 0.10 | Email with BDO Seidman re audit issues (.10). |
| 01/21/14 | J. Kuras | 0.30 | Email with S. Swan and P. Torrence re SEC Form 8-K issue (.30). |
| 01/21/14 | J. Kuras | 0.30 | Phone call with BDO Seidman re 2013 audit issues (.30). |
| 01/21/14 | J. Kuras | 0.10 | Email with G. Schermerhorn re 401-K audit issues (.10). |
| 01/21/14 | J. Kuras | 0.10 | Email with S. Swan re 401-K audit issues (.10). |
| 01/21/14 | J. Kuras | 0.20 | Phone call with P. Torrence re audit issues (.20). |
| 01/21/14 | G. Schermerhorn | 0.10 | Email to J. Kuras re audit requirement for 401(k) plan (.10). |
| 01/21/14 | P. Torrence | 3.50 | Email with J. Kuras re 2012 audit issues (.20); email with J. Kuras and S. Swan re SEC Form 8-K issues (.30); phone call with J. Kuras re audit issues (.20); research SEC reporting obligations and termination (2.80). |
| 01/21/14 | S. Swan (L.A.) | 1.20 | Draft SEC Form 8-K re confirmation order (1.00); phone call with M. Walker re 401(K) participants (.20). |
| 01/22/14 | P. Torrence | 2.00 | Work on steps required to deregister with the SEC (2.00). |

11769 – 330134
PDT 1109579 03/17/14
8

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/22/14 | S. Swan (L.A.) | 4.10 | Draft SEC Form 8-K re confirmation order (4.10). |
| 01/23/14 | J. Kuras | 0.30 | Review and analysis of SEC Section 16 obligations (.30). |
| 01/23/14 | J. Kuras | 0.20 | Phone call with S. Swan re SEC Section 16 obligations (.20). |
| 01/23/14 | J. Kuras | 0.20 | Phone call with S. Swan re SEC Form 8-K on confirmation order (.20). |
| 01/23/14 | J. Kuras | 0.10 | Email with L. Lichtman re SEC Form 8-K on confirmation order (.10). |
| 01/23/14 | J. Kuras | 0.70 | Review confirmation order re revisions to SEC Form 8-K (.20); revise same (.50). |
| 01/23/14 | S. Swan (L.A.) | 1.10 | Review file with CUSIP information (.30); email to CUSIP re information on process to cancel CUSIP numbers (.20); phone call with J. Kuras re SEC Section 16 obligations (.20); phone call with B. English re Capitol National Bank ownership (.20); phone call with J. Kuras re SEC Form 8-K on confirmation of order (.20). |
| 01/23/14 | L. Lichtman | 0.20 | Email from J. Kuras re SEC Form 8-K issues (.20). |
| 01/24/14 | J. Kuras | 0.10 | Email with L. Lichtman re SEC Form 8-K (.10). |
| 01/24/14 | J. Kuras | 0.20 | Phone call with S. Swan and M. Walker re SEC Form 8-K (.20). |
| 01/24/14 | S. Swan (L.A.) | 0.20 | Phone call with J. Kuras and M. Walker re SEC Form 8-K (.20). |
| 01/24/14 | L. Lichtman | 0.10 | Meet with T. Sable re assets and liabilities figures for SEC Form 8-K (.10). |
| 01/24/14 | L. Lichtman | 0.20 | Emails with J. Kuras re SEC Form 8-K on confirmation of Plan (.20). |
| 01/25/14 | E. Sable | 0.20 | Review CBC Monthly Operating Report (.10); review FCC Monthly Operating Report (.10). |
| 01/25/14 | J. Sgroi | 0.50 | Review CBC monthly operating report (.30); review FCC monthly operating report (.20). |

11769 – 330134
PDT 1109579 03/17/14

9

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/26/14 | J. Sgroi | 0.50 | Emails with M. Walker re monthly operating reports (.50). |
| 01/26/14 | L. Lichtman | 1.20 | Review and revise SEC Form 8-K re Plan confirmation (1.20). |
| 01/27/14 | S. Swan (L.A.) | 0.20 | Email with M. White re letter for removing restriction from shares for D. O'Leary (.10); email from L. Lichtman re SEC Form 8-K (.10). |
| 01/27/14 | L. Lichtman | 1.80 | Revise SEC Form 8-K re case status (1.80). |
| 01/27/14 | L. Lichtman | 0.10 | Email to J. Kuras re SEC Form 8-K with revised case status (.10). |
| 01/28/14 | J. Kuras | 0.50 | Revisions to SEC Form 8-K re confirmation order (.50). |
| 01/28/14 | S. Swan (L.A.) | 0.80 | Email to C. Reid and M. Walker re SEC Form 8-K (.20); phone call with M. White re Federal Reserve Form FR Y-10 and legal opinion for D. O'Leary (.60). |
| **Subtotal Hours and Fees - Business Operations** | | **57.30** | **18,818.00** |

**CASE ADMINISTRATION AND OBJECTIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/03/14 | E. Sable | 0.20 | Review bankruptcy court docket and pleadings regarding case status (.20). |
| 01/07/14 | E. Sable | 0.50 | Email with J. Sgroi and C. Reid regarding identity of designee to Liquidation Trust Oversight Committee (.30); phone call with C. Reid regarding same (.20). |
| 01/07/14 | J. Sgroi | 0.20 | Emails with T. Sable and C. Reid re Trust Oversight Committee (.20). |
| 01/08/14 | E. Sable | 1.00 | Phone call with M. Hebbeln re Liquidation Trust Oversight Committee (.50); phone call with C. Reid regarding same (.50). |
| 01/09/14 | E. Sable | 0.50 | Review Liquidation Trust Agreement (.30); phone call with C. Reid regarding same (.20). |
| 01/15/14 | E. Sable | 0.50 | Draft memorandum to C. Reid regarding Liquidation Trust Oversight Committee (.50). |

11769 – 330134
PDT 1109579 03/17/14
10

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/15/14 | J. Sgroi | 0.50 | Review and revise memo re Liquidation Trust Oversight Committee (.50). |
| 01/16/14 | L. Lichtman | 0.10 | Email to M. Hebbeln re Liquidation Trust Agreement (.10). |
| 01/16/14 | L. Lichtman | 0.20 | Emails with T. Sable re Liquidation Trust Agreement (.20). |
| 01/16/14 | L. Lichtman | 0.10 | Email from M. Hebbeln re revisions to Liquidation Trust Agreement (.10). |
| 01/19/14 | E. Sable | 1.00 | Review Committee's changes to liquidation trust agreement (1.00). |
| 01/19/14 | J. Sgroi | 1.20 | Review Committee's changes to liquidation trust agreement (1.00); emails with T. Sable re same (.20). |
| 01/20/14 | C. Mayfield ll | 0.30 | Review revisions to Liquidation Trust Agreement (.30). |
| 01/21/14 | C. Mayfield ll | 0.90 | Revise Liquidation Trust Agreement (.90). |
| 01/21/14 | L. Lichtman | 0.30 | Email to M. Hebbeln re Liquidation Trust Agreement (.30). |
| **Subtotal Hours and Fees - Case Administration and Objections** | | **7.50** | **3,164.50** |

**PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/02/14 | C. Mayfield ll | 3.80 | Review hearing on Committee settlement re plan objections (1.40); draft hearing notes re same (2.40). |
| 01/02/14 | L. Provenzano (L.A.) | 0.50 | Phone call with Court assistance Leslie re motion to approve Committee settlement on plan objections (.30); revise order for court hearing re same (.20). |
| 01/02/14 | L. Provenzano (L.A.) | 0.50 | Review order to expedite hearing on settlement with Committee on plan objections (.20); prepare said motion and order for service (.20); review stipulated order re adjournment of confirmation hearing (.10). |
| 01/02/14 | L. Provenzano (L.A.) | 0.30 | Email with K. KwongChip at Scotiabank re status of plan confirmation (.30). |

11769 – 330134
PDT 1109579 03/17/14

11

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/02/14 | L. Lichtman | 0.20 | Meet with T. Sable re Committee settlement agreement on plan objections and adjourned confirmation hearing (.20). |
| 01/03/14 | E. Sable | 0.50 | Draft summary of changes to the plan regarding settlement in SEC Form 8-K (.30); meet with L. Lichtman regarding confirmation order (.20). |
| 01/03/14 | C. Mayfield ll | 2.40 | Continue drafting hearing notes for Committee settlement motion on plan objections (2.40). |
| 01/03/14 | L. Lichtman | 0.20 | Meet with T. Sable re proposed confirmation order (.20). |
| 01/03/14 | L. Lichtman | 0.60 | Research proposed confirmation order (.60). |
| 01/04/14 | L. Lichtman | 2.80 | Begin drafting confirmation order (2.80). |
| 01/06/14 | C. Mayfield ll | 2.10 | Continue drafting hearing notes for Committee settlement motion on plan objections (2.10). |
| 01/06/14 | L. Lichtman | 0.20 | Email from T. Sable regarding his comments on Memorandum in Support of Plan (.20). |
| 01/07/14 | J. Sgroi | 0.20 | Emails with T. Sable, P. Torrence and L. Lichtman re assumption and rejection of contracts in connection with plan (.20). |
| 01/07/14 | L. Lichtman | 1.80 | Continue drafting confirmation order (1.80). |
| 01/07/14 | L. Lichtman | 0.20 | Emails with J. Sgroi, P. Torrence and T. Sable re assumption and rejection in connection with Plan confirmation (.20). |
| 01/07/14 | L. Lichtman | 0.10 | Emails with M. Hindelang re status of G3 settlement on plan objection (.10). |
| 01/07/14 | L. Lichtman | 0.20 | Begin preparation for confirmation hearing (.20). |
| 01/07/14 | L. Lichtman | 0.20 | Email to B. English re rejection of certain remaining executory contracts and unexpired leases (.20). |
| 01/07/14 | L. Lichtman | 0.20 | Emails with C. Reid re assumption or rejection of certain executory contracts in connection with Plan confirmation (.20). |
| 01/07/14 | L. Lichtman | 1.50 | Research assumption or rejection of certain executory contracts in connection with Plan confirmation (1.50). |

11769 – 330134
PDT 1109579 03/17/14

12

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/08/14 | J. Kuras | 0.30 | Phone call with T. Sable, J. Sgroi and L. Lichtman re contract assumption and rejection (.30). |
| 01/08/14 | E. Sable | 2.10 | Email with J. Sgroi, C. Reid and P. Torrence regarding confirmation order issues (.30); review and revise memorandum regarding assumption and assignment of executory contracts and unexpired leases (.50); phone call with J. Kuras, J. Sgroi and L. Lichtman regarding same (.30); meeting with L. Lichtman regarding same (.10); review Committee settlement agreement and plan (.50); meeting with J. Sgroi regarding same (.40). |
| 01/08/14 | J. Sgroi | 3.00 | Email with T. Sable, P. Torrence and C. Reid re confirmation order issues (.30); phone call with M. Hebbeln re same (.50); phone call with C. Reid re same (.50); review and revise memo re executory contract assumption and rejection (.40); phone call with J. Kuras, T. Sable and L. Lichtman re same (.30); review and analyze plan and settlement agreement issues (.60); meet with T. Sable re same (.40). |
| 01/08/14 | J. Sgroi | 0.20 | Emails with L. Lichtman re executory contact assumption and rejection (.20). |
| 01/08/14 | J. Sgroi | 0.20 | Emails with L. Lichtman re post-confirmation memo (.20). |
| 01/08/14 | C. Mayfield ll | 2.40 | Review revisions to Plan memorandum (.30); revise hearing notes for plan confirmation hearing (2.10). |
| 01/08/14 | L. Lichtman | 0.20 | Email with J. Sgroi re executory contracts to be assumed and rejected in connection with Plan confirmation (.20). |
| 01/08/14 | L. Lichtman | 3.20 | Draft memorandum to clients re assumption and rejection of executory contracts in connection with Plan confirmation (2.90); phone call with T. Sable, J. Sgroi and J. Kuras re same (.30). |
| 01/08/14 | L. Lichtman | 0.10 | Emails with J. Sgroi re memorandum for executory contracts assumption and rejection issues (.10). |
| 01/08/14 | L. Lichtman | 0.10 | Email from P. Torrence re comments on memorandum for executory contracts assumption and rejection issues (.10). |

11769 – 330134
PDT 1109579 03/17/14

13

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 01/08/14 | L. Lichtman | 0.10 | Meet with M. Hindelang re status of resolving G3 state court settlement of plan objection (.10). |
| 01/08/14 | L. Lichtman | 0.10 | Review comments of T. Sable re memorandum to clients for assumption and rejection of executory contracts in connection with Plan confirmation (.10). |
| 01/08/14 | L. Lichtman | 0.10 | Meet with T. Sable re memorandum to clients for assumption and rejection of executory contracts in connection with Plan confirmation (.10). |
| 01/09/14 | J. Kuras | 0.10 | Review memo re dissolution process (.10). |
| 01/09/14 | J. Kuras | 0.40 | Meet with T. Sable and J. Sgroi re voluntary wind-up and dissolution of corporation (.40). |
| 01/09/14 | J. Kuras | 0.20 | Meet with P. Torrence re post-confirmation issues (.20). |
| 01/09/14 | J. Kuras | 0.30 | Phone call with L. Lichtman re post-confirmation action list (.30). |
| 01/09/14 | E. Sable | 1.00 | Review checklist for voluntary wind-up, liquidation and dissolution of Michigan corporation and summary of steps in connection with dissolution (.60); meet with J. Kuras and J. Sgroi regarding same (.40). |
| 01/09/14 | E. Sable | 2.60 | Emails with J. Sgroi and J. Gies, US Trustee, regarding confirmation order language (.20); review multiple issues regarding confirmation order language (.20); meet with J. Sgroi and L. Lichtman regarding same (.20); review and revise hearing notes regarding plan confirmation hearing (1.30); phone call with J. Sgroi and L. Lichtman regarding contract rejection (.20); meetings with J. Sgroi regarding plan confirmation issues (.50). |

11769 – 330134

PDT 1109579 03/17/14

14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/09/14 | J. Sgroi | 2.10 | Emails with T. Sable and J. Gies, US Trustee re confirmation order (.20); review multiple issues re confirmation order language (.20); meet with T. Sable and L. Lichtman re same (.20); review and revise argument hearing notes for confirmation hearing and Committee settlement hearing (.80); phone call with T. Sable and L. Lichtman re contract rejection (.20); meetings with T. Sable re plan confirmation issues (.50). |
| 01/09/14 | J. Sgroi | 1.30 | Meet with T. Sable and J. Kuras re statutory wind-up (.40); revise memo re same (.90). |
| 01/09/14 | A. Silver | 0.50 | Emails with T. Sable re precedent for plan issues (.10); research re same (.40). |
| 01/09/14 | C. Mayfield ll | 2.90 | Continue drafting hearing notes for plan confirmation and Committee settlement hearings (2.90). |
| 01/09/14 | L. Provenzano (L.A.) | 1.20 | Review ballots with regard to third party releases (.80); draft summary report re same (.40). |
| 01/09/14 | L. Lichtman | 0.20 | Meet with T. Sable and J. Sgroi re strategy to resolve US Trustee's Plan objections (.20). |
| 01/09/14 | L. Lichtman | 0.30 | Phone call with J. Kuras re memorandum to clients for post-Confirmation action list (.30). |
| 01/09/14 | L. Lichtman | 2.80 | Review and revise draft confirmation order (2.80). |
| 01/09/14 | L. Lichtman | 0.10 | Email to C. Reid re memorandum for assumption or rejection of remaining executory contracts (.10). |
| 01/09/14 | L. Lichtman | 0.60 | Research re motion seeking rejection of certain remaining executory contracts (.60). |
| 01/09/14 | L. Lichtman | 0.20 | Phone call with T. Sable and J. Sgroi re rejecting certain executory contracts (.20). |
| 01/10/14 | J. Kuras | 1.30 | Draft memo re next steps after plan confirmation (1.30). |

11769 – 330134
PDT 1109579 03/17/14

15

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/10/14 | E. Sable | 2.70 | Draft argument outline for hearing on Committee settlement agreement on plan objections (1.00); phone call with J. Gies regarding exculpation (.30); email with P. Torrence regarding dissolving company via confirmation order (.20); review research regarding same (.40); review J. Sgroi's comments to memorandum in support of plan (.40); review and revise memorandum to C. Reid regarding confirmation and post-confirmation issues (.40). |
| 01/10/14 | J. Sgroi | 2.20 | Review and revise memorandum in support of plan (2.20). |
| 01/10/14 | J. Sgroi | 1.00 | Continue review and revision of argument outline for confirmation hearing and Committee settlement on plan objections hearing (1.00). |
| 01/10/14 | C. Mayfield ll | 2.30 | Revise hearing notes for Committee settlement motion on plan objections (.70); review and revise memorandum in support of plan confirmation (1.50); meet with L. Lichtman re exhibits for same (.10). |
| 01/10/14 | L. Provenzano (L.A.) | 1.20 | Preparation of exhibits for memorandum in support of plan confirmation (1.20). |
| 01/10/14 | L. Lichtman | 1.50 | Further review and revision of confirmation order (1.50). |
| 01/10/14 | L. Lichtman | 0.20 | Review memorandum from J. Kuras re post-Confirmation actions (.20). |
| 01/10/14 | L. Lichtman | 0.20 | Review comments from J. Sgroi re Memorandum in Support of Plan (.20). |
| 01/10/14 | L. Lichtman | 0.20 | Review Memorandum in Support of Plan re required Exhibits (.20). |
| 01/10/14 | L. Lichtman | 0.10 | Meet with C. Mayfield re Exhibits for Memorandum in Support of Plan (.10). |
| 01/11/14 | L. Provenzano (L.A.) | 0.20 | Review Certificate of Service re Committee settlement motion on plan objections and confirmation hearing adjournment for accuracy (.10); file same (.10). |
| 01/12/14 | J. Kuras | 0.20 | Email with P. Torrence re post-confirmation action memo (.20). |

11769 – 330134
PDT 1109579 03/17/14

16

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/12/14 | E. Sable | 0.50 | Review G3 settlement agreement on plan objection (.50). |
| 01/12/14 | J. Sgroi | 0.50 | Review G3 settlement agreement on plan objection (.50). |
| 01/12/14 | L. Lichtman | 0.10 | Emails from P. Torrence and T. Sable re status of memorandum to clients on post-confirmation matters (.10). |
| 01/12/14 | L. Lichtman | 0.10 | Email from M. Hindelang re status of G3 settlement of plan objection (.10). |
| 01/13/14 | J. Kuras | 0.20 | Phone call with L. Lichtman re post-confirmation memo (.20). |
| 01/13/14 | J. Kuras | 0.20 | Phone call with P. Torrence re post-confirmation memo (.20). |
| 01/13/14 | J. Kuras | 0.40 | Participate in portion of meeting with T. Sable, J. Sgroi and L. Lichtman re post-confirmation memo (.40). |
| 01/13/14 | J. Kuras | 0.20 | Revise post-confirmation memo (.20). |
| 01/13/14 | J. Kuras | 0.10 | Email with P. Torrence re post-confirmation memo (.10). |
| 01/13/14 | E. Sable | 0.50 | Review G3 settlement agreement on plan objection (.20); meet with J. Sgroi regarding same (.30). |
| 01/13/14 | E. Sable | 0.60 | Review and revise post confirmation memorandum (.30); participate in portion of meeting with J. Kuras, J. Sgroi and L. Lichtman regarding post confirmation matters (.30). |
| 01/13/14 | E. Sable | 1.20 | Prepare for confirmation hearing (1.00); meet with A. Silver and L. Lichtman regarding same (.20). |
| 01/13/14 | J. Sgroi | 2.80 | Review post-confirmation memo and comment on same (.50); meeting with T. Sable, J. Kuras and L. Lichtman re same (.70); revise post-confirmation memo (1.60). |
| 01/13/14 | J. Sgroi | 0.50 | Review G3 settlement on plan objections (.20); meet with T. Sable re same (.30). |
| 01/13/14 | A. Silver | 0.20 | Meet with T. Sable and L. Lichtman re plan confirmation issue (.20). |

11769 – 330134
PDT 1109579 03/17/14

17

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/13/14 | L. Lichtman | 0.20 | Meet with T. Sable and A. Silver re confirmation hearing issues (.20). |
| 01/13/14 | L. Lichtman | 0.20 | Phone call with J. Kuras re memorandum for post-confirmation matters (.20). |
| 01/13/14 | L. Lichtman | 0.10 | Email to T. Sable re post-confirmation memorandum to clients (.10). |
| 01/13/14 | L. Lichtman | 0.70 | Meeting with T. Sable, J. Sgroi and J. Kuras re memorandum to clients on post-confirmation matters (.70). |
| 01/13/14 | L. Lichtman | 0.20 | Phone call with J. Gregg re state court approval of G3 settlement on plan objection (.20). |
| 01/13/14 | L. Lichtman | 0.80 | Review G3 settlement agreement on plan objection (.80). |
| 01/13/14 | L. Lichtman | 0.20 | Phone call with M. Hindelang re G3 settlement motion resolving plan objection (.20). |
| 01/13/14 | L. Lichtman | 0.20 | Emails to M. Hindelang re G3 settlement and motion resolving plan objection (.20). |
| 01/13/14 | L. Lichtman | 2.90 | Draft G3 settlement motion re plan objection (2.90). |
| 01/13/14 | L. Lichtman | 0.30 | Review revised post-confirmation memorandum for clients (.30). |
| 01/14/14 | J. Kuras | 0.20 | Email with L. Lichtman re confirmation order effective date for Office of the Controller (.20). |
| 01/14/14 | J. Kuras | 0.30 | Revise post-confirmation memo (.30). |
| 01/14/14 | J. Kuras | 0.10 | Email with C. Reid re post-confirmation memo (.10). |
| 01/14/14 | E. Sable | 1.30 | Review G3 settlement motion regarding plan objections (.40); review comments from J. Gregg re proposed language for same (.40); phone call with J. Sgroi regarding preparation for confirmation hearing (.50). |
| 01/14/14 | J. Sgroi | 0.50 | Phone call with T. Sable re preparation for confirmation hearing (.50). |
| 01/14/14 | J. Sgroi | 0.60 | Review and revise G3 settlement motion on plan objections (.30); review J. Gregg comments re same (.30). |

11769 – 330134
PDT 1109579 03/17/14
18

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/14/14 | L. Provenzano (L.A.) | 0.20 | Prepare exhibits for post confirmation memorandum (.20). |
| 01/14/14 | L. Lichtman | 0.70 | Phone call with C. Reid re executory contracts and unexpired leases and assumption and rejection issues (.70). |
| 01/14/14 | L. Lichtman | 0.90 | Draft motion re expedited hearing on G3 settlement motion on plan objections (.50); draft order re same (.40). |
| 01/14/14 | L. Lichtman | 0.20 | Review comments of T. Sable on post-confirmation memorandum to clients (.20). |
| 01/14/14 | L. Lichtman | 0.20 | Phone call with J. Gregg re G3 settlement motion on plan objections (.20). |
| 01/14/14 | L. Lichtman | 2.90 | Draft Omnibus Motion to Reject Executory Contracts (2.90). |
| 01/14/14 | L. Lichtman | 0.60 | Revise G3 settlement motion on plan objections (.60). |
| 01/14/14 | L. Lichtman | 0.20 | Email with L. Provenzano re G3 settlement motion on plan objections (.20). |
| 01/14/14 | L. Lichtman | 0.10 | Email to J. Gregg re G3 settlement motion on plan objections (.10). |
| 01/14/14 | L. Lichtman | 0.10 | Emails with T. Sable re status of G3 settlement motion on plan objections (.10). |
| 01/14/14 | L. Lichtman | 1.00 | Review and revise G3 settlement motion on plan objections (1.00). |
| 01/14/14 | L. Lichtman | 0.30 | Review comments of T. Sable on G3 settlement motion on plan objections (.30). |
| 01/14/14 | L. Lichtman | 0.20 | Email to J. Gregg re G3 settlement motion on plan objections (.20). |
| 01/14/14 | L. Lichtman | 0.20 | Emails with J. Kuras re effective date of Plan in connection with notice to Office of the Controller (.20). |
| 01/14/14 | L. Lichtman | 0.30 | Review J. Gregg changes to G3 settlement motion on plan objections (.30). |
| 01/14/14 | L. Lichtman | 0.30 | Emails with T. Sable re G3 settlement motion on plan objections (.30). |

11769 – 330134
PDT 1109579 03/17/14

19

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/15/14 | J. Kuras | 0.30 | Phone call with L. Lichtman re rejection of contracts (.30). |
| 01/15/14 | J. Kuras | 0.10 | Email with L. Lichtman re rejection of contracts (.10). |
| 01/15/14 | E. Sable | 1.30 | Review and revise motion to reject certain executory contracts and unexpired leases (.20); prepare for confirmation hearing (.50); meet with J. Sgroi regarding same (.40); meet with L. Lichtman regarding G3 settlement motion on plan objections (.20). |
| 01/15/14 | J. Sgroi | 1.20 | Review and revise motion to reject executory contracts (.20); prepare for confirmation hearing (.40); meet with T. Sable re same (.40); meet with L. Lichtman re lease rejection issues (.20). |
| 01/15/14 | L. Provenzano (L.A.) | 0.50 | Review schedule re rejected contracts with regard to notice parties (.50). |
| 01/15/14 | L. Provenzano (L.A.) | 0.50 | Phone call with Leslie at Judge McIvor's chambers re agenda for confirmation hearing (.30); draft summary of same (.20). |
| 01/15/14 | L. Provenzano (L.A.) | 0.80 | Review and revise Motion for G3 Settlement on plan objections for filing (.50); revise Ex Parte motion re same (.20); email with KCC re service of said motions (.10). |
| 01/15/14 | S. Swan (L.A.) | 0.10 | Phone call with L. Lichtman re leases to be rejected (.10). |
| 01/15/14 | L. Lichtman | 0.20 | Phone call with S. Swan re leases to be rejected (.20). |
| 01/15/14 | L. Lichtman | 2.80 | Review and revise Motion to Reject Executory Contracts (2.80). |
| 01/15/14 | L. Lichtman | 0.50 | Email to C. Reid re Motion to Reject Executory Contracts issues (.50). |
| 01/15/14 | L. Lichtman | 0.30 | Phone call with M. Hebbeln re G3 settlement motion on plan objections (.30). |
| 01/15/14 | L. Lichtman | 0.10 | Emails with J. Gregg re proposed order to G3 settlement motion on plan objections (.10). |
| 01/15/14 | L. Lichtman | 0.20 | Meet with T. Sable re G3 settlement motion on plan objections (.20). |

11769 – 330134
PDT 1109579 03/17/14

20

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/15/14 | L. Lichtman | 0.20 | Email to M. Hindelang re G3 settlement motion on plan objections (.20). |
| 01/15/14 | L. Lichtman | 0.20 | Phone call with J. Kuras re leases to be rejected (.20). |
| 01/15/14 | L. Lichtman | 0.20 | Meet with J. Sgroi re leases to be rejected (.20). |
| 01/16/14 | J. Kuras | 0.30 | Email with L. Lichtman re contract rejection issues (.30). |
| 01/16/14 | J. Kuras | 0.10 | Phone call with P. Torrence re contract rejection issues (.10). |
| 01/16/14 | E. Sable | 2.50 | Review and revise confirmation order (.80); continue to prepare for confirmation hearing (1.50); meet with L. Lichtman regarding said order and plan amendments (.20). |
| 01/16/14 | J. Sgroi | 3.50 | Review and revise confirmation order (1.50); continue to prepare for confirmation hearing (2.00). |
| 01/16/14 | C. Mayfield ll | 0.20 | Emails with L. Lichtman re plan modifications (.20). |
| 01/16/14 | L. Lichtman | 0.20 | Emails with C. Mayfield re modifications to Plan (.20). |
| 01/16/14 | L. Lichtman | 0.20 | Meet with T. Sable re modified Plan and confirmation order (.20). |
| 01/16/14 | L. Lichtman | 0.10 | Phone call to M. Hebbeln re proposed Notice of filing of modified Plan and Liquidation Trust Agreement (.10). |
| 01/16/14 | L. Lichtman | 0.20 | Emails with J. Kuras re lease rejection issues raised by C. Reid (.20). |
| 01/16/14 | L. Lichtman | 0.50 | Emails with C. Reid re certain leases to be rejected (.50). |
| 01/16/14 | L. Lichtman | 0.20 | Email to L. Provenzano re certain lease descriptions to be obtained for purposes of rejection schedule (.20). |

11769 – 330134
PDT 1109579 03/17/14

21

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/17/14 | E. Sable | 2.30 | Review and revise confirmation order (.50); phone call with L. Lichtman regarding notice of same (.10); phone call with J. Sgroi and M. Hebbeln regarding same and related issues (.50); continue to prepare for confirmation hearing (.80); meet with L. Lichtman regarding revised plan (.20); meet with L. Lichtman regarding status of said order (.20). |
| 01/17/14 | J. Sgroi | 2.50 | Review and revise confirmation order (1.00); phone call with T. Sable and M. Hebbeln re same (.50); continued preparation for confirmation hearing (1.00). |
| 01/17/14 | C. Mayfield ll | 2.80 | Meet with L. Lichtman re revisions to Plan and related exhibits (.30); review and revise Plan (2.30); emails with L. Lichtman re status of same (.20). |
| 01/17/14 | L. Provenzano (L.A.) | 0.50 | Draft Notice of Amended Plan (.50). |
| 01/17/14 | L. Provenzano (L.A.) | 0.20 | Review Certificate of Service re G3 settlement motion on plan objections (.10); prepare same for electronic filing (.10). |
| 01/17/14 | L. Lichtman | 0.20 | Meet with T. Sable re revised Plan (.20). |
| 01/17/14 | L. Lichtman | 0.10 | Phone call with M. Lee re Committee questions on G3 settlement on plan objections (.10). |
| 01/17/14 | L. Lichtman | 0.10 | Emails with M. Hindelang re Committee's questions on G3 settlement on plan objections (.10). |
| 01/17/14 | L. Lichtman | 0.10 | Email from T. Sable re Notice of Confirmation Order (.10). |
| 01/17/14 | L. Lichtman | 0.10 | Phone call with T. Sable re Notice of Confirmation Order (.10). |
| 01/17/14 | L. Lichtman | 0.10 | Review Notice of Confirmation Order (.10). |
| 01/17/14 | L. Lichtman | 0.20 | Emails with C. Reid re status of proposed contracts and leases to be rejected (.20). |
| 01/17/14 | L. Lichtman | 0.20 | Meet with T. Sable re status of confirmation order (.20). |
| 01/17/14 | L. Lichtman | 0.70 | Review revised Plan (.70). |
| 01/17/14 | L. Lichtman | 0.30 | Meet with C. Mayfield re Plan modifications (.30). |

11769 – 330134
PDT 1109579 03/17/14

22

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/17/14 | L. Lichtman | 0.20 | Review comments to confirmation order received from M. Hebbeln (.20). |
| 01/17/14 | L. Lichtman | 0.20 | Emails with T. Sable re Committee counsel's comments to confirmation order (.20). |
| 01/17/14 | L. Lichtman | 0.30 | Review further revised Plan (.30). |
| 01/17/14 | L. Lichtman | 0.20 | Emails with C. Mayfield re status of revised Plan (.20). |
| 01/17/14 | L. Lichtman | 0.20 | Email from M. Lee re G3 settlement on plan objections (.20). |
| 01/17/14 | L. Lichtman | 0.20 | Emails with M. Hindelang re Committee's request for notice of G3 settlement on plan objections (.20). |
| 01/18/14 | L. Lichtman | 0.20 | Phone call with T. Sable re Committee requests on G3 settlement on plan objections (.20). |
| 01/19/14 | E. Sable | 0.60 | Phone call with M. Hindelang, J. Sgroi and L. Lichtman regarding G3 settlement agreement on plan objections and confirmation implications (.60). |
| 01/19/14 | J. Sgroi | 0.60 | Phone call with M. Hindelang, T. Sable and L. Lichtman re G3 settlement agreement on plan objections and confirmation implications (.60). |
| 01/19/14 | L. Lichtman | 0.70 | Phone call with T. Sable, J. Sgroi and M. Hindelang re G3 settlement agreement on plan objections and confirmation implications (.70). |
| 01/20/14 | E. Sable | 4.20 | Continue to prepare for hearing on confirmation of plan and final approval of disclosure statement (1.50); meet with J. Sgroi regarding same (1.00); meet with L. Lichtman regarding same (.20); continue to prepare for hearing on motion to approve Committee settlement on plan objections (1.00); meet with J. Sgroi regarding same (.50). |

11769 – 330134
PDT 1109579 03/17/14

23

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/20/14 | J. Sgroi | 8.00 | Review and revise confirmation hearing argument outline (1.50); meet with T. Sable re same to preparation for hearing (1.00); review and revise Committee settlement agreement on plan objections argument outline (1.20); meet with T. Sable re same to prepare for hearing (.50); review plan objections and resolutions of outstanding issues with parties other than Committee (1.30); prepare for hearing on motion for appointment of Liquidation Trustee, approval of G3 settlement on plan objections, approval of Committee settlement on plan objections and confirmation of plan (2.50). |
| 01/20/14 | P. Torrence | 5.00 | Review confirmation order (1.60); review hearing argument outline re same (1.40); review G3 settlement agreement on plan objections (.70); prepare for confirmation hearing (1.30). |
| 01/20/14 | L. Lichtman | 0.10 | Phone call with M. Hindelang re response to Committee's counsel on G3 settlement on plan objections (.10). |
| 01/20/14 | L. Lichtman | 0.20 | Meet with T. Sable re preparation for confirmation hearing (.20). |
| 01/20/14 | L. Lichtman | 0.20 | Email to M. Lee re G3 settlement on plan objections (.20). |
| 01/20/14 | L. Lichtman | 0.10 | Emails from T. Sable re plan distributions (.10). |
| 01/21/14 | J. Kuras | 0.40 | Meet with L. Lichtman re sublease rejection (.40). |
| 01/21/14 | J. Kuras | 0.20 | Review amendments to sublease rejection (.20). |
| 01/21/14 | J. Kuras | 0.10 | Email with L. Lichtman re confirmation order (.10). |
| 01/21/14 | E. Sable | 6.20 | Prepare for hearings on confirmation of plan and approval of settlement agreement with Committee on plan objections (3.00); attend and participate in said hearings (2.80); meet with J. Sgroi and L. Lichtman regarding same (.40). |

11769 – 330134
PDT 1109579 03/17/14

24

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/21/14 | J. Sgroi | 6.70 | Prepare for hearing on confirmation, approval of Committee settlement on plan objections, approval of G3 settlement on plan objections and motion for Liquidation Trustee (2.00); meet with L. Lichtman re exhibits to amended plan (.10); attend hearings on same (4.00); email with P. Torrence re same (.20); meet with T. Sable and L. Lichtman re same (.40). |
| 01/21/14 | L. Lichtman | 0.30 | Revise G3 settlement order on plan objections (.30). |
| 01/21/14 | L. Lichtman | 0.30 | Meet with T. Sable and J. Sgroi re status of G3 settlement on plan objections and Confirmation hearing (.30). |
| 01/21/14 | L. Lichtman | 0.20 | Emails with J. Gregg re G3 settlement order on plan objections (.20). |
| 01/21/14 | L. Lichtman | 0.30 | Revise G3 settlement order on plan objections per Committee's comments (.30). |
| 01/21/14 | L. Lichtman | 0.30 | Meeting with C. Reid re status of motion to reject certain executory contracts and unexpired leases (.30). |
| 01/21/14 | L. Lichtman | 2.80 | Attend Confirmation hearing, including approval of G3 settlement motion on plan objections (2.80). |
| 01/21/14 | L. Lichtman | 0.20 | Emails with J. Gregg re revised G3 settlement order on plan objections (.20). |
| 01/21/14 | L. Lichtman | 0.10 | Meet with J. Sgroi re exhibits to modified Plan (.10). |
| 01/21/14 | L. Lichtman | 0.40 | Meet with J. Kuras re sublease rejection (.40). |
| 01/21/14 | L. Lichtman | 0.10 | Email from T. Sable re obtaining approval from Committee's counsel on confirmation order (.10). |
| 01/22/14 | E. Sable | 1.00 | Review and revise plan (.20); review and revise confirmation order (.40); meetings with J. Sgroi regarding same (.40). |
| 01/22/14 | J. Sgroi | 4.00 | Review and revise amended Plan (1.40); meet with C. Mayfield re same (.20); review and revise confirmation order (2.00); meetings with T. Sable re same (.40). |
| 01/22/14 | C. Mayfield ll | 0.60 | Meet with J. Sgroi re Plan amendments (.20); review and revise Plan (.40). |

11769 – 330134
PDT 1109579 03/17/14

25

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/22/14 | R. Riley | 0.30 | Meeting with L. Lichtman re rejected contracts (.30). |
| 01/22/14 | R. Riley | 2.10 | Research re rejected contracts (2.10). |
| 01/22/14 | L. Lichtman | 0.10 | Emails with M. Hebbeln re Committee's approval of G3 settlement order on plan objections (.10). |
| 01/22/14 | L. Lichtman | 0.10 | Finalize G3 settlement order on plan objections for filing (.10). |
| 01/22/14 | L. Lichtman | 0.30 | Email to C. Reid re motion for rejection of certain executory contracts and unexpired leases (.30). |
| 01/22/14 | L. Lichtman | 0.20 | Meeting with R. Riley re lease rejections (.20). |
| 01/22/14 | L. Lichtman | 0.20 | Emails with T. Sable re lease rejection issues (.20). |
| 01/22/14 | L. Lichtman | 0.20 | Emails with T. Sable re status of order for settlement with Committee on plan objections (.20). |
| 01/22/14 | L. Lichtman | 0.10 | Email to C. Reid re lease rejection motion (.10). |
| 01/22/14 | L. Lichtman | 0.10 | Emails with T. Sable and J. Sgroi re status of confirmation order (.10). |
| 01/22/14 | L. Lichtman | 0.30 | Emails with J. Kuras re confirmation order (.30). |
| 01/23/14 | E. Sable | 0.80 | Review amended Plan (.60); meeting with J. Sgroi and L. Lichtman regarding status of same and confirmation order (.20). |
| 01/23/14 | J. Sgroi | 2.80 | Continue revising confirmation order (1.40); continue revising amended Plan (1.20); meeting with T. Sable and L. Lichtman re status of said order and plan (.20). |
| 01/23/14 | C. Mayfield ll | 0.60 | Review and revise Plan (.60). |
| 01/23/14 | L. Lichtman | 0.20 | Meeting with T. Sable and J. Sgroi re status of confirmation order and amended Plan (.20). |
| 01/23/14 | L. Lichtman | 0.20 | Email to M. Hindelang re entered G3 settlement order on plan objections (.20). |
| 01/23/14 | L. Lichtman | 0.10 | Emails with S. Brundage re entered G3 settlement order on plan objections (.10). |

11769 – 330134
PDT 1109579 03/17/14

26

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/24/14 | J. Sgroi | 2.50 | Continue revising confirmation order (1.30); meet with L. Lichtman re status of finalizing same (.10); continue revising amended Plan (1.10). |
| 01/24/14 | P. Torrence | 2.50 | Attend to post-confirmation related issues (2.50). |
| 01/24/14 | D. Adams | 0.20 | Review settlement with Committee on plan objections (.20). |
| 01/24/14 | L. Lichtman | 0.10 | Emails with J. Sgroi re order for approved settlement with Committee on plan objections (.10). |
| 01/24/14 | L. Lichtman | 0.10 | Finalize order for approved settlement with Committee on plan objections for filing (.10). |
| 01/24/14 | L. Lichtman | 0.10 | Meet with J. Sgroi re status of finalizing confirmation order (.10). |
| 01/25/14 | E. Sable | 0.70 | Review amended Plan (.20); review confirmation order (.20); emails with J. Sgroi and Committee regarding same (.30). |
| 01/25/14 | J. Sgroi | 0.30 | Emails with T. Sable and Committee re status of confirmation order and amended plan (.30). |
| 01/25/14 | J. Sgroi | 1.00 | Revise amended plan (.30); emails with T. Sable re same (.20); review docket and orders to ensure everything is in final form for effective date (.50). |
| 01/27/14 | E. Sable | 0.20 | Review bankruptcy court docket and notices of numerous withdrawals of plan objections and motions by Committee and Committee members (.20). |
| 01/27/14 | E. Sable | 0.50 | Finalize amended Plan (.20); finalize confirmation order (.30). |
| 01/27/14 | J. Sgroi | 2.00 | Review and revise plan (1.50); emails with M. Hebbeln re same (.50). |
| 01/27/14 | J. Sgroi | 1.00 | Emails with L. Lichtman and C. Reid re executory contract schedule (.20); meet with L. Lichtman re same (.20); emails with C. Reid re same (.30); review same (.30). |
| 01/27/14 | L. Lichtman | 0.20 | Emails with J. Sgroi and C. Reid re descriptions of Phoenix Bldg. in Lansing and Phoenix, AZ leases required for motion to reject (.20). |

11769 – 330134
PDT 1109579 03/17/14

27

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/27/14 | L. Lichtman | 0.20 | Meet with J. Sgroi re executory contract schedule for motion to reject (.20). |
| 01/28/14 | E. Sable | 0.30 | Review Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases (.30). |
| 01/28/14 | J. Sgroi | 1.00 | Attention to post-confirmation issues (1.00). |
| 01/28/14 | J. Sgroi | 1.50 | Finalize amended plan for filing (.70); finalize confirmation order for filing (.60); meet with L. Lichtman re same (.20). |
| 01/28/14 | L. Lichtman | 0.20 | Meet with J. Sgroi re status of proposed confirmation order (.20). |
| 01/28/14 | L. Lichtman | 2.50 | Review lease documents for Phoenix Bldg. in Lansing and Phoenix, AZ re motion to reject (2.50). |
| 01/28/14 | L. Lichtman | 0.30 | Emails with B. English and M. White re lease documents for Phoenix Bldg. in Lansing and Phoenix, AZ for motion to reject (.30). |
| 01/28/14 | L. Lichtman | 0.20 | Emails with J. Sgroi and T. Sable re motion to reject lease (.20). |
| **Subtotal Hours and Fees - Plan and Disclosure Statement** | | **185.60** | **74,957.00** |

**RELIEF FROM STAY PROCEEDINGS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/06/14 | J. Kuras | 0.10 | Email from T. Sable re Pisgah assignments (.10). |
| 01/06/14 | E. Sable | 0.60 | Email from L. Baughman regarding Pisgah assignments (.20); email to B. English regarding response to FDIC inquiry on Pisgah assignments (.20); emails from C. Reid regarding Pisgah assignments (.20). |
| 01/06/14 | L. Lichtman | 0.30 | Review settlement discussions for FDIC's motion for relief from stay concerning Pisgah assignments (.30). |
| 01/06/14 | L. Lichtman | 0.20 | Emails with T. Sable re hearing on FDIC's motion for relief from stay concerning Pisgah assignments (.20). |

11769 – 330134
PDT 1109579 03/17/14

28

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/07/14 | E. Sable | 0.50 | Phone call with B. English regarding FDIC being granted relief from the automatic stay to repudiate Pisgah assignments pursuant to FIRREA (.20); email to L. Baughman regarding same (.30). |
| 01/07/14 | L. Lichtman | 0.10 | Emails from T. Sable and L. Baughman re status of settlement proposal for motion for relief from stay concerning Pisgah assignments (.10). |
| 01/09/14 | E. Sable | 0.20 | Phone call with B. English regarding Pisgah assignments (.20). |
| 01/17/14 | E. Sable | 0.30 | Review revised order regarding Pisgah assignments (.10); phone call with L. Baughman regarding same (.10); phone call with B. English regarding same (.10). |
| 01/18/14 | E. Sable | 0.10 | Email with B. English regarding Pisgah assignments (.10). |
| 01/20/14 | E. Sable | 0.30 | Prepare for hearing on FDIC motion for relief from stay regarding Pisgah assignments (.30). |
| **Subtotal Hours and Fees - Relief from Stay Proceedings** | | **2.70** | **1,231.00** |

**APPEAL**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/02/14 | L. Provenzano (L.A.) | 0.20 | Review order re adjournment of appeals (.10); email with KCC re service of same (.10). |
| **Subtotal Hours and Fees - Appeal** | | **0.20** | **47.00** |

**TAX MATTERS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/03/14 | A. Valade | 1.70 | Review tax notices received from Michigan Tax Tribunal and Michigan Department of Treasury (1.00); email to C. Reid re status of same (.30); email to K. Schafer re same (.40). |
| 01/17/14 | A. Valade | 0.30 | Email from Attorney General's office re amended Michigan Business Tax return (.30). |

11769 – 330134
PDT 1109579 03/17/14

29

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/20/14 | A. Valade | 3.70 | Prepare for Scheduling Conference with Michigan Tax Tribunal Administrative Law Judge (3.00); phone call with K. Schafer re 2011 tax year (.70). |
| 01/21/14 | A. Valade | 0.50 | Telephonic Scheduling Conference with Michigan Tax Tribunal Administrative Law Judge and Assistant Attorney General (.50). |
| 01/23/14 | A. Valade | 3.30 | Review Michigan Department of Treasury's January 2014 Michigan Business Tax Notice re 2011 amended return received from Attorney General (1.20); phone calls with K. Schafer re same (.50); emails to C. Reid and K. Schafer re 2011 and 2012 tax years (.40); email to Michigan Assistant Attorney General re dismissal of appeal for tax year 2011 to the Michigan Tax Tribunal (.20); draft stipulation to withdraw appeal to Michigan Tax Tribunal (.70); draft order re same (.30). |
| **Subtotal Hours and Fees - Tax Matters** | | **9.50** | **5,130.00** |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/10/14 | B. Lundberg (L.A.) | 1.60 | Emails with M. Walker re payments to ordinary course professionals (.20); draft summary of ordinary course professionals invoices and payments for fifth quarterly statement (1.20); draft notice of fifth quarterly statement (.20). |
| 01/10/14 | B. Lundberg (L.A.) | 1.30 | Review November monthly fee statement for accuracy and compliance with local court rules (.50); review December monthly fee statement for accuracy and compliance with local court rules (.80). |
| 01/13/14 | B. Lundberg (L.A.) | 0.40 | Continue reviewing November monthly fee statement for accuracy and compliance with local court rules (.40). |
| 01/14/14 | B. Lundberg (L.A.) | 0.30 | Continue reviewing November monthly fee statement for accuracy and compliance with local court rules (.30). |

11769 – 330134
PDT 1109579 03/17/14

30

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/14/14 | B. Lundberg (L.A.) | 0.30 | Emails with D. Adams re sixth quarterly statement of ordinary course professionals (.10); revise same (.20). |
| 01/15/14 | B. Lundberg (L.A.) | 2.70 | Continue reviewing November monthly fee statement for accuracy and compliance with local court rules (2.70). |
| 01/15/14 | B. Lundberg (L.A.) | 0.40 | Emails with M. Walker re December monthly invoice (.20); emails with B. Swekel in accounting re same (.20). |
| 01/15/14 | B. Lundberg (L.A.) | 0.40 | Electronically file sixth quarterly statement of ordinary course professionals (.20); emails with K. Wagner at KCC re service of same (.10); emails with M. Walker re status of same (.10). |
| 01/16/14 | B. Lundberg (L.A.) | 1.40 | Continue reviewing November monthly fee statement for accuracy and compliance with local court rules (1.40). |
| 01/17/14 | B. Lundberg (L.A.) | 0.30 | Continue reviewing December monthly fee statement for accuracy and compliance with local court rules (.30). |
| 01/17/14 | B. Lundberg (L.A.) | 3.00 | Continue reviewing November monthly fee statement for accuracy and compliance with local court rules (3.00). |
| 01/20/14 | B. Lundberg (L.A.) | 2.80 | Continue reviewing December monthly fee statement for accuracy and compliance with local court rules (2.80). |
| 01/21/14 | B. Lundberg (L.A.) | 0.70 | Continue reviewing December monthly fee statement for accuracy and compliance with local court rules (.70). |
| 01/23/14 | B. Lundberg (L.A.) | 0.60 | Continue reviewing December monthly fee statement for accuracy and compliance with local court rules (.60). |
| 01/27/14 | B. Lundberg (L.A.) | 3.80 | Continue reviewing December monthly fee statement for accuracy and compliance with local court rules (3.80). |
| 01/28/14 | B. Lundberg (L.A.) | 3.10 | Continue reviewing November monthly fee statement for accuracy and compliance with local court rules (3.10). |

11769 – 330134
PDT 1109579 03/17/14

31

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Description | |
|---|---|---|---|---|
| **Subtotal Hours and Fees - Fee/Employment Applications** | | **23.10** | | **5,197.50** |
| **Total Hours and Fees** | | **295.30** | | **$112,062.00** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**EXHIBIT 6**



# Daniel N. Adams

Partner

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7684
F: 313.465.7685
dadams@honigman.com

**PRACTICES**

Litigation

Bankruptcy, Reorganization and Creditor Rights

Commercial Transactions

Mr. Adams is a litigation attorney with a focus in commercial, contract and bankruptcy disputes. He has represented clients in a wide variety of complex litigation and appellate proceedings, including supply-chain disputes, breach-of-contract lawsuits, injunction proceedings, bankruptcy-related litigation and federal civil rights cases.

- Represents clients in a number of different industries, including automotive, telecommunications, banking, health care, financial services, real estate, private equity and securities
- Advises commercial clients in purchasing and supply-chain disputes
- Provides restructuring advice and strategy to borrowers, lenders, investors and creditors
- Maintains an active pro bono practice and serves on the firm's Attorney Development Committee

**EDUCATION**

Emory University School of Law

University of Michigan

**BAR ADMISSIONS**

Michigan

## Experience

**Commercial and Complex Litigation**

- Successfully applied to the Michigan Court of Appeals for emergency peremptory reversal of a dispositive trial court order in time-sensitive supply chain dispute
- Defended automotive tooling and services supplier against a multi-million federal lawsuit filed by a Virginia-based vehicle manufacturer
- Devised a litigation strategy that resulted in the consensual release of a contested escrow account in a failed real estate transaction
- Obtained a *de minimis* case evaluation award for a small business client that led to favorable out-of-court settlement

**Bankruptcy Litigation/Chapter 11 Experience**

- Represented General Motors Corporation in numerous contract disputes and negotiations during its historic Chapter 11 bankruptcy case


- Represented a number of corporations seeking to reorganize under Chapter 11, including Capitol Bancorp Ltd., a national bank holding company with total assets of approximately $2 billion, and Energy Conversion Devices, the world's largest manufacturer of flexible solar laminates
- Successfully defeated motion filed by creditors' committee to terminate debtors' exclusivity period in *In re Energy Conversion Devices, Inc.*, 474 B.R. 503 (Bankr. E.D. Mich.)

**Civil Rights Litigation**

- First-chaired federal civil rights trial relating to injuries sustained by pro bono client during violent altercation with corrections officers

## Professional Affiliations

State Bar of Michigan

Federal Bar Association

## Community

Homeless Action Network of Detroit, Board of Directors, 2012-present

## News & Resources

**Publications**

- The Availability of Injunctive Relief in Commercial Disputes: Clarifying Michigan's Preliminary-Injunction Standard (February 1, 2012)
  Co-author
  *Michigan Bar Journal, Volume 91, Number 2*
- Back to Basics: The Predestined Failure of NAFTA Chapter 19 and its Lessons for the Design of International Trade Regimes (Fall 2008)
  *Emory International Law Review*

## Honors

- *Michigan Super Lawyers*, Recognized as a Rising Star, 2012 and 2013
- Legal Aid Defender Association, recognized for pro bono service, 2012



# Sara J. Brundage

Partner
Leader, Insurance Policy Review and Coverage Practice Group

Columbia Plaza
350 E. Michigan Avenue
Suite 300
Kalamazoo, MI 49007
T: 269.337.7862
F: 269.337.7863
sbrundage@honigman.com

**PRACTICES**

Litigation
Policy Review and Coverage
Complex Commercial Litigation
Insurance
Insurance Transactions

Ms. Brundage is a litigation attorney who handles complex commercial disputes involving insurance companies and other corporate entities. She also represents clients in state and local taxation matters.

- Advises clients on drafting and interpreting insurance policy language, analyzing insurance risk and assessing adequate coverage for individual client needs
- Represents clients in insurance coverage disputes arising out of general, commercial and professional liability; pollution premises; errors and omissions; directors and officers; homeowners; and related policies of insurance
- Possesses experience in pre-litigation trademark and domain name rights enforcement, including cease and desist letters, follow-up actions, and settlement agreements
- Assists taxpayer clients in litigation related to exclusions for casual transactions under Michigan's Single Business Tax

## Experience

- Obtained summary judgment on behalf of the insurer client in a declaratory action filed in circuit court in Cook County, Illinois; *Pekin Ins. Co. v. Roszak/ADC, LLC*, 402 Ill. App. 3d 1055 (1st Dist. 2010)
- Represented client in a favorable dismissal on appeal on the issue of whether a release and waiver was valid and excused a management company's liability for injury of a bicyclist during a cycling event; *Hellweg v. Special Events Management*, 2011 IL App (1st) 103604
- Obtained summary judgment on the issue of whether an insurance policy endorsement provided coverage for a purported additional insured; *Am. Trucking and Transp. Ins. Co. v. Allied Tube & Conduit Corp*., No. 10-8021, 2011 WL 5980635 (N.D. Ill. Nov. 23, 2011)

**EDUCATION**

The John Marshall Law School, J.D.

- *cum laude*
- Philip C. Jessup International Moot Court Competition, Top 10 Oralist; First Place Brief, North Central Region; Third Place Brief, World Competition; Recipient of Scribes Brief Writing Award (2005)

University of Michigan, B.A.

- Spanish Literature

University of Michigan, B.A.

- Organizational Studies

**BAR ADMISSIONS**

Illinois

Michigan

**COURT ADMISSIONS**

U.S. Court of Appeals for the Seventh Circuit

U.S. District Court for the Central District of Illinois

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Southern District of Illinois

U.S. District Court for the Eastern District of Michigan


## Professional Affiliations

State Bar of Michigan

- Insurance and Indemnity Law Section, 2012-present

- Litigation Section, 2012-present

Illinois State Bar Association, 2006-present

American Bar Association, 2006-present

Ingham County Bar Association, 2012-present

Kalamazoo Bar Association 2012-present

Chicago Bar Association, 2006-present

Chicago Bar Foundation Young Professionals Board, 2009-2012

U.S. District Court for the Western District of Michigan

U.S. District Court for the Eastern District of Wisconsin

## Community

Huntington's Disease Society of America

- Drive to Cure HD Committee, 2013

## Pro Bono

- Michigan Immigrant Rights Center, working with Spanish speaking victims of domestic violence to prepare and submit applications for citizenship pursuant to the Violence Against Women Act (VAWA), volunteer attorney

- Open Roads Bike Program, volunteer attorney

## News & Resources

**Seminars & Events**

- Toxic Tort Insurance Coverage Issues: It Takes A Village, Chicago Bar Association
  December 15, 2010, Presenter

## Honors

- *Michigan Super Lawyers*, Recognized as a Rising Star, 2013

## Prior Employment

- Pretzel & Stouffer, Chartered, Associate, 2006-2011



# Judy B. Calton

Partner

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7344
F: 313.465.7345
jcalton@honigman.com

**PRACTICES**

Litigation

Bankruptcy, Reorganization and Creditor Rights

Commercial Transactions

Ms. Calton successfully counsels banks, finance companies, manufacturers and other business clients in commercial law, corporate reorganization and transactions.

- Represents clients in negotiations, disputes and in insolvency and bankruptcy-related litigation
- Possesses extensive preference litigation experience
- Well versed in forming and leading joint national defense groups for multiple preference or actions in Michigan, New York and Delaware bankruptcy courts
- Recognized as having particular knowledge on rules of procedure, testifying twice before the Judicial Conference Advisory Committee on Bankruptcy Rules, Civil Rules and Evidence Rules, writing commentary on the proposed amendments to the Federal Rules of Bankruptcy Procedure on behalf of the Bankruptcy Advisory Committee and other Bar groups
- Reporter for a subcommittee of the Advisory Committee drafting new local rules for Chapter 11 cases, amending the local rules in 2007 and to be effective December 1, 2009. She was also the reporter for a committee advising the Michigan Legislature on amending the state exemptions, which amendments were adopted into law.

## Experience

- Represents Capitol Bancorp Ltd., a bank holding company with a network of banks and bank operations in ten states and total consolidated assets of approximately $2.0 billion, in its Chapter 11, pre-packaged plan of reorganization
- Extensive preference litigation experience having prosecuted and defended hundreds of actions. Tried three preference actions, including a nine day trial defending a $3.8 million preference claim, achieving dismissal of action.  Experienced in forming and leading joint national defense groups for multiple preference actions in Michigan, New York and

**EDUCATION**

Wayne State University Law School, J.D.

- *magna cum laude;* Order of the Coif; Ira Spoon Award
- *Wayne Law Review,* Associate Editor, 1984-1985

University of Illinois, B.A.

- History and Pre-Law Studies
- with *high honors*; James Scholar

**BAR ADMISSIONS**

Michigan

**COURT ADMISSIONS**

U.S. Court of Appeals for the Ninth Circuit

U.S. Court of Appeals for the Sixth Circuit

U.S. District Court for the Eastern District of Michigan

U.S. District Court for the Northern District of California

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Northern District of Ohio



Delaware bankruptcy courts.

- Served a company whose bank stopped funding and returned payroll in emergency Chapter 11 case, which confirmed a plan in less than six months, selling business as a going concern with payment in full to bank and distribution of approximately 75 cents on the dollar to unsecured creditors

- Represented a manufacturer with $500 million a year in sales as debtor-in-possession

- Counseled the bank group in one of the largest bankruptcy cases filed in the United States in 1994, successfully obtaining repayment in full of over $100 million in prepetition indebtedness within a year of the commencement of the case

- Represented the Chapter 7 trustee of a corporate debtor in litigation, recovering over $15 million from insiders and former professionals of the corporation

- Represented a Chapter 11 trustee of a timeshare developer with projects in seven states

- Developed creative procedures to resolve construction lien and trust fund claims when owners of projects, general contractors or major subcontractors become debtors

- Represented a directors and officers insurer, in bringing an interpleader in a bankruptcy case to determine whether the liquidating trustee or the former officers and directors were entitled to the policy. All of the client's legal fees were reimbursed to it out of the policy proceeds.

- Represented a Chapter 7 trustee, developed the strategy to obtain a consent judgment against an insolvent former director and then sued a major international insurance company to collect the judgment. Settled case for $750,000

- Sued a former director who was also the insurance agent for the company for wrongfully canceling the company's excess directors and officers insurance policy without proper corporate authority. Even though he filed a personal bankruptcy, obtained a $2 million judgment against him and collected $1.2 million from his errors and omissions insurance policy

- Obtained relief from the stay in bankruptcy cases numerous times so claims against a debtor in bankruptcy could be made against the debtor's insurance

- Prosecuted fraudulent conveyance cases where life insurance in which the debtor had an interest was transferred to the insured, obtaining recoveries from both the insurance companies and the insured

- Represented clients in the following selected cases:

  - *In re Collins & Aikman Corporation,* 401 BR 900 (Bankr. E.D. Mich. 2009)

  - *In re Connolly North America,* 398 B.R. 564 (Bankr. E.D. Mich. 2008)

  - *In re The Estate of the Assignment for the Benefit of Creditors of Edward Paul May,* 405 BR 443 (Bankr. E.D. Mich. 2008)

  - *In re Collins & Aikman Corporation,* 368 BR 623 (Bankr. E.D. Mich 2007)

  - *Riversideworld Inc. v. National City Corp et al,* 366 BR 34 (Bankr. N.D. Iowa 2007)

  - *Connolly North America, LLC v. Art Leather, Inc.,* 340 BR 829 (Bankr. E.D. Mich 2006)


- *In re John Richard Homes Building Co., LLC,* 439 F.3d 248 (6th Cir. 2006), cert. denied, 75 U.S.L.W. 3164 (U.S. 2006)

- *Marks Management Services, Inc. v. Reliant Manufacturing, Inc,* 7 Fed Appx 493 (6th Cir. 2006); 268 BR 505 (E.D. Mich 2001)

- *In re Quinn,* 327 B.R. 818 (W.D. Mich. 2005)

- *Jackson Precision Die Casting, Inc. v. Inrecon, LLC,* 291 BR 396 (Bankr. E.D. Mich 2003)

- *In re New Haven Foundry,* 285 B.R. 646 (Bankr. E.D. Mich. 2002)

- *North American Royalties,* 276 BR 594 (Bankr. E.D. Tennessee 2002)

- *Republic Technologies International,* 267 BR 548 (Bankr. N.D. Ohio 2001)

- *General Motors Corporation v. Paramount Metal Products, Co,* 90 F.Supp 2d 861 (E.D. Mich. 2000)

- *Allard, Trustee for the Debtor Estate of DeLorean Motor Co. v. Weitzman,* 991 F. 2d 1236 (6th Cir. 1993)

- *Allard, Trustee for Debtor Estate of DeLorean Motor Co v. DeLorean,* 884 F. 2d 464 (9th Cir. 1989)

- *In re Advanced Professional Home Health Care, Inc.,* 82 B.R. 837 (Bankr. E.D. Mich. 1988)

- Certified by Michigan State University and the Turnaround Management Association in *Best Practices in Local Government Fiscal Management* (2011)

## Professional Affiliations

State Bar of Michigan

- Business Law Section

  - Secretary, 2013-2014

  - Council Member

  - Creditor/Debtor Rights Committee, Co-chair

Bankruptcy Court for the Eastern District of Michigan

- Advisory Committee Member

- Rules Subcommittee of the Advisory Committee, Reporter

Advisory Committee to the Michigan House Committee on Civil Laws and Judiciary relating to amending exemption statutes, Reporter

## Community

Pro Se Bankruptcy Assistance Project, d/b/a Access to Bankruptcy Court

- Board Member



- Immediate Past President

## News & Resources

**Publications**

- Equitable Remedies (Forthcoming)
  Chapter Co-author
  *Michigan Contract Law Second Edition, ICLE*

- Requirements Contracts for the Sale of Goods (2012)
  Co-author
  *PLC Commercial Practice Note*

- What Commercial Litigators Should Know About Bankruptcy (August 20, 2012)
  Co-author
  *Michigan Lawyers Weekly*

- Investigate to See if the Lawsuit Against Your Client was Discharged in Bankruptcy (August 12, 2011)
  Co-author
  *Michigan Lawyers Weekly*

- Working with a Chapter 11 Business Can Be Tricky (August 9, 2010) *Michigan Lawyers Weekly*

- Proof of Claim: Whether to File, and if so, How to File (March 22, 2010) *Michigan Business Law Journal*, Vol. 30, Issue 1, p. 10

- Statute of Frauds and Specific Performance
  *Michigan Contract Law, ICLE*

- New Challenges to a Successful Bankruptcy Reorganization (January 1, 2009)
  *Bankruptcy and Financial Restructuring Law 2009, Aspatore Books*

- What You Should Know About Single Asset Real Estate Bankruptcy Cases (Summer 2008)
  Co-author
  *Michigan Real Property Review 82*

- Using the Power of Bankruptcy to Solve Litigation Disputes (2008)
  *Bankruptcy Litigation and Dispute Resolution, Aspatore Books*

- Using the Power of Bankruptcy to Solve Litigation Disputes (2008)
  *Bankruptcy Litigation and Dispute Resolution, Aspatore Books*

- Current and Future Trends and Strategies (2008)
  *Bankruptcy and Financial Restructuring Law, Aspatore Books*

**Seminars & Events**

- What Commercial Litigators and their Clients Need to Know about Bankruptcy, Practical Law, Webinar
  December 5, 2013, Presenter

- Receiverships and Dissolutions, Great Lakes States Complex Commercial/Business Court Seminar,
  Michigan Judicial Institute and National Judicial College, Dearborn, MI
  October 22-25, 2013, Co-presenter


- The Detroit Bankruptcy: Navigating Unchartered Waters For Your Clients, Webinar, Business Law Section of the State Bar of Michigan, Bloomfield Hills, MI
  August 14, 2013, Presenter

- City of Detroit Bankruptcy: How It May Impact You, Indo-American Chamber of Commerce, Bloomfield Hills, MI
  August 6, 2013, Presenter

- What Non-Bankruptcy Attorneys Need to Know About Bankruptcy, Solo and Small Practitioner's Section of the State Bar of Michigan
  October 25, 2012, Co-presenter

- Impact of Stern v. Marshall on Business Bankruptcy Practitioners, 19th Annual Central States ABI Bankruptcy Workshop
  June 8, 2012, Presenter

- What Commercial Litigators Need to Know About Bankruptcy, Commercial Litigation Committee of the Business Law Section of the State Bar of Michigan, Webinar
  May 22, 2012, Co-presenter

- Section 363 Bankruptcy Sales, Institute of Continuing Legal Education, Business Law Institute
  March 2011, Presenter

- Purchasing Assets from Bankrupt Estates: What You and Your Clients Need to Know, Institute of Continuing Legal Education, Business Law Institute
  May 1, 2010, Presenter

- When and How to File a Proof of Claim, 2009 'Groundbreakers' Breakfast Roundtables, Real Property Law Section of the State Bar of Michigan, Birmingham, MI
  October 2009

- Practice Strategies for a Down Economy Series: Dealing with the Financially Distressed Customer or Supplier, Institute of Continuing Legal Education
  July 2009

- Judy Calton to Speak at ICLE Partnership Seminar: *Dealing with the Financially Distressed Customer or Supplier*
  A Practice Strategies for Down Economy Series
  July 1, 2009

- Complex Issues In Preference Litigation – Maneuvering The Thicket, Central States Bankruptcy Workshop, American Bankruptcy Institute
  June 1, 2008

- What Commercial Litigants Need to Know About Bankruptcy, Commercial Litigation Committee of the Business Law Section of the State Bar of Michigan
  April 2008, Presenter

- Alternatives to Bankruptcy, Debtor/Creditor Rights Committee of the Business Law Section of the State Bar of Michigan
  February 11, 2008, Presenter



- The Impact of Bankruptcy on Inter-Creditor Claims: Ability of Bankruptcy to Preempt, Release or Enjoin Creditors' Claims Against Non-Debtor Third Parties, Lorman Educational Services
April 2007

## Honors

- Testified twice before the Committee on Rules of Practice and Procedure of the Judicial Conference of the United States on Amendments to the Federal Rules of Bankruptcy Procedures

- *The Best Lawyers in America,* 2010-2014

- *DBusiness*, Top Lawyers, 2010-2014

- *Michigan Super Lawyers*, 2007-2013

  - Named as one of the *Michigan Super Lawyers* Top 50 Women, 2009, 2012 and 2013

  - Named one of the Top 100 *Michigan Super Lawyers*, 2013

- Martindale-Hubbell AV® Preeminent™ Peer Review Rated

- State Bar of Michigan Unsung Hero Award 2012

## Prior Employment

- Internal Revenue Service



# James H. Combs

Partner
Leader, Tax Practice Group

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7588
F: 313.465.7589
jcombs@honigman.com

**PRACTICES**

Corporate
Tax
Private Equity
Sustainability and Renewable Energy

Mr. Combs concentrates his practice on corporate taxation, mergers and acquisitions, tax credit projects, and financial products taxation. Mr. Combs also represents clients in connection with tax legislation matters, including drafting legislation and lobbying activities.

## Experience

- Represents Capitol Bancorp Ltd., a bank holding company with a network of banks and bank operations in ten states and total consolidated assets of approximately $2.0 billion, in its Chapter 11, pre-packaged plan of reorganization
- Represents Biotechnology Industry Organization, a trade association headquartered in Washington, D.C., in connection with tax legislative matters

## Professional Affiliations

American Bar Association

- Tax Section
  - Committee on Financial Transactions

State Bar of Michigan

- Tax Section
  - Business Entities Committee, Chair

## News & Resources

**Publications**

- Tax Proposals to Promote Increased Investment In Research-Intensive Small Businesses (September 27, 2013)
  *BNA Daily Tax Report, 188 DTR J-1*

**EDUCATION**

University of Texas at Austin School of Law, J.D.

- *cum laude*

Williams College, B.A.

- Political Economy

**BAR ADMISSIONS**

Michigan

Texas

**LANGUAGES**

Conversational French



- The Taxation of Variable Forward Contracts—In CCA 201104031 the IRS Changes Its Position (Again) (Summer 2011) *Journal of Taxation of Investments*, Volume 28, Number 04

- Section 1258 Conversion Transactions (Fall 2010) *Michigan Tax Lawyer*

- Squeezing a Balloon: Potential Impact of the American Jobs Creation Act Straddle Rules on the Tax Consequences of Hedging Nonqualified Stock Options (May 30, 2006) *Journal of Taxation and Regulation of Financial Institutions*

- Election of Mark-to-Market Treatment for Securities Traders (April 1, 2006) *Michigan Tax Lawyer*

- Will a Variation Lead to Consistency? Implications of Forward Contract Ruling for Hedging Appreciated Stock (March 8, 2004) *Tax Notes*

- IRS Treats Obligation to Deliver Securities (and/or cash) Under Variable Prepaid Forward Contract as Partnership Liability-But Proceed With Caution! (September 28, 2003) *Michigan Tax Lawyer*

**Seminars & Events**

- Select Issues in Tax-Free Distributions Under Section 355, Federal Income Tax Committee of the State Bar of Michigan Tax Section
  March 6, 2014, Presenter

- Bitcoin Tax Issues, New York State Society of CPAs, Webinar
  February 6, 2014

- Certain Aspects of the Federal Income Tax Treatment of Virtual Currencies, State Bar of Michigan Taxation Section's Business Entities Committee
  October 11, 2013, Co-presenter

- Select Examples of the Relevance of Common and Preferred Stock under the Internal Revenue Code, Business Entities Committee, Taxation Section, State Bar of Michigan, Honigman Miller Schwartz and Cohn LLP, Detroit, MI
  December 7, 2012, Co-presenter

- Recent Developments in Financial Products Taxation, Business Entities Committee, Taxation Section, State Bar of Michigan, Detroit, MI
  February 3, 2012, Moderator

- Select Issues in the Application of Section 382, Business Entities Committee, Taxation Section, State Bar of Michigan, Honigman Miller Schwartz and Cohn LLP, Bloomfield Hills, MI
  December 16, 2011, Co-presenter

- Judicial Doctrines Every Tax Lawyer Should Know, Business Entities Committee, Taxation Section, State Bar of Michigan, Honigman Miller Schwartz and Cohn LLP, Bloomfield Hills, MI
  March 24, 2011, Co-presenter

- Minimizing Taxes in Workout, Restructuring, and Debt Modification Transactions, 23rd Annual Tax Conference, State Bar of Michigan
  May 20, 2010, Co-presenter



## Academic Appointments

- Walsh College, Instructor, providing course instruction on tax topics
- University of Michigan Law School, Guest Lecturer
- Wayne State University Law School, Guest Lecturer
- Cooley Law School, Guest Lecturer



# Michael P. Hindelang

Partner
Leader, e-Discovery and Information Management Practice Group

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7412
F: 313.465.7413
mhindelang@honigman.com

**PRACTICES**

Litigation
Securities and Corporate Governance Litigation
e-Discovery and Information Management
Information Technology
Trusts and Estates Litigation
White Collar Crime and Investigations

Mr. Hindelang is an experienced litigator with substantial experience in securities, corporate governance and complex commercial litigation, including "bet-the-company" litigation. He also has experience handling securities arbitrations, trusts and estates litigation matters and corporate investigations. In addition to his litigation practice, Mr. Hindelang advises business entities on information management issues, including e-Discovery planning and records retention, in both litigation and non-litigation settings.

- Represents both public and privately held companies in shareholder disputes, including minority oppression claims, derivative shareholder claims, and claims against officers and directors
- Represents clients in complex commercial disputes
- Represents clients in internal investigations and responding to SEC and other governmental inquiries
- Counsels clients on e-Discovery issues in both state and federal courts, including multiple SEC inquiries, metadata and form of production disputes and early case planning for ESI
- Advises clients on information management issues, including records retention and document management planning, responding to and investigating data breaches

## Experience

- Represented a public company in the defense of shareholder litigation seeking to enjoin a public offering
- Represented shareholders in a variety of industries in both prosecuting and defending claims of minority oppression, breach of fiduciary duty, and related shareholder claims
- Represented clients in numerous commercial disputes, including contract disputes, misappropriation of trade secrets claims, real estate disputes, and consumer class actions

**EDUCATION**

Wayne State University Law School, J.D.

- *cum laude;* Order of the Coif
- *Wayne Law Review,* Assistant Editor, 2002-2003; Senior Articles Editor, 2003-2004

Wayne State University, M.B.A.

- Finance and Accounting

University of Michigan, B.A.

- Economics

**BAR ADMISSIONS**

Michigan

**COURT ADMISSIONS**

U.S. Bankruptcy Court for the Western District of Michigan

U.S. Court of Appeals for the Sixth Circuit

U.S. District Court for the Eastern District of Michigan

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Northern District of Indiana

U.S. District Court for the Western District of



Michigan

- Represented securities firms at both the broker-dealer and clearing level, in customer and industry disputes
- Advised clients in responding to SEC, DOJ, IRS, and other government subpoenas
- Assisted member firms in responding to NASD and NYSE inquiries
- Assisted public clients in internal investigations to determine compliance with federal regulations, including FCPA issues
- Advised a variety of companies, both publicly traded and privately held, on record retention policies, including developing new policies, and adapting existing policies to changing technological and regulatory environments
- Coordinated implementation of information storage and retrieval software for a national insurance company
- Advised both publicly traded and privately held companies on litigation hold and e-discovery compliance and best practices
- Represented both trustees and beneficiaries in disputes regarding trust administration

## Professional Affiliations

State Bar of Michigan

- Business Law Section
- Litigation Section

American Bar Association

Detroit Metropolitan Bar Association

Oakland County Bar Association

Defense Research Institute (DRI)

## News & Resources

**Publications**

- Motions and Pretrial Practice (2012)
  Chapter author
  *Michigan Civil Procedure, Second Edition (ICLE)*
- Dismissals & Defaults (2012)
  Chapter co-author
  *Michigan Civil Procedure, Second Edition (ICLE)*



- Understanding Developments in Cyberspace Law (2011)
  Chapter author
  *Aspatore Books*
- Proactive Planning for E-Discovery Challenges (October 2, 2010)
  Co-author
  *SRR Journal*
- Investor Claims Against Securities Brokers Under Michigan Law (Fall 2008)
  Co-author
  *The Michigan Business Law Journal, Vol. 28, Issue 3, p. 50*
- Quiet Periods for Follow-On Offerings (November 15, 2004)
  Co-author
  *Compliance Reporter,Vol. XI, No. 46*
- Alternative Dispute Resolution (2004)
  *Wayne Law Review*
- The Disappearing Tax Advisor Privilege (2003)
  *Wayne Law Review, Vol. 49, No. 3*

**Seminars & Events**

- Keeping Your Business Ahead of the Digital Media Curve: Reducing legal risk in today's social, mobile and emerging media, Honigman Miller Schwartz and Cohn LLP, Detroit, MI
  April 11, 2013, Co-presenter
- Accounting for Lawyers, Association of Corporate Counsel – Michigan Chapter, Bloomfield Hills, MI
  February 5, 2013, Presenter
- e-Discovery and Records Retention, Anti-Fraud Issues Conference, Michigan Association of Certified Public Accountants, Novi, MI
  May 22, 2012
- e-Discovery and Electronic Health Records, 17th Annual Health Law Institute, Institute of Continuing Legal Education (ICLE), Plymouth, MI
  March 10, 2011, Presenter
- Saving Time, Money, and Aggravation: Preparing for e-Discovery
  2007, Co-presenter
- e-Discovery in the Securities Industry
  2007, Presenter

## Honors

- *DBusiness,* Top Lawyers, 2012
- *Michigan Super Lawyers*, Recognized as a Rising Star, 2008-2013



- *Benchmark Litigation*, Recognized as a Future Litigation Star, 2010 and 2013



# Scott B. Kitei

Partner

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7524
F: 313.465.7525
skitei@honigman.com

**PRACTICES**

Corporate

Commercial Transactions

Bankruptcy, Reorganization and Creditor Rights

Mr. Kitei is a partner in the Corporate Department and focuses his practice on representing clients in commercial transactions under Articles 2 and 9 of the Uniform Commercial Code, including the development and negotiation of supply agreements and related contracts.

- Provides counsel on restructuring and related litigation matters to debtors in Chapter 11 and Chapter 15 bankruptcies
- Represents debtors, secured creditors, unsecured creditors and creditors' committees in large Chapter 11 matters

## Professional Affiliations

State Bar of Michigan

- Business Law Section
- Young Lawyers Section

## Prior Employment

- Goldstein & McClintock LLLP, Of Counsel, 2012-2013
- Kirkland & Ellis, LLP, Associate, 2008-2012
- Sidley Austin LLP, Associate, 2004-2008

**EDUCATION**

Cornell University Law School, J.D.

- *Cornell Law Review*, Symposium Editor

Northwestern University, B.S.

- Economics and Journalism
- *cum laude*

**BAR ADMISSIONS**

Illinois

Michigan

**COURT ADMISSIONS**

U.S. District Court for the Northern District of Illinois

**CLERKSHIPS**

The Office of University Counsel, Cornell University, Law Clerk, 2002-2004



# Donald J. Kunz

Partner
Chair, Corporate Department
Leader, Insurance Transactions
Practice Group

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7454
F: 313.465.7455
dkunz@honigman.com

**PRACTICES**

Corporate
Securities and Corporate Governance
Insurance Transactions

Mr. Kunz is an accomplished attorney with extensive experience advising corporate clients on business issues, including transactional, financial, operational and planning matters.

- Possesses significant experience in the representation of publicly traded corporations, securities law, corporate governance and corporate finance matters
- Represents publicly traded corporations and privately held businesses, including real estate investment trusts and technology companies such as Taubman Centers, Inc., Ramco-Gershenson Properties Trust, Neogen Corporation and Kenwal Steel Corporation

## Experience

- Represented a supplier of automotive data and business intelligence services in its divestiture to a Colorado based publicly traded company for $1.4 billion in 2013
- Represented an automotive supplier of electronics manufacturing services, solenoids and wiring with respect to its divestiture to a California based company for more than $190 million in 2012
- Has served as lead counsel for both issuers and underwriters in initial public offerings and follow on offerings, including equity offerings valued at more than $400 million in 2012 and 2013
- Represented a publicly traded property and casualty insurance company with respect to its divestiture for more than $140 million in 2008

## Professional Affiliations

State Bar of Michigan

- Business Law Section, Council Member, 1988-1996

**EDUCATION**

Harvard Law School, J.D.

- *magna cum laude*
- *Harvard Journal on Legislation,* Managing Editor, 1980-1981

University of Michigan, B.S. E.

- Industrial and Operations Engineering
- *summa cum laude;* Tau Beta Pi, Alpha Pi Mu

**BAR ADMISSIONS**

Michigan



National Association of Real Estate Investment Trusts

National Association of Stock Plan Professionals

## Community

Birmingham Community House

- Board of Directors
- Chairman, 2010-2012

Bloomfield Village Association

- President, 2005-2006

Cranbrook Schools

- Board of Governors
  - Chairman, 2004-2007

Red Run Golf Club

- Board of Directors
  - President, 2005-2007

## News & Resources

**Publications**

- E-commerce: Legal Issues (October 2002)
  *Detroit Online*

**Seminars & Events**

- 10 Current Topics of Interest for In-House Counsel, Honigman and the Association of Corporate Counsel (ACC) - Michigan Chapter, Troy, MI
  November 15, 2011, Co-presenter
- BoardBasics Workshop, Inforum, Birmingham, MI
  October 26, 2010, Presenter

## Honors

- *Chambers USA: America's Leading Lawyers for Business,* 2003-2013
  - Recognized as one of six individuals in the first tier of lawyers in the Corporate/M&A field in the state of Michigan; the *Chambers* guide adds:
    - 2013 - "Donald Kunz is held in high esteem. He is known for his public company expertise and has notable experience of handling corporate finance-related matters."



- 2012 - "'*Great lawyer'* Donald Kunz specializes in corporate matters relating to publicly traded companies, including securities law."

- *The Best Lawyers in America*, 2005-2014
    - 2014 Detroit Corporate Governance Law "Lawyer of the Year"
    - 2012 Detroit Corporate Lawyer of the Year
    - 2011 Detroit Securities Lawyer of the Year
- *DBusiness*
    - Top Lawyers, 2010-2014
- *Martindale-Hubbell*, AV® Preeminent™ Peer Review Rated
- *Michigan Super Lawyers*, 2007-2013
    - Recognized in the Top 100 rankings
- Listed as a highly recommended M&A attorney in *Legal 500 United States 2008*
- *Lawdragon 500 New Stars, New Worlds,* 2006



# Jeffrey H. Kuras

Partner

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7446
F: 313.465.7447
jkuras@honigman.com

**PRACTICES**

Corporate
Financial Institutions
Securities and Corporate Governance

Mr. Kuras is a corporate attorney with extensive experience representing businesses on securities issues, mergers and acquisitions, and general corporate matters.

- Counsels public companies with respect to SEC filings and compliance issues
- Represents commercial banks and their holding companies regarding regulatory and enforcement issues, mergers and acquisitions, capital markets and corporate governance

## Experience

- Represented bank holding company in rights offering, private investment and auction of TARP securities
- Represented Capitol Bancorp Ltd., a bank holding company with a network of banks and bank operations in ten states and total consolidated assets of approximately $2.0 billion, in its Chapter 11, pre-packaged plan of reorganization
- Represented bank holding company in separate bank divestitures in Michigan, California, North Carolina, Nevada, Oregon, Colorado, Texas and Arizona
- Experience in Hart-Scott Rodino Act filings and analysis

## Professional Affiliations

State Bar of Michigan

American Bar Association

- Section of Business Law

**EDUCATION**

Georgetown University Law Center, J.D.

- *cum laude*

University of Pennsylvania, B.A.

- *cum laude*

**BAR ADMISSIONS**

Michigan



## Honors

- *Michigan Super Lawyers*, Recognized as a Rising Star, 2008 and 2012



# Michael A. Lisi

Partner
Leader, Trademark and Copyright Practice Group

39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304-5151
T: 248.566.8504
F: 248.566.8505
mlisi@honigman.com

**PRACTICES**

Intellectual Property
Trademark and Copyright
Intellectual Property Litigation
Information Technology
International Transactions
Advertising and Marketing

Mr. Lisi has more than 25 years of experience in assisting clients in developing strategic and cost effective programs to manage, purchase, sell, license, and protect and enforce intellectual property (IP) assets in the U.S. and around the world. He leads a team of highly experienced trademark and copyright attorneys and IP specialists in conducting IP audits, due diligence and evaluations, and in planning, costing and implementing trademark, copyright and domain name portfolio management programs, as well as related investigation, enforcement and anti-counterfeiting campaigns.

- *Trademark***:** performs the full range of trademark services, directly in the U.S. Patent and Trademark Office (USPTO) and in federal and state courts, and globally through associate firms, including trademark clearance, registration, maintenance and renewal, trademark investigations, enforcement and defense, brand management, identity consulting, and trademark licenses and transfers
- *Copyright:* represents museums, artists, authors, musicians, composers, photographers, studios, producers, record companies, publishers and other content providers and users in license and sale transactions, and in copyright clearance, registration, enforcement and litigation matters in the U.S. and globally
- *Enforcement, Litigation & Anti-counterfeiting*: represents clients in the assertion and defense of trademark, trade dress, false advertising, unfair competition, dilution, passing off, domain name, trade secret, patent and right of personality claims and lawsuits, in U.S. and foreign markets, through all phases from investigation, pre-litigation enforcement, civil and criminal litigation, administrative proceedings (including Customs, oppositions and cancellations), alternative dispute resolution proceedings (including Uniform Dispute Resolution Proceedings or UDRP), appeals, and enforcement and collection of judgments
- *Commercialization, IP Transactions*: counsels clients in a broad range of purchase, sale, license, development service, sponsorship, endorsement, certification and other transactions involving trademarks, copyrights, domain names, persona rights, patents and related rights, in the U.S. and throughout the world

**EDUCATION**

University of Michigan Law School, J.D.

- Bush Program in Child Development and Social Policy, Fellow

Carleton College, B.A.

- Psychology with Distinction
- *cum laude*, Sigma Xi, The Scientific Research Society

**BAR ADMISSIONS**

Michigan

**COURT ADMISSIONS**

U.S. District Court for the Eastern District of Michigan



- *E-commerce*: represents online businesses in the U.S. and around the world since 1990; drafts and negotiates outsourcing, privacy, hosting, website development, content development, terms of use, fulfillment, license, advertising, marketing, and related e-commerce agreements and policies registers and buys and sells domain names for clients, manages domain name portfolios, and enforces and defends domain name infringement claims, lawsuits and UDRP proceedings
- *Information Technology:* counsels clients on information technology (IT) transactions and disputes in the retailing, automotive, consumer products, apparel, mortgage, sporting goods, luxury goods and other industries in development, acquisition, sale, license, outsourcing and transition services transactions, as well as assert and defend claims and lawsuits involving IT agreements
- *Advertising and Marketing*: review advertising and promotional materials for compliance with advertising and trademark laws; assertion and defense of false advertising claims; negotiation and drafting of sponsorship, endorsement and other advertising and marketing agreements

## Professional Affiliations

International Trademark Association

- Trademark Cancellations: International Practice and Procedures, Editor, 2011-present
- Publications Committee
  - Member, 2006-present
  - Chair, 2011-present
- Internet Committee, 2002-2005
- Anti-Counterfeiting and Enforcement Committee, 2000-2001
- 21st Century Task Force, 1998-2000
- Planning Committee, Vice Chair 1996-1997
- Board of Directors, 1994-1997
- International Committee, Co-Chair, 1994-1996
- Task Force on Taiwan, Chairman, 1993-1994

Original Equipment Suppliers Association

- General Counsel, Product Development Council, 2008-present

Automation Alley

State Bar of Michigan

- Intellectual Property Law Section
- Information Technology Law Section



## News & Resources

### Publications

- Trademark Cancellations International Practice and Procedures (2008)
  Editor
  *INTA*
- Ambush Marketing – What's Up for Grabs? (June 5, 2006)
  *Michigan Lawyers Weekly*
- Copyrights – What Do Clients Know? (2006)
  *AIA Place*
- Legal: Avoid Architectural Copyright Infringement (2005)
  *Detroiter*
- Domain Names: Global Practice and Procedure (2005-2006)
  Chapter Contributor
  *Sweet & Maxwell*
- Ambush Marketing – Here to Stay? (2005)
  *Intellectual Property Law Strategist*
- Intra-company Licensing: A Holding Company Example (1998)
  *Practicing Law Institute*

### Seminars & Events

- 33rd Annual Intellectual Property Summer Institute
  July 12, 2007, Presenter
- Taxation of Intellectual Property Interests: What Every IP Lawyer Should Know, ICLE 33rd Annual Intellectual Property Law Summer Institute
  2007
- Community Design Registrations, Association of Corporate Counsel-America
  2005
- .EU Domain Name Registrations, Association of Corporate Counsel-America
  2005
- How to Create and Manage an IP Holding Company, State Bar of Michigan
  1998

## Honors

- *The Best Lawyers in America*, 2008-2014
- *International Who’s Who of Trademark Lawyers*, 2013
- Named 2013 "IP Star" by *Managing Intellectual Property* magazine



- *DBusiness*, Top Lawyers, 2011-2013
- *DBusiness,* “The Best Lawyers in Metro Detroit,” November 2008

## Prior Employment

- Rader, Fishman & Grauer, PLLC, Member, 2001-2004
- IPR Counsel PLLC, Member, 1995-2001
- The Sports Authority Michigan, Inc., Vice President, General Counsel, 1994-2001
- Kmart Properties, Inc., Vice President, General Counsel, 1991-1994
- Kmart Corporation, Intellectual Property and Commercial Law Counsel, 1990-1991
- Stein, Moran & Westerman, Associate Attorney, 1988-1990
- Dickinson, Wright, Moon, Van Dusen & Freeman, Associate Attorney, 1986-1988

## Academic Appointments

- The Thomas M. Cooley Law School, Trademarks and Unfair Competition Law, Adjunct Professor, 2009



# E. Todd Sable

Partner
Leader, Commercial Transactions Practice Group

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7548
F: 313.465.7549
tsable@honigman.com

**PRACTICES**

Corporate

Commercial Transactions

Bankruptcy, Reorganization and Creditor Rights

Mr. Sable focuses his practice on commercial transactions, and bankruptcy and corporation reorganization matters. He regularly represents major original equipment manufacturers and suppliers in the development of strategies for the protection of just-in-time supply of component parts produced by commercial contract negotiation among suppliers, customers, lenders and other creditors, and in purchase and divestiture transactions.

- Possesses extensive experience in transactions under Article 2 and Article 9 of the Uniform Commercial Code, including in the development and negotiation of supply agreements, manufacturing agreements, purchase and sale agreements, and purchase order terms and conditions
- Serves as special commercial counsel in corporate, merger, acquisition and financing transactions
- Possesses substantial experience representing strategic and financial purchasers and sellers of assets and businesses in non-distressed conditions, and in Bankruptcy Code section 363 sales, under bankruptcy plans of reorganization and liquidation, under Article 9 of the Uniform Commercial Code, and in other insolvency and related proceedings
- Counsels debtors, creditors' committees, customers, suppliers and lenders in commercial bankruptcy and reorganization proceedings, financial restructurings, liquidations and workouts throughout the United States
- Represents parties in commercial litigation, preference actions, fraudulent transfer actions and other bankruptcy litigation
- Acts as external general counsel to various automotive suppliers

## Experience

- Advised Tier 1 automotive supplier as lead counsel in acquisition of key business unit from North American OEM
- Represented Tier 1 automotive supplier as lead counsel in the acquisition of multiple North American and European Tier 1 and 2 casting suppliers from leading private equity fund

**EDUCATION**

Michigan State University, J.D.

- *cum laude*
- *Law Review,* Member and Note and Comment Editor

Albion College, B.A.

**BAR ADMISSIONS**

Florida

Michigan

**COURT ADMISSIONS**

U.S. Court of Appeals for the Sixth Circuit

U.S. District Court for the Eastern District of Michigan

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Southern District of Florida

U.S. District Court for the Western District of Michigan

**CLERKSHIPS**

Michigan Court of Appeals, Pre-Hearing Attorney and Law Clerk, 1996-1997



- Served as lead commercial counsel for global Tier 1 automotive supplier in the $110 million acquisition of joint venture membership interests in a major North American supplier of lighting and signaling systems

- Represented multinational automotive supplier in the formation of minority business enterprise/joint venture for a North American manufacturing operation, including development of organizational structure and counseling during operational start-up phase, as well as negotiation of key agreements with OEM customer and primary supplier

- Acted as lead bankruptcy counsel in the matter of Capitol Bancorp Ltd., a bank holding company with a network of banks and bank operations in ten states and total consolidated assets of approximately $2.0 billion, resulting in a confirmed Chapter 11 plan

- Served as lead bankruptcy counsel in $90 million luxury hotel acquisition pursuant to Bankruptcy Code section 363

- Acted as lead commercial and bankruptcy counsel in $170 million corporate and credit agreement restructuring

- Served as lead bankruptcy counsel for purchaser of landmark, Detroit skyscraper pursuant to Bankruptcy Code section 363

- Served as lead counsel to industrial manufacturer borrower in $55 million revolving line of credit workout

- Advised casino as co-lead counsel with respect to $150 million debtor-in-possession financing facility

## Community

Temple Beth El, Bloomfield Township, Michigan

- Board of Trustees and Executive Committee, Member

- Vice President

French-American Chamber of Commerce, Firm Representative

Detroit Economic Club, Member

## News & Resources

**Publications**

- Form of Manufacturing Supply Agreement (Pro-buyer) (December 2013)
  Contributor
  *PLC Commercial (online), Practical Law Company, Inc.*

- Form of Manufacturing Supply Agreement (Pro-seller) (October 2012)
  Contributor
  *PLC Commercial (online), Practical Law Company, Inc.*

- Working with a Chapter 11 Business Can Be Tricky (August 9, 2010)
  *Michigan Lawyers Weekly*



**Seminars & Events**

- Conflict Minerals - A Discussion with Industry Specialists, 2013 North American International Auto Show January 16, 2013, Speaker
- Customer Insolvencies and Bankruptcies Under the Newly Amended Bankruptcy Code in Michigan: Protecting Your Company When Your Customer Files Bankruptcy, Lorman Education Services Seminar 2006, Speaker
- Customer Bankruptcies: Issues and Answers, Michigan Manufacturers Association 2005, Speaker

## Honors

- *Chambers USA: America's Leading Lawyers for Business*, 2010-2013
  - Recognized as one of America's leading business lawyers in the Banking and Financing field in Michigan; the *Chambers* guide adds:
    - 2013 - "Todd Sable is a bankruptcy specialist, with a particular interest in the automotive and manufacturing industries. Clients report that '*he gives you answers that allow your business people to understand the risks and make informed decisions*.'"
    - 2012 - "Clients say bankruptcy expert Todd Sable '*brings a depth of experience to commercial matters, gets to the heart of issues quickly and focuses on the critical aspects from a customer viewpoint*.'"
- *The Best Lawyers in America*, 2009-2014
- *Michigan Super Lawyers*, 2009-2013
- *DBusiness*, Top Lawyers, 2010-2014
- Martindale-Hubbell AV® Preeminent™ Peer Review Rated



# Gregory R. Schermerhorn

Partner
Leader, Employee Benefits Practice Group

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7638
F: 313.465.7639
gschermerhorn@honigman.com

**PRACTICES**

Corporate
Employee Benefits
Private Equity

Mr. Schermerhorn is a partner in and leader of the Employee Benefits Practice Group. He serves as lead benefits counsel to public and closely held companies, private equity funds, and to tax-exempt organizations and provides extensive experience in the following areas:

- The design, drafting and administration of qualified retirement plans, such as 401(k), profit sharing, and defined benefit (both traditional pension and cash balance) plans
- The design, drafting and administration of welfare benefit plans, including group health, life insurance, disability, flexible spending accounts and retiree health plans
- The structuring of executive compensation, equity-based incentive and severance arrangements
- Statutory and regulatory compliance matters, contract negotiations and fiduciary governance of employee benefit plans
- Multi-employer pension plan matters
- Representation of employers and tax exempt entities in audits, disputes and other matters before the Internal Revenue Service, Department of Labor and the Pension Benefit Guaranty Corporation
- Representation of private equity funds with regard to structuring and monitoring of funds and investments for compliance with the ERISA plan asset rules and related qualification as venture capital operating company and real estate operating company treatment
- Significant representation of public and private companies and private equity funds as to the employee benefit plan aspects of equity and asset purchase and sale transactions

## Experience

- Negotiated a significant, multi-million dollar reduction in a multinational manufacturer's plant shutdown pension funding liability under ERISA with the Pension Benefit Guaranty Corporation (PBGC) and later obtained

**EDUCATION**

University of Detroit, J.D.

- *cum laude*; Alpha Sigma Nu; Frank Murphy Honor Society
- *University of Detroit Law Review*

University of Michigan, A.B.

- with *distinction*

**BAR ADMISSIONS**

Michigan

**COURT ADMISSIONS**

U.S. District Court for the Eastern District of Michigan

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Western District of Michigan

**CLERKSHIPS**

Hon. Patrick J. Duggan, U.S. District Court for the Eastern District of Michigan, Judicial Law Clerk, 1990-1992

12-58409-mbm Doc 798 Filed 03/19/14 Entered 03/19/14 16:02:07 Page 447 of 503


complete relief from the negotiated liability via timely use of PBGC's later announced standards for such relief

- Terminated a large traditional pension plan of a liquidating employer in a timely and cost-reduced manner by obtaining expedited Internal Revenue Service review of unique plan distribution features
- Assisted a publicly traded company in the merger of multiple pension plans into a single pension plan, resulting in long-term cost savings in the administration of the consolidated plan
- Assisted a publicly traded company in the modification of its 401(k) plan to accommodate a joint venture's request to use the company's 401(k) plan for the benefit of the joint venture's workforce
- Assisted a publicly traded company in obtaining an exemption from certain multi-employer pension plan liability obligations in connection with the company's purchase of the assets of a unionized seller

## Professional Affiliations

State Bar of Michigan

- Taxation Section
- Employee Benefits Committee

## News & Resources

**Publications**

- The Brave New World of Equity-Based Compensation Post-409A (May/Jun 2005)
  Co-author
  *Compensation and Benefits Review*
- DHHS Issues New HIPAA Privacy Rule Guidance on Research (January 20, 2004)
- December 2002 HIPAA Law Focus (December 30, 2002)

## Honors

- *Chambers USA: America's Leading Lawyers for Business,* 2010-2013
  - Recognized as one of America's leading business lawyers in the Employee Benefits and Executive Compensation field in Michigan; the *Chambers* guide adds:
    - 2013 - "another of the group's notable attorneys. He focuses his practice on retirement benefit programs and executive compensation issues.
    - 2012 - "impresses clients with '*his patience, calm demeanor and openness to new ideas*.' His practice concentrates on executive compensation and retirement programs."
- *The Best Lawyers in America*, 2013 and 2014
- *DBusiness*, Top Lawyers, 2011-2013



# Joseph R. Sgroi

Partner

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7570
F: 313.465.7571
jsgroi@honigman.com

**PRACTICES**

Corporate
Commercial Transactions
Finance
Bankruptcy, Reorganization and Creditor Rights

Mr. Sgroi possesses extensive experience representing debtors, creditors' committees, customers, suppliers and lenders in commercial bankruptcy and reorganization proceedings, financial restructurings, liquidations and out-of-court workouts throughout the United States. He also possesses extensive experience representing original equipment manufacturers and tier one suppliers.

- Develops strategies for protection of just-in-time supply of component parts produced by non-performing, financially distressed or bankrupt suppliers
- Negotiates contracts among suppliers, other customers, creditors' committees and secured creditors
- Analyzes and advises regarding maintenance of supply relationships, including negotiating supply contracts, reviewing purchase order terms and conditions and providing general advice regarding commercial transactions

## Experience

- Represented Capitol Bancorp Ltd., a bank holding company with a network of banks and bank operations in ten states and total consolidated assets of approximately $2.0 billion, in its Chapter 11, pre-packaged plan of reorganization
- Represented foodservice suppliers in bankruptcy and reorganization proceedings, financial restructurings, liquidations and out-of-court workouts of restaurants, grocery stores and other customers
- Experienced in representing purchasers and sellers of businesses and assets, both in-court and out-of-court
- Advised parties in commercial litigation, preference actions, fraudulent transfer actions and other bankruptcy litigation
- Counseled commercial lenders, both inside and outside of bankruptcy, particularly asset-based lenders

**EDUCATION**

University of Michigan Law School, J.D.

University of Michigan, B.A.

- Political Science

**BAR ADMISSIONS**

Michigan

**COURT ADMISSIONS**

U.S. District Court for the Eastern District of Michigan

U.S. District Court for the Western District of Michigan



- Represented automotive suppliers and customers in connection with the Michigan's Special Tool Builder's Lien Act and Michigan's Moldbuilder's Lien Act
- Experienced in representing suppliers of agricultural goods under the Perishable Agricultural Commodities Act, both inside and outside of bankruptcy

## Professional Affiliations

State Bar of Michigan, Member

- Business Law Section
- Creditor/Debtor Rights Committee

Federal Bar Association, Member

- Bankruptcy Committee

American Bar Association, Member

- Business Law Section
- Young Lawyers Division
- Business Bankruptcy Committee
- Chapter 11 Committee
- Executory Contact Committee

## Honors

- *The Best Lawyers in America,* 2012-2014
- *DBusiness,* recognized as one of "30 in their 30s," 2010
- *DBusiness*, Top Lawyers, 2011, 2013 and 2014
- *Michigan Super Lawyers*, recognized as a Rising Star, 2009-2013



# Aaron M. Silver

Partner
Leader, Bankruptcy and Creditors' Rights

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7560
F: 313.465.7561
asilver@honigman.com

**PRACTICES**

Corporate
Commercial Transactions
Finance
Bankruptcy, Reorganization and Creditor Rights

Mr. Silver possesses widespread experience representing creditors, creditors' committees, customers and lenders in general commercial matters and bankruptcy and reorganization, financial structuring, liquidations and out-of-court workouts.

- Represents original equipment manufacturers and tier one suppliers, including:
  - development of strategies for protection of just-in-time supply of component parts produced by non-performing, financially distressed or bankrupt suppliers
  - contract negotiation among suppliers, other customers, creditors' committees and secured creditors
  - analysis and advice regarding maintenance of supply relationships, including negotiating supply contracts, reviewing purchase order terms and conditions and providing general advice regarding commercial transactions
- Possesses broad experience in numerous aspects of state and federal receiverships, including representing petitioning creditors, borrowers and receivers
- Experience in defending, negotiating and quantitative exposure analysis of preference litigation
- Focuses include Michigan's *Special Tool Builder's Lien Act* and Michigan's *Moldbuilder's Lien Act*, and other alternative rights and liens available to automotive suppliers
- Possesses broad experience analyzing and contesting lien priority disputes, including in commercial litigation and perfection analyses in insolvency proceedings

**EDUCATION**

Indiana University Maurer School of Law, J.D.

- *magna cum laude;* Order of the Coif
- *Indiana University Law Journal,* Managing Editor

Indiana University, M.B.A.

Oakland University, B.S.

- *magna cum laude*

**BAR ADMISSIONS**

Michigan

**COURT ADMISSIONS**

U.S. District Court for the Eastern District of Michigan

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Western District of Michigan


## Experience

- *In re Energy Conversion Devices, Inc.,* et. al. Case. No. 12-43166 E.D of Michigan, the world's largest manufacturer of flexible solar laminates; represented the Debtors as lead counsel in connection with negotiating a pre-petition Plan Support Agreement and initiating a Chapter 11 proceeding; conducted a contested evidentiary hearing to obtain approval of a Management Incentive Plan; and conducted a multi-day contested hearing to obtain plan confirmation
- *In re Edscha North America*, Case No. 09-39055, N.D of Illinois; represented the official committee of unsecured creditors and successfully obtained confirmation of a joint liquidation plan of reorganization
- *In re Whyco Finishing Technology, Inc*., Case No. 08-69940, E.D.of Michigan; lead counsel to the official committee of unsecured creditors and successfully avoided secured creditor's liens on substantially all assets, defeated a plan of reorganization proposed by insider and accomplished a sale of the business at a substantially higher value to the proposed plan
- *In re Sturgis Iron & Metal Co., Inc.,* Case No. 08-02966, W.D. of Michigan; lead counsel to Official Committee of Unsecured Creditors
- *In re Blue Water Automotive Systems, Inc.,* et. al., Case No. 08-43196; lead counsel to major customer

## News & Resources

### Publications

- Investigate to See if the Lawsuit Against Your Client was Discharged in Bankruptcy (August 12, 2011)
  Co-author
  *Michigan Lawyers Weekly*
- Citing Opinion: *In re Connolly North America, LLC* (April 12, 2006)
  *2006 W.L. 936174 (Bankr. E.D. Mich.)*
- Michigan 'Sleeper Tax' on Sales of Real Estate: The "New" Definition of "Gross Receipts" Under SBT (January 24, 2003)
  Co-author
  *Multistate Tax Reporter, Vol. 10, No. 1*

### Seminars & Events

- Receiverships and Dissolutions, Great Lakes States Complex Commercial/Business Court Seminar, Michigan Judicial Institute and National Judicial College, Dearborn, MI
  October 22-25, 2013, Co-presenter

## Honors

- *The Best Lawyers in America,* 2012-2014
- *Michigan Super Lawyers*, Recognized as a Rising Star, 2009-2013
- *DBusiness*, Top Lawyers, 2014



# Daniel L. Stanley

Partner

222 N. Washington Square
Suite 400
Lansing, MI 48933
T: 517.377.0714
F: 517.364.9514
dstanley@honigman.com

**PRACTICES**

State and Local Tax (SALT)
Tax Appeals
Litigation

Mr. Stanley is a seasoned tax appeals attorney with significant experience representing taxpayers in various aspects of state and local taxation, including *ad valorem* real and personal property taxations before the courts and the Michigan Tax Tribunal.

- Provides state tax law representation to many Fortune 500 companies in Michigan and throughout the country

- Possesses extensive experience handling Michigan Business Tax (MBT), Single Business Tax (SBT), Sales Tax, Use Tax, Insurance Company and Retaliatory Tax, investment incentives and tax savings matters

- Represents taxpayers in property tax appeals of industrial and commercial properties

## Experience

- *PFG Enterprises v Michigan Department of Treasury,* Michigan Court of Appeals Docket No. 305948 (December 27, 2012, SBT, Sales of TPP v Sales of Services)

- *Publications International v Michigan Department of Treasury,* Court of Appeals Docket Nos. 302441, 307350 (December 12, 2012, SBT, Nexus, Sales Factor)

- *Random House v Michigan Department of Treasury,* Michigan Court of Appeals Docket No. 307035 (November 27, 2012, SBT, Capital Acquisition Deduction)

- *E.I. du Pont v Michigan Department of Treasury,* Michigan Court of Appeals Docket No. 304758 (August 12, 2012, SBT, Non-Unitary Gain)

- *Pfizer, Inc. v Department of Treasury,* Michigan Court of Appeals Docket No. 301632 (February 14, 2012, SBT, Royalty Income)

- *Reynolds Metals Company, LLC v Department of Treasury,* Michigan Court of Appeals Docket No. 300001 (March 20, 2012, SBT, Non-Unitary Gain)

**EDUCATION**

University of Michigan Law School, J.D.

- *magna cum laude*
- *University of Michigan Law Review,* Contributing Editor

Stanford University, M.S.

- Aeronautics and Astronautics

San Diego State University, B.S.

- Aerospace Engineering

**BAR ADMISSIONS**

Michigan

**COURT ADMISSIONS**

U.S. District Court for the Eastern District of Michigan

U.S. District Court for the Western District of Michigan


- *Uniloy Milacron USA, Inc. v Department of Treasury,* Michigan Court of Appeals Docket No. 300749 (January 27, 2012, SBT, Situs of Sales)

- *Comcast v Michigan Department of Treasury,* Michigan Court of Appeals Docket No. 293433 (June 9, 2011, Capital Acquisition Deduction)

- *Vestax Securities Corporation v Michigan Department of Treasury,* Michigan Supreme Court Docket No. 142535 (June 1, 2011, SBT, Nexus)

- *American Home Products Corp. v Michigan Department of Treasury,* Michigan Court of Appeals Docket No. 292344 (September 28, 2010, SBT Combined Return)

- *Newark Morning Ledger Co. v Michigan Department of Treasury,* Michigan Court of Appeals Docket No. 283723 (December 8, 2009, SBT Royalties)

- *Escanaba Paper Company v Michigan Department of Treasury,* Michigan Court of Appeals Docket No. 286144 (November 19, 2009, Use Tax Industrial Processing)

- *Aramark Service, Inc. v Michigan Department of Treasury,* Michigan Court of Appeals Docket No. 284267 (August 11, 2009, SBT Interest)

- *Alliance OBGYN v Michigan Department of Treasury,* Michigan Court of Appeals Docket No. 280125 (August 4, 2009, SBT Credit)

- *Central National-Gottesman, Inc. v Michigan Department of Treasury,* Michigan Court of Claims Case No. 06-15-MT (October 5, 2007, SBT Unitary)

- *Prudential Property & Casualty Ins Co and Prudential Ins Co v Michigan Department of Treasury,* Michigan Court of Appeals Docket Nos. 260203 and 260204 (September 19, 2006, Retaliatory Tax)

- *International Home Foods, Inc. v Department of Treasury and Lenox, Inc. v Department of Treasury,* 268 Mich App 356; 708 N.W.2d 711 (2005, SBT Nexus)

- *JW Hobbs Corp v Department of Treasury,* 268 Mich App 38; 706 NW2d 460 (2005, SBT Nexus)

- *Dana Corp v Department of Treasury,* 267 Mich App 690; 706 NW2d 204 (2005, SBT Capital Acquisition Deduction)

- *Brunswick Bowling & Billiards Corp. v Department of Treasury,* 267 Mich App 682; 706 NW2d 30 (2005, Use Tax)

- *Fluor Enterprises, Inc v Department of Treasury,* 265 Mich App 711; 697 NW2d 539 (2005, SBT Apportionment)

- *Wolverine V, L. P., et al. v Michigan Department of Treasury,* 265 Mich App 455, 695 NW2d 92 (2005, SBT Casual Transaction)

- *Rayovac Corporation v Department of Treasury,* 264 Mich App 441; 691 NW2d 57 (2004, SBT Nexus)

- *Catalina Marketing Sales Corporation v Michigan Department of Treasury,* 470 Mich 13, 678 NW2d 619 (2004, Use Tax)

- *TIG Insurance Co., Inc., v Michigan Department of Treasury,* 464 Mich 548, 629 NW2d 402 (2001, Retaliatory Tax)


- *Jefferson Smurfit Corporation v Michigan Department of Treasury,* 248 Mich App 271; 639 NW2d 269 (2001, SBT Capital Acquisition Deduction)
- *WPGP1, Inc. v. Michigan Department of Treasury,* 240 Mich App 414, 612 NW2d 432 (2000, Use Tax)

## Professional Affiliations

State Bar of Michigan

## News & Resources

**Publications**

- Happy St. Patrick's Day! Barr Laboratories Brings Clarity To Murky Questions of Michigan Single Business Tax Nexus (July 24, 2009)
  *Tax Management Inc., Multistate Tax Report, Vol. 16, No. 7*

## Prior Employment

- United States Air Force, Pilot



# Shawn A. Strand

Partner

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7634
F: 313.465.7635
sstrand@honigman.com

**PRACTICES**

Corporate
Tax
Insurance Tax
Trusts and Estates

Mr. Strand is a tax attorney with extensive experience advising clients regarding corporate and partnership taxation, mergers and acquisitions, tax-exempt entities, individual tax collection matters and taxation of captive insurance companies.

- Advises clients regarding captive domiciles, ownership structure and operations for legal and tax purposes
- Counsels individuals on various aspects of estate and wealth transfer planning, including the preparation of wills and trusts, and the formation and operation of private foundations and public charities

**EDUCATION**

University of Michigan Law School, J.D.

- *magna cum laude*

University of Michigan, B.S.

- Computer Science

**BAR ADMISSIONS**

Michigan

## News & Resources

**Publications**

- Signing the Final S Corporation Return after a Stock Acquisition that Terminates the S Election (Winter 2011)
  *Michigan Tax Lawyer, State Bar of Michigan, Volume XXXVII, Issue 1, Page 18*
- Taxation (January 1, 2009)
  *Michigan Business Formbook, The Institute of Continuing Legal Education, 2nd Edition*

## Honors

- *Michigan Super Lawyers*, Recognized as a Rising Star, 2013



# Phillip D. Torrence

Partner
Office Managing Partner, Kalamazoo
Leader, Financial Institutions; and Securities and Corporate Governance Practice Groups

Columbia Plaza
350 E. Michigan Avenue
Suite 300
Kalamazoo, MI 49007
T: 269.337.7702

**PRACTICES**

Corporate
Financial Institutions
Private Equity
Securities and Corporate Governance
Venture Capital
International Transactions

Mr. Torrence represents both public and private companies in a wide range of industries, including the medical device and life sciences industries and the financial services sector.

- Represents commercial banks (and their holding companies), investment banks and insurance companies regarding regulatory and enforcement issues, mergers, acquisitions, capital markets, corporate governance and counseling
- Advises financial institutions on their transactional and regulatory matters
- Handles acquisitions of publicly traded companies and in hostile takeover transactions – most recently representing the Special Committee of the Board of Directors of Fremont InsuraCorp in connection with the unsolicited takeover bid received from Biglari Holdings, Inc.
- Responsible for representing clients in more than 40 bank merger and acquisition transactions and more than 100 venture capital financings totaling in excess of $700 million of investment proceeds
- Regularly counsels clients in structuring, negotiating and consummating acquisition, sale and change of control transactions, both friendly and unfriendly
- Represents boards of directors and special board committees in connection with significant corporate transactions, complex related party transactions, disputes with major shareholders, solicited and unsolicited change of control transactions and corporate governance matters generally
- Advises clients regarding interstate banking and branching and regulatory approvals
- Provides advice to financial institutions regarding compliance with federal laws and regulations
- Extensive experience in evaluating, structuring and negotiating complex business transactions, including technology transfers from universities, medical centers and private industry; venture capital financings; strategic research, development and commercialization arrangements between

**EDUCATION**

University of Utah, J.D.

- William H. Leary Scholar
- Moot Court Competition

Hope College, B.A.

- Washington Honors Semester
- Phi Sigma Alpha

**BAR ADMISSIONS**

Michigan


large pharmaceutical companies, biotech companies and major research universities; out-licensing and in-licensing agreements; clinical trials agreements and private placements

- Serves on the firm's Board of Directors, as Managing Partner of the Kalamazoo Office and as Leader of the Financial Institutions and Securities and Corporate Governance Practice Groups

## Experience

- Assisted public companies in the preparation of their periodic SEC reports, filings and advice in connection with insider transactions (including Section 16 and Section 10(b) and Rule 10b-5), Regulation FD disclosure obligations, option and other equity-based compensation plans, spin-offs, going private transactions, tender offers, proxy contests, corporate restructurings, change in control and other transactional (M&A) events
- Assisted Audit, Compensation and Nomination Committees in complying with the requirements of the SEC and national securities exchanges
- Advised boards, their committees and their financial advisors regarding fiduciary duties and other corporate governance issues, including management succession and compensation, board composition and structure, conflict of interest avoidance, and specific NYSE and NASDAQ corporate governance requirements

**Mergers and Acquisitions**

- Handled more than 100 merger and acquisitions transactions for companies in diverse industry sectors, including:
    - Advertising agencies and alternative marketing
    - Aftermarket automotive suppliers
    - Financial institutions
    - Financial services
    - Insurance companies
    - Life science and drug development companies
    - Manufacturing
    - Medical device companies
    - Medical supply
    - Motorsports
    - Social media
    - Software and IT
    - Tier 1 and Tier 2 automotive suppliers
- Advised venture capital-backed technology companies in connection with their sale transactions



- Led Honigman's ranking by SNL Financial as the No. 1 law firm in the United States as the legal adviser for banks and thrifts ranked by number of deals in 2010, according to SNL Financial, a leading source for banking data and news
- Represented board of directors in connection with management buy out and related recapitalization valued at $300 million

**Securities Offerings and Reporting Matters**

- Corporate Compliance, Regulatory Matters and Governance:

  - *Public Offerings:* Represented public companies and companies seeking to access public markets in initial public offerings (IPOs) and/or direct public offerings (DPOs), confidentiality marketed public offerings (CMPOs), as well as debt or hybrid securities secondary offerings of equity, including the preparation of registration statements and prospectuses, assistance in negotiating underwriting and placement arrangements, preparation of listing applications on NYSE and NASDAQ in the U.S., the ASX in Australia and related transactional aspects of the offerings

  - *Private Offerings/PIPES*: Represented issuers of securities in private transactions, which include Regulation D, Regulation S and PIPE transactions

  - *Transactions*: Performed a wide range of complex corporate transactions, including merger and acquisitions, hostile and friendly tender offers, going private transactions, the conversion of mutual insurance companies, the formation of downstream holding companies for insurance companies, financial services securities matters and bank holding company matters

- *Venture Capital Finance*: Represented issuers and private equity and venture capital funds in more than 100 financings totaling more than $700 million in the life sciences, healthcare, technology, services and retail industries

**Hostile Takeovers and Proxy Contests**

- Extensive experience with unsolicited takeover proposals, proxy contests for corporate control and related areas
- Represented corporations in connection with complex acquisitions, and as an adviser to boards of directors regarding strategic planning, anti-takeover defenses and best practices in corporate governance

## INDUSTRY CONCENTRATION

**Financial Institutions**

- Represented Wide Open West Finance, LLC in connection with its exchange offer for its $725 million aggregate principal amount of outstanding 10.250% senior notes due 2019 and $295 million aggregate principal amount of outstanding 13.375% senior subordinated notes due 2019

- *Holding Companies and Subsidiaries*: Experienced in formation of bank holding companies, *de novo* banks and thrifts, financial subsidiaries, and operating subsidiaries

- *Bank Regulation and Enforcement*: Represented clients before the Federal Reserve, OCC, FDIC, OTS and state bank regulators regarding applications and examinations, regulatory capital, charter conversions, banking powers, regulatory enforcement actions and various compliance issues


- *Private Investments in Banks and Bank Holding Companies*: Assisted investors and financial institutions with regulatory issues associated with Federal restrictions associated with bank and bank holding company investments and has assisted family partnerships with applications for "Qualified Family Partnership" status with the Federal Reserve Board

**Medical Device and Life Science Companies**

- Represented growing life science companies and medical device companies throughout the country in securing venture capital from leading domestic and international investors
- Assisted life science and medical device clients in growing and entering new business lines through corporate partnerships and strategic licensing arrangements

## Professional Affiliations

American Bar Association

- Business Law Section, Member
- Negotiation Acquisitions Committee
- Venture Capital and Private Equity Committee

State Bar of Michigan

Kalamazoo County Bar Association

- Board of Directors, Member, 1999-2001
- Young Lawyer's Division, Chair, 1999-2001
- Pro Bono Committee

## Community

Kalamazoo Institute of Arts

- Board of Directors, 2009-present
- Corporate Committee, 2005-2007

The Kalamazoo Civic Theater

- Board of Directors, 2007-2010

Zion Lutheran Church

- Board of Directors, 2007-2010

Kalamazoo County Chamber of Commerce



## News & Resources

**Publications**

- 2012 Strategic Buyer/Public Target Mergers and Acquisitions Deal Points Study
  Contributing author
  *American Bar Association's Business Law Section*
- 2011 Strategic Buyer/Public Target Mergers and Acquisitions Deal Points Study (2011)
  Contributing author
  *American Bar Association's Business Law Section*
- 2010 Strategic Buyer/Public Target Mergers and Acquisitions Deal Points Study (2010)
  Contributing author
  *American Bar Association's Business Law Section*
- 2009 Strategic Buyer/Public Target Mergers and Acquisitions Deal Points Study (2009)
  Contributing author
  *American Bar Association's Business Law Section*
- 2009 Private Target Mergers and Acquisitions Deal Points Study (2009)
  Contributing author
  *American Bar Association's Business Law Section*
- Legal Considerations in Exit Strategies: IPO vs. Sale (May 2008)
  Contributing author
  *Wiley Finance*
- 2008 Strategic Buyer/Public Target Mergers and Acquisitions Deal Points Study (2008)
  Contributing author
  *American Bar Association's Business Law Section*
- Going Private Transactions on the Rise (April 2007)
  *Midwest In-House*
- 2007 Strategic Buyer/Public Target Mergers and Acquisitions Deal Points Study (2007)
  Contributing author
  *American Bar Association's Business Law Section*
- 2007 Private Target Mergers and Acquisitions Deal Points Study (2007)
  Contributing author
  *American Bar Association's Business Law Section*
- 2007 Private Equity Buyer/Public Target Mergers and Acquisitions Deal Points Study (2007)
  Contributing author
  *American Bar Association's Business Law Section*
- Pace of Regional Mergers & Acquisitions Activity Up Moving into '06 (March 6, 2006)
  Legal Consultant
  *MiBiz West*


- Life Sciences Mergers & Acquisitions Activity Thrives in the Region (February 23, 2006)
  Legal Consultant
  *Business Review Western Michigan*
- First Annual Public Target Mergers and Acquisitions Deal Points Study (2006)
  Contributing author
  *American Bar Association's Section of Business Law*

**Seminars & Events**

- Analyze That! Deal Trends and Considerations in Community Bank Mergers and Acquisitions in 2012, Bankers Education Summit and Trade Show: BEST, Michigan Bankers Association, Traverse City, MI
  April 11-13, 2012, Speaker
- Selling Your Venture Capital-Backed Portfolio Company – Traps for the Unwary, ExecSense, Webinar
  March 15, 2011, Presenter
- Emerging Trends in Enterprise Risk Management Standards and Regulations, Marsh's Academy of Risk, Hosted by Honigman and Marsh, Grand Rapids, MI
  November 11, 2010, Presenter
- Buying and Selling Your Business, Private Breakfast Panel Event Co-Hosted by Honigman, BDO and Seneca Partners, Kalamazoo, MI
  October 5, 2010, Speaker
- SEC Issues Update Conference Agenda, Detroit, MI
  September 14, 2010
- Dodd-Frank Wall Street Reform and Consumer Protection Act: The Impact of Dodd-Frank on the Banking Industry, Bowne Annual SEC Issues Update Seminar, Detroit, MI
  September 14, 2010, Panelist
- May your Partnering Be Long Lived and Prosperous (Why partnering is important to your company's long-term health), MichBio's 2010 Annual Business Meeting and Showcase, Grand Rapids, MI
  April 21, 2010, Panelist
- Analyze That: Insights from the 2007 Deal Points Studies on Private Targets, Public Targets, and Public Target LBOs, State Bar of Michigan/ICLE's 20th Annual Business Law Institute, Dearborn, MI
  June 14, 2008, Presenter
- West Side Story, Michigan Lawyers Speak, Ann Arbor Business Review, Ann Arbor, MI
  March 12, 2008, Panelist
- Analyze That! Recent Trends in Mergers and Acquisitions Transactions, Merrill Corporation, Dearborn, MI
  February 19, 2008, Presenter
- Experts Speak: Structuring Biotech Mergers and Acquisitions Transactions, MichBio Expo, Lansing, MI
  October 17, 2007, Panelist
- Electronic Delivery of Annual Meeting Materials – e-Proxy Interactive Financial Data – XBRL, Merrill Corporation, Grand Rapids, MI
  October 3, 2007, Panelist



- Closing the Deal: How to Successfully Conclude the Mergers and Acquisitions Transaction, State Bar of Michigan Business Law Section
  November 9, 2006, Panelist

- Selling the Venture-Backed Company, Mergers and Acquisitions Boot Camp, DealLawyers.com
  July 17, 2006, Presenter

- Making the Right Business Acquisition or Sales: Successful Strategies for Acquiring, Growing, and Selling a Business, Kalamazoo, MI
  February 21, 2006, Presenter

## Honors

- *Michigan Lawyers Weekly,* recognized as one of 25 "Leaders in the Law," 2012

- *Michigan Super Lawyers*, 2009-2013

  - Recognized as one of the Top 100 *Michigan Super Lawyers*, 2013

## Prior Employment

- Miller, Canfield, Paddock and Stone, P.L.C., Senior Partner, 2006-2008; Associate, 2001-2005; Chairman, Venture and Technology Group; Deputy Leader, Kalamazoo Office

- Varnum, Riddering, Schmidt & Howlett, LLP, Associate Attorney, 1999-2001

- Utah Attorney General's Office, Law Clerk, 1998-1999, Criminal Appeals Division

- United States District Court, Judicial Extern to The Honorable Dee Benson, 1998

- Utah Supreme Court, Judicial Extern to The Honorable Christine M. Durham, 1998



# Alan M. Valade

Partner

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7636
F: 313.465.7637
avalade@honigman.com

**PRACTICES**

Corporate
Tax
Trusts and Estates
Investment Incentives and Tax Savings
State and Local Tax (SALT)

Mr. Valade is an experienced corporate attorney with a particular concentration in the areas of federal and state taxation and business planning.

- Possesses extensive experience in counseling individuals, partnerships, limited liability companies and corporations in matters of tax, business law, tax incentives and economic development
- Speaks frequently on tax, economic development and business law topics and has published numerous articles on tax and business law issues
- Served the firm as the past Tax Department Chair

## Professional Affiliations

American Bar Association, Committee on State and Local Tax

State Bar of Michigan, Taxation Section

State Bar of Florida, Real Property Section

Ingham County Bar Association

## News & Resources

**Publications**

- The Michigan Tax Implications of the Court of Appeals' Ruling that the Federal Check-the-Box Regulations Do Not Apply to Michigan's Single Business Tax (Fall 2009)
  *35 Michigan Tax Lawyer 27*

- The Michigan Tax Implications of The Court of Appeals' Ruling That the Federal Check-The-Box Regulations Do Not Apply to Michigan's Single Business Tax (July 23, 2009)

- Michigan's New Sleeper Tax on Sales of Real Estate - The "New" Definition of "Gross Receipts" Under the Single Business Tax Act (Fall 2002)
  Co-author
  *29 Michigan Real Property Review 123*

**EDUCATION**

New York University School of Law, LL.M.

- Tax

Wayne State University Law School, J.D.

University of Michigan, B.A.

Oakland Community College

**BAR ADMISSIONS**

Florida

Michigan

**COURT ADMISSIONS**

U.S. Court of Appeals for the Sixth Circuit

U.S. Court of Federal Claims

U.S. District Court for the Eastern District of Michigan

U.S. District Court for the Middle District of Florida

U.S. District Court for the Western District of Michigan

U.S. Supreme Court

U.S. Tax Court



- The Michigan Single Business Tax (1991)
  Co-author
  *Corporate Tax Publishers State and Local Tax Portfolio Series*
- Michigan's Single Business Tax Capital Acquisition Deduction- Where Do We Go From Here? (1990)
  *9 Journal of State Taxation 45*
- Michigan Court Invalidates SBT Capital Acquisition Deduction (1990)
  *State Tax Times,Vol. 6, Issue 2*
- The Nexus Standard Under Michigan's Single Business Tax Act and Throwback Sales (1989)
  *41 Michigan CPA 54*
- The Michigan Single Business Tax: Throwback Sales and Public Law 86-272 (1989)
  Co-author
  *7 Interstate Tax Report No. 10*
- The Jurisdictional Scope of the Michigan SBT: An Update (1989)
  Co-author
  *7 Interstate Tax Report No. 12*
- State and Local Tax Update - Recent Cases (1989)
  *15 Michigan Tax Lawyer 53*
- Discriminatory Taxation: Michigan's Single Business Tax Capital Acquisition Deduction (1986)
  *68 Michigan State Bar Journal 502*

**Seminars & Events**

- Real vs. Personal Property, Michigan Tax Conference, Novi, MI
  November 2008
- 2008 Michigan Unemployment Insurance Update, 2008 Michigan Tax Conference, Michigan Association of Certified Public Accountants
  2008
- Practical Aspects of Working With the Unemployment Insurance Agency - 2007 State Tax Forum, Michigan Association of Certified Public Accountants
  2007
- Strategies For Handling A Michigan Unemployment Insurance Agency Audit - 2006 Michigan Tax Workshop, Michigan Association of Certified Public Accountants
  2006
- Indiana Tax Conference 2006 – Michigan Developments, Indiana Chamber of Commerce
  2006
- Michigan Tax Update, Tax Executives Institute Inc., Detroit Chapter
  2005
- Current Estate and Gift Tax Valuation Cases, IRS Administrative Developments and Legislation, Michigan Association of Certified Public Accountants
  2000



- Michigan Sales, Use and Single Business Taxes, Advanced Sales and Use Tax Conference, Interstate Tax Corporation
  1999

- Current Issues in Michigan Taxation and Case Law Update, Michigan Tax Workshop, Michigan Association of Certified Public Accountants
  1999

- Michigan and Federal Tax Incentives, Brownfield Redevelopment in Michigan, Consumers Renaissance Development Corporation
  1998

- Automotive Dealers and Suppliers Conference, State Tax Update, Michigan Association of Certified Public Accountants
  1998

- S Corporation Update, Michigan Association of Certified Public Accountants
  1995

- Current Michigan Sales, Use and Business Taxation Issues, Lorman Business Center Seminar
  1993

- Michigan's Single Business Tax and Recent Value-Added Tax Proposals in Texas and Florida, Tax Executives Institute
  1992

- Michigan Single Business Tax, Lorman Business Center Seminar
  1992

- Tax Planning for the Business Lawyer, Michigan Institute for Continuing Legal Education Seminar
  1991

- Real Estate Tax Planning & Appeals, Michigan Institute for Continuing Legal Education Seminar
  1991

- Multistate and Other Tax Issues, Lorman Business Center Seminar
  1991

## Honors

- *The Best Lawyers in America,* 2005, 2007, 2013 and 2014
  - Named 2013 Detroit Tax "Lawyer of the Year"

- *DBusiness*, Top Lawyers, 2010

- Martindale-Hubbell AV® Preeminent™ Peer Review Rated

- *Michigan Super Lawyers*, 2007

- *Who's Who Legal: The International Who's Who of Business Lawyers*: Named in the 2008 edition



# Lawrence A. Lichtman

Senior Attorney

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7590
F: 313.465.7591
llichtman@honigman.com

**PRACTICES**

Litigation
Bankruptcy, Reorganization and Creditor Rights
Commercial Transactions

Mr. Lichtman is a litigation and commercial transactions attorney who has extensive experience representing debtor companies and committees of unsecured creditors in Chapter 11 reorganization cases and out of court restructurings throughout the United States, with an emphasis on automotive insolvency matters involving Tier One suppliers.  Mr. Lichtman also has significant experience in complex bankruptcy litigation, including fraudulent transfer actions.

- Counsels Tier One automotive suppliers
- Assists in supply chain issues on behalf of both OEMs and suppliers, including negotiation of supply contracts and analysis and advice relating to the maintenance of supply relationships
- Represents creditors and debtors in commercial bankruptcy cases, out of court loan workouts and various commercial disputes and business litigation
- Advises on lender forbearance arrangements, customer accommodation agreements, customer resourcing, sales and acquisitions (including Bankruptcy Code Section 363 sales) and financing transactions

## Experience

- Significant experience in complex bankruptcy litigation, including fraudulent transfer actions
- Broad-based commercial experience in supply chain issues involving OEMs and suppliers, including negotiation of supply contracts and analysis and advice relating to the maintenance of supply relationships
- Extensive transactional experience, including lender forbearance arrangements, customer accommodation agreements, customer resourcing, sales and acquisitions (including Bankruptcy Code Section 363 sales) and financing transactions
- Acted as external general counsel to Tier 1 suppliers

**EDUCATION**

Michigan State University College of Law, J.D.

- *cum laude*
- *Law Review*, Note and Comment Editor

University of Michigan, A.B.

- Political Science

**BAR ADMISSIONS**

Michigan

**COURT ADMISSIONS**

U.S. Court of Appeals for the Sixth Circuit

U.S. District Court for the Eastern District of Michigan

U.S. District Court for the Western District of Michigan

U.S. District Court for the Northern District of Ohio


- Represents creditors and debtors in commercial bankruptcy cases, out of court loan workouts and various commercial disputes and business litigation

## Professional Affiliations

State Bar of Michigan

- Business Law Section

Federal Bar Association

American Bar Association

Oakland County Bar Association

## Community

City of Farmington Hills, MI

- Mayor, 1994-1995

- City Council, Member, 1989-1995

- Ice Arena Study Committee, Chairman, 1992-1994

- Board of Zoning Appeals, Chairman, 1987-1988; Member, 1987-1989

- Planning Commission, Member, 1989

## News & Resources

**Publications**

- "Fraud and the Bankruptcy Code" (2007)
  Chapter Co-Author
  *The Handbook of Fraud Deterrence, John Wiley & Sons, Inc.*

**Seminars & Events**

- Appointed Professional Compensation, Federal Bar Association, Western District of Michigan, Bankruptcy Section Seminar
  2003

- LaSalle: The Practical Implications & Other Chapter 11 Issues, Federal Bar Association, Western District of Michigan, Bankruptcy Section Seminar
  2000

## Honors

- *Michigan Super Lawyers*, 2008-2013


- *DBusiness*, Top Lawyers, 2010

- *Small Turnaround of the Year*, Turnaround Management Association (TMA), Chicago/Midwest Chapter, 2007

- *Crain's Detroit Business*, recognized as one of *Crain's* "40 Under 40" Metropolitan Detroit business leaders under the age of 40, 1994

- Martindale-Hubbell AV® Preeminent™ Peer Review Rated



# James E. Clegg

Associate

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7366
F: 313.465.7367
jclegg@honigman.com

**PRACTICES**

Corporate
Tax

Mr. Clegg is an attorney in the Corporate Department and a member of the Tax Practice Group.

- Provides assistance on a variety of tax matters

## News & Resources

**Seminars & Events**

- Certain Aspects of the Federal Income Tax Treatment of Virtual Currencies, State Bar of Michigan Taxation Section's Business Entities Committee
  October 11, 2013, Co-presenter

## Prior Employment

- Mayer Brown LLP, Associate, 2011-2013
- Angelo Gordon & Co, Legal Counsel, 2011
- Zions Bancorporation, Loan Officer, 2006-2007

**EDUCATION**

New York University School of Law, LL.M.

- Taxation
- Recipient of Dean's Graduate Scholarship

Cornell University Law School, J.D./LL.M.

- International and Comparative Law
- CALI Excellence for the Future Award
- 2008 Suzhou, China Summer Law Institute

University of Utah, B.A.

- English
- Beehive Scholar Candidate

**BAR ADMISSIONS**

Michigan (pending)

New York

**LANGUAGES**

Cantonese

12-58409-mbm Doc 798 Filed 03/19/14 Entered 03/19/14 16:02:07 Page 470 of 503



# Amy M. Floraday

Associate

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7386
F: 313.465.7387
afloraday@honigman.com

**PRACTICES**

Corporate
Commercial Transactions
Bankruptcy, Reorganization and Creditor Rights

Ms. Floraday focuses her practice on assisting clients in due diligence matters and drafting of transactional documents for the purchase of distressed and non-distressed assets.

- Provides clients with organizational marketing and subscription documents
- Represents creditors, debtors, customers and lenders in general commercial matters and bankruptcy and reorganization, financial structuring, liquidations and out-of-court workouts
- Advises purchasers and sellers of businesses and assets, both in-court and out-of-court
- Represents commercial lenders, both inside and outside of bankruptcy, particularly asset-based lenders.
- Extensive representation of original equipment manufacturers, including:
  - Contract negotiation among suppliers, other customers and secured creditors
  - Analysis and advice regarding maintenance of supply relationships, including negotiating supply contracts, reviewing purchase order terms and conditions and providing general advice regarding commercial transactions
- Advises clients with respect to in defending, negotiating and quantitative exposure analysis of preference litigation

## Prior Employment

- Latham & Watkins LLP, Associate, 2010-2011

**EDUCATION**

University of Michigan Law School, J.D.

Andrews University, B.S.

- Mathematics
- *summa cum laude;* John Nevins Andrews Scholar

Andrews University, B.B.A.

- Economics
- *summa cum laude;* John Nevins Andrews Scholar

**BAR ADMISSIONS**

Illinois

Michigan

**COURT ADMISSIONS**

U.S. District Court for the Northern District of Illinois


# Chauncey C. Mayfield II

Associate

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7536
F: 313.465.7537
cmayfield@honigman.com

**PRACTICES**

Corporate

Commercial Transactions

Bankruptcy, Reorganization and Creditor Rights

Mr. Mayfield is a corporate attorney who focuses his practice on representing entrepreneurs and private and public companies on a variety of matters, including acquisitions and dispositions, capital market transactions, commercial contract negotiations, supply-chain management, bankruptcy and general corporate law.

- Advises automotive original equipment manufacturers, automotive suppliers, and general manufacturing clients on transactions under Article 2 and Article 9 of the Uniform Commercial Code, including negotiating supply agreements, developing and reviewing purchase order terms and conditions, and providing general advice regarding commercial transactions and supply-chain issues
- Represents clients in entity formation, capital market transactions, joint venture agreements and general corporate governance
- Assists creditors, debtors, and lenders in commercial bankruptcy, financial restructuring, liquidations, and loan workouts

## Experience

- Assisted in representing original equipment manufacturer in the purchase and foreclosure of secured loan from U.S. government agency
- Advised original equipment manufacturer in the negotiation and drafting of various long-term supply contracts
- Provided guidance to general manufacturing client in drafting of purchase order terms and conditions
- Assisted Tier 1 automotive supplier with international joint-venture agreement
- Represented Tier 2 automotive supplier in negotiating and drafting complex long-term international supply agreement
- Assisted private equity client in closing of $50 million add-on acquisition of a technology company

**EDUCATION**

University of Michigan Law School, J.D.

- *cum laude*; Michigan Real Property Book Award
- Henry M. Campbell Moot Court Competition, Quarterfinalist

Purdue University, B.A.

- Political Science
- Certificate in Entrepreneurship and Innovation

**BAR ADMISSIONS**

District of Columbia

Michigan


- Advised Capitol Bancorp Ltd., a national bank holding company with total assets of approximately $2 billion, in its Chapter 11 reorganization

## Professional Affiliations

American Bar Association

- Young Lawyer Division
- Business Law Section

District of Columbia Bar Association

## Honors

- 2013 Lawyers of Color “Hot List” (Midwest Region)

## Prior Employment

- General Counsel, P.C. (2012-2013)



# Robert M. Riley

Associate

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7572
F: 313.465.7573
rriley@honigman.com

**PRACTICES**

Litigation

Commercial Transactions

Bankruptcy, Reorganization and Creditor Rights

Mr. Riley is an associate in the Litigation Department and a member of the Commercial Transactions and Bankruptcy, Reorganization and Creditor Rights Practice Groups. His multi-disciplinary litigation experience includes commercial transactions, shareholder disputes, corporate restructuring and corporate bankruptcy.

- Represents private equity firms, portfolio companies, real estate investment firms, and their directors and officers in shareholder and derivative litigation
- Develops strategies for protection of just-in-time supply of component parts produced by non-performing, financially distressed or bankrupt suppliers
- Advises regarding maintenance of supply relationships, including supply contracts, purchase order terms and conditions, and general commercial transactions
- Represents creditors, debtors and customers with respect to commercial matters, financial structuring, and out-of-court workouts

## Experience

- Represented private equity firm in connection with claim against former shareholder of portfolio company for breach of purchase agreement representations and warranties
- Counseled clients in supply chain litigation, breach-of-contract litigation, temporary restraining order and preliminary injunction proceedings, and lien disputes
- Advised Capitol Bancorp Ltd., a national bank holding company with total assets of approximately $2 billion, in its Chapter 11 reorganization
- Served as an intern while attending undergraduate and law school to various organizations, such as:

**EDUCATION**

Wayne State University Law School, J.D.

- *cum laude*
- Federal Bar Association, WSU Law School Chapter, Founding President; Moot Court Team

University of Michigan, B.A.

- Political Science and French

**BAR ADMISSIONS**

Illinois

Michigan

**COURT ADMISSIONS**

U.S. District Court for the Eastern District of Michigan

**CLERKSHIPS**

Justice Bridget McCormack, Michigan Supreme Court, Transition Director/Law Clerk, 2012-2013

Justice Marilyn Kelly, Michigan Supreme Court, Senior Law Clerk, 2008-2012



- U.S. Department of Justice – Detroit Office, U.S. Attorney's Office, Civil Division (2008)
- U.S. District Court for the Eastern District of Michigan, Judge Nancy G. Edmunds (2006)
- Michigan Governor Jennifer Granholm, Michigan Leadership Development Program (2004)
- University of Michigan Stephen M. Ross School of Business, Dr. David Brophy, Director, Center for Venture Capital and Private Equity Finance (2003)

## Professional Affiliations

State Bar of Michigan

- Young Lawyers Section

Illinois State Bar Association

## Community

University of Michigan Alumni Association

- Alumni NetWorks Mentoring Program, 2009-present

Wayne State University Law School Alumni Association

- Board of Directors

Detroit Country Day School

- Alumni Mentoring Program, 2009-present
- Biannual Career Day Presenter

## Prior Employment

- Riley & Hurley, P.C., Legal Assistant (2003-2007)



# Mary Bonnici

Tax Consultant

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7188
F: 313.465.7189
mbonnici@honigman.com

**PRACTICES**

Corporate
Tax

Ms. Bonnici is a tax consultant in the Corporate Department with more than 20 years of experience in tax compliance, forecasting and planning at international, federal and state tax levels.

- Analyzes the cash and tax effects of complex tax and estate planning transactions
- Extensive experience with tax compliance for individuals, business entities and nonprofit entities
- Advises on international taxation issues
- Provides settlement projections

## Professional Affiliations

Michigan Association of Certified Public Accountants, 1982-present

## Prior Employment

- KPMG, 1984-1987

**EDUCATION**

Wayne State University, B.S.

- Business Administration
- with *high* distinction



# Mark A. Hilpert

Tax & Economic Incentive Consultant

222 N. Washington Square
Suite 400
Lansing, MI 48933
T: 517.377.0727
F: 517.364.9527
mhilpert@honigman.com

**PRACTICES**

Real Estate
Tax Appeals
Investment Incentives and Tax Savings
State and Local Tax (SALT)
Sustainability and Renewable Energy

Mr. Hilpert is a tax and economic incentive consultant with more than 20 years of state and local tax experience in Michigan.

- Advises clients on state and local tax matters, particularly property tax issues, and assisting in securing tax credits, grants and other government economic development incentives
- Represents clients during tax audits and before state administrative agencies, including the Michigan Tax Tribunal
- Certified Public Accountant and a Certified Michigan Property Tax Assessor

**EDUCATION**

Wayne State University, M.A.

Wayne State University, B.A.

## Experience

- Served over eight years as Chairman of Michigan's State Tax Commission, three years as a Michigan Tax Tribunal Judge and four years as Deputy State Treasurer
- Served as policy advisor to the Michigan State Senate and chief aid to the Senate Finance Committee
- Worked as a Senior Tax Manager at a "big four" accounting firm and a tax consultant at another major law firm
- Frequent lecturer on property tax and tax incentive topics at various organizations, including Institute of Professionals in Taxation; Michigan Realtors Association; Cooley Law School; Michigan Association of CPA's; Independent Accountants Association of Michigan; Council on State Taxation
- Published numerous papers and articles in various business journals



## News & Resources

**Seminars & Events**

- Michigan One-Day Tax Seminar, The Institute for Professionals in Taxation in cooperation with the Michigan Department of Treasury, Taylor, MI
  September 2011, Presenter
- Invest in Michigan – Business Gets the Upper Hand, Michigan Tax Conference, Novi, MI
  November 2009, Co-presenter



# Brenda E. Lundberg

Paralegal

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7266
F: 313.465.7267
blundberg@honigman.com

**PRACTICES**

Litigation

Bankruptcy, Reorganization and Creditor Rights

Ms. Lundberg is a paralegal in the Litigation Department with more than 15 years of legal experience.

- Works directly with clients to prepare Chapter 7 and 11 bankruptcy packages to include the Petition, Schedules and Statement of Financial Affairs and electronically file with court
- Case management of several large Chapter 11 bankruptcy cases in the U.S. Bankruptcy Court for the Eastern District of Michigan and one in the U.S. Bankruptcy Court for Nevada
- Prepares Proofs of Claims for clients and filing by ECF Filing, claims agent, state court and federal bank receivership
- Prepares Fee Applications and detailed exhibits for bankruptcy court approval of professional fees and expenses with successful court approval and minimal objection
- Organizes, maintains and retrieves documents in complex cases
- Drafts ancillary loan transaction documents
- Performs due diligence search and obtains documentation for loan origination, structuring and workouts, including UCC, litigation, IP and corporate documents
- Prepares and files UCC Financing Statements (initial, amendment, continuation and termination) at both the state and county levels throughout the U.S.

## Experience

- Extensive experience with vehicle lien release and new lien notation
- Experienced throughout the United States in creditor and debtor bankruptcy proceedings and related litigation and in corporate and individual litigation

**EDUCATION**

Youngstown State University, B.A.

- Economics



- Experienced in quantitive exposure analysis of preference litigation
- Experienced in transactional work; obtaining and analyzing due diligence, conducting UCC, litigation, tax lien and real estate searches



# Lee Ann Provenzano

Paralegal

2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
T: 313.465.7224
F: 313.465.7225
lprovenzano@honigman.com

**PRACTICES**

Litigation

Bankruptcy, Reorganization and Creditor Rights

Ms. Provenzano is a paralegal in the Litigation Department with more than 20 years of legal experience.

- Provides due diligence review for acquisitions, loans and bond financings (includes UCC, litigation, contracts, leases, title and governance documents)
- Prepares closing deliveries for acquisition and finance transactions, including searches, certified documents and resolutions
- Prepares UCC filings (initial, amendment, continuation and termination) in all jurisdictions
- Prepares audit response letters
- Manages document review and electronic discovery for both small and large litigation projects and due diligence matters
- Prepares Proof of Claim forms for creditors and interested parties in bankruptcy matters
- Litigation support, cite checking briefs and legal memoranda; prepares deposition and transcript summaries
- Certificate of Achievement: Michigan Real Estate Title Issues
- Significant experience with lease summaries, preparation of tenant estoppels and SNDAs
- Corporate entity work, including formation, amendments and dissolution of profit and non-profit entities (business corps, LLCs, PLLCs, PCs, non-profit entities, LPs and co-partnerships)
- Ongoing attention to corporate entities, including annual minutes, stock records, corporate resolutions and certain limited tax filings.
- Prepares draft bylaws and operating agreements
- Experience in completing 1023 and 1024 applications in an effort to obtain IRC section 501(c)(3), 501(c)(4) or 501(c)(6) exemptions for non-profit clients

**EDUCATION**

Finch University of Health Sciences / The Chicago Medical School, Certificate

- Healthcare Risk Management

Central Michigan University, B.A.

- Healthcare Administration

Oakland Community College, A.A.S.

- Paralegal Studies



- Proficient in the use of Summation litigation software

## Professional Affiliations

Oakland Community College, Member of the Advisory Council for ABA Paralegal Curriculum

# EXHIBIT 7

## DISBURSEMENT SUMMARY
## JUNE 1, 2013 - JANUARY 28, 2014

| Description | Amount |
|---|---|
| Courier | 83.69 |
| Court and Other Fees | 2,442.05 |
| Lexis, Westlaw, Computer Research | 15,567.15 |
| Newspaper Charges / Advertisement | 172.25 |
| UCC Search Fees | 74.00 |
| Photocopying and Document Production | 64.96 |
| Telephone | 461.64 |
| Travel Related Expenses | 933.19 |
| **Total Disbursements** | **19,798.93** |

14449353.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT DETAIL** (June 1 – 30, 2013)

| Date | Description | Amount |
|---|---|---:|
| 06/07/13 | Messenger Delivery U.S. Bankruptcy Court - intake counter | 9.25 |
| 06/07/13 | UCC Search Fees VENDOR: U.S. Bank; INVOICE#: 0265/JUNE2013; DATE: 6/7/2013 - Credit Card Charge / Michigan Department of State Online, Fee for UCC Searches and Copies of Search Results regarding "Capitol Bancorp" - "Michigan Commerce" and "Capitol Bank" on 5/9/13 | 74.00 |
| 06/25/13 | Messenger Delivery U.S. Bankruptcy Court - court filing | 9.25 |
| 06/27/13 | Westlaw Research For the Month of May, 2013 | 10.03 |
| 06/27/13 | Westlaw Research For the Month of May, 2013 | 109.79 |
| 06/27/13 | Westlaw Research For the Month of May, 2013 | 579.05 |
| 06/27/13 | Westlaw Research For the Month of May, 2013 | 121.49 |
| 06/28/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 88.68 |
| 06/28/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 123.24 |
| 06/28/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 6.72 |
| 06/28/13 | Telephone Charges Premiere Global Conference Call - on 5/17/13 | 4.13 |
| 06/28/13 | Telephone Charges Premiere Global Conference Call - on 5/30/13 | 3.66 |
| 06/28/13 | Telephone Charges Premiere Global Conference Call - on 6/6/13 | 4.74 |
| **Disbursements Total** | | **$1,144.03** |

11769 – 330134

PDT 1084672 02/27/14

42

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT SUMMARY** (June 1 – 30, 2013)

| Description | Amount |
|---|---|
| UCC Search Fees | 74.00 |
| Courier | 18.50 |
| Lexis, Westlaw, Computer Research | 1,039.00 |
| Telephone | 12.53 |
| **Total Disbursements** | **$1,144.03** |

11769 – 330134
PDT 1084672 02/27/14

43

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT DETAIL** (July 1 – 31, 2013)

| Date | Description | Amount |
|---|---|---|
| 07/11/13 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 233803623 DATE: 7/16/2013<br><br>Tracking No: 796210884485 Shipment Date: 20130711 Ship from: Alan M Valade, Honigman Miller Schwartz & Coh, 2290 First National Building, DETROIT, MI 48226 Ship to: Peter Kopke, Michigan Tax Tribunal, 7150 Harris Dr, DIMONDALE, MI 48821 | 13.25 |
| 07/11/13 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 233803623 DATE: 7/16/2013<br><br>Tracking No: 796210947862 Shipment Date: 20130711 Ship from: Alan M Valade, Honigman Miller Schwartz & Coh, 2290 First National Building, DETROIT, MI 48226 Ship to: Thomas Halick, INFORMATION NOT SUPPLIED, 7150 Harris Dr, DIMONDALE, MI 48821 | 13.25 |
| 07/12/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 4.08 |
| 07/12/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 14.88 |
| 07/12/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 5.16 |
| 07/12/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court, Washington Eastern Bankruptcy Court | 92.04 |
| 07/12/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court, New York Southern Bankruptcy Court | 59.64 |

11769 – 330134
PDT 1084673 02/27/14

40

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Description | Amount |
|---|---|---|
| 07/12/13 | Public Access to Court Electronic Records Florida Southern Bankruptcy Court, Virginia Eastern Bankruptcy Court, Delaware Bankruptcy Court, California Central Bankruptcy Court, Ohio Northern Bankruptcy Court and Michigan Eastern Bankruptcy Court | 313.44 |
| 07/12/13 | Public Access to Court Electronic Records Puerto Rico Bankruptcy Court | 7.68 |
| 07/17/13 | Westlaw Research For the Month of June, 2013 | 585.94 |
| 07/17/13 | Westlaw Research For the Month of June, 2013 | 267.14 |
| 07/23/13 | Court and Other Fees VENDOR: Michigan, State of; INVOICE#: 072313AMV; DATE: 7/23/2013 - CC:11769-330134 Motion Filing Fee - 449008 | 50.00 |
| 07/25/13 | Telephone Charges Premiere Global Conference Call - on 6/20/13 | 4.04 |
| 07/25/13 | Telephone Charges Premiere Global Conference Call - on 6/14/13 | 5.42 |
| 07/25/13 | Telephone Charges Premiere Global Conference Call - on 6/17/13 | 4.88 |
| 07/25/13 | Telephone Charges Premiere Global Conference Call - on 6/23/13 | 10.07 |
| 07/25/13 | Telephone Charges Premiere Global Conference Call - on 7/1/13 | 3.27 |
| 07/25/13 | Telephone Charges Premiere Global Conference Call - on 7/11/13 | 8.21 |
| 07/26/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 43.44 |
| 07/26/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 43.92 |
| 07/30/13 | Lexis Research For the Month of June, 2013 | 103.05 |

11769 – 330134
PDT 1084673 02/27/14

41

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***



Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(269) 337-7700
Fax: (269) 337-7701
www.honigman.com
I.D. NO. 38-1407377

| Date | Description | Amount |
|---|---|---|

**Disbursements Total** **$1,652.80**

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT SUMMARY** (July 1 – 31, 2013)

| Description | Amount |
|---|---|
| Court and Other Fees | 50.00 |
| Courier | 26.50 |
| Lexis, Westlaw, Computer Research | 1,540.41 |
| Telephone | 35.89 |
| **Total Disbursements** | **$1,652.80** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT DETAIL** (August 1 – 31, 2013)

| Date | Description | Amount |
|---|---|---|
| 08/07/13 | Meals VENDOR: Sable, E. Todd; INVOICE#: 080613ETS; DATE: 8/7/2013 - CC:11769-330134 Reimb for lunch with J. Sgroi to discuss Chapter 11 case on 8/6/13 re | 32.56 |
| 08/20/13 | Telephone Charges Premiere Global Conference Call - on 7/25/13 | 6.75 |
| 08/30/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 87.12 |
| 08/30/13 | Telephone Charges Premiere Global Conference Call - on 7/18/13 | 6.11 |
| 08/30/13 | Telephone Charges Premiere Global Conference Call - on 7/25/13 | 7.64 |
| 08/30/13 | Telephone Charges Premiere Global Conference Call - on 8/1/13 | 3.67 |
| 08/30/13 | Telephone Charges Premiere Global Conference Call - on 8/8/13 | 4.24 |
| 08/30/13 | Westlaw Research For the Month of July, 2013 | 870.70 |

**Disbursements Total** **$1,018.79**

11769 – 330134
PDT 1084674 02/27/14

38

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT SUMMARY** (August 1 – 31, 2013)

| Description | Amount |
|---|---:|
| Lexis, Westlaw, Computer Research | 957.82 |
| Telephone | 28.41 |
| Travel Related Expenses | 32.56 |
| **Total Disbursements** | **$1,018.79** |

11769 – 330134
PDT 1084674 02/27/14

39

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT DETAIL** (September 1 – 30, 2013)

| Date | Description | Amount |
|---|---|---|
| 09/27/13 | Telephone Charges Premiere Global Conference Call - on 8/19/13 | 6.93 |
| 09/27/13 | Telephone Charges Premiere Global Conference Call - on 8/29/13 | 5.30 |
| 09/27/13 | Telephone Charges Premiere Global Conference Call - on 9/5/13 | 2.77 |
| 09/27/13 | Telephone Charges Premiere Global Conference Call - on 9/11/13 | 9.91 |
| 09/27/13 | Telephone Charges Premiere Global Conference Call - on 9/12/13 | 9.79 |
| 09/27/13 | Telephone Charges Premiere Global Conference Call - on 9/10/13 | 3.39 |
| 09/27/13 | Telephone Charges Premiere Global Conference Call - on 9/11/13 | 2.20 |
| 09/27/13 | Westlaw Research For the Month of August, 2013 | 13.22 |
| 09/27/13 | Westlaw Research For the Month of August, 2013 | 209.34 |
| **Disbursements Total** | | **$262.85** |

11769 – 330134
PDT 1084675 02/27/14

39

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT SUMMARY** (September 1 – 30, 2013)

| **Description** | **Amount** |
|---|---|
| Lexis, Westlaw, Computer Research | 222.56 |
| Telephone | 40.29 |
| **Total Disbursements** | **$262.85** |

11769 – 330134
PDT 1084675 02/27/14

40

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT DETAIL** (October 1 – 31, 2013)

| Date | Description | Amount |
|---|---|---|
| 10/09/13 | Meals VENDOR: Team Way, Inc.; INVOICE#: 13727; DATE: 9/30/2013 - CC: Cookies ordered for meeting w/client on 9/30/13 (15) - 11769/330134 | 110.77 |
| 10/15/13 | Court and Other Fees VENDOR: Michigan Tax Tribunal; INVOICE#: 29688; DATE: 10/15/2013 - Petition fee | 250.00 |
| 10/18/13 | Computer Research Morningstar, Inc. / Electronic Access to SEC Filings - on 9/9/13 | 25.00 |
| 10/24/13 | Messenger Delivery Courier service to Michigan Tax Tribunal on 10/15/13 | 15.00 |
| 10/28/13 | Telephone Charges Premiere Global Conference Call - on 10/7/13 | 12.59 |
| 10/28/13 | Telephone Charges Premiere Global Conference Call - on 10/10/13 | 12.66 |
| 10/28/13 | Telephone Charges Premiere Global Conference Call - on 9/19/13 | 3.17 |
| 10/28/13 | Telephone Charges Premiere Global Conference Call - on 9/26/13 | 3.83 |
| 10/28/13 | Telephone Charges Premiere Global Conference Call - on 9/30/13 | 55.46 |
| 10/30/13 | Lexis Research For the Month of September, 2013 | 31.74 |
| 10/31/13 | Messenger Delivery Courier service to Michigan Tax Tribunal on 10/24/13 | 15.00 |
| 10/31/13 | Postage on 10/24/13 | 8.69 |
| 10/31/13 | Westlaw Research For the Month of September, 2013 | 602.42 |
| **Disbursements Total** | | **$1,146.33** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT SUMMARY** (October 1 – 31, 2013)

| **Description** | **Amount** |
|---|---|
| Court and Other Fees | 250.00 |
| Courier | 38.69 |
| Lexis, Westlaw, Computer Research | 659.16 |
| Telephone | 87.71 |
| Travel Related Expenses | 110.77 |
| **Total Disbursements** | **$1,146.33** |

11769 – 330134
PDT 1106902 02/27/14

60

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT DETAIL** (November 1 – 30, 2013)

| Date | Description | Amount |
|---|---|---|
| 11/11/13 | Newspaper Charges / Advertisement VENDOR: U.S. Bank; INVOICE#: 0469/NOV2013; DATE: 11/11/2013 - Credit Card Charge / Gannett Michigan Newspapers, Ad Publication Fee on 10/23/13 | 172.25 |
| 11/15/13 | Outside Document Production VENDOR: Xact, Inc. - DTMI; INVOICE#: 12-44917; DATE: 11/15/2013 - CC:11769/330134 - B/W Blowbacks w/slip sheets | 64.96 |
| 11/18/13 | Court and Other Fees VENDOR: Hanson Renaissance Court Reporters; INVOICE#: 420346; DATE: 11/18/2013 - CC:11769-330134 Transcript of Deposition of C. Reid - 11/14/13 | 498.50 |
| 11/19/13 | Court and Other Fees VENDOR: Veritext Chicago Reporting Company; INVOICE#: CHI1899149; DATE: 11/19/2013 - CC:11769-330134 Transcript of S. Kent Deposition - 11/14/13 | 867.80 |
| 11/22/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 33.72 |
| 11/22/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court, Michigan Western Bankruptcy Court and Delaware Bankruptcy Court | 334.20 |
| 11/22/13 | Telephone Charges Premiere Global Conference Call - on 10/17/13 | 7.73 |
| 11/22/13 | Telephone Charges Premiere Global Conference Call - on 11/12/13 | 12.81 |
| 11/22/13 | Telephone Charges Premiere Global Conference Call - on 10/17/13 | 6.26 |
| 11/22/13 | Telephone Charges Premiere Global Conference Call - on 10/18/13 | 18.29 |
| 11/22/13 | Telephone Charges Premiere Global Conference Call - on 10/24/13 | 17.39 |

11769 – 330134
PDT 1107856 03/07/14
43

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Description | Amount |
|---|---|---|
| 11/22/13 | Telephone Charges Premiere Global Conference Call - on 10/29/13 | 6.99 |
| 11/22/13 | Telephone Charges Premiere Global Conference Call - on 10/31/13 | 5.19 |
| 11/22/13 | Telephone Charges Premiere Global Conference Call - on 11/4/13 | 31.14 |
| 11/22/13 | Telephone Charges Premiere Global Conference Call - on 11/7/13 | 5.48 |
| 11/22/13 | Telephone Charges Premiere Global Conference Call - on 11/7/13 | 14.58 |
| 11/26/13 | Court and Other Fees VENDOR: Deborah Kremlick; INVOICE#: 112613LAJ; DATE: 11/26/2013 - CC: 11769-330134 Fee for Copy of Hearing Transcript | 52.50 |
| 11/26/13 | Westlaw Research For the Month of October, 2013 | 14.35 |
| 11/26/13 | Westlaw Research For the Month of October, 2013 | 129.64 |
| 11/27/13 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 9.24 |
| **Disbursements Total** | | **$2,303.02** |

11769 – 330134
PDT 1107856 03/07/14

44

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**
**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT SUMMARY** (November 1 – 30, 2013)

| **Description** | **Amount** |
|---|---|
| Court and Other Fees | 1,418.80 |
| Newspaper Charges / Advertisement | 172.25 |
| Lexis, Westlaw, Computer Research | 521.15 |
| Photocopying and Document Production | 64.96 |
| Telephone | 125.86 |
| **Total Disbursements** | **$2,303.02** |

11769 – 330134
PDT 1107856 03/07/14
45
**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT DETAIL** (December 1 – 31, 2013)

| Date | Description | Amount |
|---|---|---|
| 12/02/13 | Court and Other Fees VENDOR: Garrett, Lois; INVOICE#: CASE#12-58409; DATE: 12/2/2013 - CC:11769-330134 Transcript from 11/19/13 Hearing re Motion to Deposit Funds and for Other Relief | 143.10 |
| 12/06/13 | Meals VENDOR: Lichtman , Lawrence A.; INVOICE#: 111413LAL; DATE: 12/6/2013 - CC:11769-330134 Reimb for meal on 11/14-15/13 re deposition in Chicago, IL | 37.09 |
| 12/06/13 | Travel Expenses VENDOR: Lichtman , Lawrence A.; INVOICE#: 111413LAL; DATE: 12/6/2013 - CC:11769-330134 Reimb for taxi on 11/14-15/13 re deposition in Chicago, IL | 8.00 |
| 12/06/13 | Travel Expenses VENDOR: Lichtman , Lawrence A.; INVOICE#: 111413LAL; DATE: 12/6/2013 - CC:11769-330134 Reimb for parking on 11/14-15/13 re deposition in Chicago, IL | 40.00 |
| 12/10/13 | Travel Expenses VENDOR: Lichtman , Lawrence A.; INVOICE#: 120513LAL; DATE: 12/10/2013 - CC:11769-330134 Reimb for mileage on 12/5/13 re deposition of C. Reid in Lansing, MI | 76.28 |
| 12/11/13 | Meals VENDOR: Team Way, Inc.; INVOICE#: 13897; DATE: 11/14/2013 - CC: Lunch w/client on 11/14/13 (9) - CBC deposition - 11769/330134 | 99.69 |
| 12/11/13 | Travel Expenses VENDOR: U.S. Bank; INVOICE#: 0469/DEC2013; DATE: 12/11/2013 - Credit Card Charge / Expedia.com Online, Roundtrip Airfare for Lawrence Lichtman to Chicago IL for Deposition on 11/14/13 | 528.80 |
| 12/16/13 | Court and Other Fees VENDOR: Sound Deposition Services, Inc.; INVOICE#: 19851; DATE: 12/16/2013 - CC:11769-330134 Deposition - C. Reid on 12/5/13 | 580.15 |
| 12/24/13 | Westlaw Research For the Month of November, 2013 | 1,987.33 |

11769 – 330134
PDT 1099726 03/17/14

54

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***



**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Description | Amount |
|---|---|---|
| 12/24/13 | Westlaw Research For the Month of November, 2013 | 52.30 |
| **Disbursements Total** | | **$3,552.74** |

**DISBURSEMENT SUMMARY** (December 1 – 31, 2013)

| Description | Amount |
|---|---|
| Court and Other Fees | 723.25 |
| Lexis, Westlaw, Computer Research | 2,039.63 |
| Travel Related Expenses | 789.86 |
| **Total Disbursements** | **$3,552.74** |

11769 – 330134
PDT 1099726 03/17/14

55

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

**DISBURSEMENT DETAIL** (January 1 – 28, 2014)

| Date | Description | Amount |
|---|---|---|
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 11/15/13 | 2.88 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 11/18/13 | 5.09 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 11/21/13 | 7.11 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 12/2/13 | 4.24 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 12/3/13 | 5.99 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 12/4/13 | 16.89 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 12/5/13 | 1.19 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 12/8/13 | 20.83 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 12/9/13 | 5.32 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 12/10/13 | 4.88 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 12/11/13 | 17.62 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 12/12/13 | 24.01 |
| 01/24/14 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 86.76 |

11769 – 330134

PDT 1109579 03/17/14

33

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***

**HONIGMAN**

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(269) 337-7700**
**Fax: (269) 337-7701**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Description | Amount |
|---|---|---|
| 01/24/14 | Public Access to Court Electronic Records California Central Bankruptcy Court | 51.72 |
| 01/24/14 | Telephone Charges Premiere Global Conference Call - on 12/15/13 | 7.56 |
| 01/24/14 | Telephone Charges Premiere Global Conference Call - on 12/16/13 | 3.63 |
| 01/24/14 | Telephone Charges Premiere Global Conference Call - on 12/20/13 | 3.71 |
| 01/28/14 | Lexis Research For the Month of December, 2013 | 3,225.62 |
| 01/28/14 | Westlaw Research For the Month of December, 2013 | 27.21 |
| 01/28/14 | Westlaw Research For the Month of December, 2013 | 685.88 |
| 01/28/14 | Westlaw Research For the Month of December, 2013 | 2,996.16 |
| 01/28/14 | Westlaw Research For the Month of December, 2013 | 1,514.07 |
| **Disbursements Total** | | **$8,718.37** |

**DISBURSEMENT SUMMARY** (January 1 – 28, 2014)

| Description | Amount |
|---|---|
| Lexis, Westlaw, Computer Research | 8,587.42 |
| Telephone | 130.95 |
| **Total Disbursements** | **$8,718.37** |

11769 – 330134
PDT 1109579 03/17/14

34

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**Columbia Plaza · 350 East Michigan Avenue · Suite 300 · Kalamazoo, Michigan 49007-3800**

***Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo***